James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Interim Co-Lead Counsel for Consumer Plaintiffs
and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Insulin Pricing Litigation | Case No. 2:23-md-3080(BRM)(ESK) <br><br> *Filed Electronically* <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Donald A. Ecklund enters his appearance as counsel for consumer plaintiffs and the proposed settlement class and the putative Rule 23(b)(2) and Rule 23(b)(3) class in *In re Insulin Pricing Litigation*, Case No. 2:17-cv-699 in the above-captioned multidistrict litigation. The Clerk of this Court is respectfully requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices, and other court documents in this action to the undersigned counsel.

Dated: August 15, 2023              Respectfully submitted,
                                    CARELLA, BYRNE, CECCHI,
                                    OLSTEIN, BRODY & AGNELLO, P.C.

                            By:     /s/ Donald A. Ecklund
                                    Donald A. Ecklund