

Christopher Walsh
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4883 Fax: 973-639-6326
cwalsh@gibbonslaw.com

August 22, 2023

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

   Re: *In re Insulin Pricing Litigation*
       Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Martinotti:

     We write on behalf of Defendants in the matter of *MSP Recovery Claims Series, LLC, et al. v. Sanofi Aventis U.S. LLC, et al.*, Case No. 18-cv-2211 ("MSP Litigation" ), to seek clarification regarding the impact of Your Honor's Case Management Order #1 in the above-referenced MDL on depositions in the MSP Litigation that are currently scheduled for tomorrow, August 23, and August 31.

     Defendants appreciate that Your Honor made the Case Management Order applicable to the MSP Litigation, among others that are not formally part of the MDL, and that the Order provides that "all outstanding discovery proceedings are stayed, and no further discovery shall be initiated." *Id.* ¶ 2(d).  Defendants, however, have been trying for more than a year to schedule and complete depositions of MSP's assignors and have been forced to seek multiple orders from Special Master Cavanaugh to do so.  As noted, two of those depositions are scheduled in the coming weeks.  Both depositions will address the claims of the assignors that are being prosecuted by MSP; thus neither deposition will bear on any discovery issues related to the cases in the MDL.  Under these circumstances, Defendants believe that it would make sense to proceed with them on the current schedule.

     Yesterday, Defendants raised this issue to Special Master Cavanaugh because, per the Case Management Order, he remains Special Master in the MSP Litigation.  In response, however, Plaintiffs suggested that Defendants should have reached out to Your Honor, rather than Special Master Cavanaugh, for clarification.  *See* attached correspondence.  Therefore, in an abundance of caution, Defendants now seek Your Honor's guidance as to whether the parties may proceed with the depositions of MSP's assignors.

GIBBONS P.C.

Hon. Brian R. Martinotti, U.S.D.J.
August 22, 2023
Page 2

      Thank you for Your Honor's attention.

                                        Respectfully submitted,

                                        Christopher Walsh

CW/rvw

cc:    Counsel of Record
        Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)
        William S. Mezzomo, Esq.
        Jill J. Pomeroy, Esq.
        Jennifer Jones, Esq.
        (All via ECF and email)

# ATTACHMENTS



Christopher Walsh
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4883 Fax: 973-639-6326
cwalsh@gibbonslaw.com

August 21, 2023

**VIA ECF AND EMAIL**

Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
Morristown, New Jersey 07962

Re: *MSP Recovery Claims, Series, LLC, et al. v. Sanofi Aventis U.S. LLC, et al.*
   **Case No. 18-cv-2211 (BRM/CLW)**

Dear Judge Cavanaugh:

As you know, a multidistrict litigation has been created in the District of New Jersey for several litigations brought by states and municipalities, asserting claims similar to those in this matter.  *See In re Insulin Pricing Litigation*, Case No. 2:23-md-3080(BRM)(RLS).  Last Friday (August 18), Judge Martinotti entered a Case Management Order in the MDL, which Judge Martinotti made applicable to the consolidated proceedings in the MDL, as well as this and other related matters pending in the District of New Jersey.  *See* ECF No. 5 ¶ 2(a).  Judge Martinotti's Order further provides that "all outstanding discovery proceedings are stayed, and no further discovery shall be initiated."  *Id*. ¶ 2(d).

As Your Honor also knows, Defendants have been trying for more than a year to schedule and complete depositions of MSP's assignors.  Some of those depositions are scheduled to be conducted in the upcoming weeks, including one scheduled for this Wednesday and another tentatively scheduled for August 30.  Moreover, MSP's assignors are continuing to fail to participate in discovery, with one refusing to appear for a deposition just this past Monday (August 14) and now insisting it will only reschedule that deposition if it is served with a subpoena.

It is unclear to defendants whether Judge Martinotti intended to stay those forthcoming planned assignor depositions, including because they are unrelated to any discovery that would need to be consolidated with other cases in the MDL.  And in light of the difficulties that Defendants and Your Honor have encountered in connection with scheduling the depositions, Defendants believe that it would make sense to proceed with them on the current schedule.  We thus would appreciate Your Honor's guidance as to whether the parties may proceed with the depositions of MSP's assignors.

GIBBONS P.C.

Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)
August 21, 2023
Page 2

        Thank you for Your Honor's attention.

                                        Respectfully submitted,

                                        Christopher Walsh

CW/rvw

cc:     Counsel of Record
        William S. Mezzomo, Esq.
        Jill J. Pomeroy, Esq.
        Jennifer Jones, Esq.
        (All via ECF and email)



J. ALFREDO ARMAS
admitted to practice in Florida

FRANCESCO A. ZINCONE
admitted to practice in Florida

EDUARDO E. BERTRAN
admitted to practice in Florida

NATALIA MARRERO
admitted to practice in Florida

LUCIANO M. PIERI
admitted to practice in Florida
and Buenos Aires

ARMAS.BERTRAN.PIERI
TRIAL LAWYERS

August 21, 2023

**VIA EMAIL AND CM/ECF**

Special Master Dennis M. Cavanaugh, U.S.D.J. (Ret.)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kimble Avenue
P.O. Box 2075
Morristown, New Jersey 07962

      Re:   *MSP Recovery, et al. v. Sanofi Aventis, et al.* (3:18-cv-2211-BRM)
             *Discovery Stay Pursuant to Order*

Dear Judge Cavanaugh:

Plaintiffs are in receipt of Defendants' August 21, 2023 letter related to Judge Martinotti's August 18, 2023 Case Management Order #1 (the "Order") in *In Re: Insulin Pricing Litigation*, Case No. 2:23-md-03080 (BRM) (RLS) [ECF No. 5]. The Order states that it applies to "All CASES" and specifically references, among others, the instant case as being one of those cases. *See* Order 2(c)(i). The Order schedules an Initial Case Management Conference on September 12, 2023 at 10:00 a.m. and anticipates hearing from counsel in this case (and the other so called "New Jersey Actions") regarding the discovery that has taken place so far. *See* Order, FN. 3. To that end, the Order states that "all outstanding discovery proceedings are stayed, and no further discovery shall be initiated."

Judge Martinotti's Order could not be clearer, the stay applies to all cases. However, to the extent that Defendants want clarification of the Order, Plaintiffs would respectfully submit that any requests for clarification be directed to Judge Martinotti. Had Defendants reached out to Plaintiffs prior to sending their letter (they did not), Plaintiffs would have suggested that course of action. As it is, it seems that at a minimum, Judge Martinotti is waiting for the September 12, 2023 Case Management Conference to determine whether the "New Jersey Actions" will be included in the MDL.



                                  Very Truly Yours,

                                  <u>/s/ Eduardo E. Bertran</u>
                                  Eduardo E. Bertran
                                  Counsel for Plaintiffs

Cc:    All Counsel of Record (via email and CM/ECF)

