Lazure UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

JUDGE:   BRIAN R. MARTINOTTI             Date:   09/12/2023
MAGISTRATE JUDGE: RUKHSANAH L. SINGH     Case Nos.: 2:23md3080-BRM-RLS
Court Reporter:   TAMMERA WITTE                    2:17-699
                                                   2:18-2211
                                                   2:18-14999
                                                   2:20-3246

**Title of the Case:**

In Re: INSULIN PRICING LITIGATION LITIGATION

**Appearances**

Attorneys for Defendants, Eli Lilly and Co.: Ryan Moorman, Diana M. Watral, Jason Feld,
     Marc Ellis & Melissa Geist
Attorneys for Novo Nordisk Inc: Neal Potischman, James P. Rouhandeh
     & Andrew Yaphe
Attorneys for Sanofi-Aventis, U.S., LLC:   Liza Walsh, Melissa Lim Patterson
     & Michael Shumaker
Attorneys for Express Scripts: Jason R. Scherr & Patrick Harvey
Attorneys for CVS Health: Enu Mainigi, Craig Singer, A. Joshua Podoll,
     R. Kennon Poteat, III & John D. Tortorella
Attorneys for OptumRx: Elizabeth Broadway Brown, Brian Boon,
     David Andrew Hatchell, Kelley Connolly Barnaby & Jean Richmann

Attorneys for Plaintiff, County of Albany, NY et al:   David Buchanan, Chris Seeger,
     Steven J. Daroci, Troy A. Rafferty, Brandon L. Bogle & Ben Widlanski
Attorneys for City of Cleveland, OH:   Mark Pifko & Roland Tellis
Attorneys for Jackson County, MO:   Matthew L. Dameron, Michael A. Williams,
     & Michael Angelides
Attorney for Bossier Parish, LA:   Anthony D. Irpino
Attorney for Cattaraugus County, NY:   Salvatore C. Badala & Shayna E. Sacks
Attorney for State of Montana, et al: Joanne M. Cicala, Josh T. Wackerly, William L. Deas
     William Liston, III, Walter G. Watkins, III, Tanya Deaerman Ellis & Matthew McDonald

Attorney for Local 25, James Cecchi & James Dugan
Attorney for Local 572: Steve W. Berman
Attorney for King County, WA: David Ko & Derek Loeser
Attorney for Indirect Purchasers, James Cecchi
Attorney for MSP Record Claims: Eduardo Betran & Glenn Reiser
Attorney for Minnesota, Jason Pleggenkuhle & Noah Lewellen (appearing telephonically)n

Attorney for FWK, Holdings, LLC:   Matthew Gately, Michael Roberts, Dianne Nast, Michael Tarringer & Michael Fischbein
Attorney for Cuyahoga County, OH:   Joyce Chambers Reichard

**Nature of Proceedings:**

Status Conference held on the record.
Counsel ordered parties are to meet and confer re:
- leadership and liaison counsel structure, steering committee
- designate scrivener on each side to submit proposed agendas, etc.
- previously produced orders, protective orders, etc
- discovery and discovery moving forward,
- regarding the necessity of fact sheets and exchange of discovery requests
- Common Benefit Order

Court further ordered:
- <u>all</u> previously filed motions are administratively terminated w/out prejudice to be reinstated once the structure of the MDL is established;
- re: motions to intervene, parties are directed contact Judge Dickson to resolve any outstanding issue
- Oral argument on class certification, counsel to meet confer and submit proposed dates for argument in Nov. 2024
- Proposed dated for next CMC are to be submitted.
- Case Mgt. Conferences 2024 will be conducted on 2nd Tuesday of every month
- State Cases will be added to the MDL
- *Pro Hac* motions are not necessary just remittance of admission fee

OTBS w/in 3 days

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:     10:00 am
Time Concluded:      11:30 am