| | |
|---|---|
| John D. Tortorella<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>Tel: (973) 824-9300 | Joanne M. Cicala<br>THE CICALA LAW FIRM PLLC<br>31 S. Finley Ave.<br>Basking Ridge 07920<br>Tel: (512) 275-6550 |
| James E. Cecchi<br>CARELLA, BYRNE, CECCHI,<br>BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700 | David R. Buchanan<br>SEEGER WEISS, LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Tel: (973) 679-8656 |
| Janpaul Portal<br>MSP RECOVERY LAW FIRM<br>2701 S. Le Jeune Road, 10th Floor<br>Coral Gables, FL 33134<br>Tel: (305) 614-2222 | Matthew F. Gately<br>COHN LIFLAND PEARLMAN HERRMANN &<br>KNOPF, LLP<br>Park 80 West-Plaza One<br>250 Pehle Avenue<br>Saddle Brook, NJ 07663<br>Tel: (201) 845-9600 |

September 19, 2023

**<u>VIA ECF</u>**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

  Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
    MDL No. 3080

Dear Judge Martinotti:

 In accordance with Your Honor's instructions at the Initial Case Management Conference on September 12, 2023, we submit the enclosed proposed Case Management Order on behalf of all parties for the Court's consideration.

 Thank you for your continuing attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s/James E. Cecchi*<br>James E. Cecchi<br>*Interim Liaison Counsel for*<br>*Third-Party Payor Track* | */s/Joanne M. Cicala*<br>Joanne M. Cicala<br>*Interim Liaison Counsel for*<br>*the State Attorneys General Track* |

| | |
|---|---|
| */s/David R. Buchanan* | */s/Matthew F. Gately* |
| David R. Buchanan | Matthew F. Gately |
| *Interim Liaison Counsel for* | *Counsel for Direct Purchaser Plaintiffs* |
| *Self-Funded Payer Track* | |
| | |
| */s/John D. Tortorella* | */s/Janpaul Portal* |
| John D. Tortorella | Janpaul Portal |
| *On behalf of Defendants* | *On behalf of Plaintiff MSP Recovery* |

cc:   All counsel of record