UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

In Re: Insulin Pricing Litigation

Plaintiff(s),

v.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:23-md-3080

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ David S. Scalia
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: David S. Scalia

Address: The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, LA 70130

Telephone: (504) 648-0180

E-mail: dscalia@dugan-lawfirm.com
(One email address only)

DNJ-CMECF-002