Peter S. Pearlman
Matthew F. Gately
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

*Liaison Counsel for Direct Purchaser Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 (D.N.J.) | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE RUKHSANAH L. SINGH<br><br>**RETURNABLE: NOVEMBER 20, 2023** |

**PLEASE TAKE NOTICE** that on November 20, 2023, or as soon thereafter as counsel may be heard, the undersigned attorneys for the Direct Purchaser Class Plaintiffs ("Plaintiffs") in the above-captioned case shall move before the Honorable Brian R. Martinotti, U.S.D.J., at the Martin Luther King Jr. United States Courthouse, Newark, New Jersey for an Order granting Plaintiffs' motion for the Court to formally

order consolidation of *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 (D.N.J.) into MDL No. 3080. A proposed form of Order accompanies this motion.

**PLEASE TAKE FURTHER NOTICE THAT,** in support of this motion, Plaintiffs incorporate the accompanying memorandum of law and the Declaration of Michael Tarringer.

Oral argument is requested.

Dated: October 26, 2023                                                  Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
Peter S. Pearlman
*Interim Liaison Counsel*
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

Dianne M. Nast
*Interim Co-Lead Counsel*
Michael Tarringer
Michele S. Burkholder
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com
mtarringer@nastlaw.com
mburkholder@nastlaw.com

Michael L. Roberts
*Interim Co-Lead Counsel*
Karen Halbert
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

Don Barrett
*Interim Co-Lead Counsel*
David McMullan
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com
dmcmullan@barrettlawgroup.com

Richard R. Barrett
BARRETT LAW GROUP, P.A.
2086 Old Taylor Road
Suite 1101-1102
Oxford, Mississippi 38655
(662) 380-5018
rrb@rrblawfirm.net

William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103
(215) 238-1700
whoese@kohnswift.com

Michael D. Fishbein
LAW OFFICES OF MICHAEL FISHBEIN

1706 Rittenhouse Square
No. 1201
Philadelphia, Pennsylvania 19103
(267) 861-0304
mfishbein1706@comcast.net

Charles Barrett
Morgan Burkett
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
(615) 244-1713
cbarrett@nealharwell.com
mburkett@nealharwell.com

*Attorneys for Plaintiffs*