UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 (D.N.J.) | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE RUKHSANAH L. SINGH |

**DECLARATION OF MICHAEL S. TARRINGER CONCERNING DEFENDANTS' POSITION ON DIRECT PURCHASER PLAINTIFFS' MOTION FOR INCLUSION IN MDL No. 3080**

I, Michael S. Tarringer, hereby declare as follows:

1. I am an attorney admitted to practice law in the Commonwealth of Pennsylvania and admitted *pro hac vice* in *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 (D.N.J.). I am counsel for Plaintiff FWK Holdings, LLC and Professional Drug Corporation ("DPPs" or "Plaintiffs") in this litigation. I submit this declaration in support of Plaintiffs' Motion for Inclusion in MDL No. 3080, submitted contemporaneously herewith.

2. On October 24, 2023, I sent email correspondence to counsel for all Defendants in Case No. 20-cv-03426 (D.N.J.) (including Manufacturers Eli Lilly, Novo Nordisk, and Sanofi, and PBMs OptumRx, CVS-Caremark, and Express Scripts) to notify them of Plaintiffs' intention to request on behalf of the DPP putative class that

the Court formally make Case No. 20-cv-03426 (D.N.J.) part of MDL No. 3080, and to ask Defendants' position regarding the above, if possible, by no later than close of business on October 25, 2023.

3. Prior to the filing of Plaintiffs' motion for inclusion of Case No. 20-cv-03426 (D.N.J.) in MDL 3080, Plaintiffs received an email response on October 26 from counsel for Eli Lilly on behalf of all Defendants regarding their position, stating Defendants do not oppose Plaintiffs' case being formally included in MDL No. 3080.

I declare under penalty of perjury that the foregoing facts are true and correct

Dated: October 26, 2023

Respectfully Submitted:

*Michael Tarringer*

Michael S. Tarringer