UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 (D.N.J.) | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE RUKHSANAH L. SINGH<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court by Direct Purchaser Plaintiffs' (DPP) motion to formally consolidate *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 (the "DPP Action") into *In re: Insulin Pricing Litig.*, Case No. 2:23-md-3080, MDL No. 3080 (D.N.J.) (the "Insulin MDL");

and the Court concluding that: (1) the DPP Action shares one or more questions of fact with the cases currently included in the Insulin MDL; (2) formal inclusion of the DPP Action in the Insulin MDL will promote the just and efficient conduct of the insulin pricing actions; (3) neither the presence of pending motions to dismiss nor the fact that some non-deposition discovery has been taken in the DPP Action (both of which are true with respect to other cases that are formally part of the Insulin MDL) provides a sufficient basis, either alone or together, to prevent the DPP Action from formal inclusion in the Insulin MDL given that all requirements for its inclusion under 28 U.S.C. § 1407 are met;

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 is formally consolidated into *In re: Insulin Pricing Litig.*, Case No. 2:23-md-3080, MDL No. 3080 for coordinated pretrial proceedings.

 

_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**