UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-03426 (D.N.J.) | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE RUKHSANAH L. SINGH |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 26, 2023, a copy of the Plaintiffs' Motion for the Court to Formally Consolidate, Memorandum of Law in Support, Declaration of Michael Tarringer, and this certificate of service were filed electronically in the above-captioned matter. Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Date: October 26, 2023

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
mfg@njlawfirm.com