Peter S. Pearlman
Matthew F. Gately
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

*Liaison Counsel for Direct Purchaser Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS) <br> MDL No. 3080 |
| This Document Relates to: | JUDGE BRIAN R. MARTINOTTI |
| In re: Direct Purchaser Insulin Pricing Litig., Case No. 20-03426 (D.N.J.) | JUDGE RUKHSANAH L. SINGH |

**NOTICE OF WITHDRAWAWL OF MOTION TO CONSOLIDATE**

1

**PLEASE TAKE NOTICE** that Direct Purchaser Class Plaintiffs hereby withdraw their motion for the Court to formally order consolidation of *In re Direct Purchaser Insulin Pricing Litig.,* Case No. 20-cv-3426 (D.N.J.) into MDL No. 3080 (ECF No. 21 in Case No. 2:23-md-3080; ECF No. 313 in Case No. 2:20-cv-3426).

Dated: November 4, 2023                              Respectfully submitted,

                                                                      */s/ Matthew F. Gately*
Matthew F. Gately
Peter S. Pearlman
*Interim Liaison Counsel*
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

Dianne M. Nast
*Interim Co-Lead Counsel*
Michael Tarringer
Michele S. Burkholder
NASTLAW LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com
mtarringer@nastlaw.com
mburkholder@nastlaw.com

Michael L. Roberts
*Interim Co-Lead Counsel*
Karen Halbert

2

ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

Don Barrett
*Interim Co-Lead Counsel*
David McMullan
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com
dmcmullan@barrettlawgroup.com

Richard R. Barrett
BARRETT LAW GROUP, P.A.
2086 Old Taylor Road
Suite 1101-1102
Oxford, Mississippi 38655
(662) 380-5018
rrb@rrblawfirm.net

William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103
(215) 238-1700
whoese@kohnswift.com

Michael D. Fishbein
LAW OFFICES OF MICHAEL FISHBEIN
1706 Rittenhouse Square
No. 1201
Philadelphia, Pennsylvania 19103

3

(267) 861-0304
mfishbein1706@comcast.net

Charles Barrett
Morgan Burkett
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
(615) 244-1713
cbarrett@nealharwell.com
mburkett@nealharwell.com

*Attorneys for Plaintiffs*