Peter S. Pearlman
Matthew F. Gately
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

*Liaison Counsel for Direct Purchaser Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS) MDL No. 3080 |
| This Document Relates to: | JUDGE BRIAN R. MARTINOTTI |
| In re: Direct Purchaser Insulin Pricing Litig., Case No. 20-03426 (D.N.J.) | JUDGE RUKHSANAH L. SINGH |

**NOTICE OF WITHDRAWAWL OF MOTION TO CONSOLIDATE**

1

**PLEASE TAKE NOTICE** that Direct Purchaser Class Plaintiffs hereby withdraw their motion for the Court to formally order consolidation of *In re Direct Purchaser Insulin Pricing Litig.*, Case No. 20-cv-3426 (D.N.J.) into MDL No. 3080 (ECF No. 21 in Case No. 2:23-md-3080; ECF No. 313 in Case No. 2:20-cv-3426).

Dated: November 4, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Matthew F. Gately*
　　　　　　　　　　　　　　　　　　Matthew F. Gately
　　　　　　　　　　　　　　　　　　Peter S. Pearlman
　　　　　　　　　　　　　　　　　　*Interim Liaison Counsel*
　　　　　　　　　　　　　　　　　　COHN LIFLAND PEARLMAN
　　　　　　　　　　　　　　　　　　HERRMANN & KNOPF, LLP
　　　　　　　　　　　　　　　　　　Park 80 West Plaza One
　　　　　　　　　　　　　　　　　　250 Pehle Avenue, Suite 401
　　　　　　　　　　　　　　　　　　Saddle Brook, New Jersey 07663
　　　　　　　　　　　　　　　　　　(201) 845-9600
　　　　　　　　　　　　　　　　　　psp@njlawfirm.com
　　　　　　　　　　　　　　　　　　mfg@njlawfirm.com

　　　　　　　　　　　　　　　　　　Dianne M. Nast
　　　　　　　　　　　　　　　　　　*Interim Co-Lead Counsel*
　　　　　　　　　　　　　　　　　　Michael Tarringer
　　　　　　　　　　　　　　　　　　Michele S. Burkholder
　　　　　　　　　　　　　　　　　　NASTLAW LLC
　　　　　　　　　　　　　　　　　　1101 Market Street
　　　　　　　　　　　　　　　　　　Suite 2801
　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19107
　　　　　　　　　　　　　　　　　　(215) 923-9300
　　　　　　　　　　　　　　　　　　dnast@nastlaw.com
　　　　　　　　　　　　　　　　　　mtarringer@nastlaw.com
　　　　　　　　　　　　　　　　　　mburkholder@nastlaw.com

　　　　　　　　　　　　　　　　　　Michael L. Roberts
　　　　　　　　　　　　　　　　　　*Interim Co-Lead Counsel*
　　　　　　　　　　　　　　　　　　Karen Halbert

ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

Don Barrett
*Interim Co-Lead Counsel*
David McMullan
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-2488
dbarrett@barrettlawgroup.com
donbarrettpa@gmail.com
dmcmullan@barrettlawgroup.com

Richard R. Barrett
BARRETT LAW GROUP, P.A.
2086 Old Taylor Road
Suite 1101-1102
Oxford, Mississippi 38655
(662) 380-5018
rrb@rrblawfirm.net

William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, Pennsylvania 19103
(215) 238-1700
whoese@kohnswift.com

Michael D. Fishbein
LAW OFFICES OF MICHAEL FISHBEIN
1706 Rittenhouse Square
No. 1201
Philadelphia, Pennsylvania 19103

3

(267) 861-0304
mfishbein1706@comcast.net

Charles Barrett
Morgan Burkett
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
(615) 244-1713
cbarrett@nealharwell.com
mburkett@nealharwell.com

*Attorneys for Plaintiffs*

In light of the above Notice, the Clerk of Court is directed to TERMINATE the Motion pending at Docket Entry Number 21 as withdrawn.

So Ordered this 13th day of November, 2023

Hon. Rukhsanah L. Singh, U.S.M.J.

4