# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | MICHAEL K. BELOSTOCK |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRIAN F. O'TOOLE** |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN++ | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | | BRITTNEY M. MASTRANGELO |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

November 27, 2023

<u>By ECF</u>

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *In re Insulin Pricing Litigation*,
              <u>Civil Action No: 2:23-md-3080 (BRM)(RLS)</u>

Dear Judge Martinotti:

      We, along with our co-counsel, represent third-party payer plaintiffs in this multidistrict litigation ("MDL"). In accordance with the Court's instruction and Case Management Order #2, all Plaintiffs' counsel have conferred and reached a consensus on the delineation of three separate litigation tracks (Self-Funded Payer Track, State Attorney General Track, and Third-Party Payer Class Track), as well as the proposed leadership structure for each of those tracks.

      To that end, in advance of tomorrow's Case Management Conference, Plaintiffs enclose for the Court's consideration the parties' proposed Case Management Order #3 (CMO #3), which defines the proposed litigation tracks, sets forth the proposed leadership structure for those tracks, and describes the duties and obligations of Plaintiffs' proposed leadership. Each litigation track anticipates making a separate submission supporting its respective leadership slate following tomorrow's conference.

      We thank the Court for its attention to this matter and look forward to discussing these and any other issues that Your Honor deems appropriate during tomorrow's Case Management Conference.

Hon. Brian R. Martinotti, U.S.D.J.
November 27, 2023
Page 2

Respectfully submitted,

| | |
|---|---|
| */s/James E. Cecchi* | */s/Joanne Cicala* |
| James E. Cecchi | Joanne Cicala |
| *Interim Liaison Counsel for* | *Interim Liaison Counsel for* |
| *Third-Party Payor Track* | *the State Attorneys General Track* |
| | |
| */s/David R. Buchanan* | */s/Michael Roberts* |
| David R. Buchanan | Michael Roberts |
| *Interim Liaison Counsel for* | *Counsel for Direct Purchaser Plaintiffs* |
| *Self-Funded Payer Track* | |

*/s/Janpaul Portal*
Janpaul Portal
*On behalf of Plaintiff MSP Recovery*


cc:     All Counsel of Record