**ATTACHMENT**

**ADDITIONAL COUNSEL IN ATTENANCE AT 11/28/2023 CMC**

Brian Howe (Sanofi)

Julie McEvoy (Jones Day)

Michael Shumaker (Jones Day)

William Coglianese (Jones Day)

Ryan Harmanis (Jones Day)

David Ko (Keller Rohrback, LLP)

Steven Daroci (Seeger Weiss LLP)

Tal Lifshitz (Kozyak Tropin & Throckmorton LLP)

William Cash III (Levin Papantonio Rafferty)

Burton LeBlanc (Baron & Budd, P.C.)

Joyce Reichard (Kelley Ferraro, LLC)

Natalia Salas (The Ferraro Law Firm)

Melody Dickson (Wagstaff & Cartmell)

Jayne Conroy (Simmons Hanly Conroy)

Michael Angelides (Simmons Hanly Conroy)

Juan Martinez (Morgan & Morgan, P.A.)

Gregory Stamatopoulos (Weitz & Luxenberg P.C.)

Matt Dameron (Williams Dirks Dameron LLC)

Shayna Sacks (Napoli Shkolnik PLLC)

Dory Antullis (Robbins Geller Rudman & Dowd LLP)