**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: INSULIN PRICING LITIGATION                                              MDL No. 3080

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –6)**

On August 3, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2023). Since that time, 9 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 3, 2023, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 28, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel



**TRUE AND CERTIFIED COPY**
**Keith Guthrie**
**10:52 am, Nov 28 2023**

IN RE: INSULIN PRICING LITIGATION MDL No. 3080

### SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **MARYLAND** | | | |
| MD | 1 | 23−03081 | Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 1 | 23−01504 | County Board of Arlington County, Virginia v. Eli Lilly and Company et al |
| VAE | 1 | 23−01547 | City of Alexandria, Virginia v. Eli Lilly and Company et al |
| **WASHINGTON EASTERN** | | | |
| WAE | 2 | 23−00324 | Spokane County v. Eli Lilly and Company et al |