# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **www.carellabyrne.com** | STEVEN G. TYSON | MICHAEL K. BELOSTOCK |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRIAN F. O'TOOLE** |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | | BRITTNEY M. MASTRANGELO |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

December 4, 2023

**By ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    ***In re Insulin Pricing Litigation*,**
                 **Civil Action No: 2:23-md-3080 (BRM)(RLS)**

Dear Judge Martinotti:

      We, along with our co-counsel, represent third-party payer plaintiffs in this multidistrict litigation ("MDL"). In accordance with Your Honor's Order of November 28, 2023, the parties submit the following status report.

1. As the Court is aware, Plaintiffs submitted Case Management Order No. 3 regarding litigation tracks and Plaintiffs' consensus leadership and liaison counsel. *See* ECF No. 26.

2. On Wednesday, Plaintiffs' counsel communicated with Defendants' counsel: (i) committing to provide their latest revisions to the draft Protective Order by early this week; (ii) requesting a meet-and-confer early this week regarding the proposed ESI Order; (iii) requesting proposed dates in the second half of December for a Rule 26(f)/Local Civil Rule 26.1 conference; and (iv) requesting proposed dates for a call regarding the drafting and filing of a master/administrative complaint and related motion practice. Defendants are coordinating regarding available dates.

3. On Thursday, Plaintiffs' liaison counsel circulated a draft Common Benefit Order ("CBO") regarding common benefit work completed before creation of

Hon. Brian R. Martinotti, U.S.D.J.
December 4, 2023
Page 2

this multidistrict litigation among themselves.[1] Liaison counsel for each track will continue their discussions as to the pre-MDL common benefit work and will share the draft CBO with other counsel in their respective track within a reasonable period of time.

4. As Your Honor directed, the parties will be meeting-and-conferring regarding motion to dismiss practice.

   a. Counsel in the third-party payer track have commenced discussions among themselves on the best way to structure and initiate motion practice in that track.

   b. Counsel for the State Attorneys General and Defendants will meet and confer this week to discuss how best to efficiently advance the State AG cases.

We thank the Court for its attention to this matter and look forward to providing a further update to the Court next week.

Respectfully submitted,

/s/James E. Cecchi
James E. Cecchi
*Liaison Counsel for*
*Third-Party Payor Track*

/s/Joanne Cicala
Joanne Cicala
*Liaison Counsel for*
*the State Attorneys General Track*

/s/David R. Buchanan
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

/s/John D. Tortorella
John D. Tortorella

cc:   All Counsel of Record

---

[1] Plaintiffs' liaison counsel will prepare a separate CBO governing common benefit work performed in this multidistrict litigation and the requirements for that work to constitute common benefit time.