Joseph A. Dickson, U.S.M.J. (Ret.)
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 325-1500
*Appointed Mediator*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------X
IN RE: INSULIN PRICING LITIGATION         **DECLARATION**

Civil Action No.: 2:23-md-03080(BRM)(RLS)

-------------------------------------------------------X

**JORDAN N. FOX,** a resident of the United States, declares as follows:

1. I am an associate at the law firm of Chiesa Shahinian & Giantomasi PC, and I will assist the Mediator in the completion of the tasks assigned by the Court's Order dated September 21, 2021 ("Order") [ECF No. 19]. I submit this Declaration pursuant to the Order, to confirm that no grounds for my disqualification in this matter exist under 28 U.S.C. § 455. I am fully and personally familiar with the matters stated herein.

2. I am currently a member of the New Jersey Bar in good standing.

3. Pursuant to 28 U.S.C. § 455(a), this is not a proceeding in which my "impartiality might reasonably be questioned".

4. None of the circumstances described in 28 U.S.C. § 455(b), which require disqualification, apply to me in connection with this matter.

5. I am fully informed as to my personal and fiduciary financial interests pursuant to 28 U.S.C. § 455(c).

6. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2023.

                                                  */s/ Jordan N. Fox*
                                                    Jordan N. Fox