# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | MICHAEL K. BELOSTOCK |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRIAN F. O'TOOLE** |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN++ | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | | BRITTNEY M. MASTRANGELO |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

December 8, 2023

**By ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *In re Insulin Pricing Litigation,*
               <u>Civil Action No: 2:23-md-3080 (BRM)(RLS)</u>

Dear Judge Martinotti:

      We, along with our co-counsel, represent third-party payer plaintiffs in this multidistrict litigation.  In accordance with Your Honor's Order of November 28, 2023, the parties, by and through the undersigned counsel, submit the following weekly status report.

1. The parties are coordinating dates to discuss an ESI Protocol, Protective Order, and motions to dismiss, and to hold a 26(f) and Local Civil Rule 26.1 conference.

2. Plaintiffs have circulated internally proposed redlines to the Protective Order and will circulate a version to Defendants shortly.

3. Defendants offered a date next week to meet and confer regarding motions to dismiss, including discussing Master/Administrative Complaint and advancing the State AG cases.

      We thank the Court for its attention to this matter and look forward to providing a further update to the Court next week.

Hon. Brian R. Martinotti, U.S.D.J.
December 8, 2023
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/James E. Cecchi | /s/Joanne Cicala |
| James E. Cecchi | Joanne Cicala |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Third-Party Payor Track* | *the State Attorneys General Track* |
| | |
| /s/David R. Buchanan | /s/John D. Tortorella |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

cc:    All Counsel of Record