## MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: jtortorella@khmarino.com
*OF COUNSEL

December 15, 2023

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:  *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
            MDL No. 3080

Dear Judge Martinotti:

In accordance with CMO #3, the parties submit the following weekly status report through the undersigned counsel.

1. The parties conferred regarding the enclosed proposed CMO #4, which memorializes the Court's ruling at the last case-management conference.
2. Plaintiffs circulated their collective edits to the draft Confidentiality Order.
3. The parties met and conferred to discuss ESI protocols.
4. The parties met and conferred to discuss a process for briefing dispositive motions in each track.

The parties' discussions regarding items 2-4 are ongoing.

Your Honor will note that paragraph 1 of proposed CMO #4, which relates to the next case-management conference, does not set a start time for the conference. The parties respectfully request—if it is convenient for the Court—that the CMC be scheduled to start at 11:00 a.m. or 12:00 p.m. to allow same-day travel for counsel from outside the NY/NJ area.

Thank you for your continuing attention to this matter.

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
December 15, 2023—Page 2

Respectfully submitted,

| | |
|---|---|
| */s/ James E. Cecchi* | */s/ Joanne Cicala* |
| James E. Cecchi | Joanne Cicala |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Third-Party Payor Class Track* | *the State Attorneys General Track* |
| | |
| */s/ David R. Buchanan* | */s/ John D. Tortorella* |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payor Track* | |

cc:     All counsel of record