UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080-BRM-RLS<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |
|---|---|

**THIS DOCUMENT RELATES TO: ALL CASES**

### CASE MANAGEMENT ORDER #4

The Court held a Case Management Conference in this multidistrict litigation on November 28, 2023. This Order memorializes the decisions made by the Court during that conference.

**MONTHLY CASE MANAGEMENT CONFERENCES**

1. The next case-management conference will commence at _____ a.m. on Tuesday, January 9, 2024.

**COURT APPEARANCES**

2. For Plaintiffs, only designated Liaison and Lead Counsel should formally enter their appearance at future case-management conferences. Appearances by any other counsel for Plaintiffs who attended but did not formally enter an appearance on the record shall be emailed to the court reporter and courtroom deputy.

3. Following each case-management conference, any counsel who attended but did not formally enter an appearance shall email appointed counsel who shall email the court reporter and the courtroom deputy with the names of the attorneys whose appearance should be noted on the record.

**WEEKLY STATUS REPORT**

4. The parties are to submit a joint weekly status report to the Court by 3:00 p.m. every Friday. Plaintiffs and Defendants shall each appoint one representative to coordinate preparing

and submitting the weekly report. The joint weekly status reports should be limited to objective statements of material developments during the prior week and should not include any arguments.

**MOTION PRACTICE**

5. No motions are to be filed without leave of Court.

6. Before a party files a motion, the parties must first meet and confer in good faith to attempt to resolve the issue.

7. If the meet-and-confer is unsuccessful, the party wishing to file a motion must submit a pre-motion letter of no more than three single-spaced pages explaining the grounds for the proposed motion and why good cause exists to permit its filing.

8. Within five business days after receipt of a pre-motion letter, any party that wishes to oppose the filing of the motion shall submit a letter of no more than three single-spaced pages setting forth why the Court should not grant the request.

9. Any requests to file a motion to dismiss, including any dispute regarding the form of such motions, must be submitted in accordance with this pre-motion letter practice.

10. A party's submission of a pre-motion letter will toll any applicable deadline until seven days after the Court grants or denies the request.

Dated: December ___, 2023

_____
**BRIAN R. MARTINOTTI, U.S.D.J.**