UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING LITIGATION

Plaintiff(s).

v.

Defendant(s)

Civil Action No. 2:23-MD-03080

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Joseph G. Cleemann*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Joseph G. Cleemann, Esq.

Address: Scott+Scott Attorneys at Law
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

E-mail: jcleemann@scott-scott.com
(One email address only)

DNJ-CMECF-002 I