# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>　　　　Plaintiff(s).<br><br>v.<br><br>　　　　Defendant(s) | Civil Action No. 2:23-MD-03080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Erin Green Comite*
　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Erin Green Comite, Esq.

Address: Scott+Scott Attorneys at Law
156 S. Main Street
PO Box 192
Colchester, CT 06415

E-mail: ecomite@scott-scott.com
(One email address only)

DNJ-CMECF-002 I