## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**IN RE: INSULIN PRICING LITIGATION**

Case No. 2:23-md-03080
(BRM)(RLS)
MDL No. 3080

**MOTION TO SUBSTITUTE COUNSEL**

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

COMES NOW, Assistant Attorney General Reid Adkins, attorney for the State of Arkansas, *ex rel*. Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

      1.      Kimberly G. DuVall will no longer be assigned to this case.

      2.      Assistant Attorney General, Reid Adkins, has been assigned this case and will be the attorney of record for the State of Arkansas.

WHEREFORE, the State respectfully moves the Court to issue an order substituting Reid Adkins in place of Kimberly G. DuVall for the State in this matter.

Date: December 20, 2023

Respectfully submitted,

**TIM GRIFFIN**
**ATTORNEY GENERAL**

By:

Reid Adkins, Ark Bar No. 2015216
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682-6491
Fax: (501) 682-8118
Email: Reid.Adkins@ArkansasAG.gov

## **PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on

Multidistrict Litigation, I certify that on December 20, 2023, a copy of the foregoing Motion to

Substitute Counsel was served on all other parties by filing through this Court's CM/ECF System.

Reid Adkins