# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com<br><br>December 20, 2023 | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>BRIAN F. O'TOOLE<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO |

Honorable Brian R. Martinotti, U.S.D.J.
Frank R. Lautenberg U.S.P.O. & Courthouse
Room 367
2 Federal Square
Newark, New Jersey 07102

  Re: *In re Insulin Pricing Litigation*, Civil Action No. 2:23-md-3080

Dear Judge Martinotti:

  As Your Honor is aware, we represent several third-party payors in the above referenced multidistrict litigation ("MDL"). We write to respectfully request that the Court enter the attached Common Benefit Order ("CBO") regarding common benefit work completed before creation of this MDL. The CBO has been shared with liaison counsel for each track. ECF No. 31. We anticipate that counsel in the State Attorney General track will have their own proposed order regarding alleged common benefit work performed in the Attorney General cases prior to the formation of the MDL. From our perspective, the propriety of that order can be addressed separately from this CBO.

  We, along with co-counsel, have been litigating against Defendants in the District of New Jersey for the past six years in connection with their unconscionable insulin pricing practices. The case has been vigorously contested. By way of example, and as the Court is aware, our case has involved extensive motion to dismiss briefing, discovery disputes, multiple amended complaints, fact and expert depositions, *Daubert* briefing, mediation, a motion for preliminary approval of a settlement with Defendant Eli Lilly, class certification briefing, and most recently, lengthy oral argument regarding class certification. The years of legal work and factual investigation that went into that separate action are unquestionably the framework upon which this MDL will build. As Your Honor stated in open court, this case presents the "unique situation where the common benefit fund is essentially going to be front-loaded, not on a rolling basis because of all the work that's been done."[1]

---

[1] ECF No. 17 (2:23-md-3080), 9/12/23 Case Management Conf. Tr., at 44:20-23.

December 20, 2023
Page 2

Accordingly, we respectfully request that the Court enter the CBO at its earliest convenience. To the extent there is any opposition to the CBO, we respectfully request oral argument on this matter. We have also copied Judge Cavanaugh to the extent you wish to have Judge Cavanaugh resolve this issue.

We are available at your convenience should Your Honor require any additional information or have any questions. Thank you for your continued attention this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY, & AGNELLO

By */s/ James E. Cecchi*
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700

cc: All Counsel of Record

Hon. Dennis M. Cavanaugh, U.S.D.J. (ret)