

Park 80 West-Plaza One  (201) 845-9600 Main
250 Pehle Avenue       (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

*Attorneys at Law*                                                                njlawfirm.com

December 22, 2023

**Via ECF**

Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    <u>In re Insulin Pricing Litigation</u>, Case No. 2:23-md-3080

Dear Judge Martinotti:

      The undersigned represent certain Third-Party Payor Plaintiffs in the Insulin MDL, as well as the Direct Purchaser Plaintiffs in <u>In re Direct Purchaser Insulin Pricing Litigation,</u> No. 3:20-cv-3426, and write in response to the December 20, 2023 letter submitted by Carella, Byrne, Cecchi, Olstein, Brody & Agnello (ECF No. 53) and the December 21, 2023 letter submitted by co-lead counsel for the Self-Funded Payer Track (ECF No. 54).

      The undersigned concur with the statements of the Self-Funded Payer Track, in that we also: (1) object to the proposed common benefit order that was submitted to the Court; (2) believe that additional meet-and-confers between counsel are appropriate; and (3) if agreement is not reached, request a reasonable amount of time to respond to the proposed common benefit order that was submitted.

      Respectfully submitted,

      */s/Matthew F. Gately*

Matthew F. Gately
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-960
mfg@njlawfirm.com



        /s/ *Michael L. Roberts*
Michael L. Roberts
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us