# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: jtortorella@khmarino.com
*OF COUNSEL

December 22, 2023

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
           MDL No. 3080

Dear Judge Martinotti:

      In accordance with CMO #3, the parties submit the following weekly status report through the undersigned counsel.

1. After last week's meet-and-confer, the Plaintiff tracks worked to consolidate their respective edits into Defendants' latest version of the ESI protocol.
2. The parties continued their negotiations regarding the terms of a Protective Order.
3. Following last week's meet-and-confer, the Plaintiff tracks have worked to prepare their respective proposals for how to conduct motion-to-dismiss briefing.
4. The parties began their Rule 26(f) and Local Civil Rule 26.1 conference.

      Thank you for your continuing attention to this matter.

      Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for*
*Third-Party Payer Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*The State Attorneys General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:    All counsel of record