

**LEVIN PAPANTONIO RAFFERTY**

Proctor | Buchanan | O'Brien
Barr | Mougey | P.A.

KIMBERLY LAMBERT ADAMS
KATHRYN L. AVILA
BRIAN H. BARR
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
J. CALEB CUNNINGHAM
SARAH SHOEMAKE DOLES
 (LICENSED ONLY IN MISSOURI AND ILLINOIS)
LAURA S. DUNNING
 (LICENSED ONLY IN ALABAMA)
JAN K. DURRANI
JEFF R. GADDY
RACHAEL R. GILMER

BRENTON J. GOODMAN
CHELSIE L. GREEN
ROBERT M. LOEHR
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
PETER J. MOUGEY
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
SARA T. PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
MADELINE E. PENDLEY
ALYSON M. PETRICK
 (LICENSED ONLY IN MISSOURI)

CARISSA PHELPS
 (LICENSED ONLY IN CALIFORNIA)
A. RENEE PRESTON
PAGE A. POERSCHKE
 (LICENSED ONLY IN ALABAMA)
MARK J. PROCTOR
TROY A. RAFFERTY
GROVER C. ROBINSON
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
THOMAS A. TAYLOR
REBECCA K. TIMMONS
CHRISTOPHER V. TISI
 (LICENSED ONLY IN WASHINGTON, D.C. AND MARYLAND)
BRETT VIGODSKY

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)
FREDRIC G. LEVIN (1937-2021)
LEO A. THOMAS (1972-2021)

RETIRED:
M. ROBERT BLANCHARD
MARTIN H. LEVIN
CLAY MITCHELL

OF COUNSEL:
WILLIAM F. CASH III
C. ANDREW CHILDERS
ROSS M. GOODMAN
BEN W. GORDON, JR.
LARUBY MAY
WILLIAM B. YOUNG, JR.

December 21, 2023

Honorable Brian R. Martinotti, U.S.D.J.
Frank R. Lautenberg U.S.P.O & Courthouse
Room 367
2 Federal Square
Newark, NJ  07102

   RE: *In re: Insulin Pricing Litigation*, Civil Action No. 2:23-md-3080

Dear Judge Martinotti:

  We write the Court as respective co-lead counsel for the Self-Funded Payer track and the State Attorney General track in this MDL.  We write in response to the December 20, 2023 letter (ECF No. 53) submitted by Mr. James Cecchi in his capacity as co-lead counsel for the TPP track in this MDL in support of a proposed Common Benefit Order related to work performed in the existing consumer class case.

  While we do not consent to the proposed order as written, we do believe that progress can yet be made to reach an agreement on a proposed Common Benefit Order.  To that end, we collectively propose that we be permitted until December 29, 2023 to continue to negotiate an agreed Common Benefit Order.  If we are able to do so, we will jointly file that amended proposed order with the Court on or before that date.  If we fail to do so, we will file our response to the proposed order along with an alternative proposed Common Benefit Order with the Court on

December 29, 2023. We have separately conferred with Mr. Cecchi concerning this matter and he is agreeable to this proposed plan.

                    Respectfully submitted,

                    Levin, Papantonio, Rafferty, Proctor, Buchanan,
                    O'Brien, Barr & Mougey, P.A.

                    By: */s/ Brandon L. Bogle*
                    BRANDON L. BOGLE
                    316 South Baylen Street, Suite 600
                    Pensacola, FL 32502
                    (850) 435-7043

BLB/ce
cc:    All Counsel of Record
       Hon. Dennis M. Cavanaugh, U.S.D.J. (ret.)

                    **SO ORDERED.**

                    Date: December 22, 2023

                    */s/Brian R. Martinotti*
                    **United States District Judge**