**SeegerWeiss LLP**
NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

December 29, 2023

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
              MDL No. 3080

Dear Judge Martinotti:

      In accordance with CMO #3, the parties submit the following weekly status report through the undersigned counsel.

1. The Plaintiff tracks provided Defendants with the Plaintiffs' consolidated edits to the draft ESI Protocol.

2. Defendants provided Plaintiffs with a revised version of the draft Protective Order.

3. The Plaintiff tracks provided Defendants with their respective proposals for how to conduct motion-to-dismiss briefing.

      We thank the Court for its continued attention to this matter.

                                  Respectfully submitted,

*/s/ James E. Cecchi*                          */s/ Joanne Cicala*
James E. Cecchi                               Joanne Cicala
*Liaison Counsel for*                    *Liaison Counsel for*
*Third-Party Payer Class Track*         *The State Attorney General Track*

*/s/ David R. Buchanan*                  */s/ John D. Tortorella*
David R. Buchanan                        John D. Tortorella
*Liaison Counsel for*
*Self-Funded Payer Track*

cc:      Honorable Rukhsanah L. Singh, U.S.M.J. (via ECF)
           All Counsel of Record (via ECF)