

**Cohn Lifland**
Pearlman Herrmann & Knopf LLP

100 YEARS    njlawfirm.com

Park 80 West–Plaza One    (201) 845-9600 Main
250 Pehle Avenue           (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Line: (551) 497-7131
Cell: (201) 709-0597

December 29, 2023

<u>**Via ECF**</u>

Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    <u>In re Insulin Pricing Litigation</u>, Case No. 2:23-md-3080

Dear Judge Martinotti:

      Counsel have been working diligently toward an agreed-upon Common Benefit Order ("CBO"). Counsel have agreed to all but one edit that is redlined in the highlighted proposed order submitted herewith. The Direct Purchaser Plaintiffs ("DPPs") believe that this edit is essential to conform the first section of the proposed order with the second section of the proposed order. The first section of the proposed order explicitly includes the DPPs' development of unique legal claims and theories within the definition of Existing Common Benefit Work Product, but the second section could be misinterpreted as excluding such legal development from the definition unless the redlined language is added. We respectfully request that the Court adopt this additional language into the final order, a clean copy of which also is submitted herewith.

      Respectfully submitted,

      */s/Peter S. Pearlman*

      Peter S. Pearlman

PSP:sl
Encl.

cc: All Counsel of Record (via ECF)