# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

___

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>  ZACHARY A. JACOBS***<br>  JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>BRIAN F. O'TOOLE<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO |

December 29, 2023

<u>VIA ECF</u>

Honorable Brian R. Martinotti, U.S.D.J.
Frank R. Lautenberg U.S.P.O.
& Courthouse
2 Federal Square
Newark, New Jersey 07102

   Re: *In re Insulin Pricing Litigation*, Civil Action No. 2:23-md-3080

Dear Judge Martinotti,

  In accordance with Your Honor's text order dated December 26, 2023 (ECF No. 58), I am enclosing a proposed Common Benefit Order addressing common benefit work performed before the formation of the MDL. The attached Common Benefit Order is supported by all of the Plaintiffs except for the DPPs, who have submitted an alternative proposal that broadens the scope of compensable common benefit work performed before the creation of the MDL (ECF No. 60).

  We will prepare a subsequent Order that will address ongoing common benefit work.

  Thank you for Your Honor's continued attention to this matter and we wish you a Happy New Year.

         Respectfully Submitted,

         CARELLA BYRNE CECCHI
         BRODY & AGNELLO, P.C.

         <u>*/s/James E. Cecchi*</u>
         James E. Cecchi