# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

———————

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: jtortorella@khmarino.com
*OF COUNSEL

January 5, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
    MDL No. 3080

Dear Judge Martinotti:

   On behalf of the parties, we write to advise the Court that the parties met and conferred this week about the ESI protocol and the Protective Order.

   Thank you for your continuing attention to this matter.

Respectfully submitted,


*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for*
*Third-Party Payer Track*


*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*


*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*The State Attorneys General Track*


*/s/ John D. Tortorella*
John D. Tortorella


cc:  All counsel of record