# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRIAN F. O'TOOLE |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | SEAN M. KILEY |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | ROBERT J. VASQUEZ |
| | DONALD A. ECKLUND | | | BRITTNEY M. MASTRANGELO |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

January 11, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
Frank R. Lautenberg U.S.P.O.
& Courthouse
2 Federal Square
Newark, New Jersey 07102

Re:   *In re Insulin Pricing Litigation*, Civil Action No. 2:23-md-3080

Dear Judge Martinotti,

In furtherance of Your Honor's text order dated December 26, 2023 (ECF No. 58) and the parties' related submissions, we submit a proposed Common Benefit Order addressing common benefit work performed before the formation of this multidistrict litigation ("MDL") supported by all of the Plaintiffs.  Through this Order, participating counsel will be entitled to receive pre-MDL common benefit work product, and the counsel who generated this work product will be entitled to seek compensation for common benefit work and expenses through an agreed upon process established by the proposed Order.

If this proposed Common Benefit Order is acceptable to the Court, we kindly ask that Your Honor enter it.

 Thank you for Your Honor's continued attention to this matter.

January 11, 2024
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/James E. Cecchi | /s/Joanne Cicala |
| James E. Cecchi | Joanne Cicala |
| *Co-Lead Class Counsel for the Consumer Class Plaintiffs and Liaison Counsel for Third-Party Payor Track* | *Liaison Counsel for the State Attorneys General Track* |
| | |
| /s/David R. Buchanan | /s/Matthew F. Gately |
| David R. Buchanan | Matthew F. Gately |
| *Liaison Counsel for Self-Funded Payer Track* | *Counsel for Direct Purchaser Plaintiffs* |
| | |
| /s/ Janpaul Portal | |
| Janpaul Portal | |
| *Counsel for MSP Recovery* | |

cc:     All Counsel of Record