**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
COUNSELLORS AT LAW

———

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

January 12, 2024

**By ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *In re Insulin Pricing Litigation*,
               Civil Action No: 2:23-md-3080 (BRM)(RLS)

Dear Judge Martinotti:

On behalf of all parties, we write to provide an update to the Court as to the specific items the parties have been working on to date:

1. **ESI Protocol.** The parties continue to negotiate an ESI protocol.

2. **Protective Order.** The parties continue to negotiate a protective order.

3. **Motion-to-Dismiss Briefing.** The parties are discussing the format for and timing of dispositive-motions briefing.

4. **Pre-MDL Common Benefit Order.** Earlier this week, Plaintiffs filed a proposed Common Benefit Order [ECF No. 66] that will allow participating counsel to receive pre-MDL common benefit work product, and for the counsel who generated such work product to seek compensation for common benefit work and expenses if a common benefit assessment is entered.

We thank the Court for its attention to this matter and look forward to providing a further update to the Court next week.

828309v1

Hon. Brian R. Martinotti, U.S.D.J.
January 12, 2024
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/James E. Cecchi | /s/Joanne Cicala |
| James E. Cecchi | Joanne Cicala |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Third-Party Payer Class Track* | *the State Attorneys General Track* |
| | |
| /s/David R. Buchanan | /s/John D. Tortorella |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

cc:     All Counsel of Record