

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

**Melissa A. Geist**
Direct Phone:  +1 609 514 5978
Email:  mgeist@reedsmith.com

January 12, 2024

<u>Via ECF & Electronic Mail</u>

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re: *MSP Recovery Claims, Series LLC, et al. v. Sanofi-Aventis U.S. LLC, et al.*, Civil Action No. 3:18-cv-02211 (BRM) (RLS) – Parties' Joint Submission Regarding Discovery Proceeding in this Action

Dear Judge Martinotti:

  The parties in the case styled *MSP Recovery Claims, Series LLC, et al. v. Sanofi-Aventis U.S. LLC, et al.*, Civil Action No. 3:18-cv-02211 (BRM) (RLS) (the "MSP Insulin Case") jointly write to Your Honor to confirm the parties' agreement that the MSP Insulin case is not stayed, and that discovery may proceed in the MSP Insulin Case, including against Plaintiffs' assignors and Defendants' corporate representatives. The parties jointly request that Your Honor issue an order confirming the parties' agreement and that the parties can continue to proceed with discovery in accordance with all discovery orders issued by Special Master Dennis M. Cavanaugh.

  We appreciate Your Honor's attention to this matter.

ReedSmith

Honorable Brian R. Martinotti, U.S.D.J.
January 12, 2024
Page 2

By:         */s/ Melissa A. Geist*
                       Melissa A. Geist, Esq.
                       **REED SMITH LLP**
                       506 Carnegie Center, Suite 300
                       Princeton, NJ 08540
                       Tel.: (609) 514-5978

                       James F. Hurst, Esq. (*pro hac vice*)
                       Andrew A. Kassof, Esq. (*pro hac vice*)
                       Diana M. Watral, Esq. (*pro hac vice*)
                       Ryan Moorman, Esq. (*pro hac vice*)
                       Jason A. Feld, Esq. (*pro hac vice*)
                       **KIRKLAND & ELLIS LLP**
                       300 North LaSalle
                       Chicago, IL 60654
                       Tel.: (312) 862-2000

                       *Attorneys for Defendant Eli Lilly and Company*

                       */s/ Christopher Walsh*
                       Christopher Walsh, Esq.
                       Michael R. McDonald, Esq.
                       **GIBBONS P.C.**
                       One Gateway Center
                       Newark, NJ 07102-5310
                       Tel.: (973) 596-4500

                       James P. Rouhandeh, Esq. (*pro hac vice*)
                       David B. Toscano, Esq. (*pro hac vice*)
                       **DAVIS POLK & WARDWELL LLP**
                       450 Lexington Avenue
                       New York, NY 10017
                       Tel.: (212) 450-4000

                       Neal A. Potischman, Esq. (*pro hac vice*)
                       Andrew Yaphe, Esq. (*pro hac vice*)
                       **DAVIS POLK & WARDWELL LLP**
                       1600 El Camino Real
                       Menlo Park, CA 94025
                       Tel.: (650) 752-2000

                       *Attorneys for Defendant Novo Nordisk Inc.*

Honorable Brian R. Martinotti, U.S.D.J.
January 12, 2024
Page 3

ReedSmith

                                               */s/ Liza Walsh*
                                               Liza M. Walsh, Esq.
                                               Katelyn O'Reilly, Esq.
                                               Selina Ellis, Esq.
                                               **WALSH PIZZI O'REILLY FALANGA LLP**
                                               Three Gateway Center
                                               100 Mulberry Street, 15th Floor
                                               Newark, NJ 07102
                                               Tel: (973) 757-1100

                                               Michael R. Shumaker, Esq. (*pro hac vice*)
                                               Julie E. McEvoy, Esq. (*pro hac vice*)
                                               William D. Coglianese, Esq. (*pro hac vice*)
                                               **JONES DAY**
                                               51 Louisiana Avenue, N.W.
                                               Washington, DC 20001
                                               Tel.: (202) 879-3939

                                               *Attorneys for Defendant Sanofi-Aventis U.S. LLC*

                                               **SHAPIRO, CROLAND, REISER**
                                               **APFEL & DI IORIO, LLP**
                                               *Attorneys for Plaintiffs*
                                               411 Hackensack Avenue,
                                               Hackensack, New Jersey 07601
                                               Phone: (201) 488-3900
                                               greiser@shapiro-croland.com

                                               By: */s/ Glenn R. Reiser (with permission)*
                                                     Glenn R. Reiser

                                               **MSP RECOVERY LAW FIRM**
                                               *Attorneys for Plaintiffs*
                                               2701 S Lejeune Road 10th Floor,
                                               Coral Gables, Florida, 33134
                                               Phone: (305) 614-2222
                                               Serve:
                                               serve@msprecoverylawfirm.com

                                               By: */s/ Janpaul Portal (with permission)*
                                               Janpaul Portal, Fla. Bar No. 0567264
                                               jportal@msprecoverylawfirm.com
                                               John W. Cleary, Fla. Bar No. 118137
                                               jcleary@msprecoverylawfirm.com

Honorable Brian R. Martinotti, U.S.D.J.
January 12, 2024
Page 4

ReedSmith

        Aida M. Landa, Fla. Bar. No. 0136451
        alanda@msprecoverylawfirm.com

        **Armas Bertran Zincone**
        *Attorneys for Plaintiffs*
        4960 SW 72 Avenue, Ste. 206
        Miami, Florida 33155
        Phone: 305-661-2021
        Eduardo E. Bertran, FBN: 94087
        ebertran@armaslaw.com
        Francesco A. Zincone, III, FBN: 100096
        fzincone@armaslaw.com

cc:    All Counsel of Record (via ECF and electronic mail)
        Special Master Dennis M. Cavanaugh, U.S.D.J. (Ret.)