

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

January 12, 2024

**<u>Via ECF & Electronic Mail</u>**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

# ORDER

Re:  *MSP Recovery Claims, Series LLC, et al. v. Sanofi-Aventis U.S. LLC, et al.*, Civil Action No. 3:18-cv-02211 (BRM) (RLS) – Parties' Joint Submission Regarding Discovery Proceeding in this Action

Dear Judge Martinotti:

The parties in the case styled *MSP Recovery Claims, Series LLC, et al. v. Sanofi-Aventis U.S. LLC, et al.*, Civil Action No. 3:18-cv-02211 (BRM) (RLS) (the "MSP Insulin Case") jointly write to Your Honor to confirm the parties' agreement that the MSP Insulin case is not stayed, and that discovery may proceed in the MSP Insulin Case, including against Plaintiffs' assignors and Defendants' corporate representatives. The parties jointly request that Your Honor issue an order confirming the parties' agreement and that the parties can continue to proceed with discovery in accordance with all discovery orders issued by Special Master Dennis M. Cavanaugh.

We appreciate Your Honor's attention to this matter.

SO ORDERED.

Date: January 17, 2024

*/s/Brian R. Martinotti*
**United States District Judge**

ReedSmith

Honorable Brian R. Martinotti, U.S.D.J.
January 12, 2024
Page 2

By:             */s/ Melissa A. Geist*
                     Melissa A. Geist, Esq.
                     **REED SMITH LLP**
                     506 Carnegie Center, Suite 300
                     Princeton, NJ 08540
                     Tel.: (609) 514-5978

                     James F. Hurst, Esq. (*pro hac vice*)
                     Andrew A. Kassof, Esq. (*pro hac vice*)
                     Diana M. Watral, Esq. (*pro hac vice*)
                     Ryan Moorman, Esq. (*pro hac vice*)
                     Jason A. Feld, Esq. (*pro hac vice*)
                     **KIRKLAND & ELLIS LLP**
                     300 North LaSalle
                     Chicago, IL 60654
                     Tel.: (312) 862-2000

                     *Attorneys for Defendant Eli Lilly and Company*

                     */s/ Christopher Walsh*
                     Christopher Walsh, Esq.
                     Michael R. McDonald, Esq.
                     **GIBBONS P.C.**
                     One Gateway Center
                     Newark, NJ 07102-5310
                     Tel.: (973) 596-4500

                     James P. Rouhandeh, Esq. (*pro hac vice*)
                     David B. Toscano, Esq. (*pro hac vice*)
                     **DAVIS POLK & WARDWELL LLP**
                     450 Lexington Avenue
                     New York, NY 10017
                     Tel.: (212) 450-4000

                     Neal A. Potischman, Esq. (*pro hac vice*)
                     Andrew Yaphe, Esq. (*pro hac vice*)
                     **DAVIS POLK & WARDWELL LLP**
                     1600 El Camino Real
                     Menlo Park, CA 94025
                     Tel.: (650) 752-2000

                     *Attorneys for Defendant Novo Nordisk Inc.*

Honorable Brian R. Martinotti, U.S.D.J.
January 12, 2024
Page 3

ReedSmith

*/s/ Liza Walsh*
Liza M. Walsh, Esq.
Katelyn O'Reilly, Esq.
Selina Ellis, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-1100

Michael R. Shumaker, Esq. (*pro hac vice*)
Julie E. McEvoy, Esq. (*pro hac vice*)
William D. Coglianese, Esq. (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel.: (202) 879-3939

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

**SHAPIRO, CROLAND, REISER APFEL & DI IORIO, LLP**
*Attorneys for Plaintiffs*
411 Hackensack Avenue,
Hackensack, New Jersey 07601
Phone: (201) 488-3900
greiser@shapiro-croland.com

By: */s/ Glenn R. Reiser (with permission)*
     Glenn R. Reiser

**MSP RECOVERY LAW FIRM**
*Attorneys for Plaintiffs*
2701 S Lejeune Road 10th Floor,
Coral Gables, Florida, 33134
Phone: (305) 614-2222
Serve:
serve@msprecoverylawfirm.com

By: */s/ Janpaul Portal (with permission)*
Janpaul Portal, Fla. Bar No. 0567264
jportal@msprecoverylawfirm.com
John W. Cleary, Fla. Bar No. 118137
jcleary@msprecoverylawfirm.com

3

Honorable Brian R. Martinotti, U.S.D.J.  
January 12, 2024  
Page 4  



        Aida M. Landa, Fla. Bar. No. 0136451  
        alanda@msprecoverylawfirm.com  

        **Armas Bertran Zincone**  
        *Attorneys for Plaintiffs*  
        4960 SW 72 Avenue, Ste. 206  
        Miami, Florida 33155  
        Phone: 305-661-2021  
        Eduardo E. Bertran, FBN: 94087  
        ebertran@armaslaw.com  
        Francesco A. Zincone, III, FBN: 100096  
        fzincone@armaslaw.com  

cc:    All Counsel of Record (via ECF and electronic mail)  
       Special Master Dennis M. Cavanaugh, U.S.D.J. (Ret.)