Attorney Information

MDL: 2:23-md-3080, Insulin Pricing Litigation

John Alden Meade
Meade Young LLC
400 Poydras St., Suite 1680
New Orleans, LA
T: 504-382-6283
F: 504-717-2846
E: jam@meadeyoung.com

Representing: The State of Louisiana in

Case Number:   2:23-cv-22978-BRM-RLS
Title:         The State of Louisiana v. Sanofi-Aventis U.S. LLC et al