## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

———

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

January 26, 2024

**<u>VIA ECF</u>**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
MDL No. 3080

Dear Judge Martinotti:

On behalf of the parties, we submit the following weekly status report:

1. The parties met and conferred regarding proposals for motion-to-dismiss briefing;

2. Defendants circulated their proposed edits to the draft Protective Order; and

3. Plaintiffs are working to respond to Defendants' revisions to the ESI protocol.

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for
Third-Party Payer Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for
The State Attorneys General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for
Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:    All counsel of record