**CERTIFICATE OF SERVICE**

     I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: January 26, 2024

                                              JOHN D. TORTORELLA