# SEEGERWEISS LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

February 9, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re:    *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
         MDL No. 3080

Dear Judge Martinotti:

In accordance with CMO #3, the parties submit the following weekly status report through the undersigned counsel:

1. The parties met and conferred regarding the Protective Order, as well as a process and timeline for bringing disputed issues before the Court.

2. Plaintiffs circulated their final positions regarding the ESI Order.

3. The parties continued discussions regarding proposals for motion-to-dismiss briefing.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for*
*Third-Party Payer Class Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*The State Attorney General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:    Honorable Rukhsanah L. Singh, U.S.M.J. (via ECF)
        All Counsel of Record (via ECF)