

February 12, 2024

**Via ECF**
Honorable Brian R. Martinotti, U.S.D.J.  **ORDER**
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re Insulin Pricing Litigation*, Nos. 2:17-cv-699 & MDL 3080
     State AGs requesting time to respond to Dkt. Nos. 726 & 727

Dear Judge Martinotti,

  The Court ordered Consumer Class Plaintiffs and Eli Lilly to submit supplemental filings addressing the impact of the Court's class certification opinion on the proposed consumer class/Lilly settlement (Dkt. No. 723). Those submissions were filed on February 9, 2024 (Dkt. Nos. 726 & 727). Both present arguments about objections raised by State Attorneys General to the proposed settlement.

  The State Co-Leads in MDL No. 3080 respectfully request until 5 p.m. ET Friday, February 16, 2024 to respond to the arguments raised in Consumer Class Plaintiffs' and Lilly's February 9 submissions.

  We ask that this relief be So Ordered. Thank you, Judge.

                  Respectfully submitted,

                  Joanne M. Cicala

cc: Honorable Rukhsanah L. Singh, U.S.M.J. (via ECF)
   All Counsel of Record (via ECF)

                  So Ordered:

                  _____
                  Brian R. Martinotti, U.S.D.J.
                  Date: February 13, 2024