UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO: Case No. 2:23-cv-14371**

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that Glenn Mintzer is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter. As such, the undersigned respectfully requests that Glenn Mintzer be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause. All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED: February 19, 2024

                                                Respectfully Submitted:

                                                /s/ James R. Dugan, II
                                                James R. Dugan, II (LA Bar No. 24785)
                                                David S. Scalia (LA Bar No.21369)
                                                TerriAnne Benedetto (PA Bar #59378)
                                                The Dugan Law Firm, APLC
                                                365 Canal Street, Suite 1000
                                                New Orleans, Louisiana  70130
                                                Telephone:   (504) 648-0180
                                                Facsimile:    (504) 648-0181
                                                E-mail:        jdugan@dugan-lawfirm.com
                                                                         dscalia@dugan-lawfirm.com
                                                                         tbenedetto@dugan-lawfirm.com

So Ordered this 20th day of February, 2024

                                                *Counsel for Plaintiff(s)*

Hon. Rukhsanah L. Singh, U.S.M.J.