**SEEGERWEISS** LLP
NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

March 1, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation,* **No. 2:23-md-03080-BRM-RLS**
      **MDL No. 3080**

Dear Judge Martinotti:

 In accordance with CMO #3, the parties submit the following weekly status report through the undersigned counsel:

1. **Protective Order.** The parties exchanged their respective positions of a joint submission to Judge Singh regarding disputed issues in the proposed Protective Order. The joint submission is to be filed by Wednesday, March 6, 2024.

2. **ESI Order.** Plaintiffs provided Defendants with a list of disputed issues in the proposed ESI Order. The parties are conferring regarding a schedule to promptly bring disputed issues before the Court.

3. **Rule 12 Briefing.** The parties continued their discussions about the procedure for motion-to-dismiss briefing and plan to submit a proposal for the Court at or before the upcoming March 12, 2024 case management conference.

4. **Direct-Filing Order.** Counsel for the Self-Funded Payer Track circulated a draft Direct-Filing Order to Defendants for discussion.

5. **Discovery Plan.** Defendants provided Plaintiffs with a proposed discovery plan.

Hon. Brian R. Martinotti, U.S.D.J.
March 1, 2024
Page 2

      We thank the Court for its continued attention to this matter.

      Respectfully submitted,

| | |
|---|---|
| */s/ James E. Cecchi* | */s/ Joanne Cicala* |
| James E. Cecchi | Joanne Cicala |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Third-Party Payer Class Track* | *The State Attorney General Track* |
| | |
| */s/ David R. Buchanan* | */s/ John D. Tortorella* |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

cc:    Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
          All Counsel of Record (via ECF)