# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

March 7, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

  Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
    MDL No. 3080

Dear Judge Martinotti:

  In accordance with Paragraph 4(b) of MDL Case Management Order #1, we write on behalf of all parties to provide the following proposed agenda for the case-management conference scheduled for 11:00 a.m. on Tuesday, March 12, 2024:

1. Proposals for MTD briefing
2. Discovery
    a. Protocol negotiations
        i. Protective Order
        ii. ESI Protocol
    b. Discovery Plan/Status of Rule 26 conferral
    c. Raising disputes
3. SFP DFO
4. MDL Expense fund

  Also enclosed for the Court's reference is a current MDL case list.

  Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for
Third-Party Payer Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for
The State Attorneys General Track*

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
March 7, 2024—Page 2

| | |
|---|---|
| */s/ David R. Buchanan* | */s/ John D. Tortorella* |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

cc:   Hon. Rukhsanah L. Singh, U.S.M.J.
       All counsel of record

## *In re Insulin Pricing Litigation* (MDL No. 3080)
## Case No. 2:23-md-03080-BRM-RLS
## Case List as of March 7, 2024

| Case Name | Case No. |
|---|---|
| **Self-Funded Payer Cases** | |
| County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |
| Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |
| Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |
| Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |
| County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |

| Case Name | Case No. |
|---|---|
| Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| **State Attorney General Cases** | |
| State of Montana, ex rel. Austin Knudsen v. Eli Lilly and Company, et al. | 2:23-cv-04214 |
| State of Kansas, ex rel., Kris W. Kobach, Attorney General v. Eli Lilly and Company, et al. | 2:23-cv-04219 |
| State of Arkansas, ex rel. Tim Griffin, Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04239 |
| State of Illinois, ex rel. Raoul v. Eli Lilly and Company et al. | 2:23-cv-04242 |
| State of Mississippi, ex rel. Lynn Fitch Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04364 |
| State of Kentucky, ex rel. Daniel Cameron v. Novo Nordisk Inc., et al. | 2:23-cv-21374 |
| The State of Louisiana v. Sanofi-Aventis U.S. LLC et al. | 2:23-cv-22978 |
| Arizona v. Optum Incorporated et al. | 2:24-cv-00260 |
| State of Utah et al. v. Eli Lilly and Company et al. | 2:24-cv-00536 |
| **Third-Party Payer Class Cases** | |
| Sheet Metal Workers Local No. 25 Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:23-cv-14371 |
| Local 464A UFCW Welfare Services and Benefit Funds individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20842 |

| Case Name | Case No. |
|---|---|
| Local 837 Health and Welfare Plan, individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20932 |
| Local No. 1 Health Fund, and Plan of Benefits for the Local No. 1 Health Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-21160 |
| Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-22305 |