**SeegerWeiss LLP**
New York • New Jersey • Philadelphia • Newton, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

March 8, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:   *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
             MDL No. 3080

Dear Judge Martinotti:

     In accordance with CMO #3, the parties submit the following weekly status report through the undersigned counsel:

1. **Confidentiality Order.** Filed joint submission on parties' disputed issues.
2. **ESI Order.** Continued discussions regarding proposals for bringing disputed issues before the Court.
3. **MTD Briefing.** Continued discussions regarding proposals for Rule 12 briefing.
4. **Rule 26(f) conferral.** Discussed Defendants' proposed discovery plan and Plaintiffs' proposed continuation of Rule 26(f) conference.

     We thank the Court for its continued attention to this matter.

                                          Respectfully submitted,

*/s/ James E. Cecchi*                            */s/ David R. Buchanan*
James E. Cecchi                               David R. Buchanan
*Liaison Counsel for*                      *Liaison Counsel for*
*Third-Party Payer Class Track*        *Self-Funded Payer Track*

*/s/ Joanne Cicala*                             */s/ John D. Tortorella*
Joanne Cicala                                   John D. Tortorella
*Liaison Counsel for*
*State Attorney General Track*

cc:     Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
         All Counsel of Record (via ECF)