UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  Date:    03/12/2024
Magistrate Judge:   Rukhsanah L. Singh  Case Nos:   23MDL3080
Mediator: Joseph A. Dickson, U.S.M.J. *ret.*
Court Reporter:   Tammera Witte

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
David R. Buchanan, Benjamin Widlanski, Mark Pifko, Brandon Bogle,
 & Steven Daroci, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, W. Lawrence Deas, Richard Johan Conrod, Trey Watkins, Burton LeBlanc,
 & Tony Ellis, Interim Liaison Counsel for State Attorneys General Track
Michael Roberts, Counsel for DPP & Co-Lead counsel for DPP Class
Melissa L. Yeates & Jonathan Neumann, Interim Counsel for TPP, PBM
Michael Tarringer, Attorney DDP Class Action Track
Matthew Gately, Attorney for DDP Class & TPP
Anthony Urpino & Pearl Robertson, Attorney for Self-Funded Byers
David Ko, Plaintiff Kings County

Liza Walsh, Melissa Patterson, Attorneys for Sanofi
James Rouhandeh, & Andrew Yaphe, Attorneys for Novo Nordisk
Diana Watral, Ryan J. Moorman, Julia Lopez & Jason Feld, Attorneys for Eli Lily
Patrick Harvey & Jason R. Scherr, Attorneys for Express Scripts
Enu Mainigi, & Josh Podoll, Attorneys for CVS Defts.
Elizabeth Broadway Brown, Young Yu, Kelly Barnaby, Attorneys for Optumrx. Inc.

**Note:**   See attached list for additional attendance/appearances in court via teleconference

Nature of Proceedings:

Case Management Conference held re: 23mdl3080
Court ordered as follows:
- Bi-Weekly status reports to be submitted by 5:00 pm on Fridays starting 03/22/24
- Attorneys in Attendance, who did not enter an appearance are to email liaison counsel from their group with their name and information.   Liaison counsel in turn will provide complete list to the court by 03/13/2024

- CMC set April 9, 2024
- Update to Magistrate Judge Singh re: 26(f) by 03/24/24
- Simultaneous submissions (with charts) on ESI protocol issues due to Magistrate Judge Singh by 03/22/24.
- Parties to meet and confer re briefing schedule re: responses to the 4th Amended Complaint filed in 2:17-699.

OTBS

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:   11:00 am  
Time Concluded:    12:15 pm