**ATTACHMENT**

**ADDITIONAL COUNSEL IN ATTENDANCE AT 03/12/2024 CMC**

Justin Moor  (Office of the Minnesota Attorney GeneraL)