

Park 80 West–Plaza One   (201) 845-9600 Main
250 Pehle Avenue          (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

March 19, 2024

**VIA ECF**

The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

    Re:    Joint Letter Regarding Disputed Confidentiality Order Provisions
            *In re Insulin Pricing Litigation*, MDL No. 3080
            Case No. 2:23-md-3080-BRM-RLS

Dear Judge Singh:

        Pursuant to Your Honor's March 13, 2024, letter order, the parties hereby jointly submit a proposed discovery confidentiality order consistent with Your Honor's ruling.

                              Respectfully Submitted,

*/s/ Matthew F. Gately*              */s/ Tanya Ellis*
Matthew Gately                        Tanya Ellis
*Counsel for the*                     *Counsel for the*
*Third-Party Payer Class Track*       *State Attorney General Track*


*/s/ Brandon Bogle*                   */s/ Kelley Barnaby*
Brandon Bogle                         Kelley Barnaby
*Counsel for the*                     *Counsel for*
*Self-Funded Payer Track*             *OptumRx*

| | |
|---|---|
| */s/ Patrick Harvey*<br>Patrick Harvey<br>*Counsel for*<br>*Express Scripts.* | */s/ Joshua Podoll*<br>Joshua Podoll<br>*Counsel for*<br>*CVS Caremark* |
| */s/ Andrew Yaphe*<br>Andrew Yaphe<br>*Counsel for*<br>*Novo Nordisk* | */s/ Liza Walsh*<br>Liza Walsh<br>*Counsel for*<br>*Sanofi-Aventis* |
| */s/ Ryan Moorman*<br>Ryan Moorman<br>*Counsel for*<br>*Eli Lilly* | |

2