# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

March 22, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
        MDL No. 3080

Dear Judge Martinotti:

On behalf of the parties, we submit the following bi-weekly status report:

1. The parties have continued their progress on MTD proposals.

    a. For third party payors, the parties have connected regarding a proposal. The TPPs are conferring among themselves and will be approaching Defendants shortly with their proposal.

    b. For self-funded payers, the parties have agreed on cases to brief and are working out other details such as timetable and page length. The parties will submit a proposed order shortly memorializing the agreements.

    c. For the States, the parties have agreed to cases to brief and are working out other details such as timetable and page length. The parties will submit a proposed order shortly memorializing the agreements.

2. Plaintiffs have been making progress on Defendants' draft discovery plan.

3. Both parties will be making their submissions on the disputed portions of the ESI Protocol to Magistrate Judge Singh today.

4. Defendants are reviewing the self-funded-payer plaintiffs' direct-filing order and expect to provide any edits shortly.

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
March 22, 2024—Page 2

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for*
*Third-Party Payer Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*The State Attorneys General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:     All counsel of record