Kevin H. Marino, Esq.
John D. Tortorella, Esq.
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425

OF COUNSEL:
Daniel Dockery, Esq. (*pro hac vice*)
Alexander Gazikas, Esq. (*pro hac vice*)
Benjamin N. Hazelwood, Esq. (*pro hac vice*)
Lori Interlicchio, Esq. (*pro hac vice*)
Enu Mainigi, Esq. (*pro hac vice*)
R. Kennon Poteat III, Esq. (*pro hac vice*)
A. Joshua Podoll, Esq. (*pro hac vice*)
Steven M. Pyser, Esq. (*pro hac vice*)
Craig Singer, Esq. (*pro hac vice*)
William I. Stewart, Esq. (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Defendants CVS Health Corporation, CVS Pharmacy, Inc. CaremarkPCS Health LLC, Caremark LLC, Caremark Rx LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>Case No. 2:20-cv-03426 | **Case No. 2:23-md-3080-BRM-RLS**<br>**MDL No. 3080**<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for pro hac vice in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: March 22, 2024                          Respectfully submitted,

                                                                            _____
                                                                            JOHN D. TORTORELLA

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

| | |
|---|---|
| Name: | Benjamin N. Hazelwood |
| Address: | Williams & Connolly LLP |
| | 680 Maine Avenue, S.W. |
| | Washington, DC 20024 |
| Email: | bhazelwood@wc.com |