**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                          By:    *s/ David R. Buchanan*
                                                      David R. Buchanan