UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Insulin Pricing Litigation<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Case No. 2:23-cv-22978-BRM-RLS** | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 2:23-md-03080 |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court.

/s/ Alex J. Brown
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Alex J. Brown

Address: The Lanier Law Firm, P.C.

10940 W. Sam Houston Pkwy N.

Houston, TX 77064

Telephone: 713-659-5200

Email: Alex.Brown@lanierlawfirm.com