**MARINO, TORTORELLA & BOYLE, P.C.**
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

March 26, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:  *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
          MDL No. 3080

Dear Judge Singh:

    Pursuant to the Court's order from the Case Management Conference on March 12, 2024, the Parties provide this joint status report regarding a Rule 26(f) conference and discovery plan:

    1.    The parties have exchanged written discovery plans.

    2.    The parties are meeting on March 27, 2024, to discuss those plans.

    Thank you for your continuing attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ James E. Cecchi* <br> James E. Cecchi <br> *Liaison Counsel for* <br> *Third-Party Payer Track* | */s/ Joanne Cicala* <br> Joanne Cicala <br> *Liaison Counsel for* <br> *The State Attorneys General Track* |
| */s/ David R. Buchanan* <br> David R. Buchanan <br> *Liaison Counsel for* <br> *Self-Funded Payer Track* | */s/ John D. Tortorella* <br> John D. Tortorella |

cc:    All counsel of record