

April 4, 2024

**Via ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re:    *In re Insulin Pricing Litigation*, Nos. 2:17-cv-699 & MDL 3080

Dear Judge Martinotti,

On behalf of the parties, the undersigned State Co-Leads in MDL No. 3080 submit the enclosed jointly agreed-upon Proposed Case Management Order Governing Motions to Dismiss in the State Attorney General Track for the Court's consideration.

Thank you for your continuing attention to this matter

Respectfully submitted,

Joanne M. Cicala
The Cicala Law Firm PLLC

W. Lawrence Deas
Liston & Deas PLLC

Walter G. Watkins
Forman Watkins & Krutz LLP

cc:    All Counsel of Record (via ECF)