

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

April 4, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *In re: Insulin Pricing Litigation*
           No. 2:23-md-03080-BRM-RLS
           MDL No. 3080
           Joint List of Counsel – April 8, 2024 Case Management Conference

Dear Judge Singh:

Pursuant to the Court's Order on March 14, 2024, the parties submit this joint list of counsel who will be appearing at the April 8, 2024 in-person case management conference to address pending discovery issues in this matter. The list below identifies which counsel will take the lead in speaking on behalf of each side with an asterisk and lists the other attorneys who will be in attendance.

Joint List of Counsel

**Plaintiffs**:

- **Third-Party Payer Class Track**
    - Melissa Yeates (Kessler Topaz Meltzer & Check, LLP)*
    - Jon Neumann (Kessler Topaz Meltzer & Check, LLP)
    - Donald Ecklund (Carella Byrne Cecchi Brody Agnello, P.C.)
    - Karen Halbert (Roberts Law Firm)
    - Michael Tarringer (NastLaw LLC)
    - Matthew Gately (Cohn Lifland Pearlman Herrmann & Knopf LLP)

April 4, 2024
Page 2

- **State Attorney General Track**
    - Joanne Cicala (The Cicala Law Firm)
    - Josh Wackerly (The Cicala Law Firm)*
    - Trey Watkins (Forman Watkins & Krutz LLP)
    - Tanya Ellis (Forman Watkins & Krutz LLP)
- **Self-Funded Payer Track**
    - David Buchanan (Seeger Weiss LLP)*
    - Steven Daroci (Seeger Weiss LLP)
    - Benjamin Widlanski (Kozyak Tropin Throckmorton LLP)
    - Tal Lifshitz (Kozyak Tropin Throckmorton LLP)
    - Mark Pifko (Baron & Budd)
    - Brandon Bogle (Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, and Mougey, P.A.)

**Manufacturers**:

- **Sanofi-Aventis**
    - Melissa Lim Patterson (Jones Day)*
    - Elizabeth Fassih (Jones Day)
    - Katelyn O'Reilly (Walsh Pizzi O'Reilly Falanga LLP)
    - Lauren Malakoff (Walsh Pizzi O'Reilly Falanga LLP)
- **Novo Nordisk**
    - Neal Potischman (Davis Polk)
    - Andrew Yaphe (Davis Polk)
    - Brian Carroll (McCarter & English)
- **Eli Lilly**
    - Ryan Moorman (Kirkland & Ellis)

**PBMs**:

- **OptumRx**
    - Kelley Barnaby (Alston & Bird)*
    - Young Yu (O'Toole Scrivo)
- **Express Scripts**
    - Patrick Harvey (Morgan Lewis)
- **CVS Caremark**
    - Josh Podoll (Williams & Connolly)

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh