UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                        **April 8, 2024**
**OFFICE**                                                    **DATE OF PROCEEDINGS**

**JUDGE: RUKHSANAH L. SINGH**
**COURT REPORTER: Kimberly Wilson**

**TITLE OF CASE:**                               **MD-23-3080 (BRM) (RLS)**

IN RE: INSULIN PRICING LITIGATION

**APPEARANCES:**

Don Ecklund, Esq., Interim Liaison Counsel for Third Party Payer Track
Karen Halbert, Esq., for Third Party Payer Track
David Buchanan, Esq., Tal Lifshitz, Esq., Benjamin Widlanski, Esq., Mark Pifko, Esq., Brandon Bogle, Esq., & Steven Daroci, Esq., Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, Esq., Josh Wackerly, Esq., Trey Watkins, Esq., & Tanya Ellis, Esq., Interim Liaison Counsel for State Attorneys General Track
Melissa Yeates, Esq., & Jon Neumann, Esq., Interim Counsel for TPP, PBM
Michael Tarringer, Esq., DDP Class Action Track
Matthew Gately, Esq., DDP Class & TPP
Elizabeth Fassih, Esq., Katelyn O'Reilly, Esq., Lauren Malakoff, Esq., & Melissa Lim Patterson, Esq., for defendant Sanofi-Aventis US LLC.
Neal Potischman, Esq., Brian Carroll, Esq., & Andrew Yaphe, Esq., for defendant Novo Nordisk, Inc.
Ryan Moorman, Esq., for defendant Eli Lilly and Company
Patrick Harvey, Esq., for defendant Evernorth Health, Inc.,
Josh Podoll, Esq., for defendant CVS Health Corporation
Young Yu, Esq., & Kelly Barnaby, Esq., for defendant Optumrx, Inc.,

**NATURE OF PROCEEDING:**

Case management conference held.
Order to be entered.

**TIME COMMENCED:**   2:00 p.m.                           **s/ Mark Morelli**
**TIME ADJOURNED:**    3:40 p.m.                           **Deputy Clerk**
**TOTAL TIME: 1 Hour & 40 Minutes**