UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

J

Judge: Brian R. Martinotti                          Date:    04/09/2024
Magistrate Judge:   Rukhsanah L. Singh              Case Nos:   23MDL3080
Mediator: Joseph A. Dickson, U.S.M.J. *ret.*
Court Reporter:   Tammera Witte

Title of the Case:

| In Re: INSULIN PRICING LITIGATION |
|---|

**Appearances**

Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
David R. Buchanan, Mark Pifko, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, W. Lawrence Deas,
        & Trey Watkins, Interim Liaison Counsel for State Attorneys General Track
Michael Roberts, Michael Tarringer
        & Karen Halbert, Counsel for DPP & Co-Lead counsel for DPP Class
Melissa L. Yeates & Jonathan Neumann, Interim Counsel for TPP, PBM
Matthew Gately, Attorney for DDP Class & TPP

Katelyn O'Reilly & Melissa Lim Patterson, Attorneys for Sanofi
Melissa Geist & Ryan J. Moorman, Attorneys for Eli Lilly
Andrew Yaphe, Neal Potischman & Brian Carroll, Attorneys for Novo Nordisk
Jason R. Scherr, Attorneys for Express Scripts
John Tortorella & Josh Podoll, Attorneys for CVS Defts.
Thomas Scrivo, Elizabeth Broadway Brown & Young Yu, Attorneys for Optumrx. Inc.

**Note:   See attached list for additional attendance/appearances in court via teleconference**

**NONE.**

Nature of Proceedings:

Case Management Conference held re: 23mdl3080
Court ordered as follows:
  • CMC set 05/14/24 before Judge Martinotti
  • Status Conference set for 05/13/24 with Judge Singh
  • Update to Magistrate Judge Singh due by 05/08/24

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:      11:00 am
Time Concluded:      11:35 am