

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

April 12, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    ***In re: Insulin Pricing Litigation***
            **No. 2:23-md-03080-BRM-RLS**
            **MDL No. 3080**
            **Extension Request re: ESI Protocol – Declarations on Hyperlinked Documents**

Dear Judge Singh:

    Pursuant to Your Honor's request at the April 8, 2024 hearing, I am writing on behalf of all Defendants regarding a date by which they will submit declarations on the issue of hyperlinked documents. Defendants have informed Plaintiffs of the expected timing for the declarations, and the parties are still negotiating regarding the timing for and length of Plaintiffs' proposed submission. Accordingly, Defendants respectfully request an extension until Monday, April 15 to allow the parties more time to come to an agreement.

    If the foregoing request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. Thank you for your time and attention.

                            Respectfully submitted,

                            *s/ Liza M. Walsh*

                            Liza M. Walsh

cc:    All Counsel of Record (via ECF)

                            IT IS on this <u>15th</u> day of April, 2024
                            So Ordered:

                            Hon. Rukhsanah L. Singh, U.S.M.J.