**SeegerWeiss LLP**
New York • New Jersey • Philadelphia • Newton, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

April 15, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
      MDL No. 3080

Dear Judge Martinotti:

  On behalf of the Self-Funded Payer Track, we submit the enclosed proposed Order for the Creation and Maintenance of Litigation Fund for Self-Funded Payer Track. If the proposed order meets with Your Honor's approval, we respectfully request that it be so Ordered and entered on the docket.

  We thank the Court for its continued attention to this matter.

             Respectfully submitted,

             */s/ David R. Buchanan*
             David R. Buchanan
             *Liaison Counsel for*
             *Self-Funded Payer Track*

Enclosure

cc: Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
   All Counsel of Record (*via* ECF)