UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case No.: 2:23-md-03080 (BRM) (RLS)**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO: SELF-FUNDED PAYER TRACK**

**CASE MANAGEMENT ORDER # [ ]**
**(ORDER FOR THE CREATION AND MAINTENANCE OF LITIGATION FUND**
**FOR THE SELF-FUNDED PAYER TRACK)**

On December 5, 2023, the Court entered Case Management Order #3 ("CMO #3), which

established three MDL Litigation Tracks and appointed certain Plaintiffs' leadership positions for

each of those tracks. Among the three MDL Litigation Tracks is the Self-Funded Payer Track, in

which the Court appointed Co-Lead Counsel, a Plaintiffs' Executive Committee, and a Plaintiffs'

Steering Committee. *See* CMO #3, ECF No. 34.

As set forth below, the Court now sets specific guidelines for the creation and

maintenance of a litigation fund for shared expenses incurred for the common benefit of the Self-

Funded Payer Track.

1.       Co-Lead Counsel for the Self-Funded Payer Track are directed to establish and

administer an account at a financial institution of their choosing to receive funds that are

sufficient to cover Plaintiffs' expenses for the prosecution of the Self-Funded Payer Track (the

"SFP Litigation Fund").

2.       Co-Lead Counsel for the Self-Funded Payer Track are authorized to appoint a

qualified certified public accountant or other duly capable and experienced fund administrator to

serve as Escrow Agent and/or Fund Administrator over the SFP Litigation Fund and to keep

detailed records of all deposits and withdrawals and to prepare tax returns and other tax filings in

connection with the SFP Litigation Fund.

**IT IS SO ORDERED.**

Dated: April _____, 2024        _____

**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**