UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080 |
| **THIS DOCUMENT RELATES TO:**<br>**SELF-FUNDED PAYER TRACK** | **JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

## CASE MANAGEMENT ORDER #8
### (ORDER FOR THE CREATION AND MAINTENANCE OF LITIGATION FUND FOR THE SELF-FUNDED PAYER TRACK)

On December 5, 2023, the Court entered Case Management Order #3 ("CMO #3"), which established three MDL Litigation Tracks and appointed certain Plaintiffs' leadership positions for each of those tracks. Among the three MDL Litigation Tracks is the Self-Funded Payer Track, in which the Court appointed Co-Lead Counsel, a Plaintiffs' Executive Committee, and a Plaintiffs' Steering Committee. *See* CMO #3 (ECF No. 34).

As set forth below, the Court now sets specific guidelines for the creation and maintenance of a litigation fund for shared expenses incurred for the common benefit of the Self-Funded Payer Track.

1. Co-Lead Counsel for the Self-Funded Payer Track are directed to establish and administer an account at a financial institution of their choosing to receive funds that are sufficient to cover Plaintiffs' expenses for the prosecution of the Self-Funded Payer Track (the "SFP Litigation Fund").

2. Co-Lead Counsel for the Self-Funded Payer Track are authorized to appoint a qualified certified public accountant or other duly capable and experienced fund administrator to serve as Escrow Agent and/or Fund Administrator over the SFP Litigation Fund and to keep

detailed records of all deposits and withdrawals and to prepare tax returns and other tax filings in connection with the SFP Litigation Fund.

**IT IS SO ORDERED.**

Dated: April 16, 2024

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**