UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Wayne County, Michigan v. Eli Lilly and Company et al.;* 2:24-cv-00523<br><br>*Monroe County, Michigan v. Eli Lilly and Company et al.;* 2:24-cv-00720 | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
|---|---|

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for pro hac vice in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated:  April 19, 2024                                        Respectfully submitted,

                                                                              /s/ Sharon S. Almonrode

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Sharon S. Almonrode

Address:     950 W. University Drive, Suite 300

                   Rochester, Michigan 48307

Email:         ssa@millerlawpc.com