## MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

April 19, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

  Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
    MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

  In addition to appearing before the Court on April 8 and 9, the parties provide the following status update for the weeks of April 8 and 15:

1. Plaintiffs filed their response (ECF No. 142) to the Manufacturer Defendants' request for leave to file a Motion for Judgment on the Pleadings (ECF No. 131).

2. Defendants sent a revised draft of Plaintiffs' proposed Direct Filing Order for the SFP Track. Plaintiffs are reviewing it.

3. The parties negotiated a briefing schedule and structure for additional briefing regarding the ESI Protocol, as requested by Judge Singh.

4. The parties met and conferred regarding a discovery plan on April 5, 2024. Defendants are preparing their response to Plaintiffs' proposal, which they intend to circulate shortly.

  Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ James E. Cecchi*          */s/ Joanne Cicala*
James E. Cecchi            Joanne Cicala
*Liaison Counsel for*          *Liaison Counsel for*
*Third-Party Payer Track*        *The State Attorneys General Track*

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
April 19, 2024—Page 2

| | |
|---|---|
| */s/ David R. Buchanan* | */s/ John D. Tortorella* |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

cc:     All counsel of record