**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: April 19, 2024

                                                   JOHN D. TORTORELLA