UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Mayor & City Council of Baltimore v. Eli Lilly and Company et al.*,<br>2:24-cv-05099-BRM-RLS | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: April 19, 2024

Respectfully submitted,

/s/ Tyler D. Downing

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Tyler D. Downing

Address:  Tyler Downing
          Susman Godfrey L.L.P.
          1900 Avenue of the Stars, Suite 1400
          Los Angeles, CA 90067

Email:    tdowning@susmangodfrey.com