UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

Please take notice that the Chicago address of counsel for Defendant Eli Lilly and Company ("Defendant") has changed as follows:

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

The attorneys' emails have not changed. Defendant requests that the Court and all counsel update their records to reflect this change.

Dated: April 29, 2024

/s/ *Melissa A. Geist*
Melissa A. Geist, Esq.
Julia A. Lopez, Esq.
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel.: (609) 514-5978

James F. Hurst, P.C. (*pro hac vice*)
Andrew A. Kasoff, P.C. (*pro hac vice*)
Diana M. Watral, P.C. (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200