# WLJ

## WRIGHT LINDSEY JENNINGS

200 West Capitol Avenue, Suite 2300   Little Rock, AR 72201-3699   Main 501.371.0808   Fax 501.376.9442   wlj.com

Gordon S. Rather, Jr.
ATTORNEY

Direct: 501.212.1267 | grather@wlj.com

April 22, 2024

RE:   IN RE: Insulin Pricing Litigation
      Case MDL No. 3080

Clerk's Office
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ  07102

Enclosed is a request to withdraw as counsel which I would like to have filed in the captioned MDL proceeding. It is my understanding that the Court will then enter an order concerning my request to withdraw.

Please let me know if anything more is required, and thank you for your assistance.

Cordially yours,

WRIGHT, LINDSEY & JENNINGS LLP

Gordon S. Rather, Jr.

GSR:nng
Enclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 APR 29  A 10: 4

IN RE: INSULIN PRICING LITIGATION     MDL No. 3080

THIS DOCUMENT RELATES TO: ALL CASES

JUDGE BRIAN R. MARTINOTTI
JUDGE RUKHSANAH L. SINGH

### REQUEST TO WITHDRAW AS COUNSEL

Gordon S. Rather, Jr. of Wright, Lindsey & Jennings LLP hereby requests entry of an order allowing him to withdraw as counsel and to be terminated from receiving further notice of electronic filings generated by the CM/ECF system for the following reasons:

1. I am counsel for defendant Novo Nordisk Inc. in *Griffin v. Eli Lilly and Company, et al.* which was filed in the United States District Court for the Eastern District of Arkansas, Central Division, as Case No. 4:22-CV-00549-JM.

2. That action was transferred to this Court as part of MDL No. 3080.

3. In response to my request to be allowed to withdraw, the USDC Helpdesk advised me to file this request to withdraw.

WHEREFORE, Gordon S. Rather, Jr. of Wright, Lindsey & Jennings LLP requests that this Court enter an order allowing him to withdraw as counsel of record and terminating him from receiving further notice of electronic filings generated by the CM/ECF system.

3101966-v1

Gordon S. Rather, Jr. (68054)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
(501) 371-0808
FAX: (501) 376-9442
grather@wlj.com

*Attorneys for Novo Nordisk*

3101966-v1

**WRIGHT, LINDSEY, & JENNINGS LLP**
ATTORNEYS AT LAW
200 WEST CAPITOL AVENUE
SUITE 2300
LITTLE ROCK, ARKANSAS 72201-3699

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 APR 29  A 10: 4*

NEOP
04/22

**First Class Mail**



9-000063/gsr
Clerk's Office
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102