# SEEGERWEISS LLP

New York • New Jersey • Philadelphia • Newton, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

May 3, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

> Re:   *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
>       MDL No. 3080

Dear Judge Martinotti:

Pursuant to CMO #5, the parties provide the following status update for the weeks of April 22 and 29:

1. Pursuant to CMO #6, the Albany County, Lake County, and King County Plaintiffs filed their respective amended complaints.

2. Pursuant to CMO #7, Defendants served their supplemental briefs supporting their motions to dismiss for the *Illinois* and *Montana* matters.

3. Defendants filed their submission regarding the parties' proposed ESI orders.

4. The parties met and conferred regarding their proposed discovery plans.

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for*
*Third-Party Payer Class Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*State Attorney General Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:   Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
      Counsel of Record (*via* ECF)