| | |
|---|---|
| Kevin H. Marino, Esq.<br>John D. Tortorella, Esq.<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488<br>Tel: (973) 824-9300<br>Fax: (973) 824-8425 | OF COUNSEL:<br>Daniel Dockery, Esq. (*pro hac vice*)<br>Alexander Gazikas, Esq. (*pro hac vice*)<br>Benjamin N. Hazelwood, Esq. (*pro hac vice*)<br>Lori Interlicchio, Esq. (*pro hac vice*)<br>Enu Mainigi, Esq. (*pro hac vice*)<br>R. Kennon Poteat III, Esq. (*pro hac vice*)<br>A. Joshua Podoll, Esq. (*pro hac vice*)<br>Steven M. Pyser, Esq. (*pro hac vice*)<br>Craig Singer, Esq. (*pro hac vice*)<br>William I. Stewart, Esq. (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029 |

*Counsel for Defendants CVS Health Corporation, CVS Pharmacy, Inc. CaremarkPCS Health LLC, Caremark LLC, Caremark Rx LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>Case No. 2:20-cv-03426 | **Case No. 2:23-md-3080-BRM-RLS**<br>**MDL No. 3080**<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for pro hac vice in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: May 8, 2024

Respectfully submitted,

_____
JOHN D. TORTORELLA

PRO HAC VICE ATTORNEY INFORMATION:

Name:      Craig Singer

Address:   Williams & Connolly LLP
           680 Maine Avenue, S.W.
           Washington, DC 20024

Email:     csinger@wc.com

2