# ATTACHMENT A

## State Attorney General Track Plaintiffs

Joanne Cicala
Josh Wackerly
The Cicala Law Firm PLLC
101 College St
Dripping Springs, TX 78620
Tel: (512) 275-6550
joanne@cicalapllc.com
josh@cicalapllc.com

Tanya Ellis
Forman Watkins & Krutz LLP
210 E Capitol St, Suite 2200
Jackson, MS 39201
Tel: (601) 960-3210
tanya.ellis@formanwatkins.com

## TPP Class Track Plaintiffs

Donald Ecklund
Carella, Byrne, Cecchi, Brody & Agnello, P.C.
5 Becker Farm Rd
Roseland, NJ 07068
Tel: (973) 422-4479
decklund@carellabyrne.com

Melissa Yeates
Jonathan Neumann
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Rd
Radnor, PA 19087
Tel: (484) 270-1409
myeates@ktmc.com
jneumann@ktmc.com

## Direct Purchaser Action Plaintiffs

Erich P. Schork
Roberts Law Firm US, PC
P.O. Box 31909
Chicago, Illinois 60631-9998
Tel: (708) 497-9068
erichschork@robertslawfirm.us

Dianne M. Nast
Daniel N. Gallucci
Michael Tarringer
Michele Burkholder
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
dnast@nastlaw.com
dgallucci@nastlaw.com
mtarringer@nastlaw.com
mburkholder@nastlaw.com

Peter S. Pearlman
Matthew Gately
Cohn, Lifland, Pearlman, Herrmann
   & Knopf LLP
PARK 80 WEST PLAZA ONE
250 PEHLE AVENUE, SUITE 401
SADDLE BROOK, NJ 07663

Tel: (201) 845-9600
Fax: (201) 845-9423
psp@njlawfirm.com
mfg@njlawfirm.com

**Self-Funded Payer Track Plaintiffs**

David Buchanan
Steven Daroci
Seeger Weiss LLP
55 Challenger Rd, 6th Floor
Ridgefield Park, NJ 07660
Tel: (973) 639-9100
dbuchanan@seegerweiss.com
sdaroci@seegerweiss.com

Mark Pifko
Baron & Budd, P.C.
15910 Ventura Blvd, Suite 1600
Encino, CA 91436
Tel: (818) 839-2333
mpifko@baronbudd.com

Brandon Bogle
Troy Rafferty
Levin Papantonio Rafferty Proctor Buchanan
O'Brien Barr Mougey, P.A.
316 S Baylen St, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7043
bbogle@levinlaw.com

Benjamin Widlanski
Tal Lifshitz
Kozyak Tropin Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 377-0660
bwidlanski@kttlaw.com
tjl@kttlaw.com

**Eli Lilly and Company**

Melissa A. Geist, Esq.
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel.: (609) 514-5978
MGeist@ReedSmith.com

Andrew A. Kassof, Esq. (*pro hac vice*)
Diana M. Watral, Esq. (*pro hac vice*)
Ryan Moorman, Esq. (*pro hac vice*)
Jason A. Feld, Esq. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
akassof@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com

**Novo Nordisk Inc.**

| | |
|---|---|
| Brian W. Carroll<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br>(973) 639-2020<br>bcarroll@McCarter.com | James P. Rouhandeh, Esq. (*pro hac vice*)<br>David B. Toscano, Esq. (*pro hac vice*)<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel.: (212) 450-4000<br>rouhandeh@davispolk.com<br>david.toscano@davispolk.com |
| | Neal A. Potischman, Esq. (*pro hac vice*)<br>Andrew Yaphe, Esq. (*pro hac vice*)<br>**DAVIS POLK & WARDWELL LLP**<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>Tel.: (650) 752-2000<br>andrew.yaphe@davispolk.com<br>neal.potischman@davispolk.com |

**Sanofi-Aventis US LLC**

| | |
|---|---|
| Liza M. Walsh, Esq.<br>Katelyn O'Reilly, Esq.<br>Selina Ellis, Esq.<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>Tel.: (973) 757-1100<br>LWalsh@walsh.law<br>KOReilly@walsh.law<br>SEllis@walsh.law | Michael R. Shumaker, Esq. (*pro hac vice*)<br>Julie E. McEvoy, Esq. (*pro hac vice*)<br>William D. Coglianese, Esq. (*pro hac vice*)<br>Melissa L. Patterson, Esq. (*pro hac vice*)<br>**JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Tel.: (202) 879-3939<br>mrshumaker@JonesDay.com<br>jmcevoy@jonesday.com<br>wcoglianese@jonesday.com<br>mpatterson@jonesday.com |

**OptumRx, Inc.; UnitedHealth Group Incorporated; OptumInsight, Inc; OptumRx Holdings LLC; and Optum, Inc.**

| | |
|---|---|
| Thomas P. Scrivo<br>Young Yu<br>**O'TOOLE SCRIVO, LLC**<br>14 Village Park Road<br>Cedar Grove, NJ 07009<br>T: (973) 239-5700<br>yyu@oslaw.com | Brian D. Boone<br>**ALSTON & BIRD LLP**<br>1120 S. Tryon Street, Ste. 300<br>Charlotte, NC 28280<br>T: (704) 444-1000<br>Fax: (704) 444-1111<br>brian.boone@alston.com<br><br>Elizabeth Broadway Brown<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 W. Peachtree Street, NW, Ste. 4900<br>Atlanta, GA 30309-3424<br>T: (404) 881-7000<br>Fax: (404) 881-7777<br>liz.brown@alston.com<br><br>Kelley Connolly Barnaby<br>**ALSTON & BIRD LLP**<br>950 F. Street, NW<br>Washington, D.C. 20004<br>T: (202) 239-3300<br>Fax: (202) 239-3333<br>Kelley.Barnaby@alston.com |

**Evernorth Health, Inc. (formerly Express Scripts Holding Company); Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.**

| | |
|---|---|
| Drew Cleary Jordan<br>Tanya Y. Shah<br>MORGAN LEWIS & BOCKIUS LLP<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>drew.jordan@morganlewis.com<br>tanya.shah@morganlewis.com<br>Tel: (609) 919-6600<br>Fax: (609) 919-6701 | Jason R. Scherr<br>Patrick A. Harvey<br>Lindsey T. Levy<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541<br>jr.scherr@morganlewis.com<br>patrick.harvey@morganlewis.com<br>lindsey.levy@morganlewis.com<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001<br><br>-and- |

4

        Katherine A. Vaky
        MORGAN, LEWIS & BOCKIUS LLP
        One Oxford Centre, Thirty Second Floor
        Pittsburgh, PA 15219-6401
        kathryn.vaky@morganlewis.com
        Tel: (412) 560-3300
        Fax: (412) 560-7001

**CaremarkPCS Health, LLC, Caremark Rx, LLC, Caremark, LLC, CVS Pharmacy, Inc., and CVS Health Corporation**

| | |
|---|---|
| Kevin H. Marino<br>John D. Tortorella<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, New Jersey 07928<br>T: (973) 824-9300<br>F: (973) 824-8425<br>kmarino@khmarino.com<br>jtortorella@khmarino.com | Enu Mainigi<br>Craig Singer<br>R. Kennon Poteat III<br>A. Joshua Podoll<br>Daniel Dockery<br>**WILLIAMS AND CONNOLLY LLP**<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br>csinger@wc.com<br>kpoteat@wc.com<br>apodoll@wc.com<br>ddockery@wc.com |