MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
————
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

May 8, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
> MDL No. 3080

Dear Judge Singh:

Pursuant to the Court's Order on April 8, 2024 (ECF No. 136), the parties submit this joint list of counsel who will appear at the in-person case-management conference on May 13, 2024, to address pending discovery issues in this matter. The list below identifies with an asterisk the counsel who will take the lead in speaking on behalf of each side and lists the other attorneys who will be in attendance.

Joint List of Counsel

**Plaintiffs**:

- **Self-Funded Payer Track**
  - David Buchanan* (Seeger Weiss LLP)
  - Steven Daroci (Seeger Weiss LLP)
  - Brandon Bogle* (Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, and Mougey, P.A.)
  - Mark Pifko (Baron & Budd)
  - Benjamin Widlanski (Kozyak Tropin Throckmorton LLP)
  - Tal Lifshitz (Kozyak Tropin Throckmorton LLP)
- **State Attorney General Track**
  - Joanne Cicala* (The Cicala Law Firm)
  - Tanya Ellis* (Forman Watkins & Krutz LLP)
- **Third-Party Payer Class Track**
  - Melissa Yeates* (Kessler Topaz Meltzer & Check, LLP)
  - Erich Schork (Roberts Law Firm US, PC)
  - Donald Ecklund (Carella Byrne Cecchi Brody Agnello, P.C.)

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Rukhsanah L. Singh, U.S.M.J.
May 8, 2024—Page 2

- ○ Karen Halbert (Roberts Law Firm)
- ○ Michael Tarringer (NastLaw LLC)
- ○ Peter Pearlman (Cohn Lifland Pearlman Herrmann & Knopf LLP)

**Manufacturers**:

- **Sanofi-Aventis**
  - ○ Melissa Lim Patterson* (Jones Day)
  - ○ Joseph Kiessling (Jones Day)
  - ○ Liza Walsh (Walsh Pizzi O'Reilly Falaga LLP)
- **Novo  Nordisk**
  - ○ Neal Potischman (Davis Polk)*
  - ○ Cristina Rincon (Davis Polk)
- **Eli Lilly**
  - ○ Ryan Moorman (Kirkland & Ellis)
  - ○ Jason Feld (Kirkland & Ellis LLP)

**PBMs**:

- **OptumRx**
  - ○ Kelley Barnaby* (Alston & Bird)
  - ○ Liz Broadway Brown (Alston & Bird)
- **Express Scripts**
  - ○ Patrick Harvey (Morgan Lewis)
  - ○ Jason R. Scherr (Morgan Lewis)
- **CVS Caremark**
  - ○ Daniel Dockery (Williams & Connolly)*
  - ○ Josh Podoll (Williams & Connolly)*

Thank you for your continuing attention to this matter.

Respectfully yours,

John D. Tortorella

cc:     All counsel of record