**SeegerWeiss** LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

May 9, 2024

<u>VIA ECF</u>

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:   *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS
            MDL No. 3080

Dear Judge Martinotti:

In accordance with Paragraph 4(b) of MDL Case Management Order #1, we write on behalf of all parties to provide the following agenda for the case-management conference scheduled for 11:00 a.m. on Tuesday, May 14, 2024.

    **1.**    **Procedure and timeline for the development of MDL cases.**

**Plaintiffs' position:** Through discussions with Defendants thus far, it is apparent that the parties have a fundamental disagreement as to the most efficient way to develop the cases in this litigation. Plaintiffs believe that the parties would therefore benefit from discussion with the Court to hear the Court's views on the most appropriate process to facilitate the efficient development of this MDL, as well as the timetables for doing so.

**Defendants' position:** Plaintiffs' assertion that there is a "fundamental disagreement as to the most efficient way to develop the cases" refers to the parties' competing discovery plans. As requested by Judge Singh during the parties April 8, 2024 hearing in this matter, yesterday the parties submitted their respective positions on their competing discovery plans [ECF Nos. 166-68], including disputed issues regarding: (a) the time period for discovery; (b) the relevant drugs at issue; (c) Plaintiffs' request for reproduction of discovery materials from other proceedings; (d) the overall process for discovery; and (e) the overall schedule for the cases. The parties will be discussing their proposals at a discovery conference before Judge Singh on Monday, May 13, 2024. To the extent Your Honor also wishes to discuss those proposals, the parties will be prepared to do so at the May 14 case management conference with Your Honor.

                                   *    *    *

Also enclosed for the Court's reference is a current MDL case list. We thank the Court for its continued attention to this matter.

Hon. Brian R. Martinotti, U.S.D.J.
May 9, 2024
Page 2

Respectfully submitted,

| | |
|---|---|
| */s/ James E. Cecchi* | */s/ David R. Buchanan* |
| James E. Cecchi | David R. Buchanan |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Third-Party Payer Class Track* | *Self-Funded Payer Track* |
| | |
| */s/ Joanne Cicala* | */s/ John D. Tortorella* |
| Joanne Cicala | John D. Tortorella |
| *Liaison Counsel for* | |
| *State Attorney General Track* | |

Enclosure

cc:   Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
      Counsel of Record (*via* ECF)

## *In re Insulin Pricing Litigation* (MDL No. 3080)
## Case No. 2:23-md-03080-BRM-RLS
## Case List as of May 9, 2024

| Case Name | Case No. |
|---|---|
| **Self-Funded Payer Track Cases** | |
| County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |
| Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |
| Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |
| Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |
| County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |

| Case Name | Case No. |
|---|---|
| Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| St. Louis County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-04615 |
| Mayor & City Council of Baltimore v. Eli Lilly & Company, et al. | 2:24-cv-05099 |
| City of Lorain, Ohio v. Eli Lilly and Company, et al. | 2:24-cv-05002 |
| **State Attorney General Track Cases** | |
| State of Montana, ex rel. Austin Knudsen v. Eli Lilly and Company, et al. | 2:23-cv-04214 |
| State of Kansas, ex rel., Kris W. Kobach, Attorney General v. Eli Lilly and Company, et al. | 2:23-cv-04219 |
| State of Arkansas, ex rel. Tim Griffin, Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04239 |
| State of Illinois, ex rel. Raoul v. Eli Lilly and Company et al. | 2:23-cv-04242 |
| State of Mississippi, ex rel. Lynn Fitch Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04364 |
| State of Kentucky, ex rel. Daniel Cameron v. Novo Nordisk Inc., et al. | 2:23-cv-21374 |
| The State of Louisiana v. Sanofi-Aventis U.S. LLC et al. | 2:23-cv-22978 |
| Arizona v. Optum Incorporated et al. | 2:24-cv-00260 |
| State of Utah et al. v. Eli Lilly and Company et al. | 2:24-cv-00536 |

| Case Name | Case No. |
|---|---|
| **Third-Party Payer Class Track Cases** | |
| Sheet Metal Workers Local No. 25 Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:23-cv-14371 |
| Local 464A UFCW Welfare Services and Benefit Funds individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20842 |
| Local 837 Health and Welfare Plan, individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20932 |
| Local No. 1 Health Fund, and Plan of Benefits for the Local No. 1 Health Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-21160 |
| Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-22305 |