**SEEGERWEISS** LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

May 13, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
               MDL No. 3080

Dear Judge Martinotti:

      On behalf of the parties, I enclose for the Court's review a proposed Direct-Filing Order. If the proposed order meets with Your Honor's approval, the parties respectfully request that it be so Ordered and entered on the docket.

      We note that, once the Court assigns a Case Management Order number to the enclosed proposed order, that CMO number may be included in the template caption in paragraph C of the proposed order.

      We thank the Court for its continued attention to this matter.

                            Respectfully submitted,

                            */s/ David R. Buchanan*
                            David R. Buchanan
                            *Liaison Counsel for*
                            *Self-Funded Payer Track*

Enclosure

cc:    Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
        Counsel of Record (*via* ECF)