UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>
**OFFICE**

<u>**May 13, 2024**</u>
**DATE OF PROCEEDINGS**

**JUDGE: RUKHSANAH L. SINGH**
**COURT REPORTER: John Kurz**

**TITLE OF CASE**:                                      MD-23-3080 (BRM) (RLS)

IN RE: INSULIN PRICING LITIGATION

**APPEARANCES:**

Don Ecklund, Esq., Interim Liaison Counsel for Third Party Payer Track
Erich Schork, Esq., Third Party Payer Class Track
Peter Pearlman, Esq., Third Party Payer Class Track
Karen Halbert, Esq., for Third Party Payer Track
Jon Neumann, Esq., for Third Party Payer Track
David Buchanan, Esq., Tal Lifshitz, Esq., Benjamin Widlanski, Esq., Mark Pifko, Esq., Brandon Bogle, Esq., & Steven Daroci, Esq., Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, Esq., & Tanya Ellis, Esq., Interim Liaison Counsel for State Attorneys General Track
Melissa Yeates, Esq., Interim Counsel for TPP, PBM
Michael Tarringer, Esq., DDP Class Action Track
Liza Walsh, Esq., Melissa Lim Patterson, Esq., & Joseph Kiessling, Esq., for defendant Sanofi-Aventis US LLC.
Neal Potischman, Esq., for defendant Novo Nordisk, Inc.
Ryan Moorman, Esq., for defendant Eli Lilly and Company
Patrick Harvey, Esq., & Jason Scheer, Esq., for defendant Express Scripts
Daniel Dockery, Esq., for defendant CVS Health Corporation
Kelly Barnaby, Esq., & Liz Broadway Brown, Esq., for defendant Optumrx, Inc.,

**NATURE OF PROCEEDING:**

Case management conference held.
Order to be entered.

**TIME COMMENCED:   2:35 p.m.**                         <u>s/ Mark Morelli</u>
**TIME ADJOURNED:    4:25 p.m.**                        **Deputy Clerk**
**TOTAL TIME: 1 Hour & 50 Minutes**