UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | MDL No. 3080 |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

## REQUEST TO WITHDRAW AS COUNSEL

Gordon S. Rather, Jr. of Wright, Lindsey & Jennings LLP hereby requests entry of an order allowing him to withdraw as counsel and to be terminated from receiving further notice of electronic filings generated by the CM/ECF system for the following reasons:

1. I am counsel for defendant Novo Nordisk Inc. in *Griffin v. Eli Lilly and Company, et al.* which was filed in the United States District Court for the Eastern District of Arkansas, Central Division, as Case No. 4:22-CV-00549-JM.

2. That action was transferred to this Court as part of MDL No. 3080.

3. In response to my request to be allowed to withdraw, the USDC Helpdesk advised me to file this request to withdraw.

WHEREFORE, Gordon S. Rather, Jr. of Wright, Lindsey & Jennings LLP requests that this Court enter an order allowing him to withdraw as counsel of record and terminating him from receiving further notice of electronic filings generated by the CM/ECF system.

3101966-v1

Gordon S. Rather, Jr. (68054)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
(501) 371-0808
FAX: (501) 376-9442
grather@wlj.com

*Attorneys for Novo Nordisk*

The above request is hereby GRANTED.

So Ordered this 13th day of May, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.