UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

J
Judge: Brian R. Martinotti      Date: 05/14/2024
Magistrate Judge: Rukhsanah L. Singh     Case Nos: 23MDL3080
Mediator: Joseph A. Dickson, U.S.M.J. *ret.*
Court Reporter: Tammera Witte

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
David R. Buchanan, Mark Pifko, Ben Widlanski, Steve DaRoci, Tal Lifshitz,
    & Brandon Bogle, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, W. Lawrence Deas, Trey Watkins & Tanya Ellis,
    Interim Liaison Counsel for State Attorneys General Track
Michael Roberts & Michael Tarringer, Counsel for DPP & Co-Lead counsel for DPP Class
Melissa L. Yeates & Jonathan Neumann, Interim Counsel for TPP, PBM
Peter Pearlman, Attorney for Plaintiff TPP & Insulin
Holly Nighbert, Sarah Burns & Sona Shah, Attorneys for Plaintiff

Liza Walsh, Melissa Lim Patterson, Joseph Kiessling & Lauren Malakoff, Attorneys for Sanofi
Jason Feld, Attorneys for Eli Lilly
Neal Potischman & James Rouhandeh, Attorneys for Novo Nordisk
Jason R. Scherr & Patrick Harvey, Attorneys for Express Scripts
John Tortorella & Daniel Dockery, Attorneys for CVS Defts.
Elizabeth Broadway Brown, Kelley Barnaby, & Young Yu, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**


Nature of Proceedings:

Case Management Conference held re: 23mdl3080
Court ordered as follows:
- CMC set 06/11/24 before Judge Martinotti
- Update to Magistrate Judge Singh due by 05/28/24 re: Competing Proposals for discovery
- Documents and date previously produced to be provided to <u>all</u> plaintiffs

- Deposition production dispute to be addressed by Magistrate Judge Singh
- Manufacturer Defendants' Application to file 12c Motion in docket #2:23-cv-4364 is granted over State AG's objection
- Motion to Remand filed by Indiana in 2:24-6068 is administratively terminated
- TPP's Premotion letter to be filed by end of the month
- Extension granted to 5/31/24 for the motions to dismiss in the State AG cases
- Counsel to meet, confer and set up a briefing schedule regarding the 12c motion

OTBS

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:    11:00 am
Time Concluded:     12:15 pm