**ReedSmith**
Driving progress
through partnership

**Melissa A. Geist**
Direct Phone:  +1 609 514 5978
Email:  mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

May 24, 2024

**Via ECF & UPS Overnight Mail**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: In re: Insulin Pricing Litigation, Notice of Supplemental Authority**
**Docket No.: 2:23-md-03080-BRM-RLS**
**MDL No.: 3080**

Dear Judge Singh,

I write on behalf of all Defendants to seek Your Honor's permission to submit a Notice of Supplemental Authority pertaining to Plaintiffs' Brief in Support of Their Proposed ESI Order relating to the hyperlinks issue.  (Dkt. 123.)  In that brief, in arguing that Defendants "should have to produce the hyperlinked attachment and identify the metadata, including relationship/association, with the email and hyperlinked attachment," Plaintiffs relied on *Calendar Research LLC v. StubHub, Inc.*, No. 17-cv-4062, 2019 WL 1581406 (C.D. Cal. Mar. 14, 2019).  (Pls. Br. at 24, n.21, Dkt. 123.)  Plaintiffs also relied upon the declaration of Douglas Forrest to support their position.  (Dkt. 123-2.)

On May 20, 2024, in the *StubHub* matter, U.S. Magistrate Judge Thomas S. Hixon entered an order finding good cause to ***remove*** a requirement in the stipulated ESI Order which had required StubHub to produce hyperlinked documents "as if they were attachments to emails."  Order re Motion to Modify the ESI Order, Moton to Strike, and Motion for Sanctions at 1, *In re StubHub Refund Litig.*, No. 4:20-md-02951-HSG, Dkt. 278 (N.D. Cal. May 20, 2024).  The Court granted StubHub's motion to modify the ESI

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Honorable Rukhsanah L. Singh, U.S.M.J.
May 24, 2024
Page 2

ReedSmith

Order, based in part on its evidentiary showing that "the hyperlink requirement is technologically impossible to fulfill most of the time." *Id.* The Court discounted the declaration of Douglas Forrest submitted by the plaintiff, stating that it "falls short of establishing that the hyperlink requirement in the ESI Order is broadly possible to comply with." *Id.* at 3. The Court concluded that the "non-existence of commercially available software that can implement the hyperlink requirement tips strongly in StubHub's favor." *Id.*

Defendants respectfully submit that the attached supplemental authority will aid in the Court's resolution of the pending hyperlink dispute in this case.

We thank the Court for its time and attention. Should Your Honor have any questions, we remain available.

> Respectfully submitted,
>
> */s/ Melissa A. Geist, Esq.*
> Melissa A. Geist, Esq.
> Julia A. Lopez, Esq.
> **REED SMITH LLP**
> 506 Carnegie Center, Suite 300
> Princeton, NJ 08540
> Tel.: (609) 514-5978
>
> *Attorneys for Defendant Eli Lilly and Company*

cc:   All Counsel of Record (via ECF Only)