**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: INSULIN PRICING LITIGATION                                                                                          MDL No. 3080

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −14)**

On August 3, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2023). Since that time, 25 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 3, 2023, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 20, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel



TRUE AND CERTIFIED COPY
Keith Guthrie
2:35 pm, May 20 2024

IN RE: INSULIN PRICING LITIGATION            MDL No. 3080

SCHEDULE CTO−14 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CONNECTICUT** | | | |
| CT | 3 | DNJ 2:24-cv-6303<br>24−00743 | International Union of Operating Engineers Local No. 478 Health Fund v. Eli Lilly And Company et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | DNJ: 2:24-cv-6312<br>24−00839 | INTERNATIONAL UNION OF OPERATING ENGINEERS WELFARE FUND OF EASTERN PA v. ELI LILLY AND COMPANY et al |
| **TENNESSEE EASTERN** | | | |
| TNE | 2 | DNJ: 2:24-6456<br>24−00074 | Hamblen County, TN v. Eli Lilly and Company et al |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | DNJ: 2:24-cv-6331<br>24−00276 | City of Portsmouth, Virginia v. Eli Lilly and Company et al |
| VAE | 2 | 24−00277<br>DNJ: 2:24-cv-6329 | Board Of Supervisors Of Accomack County v. Eli Lilly and Company et al |