- 1 -

Elizabeth W. Lund
BERG LILLY, PC
1 West Main Street
Bozeman, MT 59715
T: 406-587-3181
F: 406-587-3240
lund@berglawfirm.com

William D. Coglianese (*pro hac vice*)
Shirlethia V. Franklin (*pro hac vice*)
Theresa C. Martin (*pro hac vice*)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
T: 202-879-3939
F: 202-646-1700
wcoglianese@jonesday.com
sfranklin@jonesday.com
tcoughlin@jonesday.com

*Attorneys for Sanofi-Aventis U.S. LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, *ex rel.*, AUSTIN KNUDSEN, ATTORNEY GENERAL,<br><br>*Plaintiff*,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>*Defendants*. | Case No. 6:22-cv-00087-BMM<br><br>**ELI LILLY AND COMPANY, NOVO NORDISK INC., AND SANOFI-AVENTIS U.S. LLC'S RULE 12(b)(6) MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

- 1 -

Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (collectively, the "Manufacturers") respectfully move this Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. The brief and declaration of Elizabeth Lund filed contemporaneously herewith support the Manufacturers' motion. Plaintiff opposes this motion.

DATED this 23d day of February, 2023.

By: /s/ Elizabeth W. Lund
BERG LILLY, PC
*Attorney for Defendant Sanofi-Aventis U.S. LLC*

By: /s/ William M. Mercer
HOLLAND & HART - BILLINGS
*Attorney for Defendant Eli Lilly and Company*

By: /s/ Emma L. Mediak
GARLINGTON, LOHN & ROBINSON, PLLP
*Attorney for Defendant Novo Nordisk Inc.*