Bruce F. Fain
CROWLEY FLECK PLLP 500
Transwestern Plaza II 490 North 31st
Street P. O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-3181
bfain@crowleyfleck.com

*Attorneys for CVS Caremark Defendants*

J. Daniel Hoven
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Ste. 101
Helena, Montana 59624
(406) 443-6820 (p)
(406) 443-6883 (f)
dan@bkbh.com

*Attorneys for Express Scripts Defendants*

Carey E. Matovich
MATOVICH, KELLER & HUSO, P.C.
2812 1st Avenue North, Suite 225
Billings, MT 59101
Phone: (406) 252-5500
Fax: (406) 252-4613
cmatovich@mkhattorneys.com

*Attorneys for UnitedHealth Group Incorporated, OptumRx, Inc., and OptumInsight, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| THE STATE OF MONTANA, EX. REL., AUSTIN KNUDSEN, ATTORNEY GENERAL, <br><br> *Plaintiff,* <br><br> v. <br><br> ELI LILLY AND COMPANY, et al., <br><br> *Defendants.* | Case No. 6:22-cv-00087-BMM <br><br> Hon. Brian Morris |

**PBM DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Medco Health Solutions, Inc. (together, "Express Scripts"); CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, Caremark PCS Health, LLC, and Caremark, LLC (together, "CVS Caremark"); and UnitedHealth Group Incorporated, OptumRx Inc., and OptumInsight, Inc. (together, "OptumRx"),[1] by and through their respective undersigned counsel, move to dismiss Plaintiff's Amended Complaint on the grounds that Plaintiff fails to state a claim upon which relief can be granted.

**WHEREFORE**, for the reasons provided in the accompanying brief, including the exhibit attached thereto, the PBM Defendants respectfully request that this Court dismiss Plaintiff's First Amended Complaint with prejudice.

Dated: February 23, 2023

Respectfully submitted,

*s/ Chad E. Adams*
J. Daniel Hoven
Chad E. Adams
Megan E. Wampler
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Ste. 101
Helena, MT 59601
(406) 443-6820 (p)
(406) 443-6883 (f)
dan@bkbh.com

---

[1] Consistent with the First Amended Complaint, the brief refers to those entities as the "PBM Defendants," even though certain of those entities are not PBMs.

chad@bkbh.com
meganw@bkbh.com

Jason R. Scherr (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave. NW
Washington, DC 20004
(202) 739-3000 (p)
(202) 739-3001 (f)
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com

*Attorneys for Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*

*s/ Bruce F. Fain*
Bruce F. Fain
Nicholas A. Muñoz
CROWLEY FLECK PLLP
500 Transwestern Plaza II 490 North 31st Street P. O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 252-3181
bfain@crowleyfleck.com
nmunoz@crowleyfleck.com

Enu Mainigi (*pro hac vice*)
Craig Singer (*pro hac vice*)
R. Kennon Poteat III (*pro hac vice*)
A. Josh Podoll (*pro hac vice*)
WILLIAMS AND CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com

*Attorneys for CVS Pharmacy, Inc., Caremark Rx, L.L.C., Caremark, L.L.C., CVS Health Corporation, and CaremarkPCS Health, L.L.C.*

*s/ Carey E. Matovich*
Carey E. Matovich
Katherine S. Huso
MATOVICH, KELLER & HUSO, P.C.
2812 1st Avenue North, Suite 225
Billings, MT 59101
Phone: (406) 252-5500
Fax: (406) 252-4613
cmatovich@mkhattorneys.com
khuso@mkhattorneys.com

*Attorneys for OptumRx, Inc., UnitedHealth Group Incorporated, and OptumInsight, Inc.*