J. Daniel Hoven
Chad Adams
Megan Wampler
Browning, Kaleczyc, Berry & Hoven, P.C.
800 N. Last Chance Gulch, Ste. 101
Helena, Montana 59624
(406) 443-6820 (p)
(406) 443-6883 (f)
dan@bkbh.com
chad@bkbh.com
meganw@bkbh.com

*Attorneys for Evernorth Health, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, EX. REL., AUSTIN KNUDSEN, ATTORNEY GENERAL, | Case No. 6:22-CV-00087-BMM-JTJ |
| Plaintiff, | Hon. Brian Morris |
| v. | **EVERNORTH HEALTH, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| ELI LILLY AND COMPANY, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Evernorth

Health, Inc. ("Evernorth") moves to dismiss Plaintiff's claims against Evernorth

contained in Plaintiff's First Amended Complaint on the grounds that the Court lacks

personal jurisdiction over it.

**WHEREFORE**, for the reasons provided in the accompanying brief and exhibit attached thereto, Evernorth respectfully requests that this Court dismiss Plaintiff's claims against it in their entirety.

Dated: February 23, 2023             Respectfully submitted,

                                     */s/Chad E. Adams*

                                     J. Daniel Hoven
Chad E. Adams
Megan E. Wampler
BROWNING, KALECZYC, BERRY &
HOVEN, P.C.
800 N. Last Chance Gulch, Ste. 101
Helena, MT 59601
(406) 443-6820 (p)
(406) 443-6883 (f)
dan@bkbh.com
chad@bkbh.com
meganw@bkbh.com

Jason R. Scherr (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave. NW
Washington, DC 20004
(202) 739-3000 (p)
(202) 739-3001 (f)
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com

*Attorneys for Evernorth Health, Inc.*