IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE STATE OF ILLINOIS, EX REL., KWAME RAOUL, ATTORNEY GENERAL<br><br>*Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICES, INC.; EXPRESS SCRIPTS PHARMACY, INC.; MEDCO HEALTH SOLUTIONS, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARKPCS HEALTH, LLC; CAREMARK, LLC; UNITEDHEALTH GROUP, INC.; OPTUMRX INC.; AND OPTUMINSIGHT, INC.<br><br>*Defendants.* | Civil Action No. 1:23-cv-00170<br><br>Hon. Steven C. Seeger |

## CVS HEALTH CORPORATION'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Defendant CVS Health Corporation ("CVS Health") respectfully moves this Court for an order dismissing the claims asserted against CVS Health in the Complaint (ECF No. 1-1) for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). CVS Health's motion is supported by the accompanying memorandum of law and declaration of Thomas S. Moffatt.

Dated: March 6, 2023

Respectfully submitted,

/s/ *Elizabeth Z. Meraz*
Elizabeth Z. Meraz
**Nixon Peabody LLP**
70 W. Madison, Suite 5200

Chicago, IL 60602
T: 312.977.4400
Firm ID: 43523
ezmeraz@nixonpeabody.com

Enu Mainigi (*pro hac vice* forthcoming)
Craig Singer (*pro hac vice*)
R. Kennon Poteat III (*pro hac vice*)
A. Joshua Podoll (*pro hac vice* forthcoming)
Daniel Dockery (*pro hac vice* forthcoming
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 6, 2023, a copy of the foregoing document was electronically filed through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to counsel of record.

*/s/ Elizabeth Z. Meraz*
