# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: INSULIN PRICING LITIGATION | ) ) ) ) ) ) ) ) ) | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>NOTICE OF FILING PRO HAC VICE FEES FOR DIRECT FILING INTO MDL NO. 3080 |

 Pursuant to CMO #9 (Direct Filing), Section J. Attorney Admission, and per the instructions for pro hac vice fees for the MDL my attorney information is as follows:

Robert K. Finnell<br>
The Finnell Firm<br>
P.O. Box 63<br>
Rome, GA 30162-0063<br>
PH: 706.235.7272<br>
FAX: 706.235.9461<br>
EMAIL:  bob@finnellfirm.com

 The Admission Fee in the amount of $250.00 is being filed this 6th day of June, 2024.

<i>/s/Robert K. Finnell</i><br>
Robert K. Finnell<br>
bob@finnellfirm.com<br>
Georgia Bar No. 261575<br>
The Finnell Firm<br>
1 West Fourth Avenue<br>
Suite 200<br>
Rome, GA 30162-0063<br>
Phone: (706) 235-7272