COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF, LLP
Peter S. Pearlman, Esq.
Matthew F. Gately, Esq.
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br> Local No. 1 Health Fund, et al. v. Eli Lilly & Co., et al.<br>Case No. 2:23-cv-21160 | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
|---|---|

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court.


Dated: June 7, 2024                                         Respectfully submitted,

                                                             /s/ Matthew F. Gately
                                                            Matthew F. Gately

PRO HAC VICE ATTORNEY INFORMATION:
Name:           Kelly Rinehart, Esq.
Address:        Roberts Law Firm, PA
                1920 McKinney Ave, Suite 700
                Dallas, TX 75201
Email:          kellyrinehart@robertslawfirm.us