# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS) <br> MDL No. 3080 <br><br> NOTICE OF FILING PRO HAC VICE FEES FOR DIRECT FILING INTO MDL NO. 3080 |

Pursuant to CMO #9 (Direct Filing), Section J. Attorney Admission, and per the instructions for pro hac vice fees for the MDL my attorney information is as follows:

>Jason W. Burge
>Fishman Haygood, LLP
>201 St. Charles Ave., Ste. 4600
>New Orleans, LA 70170
>T: 504-586-5252
>F: 504-586-5252
>jburge@fishmanhaygood.com

The Admission Fee in the amount of $250.00 is being filed this 7th day of June, 2024.

>/s/ Jason W. Burge
>Jason W. Burge
>Fishman Haygood, LLP
>201 St. Charles Ave., Ste. 4600
>New Orleans, LA 70170
>T: 504-586-5252
>F: 504-586-5252
>jburge@fishmanhaygood.com