
Brian W. Carroll, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.: (973) 639-2020

James P. Rouhandeh, Esq. (*pro hac vice*)
David B. Toscano, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000

Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS) <br><br> MDL No. 3080 |
| This Document Relates to: <br><br> *The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.* <br><br> Case No. 2:23-cv-04364 (BRM)(RLS) | **ORAL ARGUMENT REQUESTED** |

# MANUFACTURER DEFENDANTS' NOTICE OF
# MOTION FOR JUDGMENT ON THE PLEADINGS

**TO:** All Persons on the ECF Service List

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (collectively, "Manufacturers"), by and through their respective undersigned counsel, shall move before the Honorable Brian R. Martinotti, U.S.D.J., at a date and time to be determined by the Court, at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Federal Rule of Civil Procedure 12, entering judgment on the pleadings.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Manufacturers will rely on the Memorandum of Law in Support of Motion for Judgment on the Pleadings, the Declaration of Andrew Yaphe and exhibit submitted herewith, along with any further submission on reply.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Manufacturers hereby request oral argument.

Dated: June 7, 2024

| | |
|---|---|
| */s/ Brian W. Carroll* | */s/ Liza M. Walsh (with permission)* |
| Brian W. Carroll | Liza M. Walsh |
| **McCARTER & ENGLISH, LLP** | Katelyn O'Reilly |
| Four Gateway Center | **WALSH PIZZI O'REILLY** |
| 100 Mulberry Street | **FALANGA LLP** |
| Newark, NJ 07102 | Three Gateway Center |
| Tel.: (973) 639-2020 | 100 Mulberry Street, 15th Floor |
| | Newark, NJ 07102 |
| James P. Rouhandeh (*pro hac vice*) | Tel.: (973) 757-1100 |
| David B. Toscano (*pro hac vice*) | |
| **DAVIS POLK & WARDWELL LLP** | Michael R. Shumaker (*pro hac vice*) |
| 450 Lexington Avenue | Julie E. McEvoy (*pro hac vice*) |
| New York, NY 10017 | William D. Coglianese (*pro hac vice*) |
| Tel.: (212) 450-4000 | **JONES DAY** |
| | 51 Louisiana Ave. NW |
| Neal A. Potischman (*pro hac vice*) | Washington, DC 20001 |
| Andrew Yaphe (*pro hac vice*) | Tel.: (202) 879-3939 |
| **DAVIS POLK & WARDWELL LLP** | |
| 1600 El Camino Real | *Attorneys for Defendant* |
| Menlo Park, CA 94025 | *Sanofi-Aventis U.S. LLC* |
| Tel.: (650) 752-2000 | |
| | |
| *Attorneys for Defendant* | |
| *Novo Nordisk Inc.* | |

*/s/ Melissa A. Geist (with permission)*
Melissa A. Geist
**REED SMITH LLP**
136 Main Street, Suite 250
Princeton, NJ 08540
Tel.: (609) 514-5978

James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Robert B. Ellis (*pro hac vice)*
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel.: (312) 862-2000

*Attorneys for Defendant*
*Eli Lilly and Company*

3

## CERTIFICATE OF SERVICE

I certify that I am an Attorney at Law of the State of New Jersey and a Member of the Bar of this Court and that on this date I caused a copy of this document to be served on all counsel of record in the above-captioned matter via ECF filing.

*/s/ Brian W. Carroll*
Brian W. Carroll

Dated: June 7, 2024
Newark, New Jersey

4