# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>This Document Relates to:<br><br>*The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.*<br><br>Case No. 2:23-cv-04364 (BRM)(RLS) | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080 |

## DECLARATION OF ANDREW YAPHE
## IN SUPPORT OF MANUFACTURER DEFENDANTS'
## MOTION FOR JUDGMENT ON THE PLEADINGS

I, Andrew Yaphe, hereby declare as follows:

1. I am an attorney with the law firm Davis Polk & Wardwell LLP, counsel for defendant Novo Nordisk Inc. in the above-captioned matter, licensed to practice law in the State of California and admitted to this Court *pro hac vice*.

2. On behalf of Defendants Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (collectively, "Manufacturers"), I submit this Declaration in support of Manufacturer Defendants' Motion for Judgment on the Pleadings.

1

3. Attached hereto as Exhibit 1 is a true and correct excerpted copy of the United States Senate Committee on Finance staff report, titled "Insulin: Examining the Factors Driving the Rising Cost of a Century Old Drug," published on January 14, 2021, *full text available online at* https://www.finance.senate.gov/imo/media/doc/Grassley-Wyden%20Insulin%20Report%20(FINAL%201).pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2024 at Menlo Park, CA.

Andrew Yaphe

# EXHIBIT 1

Case 2:23-md-03080-BRM-RLS   Document 200-2   Filed 06/07/24   Page 3 of 9 PageID: 5507

*United States Senate*
*Senate Finance Committee*

*Charles E. Grassley, Chairman*
*Ron Wyden, Ranking Member*

# Insulin:

# Examining the Factors Driving the Rising Cost of a Century Old Drug

## Staff Report



# Table of Contents

I. Introduction .................................................................................................................. 4

II. Key Findings ................................................................................................................. 6

   a. Diabetes: The Disease .............................................................................................. 11

   b. How the High Cost of Insulin Negatively Affects Individuals with Diabetes .................. 13

II. Examining the Flow of Goods and Money in the U.S. Pharmaceutical Supply Chain . 15

   a. Drug Manufacturers ................................................................................................. 16

      i. Research & Development, Sales & Marketing ............................................... 17

   b. Wholesale Distributors and Pharmacies .................................................................. 23

   c. Health Insurance ...................................................................................................... 24

      i. Medicare Part D ............................................................................................. 25

      ii. Medicaid Drug Rebate Program .................................................................... 27

      iii. Employer-sponsored health insurance ......................................................... 28

   d. The PBM Industry .................................................................................................... 28

      i. Formulary Development Process .................................................................. 34

      ii. Rebates, Discounts, and Other Fees ............................................................. 38

III. The Cost of Insulin to Patients, Medicare, and Private Payers ................................... 41

   a. Insulin List and Net Price Trends: 2013 to 2019 ...................................................... 42

   b. Medicare Part D's Pre-Rebate Spending on Insulin has Risen Steadily Since 2010 ......... 46

   c. Patient Out-of-Pocket Spending in Medicare Part D ................................................ 48

   d. A Case Study: Examining Sanofi and Novo Nordisk's Decision to Implement Aggressive List Price Increases and the Impact on the Long-acting Insulin Market ................................. 49

      i. In 2014, Novo Nordisk Engaged in Shadow Pricing to Respond to Sanofi's 2013 Pricing Actions ............................................................................................. 52

      ii. In 2015, Novo Nordisk Ended its Shadow Pricing Strategy to Set Up a New Basal Insulin Therapy, Tresiba ......................................................................... 56

      iii. In 2017 and 2018, Novo Nordisk Resumed Shadow Pricing to Respond to Sanofi's Pricing Actions ..................................................................................... 59

      iv. In 2018, Novo Nordisk Discussed List Price Decreases after Feeling Outside Pressure ... 61

   e. Beyond Long-Acting Insulin: Companies Used Shadow Pricing Across Multiple Product Lines .......................................................................................................................... 63

IV. Rebates, Administrative Fees and Other Common Contract Provisions Related to Insulin WAC and Other Therapies .................................................................................... 65

   a. Rebates for Insulins Have Increased Exponentially Since 2013 .............................. 66

      i.    Rebates Vary Widely by Payer ................................................................................... 69

  b.    PBM Contracting Practices May Contribute to High Rebates and High List Prices in the Insulin Therapeutic Class ................................................................................................... 70

      i.    Use of Exclusion Lists............................................................................................ 71

      ii.   Administrative Fees................................................................................................ 80

      iii.  Price Protection Clauses........................................................................................ 84

**V.**   **Conclusion** ................................................................................................................... 88

Appendix................................................................................................................................... 90

According to internal memoranda prepared for Eli Lilly's executive committee, in November 2016, the company assumed its "core insulins" would earn revenue of $3.3 billion in 2017 ($4 billion worldwide).[66] In order to achieve these results, Eli Lilly sought to improve its competitive position with respect to its key brands and planned to devote a majority of its R&D spending on clinical trials for existing Type 2 diabetes drugs—Jardiance,[67] Tranjenta,[68] and Trulicity[69]—the last of which was Eli Lilly's "largest growth driver."[70] Indeed, according to Eli Lilly, "Trulicity has been a catalyst . . . with growth driven by investments in [direct to consumer], sales force reach, and access."[71] These post-marketing clinical trials were intended to show that the therapy helped reduce incidence of cardiovascular disease which allowed Eli Lilly to seek an expansion of its FDA label indication.[72] However, even with these significant studies, the company's R&D spending for its entire diabetes franchise was budgeted to be just one-third of its sales, goods and administrative expenses, and, in fact, less than the cost of a single line item—Eli Lilly's global diabetes salesforce.[73] The following table details Eli Lilly's funded initiatives and sales force spending between 2017 and 2018.[74]

---

[66] LLY-SFCOM-UR-00006920; LLY-SFCOM-UR-00006921; LLY-SFCOM-UR-00006924, at LLY-SFCOM-UR-00006925.

[67] Press Release, Eli Lilly, Jardiance meets primary endpoint in reducing risk of cardiovascular death or hospitalization for heart failure in phase III clinical trial in adults with and without diabetes (July 2020), https://investor.lilly.com/news-releases/news-release-details/jardiancer-meets-primary-endpoint-reducing-risk-cardiovascular.

[68] Press Release, Eli Lilly, Boehringer Ingelheim and Lilly full results of Tradjenta's CARMELINA cardiovascular outcome trial (Oct. 4, 2018), https://investor.lilly.com/news-releases/news-release-details/boehringer-ingelheim-and-lilly-present-full-results-tradjentars.

[69] Press Release, Eli Lilly, Trulicity significantly reduced major cardiovascular events for broad range of people with type 2 diabetes (Jul. 9, 2019), https://investor.lilly.com/news-releases/news-release-details/trulicityr-dulaglutide-significantly-reduced-major.

[70] LLY-SFCOM-UR-00006924, at LLY-SFCOM-UR-00006952.

[71] LLY-SFCOM-UR-00006921, at LLY-SFCOM-UR-00006922. Trulicity, Jaridance and Trajenta are marketed and manufactured in partnership with Boehringer Ingelheim.

[72] For example, in February 2020, Eli Lilly announced that the FDA approved Trulicity for the reduction of major adverse cardiovascular events in adults with type 2 diabetes. According to Eli Lilly, this new indication makes Trulicity the only type 2 medicine approved to reduce these risks. *See* Press Release, Eli Lilly, Trulicity is the first and only type 2 diabetes medicine approved to reduce cardiovascular events in adults with and without established cardiovascular disease (Feb. 21, 2020), https://investor.lilly.com/news-releases/news-release-details/trulicityr-dulaglutide-first-and-only-type-2-diabetes-medicine. LLY-SFCOM-UR-00006921; LLY-SFCOM-UR-00006924, at LLY-SFCOM-UR-00006952.

[73] LLY-SFCOM-00000045; LLY-SFCOM-00002499; LLY-SFCOM-UR-00006921; LLY-SFCOM-UR-00006924, at LLY-SFCOM-UR-00006952.

[74] LLY-SFCOM-UR-00006924, at LLY-SFCOM-UR-00006952.



2. Sanofi

In response to the Committee's request, Sanofi estimated that it had invested approximately $4.5 billion in diabetes, which includes both insulin and non-insulin products, between 2012 and 2018, noting that it spent $800 million in 2018 on diabetes alone.[75] Sanofi only provided R&D product-specific data for 2014 to 2018, and limited the data to five insulin products.[76] Therefore, the Committee was unable to confirm Sanofi's total R&D spending on its diabetes franchises. However, R&D spending (which was reported to the Committee in dollars) on these five diabetes products accounted for a fraction of the company's reported revenue from its diabetes franchise, as reported to the U.S. Securities and Exchange Commission.[77] From 2014 to 2018, the company's diabetes franchise generated nearly €31 billion in net sales

---

[75] Letter from Jeffrey Handwerker, Counsel, Arnold & Porter, on Behalf of Sanofi, to Senator Grassley and Senator Wyden (Mar. 8, 2019).
[76] Letter from Jeffrey Handwerker, Counsel, Arnold & Porter, on Behalf of Sanofi, to Senator Grassley and Senator Wyden (Mar. 29, 2019).
[77] *Id.* Sanofi produced data regarding gross sales, net sales, and gross units by product line, which is how Sanofi tracks this information. *Id.*

22

(approximately $37 billion based on current currency conversion rates),[78] whereas R&D spending for these five insulin products was approximately $902 million.[79]

| | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|
| **Net Sales of Sanofi Diabetes Products in Millions of Euros (2014-2018)** | | | | | | |
| Admelog | | | | | € 93 | € 93 |
| Apidra | € 336 | € 376 | € 367 | € 286 | € 357 | € 1,722 |
| Lantus | € 6,344 | € 6,390 | € 5,714 | € 4,761 | € 3,565 | € 26,774 |
| Soliqua | | | | | € 73 | € 73 |
| Toujeo | | € 164 | € 649 | € 630 | € 840 | € 2,283 |
| **Total** | € 6,680 | € 6,930 | € 6,730 | € 5,677 | € 4,928 | € 30,945 |

Source: Securities and Exchange Commission. According to Sanofi, "[n]et sales comprise revenue from sales of pharmaceutical products, consumer healthcare products, active ingredients and vaccines, net of sales returns, of customer incentives and discounts, and of certain sales-based payments paid or payable to the healthcare authorities." (Sanofi, 20-F, 2019)

| | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|
| **Sanofi R&D Spending by Product in Millions of Dollars (2014-2018)** | | | | | | |
| Admelog | $ 24.45 | $ 54.53 | $ 38.25 | $ 11.26 | $ 6.15 | $ 134.64 |
| Apidra | $ 2.31 | $ 5.47 | $ 3.64 | $ 1.36 | $ 1.04 | $ 13.82 |
| Lantus | $ 42.79 | $ 21.95 | $ 20.76 | $ 16.44 | $ 8.24 | $ 110.18 |
| Soliqua | $ - | $ 1.03 | $ 40.94 | $ 70.76 | $ 68.74 | $ 181.47 |
| Toujeo | $ 67.53 | $ 72.45 | $ 150.25 | $ 117.84 | $ 54.43 | $ 462.50 |
| **Total** | $ 137.08 | $ 155.43 | $ 253.84 | $ 217.66 | $ 138.60 | $ 902.61 |

Source: Letter to Senator Grassley and Senator Wyden from Jeffrey Handwerker, Counsel, Sanofi (March 29, 2019).

3. Novo Nordisk

Novo Nordisk failed to provide a detailed accounting of its R&D expenditures to the Committee. However, on its annual report submitted to the SEC, the company reported that it spent approximately 36 million Danish krone related to diabetes and obesity R&D between 2017 and 2019.[80]

b. Wholesale Distributors and Pharmacies

Drugs are purchased directly by wholesale distributors and delivered to a variety of customers, including pharmacies, physicians, hospitals, and other medical facilities. Wholesale distributors negotiate with drug manufacturers for discounts off a drug's list price, often referred

---

[78] Sanofi reported net sales in Euros to the Securities and Exchange Commission.
[79] Id.
[80] See Novo Nordisk Annual Report 2019, NOVO NORDISK at 52 (2019), https://www.novonordisk.com/content/dam/nncorp/global/en/annual-report/pdfs/2019/Novo-Nordisk-Annual-Report-2019.pdf.