## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080 |
| This Document Relates to:<br><br>*The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.*<br><br>Case No. 2:23-cv-04364 (BRM)(RLS) | |

### PROPOSED ORDER
### ON MANUFACTURER DEFENDANTS'
### MOTION FOR JUDGMENT ON THE PLEADINGS

THIS MATTER having come before the Court upon the Motion of Defendants Sanofi-Aventis U.S. LLC, Novo Nordisk Inc., and Eli Lilly and Company (collectively, "Manufacturers") under Federal Rule of Civil Procedure 12(c), for entry of an order entering partial judgment on the pleadings; the Court having considered the submissions of the parties and having heard oral argument, if any; and for good cause shown,

IT IS on this _____ day of _____, 2024,

ORDERED that Manufacturers' Motion for Judgment on the Pleadings is hereby GRANTED.

_____
HONORABLE BRIAN R. MARTINOTTI, U.S.D.J.