# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>Document relates to<br>3:23-1515 LDG Medical Services Group, LLC et al v. Eli Lilly and Company, et al<br>District of Puerto Rico | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>NOTICE OF FILING PRO HAC VICE FEES FOR DIRECT FILING INTO MDL NO. 3080 |

Pursuant to CMO #9 (Direct Filing), Section J. Attorney Admission, and per the instructions for pro hac vice fees for the MDL my attorney information is as follows:

> Jason W. Burge
> Fishman Haygood, LLP
> 201 St. Charles Ave., Ste. 4600
> New Orleans, LA 70170
> T: 504-586-5252
> F: 504-586-5252
> jburge@fishmanhaygood.com

The Admission Fee in the amount of $250.00 is being filed this 7th day of June, 2024.

> /s/ Jason W. Burge
> Jason W. Burge
> Fishman Haygood, LLP
> 201 St. Charles Ave., Ste. 4600
> New Orleans, LA 70170
> T: 504-586-5252
> F: 504-586-5252
> jburge@fishmanhaygood.com