# SEEGER WEISS LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

June 10, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   *In re: Insulin Pricing Litigation*, MDL No. 3080
>       No. 2:23-md-03080-BRM-RLS

Dear Judge Singh:

In accordance with the Court's May 28, 2024 Order [ECF No. 186], the parties hereby jointly submit a proposed ESI Protocol that conforms with Your Honor's rulings. We thank the Court for its continued attention to this matter.

Respectfully submitted,

_s/ David R. Buchanan_
David R. Buchanan
*Counsel for the Self-Funded Payer Track*

_s/ Joanne Cicala_
Joanne Cicala
*Counsel for the State Attorney General Track*

_s/ Melissa L. Yeates_
Melissa L. Yeates
Michael L. Roberts
*Counsel for the Third-Party Payer Class Track (PBM)*

_s/ James E. Cecchi_
James E. Cecchi
*Counsel for the Third-Party Payer Class Track (Manufacturer)*

_s/ Liza M. Walsh_
Liza M. Walsh
Melissa L. Patterson
*Counsel for Defendant Sanofi-Aventis U.S. LLC*

_s/ Patrick A. Harvey_
Patrick A. Harvey
*Counsel for Express Scripts Defendants*

_s/ Andrew Yaphe_
Andrew Yaphe
*Counsel for Defendant Novo Nordisk Inc.*

_s/ A. Joshua Podoll_
Joshua Podoll
*Counsel for CVS Caremark Defendants*

_s/ Ryan Moorman_
Ryan Moorman
*Counsel for Defendant Eli Lilly and Company*

_s/ Kelley Barnaby_
Kelley Barnaby
*Counsel for OptumRx Defendants*

cc:   Hon. Brian R. Martinotti, U.S.D.J. (*via* ECF)
      Counsel of Record (*via* ECF)