

June 14, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS
             MDL No. 3080

Dear Judge Martinotti:

    Pursuant to CMO #5, the parties provide the following status update for the weeks of June 3 and June 10:

1. Yesterday, the State AG Track conferred with Defendants regarding the use of Plaintiff Fact Sheets or Master Discovery Requests in that track. The State AG Track today proposed to Defendants a schedule for bringing this dispute before Judge Singh.

2. Defendants today provided the Self-Funded Payer Track with a proposed Plaintiff Fact Sheet.

3. Plaintiffs in the Direct Purchaser and TPP PBM actions submitted a proposal to consolidate these actions, eliminate the current TPP Class Track, and create a new DPP Class Track [ECF No. 195]. Defendants filed a response [ECF No. 210]. Plaintiffs sent a proposed schedule to Defendants to govern an amended consolidated complaint and motions to dismiss, and Defendants have sent a counterproposal.

4. Defendants provided the Self-Funded Payer Track with their Motions to Dismiss the Albany, Lake, and King County Complaints.

5. The parties filed, and the Court entered, a stipulated ESI Protocol conforming with Judge Singh's May 28, 2024 Order.

    We thank the Court for its continuing attention to this matter.

Hon. Brian R. Martinotti, U.S.D.J.
June 14, 2024
Page 2

                                                       Respectfully submitted,

| /s/ James E. Cecchi | /s/ David R. Buchanan |
|---|---|
| James E. Cecchi | David R. Buchanan |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Third-Party Payer Class Track* | *Self-Funded Payer Track* |
| | |
| /s/ Joanne Cicala | /s/ John D. Tortorella |
| Joanne Cicala | John D. Tortorella |
| *Liaison Counsel for* | |
| *State Attorney General Track* | |

cc:    Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
        Counsel of Record (*via* ECF)