# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION ) ) ) Document relates to ) 2:24-cv-00725 ) LDG Medical Services ) Group, LLC et al v. Eli ) Lilly and Company, et al ) ) ) | Case No. 2:23-md-03080 (BRM)(RLS) MDL No. 3080  NOTICE OF FILING PRO HAC VICE FEES FOR DIRECT FILING INTO MDL NO. 3080 |

    Pursuant to CMO #9 (Direct Filing), Section J. Attorney Admission, and per the instructions for pro hac vice fees for the MDL my attorney information is as follows:

> C. Hogan Paschal
> Fishman Haygood, LLP
> 201 St. Charles Ave., Ste. 4600
> New Orleans, LA 70170
> T: 504-586-5252
> F: 504-586-5252
> hpaschal@fishmanhaygood.com

    The admission fee in the amount of $250.00 is being filed this 17th day of June, 2024.

> /s/ C. Hogan Paschal
> C. Hogan Paschal
> Fishman Haygood, LLP
> 201 St. Charles Ave., Ste. 4600
> New Orleans, LA 70170
> T: 504-586-5252
> F: 504-586-5252
> hpaschal@fishmanhaygood.com