# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

_____

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI<br><br>CHARLES C. CARELLA<br>1933 – 2023 | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com<br><br><br>June 20, 2024 | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO<br>GRANT Y. LEE*** |

**VIA ECF**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

**Re:** *In Re: Insulin Pricing Litigation*, **Case No. 2:23-md-3080-(BRM/RLS)**

Dear Judge Martinotti:

      Plaintiffs respectfully request leave to file the attached reply letter in support of their request for leave to file a motion to consolidate and for appointment of leadership, as set forth in ECF No. 195. The attached reply is necessary to respond to inaccuracies and mischaracterizations, as well as inappropriate legal argument, in Defendants' June 12, 2024 response (ECF No. 210). Plaintiffs respectfully submit that the attached letter will aid the Court's resolution of the requested relief.

                                                        Respectfully submitted,

                                                          Melissa Yeates
                                                          KESSLER TOPAZ MELTZER & CHECK, LLP
                                                          280 King of Prussia Road
                                                          Radnor, PA 19087
                                                          Telephone: (610) 667-7706
                                                          Facsimile: (610) 667-7056
                                                          myeates@ktmc.com

                                                          Michael L. Roberts
                                                          ROBERTS LAW FIRM, P.A.
                                                          20 Rahling Circle
                                                          Little Rock, Arkansas 72223
                                                         (501) 821-5575
                                                         mikeroberts@robertslawfirm.us

843182v1

June 20, 2024
Page 2

>Donald A. Ecklund
>CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
>5 Becker Farm Road
>Roseland, New Jersey 07068
>Telephone: (973) 994-1700
>decklund@carellabyrne.com