# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-MD-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO: ALL CASES**

## LOCAL CIVIL RULE 7.1.1. DISCLOSURE

In accordance with Local Civil Rule 7.1.1., Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Medco Health Solutions, Inc., and The Cigna Group, by and through its attorneys Morgan, Lewis & Bockius LLP, hereby state that there is no non-party person or entity that is providing funding for some or all of Defendants' attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: June 21, 2024

/s/*Jason R. Scherr*
Jason R. Scherr
Patrick A. Harvey
Lindsey T. Levy
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW

DB1/ 148331522.2

Washington, D.C. 20004-2541
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com
lindsey.levy@morganlewis.com
Tel: (202) 739-3000

-and-

Tanya Y. Shah
**MORGAN LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6241
tanya.shah@morganlewis.com
Tel: (609) 919-6600

-and-

Katherine A. Vaky
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre, Thirty Second Floor
Pittsburgh, PA 15219-6401
kathryn.vaky@morganlewis.com
Tel: (412) 560-3300

*Counsel for Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Medco Health Solutions, Inc., and The Cigna Group.*

DB1/ 148331522.2