# Forman Watkins
Forman Watkins & Krutz LLP

<div style="text-align: right;">
Tanya D. Ellis<br>
tanya.ellis@formanwatkins.com<br>
Direct Dial: 601-960-3210
</div>

July 12, 2024

**VIA ECF**

| | |
|---|---|
| Honorable Brian R. Martinotti, U.S.D.J. | Honorable Rukhsanah L. Singh, U.S.M.J. |
| United States District Court | United States District Court |
| District of New Jersey | District of New Jersey |
| Frank Lautenberg Post Office & U.S. Courthouse | Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse |
| 2 Federal Plaza, 3rd Floor | 402 East State Street |
| Newark, New Jersey 07102 | Trenton, New Jersey 08608 |

**Re:** *The Commonwealth of Kentucky, ex rel. Russell Coleman, Kentucky Attorney General, vs. Novo Nordisk Inc., et al.,* **Case No. 2:23-cv-21374**

Dear Judges Martinotti and Singh:

    We write on behalf of Plaintiff the Commonwealth of Kentucky, requesting permission to file the attached motion to substitute Attorney General Russell Coleman as the proper party plaintiff pursuant to FRCP 25(d). Counsel for Defendants do not oppose this request.

<div style="margin-left: 50%;">
Respectfully submitted,

*s/ Tanya D. Ellis*
Tanya D. Ellis
Counsel for the Commonwealth of Kentucky
</div>

cc:   All Counsel of Record (*via* ECF)

210 East Capitol Street, Suite 2200, Jackson, Mississippi 39201-2375  ›  T: 601.960.8600  ›  F: 601.960.8613

formanwatkins.com

Beaumont    Detroit    Houston    Jackson    New Jersey    New Orleans