# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO:** *The Commonwealth of Kentucky, ex rel. Russell Coleman, Kentucky Attorney General, vs. Novo Nordisk Inc., et al.*, Case No. 2:23-cv-21374.

## RULE 25(d) MOTION AND INCORPORATED MEMORANDUM FOR SUBSTITUTION OF PUBLIC OFFICER SUCCESSOR AS PARTY

Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiff moves the Court for an Order substituting the current Attorney General for the Commonwealth of Kentucky as party plaintiff, and in support thereof states as follows:

1. Rule 25(d) of the Federal Rules of Civil Procedure provides that "[a]n action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution."

2. At the time of filing this action, Daniel Cameron was the Attorney General for the Commonwealth of Kentucky. He is no longer the Attorney General. Mr. Cameron's successor, Russell Coleman, has been sworn in as Kentucky's new Attorney General.

3. Plaintiff therefore moves the Court for entry of an order substituting Russell Coleman as Attorney General Plaintiff.

2

WHEREFORE, for good cause shown, and pursuant to Rule 25 of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Court enter an order substituting Russell Coleman as Attorney General Plaintiff.