

July 12, 2024

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey  07102

Re: *In re Insulin Pricing Litigation*, Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Martinotti,

We write in response to the letter sent to the Court by counsel for the States of Indiana and Louisiana ("Movants") requesting leave to file a motion seeking the appointment of two additional attorneys as Co-Lead Counsel in the State Attorney General Track (Doc. 224).  Although we do not oppose the request for leave, the State AG Co-Leads respectfully request the opportunity for the State Attorney General Offices to confer on the various options that we have proposed and counsel have discussed to ensure the best representation of the State AG Track.

Should Movants be granted leave and file their motion, we will respond in greater detail to items that have been raised in their letter and may be raised in their motion.  The State AG clients share common interests in pursuit of this litigation as well as a common respect for the court's time.  Given that and their already strong relationship in similar multistate matters, we are confident that if provided an opportunity to confer on these matters, the State AGs and their counsel can come to an equitable solution to present jointly to the court.

Respectfully submitted,

| */s/ Russell Budd* | */s/ Joanne Cicala* | */s/ Trey Watkins* |
|---|---|---|
| Russell Budd | Joanne Cicala | Trey Watkins |

| */s/ Troy Rafferty* | */s/ W. Lawrence Deas* |
|---|---|
| Troy Rafferty | W. Lawrence Deas |

*Co-Lead Counsel for State Attorney General Track*

*/s/ Tricia L. Beale*
Tricia L. Beale

*Deputy Director and Special Assistant Attorney General,*
*Consumer Protection Division,*
*Mississippi Attorney General's Office*

July 12, 2024
Page 2



cc:    Betsy DeNardi, Office of the Indiana Attorney General
Michael Dupree, Office of the Louisiana Attorney General
Christopher Styron, Office of the Louisiana Attorney General
Hon. Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
Counsel of Record (*via* ECF)