# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

July 12, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
           MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

Pursuant to CMO #5, the parties provide the following status update for the weeks of July 1 and July 8:

- On June 28, counsel for the Self-Funded Payer Track provided a markup of Defendants' proposed Plaintiff Fact Sheet (PFS). The parties met and conferred on July 2, prior to the Fourth of July holiday. During the call, Defendants committed to providing comments to Plaintiffs' revised PFS, and Plaintiffs committed to providing Defendants with a proposed Defendant Fact Sheet for Defendants' review and comment. The parties anticipate exchanging those documents in the coming days.

- Plaintiffs in the SFP Track continue to work on oppositions to the Motions to Dismiss submitted by Defendants.

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
*Liaison Counsel for*
*Third-Party Payer Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*The State Attorneys General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:    All counsel of record