UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH<br><br>ORDER |

**THIS MATTER** is before the Court on three pre-motion letters and one letter request filed in the above-referenced MDL: (1) Plaintiff State of Louisiana's pre-motion letter request for permission to file a motion to remand at some later time to be determined by the Court (ECF No. 223); (2) Plaintiff Commonwealth of Kentucky's pre-motion letter request for permission to file a motion to substitute Attorney General Russell Coleman as the proper party plaintiff pursuant to Federal Rule of Civil Procedure 25(d) (ECF No. 226); (3) Plaintiff States of Louisiana and Indiana's pre-motion letter request for permission to file a motion to appoint the firms of Salim-Beasley LLC and Meade Young LLC as additional Co-Lead Counsel for the State Attorney General ("State AG") Track (ECF No. 224); and (4) Co-Lead Counsel for the State AG Track's letter request for the opportunity to meet and confer on the options for representation of the State AG Track (ECF No. 227). Having reviewed these four letter requests, and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth below and for good cause having been shown,

**IT IS** on this 15th day of July 2024,

**ORDERED** that Plaintiff State of Louisiana's pre-motion letter request for permission to file a motion to remand at some later time to be determined by the Court (ECF No. 223) is **GRANTED**; and it is further

1

**ORDERED** that Plaintiff Commonwealth of Kentucky's unopposed[1] pre-motion letter request for permission to file a motion to substitute Attorney General Russell Coleman as the proper party plaintiff pursuant to Rule 25(d) (ECF No. 226) is **GRANTED**; and it is further

**ORDERED** that Plaintiff States of Louisiana and Indiana's unopposed[2] pre-motion letter request for permission to file a motion to appoint the firms of Salim-Beasley LLC and Meade Young LLC as additional Co-Lead Counsel for the State AG Track (ECF No. 224) will be temporarily **HELD IN ABEYANCE until July 29, 2024** to provide the parties additional time to meet and confer on this issue; and it is further

**ORDERED** that Co-Lead Counsel for the State AG Track's letter request for the opportunity to meet and confer on the options for representation of the State AG Track (ECF No. 227) is **GRANTED**; and it is further

**ORDERED** that if the parties do not come to a jointly agreed upon resolution regarding representation of the State AG Track by **July 29, 2024**, Plaintiff States of Louisiana and Indiana's pre-motion letter request for permission to file a motion to appoint additional Co-Lead Counsel for the State AG Track (ECF No. 224) will automatically be **GRANTED** and the parties will be

---

[1] Kentucky represented in its letter that Defendants' counsel does not oppose its request. (ECF No. 226 at 1.)

[2] Louisiana and Indiana represented in their letter that Defendants indicated they take no position on their request but that the State AG Co-Lead Counsel "have refused to accept any additional Co-Leads to the State AG Track" and "offered only to create a new 'Steering Committee' sub-tier[.]" (ECF No. 224 at 2.) However, the State AG Co-Lead Counsel subsequently filed a letter stating they do *not* oppose Louisiana and Indiana's request for leave to file a motion seeking to appoint two additional attorneys as Co-Lead Counsel in the State AG Track, but that although they do not oppose this request for leave, they would like the opportunity to confer further on this issue. (ECF No. 227.)

permitted to respond to that motion as appropriate and consistent with applicable federal and local rules.

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**
