# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO:**   State Attorney General Track Cases
2:23-cv-04214
2:23-cv-04219
2:23-cv-04239
2:23-cv-04242
2:23-cv-04364
2:23-cv-21374
2:24-cv-00536
2:24-cv-07606
2:23-cv-22978
2:24-cv-00260
2:24-cv-06068
2:24-cv-07048

## NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS

Plaintiffs, by and through the undersigned co-lead counsel of record, hereby give notice of their intent to serve on McKinsey & Company, Inc., a Subpoena to Produce Documents, a copy of which is attached hereto as Exhibit A.

Respectfully submitted, this the 22 day of July, 2024.

By:   *s/ Joanne Cicala*
Joanne Cicala
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com

> Walter G. Watkins, III
> **Forman Watkins & Krutz LLP**
> 210 E. Capitol Street, Suite 2200
> Jackson, MS 39201-2375
> Tel: (601) 960-8600
> Fax: (601) 960-8613
> trey.watkins@formanwatkins.com
>
> W. Lawrence Deas
> **Liston & Deas, PLLC**
> 605 Crescent Blvd., Suite 200
> Ridgeland, MS 39157
> Tel: (601) 981-1636
> Fax: (601) 982-0371
> lawrence@listondeas.com
>
> Troy A. Rafferty
> **Levin Papantonio Thomas Mitchell Rafferty and Proctor, P.A.**
> 316 S. Baylen Street
> Suite 600
> Pensacola, FL 32502
> Tel: (850) 435-7043
> Fax: (850) 436-6102
> trafferty@levinlaw.com
>
> Russell W. Budd
> **Baron & Budd PC**
> 3102 Oak Lawn Ave., Ste. 1100
> Dallas, TX 75219-4281
> Tel: (214) 521-3605
> rbudd@baronbudd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

> *s/ Joanne Cicala*
> Joanne Cicala