# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***

July 24, 2024

**VIA ECF**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

**Re:** *In Re: Insulin Pricing Litigation*, **Case No. 2:23-md-3080-(BRM/RLS)**

Dear Judge Martinotti:

We write on behalf of all class plaintiffs (TPP PBM, Direct Purchaser, TPP Manufacturer) and all Defendants (Manufacturer and PBM). The parties have met and conferred and jointly propose the below schedule for a consolidated amended class action complaint and briefing on motions to dismiss, with the further agreement to treat Thanksgiving week (November 25-29) and Christmas week (December 23-27) as holidays.

| Event | Deadline (business day on or after): |
|---|---|
| Consolidated Amended Class Action Complaint | 30 days following Order approving consolidation[1] |
| Motions to Dismiss. The Manufacturer and PBM Defendants shall each file one consolidated motion. | 45 days after amended complaint |
| Opposition(s) to Motions to Dismiss | 45 days after Motions to Dismiss |
| Replies to Motions to Dismiss | 28 days after opposition(s) |

---

[1] Plaintiffs filed a pre-motion letter seeking consolidation on June 5, 2024. ECF No. 195. Pursuant to CMO #5, ¶ IV.6 (ECF No. 127), the parties agree that the August 1, 2024 deadline to amend or add new parties in CMO #10, ECF No. 198, is held in abeyance pending the Court's decision on consolidation.

846041v1

July 24, 2024
Page 2

We thank the Court for its continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ Donald A. Ecklund

DONALD A. ECKLUND

cc: All Counsel (via ECF)