UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO:** ALL CASES

### AMENDED NOTICE OF INTENT
### TO SERVE SUBPOENA TO PRODUCE DOCUMENTS

Plaintiffs, by and through the undersigned co-lead counsel of record, hereby amend the notice of intent to serve a subpoena to produce documents filed on July 21, 2024 (Dkt. 230). The purpose of the amendment is to relate the notice to all cases in the *In Re: Insulin Pricing Litigation* MDL. A copy of the subpoena, which remains unchanged, is attached hereto as Exhibit A.

Respectfully submitted, this the 24th day of July, 2024.

By: *s/ Joanne Cicala*
Joanne Cicala
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com

Walter G. Watkins, III
**Forman Watkins & Krutz LLP**
210 E. Capitol Street, Suite 2200
Jackson, MS 39201-2375
Tel: (601) 960-8600
Fax: (601) 960-8613
trey.watkins@formanwatkins.com

W. Lawrence Deas
**Liston & Deas, PLLC**
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
Tel: (601) 981-1636
Fax: (601) 982-0371
lawrence@listondeas.com

Troy A. Rafferty
**Levin Papantonio Thomas Mitchell Rafferty and Proctor, P.A.**
316 S. Baylen Street
Suite 600
Pensacola, FL 32502
Tel: (850) 435-7043
Fax: (850) 436-6102
trafferty@levinlaw.com

Russell W. Budd
**Baron & Budd PC**
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219-4281
Tel: (214) 521-3605
rbudd@baronbudd.com

*Counsel for the State Attorney General Track*

Melissa Yeates
**Kessler Topaz Meltzer & Check, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
myeates@ktmc.com

Michael L. Roberts
**Roberts Law Firm, P.A.**
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

Donald A. Ecklund
**Carella, Byrne, Cecchi,**
**Brody & Agnello, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
decklund@carellabyrne.com

*Counsel for the Third Party Payor / Direct Purchaser Track*

David R. Buchanan
dbuchanan@seegerweiss.com
**Seeger Weiss, LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100

Mark P. Pifko
mpifko@baronbudd.com
**Baron & Budd, P.C.**
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Telephone: (818) 839-2333

Benjamin J. Widlanski
bwidlanski@kttlaw.com
**Kozyak Tropin & Throckmorton LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

Brandon L. Bogle
bbogle@levinlaw.com
**Levin, Papantonio, Rafferty,**
**Proctor, Buchanan, O'Brien, Barr &**
**Mougey, P.A.**
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140

*Counsel for the Self-Funded Payor Track*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Joanne Cicala*
Joanne Cicala