AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| IN RE: INSULIN PRICING LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:23-md-03080 (BRM)(RLS) |
| | ) | |
| Eli Lilly & Co., et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      McKinsey & Company, Inc. c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2543

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: 711 Third Avenue, 4th Floor, New York, NY 10017; or another location agreeable to the undersigned attorney and McKinsey & Company, Inc. | Date and Time:  08/22/2024 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      07/22/2024

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* States of Arizona, Arkansas, Illinois, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Montana, Oklahoma, and Utah    , who issues or requests this subpoena, are:

Joanne Cicala, The Cicala Law Firm, 101 College Street, Dripping Springs, Texas 78620, joanne@cicalapllc.com, 512-275-6550

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
STATE OF NEW JERSEY

Date Filed: _____
Court Date: _____
Assigned Justice: _____

File No.: _____

*In Re: Insulin Pricing Litigation*

*VS.*

*Eli Lily & Co., et al.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF New York ___, COUNTY OF ALBANY ___  SS.:

_____JAMES PERONE_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On __**Thursday, July 25, 2024**__ at __**9:23 AM**__ .
at _____**c/o Corporation service Company, 80 State Street, Albany, NY 12207**_____ deponent served the within

**Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Supporting Exhibits**

on: _____**McKinsey & Company, Inc.**_____

_____**Witness**_____ therein named.

**CORPORATION**
**#1** ☒

By delivering to and leaving with__ **Jane Doe , authorized to accept** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**DESCRIPTION**
**#2** ☒
(use with #1, 2 or 3)

Sex: __Female__   Color of skin: __Black__   Color of hair: __Black__   Age: __22 - 35 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __161-200 Lbs.__   Other Features: _____

**#3 WIT. FEES** ☐

$ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

Sworn to before me on this 25th day of July 2024

*Hmg*
Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2028



JAMES PERONE

Job # S1912128

*Servico, Inc., P.O. Box 871, Albany, NY 12201*