

| | |
|---|---|
| **Brian W. Carroll**<br>Partner<br>T. 973-639-2020<br>F. 973-297-3713<br>bcarroll@McCarter.com | McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br>www.mccarter.com |

July 29, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

**Re:** *In re Insulin Pricing Litigation*
    **Case No. 2:23-md-3080 (BRM/RLS)**

Dear Judge Martinotti:

    As previewed in the undersigned's June 4, 2024 correspondence to the Court (ECF No. 193, n.1), counsel for the Manufacturer Defendants and the State of Mississippi have conferred and agreed that the Manufacturer Defendants' reply brief in further support of their pending motion for partial judgment on the pleadings under Federal Rule of Civil Procedure 12(c) in *The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.*, Case No. 2:23-cv-04364 (ECF No. 200) shall be filed or before **September 6, 2024.**

    If the foregoing is acceptable to the Court, the parties respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Brian W. Carroll*
Brian W. Carroll
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-2020

James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

ME1 49216442v.2

July 29, 2024
Page 2

Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000
*Attorneys for Defendant Novo Nordisk Inc.*

**SO ORDERED this \_\_\_\_\_ day of July 2024:**

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.

ME1 49216442v.2