

July 29, 2024

**VIA ELECTRONIC MAIL**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey  07102

Re: *In re Insulin Pricing Litigation*, Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Martinotti,

As Mississippi requested leave to do, staff from the Attorney General's Offices of Mississippi, Louisiana, and Indiana met on the morning of July 22, 2024, to discuss a fair resolution to the matters raised in Mr. Salim's July 5th letter to the Court.  We had a productive discussion and had developed a plan that was close to complete.  However, based on actions taken only hours later by Mr. Salim, including an ultimatum issued to our counsel demanding an answer to his prior letter by noon on July 24 and threatening to bypass all discussions, presumably including the direct discussions between our Offices as approved by the Court, we now believe that Mr. Salim's addition to the leadership team would make that committee unworkable and delay vindication of the interests of our states.

We remain committed, as we discussed on July 22, to continuing regular AGO-to-AGO communication on the work of the MDL.  We are likewise committed to the formation of a steering committee with both in-house and outside counsel representing the interests of the Attorneys General, including a representative for each of our offices as chosen by our offices.  The issues at stake in this litigation are far too important to delay with further discussion of this structural matter.  We respectfully request that you decline to expand the leadership team and form an AG steering committee to advise the leadership team composed of one representative from each state currently in the MDL and each state that later joins.



July 29, 2024
Page 2

      Respectfully submitted,

      */s/ Tricia L. Beale*
      Tricia L. Beale
      *Deputy Director and Special Assistant Attorney General,*
      *Consumer Protection Division,*
      *Mississippi Attorney General's Office*


c:      Betsy DeNardi, Office of the Indiana Attorney General

        Michael Dupree, Office of the Louisiana Attorney General

        Christopher Styron, Office of the Louisiana Attorney

        Counsel of Record (via electronic mail)