

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

August 9, 2024

**Via Electronic Filing**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re Insulin Pricing Litigation*, MDL No. 3080
      No. 2:23-md-03080-BRM-RLS

Dear Judge Martinotti:

  Pursuant to CMO #5, the parties state that, for the weeks of July 29 and August 5, they continued to work on the items set forth in the proposed agenda filed yesterday, August 8, 2024 [ECF No. 241].

  We thank the Court for its continuing attention to this matter.

                Respectfully submitted,

*s/ James E. Cecchi*        *s/ David R. Buchanan*
James E. Cecchi         David R. Buchanan
*Liaison Counsel for*        *Liaison Counsel for*
*Third-Party Payer Class Track*    *Self-Funded Payer Track*

*s/ Joanne Cicala*         */s/ John D. Tortorella*
Joanne Cicala          John D. Tortorella
*Liaison Counsel for*
*State Attorney General Track*

cc: Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
   Counsel of Record (*via* ECF)

55 CHALLENGER ROAD • RIDGEFIELD PARK, NJ 07660 • T: 973.639.9100 • F: 973.679.8656 • seegerweiss.com