UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  Date:   08/13/2024
Magistrate Judge:   Rukhsanah L. Singh  Case Nos:   23MDL3080
Court Reporter:   Tammera Witte

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

David R. Buchanan, Christopher Seeger, Ben Widlanski, Steve DaRoci, Tal Lifshitz,
  & Brandon Bogle, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, W. Lawrence Deas, Trey Watkins & Tanya Ellis,
  Interim Liaison Counsel for State Attorneys General Track
Matthew McDonald,   William Liston III & Paul Hurst, State AG Track
Michael Roberts & Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Melissa L. Yeates, Jordan Jacobson & Jonathan Neumann, Interim Counsel for TPP, PBM

Liza Walsh, Melissa Lim Patterson, Joseph Kiessling & Lauren Malakoff, Attorneys for Sanofi
Melissa A. Geist & Ryan Moorman, Attorneys for Eli Lilly
Brian W. Carroll, Neal Potischman & James Rouhandeh, Attorneys for Novo Nordisk
Jason R. Scherr & Lindsey Levy, Attorneys for Express Scripts
John Tortorella & Daniel Dockery, Attorneys for CVS Defts.
Elizabeth Broadway Brown & Young Yu, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**

None

Nature of Proceedings:

Case Management Conference held re: 23mdl3080
Court ordered as follows:
- CMC reset to 09/05/24 before Judge Martinotti at 10:00 am. Public Mtg. to follow immediately there after
- Oral Argument on discovery issues including fact sheets to be addressed on 09/05/24 @ 10:30 am before Magistrate Judge Singh at 10:30 am in Courtroom 2
- Plaintiff States, Indiana & Louisiana permitted to file motions to appoints firms as additional co-lead counsel for the State AG Track

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon Brian R. Martinotti U.S.D.J.

| | |
|---|---|
| Time Commenced: | 11:00 am |
| Time Concluded: | 12:15 pm |