Melody R. Dickson
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
mdickson@wcllp.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Iron Workers' Locals No. 15 and 424 Extended Benefit Fund, Plaintiff<br>v.<br>Eli Lilly and Company, et al., Defendant<br>Case No.: 2:24-cv-07720 | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
|---|---|

Request is hereby made by *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An Order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court.

Dated: August 20, 2024.                                   Respectfully submitted,

                                                          */s/ Melody R. Dickson*

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Melody R Dickson
Address:  Wagstaff & Cartmell LLP
          4740 Grand Avenue, Suite 300
          Kansas City, MO 64112
          Tel.: (816) 701-1100
Email:    mdickson@wcllp.com