UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

THIS DOCUMENT RELATES TO: ALL ACTIONS

COMES NOW, Assistant Attorney General Jordyn Nykaza, attorney for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

1. Reid Adkins will no longer be assigned to this case.

2. Assistant Attorney General, Jordyn Nykaza, has been reassigned this case and will be the attorney of record for the state of Arkansas.

WHEREFORE, the State respectfully moves the Court to issue an order substituting Jordyn Nykaza in place of Reid Adkins for the State in this matter.

Date: August 21, 2024               Respectfully submitted,

                                    **TIM GRIFFIN**
                                    **ATTORNEY GENERAL**

                            By:     _____
                                    Jordyn Nykaza, Ark Bar No. 2023151
                                    Assistant Attorney General
                                    323 Center Street, Suite 200
                                    Little Rock, Arkansas 72201
                                    Telephone: (501) 301-0125
                                    Fax: (501) 682-8118
                                    Email: Jordyn.Nykaza@ArkansasAG.gov