# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080<br><br>**ORAL ARGUMENT REQUESTED** |

**THIS DOCUMENT RELATES TO:** Nos. 2:23-cv-07042, 2:23-cv-08487, 2:23-cv-21178
(Self-Funded Payers Track)

## NOTICE OF MANUFACTURERS' MOTION TO DISMISS THE ALBANY, KING, AND LAKE COUNTY COMPLAINTS

**TO:** All Persons on ECF Service List

**COUNSEL**:

**PLEASE TAKE NOTICE** that Defendants Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (collectively "Manufacturers"), by and through their respective undersigned counsel, shall move before the Honorable Brian R. Martinotti, U.S.D.J., at a date and time to be determined by the Court, at the United States District Court for the District of New Jersey, 50 Walnut St, Newark, New Jersey, for an Order, pursuant to Federal Rule of Civil Procedure 12, dismissing Albany County's Second Amended Complaint, King County's Second Amended Complaint, and Lake County's First Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this Motion, Defendants will rely on the Memorandum Of Law In Support Of Manufacturers'

Motion To Dismiss The Albany, King, and Lake County Complaints submitted herewith, along with any further submissions on reply.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

| | |
|---|---|
| Dated: June 10, 2024 | Respectfully submitted, |
| */s/ Brian W. Carroll* | */s/ Liza M. Walsh* |

**GIBBONS P.C.**
Christopher Walsh
One Gateway Center
Newark, NJ 07102
(973) 596-4500

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (pro hac vice)
David B. Toscano (pro hac vice)
450 Lexington Ave.
New York, New York 10017
(212) 450-4000

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman (pro hac vice)
Andrew Yaphe (pro hac vice)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000

*Attorneys for Defendant*
*Novo Nordisk Inc.*

**WALSH PIZZI O'REILLY FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

**JONES DAY**
Michael R. Shumaker (pro hac vice)
Julie E. McEvoy (pro hac vice)
William D. Coglianese (pro hac vice)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939

*Attorneys for Defendant*
*Sanofi-Aventis U.S. LLC*

*/s/ Melissa A. Geist*
_____

**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

**KIRKLAND & ELLIS LLP**
James F. Hurst (pro hac vice)
Andrew A. Kassof (pro hac vice)
Robert B. Ellis (pro hac vice)
Diana M. Watral (pro hac vice)
Ryan Moorman (pro hac vice)
Jason A. Feld (pro hac vice)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendant*
*Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I certify that I am Attorney at Law of the State of New Jersey and a Member of the Bar of this Court and that on this date I caused a copy of this document to be served on the counsel of record in the above-captioned matter via email.

By: */s/ Melissa A. Geist*
Melissa A. Geist

Dated: June 10, 2024
Princeton, New Jersey