# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(ESK)<br><br>MDL No. 3080 |

**THIS DOCUMENT RELATES TO:** Nos. 2:23-cv-07042, 2:23-cv-08487, 2:23-cv-21178
(Self-Funded Payers Track)

## PROPOSED ORDER ON DEFENDANTS' MOTION TO DISMISS THE ALBANY, KING, AND LAKE COUNTY COMPLAINTS

THIS MATTER having come before the Court upon the Motion of Defendants Sanofi-Aventis U.S. LLC, Novo Nordisk Inc., and Eli Lilly and Company (collectively "Defendants") under Federal Rule of Civil Procedure 12, for the entry of an Order dismissing with prejudice the Albany, King, and Lake County Complaints; the Court having considered the submissions of the parties and having heard oral argument, if any; and for good cause shown,

IT IS on this _____ day of _____, 2024,

ORDERED that Defendants' Motion To Dismiss The Albany, King, and Lake County Complaints is hereby GRANTED.

_____
**HON. BRIAN R. MARTINOTTI, U.S.D.J.**