# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-MD-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH<br><br>ORAL ARGUMENT REQUESTED |

**THIS DOCUMENT RELATES TO:**
*County of Albany, New York v. Eli Lilly, et al.*, No. 1:22-cv-00981
*King County v. Eli Lilly et al.*, No. 2:23-cv-21178
*Lake County, Illinois v. Eli Lilly, et al.*, No. 2:23-cv-08487

## NOTICE OF PBM DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS THE ALBANY, KING, AND LAKE COUNTY COMPLAINTS

TO:   All Persons on ECF Service List

PLEASE TAKE NOTICE that the PBM Defendants, by and through their respective undersigned counsel, shall move before the Honorable Brian R. Martinotti, U.S.D.J., at a date and time to be determined by the Court, at the United States District Court for the District of New Jersey, Courtroom 1 of the Frank R. Lautenberg Post Office and Courthouse, 2 Federal Plaza, Newark, New Jersey, 07102, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the claims of Albany, King, and Lake Counties against the PBM Defendants with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the PBM Defendants will rely on the Memorandum of Law in Support thereof and the Reply in support thereof.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that the PBM Defendants hereby request oral argument.

Dated this 22nd day of August, 2024.

| | |
|---|---|
| /s/ Brian D. Boone | /s/ Jason R. Scherr |
| Thomas P. Scrivo | Jason R. Scherr |
| Young Yu | Patrick A. Harvey |
| **O'TOOLE SCRIVO, LLC** | Lindsey T. Levy |
| | **MORGAN LEWIS & BOCKIUS LLP** |
| Brian D. Boone | |
| Elizabeth Broadway Brown | -and- |
| Kelley Connolly Barnaby | |
| **ALSTON & BIRD LLP** | Tanya Y. Shah |
| | **MORGAN LEWIS & BOCKIUS LLP** |
| *Counsel for UnitedHealth Group Incorporated; OptumRx, Inc.; Optum, Inc.; and OptumInsight, Inc.* | -and- |
| | Katherine A. Vaky |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | *Counsel for Evernorth Health, Inc. (f/k/a Express Scripts Holding Company); Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Medco Health Solutions, Inc., and The Cigna Group* |

  */s/ A. Joshua Podoll*
Kevin H. Marino, Esq.
John D. Tortorella, Esq.
**MARINO, TORTORELLA & BOYLE, P.C.**

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
**WILLIAMS & CONNOLLY LLP**

*Counsel for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*