# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-MD-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH<br><br>**ORAL ARGUMENT REQUESTED** |

**THIS DOCUMENT RELATES TO:**
*County of Albany, New York v. Eli Lilly, et al.*, No. 1:22-cv-00981
*King County v. Eli Lilly et al.*, No. 2:23-cv-21178
*Lake County, Illinois v. Eli Lilly, et al.*, No. 2:23-cv-08487

## PROPOSED ORDER ON PBM DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

This matter having come before the Court upon the Motion of the PBM Defendants under Federal Rule of Civil Procedure 12(b)(6), for the entry of an Order dismissing with prejudice the claims of Albany, King, and Lake Counties against the PBM Defendants; the Court having considered the submissions of the parties and having heard oral argument, if any; and for good cause shown,

IT IS on this _____ day of _____, 2024,

ORDERED that the PBM Defendants' Motion to Dismiss the claims of Albany, King, and Lake Counties against the PBM Defendants is hereby GRANTED. Those claims are hereby dismissed with prejudice.

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.