UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br><br>This Document Relates to:<br>All Cases | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**MOTION TO APPOINT ADDITIONAL CO-LEAD
COUNSEL FOR STATE AG TRACK**

**COMES NOW** Plaintiff States Indiana and Louisiana, and jointly move the Court to consider appointing the firm, Salim-Beasley LLC, as additional co-lead counsel for the State AG Track, and respectfully show, as follows:

1. Case Management Order #2 (ECF N0. 19) required the parties to meet and confer and to submit a proposed leadership and liaison committee for the Court's consideration.

2. On November 27, 2023, the parties submitted recommendations to the Court for the appointment of Lead Counsel, Executive and Steering Committees, and Liaison Counsel for each of the litigation tracks.

3. After considering the recommendations, the Court appointed attorneys for the Co-Lead Counsel, Executive Committee, and Steering Committee for each litigation track, which was so ordered by CMO #3 (ECF No. 34).

4. The Plaintiff States of Indiana and Louisiana had not been transferred to the Insulin Pricing Litigation MDL 3080 at that time of CMO #3. Subsequently, Louisiana's litigation was transferred to MDL 3080 on December 6, 2023 (ECF No. 179); Indiana's litigation was transferred to MDL 3080 on May 13,

2024 (ECF No. 173).[1]

5. Counsel for Indiana and Louisiana have reached out to the other states and know of no opposition to Salim Beasley being added as an additional Co-Lead Counsel for the State AG Track[2].

9. Robert Lyle Salim has over 20 years experience representing states in complex multi-district litigation; including being the lead counsel in the TVM mesh MDL 2387 in West Virgina before Judge Goodwin, Co-Lead in the JUUL JCCP 5052 in Los Angeles, the original lead counsel in the Plavix MDL 2418 before Judge Wolfson in New Jersey. Salim-Beasley has also served on the plaintiff steering committee for the Eliquis litigation before Judge Denise Cote in New York.

10. Currently, Robert Lyle Salim represents Louisiana in PBM[3] and Loestrin[4] litigations. Mr. Salim also represents California in the Niaspan[5] litigation. In the past. Mr. Salim has represented states in the Zyprexa and Risperdal litigation.

11. Robert Lyle Salim was appointed by the Louisiana Supreme Court to a committee tasked with rewriting the complex litigation statutes for the State of Louisiana.

12. The Plaintiff States of Indiana and Louisiana also continue to support the creation of a Steering Committee, incorporating substantial coordination and communication with lead counsel, and we look forward to future efforts to determine the best formulation for such a committee.

WHEREFORE, PREMISES CONSIDERED the Plaintiff States of Indiana and Louisiana respectfully request that the Court consider expanding the Co-Lead Counsel for the State AG Track and appoint Robert Lyle Salim of the firm of Salim-Beasley LLC as additional Co-Lead Counsel.

Respectfully submitted, this the 23 day of August, 2024.

---

[1] Louisiana's later addition of Eli Lilly as a defendant in its state court action was removed and then transferred to MDL 3080 on June 18, 2024 (ECF No. 213). The three cases numbers so transferred are: 2:23-cv-22978; 2:24-cv-06068; and 2:24-cv-07048.

[2] Louisiana has reached out to all other Plaintiff States and has received no objections by the time of filing this Motion.

[3] *State of Louisiana v. OptumRx, Inc., et al.*, No. 717848, 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

[4] *State of Louisiana v. Abbvie Inc., et al.*, No. 23-cv-00225, United States District Court, Western District of Louisiana, Lafayette Division.

[5] *The People of the State of California v. Abbott Laboratories, et al.*, No. 30-2016-00879117, Superior Court of the State of California, for the County or Orange.

FOR PLAINTIFF STATE OF INDIANA

THEODORE E. ROKITA, ATTORNEY GENERAL FOR THE STATE OF INDIANA

By: /s/Betsy M. DeNardi
Betsy M. DeNardi (Attorney No. 23856-71)
Scott L. Barnhart (Attorney No. 25474-82)
Office of the Indiana Attorney General
Indiana Gov't Center South, 5th Floor
302 West Washington St.
Indianapolis, IN 46204

FOR PLAINTIFF STATE OF LOUISIANA

LIZ MURRILL, ATTORNEY GENERAL FOR THE STATE OF LOUISIANA

By: /s/Nicholas J. Diez
Michael D. Dupree (No. 26870)
Public Protection Division
Nicholas J. Diez (No. 31701)
Matthew P. Stafford (No. 32706)
Medicaid Fraud Control Unit
1885 N. Third Street, 4th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6400
Facsimile: (225) 326-6499
DupreeM@ag.louisiana.gov
Diezn@ag.louisiana.gov
Staffordm@ag.louisiana.gov