UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>This Document Relates to:<br>All Cases | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**ORDER ON MOTION TO APPOINT**
**ADDITIONAL CO-LEAD COUNSEL FOR STATE AG TRACK**

This matter is before the court on the Motion to Appoint Additional Co-Lead Counsel for State AG Track filed by the Plaintiff States of Louisiana and Indiana. The court, being duly advised, hereby **GRANTS** the motion.

It is on this _____ day of _____, 2024,

**ORDERED** that Robert Lyle Salim is duly qualified and is appointed as co-lead counsel on the State AG Track.

                                                              **BRIAN R. MARTINOTTI**
                                                              **United States District Judge**