

Park 80 West-Plaza One     (201) 845-9600 Main
250 Pehle Avenue     (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

August 26, 2024

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

      Re:   *In re Insulin Pricing Litigation*
             Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Martinotti:

      Pursuant to Your Honor's direction at the August 13, 2023, status conference, attached please find a proposed consent order regarding, *inter alia*, the consolidation of the Direct Purchaser Insulin Pricing Litigation with the Third-Party Payer Class Track.  See ECF No. 241 (Agenda Item No. 3).  As reflected in the attached, both the undersigned and counsel for defendants have stipulated and agreed to the entry of this proposed form of order.

      Respectfully submitted,

      */s/ Matthew F. Gately*
      Matthew F. Gately
      **COHN LIFLAND PEARLMAN**
      **HERRMANN & KNOPF LLP**
      Park 80 West-Plaza One
      250 Pehle Avenue
      Saddle Brook, NJ 07663
      Tel.: (201) 845-9600
      mfg@njlawfirm.com

      Melissa L. Yeates

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
myeates@ktmc.com

Michael L. Roberts
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Counsel for the DPP Class, TPP Manufacturer Class & TPP PBM Class*

cc:   Hon. Rukhsanah L. Singh (*via ECF*)
      All counsel of record (*via ECF*)