**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS) MDL No. 3080 |
| | **MOTION TO SUBSTITUTE COUNSEL** |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

COMES NOW, Assistant Attorney General Jordyn Nykaza, attorney for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

1.   Reid Adkins will no longer be assigned to this case.

2.   Assistant Attorney General, Jordyn Nykaza, has been reassigned this case and will be the attorney of record for the state of Arkansas.

WHEREFORE, the State respectfully moves the Court to issue an order substituting Jordyn Nykaza in place of Reid Adkins for the State in this matter.

Date: August 21, 2024

Respectfully submitted,

*The above Notion is hereby GRANTED. The Clerk of Court shall TERMINATE the Notion pending at Docket Entry No. 248.*

**TIM GRIFFIN**
**ATTORNEY GENERAL**

By:   _____

Jordyn Nykaza, Ark Bar No. 2023151
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 301-0125
Fax: (501) 682-8118
Email: Jordyn.Nykaza@ArkansasAG.gov

So Ordered this __23d__ day
of __August__, 20_24_

_____
Hon. Rukhsanah L. Singh, U.S.M.J.