# Forman Watkins
Forman Watkins & Krutz LLP

Walter G. "Trey" Watkins, III
trey.watkins@formanwatkins.com
Direct Dial: 601.973.5904

August 29, 2024

**<u>VIA ECF</u>**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Unopposed request for extension of time to respond to Motion (ECF 261)
*In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS
MDL No. 3080

Dear Judge Singh:

Counsel for the States of Indiana and Louisiana filed a Motion to Appoint Additional Co-Lead Counsel for State AG Track (ECF 261) on Friday, August 23, 2024. Responses are currently due on or before September 3, 2024.

Co-Lead Counsel for the State AG Track need an additional seven days to prepare and file a response. Counsel for Indiana and Louisiana do not oppose the extension.

Accordingly, Co-Lead Counsel for the State AG Track respectfully request a one-week extension, until Tuesday, September 10th, to respond to the motion.

If the foregoing request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. Thank you for your time and attention.

Sincerely,

Trey Watkins

cc: All Counsel of Record (via ECF)