# Exhibit 4

```
                    STATE OF NEW JERSEY
                   DISTRICT OF NEW JERSEY


    _____

    IN RE: INSULIN PRICING           CIVIL NUMBER:
    LITIGATION
                                     2:23-md-03080-BRM-RLS


    _____     CASE MANAGEMENT CONFERENCE



    Frank R. Lautenberg Post Office and United States Courthouse
    Two Federal Square
    Newark, New Jersey 07102
    August 13, 2024
    Commencing at 12:00 p.m.

    B E F O R E:        THE HONORABLE BRIAN R. MARTINOTTI
                        UNITED STATES DISTRICT JUDGE

                        THE HONORABLE RUKHSANAH L. SINGH
                        UNITED STATES MAGISTRATE JUDGE


    A P P E A R A N C E S:


        SEEGER WEISS, LLP
        BY: DAVID R. BUCHANAN, ESQUIRE
            STEVEN J. DAROCI, ESQUIRE
            CHRISTOPHER SEEGER, ESQUIRE
        55 Challenger Road
        Ridgefield Park, New Jersey  07660
        For the Plaintiff Self-Funded Payer Plaintiffs




        Proceedings recorded by mechanical stenography.
        Transcript produced by computer-aided transcription.


             Tammera M. Witte, Official Court Reporter
                 tammera_witte@njd.uscourts.gov
                       (973) 457-8230
```

1               There was some confusion, based upon the Court's prior
2     guidance, as to whether master discovery requests should be
3     served.  The parties discussed that -- sorry, take it back.
4     The Court instructed that the parties should continue to meet
5     and confer, and if there are any other disputes regarding the
6     fact sheets and what they should look like, they should be
7     submitted by the end of the month, and that's the 30th.
8               The parties are going to exchange their best and final
9     proposals on the fact sheets and specifically the self-funded
10    payer fact sheets.  Those will be exchanged.  The parties will
11    continue to meet and confer even after the fact sheets are
12    exchanged to see if they can further narrow issues; but the
13    Court and the parties are in agreement that this is an issue
14    that needs to be teed up.
15              As to the service of master discovery requests, the
16    defendants made clear that they do not think that there has to
17    be resolution on the fact sheets before master discovery can be
18    served, but there should be an understanding as to what the
19    number of interrogatories will be.  The parties will meet and
20    confer about that issue as well.
21              And that issue, the Court has instructed, should also
22    be included in whatever letters are submitted to the Court if
23    there is not agreement.  Specifically as to fact sheets
24    involving the PBMs, there was a discussion about the production
25    of information that may be within the PBMs' possession itself.

1  Specifically transactional data and the method by which the
2  plaintiffs will be able to obtain that information, to then
3  reproduce that information essentially back to the PBMs and
4  then to the manufacturers to respond to the discovery requests.
5          The parties will also meet and confer to see if an
6  agreement can be reached on that issue, and if no agreement is
7  reached, that will also be set forth in the parties' letters.
8          The second issue that was teed up in the agenda was
9  the state attorney general track and the service of discovery
10 on plaintiffs.  An oral argument was requested by the
11 plaintiffs.  The Court made clear that oral argument will be
12 permitted, and specifically oral argument will occur at the
13 next status conference, the date for which will be soon
14 provided by the Court.
15         THE COURT:  September 5th at 10:00 a.m. is the general
16 conference.  10:30 a.m. is the public conference.  Oral
17 argument will follow thereafter.  We'll try to find you a
18 courtroom.  We're working this conference in between my other
19 criminal matters, so I hope that works.
20         MR. MOORMAN:  One more time, Your Honor.
21         THE COURT:  10:00 a.m. is our preconference meeting.
22 10:30 is the public meeting.  And then oral argument will
23 follow thereafter, subject to Judge Singh getting a courtroom,
24 which should not be too much of an issue, we hope.
25         MR. GATELY:  Thank you, Your Honor.

1  as it purports to reflect all parties' statements, if I could
2  clarify two points in connection with the discussion of
3  plaintiff fact sheets and defendant fact sheets.
4         Plaintiffs have repeatedly stated their view that
5  plaintiff fact sheets -- the plaintiff fact sheet discussion is
6  in furtherance of creating discovery rules.
7         And, respectfully, defendants' position is that the
8  conclusion is premature.  That discovery pools may or may not
9  be an appropriate vehicle.  But the purpose of the discussion
10 is to evaluate how plaintiffs' fact sheets can be used, what
11 they will inform, and whether discovery rules are or are not an
12 appropriate vehicle; and if they are, how they may be informed.
13 And so I don't believe that Mr. Gately's summary accurately
14 reflected defendants' view.
15         A discussion came up in conference about defendant
16 fact sheets, in response to which Mr. Buchanan clarified that
17 the rationale for defendant fact sheets is that they were
18 necessary to relieve all plaintiffs to respond to plaintiff
19 fact sheets as to areas for which plaintiffs might not
20 otherwise have responsive information in their possession.
21 That's my only note.
22         THE COURT:  Judge Singh?
23         Counsel, just your name for the record.
24         MS. YEATES:  Melissa Yeates for the TPP PBM
25 plaintiffs.  I have one clarification as to what Mr. Gately

```
 1     ---------------------------------------------
 2         FEDERAL OFFICIAL COURT REPORTER'S CERTIFICATE
 3
 4         I certify that the foregoing is a correct transcript
 5    from the record of proceedings in the above-entitled matter.
 6
 7
 8    /S/ Tammera M. Witte, CCR, CRCR, RMR   Dated this 08/14/2024
 9    Official U.S. District Court Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```