# MARINO, TORTORELLA & BOYLE, P.C.
## ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

September 4, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
         MDL No. 3080

Dear Judge Martinotti:

    The parties do not have specific agenda items for the Case Management Conference scheduled for 10:30 a.m. on Thursday, September 5, 2024, but write to provide the following updates:

    As Your Honor is aware, this past Friday, the parties filed written submissions to Magistrate Judge Singh in support of their respective positions and are scheduled for a hearing before Judge Singh following this Thursday's conference.

    In accordance with the Court's MDL Text Order dated August 30, 2024 [ECF No. 268], the parties are submitting a joint list of all pending motions in the MDL cases, which is annexed to this letter.

    The parties will be prepared to discuss the preceding items to the extent the Court wishes to do so. Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ Matthew F. Gately*
James E. Cecchi
*Liaison Counsel for*
*Class Action Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*The State Attorneys General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
September 4, 2024—Page 2

cc: Hon. Rukhsanah L. Singh, U.S.M.J.
      All counsel of record