*In re Insulin Pricing Litigation* **(MDL No. 3080)**
**Case No. 2:23-md-03080-BRM-RLS**
<u>**Motion List as of September 4, 2024**</u>

The bullets below correspond to the docket numbers of all submissions relating to each motion, including opening papers, opposition papers, and replies.[1]

**MDL:  State Attorney General Track**

- *Montana*
  - Rule 12(b)(6) Motions
    - Manufacturer Defendants' Motion (Dkt. Nos. 190, 190-1 to 190-10, 190-22, 190-27)
    - PBM Defendants' Motion (Dkt. Nos. 190-11, 190-12, 190-23, 190-28)
  - Rule 12(b)(2) Motions
    - Evernorth Health Inc.'s Motion (Dkt. Nos. 190-13, 190-14, 190-20, 190-24)
    - CVS Health Corporation's Motion (Dkt. Nos. 190-15, 190-16, 190-21, 190-26)
    - UnitedHealth Group Inc. & OptumInsight, Inc.'s Motion (Dkt. Nos. 190-17, 190-18, 190-19, 190-25)
  - Supplemental Briefing
    - Manufacturers' Motions (Dkt. Nos. 190-51, 190-53)
    - PBMs' Motions (Dkt. Nos. 190-52, 190-54)

- *Illinois*
  - Rule 12(b)(6) Motions
    - Manufacturer Defendants' Motion (Dkt. Nos. 190-36, 190-37, 190-43, 190-49)
    - PBM Defendants' Motion (Dkt. Nos. 190-38, 190-39, 190-44, 190-48)
  - Rule 12(b)(2) Motions
    - Evernorth Health Inc.'s Motion (Dkt. Nos. 190-30, 190-31, 190-41, 190-47)
    - CVS Health Corporation's Motion (Dkt. Nos. 190-32, 190-33, 190-42, 190-45)
    - UnitedHealth Group Inc. & OptumInsight, Inc.'s Motion (Dkt. Nos. 190-34, 190-35, 190-40, 190-46)
  - Supplemental Briefing
    - Manufacturers' Motions (Dkt. Nos. 190-51, 190-53)
    - PBMs' Motions (Dkt. Nos. 190-52, 190-54)

---

[1] The parties understand that motions to remand were filed in certain case that were subsequently transferred to the MDL.  We read CMO #5 to mean that those motions are not currently pending before the MDL and, therefore, have not included them on this list.

*Mississippi*

- Rule 12(c) Motion
    - Manufacturer Defendants' Motion (Dkt. Nos. 200, 231)[2]

**MDL:  Self-Funded Payor Track**

*Albany, King, and Lake County*

- Rule 12(b)(6) Motions
    - Manufacturers' Motion (Dkt. Nos. 249-50, 256, 258)
    - PBM Defendants' Motion (Dkt. Nos. 251-55, 257, 259)

**MDL:  Coordinated Actions**

*In re Insulin Pricing Litigation, 2:17-cv-00699*

- Rules 15, 12(b)(6)
    - Defendants' Motion (Dkt. Nos. 744, 747, 754)

---

[2] The reply brief is due on September 6.