*In re Insulin Pricing Litigation* **(MDL No. 3080)**
**Case No. 2:23-md-03080-BRM-RLS**
<u>**Case List as of September 4, 2024**</u>

| Ref. # | Case Name | Case No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 1 | County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| 2 | Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| 3 | Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| 4 | City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| 5 | County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| 6 | Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| 7 | Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| 8 | Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| 9 | Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| 10 | Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| 11 | Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| 12 | Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| 13 | King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| 14 | Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| 15 | City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| 16 | County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| 17 | Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| 18 | Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |
| 19 | Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| 20 | The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |
| 21 | Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |
| 22 | County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| 23 | City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |
| 24 | Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| 25 | Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| 26 | Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| 27 | Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| 28 | Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| 29 | Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| 30 | Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| 31 | Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| 32 | LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| 33 | Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| 34 | St. Louis County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-04615 |
| 35 | Mayor & City Council of Baltimore v. Eli Lilly & Company, et al. | 2:24-cv-05099 |
| 36 | City of Lorain, Ohio v. Eli Lilly and Company, et al. | 2:24-cv-05002 |
| 37 | Commonwealth of Pa. ex rel. Lawrence S. Krasner v. Eli Lilly and Company, et al. | 2:24-cv-05391 |
| 38 | Clark County v. Eli Lilly and Co., et al. | 2:24-cv-06568 |
| 39 | Heat and Frost Insulators Local No. 33 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06233 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| 40 | Int'l Union of Operating Engineers Local No. 478 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06303 |
| 41 | Int'l Union of Operating Engineers Welfare Fund of Eastern Pa. v. Eli Lilly and Company, et al. | 2:24-cv-06312 |
| 42 | Board of Supervisors of Accomack County v. Eli Lilly and Company, et al. | 2:24-cv-06329 |
| 43 | City of Portsmouth, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-06331 |
| 44 | Hamblen County, TN v. v. Eli Lilly and Company, et al. | 2:24-cv-06456 |
| 45 | Greene County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06919 |
| 46 | City of Marietta, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-06949 |
| 47 | Johnson County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06973 |
| 48 | Cocke County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06980 |
| 49 | Kentucky Laborers District Council Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-07091 |
| 50 | Iron Workers' Locals No. 15 and 424 Extended Benefit Fund v. Eli Lilly and Company, et al. | 2:24-cv-07720 |
| 51 | Ulster County v. Eli Lilly and Company, et al. | 2:24-cv-07854 |
| 52 | Virginia Beach, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-07885 |
| 53 | Parish Government Risk Management Agency v. Eli Lilly and Company, et al. | 2:24-cv-08097 |
| 54 | County of Whitfield, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08235 |
| 55 | County of Catoosa, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08307 |
| 56 | City of Hialeah, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08327 |
| 57 | New England Health Care Employees Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-08770 |
| | **State Attorney General Track Cases** | |
| 1 | State of Montana, ex rel. Austin Knudsen v. Eli Lilly and Company, et al. | 2:23-cv-04214 |
| 2 | State of Kansas, ex rel., Kris W. Kobach, Attorney General v. Eli Lilly and Company, et al. | 2:23-cv-04219 |
| 3 | State of Arkansas, ex rel. Tim Griffin, Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04239 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| 4 | State of Illinois, ex rel. Raoul v. Eli Lilly and Company et al. | 2:23-cv-04242 |
| 5 | State of Mississippi, ex rel. Lynn Fitch Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04364 |
| 6 | State of Kentucky, ex rel. Daniel Cameron v. Novo Nordisk Inc., et al. | 2:23-cv-21374 |
| 7 | The State of Louisiana v. Sanofi-Aventis U.S. LLC et al. | 2:23-cv-22978 |
| 8 | Arizona v. Optum Incorporated et al. | 2:24-cv-00260 |
| 9 | State of Utah et al. v. Eli Lilly and Company et al. | 2:24-cv-00536 |
| 10 | State of Indiana v. Express Scripts Administrators, et al. | 2:24-cv-06068 |
| 11 | State of Louisiana v. Eli Lilly and Company, et al. | 2:24-cv-07048 |
| 12 | State of Oklahoma ex rel. Drummond v. Eli Lilly and Company, et al. | 2:24-cv-07606 |
| | **Class Action Track Cases** | |
| 1 | Sheet Metal Workers Local No. 25 Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:23-cv-14371 |
| 2 | Local 464A UFCW Welfare Services and Benefit Funds individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20842 |
| 3 | Local 837 Health and Welfare Plan, individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20932 |
| 4 | Local No. 1 Health Fund, and Plan of Benefits for the Local No. 1 Health Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-21160 |
| 5 | Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-22305 |