UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  Date: 09/05/2024
Magistrate Judge: Rukhsanah L. Singh  Case Nos: 23MDL3080
Court Reporter: Tammera Witte

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

David R. Buchanan, Ben Widlanski, Steve DaRoci, Tal Lifshitz,
    & Brandon Bogle, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, W. Lawrence Deas, & Tanya Ellis, Interim Liaison Counsel for State AG Track
Michael Roberts & Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Melissa L. Yeates & Jonathan Neumann, Interim Counsel for TPP, PBM
Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
Robert Salim, State AG
Michael J. Angelides & Sona Shah, Attorney for Self-Funded Payer Track

Liza Walsh & Melissa Lim Patterson, Attorneys for Sanofi
Ryan Moorman, Attorney for Eli Lilly
Brian W. Carroll, Attorney for Novo Nordisk
Jason R. Scherr, Attorney for Express Scripts
John Tortorella & Daniel Dockery, Attorneys for CVS Defts.
Young Yu & Kelly Barnaby, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**

None

Nature of Proceedings:

Case Management Conference held re: 23mdl3080
Court ordered as follows:
- CMC set 10/08/24 before Judge Martinotti at 11:00 am. Public Mtg. to follow immediately there after

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:   10:00 am
Time Concluded:   10:10 am