# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080 |
| This Document Relates to:<br><br>*The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.*<br><br>Case No. 2:23-cv-04364 (BRM)(RLS) | |

## DECLARATION OF ANDREW YAPHE IN SUPPORT OF MANUFACTURER DEFENDANTS' REPLY ISO MOTION FOR JUDGMENT ON THE PLEADINGS

I, Andrew Yaphe, hereby declare as follows:

1.  I am an attorney with the law firm Davis Polk & Wardwell LLP, counsel for defendant Novo Nordisk Inc. in the above-captioned matter, licensed to practice law in the State of California and admitted to this Court *pro hac vice*.

2.  On behalf of Defendants Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (collectively, "Manufacturers"), I submit this Declaration in support of Manufacturer Defendants' Reply in Support of Motion for Judgment on the Pleadings. I have personal knowledge of the matters stated herein and, if called to do so, I could and would testify competently thereto.

3.     All copies of the U.S. Patents listed below and attached as exhibits were downloaded from the U.S. Patent and Trademark Office website: https://patentcenter.uspto.gov/.

4.     Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,114,833, entitled "Propylene Glycol-Containing Peptide Formulations Which Are Optimal For Production And For Use In Injection Devices."

5.     Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,452,966, entitled "GLP-1 Analog Fusion Proteins."

6.     Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 9,938,335, entitled "Glucagon And GLP-1 Co-Agonist Compounds."

7.     Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 10,709,766, entitled "Fusion Proteins."

8.     Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 11,541,123, entitled "Dual Amylin And Calcitonin Receptor Agonists And Uses Thereof."

9.     Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 11,834,486, entitled "Incretin Analogs And Uses Thereof."

10.    Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 8,129,343, entitled "Acylated GLP-1 Compounds."

11.  Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 8,536,122, entitled "Acylated GLP-1 Compounds."

12.  Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. RE45,313, entitled "Exendin Variant Peptides."

13.  Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 9,526,764, entitled "Combination Of An Insulin And A GLP-1-Agonist."

14.  Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 9,707,176, entitled "Pharmaceutical Composition Comprising A GLP-1 Agonist And Methionine."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 06, 2024 at Menlo Park, CA.

_____
Andrew Yaphe