UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>*Sheet Metal Workers Local No. 25 Health and Welfare Fund v. Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC, 2:23-cv-14371* | Case 2:23-md-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff *Sheet Metal Workers Local No. 25 Health and Welfare Fund* by and through his undersigned counsel, voluntarily dismisses its case as against all defendants in this action, without prejudice, and with each party bearing its own costs, expenses and attorneys' fees. No defendant has answered the Complaint filed by *Sheet Metal Workers Local No. 25 Health and Welfare Fund,* nor has any defendant moved for summary judgment.

Respectfully Submitted:

DATED: September 10, 2024

*S/Eric L Young*
Eric L. Young, Esq
**YOUNG LAW GROUP PC**
3031C Walton Road, Suite 301
Plymouth Meeting, Pa 19462
Phone: (215) 367-5151
Fax: (215) 367-5143
eyoung@young-lawgroup.com

**THE DUGAN LAW FIRM, APLC**
James R. Dugan, II
David S. Scalia
Monica Vela-Vick
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
E-mail: jdugan@dugan-lawfirm.com
    dscalia@dugan-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 10, 2024, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*S/Eric L Young*
Eric L. Young, Esq.