OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA



302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

# TODD ROKITA
## ATTORNEY GENERAL

September 11, 2024

**VIA ECF**
Hon. Rukhsanah L. Singh
Magistrate Judge, United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

    Re:    Unopposed Request for Extension of Time to Respond to Opposition, ECF No. 280
            *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RL MDL No. 3080

Dear Magistrate Judge Singh:

    Yesterday, the State of Illinois filed an Opposition to the Motion to Appoint Additional Co-Lead Counsel for State AG Track filed by the states of Indiana and Louisiana (ECF 280).

    This matter is currently set for September 16 without oral argument. Counsel for Indiana and Louisiana need an additional seven days to prepare and file a response to the Illinois Attorney General's Opposition. In addition, the State of Louisiana is currently experiencing the effects of Hurricane Francine necessitating additional time to complete the response.

    Counsel for Illinois do not oppose a five-day extension. We respectfully request a one-week extension, until Wednesday, September 18, 2024 to respond to the Opposition. If this request is acceptable, we respectfully request that the letter request be granted. Thank you for your time and attention.

                                Sincerely,

                                *Betsy M. DeNardi*
                              Betsy M. DeNardi
                              Indiana Attorney General's Office

                              /s/Michael Dupree (with permission)
                              Louisiana Attorney General's Office

cc:    All Counsel of Record (via ECF)

TELEPHONE: 317.232.6201
www.in.gov/attorneygeneral/

So Ordered this 13th day of September, 2024
Hon. Rukhsanah L. Singh, U.S.M.J.