

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

September 25, 2024

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

    Re:   *In re Insulin Pricing Litigation*
            Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Martinotti:

As Your Honor is aware, the Court entered the order consolidating the Class Action Track on August 28, 2024. See ECF No. 266. Prior to entering that order, the parties had proposed (ECF No. 232), and the Court entered an order (ECF No. 234), setting a schedule for the filing of a consolidated class action complaint and any subsequent motions to dismiss, with deadlines running from the entry of the consolidation order.

Due to the date the consolidation order was ultimately entered, the resulting deadlines for amendment and dismissal briefing conflict with certain holidays and other obligations, counsel for the Class Track and Defendants have met and conferred on a revised schedule, which is respectfully submitted for Your Honor's consideration.

| Event | Deadline |
| --- | --- |
| Filing of Consolidated Class Action Complaint | October 4, 2024 |
| Filing of any Motion to Dismiss | November 25, 2024 |
| Filing of Opposition Brief(s) | January 13, 2025 |
| Filing of Reply Brief(s) | February 10, 2025 |

If the foregoing is acceptable to Your Honor, the parties respectfully request that Your Honor "So Order" this correspondence and enter same on the docket.

As always, the parties thank the Court for its continuing attention to this matter.

Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
mfg@njlawfirm.com

*Liaison Counsel for the Class Track*

*/s/ John D. Tortorella*
John Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
jtortorella@khmarino.com

*Liaison Counsel for Defendants*

cc:   Hon. Rukhsanah L. Singh (*via ECF*)
      All counsel of record (*via ECF*)