# Exhibit 4

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case No. 2:23-MD-03080**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO:**

*County of Albany, New York v. Eli Lilly, et al.*, No. 1:22-cv-00981
*King County v. Eli Lilly et al.*, No. 2:23-cv-21178
*Lake County, Illinois v. Eli Lilly, et al.*, No. 2:23-cv-08487

## DECLARATION OF DAVID LIOU

I, **DAVID LIOU**, declare as follows:

1.      I am over 18 years of age, am of sound mind and body, and am otherwise competent to testify. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify to them.

2.      I am the Director of Legal Operations for the OptumRx Legal Team.

3.      I have been the Director of Legal Operations for more than five years. In this role, I am responsible for OptumRx's client contracting operations.

4.      I am familiar with OptumRx's contract management and retention systems.

5.      OptumRx provides pharmacy care services to customers across the United States. Its clients include, but are not limited to, insurers, third party administrators, corporate health plans, managed care organizations, unions, and other benefit plants.

6.      OptumRx competes with other pharmacy benefit managers (PBMs) and payors to attract the business of potential clients and to retain the business of its current clients.

7.      Because the PBM industry is highly competitive, the specific terms of OptumRx's agreements with its clients are kept confidential, even within the company.

8.    Widespread disclosure of the terms of OptumRx's client contracts would give other PBMs and payors that compete with OptumRx a significant and unfair competitive advance in future negotiations.

9.    OptumRx takes significant measures to safeguard this competitively sensitive information, by limiting its distribution, marking it confidential, and seeking to protect it under protective orders and sealed filings whenever it must be submitted to a court.

10.    Attached as Exhibit A to this Declaration are excerpts from OptumRx, Inc.'s Prescription Drug Benefit Administration Agreement with Lake County, Illinois effective January 1, 2018.

11.    Exhibit A contains confidential and commercially sensitive information that would cause competitive harm if publicly disclosed.

12.    Requiring OptumRx to reveal this confidential, competitively sensitive, and proprietary information would have adverse consequences to OptumRx's business and that of its clients.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed: September 17 , 2024

David Liou (Sep 17, 2024 14:35 PDT)
David Liou
Director of Legal Operations,
OptumRx, Inc.