Exhibit 1A



**ALBANY COUNTY LEGISLATURE**
HAROLD L. JOYCE OFFICE BUILDING
112 STATE STREET, ROOM 710
ALBANY, NEW YORK 12207
(518) 447-7168 - FAX (518) 447-5695
WWW.ALBANYCOUNTY.COM

**ANDREW JOYCE**
CHAIRMAN

PAUL T. DEVANE
CLERK

NECOLE M. CHAMBERS
FIRST DEPUTY CLERK

# AGENDA

## PERSONNEL COMMITTEE

### AUGUST 29, 2018

**PREVIOUS BUSINESS:**

APPROVING PREVIOUS MEETING MINUTES

1. <u>LOCAL LAW NO. "F" FOR 2018</u>: A LOCAL LAW OF THE COUNTY OF ALBANY, NEW YORK AMENDING THE ALBANY COUNTY CHARTER TO IMPLEMENT AN ANTI-NEPOTISM POLICY

2. <u>RESOLUTION NO. 231</u>: REQUIRING DEPARTMENT OF HUMAN RESOURCES TO INITIATE A PAY EQUITY STUDY FOR ALL EMPLOYEES OF ALBANY COUNTY TO ENSURE EQUITY AMONG GENDER, RACE, AND ETHNICITY

3. <u>RESOLUTION NO. 283</u>: PROMOTING ALBANY COUNTY EMPLOYMENT AND PROMOTING A DIVERSE WORKFORCE BY REQUIRING DEPARTMENT OF CIVIL SERVICE TO CONDUCT OUTREACH AND TRAINING ABOUT AVAILABLE CIVIL SERVICE JOB OPPORTUNITIES

4. <u>RESOLUTION NO. 335</u>: ADOPTING A POLICY REGARDING THE LEGISLATIVE SUMMER INTERNSHIP PROGRAM

**CURRENT BUSINESS:**

5. <u>RESOLUTION NO. 375</u>: REQUIRING THAT LEGISLATIVE ATTENDANCE RECORDS BE POSTED TO THE COUNTY WEBSITE

6. <u>RESOLUTION NO. 378</u>: REQUIRING THAT BUDGET DETAILS REGARDING CERTAIN POSITIONS BE POSTED TO THE COUNTY WEBSITE

7. <u>RESOLUTION NO. 379:</u> AMENDING THE RULES AND REGULATIONS FOR ALBANY COUNTY EMPLOYEES REGARDING LONGEVITY PAY FOR ELECTED OFFICIALS

8. AUTHORIZING AN AGREEMENT WITH EMPIRE BLUECROSS BLUESHIELD TO ADMINISTER THE ALBANY COUNTY HEALTH PLAN FOR EMPLOYEES AND RETIREES UNDER 65

9. AUTHORIZING AN AGREEMENT WITH EXPRESS SCRIPTS TO ADMINISTER THE ALBANY COUNTY PRESCRIPTION DRUG PLAN FOR EMPLOYEES AND RETIREES UNDER 65

10. AUTHORIZING AN AGREEMENT WITH DELTA DENTAL TO ADMINISTER THE ALBANY COUNTY PLAN FOR NON-UNION EMPLOYEES

11. AUTHORIZING AN AGREEMENT WITH EMPIRE BLUECROSS BLUESHIELD TO ADMINISTER THE MEDICARE ADVANTAGE PLAN FOR MEDICARE ELIGIBLE RETIREES

Honorable Andrew Joyce and Members of the Albany County Legislature:

LADIES AND GENTLEMEN:

The Personnel Committee of the Albany County Legislature met on July 25, 2018. Ms. Lekakis, Messrs. R. Joyce, Ward, Touchette, and Stevens were present. Messrs. Grimm, O'Brien, Mss. McKnight and McLean Lane were excused. The following items were discussed and/or acted upon:

Approving Previous Meeting Minutes: Unanimously approved.

1.  Resolution No. 131: Public Hearing On Proposed Local Law No. "F" For 2018:  After a brief discussion, four members the Committee voted 4-1 to move the proposal forward for legislative action with a favorable recommendation with Mr. Touchette opposed.

2.  Local Law No. "F" For 2018: A Local Law Of The County Of Albany, New York Amending The Albany County Charter To Implement An Anti-Nepotism Policy: Tabled At Request Of Sponsor.

3.  Resolution No. 231: Requiring the Department of Human Resources to Initiate a Pay Equity study for all employees of Albany County to ensure Equity among Gender, Race and Ethnicity: Tabled At Request Of Sponsor.

4.  Resolution No. 238: Promoting Albany County Employment And Promoting A Diverse Workforce By Requiring Department Of Civil Service To Conduct Outreach And Training About Available Civil Service Job Opportunities: Tabled At  Request Of Sponsor.

5.  Resolution No. 335: Adopting A Policy Regarding The Legislative Summer Internship Program:  Tabled At Request Of Sponsor.

6.  Resolution No. 336:  Requesting the County Executive to Conduct a Feasibility Study Regarding The Impact Of Paying All County Employees At A minimum Rate Of $15 Per Hour:  After a brief discussion, the Committee voted unanimously to move the proposal forward for legislative action with a favorable recommendation.

Respectfully Submitted,

THE PERSONNEL COMMITTEE

MARK E. GRIMM, Chairperson            LUCILLE M. McKNIGHT
SEAN E. WARD                          LYNNE LEKAKIS
RICHARD N. TOUCHETTE                  JOSEPH E. O'BRIEN
RAYMOND F. JOYCE                      TRAVIS D. STEVENS
ALISON MCLEAN LANE



LOCAL LAW "F" FOR 2018

A LOCAL LAW OF THE COUNTY OF ALBANY, NEW YORK AMENDING LOCAL LAW NO. 8 FOR 2011 AS SUBSEQUENTLY AMENDED TO IMPLEMENT AN ANTI-NEPOTISM POLICY

Introduced: 3/12/18
By: Mr. Drake

BE IT ENACTED by the County Legislature of the County of Albany as follows:

Local Law No. 8 for 2011 is amended as follows:

**Section 1. Section 5 of Local Law No. 8 for 2011, entitled "Code of Ethics for County Officers and Employees" is amended to read as follows:**

**10. Nepotism.**

(a) Notwithstanding the exceptions in article (b) of this subsection, Relatives of elected County officials are prohibited from being hired or appointed for any paid position that qualifies as a Policy Making Official or High-Ranking County Position, or for any position indicated in Appendix A. Nothing in this section shall be construed to prevent the appointment of Relatives of elected County officials who voluntarily serve on County boards, commissions, and advisory councils with no compensation.

(b) Should a supervisory official seek to hire an individual who is barred from County employment per article (a) of this subsection, the following criteria must be met first:

(i) The supervisory official shall request an advisory opinion per this local law regarding employment of said individual from the Ethics Commission.

(ii) The Ethics Commission shall issue an opinion and recommended course of action and forward it to the personnel committee of the Legislature. The opinion should include, but not be limited to, potential conflicts of interest and appearances of impropriety. The Ethics Commission may inquire about the other candidates for the position in question and require that said candidates' resumes be provided.

(iii) Only after the Ethics Commission has issued its opinion shall said individual appear before the personnel committee of the County Legislature to be questioned regarding background, education, experience, work history, or any other inquiry deemed relevant by a member of the Legislature.

(iv) The personnel committee of the County Legislature may at their discretion then choose to refer said appointment to the whole Legislature for a vote if, and only if, the Ethics Commission has rendered a positive opinion of said appointment. The final vote by the full Legislature shall be taken by long roll call with a simple majority of legislators in the body necessary for passage.

The former subsection "10" in Section 5 shall be re-designated as subsection "11", and all subsequent subsections shall be re-numbered accordingly.

### Section 2. Applicability and Effective Date

This local law shall not apply retroactively. Individuals who were hired by the County of Albany on or before the effective date of this local law shall not be impacted.

Pursuant to Sections 23 and 33 of the Municipal Home Rule Law, this local law, which curtails the powers of Albany County elective officers and amends the Albany County Charter, shall be subject to a mandatory referendum. This local law shall not become operative unless and until this local law is approved by the duly qualified voters of Albany County in the manner prescribed by law at a general or special election occurring not less than sixty days after the adoption of this local law.



## RESOLUTION NO. 231

## REQUIRING DEPARTMENT OF HUMAN RESOURCES TO INITIATE A PAY EQUITY STUDY FOR ALL EMPLOYEES OF ALBANY COUNTY TO ENSURE EQUITY AMONG GENDER, RACE, AND ETHNICITY

Introduced: 5/14/18
By Messrs. Fein, A. Joyce, Ms. Cunningham, Messrs. Higgins and Signoracci:

WHEREAS, The Albany County Legislature unanimously passed Local Law P for 2016 on October 10, 2017, a Local Law aimed at closing the wage gap between women and men, and

WHEREAS, In passing Local Law P for 2016, the Albany County Legislature recognized the importance of all people being paid to their ability, regardless of gender, race, or ethnicity, and

WHEREAS, The Albany County Legislature strongly believes that all people should be treated equally regardless of gender, race, ethnicity, national origin, religion, sexual orientation, and

WHEREAS, The Albany County Legislature believes in leading by example and ensuring that we are paying our employees in an equitable manner, now, therefore be it

RESOLVED, By the Albany County Legislature that the Department of Human Resources is requested to conduct a study or seek proposals from outside agencies to analyze the salaries of all employees of Albany County and determine whether each employee is being paid equitably in relation to employees of other genders, races, and ethnicities, and, be it further

RESOLVED, That at the conclusion of the study, a final report shall be presented to the Albany County Legislature that includes suggestions on specific recommended salary adjustments that the Albany County Legislature shall consider enacting through resolution, and, be it further

RESOLVED, That the Clerk of the County Legislature is directed to forward certified copies of this resolution to the appropriate County Officials.

*Referred to Personnel Committee – 5/14/18*



## RESOLUTION NO. 283

## PROMOTING ALBANY COUNTY EMPLOYMENT AND PROMOTING A DIVERSE WORKFORCE BY REQUIRING DEPARTMENT OF CIVIL SERVICE TO CONDUCT OUTREACH AND TRAINING ABOUT AVAILABLE CIVIL SERVICE JOB OPPORTUNITIES

Introduced: 6/11/18
By Mr. Fein:

WHEREAS, The Albany County Legislature finds that it is in the best interest of the County to attract the most qualified candidates for employment with the County and to have a diverse and highly skilled workforce, and

WHEREAS, The Albany County Legislature finds that it is in the best interest of the County to promote opportunities with the County to a geographically, racially, and culturally diverse groups of potential applicants, and

WHEREAS, According to the 2010 census, 21.8% of the population of Albany County is nonwhite and according to the 3rd Quarter 2017 Albany County EEO Report, 18.31% of the employees of Albany County are nonwhite, and

WHEREAS, Employment with local and state government have traditionally been a path to the middle class for many families, and

WHEREAS, The Albany County Legislature recognizes that County has made progress in diversifying its workforce and expanding opportunities to traditionally underrepresented groups, as 33.06% of new hires in the 3rd Quarter 2017 were nonwhite and 32.20% of new hires in the 2nd Quarter 2017 were nonwhite, and

WHEREAS, The Albany County Legislature recognizes that the County should strive to improve upon past progress and ensure that it is actively recruiting individuals that have traditionally been underrepresented in the government workforce, and

WHEREAS, The Albany County Legislature believes that it would benefit the County to implement a focused recruitment effort to all communities, and especially to communities that have been traditionally underrepresented in the County workforce, therefore be it

RESOLVED, By the Albany County Legislature that the Department of Civil Service is required hold a minimum of five (5) employment opportunity outreach

events each year, of which three must be located in U.S. Census Tracts in which 50% of the residents are nonwhite, and, be it further

RESOLVED, By the Albany County Legislature that the Department of Civil Service is encouraged to invite and coordinate with the Department of Human Resources, Division of Affirmative Action, and other County Departments when holding employment opportunity outreach events, and, be it further

RESOLVED, By the Albany County Legislature that the Department of Civil Service is required to host a minimum of three (3) free civil service training courses each year, of which two (2) must be located in U.S. Census Tracts in which 50% of the residents are nonwhite, and, be it further

RESOLVED, By the Albany County Legislature that the Department of Civil Service is encouraged to partner with educational institutions and organizations to assist with implementing the civil service training courses, and, be it further

RESOLVED, By the Albany County Legislature that the Department of Civil Service is encouraged to partner with the New York State Department of Civil Service and human resources and civil service departments in municipalities within the County when planning civil service employment opportunity outreach events and civil service training courses, and, be it further

RESOLVED, By the Albany County Legislature that the Department of Civil Service is required to advertise and conduct outreach for all employment opportunity outreach events and civil service training courses on the Albany County website, on social media, and by notifying all County Legislators by email about the events and courses more than ten (10) days in advance of the outreach events and training courses, and, be it further

RESOLVED, By the Albany County Legislature that the Department of Civil Service is required to create a mechanism on the Albany County website for organizations and individuals to sign up for its distribution list where it sends information on employment opportunities and civil service test announcements, and, be it further

RESOLVED, That the Clerk of the County Legislature is directed to forward certified copies of this resolution to the appropriate County Officials.

*Referred to Personnel Committee – 6/11/18*



## RESOLUTION NO. 335

## ADOPTING A POLICY REGARDING THE LEGISLATIVE SUMMER INTERNSHIP PROGRAM

> Introduced: 7/9/18
> By Mr. Ethier:

WHEREAS, The Albany County Legislature has established a legislative summer internship program for the County of Albany in order to provide opportunities for individuals interested in the various operations of local government, and

WHEREAS, Individuals selected for the summer internship program are placed, in cooperation with the County Executive's Office, the District Attorney's Office, the Comptroller's Office, and the Clerk's Office among others, in such offices and departments that best suit their interested and skills, and

WHEREAS, In order to ensure that individuals representing communities in all of the legislative districts are fairly and equally represented, a policy is warranted detailing how the selection of such individuals for this program shall be selected, now, therefore, be it

RESOLVED, By the Albany County Legislature that when determining the number of internships available, that a minimum of at least one position shall be allotted for a qualifying applicant from each of the Legislative districts, and, be it further

RESOLVED, That in the event that there are no qualifying applications from interested individuals living in a legislative district, the Legislator representing such district may direct that such position be designated to another district of their choosing, and, be it further,

RESOLVED, That no such transfer of an allotted internship shall prohibit the placement of a qualified applicant from that legislative district if such applicant becomes known and if there are otherwise excess vacant slots available, and be it further,

RESOLVED, That the Clerk of the County Legislature is directed to forward certified copies of this resolution to the appropriate County Officials.

*Referred to Personnel Committee – 7/9/18*

**5**

## RESOLUTION NO. 375

## REQUIRING THAT LEGISLATIVE ATTENDANCE RECORDS BE POSTED TO THE COUNTY WEBSITE

Introduced: 8/13/18
By Mr. Signoracci:

WHEREAS, The membership of the Albany County Legislature convene throughout the year in order to adopt business and attend public hearings and public forums on various proposals, Local Laws or other such issues raised by the members of the public, and

WHEREAS, Attendance is taken at such meetings and gatherings by the Clerk of the Legislature pursuant to the Legislative Rules of Order, and

WHEREAS, In is in the public interest that the attendance of legislators at such meetings, hearings and forums be provided to the public for their inspection, now, therefore, be it

RESOLVED, By the Albany County Legislature, that the Clerk of the Legislature shall take such steps necessary to post to the County website the attendance records of any such legislative meeting, public hearing or public forum for which the taking of attendance is required pursuant to the Legislative Rules of Order, and, be it further

RESOLVED, That the Clerk of the County Legislature is directed to forward certified copies of this resolution to the appropriate County Officials.

*Referred to Personnel Committee – 8/13/18*



## RESOLUTION NO. 378

## REQUIRING THAT BUDGET DETAILS REGARDING CERTAIN POSITIONS BE POSTED TO THE COUNTY WEBSITE

Introduced: 8/13/18
By Messrs. Ethier and Signoracci:

WHEREAS, Pursuant to Section 209 of the Albany County Charter, the County Legislature has the authority to confirm or reject appointments made by the County Executive to various posts throughout the county, and

WHEREAS, These individuals are appointed to such positions at salaries not to exceed those set forth in the Adopted Budget, and

WHEREAS, It is in the best interest of the people of Albany County that when such individuals are before the Legislature for confirmation, that such salary information be openly disclosed in the text of any resolutions related to said confirmations as well as be easily accessible on the county website, now, therefore, be it

RESOLVED, By the Albany County Legislature, that prior to the confirmation of any proposed individual put forward for such position, the Clerk of the Albany County Legislature shall post to the county website the salary information designated for such position, and shall post to the county website any resolution related to said confirmation with the relevant salary contained therein ,and, be it further

RESOLVED, That the Clerk of the County Legislature is directed to forward certified copies of this resolution to the appropriate County Officials.



RESOLUTION NO. 379

## AMENDING THE RULES AND REGULATIONS FOR ALBANY COUNTY EMPLOYEES REGARDING LONGEVITY PAY FOR ELECTED OFFICIALS

Introduced: 8/13/18
By: Messrs. Grimm and Drake

WHEREAS, This Honorable Body has previously adopted employee rules and regulations which are applicable to all non-union employees of Albany County, and

WHEREAS, Article 9 of the State Constitution vests this Honorable Body with the power to determine the compensation of the county's officers and employees, and

WHEREAS, Elected officials have confidence placed in them by the public to perform their duties within a fixed term and under a fixed salary, and

WHEREAS, Many elected official positions throughout the country have term limits further emphasizing the importance of performance, not length of service, for publicly elected officials, and

WHEREAS, Current budget practices make determining the level of longevity pay for individuals severely difficult due to the grouping of such payments into a singular budgetary line within a department thus hindering the public's ability to determine their duly elected officials full compensation, and

WHEREAS, It is in the best interests of full transparency, accountability, and fairness to eliminate longevity pay for elected officials so that their compensation truly is what is set by budget or law, and is what is presented to the public, now, therefore be it

RESOLVED, By the Albany County Legislature that the County Employee Rules and Regulations is amended to reflect an amendment to Article IV Section H to preclude elected officials from receiving longevity pay in addition to their regular salary, and, be it further

RESOLVED, That the Commissioner of the Department of Human Resources is authorized and directed to implement this policy as soon as permissible, and, be it further

RESOLVED, That pursuant to New York State County Law Section 201, this resolution shall not take effect until the conclusion of the current term of office for each affected elected official as nothing in this resolution shall be construed to allow

the diminishing of any elected official's salary during his or her term of office, now, therefore be it further,

RESOLVED, That the Clerk of the County Legislature is directed to forward certified copies of this resolution to the appropriate County Officials.

*Referred to Law and Personnel Committees – 8/13/18*