# Exhibit 23

**AMENDMENT TO**
**EXPRESS SCRIPTS, INC.**
**PHARMACY BENEFIT MANAGEMENT AGREEMENT**

This AMENDMENT (the "Amendment") is effective as of October 1, 2022, and is entered into by and between Express Scripts, Inc. ("ESI"), and County of Albany ("Sponsor").

**RECITALS**

A.  ESI and Sponsor are parties to a Pharmacy Benefit Management Agreement dated as of February 1, 2019, as amended from time to time (the "Agreement"), pursuant to which ESI provides certain prescription drug benefit management services to Sponsor.

B.  Sponsor and ESI desire to update and amend the Agreement in accordance with the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the premises and other conditions contained herein, the parties hereto hereby agree as follows:

**TERMS OF AMENDMENT**

1. Definitions. For purposes of this Amendment, any capitalized term not otherwise defined herein shall have the meaning set forth in the Agreement.

2. Term, Billing, Payment, and Miscellaneous Pricing Terms. Exhibit A-1 of the Agreement is hereby deleted in its entirety, and Exhibit A-1 hereto shall be substituted therefor.

3. Claims Reimbursement Rates. Exhibit A-2 of the Agreement is hereby deleted in its entirety, and Exhibit A-2 hereto shall be substituted therefor.

4. Rebates. Exhibit A-3 of the Agreement is hereby deleted in its entirety, and Exhibit A-3 hereto shall be substituted therefor.

5. Administrative Services and Clinical Program Fees. Exhibit A-4 of the Agreement is hereby deleted in its entirety, and Exhibit A-4 hereto shall be substituted therefor.

6. Inflation Protection Program. Exhibit A-5 of the Agreement is hereby deleted in its entirety, and Exhibit A-5 hereto shall be substituted therefor.

7. Extension. The term of the Agreement is extended until December 31, 2025 ("Renewal Term"), subject to extension thereafter as provided therein.

8. Effect of Amendment. Except as expressly provided herein, the terms and conditions of the Agreement shall remain in full force and effect. In the event of a conflict between this Amendment and the Agreement, the terms of this Amendment shall prevail.

IN WITNESS WHEREOF, the undersigned have executed this Pharmacy Benefit Management Agreement as of the day and year below set forth.

| EXPRESS SCRIPTS, INC. | COUNTY OF ALBANY |
|---|---|
| By: *Grace Allen* (DocuSigned by: B0AE8A83027940E) | By: *[signature]* |
| Printed Name: Grace Allen | Printed Name: Daniel␣Lynch |
| Title: VP Account Management | Title: Deputy County Executive |
| Date: 01/24/2023 \| 8:29 AM CST | Date: 1/19/2023 |

00003877.2 v3

# EXHIBIT A

## PRICING TERMS AND PHARMACY PROGRAM FEES

### Exhibit A-1
Billing, Payment, and Miscellaneous Pricing Terms

### Exhibit A-2
Claims Reimbursement Rates

### Exhibit A-3
Rebates

### Exhibit A-4
Administrative Services and Clinical Program Fees

### Exhibit A-5
Inflation Protection Program