UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

THIS DOCUMENT RELATES TO:   ALL CASES

## NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS

Plaintiffs, by and through the undersigned co-lead counsel of record, hereby give notice of their intent to serve on Compass Lexecon a Subpoena to Produce Documents, a copy of which is attached hereto as Exhibit 1.

Respectfully submitted, this the 4th day of October, 2024.

By:   *s/ Joanne Cicala*
Joanne Cicala
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
joanne@cicalapllc.com

Walter G. Watkins, III
**Forman Watkins & Krutz LLP**
210 E. Capitol Street, Suite 2200
Jackson, MS 39201-2375
Tel: (601) 960-8600
trey.watkins@formanwatkins.com

W. Lawrence Deas
**Liston & Deas, PLLC**
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
Tel: (601) 981-1636
lawrence@listondeas.com

Troy A. Rafferty
**Levin Papantonio Thomas Mitchell Rafferty and Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7043
trafferty@levinlaw.com

Russell W. Budd
**Baron & Budd PC**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281
Tel: (214) 521-3605
rbudd@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joanne Cicala*
Joanne Cicala