## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record by electronic mail.

Dated: October 4, 2024

                           _____
                             JOHN D. TORTORELLA