# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
—————
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

October 4, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

  Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
    MDL No. 3080 | Bi-weekly Update and CMC Agenda

Dear Judge Martinotti:

  We write on behalf of the parties regarding the Case Management Conference scheduled for Tuesday, October 8, 2024, and to provide a bi-weekly update.

  On Monday, the parties will submit a proposed Plaintiff Fact Sheet in the Self-Funded Payer Track along with a proposed case management order implementing that Plaintiff Fact Sheet. The parties also continue to meet and confer in the State AG Track regarding the Plaintiff Fact Sheet for that track. While Plaintiffs and Defendants continue to narrow the issues, the parties in that track anticipate having to submit competing proposed Plaintiff Fact Sheets along with position statements on October 11, as indicated in the September 29 joint submission to the Court. Master discovery across all three MDL Tracks will commence following entry by the Court of a CMO governing such discovery [see ECF Nos. 269, 270].

  Otherwise, the parties have conferred and do not have any agenda items for the Court to address.

  Unless the Court would like to discuss these or any other issues with the parties in person, we respectfully suggest that this month's conference be adjourned.

  Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ Matthew F. Gately*          */s/ Joanne Cicala*
Matthew F. Gately            Joanne Cicala
*Liaison Counsel for*           *Liaison Counsel for*
*Class Action Track*           *The State Attorneys General Track*

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
October 4, 2024—Page 2

*/s/ David R. Buchanan*  /s/ *John D. Tortorella*
David R. Buchanan  John D. Tortorella
*Liaison Counsel for*
*Self-Funded Payer Track*

cc:   All counsel of record

The Case Management Conference set for 10/08/2024 is CANCELLED.
SO ORDERED.

*s/ Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: Oct. 4, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record by electronic mail.

Dated: October 4, 2024

                                                    JOHN D. TORTORELLA