

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

October 7, 2024

**VIA ECF & EMAIL**
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **In re: Insulin Pricing Litigation**
               **No. 2:23-md-03080-BRM-RLS**
               **Self-Funded Payer Track**
               **Plaintiff Fact Sheets and Implementation Order**

Dear Judge Singh:

      On September 26, 2024, the Court issued its order resolving disputes between Self-Funded Payer Track ("SFP") Plaintiffs and Defendants regarding the SFP Plaintiff Fact Sheet. (ECF No. 291.) The Court directed the parties to submit a proposed SFP Plaintiff Fact Sheet and Implementation Order by October 7, 2024. *Id.* at 13. The parties exchanged proposed drafts of both documents and held a meet and confer regarding remaining areas of disagreement and identifying potential for compromise.

      In light of this productive meet and confer, the parties jointly request a one-week extension of the deadline to submit the SFP Plaintiff Fact Sheet and Implementation Order, moving the deadline to Monday, October 14, 2024. The parties intend to use this additional week to continue resolving areas of dispute.

      We thank the Court for its continued attention to this matter. Should this request be acceptable to Your Honor, the parties respectfully ask that this letter be "So Ordered" and entered on the docket.

Respectfully submitted,

*Melissa A. Geist*

Melissa A. Geist

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON