**ReedSmith**
Driving progress
through partnership

Melissa A. Geist
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

September 30, 2024

**Via ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS (MDL No. 3080)
      **Parties' Submission on the Status of State AG Track Plaintiff Fact Sheets**

Dear Judge Singh:

In accordance with Your Honor's September 6, 2024 Order (ECF No. 278), the parties submit this update regarding the State AG Track Plaintiff Fact Sheets (PFS).

The parties have exchanged initial State AG Track PFS proposals. On September 24, 2024, the parties met and conferred to discuss the substance of those initial proposals, identifying areas of preliminary agreement and disagreement. During this meeting, it was agreed that Plaintiffs would circulate edits to Defendants' proposed PFS. On September 25, Plaintiffs sent their edits. The following day, the Court issued its Order Regarding Fact Sheets for the Self-Funded Payer Track (ECF No. 291). This order addresses a number of the issues currently under discussion by the parties as to the State AG Track PFS proposals, and the parties are reviewing it to inform their continued negotiations.

The parties are scheduled to meet and confer again this week regarding the State AG Track PFS.

The parties jointly request leave to submit to the Court by October 11, 2024, either (i) a jointly proposed State AG Track PFS, or (ii) competing PFS proposals and position statements regarding any remaining disputed questions for the State AG Track PFS.

We thank the Court for its continued attention to this matter. Should this request be acceptable to Your Honor, the parties respectfully ask that this letter be "So Ordered" and entered on the docket.

Respectfully submitted,

*Melissa A. Geist*

Melissa A. Geist

The above request is hereby GRANTED for good cause shown.

So Ordered this ___1st___ day of ___October___, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware