# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of New Jersey**

**In Re: Insulin Pricing Litigation**

        Plaintiff(s),

vs.

**Eli Lilly & Co., et al.**

        Defendant(s).

Attorney: Joanne Cicala
The Cicala Law Firm
101 College St.
Dripping Springs, TX 78620



*324270*

**Case Number: 2:23-md-03080 (BRM)(RLS)**

Legal documents received by Same Day Process Service, Inc. on **10/04/2024** at **6:11 PM** to be served upon **Compass Lexecon, by serving The Corporation Trust, Inc. at 2405 York Road, Suite 201, Lutherville Timonium, MD 21093**

I, **Rodney Getlan**, swear and affirm that on **October 07, 2024** at **10:07 AM**, I did the following:

Served **Compass Lexecon, by serving The Corporation Trust, Inc.** by delivering a conformed copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Exhibit A to Subpoena to Produce Documents; Case Management Order; Exhibits 1 and 2; Stipulated Confidentiality Order** to **Rebecca Gott** as Intake Specialist & Authorized Agent of Compass Lexecon, by serving The Corporation Trust, Inc. at 2405 York Road, Suite 201, Lutherville Timonium, MD 21093.

**Description of Person Accepting Service:**
Sex: Female Age: 36 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Light Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rodney Getlan**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:324270

