

Park 80 West-Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

October 11, 2024

**VIA ECF**
Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

Re:   *In re Insulin Pricing Litigation*
      Case No. 2:23-md-3080 (BRM/RLS)

Dear Ms. Rhoads:

On October 4, 2024, the Class Track in the above-captioned MDL filed an amended consolidated class action complaint. *See* ECF No. 302. In that pleading, the Class Track named the following entities as new defendants:

- Zinc Health Services, LLC
- Ascent Health Services LLC
- Emisar Pharma Services LLC

The Class Track hereby requests the issuance of summonses for these entities.

Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue

                                        Saddle Brook, NJ 07663
                                        Tel.: (201) 845-9600
                                        mfg@njlawfirm.com

cc:    Hon. Rukhsanah L. Singh (*via ECF*)
       All counsel of record (*via ECF*)