

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

October 14, 2024

**Via ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:    *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS (MDL No. 3080)
        **Self-Funded Payer Track Plaintiff Fact Sheets and Implementation Order**

Dear Judge Singh:

Per Your Honor's September 26, 2024 (ECF No. 291) and October 7, 2024 (ECF No. 306) Orders, the parties have attached their agreed upon Plaintiff Fact Sheet ("PFS") for the Self-Funded Payer plaintiffs and their proposed Case Management Order regarding the implementation of PFS in the Self-Funded Payer track. The parties note that additional discovery protocols unrelated to the Self-Funded Payer PFS process were previously submitted to the Court in their position statements (ECF Nos. 269, 270) and remain ripe for adjudication.

We thank the Court for its continued attention to this matter. Should this submission be acceptable to Your Honor, the parties respectfully ask that the Case Management Order be entered on the docket.

Respectfully submitted,

*Melissa A. Geist*

Melissa A. Geist

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware