

October 10, 2024

**VIA ECF**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    Unopposed request for extension of time for State AG Plaintiff Fact Sheet Proposals, *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS MDL No. 3080

Dear Judge Singh:

On October 1, 2024, the Court granted the parties' request for an extension of time to submit, by October 11, 2024, either (i) a jointly proposed State Attorneys General Track ("AG") plaintiff fact sheet, or (ii) competing fact sheet proposals and position statements regarding any remaining disputed questions. ECF No. 305.

Since October 1, the parties have continued to meet and confer in an attempt to narrow the issues. The State AG plaintiffs respectfully request a one-week extension of the deadline to submit a joint State AG plaintiff fact sheet proposal or competing proposals with position statements, moving the deadline to Friday, October 18, 2024. Defendants do not oppose this request.

We thank the Court for its continued attention to this matter. Should this request be acceptable to Your Honor, the parties respectfully ask that this letter be "So Ordered" and entered on the docket.

For good cause shown, the above request is hereby GRANTED.

SO ORDERED this 11th day of October 2024.

RUKHSANAH L. SINGH, U.S.M.J.

Sincerely,

Joanne M. Cicala

cc: All Counsel of Record (via ECF)

tel 512.275.6550 | fax 512.858.1801 | CicalaPLLC.com