# Exhibit 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS) <br> MDL No. 3080 |

This Document Relates to:

The State of Louisiana

### PLAINTIFF STATE OF LOUISIANA'S AMENDED INITIAL DISCLOSURES PURSUANT FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff State of Louisiana ("the State") discloses the following information required by Fed. R. Civ. Proc. 26(a)(1).

### Reservation of Rights and Objections

By making these disclosures, the State does not represent that it identified every document or witness that it will use to prove the claims at issue in this lawsuit. Rather, this disclosure represents a good faith effort to identify information that it reasonably believes at this time that it may use to support its claims or defenses, as required by Rule 26(a)(1). As of the date of these disclosures, the State has not had sufficient opportunity to identify and review all documents and otherwise collect all information that may be pertinent to the subject matter of this proceeding. It continues its investigation into the claims herein and makes these disclosures based solely on information identified by it to date. Thus, the State reserves its right to supplement and amend these disclosures pursuant to Fed. R. Civ. Proc. 26(e).

The State does not waive its rights to object to production of any document or tangible thing disclosed herein on the basis of privilege, the work product doctrine, relevance, undue burden, or any other valid objection. Nor does it waive its right to object to any discovery request

1

or demand. The State further reserves any and all objections to the discovery, use, or admissibility of any information disclosed below.

**A. Fed. R. Civ. Proc. 26(a)(1)(A)(i): Individuals Now Known to be Likely to Have Discoverable Information that the State May Use to Support Its Claims or Defenses, Unless Solely for Impeachment:**

The State adopts and incorporates by reference the information disclosed and served by the parties in this MDL proceeding.

In addition, the following individuals and entities may have information which the State may use to support its claims:

| NAME & TITLE | CONTACT INFORMATION | SUBJECT AREA |
|---|---|---|
| Current employee(s) of the Louisiana Department of Health | Through undersigned counsel | State Medicaid |
| Susan Fontenot, Louisiana Department of Health, Pharmacist | Through undersigned counsel | State Medicaid |
| Mitzi Hochheiser, Louisiana Department of Health, Medicaid Deputy Director, Digital Services, Data and Systems | Through undersigned counsel | State Medicaid |
| Teresa Bravo, Louisiana Department of Health, Medicaid Program Manager | Through undersigned counsel | State Medicaid |
| Current employee(s) of the Office of Group Benefits | Through undersigned counsel. | State employee benefits |
| Cara DeLee, Group Benefits Administrator and Director, Office of Group Benefits | Through undersigned counsel | State employee benefits |
| Kristen Hardy, Group Benefits Analyst, Manager and Director | Through undersigned counsel | State employee benefits |
| Demetrice Johnson, Group Benefits Manager and Analyst | Through undersigned counsel | State employee benefits |

| | | |
|---|---|---|
| Sam Blount, Contracts Monitor, Group Benefits Administrator | Through undersigned counsel | State employee benefits |
| Current and former employees of Sanofi-Aventis U.S., LLC | Should be contacted through appropriate counsel | Insulin pricing and PBM formulary placement |
| Current and former employees of Novo Nordisk, Inc. | Should be contacted through appropriate counsel | Insulin pricing and PBM formulary placement |
| Current and former employees of CaremarkPCS Health, LLC | Should be contacted through appropriate counsel | Insulin pricing and PBM formulary placement |
| Current and former employees of Express Scripts Administrators, LLC d/b/a Express Scripts | Should be contacted through appropriate counsel | Insulin pricing and PBM formulary placement |
| Current and former employees of CVS Health Corp | Should be contacted through appropriate counsel | Insulin pricing and PBM formulary placement |
| Current and former employees of OptumRX, Inc. | Should be contacted through appropriate counsel | Insulin pricing and PBM formulary placement |
| Current and former employees of Eli Lilly and Co. | Should be contacted through appropriate counsel | Insulin pricing and PBM formulary placement |
| Any person disclosed by Sanofi-Aventis U.S., LLC | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any person disclosed by Novo Nordisk, Inc | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any person disclosed by CaremarkPCS Health, LLC | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any person disclosed by Express Scripts Administrators, LLC d/b/a Express Scripts | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any person disclosed by CVS Health Corp | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any person disclosed by OptumRX, Inc. | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any person disclosed by Eli Lilly and Co. | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any person disclosed by any other party to the MDL | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |
| Any expert witnesses who may be disclosed by any party | Should be contacted through appropriate counsel | Such subject area(s) as are appropriate |

**B. Fed. R. Civ. Proc. 26(a)(1)(A)(ii): A Description of Documents, Electronically Stored Information, and Tangible Things in the Possession, Custody, or Control of the State Which May be Used to Support Claims or Defenses**

The State adopts and incorporates by reference the information disclosed and served by parties in this MDL proceeding.

The State discloses that it possesses documents and other information produced by Defendant(s) and others in state pre-suit discovery and will use such information to prove its claims.

Furthermore, the State intends to rely on publicly available information, including but not limited to information obtained from Congressional inquiries into insulin pricing, news reports, press releases, and other disclosures regarding insulin pricing.

**C. Fed. R. Civ. Proc. 26(a)(1)(A)(iii): Computation of Damages**

The State seeks damages, civil penalties, disgorgement, attorneys' fees, and costs. At this stage of the case, it is impossible to compute an appropriate damages, penalties, or disgorgement amount. The State anticipates that such damages will be computed with econometric and other accepted tools of economic analysis used by experts. This will require expert testimony and will be addressed in connection with expert disclosures at the time provided in the Scheduling Order.

**D. Fed. R. Civ. Proc. 26(a)(1)(A)(iv): Insurance Agreements**

Not applicable.

Dated: October 7, 2024

                                              **ELIZABETH B. MURRILL**
                                              **ATTORNEY GENERAL FOR**
                                              **THE STATE OF LOUISIANA**

                                              */s/ John Alden Meade*
                                              **LOUISIANA DEPARTMENT OF JUSTICE**
                                              Nicholas J. Diez (No. 31701)
                                              Matthew P. Stafford, Jr. (No. 32706)

Medicaid Fraud Control Unit
Public Protection Division
1885 North 3rd Street, 4th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6400
Facsimile: (225) 326-6499
diezn@ag.louisiana.gov
staffordm@ag.louisiana.gov

**SALIM-BEASLEY LLC**
Robert L. Salim (No. 11663)
1901 Texas Street
Natchitoches, Louisiana 71457
Telephone: (318) 352-5999
Facsimile: (318) 352-5998
skeeter@salim-beasley.com

**MEADE YOUNG LLC**
John Alden Meade (No. 29975)
400 Poydras St., Suite 1680
New Orleans, Louisiana 70130
Telephone: (504) 382-6283
Facsimile: (504) 717-2846
jam@meadeyoung.com
*Attorneys for the State of Louisiana*

## CERTIFICATE OF SERVICE

I certify that I am admitted *pro hac vice* to this Court and am an attorney licensed in the State of Louisiana, and that on this date I caused a copy of this document to be served on the counsel of record in the above captioned matter via electronic mail.

*/s/ John Alden Meade*
John Alden Meade

October 7, 2024