**SEEGERWEISS** LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

DAVID R. BUCHANAN
973.639.9100
dbuchanan@seegerweiss.com

October 18, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re:    *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS
             MDL No. 3080

Dear Judge Martinotti:

    Pursuant to CMO #5, the parties provide the following status update for the weeks of October 7 and 14:

    1. **Self-Funded Payer Track:** The parties met and conferred to incorporate Judge Singh's rulings in her Order Regarding Fact Sheets [ECF No. 291] and negotiated a corresponding Plaintiff Fact Sheet Implementation Order, both of which were submitted to the Court earlier this week [ECF No. 311]. Judge Singh entered the Plaintiff Fact Sheet Implementation Order on October 16, 2024 [ECF No. 315].

    2. **State Attorney General Track:** The State AGs and Defendants are each today submitting their respective Position Statements on the Plaintiff Fact Sheet.

    3. **Class Action Track:** Plaintiffs filed their Consolidated Amended Complaint on October 4, 2024 [ECF No. 302]. On September 27, 2024, the Court entered a Text Order to govern briefing on Defendants' forthcoming motions to dismiss [ECF No. 292].

    We thank the Court for its continuing attention to this matter.

                            Respectfully submitted,

*s/ Joanne Cicala*                        *s/ David R. Buchanan*
Joanne Cicala                            David R. Buchanan
*Liaison Counsel for*                  *Liaison Counsel for*
*State Attorney General Track*     *Self-Funded Payer Track*

Honorable Brian R. Martinotti, U.S.D.J.
October 18, 2024
Page 2

| | |
|---|---|
| *s/ Matthew Gately* | */s/ John D. Tortorella* |
| Matthew Gately | John D. Tortorella |
| *Liaison Counsel for* | |
| *Class Action Track* | |

cc:   Honorable Rukhsanah L. Singh, U.S.M.J. (via ECF)
      Counsel of Record (via ECF)