# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

## NOTICE OF WITHDRAWAL

Joseph P. Guglielmo of Scott+Scott Attorneys at Law LLP hereby submits this notice of withdrawal as counsel and request to be terminated from receiving further notices of electronic filings generated by the CM/ECF system for the following reasons:

1. Mr. Guglielmo was counsel for Plaintiffs *Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund v. Eli Lilly and Company, et al.* which was filed in the United States District Court for the District of New Jersey as Case No. 2:23-cv-22305-BRM.

2. The action was transferred to this Court as part of MDL No. 3080.

3. A voluntary dismissal was filed on June 28, 2024 and the action was subsequently dismissed by this Court on July 2, 2024.

Wherefore, Joseph P. Guglielmo of Scott+Scott Attorneys at Law LLP requests that this Court enter an order allowing them to withdraw as counsel

1

of record and terminate them from receiving further notice of electronic filings generated by the CM/ECF system.

Dated: November 4, 2024

Respectfully submitted,

s/*James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, BRODY &AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Phone: (973) 422-5591
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Joseph P. Guglielmo (*pro hac vice*)
Donald A. Broggi (*pro hac vice*)
Joseph G. Cleemann
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 24th Floor
New York, NY 10169
Phone: (212) 223-4478
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
jcleeman@scott-scott.com

Lyndsey K. Bates (*pro hac vice*)
**ASHER KELLY ATTORNEYS AT LAW**
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Phone: (248) 746-2753
lbates@asherkellylaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system

Dated: November 4, 2024     *s/James E. Cecchi*
                 James E. Cecchi