**ReedSmith**
Driving progress through partnership

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

November 7, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
      MDL No. 3080

Dear Judge Martinotti:

  In accordance with Paragraph 4(b) of MDL Case Management Order #1, we write on behalf of all parties to provide the following updates in advance of the case-management conference scheduled for 11:00 a.m. on Tuesday, November 12, 2024:

> **Jointly Raised**
>
> **Plaintiff Fact Sheets in State Attorney General Track:** On October 18, 2024, the parties filed written submissions with Magistrate Judge Singh in support of their respective positions regarding plaintiff fact sheets for the State Attorney General track. The parties welcome the Court and Judge Singh's guidance as to whether to repurpose the currently scheduled conference to argue those submissions, set a different date for argument on the submissions, or if the submissions will be decided on the papers.
>
> **Contested**
>
> **Amendment of Self-Funded Payer Track Complaints:**
>
> **Plaintiffs' Position:** Forthcoming complaints filed by plaintiffs in the Self-Funded Payer Track will be including certain PBM-affiliated rebate aggregating entities that negotiate drug rebates on behalf of the PBM Defendants.[1] Plaintiffs are willing to

---

[1] The Class Action Track's Amended Consolidated Class Action Complaint filed on October 4, 2024, named the rebate aggregators as defendants [ECF No. 302].

meet and confer with Defendants as to the process to amend earlier-filed complaints and would welcome the Court's guidance in this regard during Tuesday's conference.

**Defendants' Position:** Earlier today, Plaintiffs informed Defendants of their intention to have forthcoming complaints filed by Plaintiffs in the Self-Funded Payer Track include as defendants certain PBM-affiliated entities that negotiate drug rebates on behalf of the PBM Defendants. Defendants are willing to meet and confer with Plaintiffs regarding this topic, and the Court need not address the issue before that. Defendants object to Plaintiffs first raising this issue today, and oppose including it on the agenda for next week's conference.

The parties will be prepared to discuss the preceding matters to the extent the Court wishes to do so on Tuesday. Thank you for your continuing attention to this matter.

*     *     *

Also enclosed for the Court's reference is a current MDL case list. We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Melissa A. Geist*

Melissa A. Geist

CC: All Parties of Record via ECF

*In re Insulin Pricing Litigation* (MDL No. 3080)
Case No. 2:23-md-03080-BRM-RLS
Case List as of November 7, 2024

| Ref. # | Case Name | Case No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 1 | County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| 2 | Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| 3 | Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| 4 | City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| 5 | County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| 6 | Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| 7 | Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| 8 | Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| 9 | Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| 10 | Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| 11 | Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| 12 | Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| 13 | King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| 14 | Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| 15 | City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| 16 | County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| 17 | Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| 18 | Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |
| 19 | Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| 20 | The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |
| 21 | Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |
| 22 | County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| 23 | City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |
| 24 | Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| 25 | Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| 26 | Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| 27 | Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| 28 | Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| 29 | Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| 30 | Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| 31 | Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| 32 | LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| 33 | Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| 34 | St. Louis County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-04615 |
| 35 | Mayor & City Council of Baltimore v. Eli Lilly & Company, et al. | 2:24-cv-05099 |
| 36 | City of Lorain, Ohio v. Eli Lilly and Company, et al. | 2:24-cv-05002 |
| 37 | Commonwealth of Pa. ex rel. Lawrence S. Krasner v. Eli Lilly and Company, et al. | 2:24-cv-05391 |
| 38 | Clark County v. Eli Lilly and Co., et al. | 2:24-cv-06568 |
| 39 | Heat and Frost Insulators Local No. 33 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06233 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| 40 | Int'l Union of Operating Engineers Local No. 478 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06303 |
| 41 | Int'l Union of Operating Engineers Welfare Fund of Eastern Pa. v. Eli Lilly and Company, et al. | 2:24-cv-06312 |
| 42 | Board of Supervisors of Accomack County v. Eli Lilly and Company, et al. | 2:24-cv-06329 |
| 43 | City of Portsmouth, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-06331 |
| 44 | Hamblen County, TN v. v. Eli Lilly and Company, et al. | 2:24-cv-06456 |
| 45 | Greene County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06919 |
| 46 | City of Marietta, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-06949 |
| 47 | Johnson County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06973 |
| 48 | Cocke County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06980 |
| 49 | Kentucky Laborers District Council Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-07091 |
| 50 | Iron Workers' Locals No. 14 and 434 Extended Benefit Fund v. Eli Lilly and Company, et al. | 2:24-cv-07720 |
| 51 | Ulster County v. Eli Lilly and Company, et al. | 2:24-cv-07854 |
| 52 | Virginia Beach, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-07885 |
| 53 | Parish Government Risk Management Agency v. Eli Lilly and Company, et al. | 2:24-cv-08097 |
| 54 | County of Whitfield, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08235 |
| 55 | County of Catoosa, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08307 |
| 56 | City of Hialeah, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08327 |
| 57 | New England Health Care Employees Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-08770 |
| 58 | Hillsborough County, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08931 |
| 59 | County of Oswego, New York v. Eli Lilly and Company, et al. | 2:24-cv-09157 |
| 60 | City of Ann Arbor, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09404 |
| 61 | County of Livingston, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09405 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| 62 | County of Genesee, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09592 |
| 63 | City of Grand Rapids, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09593 |
| 64 | County of Carroll, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-09621 |
| 64 | Sistema Integrado de Salud del Oeste LLC v. Eli Lilly and Company, et al. | 2:24-cv-09641 |
| 65 | County of Shiawassee, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09674 |
| 66 | County of Saginaw, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09675 |
| 67 | Pittsburgh Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-10150 |
| 68 | Fairfax County, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-10171 |
| 69 | Western Pennsylvania Schools Health Care Consortium, Inc. v. Eli Lilly and Company, et al. | 2:24-cv-10249 |
| 70 | County of Isabella, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-10272 |
| | **State Attorney General Track Cases** | |
| 1 | State of Montana, ex rel. Austin Knudsen v. Eli Lilly and Company, et al. | 2:23-cv-04214 |
| 2 | State of Kansas, ex rel., Kris W. Kobach, Attorney General v. Eli Lilly and Company, et al. | 2:23-cv-04219 |
| 3 | State of Arkansas, ex rel. Tim Griffin, Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04239 |
| 4 | State of Illinois, ex rel. Raoul v. Eli Lilly and Company et al. | 2:23-cv-04242 |
| 5 | State of Mississippi, ex rel. Lynn Fitch Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04364 |
| 6 | State of Kentucky, ex rel. Daniel Cameron v. Novo Nordisk Inc., et al. | 2:23-cv-21374 |
| 7 | The State of Louisiana v. Sanofi-Aventis U.S. LLC et al. | 2:23-cv-22978 |
| 8 | Arizona v. Optum Incorporated et al. | 2:24-cv-00260 |
| 9 | State of Utah et al. v. Eli Lilly and Company et al. | 2:24-cv-00536 |
| 10 | State of Indiana v. Express Scripts Administrators, et al. | 2:24-cv-06068 |
| 11 | State of Louisiana v. Eli Lilly and Company, et al. | 2:24-cv-07048 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| 12 | State of Oklahoma ex rel. Drummond v. Eli Lilly and Company, et al. | 2:24-cv-07606 |
| | **Class Action Track Cases** | |
| 1 | Local 837 Health and Welfare Plan, individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20932 |
| 2 | Local No. 1 Health Fund, and Plan of Benefits for the Local No. 1 Health Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-21160 |