UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

NOTICE OF WITHDRAWAL

James R. Dugan, II, of The Dugan Law Firm hereby submits this notice of withdrawal as counsel and member of the TPP Case Track Steering Committee, and request to be terminated from receiving further notices of electronic filings generated by the CM/ECF system for the following reasons:

1. Mr. Dugan was counsel for Plaintiff Sheet Metal Workers Local 25 Health and Welfare Fund which was filed in the United States District Court for the District of New Jersey as Case No. 23-cv-14371 on September 1, 2023 and transferred into MDL 3080.

2. On December 6, 2023 the Court appointed James R. Dugan, II to the TPP Case Track Steering Committee. (ECF 34)

3. A voluntary dismissal of the Sheet Metal Workers Local 25 Health and Welfare Fund was filed on September 24, 2024, and the action was dismissed on the same date. (ECF 288)

**WHEREFORE**, James R. Dugan ,II of The Dugan Law Firm requests that this Court enter an order allowing them to withdraw as counsel and member of the TPP Case Track Steering Committee, and to terminate them from receiving further notice of electronic filings generated by

the CM/ECF system.

Dated: November 11, 2024                    Respectfully submitted,

                                            s/James E. Cecchi
                                            James E. Cecchi
                                            Donald A. Ecklund
                                            CARELLA, BYRNE, CECCHI, BRODY
                                            & AGNELLO, P.C.
                                            5 Becker Farm Road
                                            Roseland, New Jersey 07068
                                            Phone: (973) 422-5591
                                            jcecchi@carellabyrne.com
                                            decklund@carellabyrne.com


                                            James R. Dugan, II
                                            David S. Scalia
                                            THE DUGAN LAW FIRM
                                            365 Canal Street
                                            One Canal Place, Suite 1000
                                            New Orleans, Louisiana 70130
                                            Telephone: (504) 648-0180
                                            Facsimile: (504) 648-0181
                                            jdugan@dugan-lawfirm.com
                                            dscalia@dugan-lawfirm.com