UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  Date:   11/12/2024
Magistrate Judge:   Rukhsanah L. Singh  Case Nos:   23MDL3080
Court Reporter:   Tammera Witte

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

David R. Buchanan, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, W. Lawrence Deas, & Tanya Ellis, Interim Liaison Counsel for State AG Track
Michael Roberts & Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Melissa L. Yeates & Jonathan Neumann, Interim Counsel for TPP, PBM
Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
Robert Salim & Tray Watkins, State AG
Mark Pikfo, Attorney for Plaintiffs
Michael J. Angelides, Sona Shah, Sarah Burns, Williams Dirks Dameron, Matthew Dameron,&
Daniel DiClemente Attorney for Self-Funded Payer Track

Lauren Malakoff, Melissa L. Patterson & Theresa C. Martin, Attorneys for Sanofi
Ryan Moorman & Julia Lopez, Attorneys for Eli Lilly
Brian W. Carroll, Andrew Yaphe & Patrick W. Blackmore, Attorneys for Novo Nordisk
Jason R. Scherr, Attorney for Express Scripts
John Tortorella, Kevin H. Martino, R. Kennon Poteat, III
  & Lori Interlicchio, Attorneys for CaremarkPCS Health, LLC
Young Yu & Liz Broadway Brown, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**

None

Nature of Proceedings:

Case Management Conference
Court ordered as follows:
- All future conferences will be 2nd Tuesday of the Month @ 11:00 am
- Remand Motions will be addressed at the next meeting
- Consolidation cases within the class track to be addressed in a letter

- Plaintiff's Fact Sheet issues addressed, to be decided by the court
- Rebate Aggregator Amendment asked for by SFP Tract subject to a meet and confer. Parties are to report back to the curt in a letter by 11/25/24.

OTBS

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 10:00 am to 10:30 am
Resumed:   11:00 am
Time Concluded:   11:15 am