

| | |
|---|---|
| **Brian W. Carroll**<br>Partner<br><br>T. 973-639-2020<br>F. 973-297-3713<br><br>bcarroll@McCarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

November 18, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

Re: ***In re Insulin Pricing Litigation***
      **Case No. 2:23-md-3080 (BRM/RLS)**

Dear Judge Martinotti:

      In anticipation of the filing of Manufacturer Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint [Dkt. No. 302] filed by Plaintiffs Local No. 1 Health Fund, Plan of Benefits for the Local No. 1 Health Fund, and Local 837 Health and Welfare Plan (collectively, "TPP Plaintiffs") and FWK Holdings, LLC, and Professional Drug Company, Inc. (collectively, "DP Plaintiffs"), Manufacturer Defendants respectfully request leave, pursuant to L. Civ. R. 7.2(b), to file a brief in excess of the page limits set forth in the Local Civil Rules. Specifically, Manufacturer Defendants request leave to file a brief of 60 pages using a 14-point proportional font with double spacing. Manufacturer Defendants respectfully submit that such an enlargement is appropriate given the complexity of issues to be briefed.

      Counsel for TPP Plaintiffs and DP Plaintiffs have consented to this request provided that they likewise be afforded the opportunity to file an opposition brief of 60 pages using a 14-point proportional font with double spacing. Manufacturer Defendants have consented to that reciprocal request.

      This request is without prejudice to Manufacturer Defendants' right to seek an enlargement of the page limits for their reply brief in support of the Motion to Dismiss.

      If the foregoing is acceptable to the Court, the parties respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Brian W. Carroll*
Brian W. Carroll
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-2020

November 18, 2024
Page 2

James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000
*Attorneys for Defendant Novo Nordisk Inc.*

SO ORDERED this 19 day of November 2024:

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.