

OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

TODD ROKITA
ATTORNEY GENERAL

November 21, 2024

Hon. Rukhsanah L. Singh
Magistrate Judge, United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

    Re:    Pending Motion, ECF No. 261
               *In re: Insulin Pricing Litigation*, MDL No. 3080

Dear Magistrate Judge Singh:

      On August 23, 2024, Attorneys General for the State of Louisiana and State of Indiana moved to appoint additional co-lead counsel to State AG Track. The Motion, ECF No. 261, has been fully briefed. The matter was previously set for September 16 without oral argument and has not been ruled upon. On November 1, 2024, Liaison Counsel filed a status update with the Court, including a joint list of all pending motions in the MDL case in accordance with the Court's MDL Text Order dated August 30, 2024. *See* ECF No. 268. The Attorneys General of Louisiana and Indiana wish to bring to your attention that their Motion to Appoint Additional Co-Lead Counsel for State AG Track pending before you was not included on the recorded Motion List as of November 1, 2024, ECF No. 320.

                                                                 Sincerely,

                                                                 Betsy M. DeNardi
                                                                 Indiana Attorney General's Office

                                                                 */s/Michael Dupree*
                                                                Louisiana Attorney General's Office

cc: All Counsel of Record via ECF