## MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

November 20, 2024

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
        MDL No. 3080

Dear Judge Martinotti:

    In anticipation of the filing of the PBM Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint [Dkt. No. 302] filed by Plaintiffs Local No. 1 Health Fund, Plan of Benefits for the Local No. 1 Health Fund, and Local 837 Health and Welfare Plan (collectively, "Health Plan Plaintiffs") and FWK Holdings, LLC, and Professional Drug Company, Inc. (collectively, "Wholesaler Plaintiffs"), the PBM Defendants respectfully request leave, pursuant to L. Civ. R. 7.2(b), to file a brief in excess of the page limits set forth in the Local Civil Rules. Specifically, the PBM Defendants request leave to file a brief of 60 pages using a 14-point proportional font with double spacing. The PBM Defendants respectfully submit that such an enlargement is appropriate given the complexity of issues to be briefed.

    Counsel for all Plaintiffs have consented to this request provided that they likewise be afforded the opportunity to file an opposition brief of 60 pages using a 14-point proportional font with double spacing. The PBM Defendants have consented to that reciprocal request.

    This request is without prejudice to the PBM Defendants' right to seek an enlargement of the page limits for their reply brief in support of the Motion to Dismiss.

    If the foregoing is acceptable to the Court, the parties respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its continued attention to this matter.

**MARINO, TORTORELLA & BOYLE, P.C.**
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
November 20, 2024—Page 2

Respectfully submitted,

*/s/ John D. Tortorella, Esq.*
John D. Tortorella, Esq.
**MARINO, TORTORELLA & BOYLE, P.C.**

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
**WILLIAMS & CONNOLLY LLP**

*Counsel for CVS Health Corporation, Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark, L.L.C.*

SO ORDERED this 21st day of November 2024:

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.