**Cicala Law Firm**

December 6, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    **Joint Request** for Extension to December 18, 2024 to Comply with November 20, 2024 Order (Doc 335), *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS, MDL No. 3080

Dear Judge Singh:

    Your Honor's November 20, 2024 Order on State AG Plaintiff Fact Sheets (Dkt. No. 335) ("Order") directed the parties to today submit a proposed case management order ("CMO") consistent with that Order. Counsel for Defendants and the State AGs are meeting and conferring on that proposed CMO and the other topics contained in the Order. The parties respectfully request an extension until Wednesday, December 18, 2024 to submit the contemplated CMO.

    If the requested extension is acceptable to Your Honor, we ask that this correspondence be "So Ordered" and entered on the docket. We thank the Court for its consideration of this request.

Respectfully submitted,

Joanne M. Cicala
The Cicala Law Firm PLLC

*/s/ Lisa Walsh*
Liza Walsh
Walsh Pizzi O'Reilly Falanga LLP

cc: All Counsel of Record (via ECF)

SO ORDERED this 9th day of December, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.