# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS) <br><br> MDL No. 3080 |

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

PLEASE TAKE NOTICE that the mailing address of Neal A. Potischman, Andrew Yaphe, Ian Hogg, and Jennifer Kim, attorneys for Defendant Novo Nordisk Inc. ("Defendant"), has changed as follows:

> Davis Polk & Wardwell LLP
> 900 Middlefield Road, Suite 200
> Redwood City, CA 94063

All email addresses and telephone numbers for the aforementioned attorneys remain the same. Defendant requests that the Court and all counsel update their records to reflect this change in mailing address.

Date: December 11, 2024

Respectfully submitted,

*/s/ Brian W. Carroll*
Brian W. Carroll
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel.: (973) 639-2020

DAVIS POLK & WARDWELL LLP
Neal Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
Ian Hogg (*pro hac vice*)
Jennifer S. Kim (*pro hac vice*)
900 Middlefield Road, Suite 200
Redwood City, CA 94063
(650) 752-2000

*Counsel for Defendant Novo Nordisk Inc.*
