UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Plaintiff(s),

v.

Defendant(s)

REQUEST BY ATTORNEY TO
WITHDRAW FROM
ELECTRONIC NOTIFICATIONS

Civil/Criminal Action No.

Request is hereby made by _____ , Esq., counsel for, in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client;

2. The criminal defendant has been sentenced and there are no further proceedings which require notification; OR

3. Other:

**NOTE**:   Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

_____
Signature of Attorney

Name:       _____

Address:    _____

            _____

            _____

            _____

E-mail:     _____

DNJ-CMECF-003

Instructions for filing:

1. Select the Case Type (Civil/Criminal) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice to Withdraw from NEF as to Case**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Select the attorney no longer associated with the case; please select your name only.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.