


OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

TODD ROKITA
ATTORNEY GENERAL

December 16, 2024

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Hon. Rukhsanah L. Singh
Magistrate Judge, United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

      Re:    Pending Motion, ECF No. 261
               *In re: Insulin Pricing Litigation*, MDL No. 3080

Dear Judge Martinotti and Magistrate Judge Singh:

      On August 23, 2024, Attorneys General for the State of Louisiana and State of Indiana moved to appoint additional co-lead counsel to State AG Track. The Motion, ECF No. 261, has been fully briefed. The matter was previously set for September 16 without oral argument and has not been ruled upon. On November 1, 2024, Liaison Counsel filed a status update with the Court, including a joint list of all pending motions in the MDL case in accordance with the Court's MDL Text Order dated August 30, 2024. *See* ECF Nos. 268 and 320. This letter did not, however, list the States' pending motion.

      On November 21, 2024, the Louisiana and Indiana Attorneys General filed a letter regarding their pending motion and failure to include it on the joint list of all pending motions. *See* ECF No. 332. Thereafter, Liaison Counsel filed another status update with the Court on December 5, 2024, including a joint list of all pending motions in the MDL case. *See* ECF No. 339. Again, this joint list fails to include the pending Motion to Appoint Additional Co-Lead Counsel for State AG Track.

Counsel for the various States continue to work together and with opposing counsel in collegial fashion; nevertheless, the States of Louisiana and Indiana respectfully request that their pending motion be decided in the near future in order to most efficiently manage this litigation. In the meantime, Louisiana and Indiana request that this pending motion be included by Liaison Counsel in the bi-weekly updates until such a decision has been made.

        Sincerely,
        */s/Betsy M. DeNardi*
        Betsy M. DeNardi
        Indiana Attorney General's Office

        */s/Michael Dupree*
        Louisiana Attorney General's Office

cc: All Counsel of Record via ECF