

December 18, 2024

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    **Proposed Case Management Order re State AG Track Plaintiff Fact Sheets**,
              *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS, MDL No. 3080

Dear Judge Singh:

    Counsel for Defendants and the State Attorney General Track Plaintiffs hereby submit their proposed Case Management Order concerning the State Attorney General Track Plaintiff Fact Sheet, as contemplated by the Court's November 22, 2024 Order (Dkt. No. 335).

                                                         Respectfully submitted,

                                                          Joanne M. Cicala
                                                          The Cicala Law Firm PLLC

                                                          */s/ Liza Walsh*
                                                          Liza Walsh
                                                          Walsh Pizzi O'Reilly Falanga LLP

Enclosures
cc: All Counsel of Record