# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | No. 23-md-3080 (BRM) (RLS)<br>MDL No. 3080 |

**THIS DOCUMENT RELATES TO: STATE AG TRACK CASES**

<u>**ORDER REGARDING MOTION TO APPONT ADDITIONAL CO-LEAD COUNSEL**</u>

**PRESENTLY** before the Court is a Motion by Plaintiffs States of Louisiana and Indiana (hereinafter, "Movants") to Appoint Additional Co-Lead Counsel for the State Attorney General Track. (Doc. No. 261). The State of Illinois ("Illinois") opposes the Motion, (Doc. No. 280), to which the Movants have replied, (Doc. No. 284). The Court has fully considered the parties' respective submissions without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rules 37.1 and 78.1.

By way of brief background, on December 5, 2023, upon consent of the then-appearing parties, the Court entered Case Management Order #3, which appointed Co-Lead Counsel to this Track. (Doc. No. 34). Subsequently, the Movants' respective complaints were transferred to this MDL.[1] (*See* Doc. Nos. 41, 173, 213). Shortly after transfer to this MDL, Indiana moved to remand. (No. 24-6068 at Doc. Nos. 16, 24). On July 15, 2024, the Court granted Louisiana's request to file a motion to remand and directed Movants to meet and confer regarding the Movants' request to file a motion to appoint the firms of Salim-Beasley LLC and Meade Young LLC as

---

[1] The relevant underlying member case numbers are No. 23-22978, 24-6068, and 24-7048 (D.N.J.).

additional Co-Lead Counsel in this Track. (Doc. No. 229; *see also* Doc. No. 224). The Court has not yet set a schedule for briefing on the Movants' motions to remand.

On August 23, 2024, the Movants filed their pending Motion, seeking the Court to appoint Robert Lyle Salim of the law firm of Salim-Beasley LLC as additional Co-Lead Counsel to the State Attorney General Track (the "State AG Track") cases.[2] (*See* Doc. No. 261). Illinois opposes the Motion, contending a steering committee would be more appropriate and, in the alternative, the Court should hold the Motion in abeyance pending resolution of the Movants' motions to remand. (*See* Doc. No. 280). The Movants replied. (*See* Doc. No. 284). In addition to emphasizing their sovereignty, and among other contentions, the Movants argue that deferring the Motion or appointment of a steering committee in this Track would not alleviate their concerns as to representation amongst the leadership.

Having considered the status of this matter and the parties' respective submissions, exercising this Court's discretion, and for good cause having been shown,

**IT IS** on this **19th** day of **December 2024** hereby

**ORDERED** that the Motion by Plaintiffs States of Louisiana and Indiana to Appoint Additional Co-Lead Counsel for the State Attorney General Track, (Doc. No. 261), is **DENIED without prejudice** pending resolution of their respective motions to remand. The Plaintiffs States of Louisiana and Indiana may renew the Motion following a decision by this Court on the motions to remand; and it is further

---

[2] Although the Movants previously sought leave to file a motion to add as co-lead counsel the firms of Salim-Beasley LLC and Meade Young LLC, the instant Motion only seeks to add Mr. Salim of Salim-Beasley LLC. (*See* Doc. Nos. 224, 261).

**ORDERED** that the Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 261.

**SO ORDERED.**

_____
**RUKHSANAH L. SINGH**
UNITED STATES MAGISTRATE JUDGE