

Park 80 West–Plaza One  (201) 845-9600 Main
250 Pehle Avenue  (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

December 20, 2024

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square Newark, NJ 07102

    Re:   *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS
           MDL No. 3080

Dear Judge Martinotti:

As Your Honor is aware, pursuant to the Court's scheduling orders, the parties are to submit a biweekly update today. In light of the holidays, and the parties continuing to confer on certain issues, the parties respectfully request that the Court permit the parties to submit an update next Friday (12/27) and then continue to submit biweekly updates thereafter.

The parties thank the Court for its continued attention to this matter.

                          Respectfully submitted,

| | |
|---|---|
| */s/ Matthew F. Gately*<br>Matthew F. Gately<br>Liaison Counsel for<br>Class Action Track | */s/ David R. Buchanan*<br>David R. Buchanan<br>Liaison Counsel for<br>Self-Funded Payer Track |
| */s/ Joanne Cicala*<br>Joanne Cicala<br>Liaison Counsel for<br>The State Attorneys General Track | */s/ John D. Tortorella*<br>John D. Tortorella |

cc: all counsel of record (via ECF)

SO ORDERED:

*s/ Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: DEC. 23, 2024