James L. Ferraro
John Martin Murphy
Shawn M. Acton
Joyce Chambers Reichard
Brian D. Schall
**KELLEY FERRARO, LLC**
950 Main Avenue, Suite 1300
Cleveland, Ohio 44113
Tel: (216) 575-0777
Fax: (216) 575-0799

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Cuyahoga County v. Eli Lilly and Company, et al.*<br>Case No. 2:23-cv-21082-BRM-RLS | **Case No. 2:23-md-03080**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

### NOTICE OF WITHDRAWAL OF JOHN J. SPELLACY AS COUNSEL FOR PLAINTIFF, CUYAHOGA COUNTY

Pursuant to Local Rule 102.1, please take notice that John J. Spellacy is hereby withdrawn as counsel for Plaintiff, CUYAHOGA COUNTY ("Plaintiff") in the above-captioned case. James L. Ferraro, John Martin Murphy, Shawn M. Acton, Joyce Chambers Reichard, and Brian D. Schall of the law firm of Kelley Ferraro, LLC, remain as counsel for Plaintiff.

Correspondence and filings regarding this case should be directed only to the attorneys of Kelley Ferraro, LLC.

Dated: December 31, 2024                       Respectfully submitted,

                                                    *By:*    */s/ Joyce Chambers Reichard*
                                                                             James L. Ferraro (0076089)
                                                                             Johnn Martin Murphy (0066221)
                                                                             Shawn M. Acton (0072675)
                                                                             Joyce Chambers Reichard (0096422)
                                                                             Brian D. Schall (0087359)
                                                                             KELLEY FERRARO, LLC
                                                                             950 Main Avenue, Suite 1300
                                                                             Cleveland, Ohio 44113
                                                                             Telephone: (216) 575-0777
                                                                             jmurphy@kelley-ferraro.com
                                                                             sacton@kelley-ferraro.com
                                                                             jreichard@kelley-ferraro.com
                                                                             bschall@kelley-ferraro.com

**CERTIFICATE OF SERVICE**

A true copy of the foregoing *NOTICE OF WITHDRAWAL OF JOHN J. SPELLACY AS COUNSEL FOR PLAINTIFF, CUYAHOGA COUNTY* has been served via the Court's electronic filing system and via electronic mail to counsel listed below at the corresponding email address, this 31st day of December 2024, and thereby served upon all counsel of record:

> John J. Spellacy, Esq.
> Lakeside Place
> 323 W. Lakeside Ave., Suite 220
> Cleveland, Ohio 44113
> (P) 216-241-0520
> (F) 216-241-6961
> jspellacy@spellacylaw.com

*/s/ Joyce Chambers Reichard*
James L. Ferraro (0076089)
Johnn Martin Murphy (0066221)
Shawn M. Acton (0072675)
Joyce Chambers Reichard (0096422)
Brian D. Schall (0087359)

3