# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

## NOTICE OF WITHDRAWAL

Lyndsey K. Bates of Asher Kelly Attorneys at Law LLP hereby submits this notice of withdrawal as counsel and request to be terminated from receiving further notices of electronic filings generated by the CM/ECF system for the following reasons:

1. Ms. Bates was the counsel for Plaintiffs *Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund v. Eli Lilly and Company, et al.* which was filed in the United States District Court for the District of New Jersey as Case No. 2:23-cv-22305-BRM.

2. The action was transferred to this Court as part of MDL No. 3080.

3. A voluntary dismissal was filed on June 28, 2024 which was subsequently dismissed by this Court on July 2, 2024.

Wherefore, Lyndsey K. Bates of Asher Kelly Attorneys at Law LLP requests that this Court enter an order allowing them to withdraw as counsel of record

1

and terminate them from receiving further notice of electronic filings generated by the CM/ECF system.

Dated: January xx, 2025

Respectfully submitted,

*s/James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, BRODY &AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Phone: (973) 422-5591
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Joseph P. Guglielmo (pro hac vice)
Donald A. Broggi (pro hac vice)
Joseph G. Cleemann
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 24th Floor
New York, NY 10169
Phone: (212) 223-4478
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
jcleeman@scott-scott.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Thomas M. Sobol
Hannah W. Brennan

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq.
5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
tom@hbsslaw.com
hannahb@hbsslaw.com

Mark T. Vazquez
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
markv@hbsslaw.com

Lyndsey K. Bates (pro hac vice)
**ASHER KELLY ATTORNEYS AT LAW**
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Phone: (248) 746-2753
lbates@asherkellylaw.com