# KOZYAK · TROPIN THROCKMORTON
### ATTORNEYS AT LAW

**Rachel Sullivan**, Esq.
rs@kttlaw.com | 305.372.1800

January 3, 2025

<u>**VIA ECF**</u>

Clerk of Court
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:  *In re: Insulin Pricing Litig.*, No. 2:23-md-03080-BRM-RLS, MDL 3080

To the Clerk of Court:

    I write to notify the Court of a correction to the docket in the above-captioned case. On December 31, 2024, my firm filed a new complaint directly in MDL No. 3080, rather than opening a new case as instructed by Case Management Order No. 9 [ECF No. 180]. The complaint was assigned Docket Entry Number 356. Soon thereafter, we corrected the error, opened a new case, and re-filed the complaint, which bears the following caption and case number: *Braman Motors, Inc., et al. v. Eli Lilly & Co., et al.*, No. 2:24-cv-11531.

    Thank you for your attention to this matter.

                                                Sincerely,

                                               /s/ *Rachel Sullivan*

cc: All counsel of record