UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080 |

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>CASE MANAGEMENT ORDER # 16</u>
(Order Setting Dates for 2025 Case Management Conferences)

These matters having been transferred to this Court by order of the Judicial Panel on Multidistrict Litigation pursuant to its order of August 4, 2023, meriting special attention as complex litigation, the Court having entered its Initial Case Management Order (ECF No. 5) on August 18, 2023, setting forth the Court's parameters and expectations of counsel during the course of this litigation, and for other good cause shown, it is **ORDERED** that:

Case Management Conferences in 2025 shall take place as follows:

- January 14, 2025 at 9:30 am
- February 11, 2025 at 12:00 pm
- March 11, 2025 at 12:00 pm
- April 8, 2025 at 12:00 pm
- May 13, 2025 at 12:00 pm
- June 10, 2025 at 12:00 pm
- July 8, 2025 at 12:00 pm
- August 12, 2025 at 12:00 pm
- September 9, 2025 at 12:00 pm

1

- October 14, 2025 at 12:00 pm
- November 11, 2025 at 12:00 pm
- December 9, 2025 at 12:00 pm

Lead and Liaison Counsel shall appear **<u>one hour</u>** (60 minutes) before the scheduled conference. However, Lead and Liaison Counsel shall appear at **<u>8:45 am</u>** (rather than 8:30 am) for the Case Management Conference scheduled on **<u>January 14, 2025</u>**.

While in-person appearances are preferred, the Court will open a telephone conference line. The call-in information is as follows: Participants will dial (1-888-684-8852) and the Access Code (1852046#) to join in on the conference call. Counsel shall be on the phone conference five (5) minutes before the scheduled start. Participants can dial (*6) to mute.

If any party wishes to request an adjournment of any of the above dates, that party is to advise the Court in writing at least seven (7) days prior to the scheduled Case Management Conference.

Dated: January 6, 2025                         */s/ Brian R. Martinotti*
                                               **HON. BRIAN R. MARTINOTTI**
                                               **UNITED STATES DISTRICT JUDGE**

2