# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

**THIS DOCUMENT RELATES TO:**
**ALL TRACKS**

Request is hereby made by pro hac vice counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An Order of the Court granting a motion for pro hac vice in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3) has been paid to the Clerk of the Court.

Dated:   January 9, 2025                               Respectfully submitted,

                                                                              */s/ Elaine M. Andersen*

PRO HAC VICE ATTORNEY INFORMATION:
Elaine M. Andersen
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Tel:   (650) 752-2000
Fax:   (650) 752-2111
elaine.andersen@davispolk.com

*Attorney for Defendant Novo Nordisk Inc.*