Brian K. Balser
BRIAN K. BALSER Co., LPA
32528 Breakers Blvd.
Avon Lake, OH 44012
(440) 934-0044
brian@balserlaw.com