*In re Insulin Pricing Litigation* **(MDL No. 3080)**
**Case No. 2:23-md-03080-BRM-RLS**
**Case List as of January 10, 2025**

| Ref. # | Case Name | Case No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 1 | County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| 2 | Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| 3 | Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| 4 | City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| 5 | County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| 6 | Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| 7 | Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| 8 | Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| 9 | Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| 10 | Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| 11 | Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| 12 | Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| 13 | King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| 14 | Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| 15 | City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| 16 | County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| 17 | Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 18 | Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |
| 19 | Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| 20 | The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |
| 21 | Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |
| 22 | County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| 23 | City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |
| 24 | Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| 25 | Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| 26 | Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| 27 | Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| 28 | Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| 29 | Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| 30 | Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| 31 | Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| 32 | LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| 33 | Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| 34 | St. Louis County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-04615 |
| 35 | Mayor & City Council of Baltimore v. Eli Lilly & Company, et al. | 2:24-cv-05099 |
| 36 | City of Lorain, Ohio v. Eli Lilly and Company, et al. | 2:24-cv-05002 |
| 37 | Commonwealth of Pa. ex rel. Lawrence S. Krasner v. Eli Lilly and Company, et al. | 2:24-cv-05391 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 38 | Clark County v. Eli Lilly and Co., et al. | 2:24-cv-06568 |
| 39 | Heat and Frost Insulators Local No. 33 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06233 |
| 40 | Int'l Union of Operating Engineers Local No. 478 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06303 |
| 41 | Int'l Union of Operating Engineers Welfare Fund of Eastern Pa. v. Eli Lilly and Company, et al. | 2:24-cv-06312 |
| 42 | Board of Supervisors of Accomack County v. Eli Lilly and Company, et al. | 2:24-cv-06329 |
| 43 | City of Portsmouth, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-06331 |
| 44 | Hamblen County, TN v. v. Eli Lilly and Company, et al. | 2:24-cv-06456 |
| 45 | Greene County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06919 |
| 46 | City of Marietta, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-06949 |
| 47 | Johnson County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06973 |
| 48 | Cocke County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06980 |
| 49 | Kentucky Laborers District Council Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-07091 |
| 50 | Iron Workers' Locals No. 14 and 434 Extended Benefit Fund v. Eli Lilly and Company, et al. | 2:24-cv-07720 |
| 51 | Ulster County v. Eli Lilly and Company, et al. | 2:24-cv-07854 |
| 52 | Virginia Beach, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-07885 |
| 53 | Parish Government Risk Management Agency v. Eli Lilly and Company, et al. | 2:24-cv-08097 |
| 54 | County of Whitfield, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08235 |
| 55 | County of Catoosa, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08307 |
| 56 | City of Hialeah, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08327 |
| 57 | New England Health Care Employees Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-08770 |
| 58 | Hillsborough County, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08931 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 59 | County of Oswego, New York v. Eli Lilly and Company, et al. | 2:24-cv-09157 |
| 60 | City of Ann Arbor, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09404 |
| 61 | County of Livingston, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09405 |
| 62 | County of Genesee, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09592 |
| 63 | City of Grand Rapids, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09593 |
| 64 | County of Carroll, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-09621 |
| 65 | Sistema Integrado de Salud del Oeste LLC v. Eli Lilly and Company, et al. | 2:24-cv-09641 |
| 66 | County of Saginaw, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09675 |
| 67 | Pittsburgh Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-10150 |
| 68 | Fairfax County, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-10171 |
| 69 | Western Pennsylvania Schools Health Care Consortium, Inc. v. Eli Lilly and Company, et al. | 2:24-cv-10249 |
| 70 | Memphis-Shelby County Schools v. Eli Lilly and Company, et al. | 2:24-cv-10308 |
| 71 | Cambria County v. Eli Lilly and Company, et al. | 2:24-cv-10366 |
| 72 | City of Tacoma v. Eli Lilly and Company, et al. | 2:24-cv-10375 |
| 73 | County of Murray, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-10466 |
| 74 | City of Rome, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-10493 |
| 75 | Indian Prairie Community Unit School District No. 204 v. Eli Lilly and Company, et al. | 2:24-cv-10512 |
| 76 | Orange County, New York v. Eli Lilly and Company, et al. | 2:24-cv-10552 |
| 77 | City of Portland v. Eli Lilly and Company, et al. | 2:24-cv-10597 |
| 78 | St. Charles County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-10655 |
| 79 | City of Huntington, West Virginia v. Eli Lilly and Company, et al. | 2:24-cv-10684 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 80 | Butler Area School District v. Eli Lilly and Company, et al. | 2:24-cv-10735 |
| 81 | City of Newport News, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-10766 |
| 82 | School District of Greater Johnstown v. Eli Lilly and Company, et al. | 2:24-cv-10719 |
| 83 | Miccosukee Tribe of Indians of Florida v. Eli Lilly and Company, et al. | 2:24-cv-10798 |
| 84 | School Board of Charlotte County, Florida v. Eli Lilly and Company, et al. | 2:24-cv-10828 |
| 85 | City of Charlottesville, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-11035 |
| 86 | Dorchester County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11057 |
| 87 | Caroline County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11059 |
| 88 | Cecil County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11054 |
| 89 | Kent County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11153 |
| 90 | Washington County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11158 |
| 91 | Talbot County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11142 |
| 92 | Queen Anne County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11160 |
| 93 | Hagerstown Community College v. Eli Lilly and Company, et al. | 2:24-cv-11150 |
| 94 | Charles County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11151 |
| 95 | St. Mary's County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11152 |
| 96 | Calvert County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11201 |
| 97 | Lansing School District v. Eli Lilly and Company, et al. | 2:24-cv-11211 |
| 98 | Stockbridge Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11216 |
| 99 | Brick Township Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11220 |
| 100 | Grand Haven Area Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11225 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 101 | North Muskegon Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11228 |
| 102 | Coldwater Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11232 |
| 103 | Calhoun Intermediate School District v. Eli Lilly and Company, et al. | 2:24-cv-11235 |
| 104 | Wyoming Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11236 |
| 105 | Blissfield Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11237 |
| 106 | Burr Oak Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11238 |
| 107 | Trenton Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11241 |
| 108 | Lowell Area Schools v. Eli Lilly and Company, et al. | 2:24-cv-11244 |
| 109 | Delton Kellogg Schools v. Eli Lilly and Company, et al. | 2:24-cv-11245 |
| 110 | Allegan Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11273 |
| 111 | Comstock Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11242 |
| 112 | Grandville Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11275 |
| 113 | Cadillac Area Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11282 |
| 114 | Coloma Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11290 |
| 115 | Baraga County v. Eli Lilly and Company, et al. | 2:24-cv-11292 |
| 116 | Charlotte Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11293 |
| 117 | Kent City Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11296 |
| 118 | West Bloomfield School District v. Eli Lilly and Company, et al. | 2:24-cv-11297 |
| 119 | Waverly Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11298 |
| 120 | Prince William County, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-11307 |
| 121 | Van Buren Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11322 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 122 | East Grand Rapids Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11323 |
| 123 | Holton Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11325 |
| 124 | Portland Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11299 |
| 125 | South Sanpete School District v. Eli Lilly and Company, et al. | 2:24-cv-11340 |
| 126 | Hudsonville Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11348 |
| 127 | County of York, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-11351 |
| 128 | Salt Lake City School District v. Eli Lilly and Company, et al. | 2:24-cv-11339 |
| 129 | Lake Fenton Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11352 |
| 130 | Tekonsha Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11372 |
| 131 | Dexter Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11326 |
| 132 | Traverse City Area Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11331 |
| 133 | Williamston Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11332 |
| 134 | West Shore Educational Service District v. Eli Lilly and Company, et al. | 2:24-cv-11358 |
| 135 | Constantine Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11366 |
| 136 | Cassopolis Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11333 |
| 137 | Hillsdale Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11334 |
| 138 | Paterson Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11336 |
| 139 | Marshall Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11337 |
| 140 | Granite School District v. Eli Lilly and Company, et al. | 2:24-cv-11338 |
| 141 | New Haven Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11350 |
| 142 | Delaware County District Attorney Jack Stollsteimer v. Eli Lilly and Company, et al. | 2:24-cv-11504 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 143 | Braman Motors Inc., et al. v. Eli Lilly and Company, et al. | 2:24-cv-11531 |
| 144 | Mason Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00025 |
| 145 | Allendale Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00027 |
| 146 | Mason County Eastern Schools v. Eli Lilly and Company, et al. | 2:25-cv-00028 |
| 147 | Eastern Upper Peninsula Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00031 |
| 148 | Kent Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00034 |
| 149 | Kentwood Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00078 |
| 150 | Washtenaw Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00079 |
| 151 | Worcester County v. Eli Lilly and Company, et al. | 2:25-cv-00080 |
| 152 | Walkerville Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00081 |
| 153 | Lakeview School District v. Eli Lilly and Company, et al. | 2:25-cv-00082 |
| 154 | Ionia County Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00083 |
| 155 | Belding Area Schools v. Eli Lilly and Company, et al. | 2:25-cv-00084 |
| 156 | Niles Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00100 |
| 157 | Muskegon Area Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00102 |
| 158 | Lakewood Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00103 |
| 159 | Northview Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00109 |
| 160 | Saranac Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00110 |
| 161 | Thornapple Kellogg Schools v. Eli Lilly and Company, et al. | 2:25-cv-00111 |
| 162 | Camden Frontier Schools v. Eli Lilly and Company, et al. | 2:25-cv-00113 |
| 163 | Barry County v. Eli Lilly and Company, et al. | 2:25-cv-00114 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 164 | Mott Community College v. Eli Lilly and Company, et al. | 2:25-cv-00115 |
| 165 | St. Clair County v. Eli Lilly and Company, et al. | 2:25-cv-00117 |
| 166 | Menominee County Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00118 |
| 167 | Western Michigan Health Insurance Pool v. Eli Lilly and Company, et al. | 2:25-cv-00119 |
| 168 | Grand Rapids Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00120 |
| 169 | Mecosta Osceola Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00122 |
| 170 | Adrian Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00123 |
| 171 | Allegan County v. Eli Lilly and Company, et al. | 2:25-cv-00124 |
| 172 | Kenowa Hills Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00125 |
| 173 | Mason County Central Schools v. Eli Lilly and Company, et al. | 2:25-cv-00141 |
| 174 | Ingham Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00143 |
| 175 | Holt Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00144 |
| 176 | Ottawa Area Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00145 |
| 177 | Caledonia Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00146 |
| 178 | Athena Area Schools v. Eli Lilly and Company, et al. | 2:25-cv-00147 |
| 179 | Delta Schoolcraft Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00152 |
| 180 | Homer Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00153 |
| 181 | Sturgis Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00158 |
| 182 | Muskegon Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00161 |
| 183 | Northville Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00168 |
| 184 | Forest Hills Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00166 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 185 | Allegan Area Educational Service Agency v. Eli Lilly and Company, et al. | 2:25-cv-00174 |
| 186 | Gratiot Isabella Regional Educational Service District v. Eli Lilly and Company, et al. | 2:25-cv-00175 |
| 187 | Carroll County Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00177 |
| 188 | Worcester County Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00178 |
| 189 | Emery County School District v. Eli Lilly and Company, et al. | 2:25-cv-00180 |
| 190 | Canyons School District v. Eli Lilly and Company, et al. | 2:25-cv-00182 |
| 191 | Northern Arizona Public Employees Benefit Trust v. Eli Lilly and Company, et al. | 2:25-cv-00183 |
| 192 | Valley View Community Unit School District v. Eli Lilly and Company, et al. | 2:25-cv-00205 |
| 193 | Waukegan Community Unit School District v. Eli Lilly and Company, et al. | 2:25-cv-00206 |
| 194 | Oswego Community Unit School District v. Eli Lilly and Company, et al. | 2:25-cv-00208 |
| 195 | Big Springs School District v. Eli Lilly and Company, et al. | 2:25-cv-00211 |
| 196 | Waynedale Local Schools v. Eli Lilly and Company, et al. | 2:25-cv-00212 |
| 197 | City of Elyria, Ohio v. Eli Lilly and Company, et al. | 2:25-cv-00244 |
| 198 | Sarasota County Schools, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00251 |
| 199 | Montgomery County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00217 |
| 200 | Stark County Schools Council of Government v. Eli Lilly and Company, et al. | 2:25-cv-00220 |
| 201 | Girard City Schools v. Eli Lilly and Company, et al. | 2:25-cv-00221 |
| 202 | Monroe County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00223 |
| 203 | Heritage Southwest Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00224 |
| 204 | Ostego County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00225 |
| 205 | Frederick County Public Schools v. Eli Lilly and Company, et al. | TBD |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Self-Funded Payer Track Cases** | | |
| 206 | Allegheny County Schools Health Insurance Consortium v. Eli Lilly and Company, et al. | 2:25-cv-00228 |
| 207 | City of Detroit, Michigan v. Eli Lilly and Company, et al. | 2:25-cv-00232 |
| 208 | Osceola County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00236 |
| 209 | Suffolk County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00238 |
| 210 | School Board of Orange County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00239 |
| 211 | City of Lansing, Michigan v. Eli Lilly and Company, et al. | 2:25-cv-00268 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **State Attorney General Track Cases** | | |
| 1 | State of Montana, ex rel. Austin Knudsen v. Eli Lilly and Company, et al. | 2:23-cv-04214 |
| 2 | State of Kansas, ex rel., Kris W. Kobach, Attorney General v. Eli Lilly and Company, et al. | 2:23-cv-04219 |
| 3 | State of Arkansas, ex rel. Tim Griffin, Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04239 |
| 4 | State of Illinois, ex rel. Raoul v. Eli Lilly and Company et al. | 2:23-cv-04242 |
| 5 | State of Mississippi, ex rel. Lynn Fitch Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04364 |
| 6 | State of Kentucky, ex rel. Daniel Cameron v. Novo Nordisk Inc., et al. | 2:23-cv-21374 |
| 7 | The State of Louisiana v. Sanofi-Aventis U.S. LLC et al. | 2:23-cv-22978 |
| 8 | Arizona v. Optum Incorporated et al. | 2:24-cv-00260 |
| 9 | State of Utah et al. v. Eli Lilly and Company et al. | 2:24-cv-00536 |
| 10 | State of Indiana v. Express Scripts Administrators, et al. | 2:24-cv-06068 |
| 11 | State of Louisiana v. Eli Lilly and Company, et al. | 2:24-cv-07048 |
| 12 | State of Oklahoma ex rel. Drummond v. Eli Lilly and Company, et al. | 2:24-cv-07606 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **State Attorney General Track Cases** | | |
| 13 | The State of Texas v. Eli Lilly and Company, et al. | 2:24-cv-10854 |
| 14 | People of the State of California v. Eli Lilly and Company, et al. | 2:24-cv-11488 |

| Ref. # | Case Name | Case No. |
|---|---|---|
| **Class Action Track Cases** | | |
| 1 | Local 837 Health and Welfare Plan, individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20932 |
| 2 | Local No. 1 Health Fund, and Plan of Benefits for the Local No. 1 Health Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-21160 |
| 3 | In re Direct Purchaser Insulin Pricing Litigation | 2:20-cv-3426 |