Brian K. Balser
Brian K. Balser Co., LPA
32528 Breakers Blvd.
Avon Lake, OH  44012
Tel. (440) 934-0044
brian@balserlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE:  INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>City of Elyria, Ohio, Plaintiff<br>v.<br>Eli Lilly and Company, et al., Defendant<br>Case No.:  2:25-cv-00244 | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
|---|---|

Request is hereby made by *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1.  An Order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2.  The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court.

Dated:  January 13, 2025.                      Respectfully submitted,

                                                */s/ Brian K. Balser*

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Brian K. Balser
Address:    Brian K. Balser Co., LPA
            32528 Breakers Blvd.
            Avon Lake, OH 44012
            Tel.:  (440) 934-0044
Email:      brian@balserlaw.com