UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti             Date:    01/14/2025
Magistrate Judge:   Rukhsanah L. Singh  Case Nos:   23MDL3080
Court Reporter:   Tammera Witte

Title of the Case:

> In Re: INSULIN PRICING LITIGATION

**Appearances**

David R. Buchanan, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala & W. Lawrence Deas, Interim Liaison Counsel for State AG Track
Michael Roberts & Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Melissa L. Yeates & Jonathan Neumann, Interim Counsel for TPP, PBM
Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
Robert Salim, Trey Watkins, & Darcie Tilly, State AG
Mark Pikfo, Attorney for Plaintiffs
Michael J. Angelides, Sona Shah, Attorney for Self-Funded Payer Track
Steven Daroci, Tal Lipschutz, Ben Widlanski, Pearl Robertson, Sean Dominick, Troy Rafferty, Burton LeBlanc, Brandon Bogle, Jack Lurton, Attorneys for Plaintiffs

Lauren Malakoff, Melissa L. Patterson, & Liza Walsh, Attorneys for Sanofi
Joseph Kiessling, Attorney for Defendant
Melissa Geist, Attorneys for Eli Lilly
Andrew Yaphe & Patrick W. Blackmore, Attorneys for Novo Nordisk
Jason R. Scherr, Attorney for Express Scripts
John Tortorella, Daniel Dockery, Nick Suellentrop, Attorneys for CaremarkPCS Health, LLC
Young Yu & Kelly Barnaby, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**

None

Nature of Proceedings:

Case Management Conference
Update provided to the court
OTBS

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 8:45 am
Time Concluded:  9:45 am