IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

THIS DOCUMENT RELATES TO ALL CASES

## PRO HAC VICE TO RECEIVE NEF

Jack W. Lurton, III
Rafferty Domnick Cunningham & Yaffa, PLLC
815 S. Palafox Street, 3rd Floor
Pensacola, FL 32502
T: 561-516-5168
F: 561-625-6269
jack@pbglaw.com