Morgan & Morgan Complex Litigation Group
501 Riverside Avenue, Suite 1200
Jacksonville, FL 32202

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>2:25-cv-261<br>2:25-cv-274<br>2:25-cv-279 | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: January 14, 2025

Respectfully submitted,

/s/James D Young

PRO HAC VICE ATTORNEY INFORMATION:
Name: James D Young
Morgan & Morgan Complex Litigation Group
Address: 501 Riverside Avenue, Suite 1200
Jacksonville, FL 32202

Email: jyoung@forthepeople.com