Morgan & Morgan Complex Litigation Group
201 Franklin Street, 7th Floor
Tampa, FL 33602

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>2:25-cv-261<br>2:25-cv-274<br>2:25-cv-279 | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: January 14, 2025

Respectfully submitted,

/s/Juan Martinez

PRO HAC VICE ATTORNEY INFORMATION:
Name: Juan Martinez
Morgan & Morgan Complex Litigation Group
Address: 201 Franklin Street, 7th Floor
Tampa, FL 33602

Email: juanmartinez@forthepeople.com