Douglass A. Kreis
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Tel. (850) 202-1010
dkreis@awkolaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Plaintiffs Associated with Aylstock, Witkin, Kreis & Overholtz, PLLC | Case No. 2:23-md-3080(BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
|---|---|

Request is hereby made by *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An Order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court.

Dated:  January 14, 2025.                             Respectfully submitted,

                                                                                   */s/ Douglass A. Kreis*

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Douglass A. Kreis
Address:    Aylstock, Witkin, Kreis & Overholtz, PLLC
                  17 E. Main Street, Suite 200
                  Pensacola, FL 32502
                  Tel. (850) 202-1010
Email:         dkreis@awkolaw.com