Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Tel. (850) 202-1010
baylstock@awkolaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Plaintiffs Associated with Aylstock, Witkin, Kreis & Overholtz, PLLC | Case No. 2:23-md-3080(BRM)(RLS)<br>MDL No. 3080<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An Order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court.

Dated: January 14, 2025.                    Respectfully submitted,

*/s/ Bryan F. Aylstock*

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Bryan F. Aylstock
Address:     Aylstock, Witkin, Kreis & Overholtz, PLLC
             17 E. Main Street, Suite 200
             Pensacola, FL 32502
             Tel. (850) 202-1010
Email:       baylstock@awkolaw.com