**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL TRACKS | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated:                                    Respectfully submitted,

                                    /s/Daniel B. Snyder
                                    Daniel B. Snyder

PRO HAC VICE ATTORNEY INFORMATION:
Name:     Daniel B. Snyder, Esq
Address:  2160 Highland Avenue South
          Birmingham, AL 35205
Tel:      (205) 328-9200
Fax:      (205) 328-9456
Email:    dsnyder@elglaw.com