## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL TRACKS** | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: 1/14/2025                                                                 Respectfully submitted,

*/s/Gregory A. Cade*
Gregory A. Cade

PRO HAC VICE ATTORNEY INFORMATION:
Name:         Gregory A. Cade, Esq
Address:     2160 Highland Avenue South
                    Birmingham, AL 35205
Tel:              (205) 328-9200
Fax:             (205) 328-9456
Email:         gregc@elglaw.com