IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

THIS DOCUMENT RELATES TO ALL CASES

## PRO HAC VICE TO RECEIVE NEF

Sean C. Domnick
Rafferty Domnick Cunningham & Yaffa, PLLC
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
T: 561-516-5168
F: 561-625-6269
sean@pbglaw.com