**U.S. DISTRICT COURT DISTRICT OF NEW JERSEY**

**APPLICATION FOR REFUND OF FEES PAID ELECTRONICALLY**

**Background:**

Pursuant to the Court's Electronic Case Filing Policies and Procedures at Paragraph #5, when a document has been filed electronically, the official record of the document is the electronic recording as stored by the court, and the filing party is bound by the document filed. A document filed electronically is deemed filed on the date and time stated on the Notice of Electronic Filing from the Court.

Judicial Conference Policy generally prohibits the refund of fees, however refunds may be issued upon approval under limited circumstances, such as:

a. When an overpayment has been made by the filer, or

b. When a duplicate, identical complaint, notice of removal, a notice of appeal, petition for writ of habeas corpus, or pro hac vice request for NEF is filed more than once by the same attorney or the same law firm.

1. A request for a refund of fees paid via **Pay.gov** shall be made by this application which must be filed electronically with the Clerk of Court.

2. Upon filing, the Clerk's Office will review the application and, if appropriate, issue a Clerk's Order approving a refund, signed by the Clerk or his/her designee.

3. All other applications for refund will be directed to the assigned judge.

4. The Finance Department will issue a refund through Pay.gov against the credit card used. Refunds for ACH transactions require a check be issued by the Clerk of Court. (If it was an ACH transaction, please indicate the payee name and address that the check will be sent to below.)

Name: Tibisay Boggio
Case number: 23-md-3080
Date of request: 1/14/2025
Date of transaction: 1/8/2025

Current address: 900 Middlefield Road, Suite 200, Redwood City, CA 94063

**Receipt** number or **Pay.gov** tracking ID number: ANJDC-15927403

Reason for refund: There was an technical error that occurred while filing Mr. Andrei Gribakov Jaffe's pro hac vice notice and were charged twice. Please refund the transaction associated with the above-referenced tracking ID number.

**\*\*Please attach a copy of all receipts associated with the filing.\*\***

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, January 8, 2025 5:27 PM |
| **To:** | Silva, Bruno |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |
| | |
| **Importance:** | High |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 6592679
Court: NEW JERSEY DISTRICT COURT
Amount: $250.00
Tracking Id: ANJDC-15927403
Approval Code: 059588
Card Number: ************1632
Date/Time: 01/08/2025 08:27:18 ET

Person Completing Transaction: Bruno Silva
Attorney Name: Andrei Gribakov Jaffe
Attorney Email: andrei.jaffe@davispolk.com

NOTE: This is an automated message. Please do not reply