Daniel P. Goetz, Esq.
Weisman, Kennedy & Berris Co LPA
2900 Detroit Avenue, 2nd Floor
Cleveland, OH  44113
TEL: 216-702-8627
dgoetz@weismanlaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: INSULIN PRICING LITIGATION | : | Case No. 2:23-md-3080 (BRM)(RLS) |
| | : | MDL No. 3080 |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *IBEW LOCAL 38, HEALTH AND WELFARE FUND*, Plaintiff | : | **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
| vs. | : | |
| *ELI LILLY AND CO., et al.*, Defendant | : | |
| Case No.:  2:25-cv-448 | : | |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1.  An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated:  January 14, 2025                Respectfully submitted,

/s/ Daniel P. Goetz_____
DANIEL P. GOETZ #0065549


*PRO HAC VICE* ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Daniel P. Goetz |
| Firm: | Weisman, Kennedy & Berris Co LPA |
| Address: | 2900 Detroit Avenue, 2nd Floor, Cleveland, OH  44113 |
| Telephone: | 216-702-8627 |
| Email: | dgoetz@weismanlaw.com |