

# U.S. District Court District of New Jersey

## APPLICATION FOR REFUND OF FEES PAID ELECTRONICALLY

**Background:**

Pursuant to the Court's Electronic Case Filing Policies and Procedures at Paragraph #5, when a document has been filed electronically, the official record of the document is the electronic recording as stored by the court, and the filing party is bound by the document filed. A document filed electronically is deemed filed on the date and time stated on the Notice of Electronic Filing from the Court.

Judicial Conference Policy generally prohibits the refund of fees, however refunds may be issued upon approval under limited circumstances, such as:

a. When an overpayment has been made by the filer, or

b. When a duplicate, identical complaint, notice of removal, a notice of appeal, petition for writ of habeas corpus, or pro hac vice request for NEF is filed more than once by the same attorney or the same law firm.

1. A request for a refund of fees paid via **Pay.gov** shall be made by this application which must be filed electronically with the Clerk of Court.

2. Upon filing, the Clerk's Office will review the application and, if appropriate, issue a Clerk's Order approving a refund, signed by the Clerk or his/her designee.

3. All other applications for refund will be directed to the assigned judge.

4. The Finance Department will issue a refund through Pay.gov against the credit card used. Refunds for ACH transactions require a check be issued by the Clerk of Court. (If it was an ACH transaction, please indicate the payee name and address that the check will be sent to below.)

Name: Daniel P. Goetz        Case number: 2:23-md-03080

Date of request: 1/15/25        Date of transaction: 1/14/25

Current address: 2900 Detroit Avenue, 2nd Fl., Cleveland OH  44113

**Receipt** number or **Pay.gov** tracking ID number: ANJDC-15939890

Reason for refund: Complaint filed incorrectly (in master case vs. member case)

_____

_____

_____.

**\*\*Please attach a copy of all receipts associated with the filing.\*\***

**Dan Goetz**

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Tuesday, January 14, 2025 4:37 PM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:23-md-03080-BRM-RLS INSULIN PRICING LITIGATION |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered by GOETZ, DANIEL on 1/14/2025 at 4:36 PM EST and filed on 1/14/2025

| | |
|---|---|
| **Case Name:** | INSULIN PRICING LITIGATION |
| **Case Number:** | 2:23-md-03080-BRM-RLS |
| **Filer:** | IBEW Local 38, Health and Welfare Fund |
| **Document Number:** | 383 |

**Docket Text:**
COMPLAINT against Ascent Health Services LLC, CAREMARK LLC, CAREMARK PCS HEALTH LLC, CAREMARK RX LLC., CVS HEALTH CORPORATION, CVS PHARMACY INC., ELI LILLY AND COMPANY, ESI MAIL PHARMACY SERVICE INC., EVERNORTH HEALTH INC., EXPRESS SCRIPTS ADMINISTRATORS LLC., EXPRESS SCRIPTS PHARMACY INC., EXPRESS SCRIPTS, INC., Emisar Pharma Services LLC, MEDCO HEALTH SOLUTIONS INC., NOVO NORDISK INC., OPTUM INC., OPTUM RX INC., OPTUMINSIGHT INC., SANOFI-AVENTIS US LLC., UNITED HEALTH GROUP INC., Zinc Health Services, LLC, IBEW Local 38, Health and Welfare Fund ( ==Filing and Admin fee $ 405 receipt number ANJDC-15939890)== with JURY DEMAND, filed by IBEW Local 38, Health and Welfare Fund. (Attachments: # (1) Civil Cover Sheet Civil Cover Sheet)(GOETZ, DANIEL)


2:23-md-03080-BRM-RLS Notice has been electronically mailed to:

ADAM JOSHUA PODOLL    apodoll@wc.com, josh-podoll-2259@ecf.pacerpro.com

ALEX J BROWN    alex.brown@lanierlawfirm.com

1