UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING LITIGATION

No. 23-md-3080 (BRM) (RLS)
MDL No. 3080

THIS DOCUMENT RELATES TO: ALL CASES

## CASE MANAGEMENT ORDER # 17
## (DISCOVERY DISPUTE PROTOCOL)

This matter having come before the Court by way of a Case Management Conference held on January 14, 2025, during which the parties and the Court discussed the process for raising disputes regarding discovery in a timely fashion, and the Court exercising its discretion to manage discovery and upon a showing of good cause,

IT IS HEREBY ORDERED AS FOLLOWS:

1. As to the current discovery disputes raised by the parties during the January 14, 2025 Case Management Conference, the parties shall continue to meet and confer. Should the parties fail to resolve their disputes, any party may electronically file a letter addressed to the undersigned, setting forth the nature of the dispute and any requested relief, by no later than January 28, 2025. By no later than January 29, 2025, any party seeking to respond to such a letter shall propose to the Court a deadline to respond to the discovery dispute letter, which the Court will consider.

2. As to future discovery disputes, before raising a discovery dispute with the undersigned, the parties shall fully meet and confer on a disputed discovery matter in an effort to

resolve or narrow the dispute. If the parties are unable to resolve the dispute after meeting and conferring for a period of at least 14 days, any party may electronically file a letter addressed to the undersigned, setting forth the nature of the dispute and any requested relief. Any responding letter shall be electronically filed within five business days of the filing of the original letter raising the dispute. No replies will be permitted absent Court order otherwise.

3.  The undersigned, within the Court's discretion, will schedule conferences to specifically discuss and address discovery status and disputed discovery matters that have been fully presented to the Court pursuant to paragraph 2 above (i.e., the initial letter(s) and responsive letter(s) have all been filed). Counsel with full knowledge of the disputed discovery matter that is ripe for discussion shall attend those conferences. The conferences will proceed in person at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, Courtroom 7W, provided, however, that upon the timely request of all counsel, the Court may in its discretion convert the conference to proceed virtually. The undersigned will hold a discovery conference on **February 10, 2025 at 2:00 p.m.**

4.  Nothing in this Order modifies prior Case Management Orders entered by the Court as to the scheduling of Case Management Conferences or the dispute resolution processes involving plaintiff fact sheets.

SO ORDERED this 14th day of January 2025.

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE