UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING LITIGATIO

Plaintiff(s),

v.

Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No.  2:23-MD-03080

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.   An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.   If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____/s/ Evan N. Claditis_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:   /s/ Evan N. Claditis
_____

Address:   Attolles Law, S.C.
_____

222 E Erie Street, Suite 210
_____

Milwaukee, WI 53202
_____

(414) 973-2142
_____

E-mail:   ecladitis@attolles.com
_____

(One email address only)

DNJ-CMECF-002 |

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.