# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE, INSULIN PRICING LITIGATION § | |
| § | MDL No. 3080 |
| § | |
| § | JUDGE BRIAN R. MARTINOTTI |
| THIS DOCUMENT RELATES § | JUDGE RUKHSANAH L. SINGH |
| TO: ALL CASES § | |

## NOTICE OF WITHDRAWAL

Ryan S. Baasch, counsel for The State of Texas, respectfully submits this Notice of Withdrawal as counsel and request to be terminated from receiving further notices of electronic filings generated by the CM/ECF system. Mr. Baasch will no longer be employed by the Texas Attorney General's office and, therefore, no longer counsel for The State of Texas.

Mr. Baasch respectfully requests that the Court enter an order allowing him to withdraw as counsel of record. It is further requested that Ryan S. Baasch be removed from all electronic notices for this case.

Dated January 16, 2025
Respectfully submitted,

/s/ *Ryan S. Baasch*
**RYAN S. BAASCH**
Associate Deputy Attorney General
for Civil Litigation
Ryan.Baasch@oag.texas.gov

Office of the Attorney General
P.O Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEY FOR THE STATE OF TEXAS**