COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF, LLP
Matthew F. Gately, Esq.
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
mfg@njlawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
|---|---|

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for pro hac vice in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: January 20, 2025                Respectfully submitted,

                                        */s/ Matthew F. Gately*
                                        Matthew F. Gately

PRO HAC VICE ATTORNEY INFORMATION:
Name:       Sarah E. DeLoach, Esq.
Address:    Roberts Law Firm US, PC
            6834 Cantrell Road, Suite 1131
            Little Rock, AR 72207
Email:      sarahdeloach@robertslawfirm.us