**McCARTER & ENGLISH, LLP**
Brian W. Carroll, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
Tel. (973) 639-2020
Fax (973) 624-7070
bcarroll@mccarter.com

*Attorneys for Defendant*
*Novo Nordisk Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS) <br> MDL No. 3090 <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
|---|---|

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated:  January 20, 2025                                 Respectfully submitted,

                                                                         */s/ Brian W. Carroll*
                                                                         Brian W. Carroll, Esq.

ME1 50139918v.1

PRO HAC VICE ATTORNEY INFORMATION:

Patrick W. Blakemore, Esq.
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY  10017
Tel. (212) 450-4452
patrick.blakemore@davispolk.com

ME1 50139918v.1