# MARINO, TORTORELLA & BOYLE, P.C.

### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
―――――――
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

January 24, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

> Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
> MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

Pursuant to CMO #5, the parties provide the following status update for the weeks ending January 17 and 24:

**All Tracks:**

1. The parties are meeting and conferring about a procedure for exchanging information to be included in bi-weekly status reports and pre-CMC agendas.

2. The parties are continuing to meet and confer regarding various discovery issues in accordance with Case Management Order #17 (Discovery Dispute Protocol) [ECF No. 386].

**SFP Plaintiff Fact Sheets**: Certain Plaintiffs in the SFP Track have been producing Plaintiff Fact Sheets and corresponding document productions. The parties will meet and confer, as necessary, in accordance with Case Management Order #14 (Plaintiff Fact Sheet Implementation Order) [ECF No. 315].

For the Court's reference, the parties enclose a current list of motions before Your Honor.

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for*
*Class Action Track*

*/s Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*State Attorneys General Track*

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
January 24, 2025—Page 2

*/s David R. Buchanan*                    */s John D. Tortorella*
David R. Buchanan                         John D. Tortorella
*Liaison Counsel for*
*Self-Funded Payer Track*

Enclosures

cc:    Honorable Rukhsanah L. Singh, U.S.M.J.
       All counsel of record

***In re Insulin Pricing Litigation*** **(MDL No. 3080)**
**Case No. 2:23-md-03080-BRM-RLS**
**<u>Motion List as of January 24, 2025</u>**

The bullets below correspond to the docket numbers of all submissions relating to each of these fully briefed motions, including opening papers, opposition papers, and replies.[1]

**MDL:  State Attorney General Track**

*Montana*

- o Rule 12(b)(6) Motions
  - ▪ Manufacturer Defendants' Motion (Dkt. Nos. 190, 190-1 to 190-10, 190-22, 190-27)
  - ▪ PBM Defendants' Motion (Dkt. Nos. 190-11, 190-12, 190-23, 190-28)
- o Rule 12(b)(2) Motions
  - ▪ Evernorth Health Inc.'s Motion (Dkt. Nos. 190-13, 190-14, 190-20, 190-24)
  - ▪ CVS Health Corporation's Motion (Dkt. Nos. 190-15, 190-16, 190-21, 190-26)
  - ▪ UnitedHealth Group Inc. & OptumInsight, Inc.'s Motion (Dkt. Nos. 190-17, 190-18, 190-19, 190-25)
- o Supplemental Briefing
  - ▪ Manufacturers' Motions (Dkt. Nos. 190-51, 190-53)
  - ▪ PBMs' Motions (Dkt. Nos. 190-52, 190-54)

*Illinois*

- o Rule 12(b)(6) Motions
  - ▪ Manufacturer Defendants' Motion (Dkt. Nos. 190-36, 190-37, 190-43, 190-49)
  - ▪ PBM Defendants' Motion (Dkt. Nos. 190-38, 190-39, 190-44, 190-48)
- o Rule 12(b)(2) Motions
  - ▪ Evernorth Health Inc.'s Motion (Dkt. Nos. 190-30, 190-31, 190-41, 190-47)
  - ▪ CVS Health Corporation's Motion (Dkt. Nos. 190-32, 190-33, 190-42, 190-45)
  - ▪ UnitedHealth Group Inc. & OptumInsight, Inc.'s Motion (Dkt. Nos. 190-34, 190-35, 190-40, 190-46)

---

[1] The parties understand that motions to remand were filed in certain case that were subsequently transferred to the MDL.  We read CMO #5 to mean that those motions are not currently pending before the MDL and, therefore, have not included them on this list.

- o Supplemental Briefing
  - ▪ Manufacturers' Motions (Dkt. Nos. 190-51, 190-53)
  - ▪ PBMs' Motions (Dkt. Nos. 190-52, 190-54)

  *Mississippi*
- o Rule 12(c) Motion
  - ▪ Manufacturer Defendants' Motion (Dkt. Nos. 200, 231, 277)

**MDL:  Self-Funded Payer Track**

*Albany, King, and Lake County*
- o Rule 12(b)(6) Motions
  - ▪ Manufacturers' Motion (Dkt. Nos. 249-50, 256, 258)
  - ▪ PBM Defendants' Motion (Dkt. Nos. 251-55, 257, 259)