# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS) <br> MDL No. 3080 <br><br> **MOTION TO SUBSTITUTE COUNSEL** |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

COMES NOW, Assistant Attorney General Michael J. Berry, attorney for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

1. Jordyn Nykaza will no longer be assigned to this case.

2. Assistant Attorney General, Michael J. Berry, has been reassigned this case and will be the attorney of record for the state of Arkansas.

WHEREFORE, the State respectfully moves the Court to issue an order substituting Michael J. Berry in place of Jordyn Nykaza for the State in this matter.

Date: January 28, 2025

                                                Respectfully submitted,

                                                **TIM GRIFFIN**
                                                **Attorney General**

By:    _/s/ Michael J. Berry_____
                Michael J. Berry, Ark Bar No. 2020136
                Assistant Attorney General
                Office of the Arkansas Attorney General
                323 Center Street, Suite 200
                Little Rock, AR 72201
                Telephone (501) 682-2007
                Fax (501) 682-8118
                Email: Michael.Berry@ArkansasAG.gov