UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING LITIGATION

Case No. 2:23-md-03080
(BRM)(RLS)
MDL No. 3080

**MOTION TO SUBSTITUTE COUNSEL**

THIS DOCUMENT RELATES TO: ALL ACTIONS

COMES NOW, Assistant Attorney General Michael J. Berry, attorney for the State of Arkansas, *ex rel.* Tim Griffin, Attorney General ("the State"), and for its Motion to Substitute, states:

1. Jordyn Nykaza will no longer be assigned to this case.

2. Assistant Attorney General, Michael J. Berry, has been reassigned this case and will be the attorney of record for the state of Arkansas.

WHEREFORE, the State respectfully moves the Court to issue an order substituting Michael J. Berry in place of Jordyn Nykaza for the State in this matter.

Date: January 28, 2025

Respectfully submitted,

TIM GRIFFIN
**Attorney General**

By: *Michael J. Berry*
Michael J. Berry, Ark Bar No. 2020136
Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone (501) 682-2007
Fax (501) 682-8118
Email: Michael.Berry@ArkansasAG.gov

For good cause shown, the above Motion is hereby GRANTED. The Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 396.

SO ORDERED this 29th day of January 2025.

_____
RUKHSANAH L. SINGH, U.S.M.J.