| | |
|---|---|
| Melissa A. Geist | James F. Hurst, P.C. (*pro hac vice*) |
| Julia A. Lopez | Andrew A. Kassof, P.C. (*pro hac vice*) |
| **REED SMITH LLP** | Diana M. Watral, P.C. (*pro hac vice*) |
| 506 Carnegie Center | Ryan J. Moorman (*pro hac vice*) |
| Suite 300 | Jason A. Feld (*pro hac vice*) |
| Princeton, NJ 08540 | **KIRKLAND & ELLIS LLP** |
| Tel: (609) 987-0050 | 333 West Wolf Point Plaza |
| | Chicago, IL 60654 |
| | Tel: (312) 862-2000 |

*Attorneys for Defendant Eli Lilly and Company*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>This Document Relates to:<br><br>All Tracks | Case No. 2:23-md-03080 (BRM)(RLS)<br><br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An Order of the Court granting a motion for *pro hac* vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

REED SMITH, LLP<br>
Attorneys for Defendant<br>
Eli Lilly and Company

Dated:  January 31, 2025          /s/ *Melissa A. Geist*
                                  Melissa A. Geist, Esq.

- 2 -

*PRO HAC VICE* ATTORNEY INFORMATION:

Christopher Burrichter
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
chris.burrichter@kirkland.com