## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br><br>**THIS DOCUMENT RELATES TO: SELF-FUNDED PAYER TRACK** | **Case 2:23-md-03080**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

### NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINTS

**PLEASE TAKE NOTICE** that Plaintiffs, by and through Co-Lead Counsel for the Self-Funded Payer Track ("Plaintiffs"), will move before the Honorable Rukhsanah L. Singh, U.S.M.J., at a date and time to be determined by the Court, at the United States District Court fot the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order, pursuant to Federal Rules of Civil Procedure 15 and 16, granting Plaintiffs leave to amend their complaints.

**PLEASE TAKE FURTHER NOTICE** that the specific Plaintiffs to which this Motion applies are identified in Schedule A attached hereto.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs will rely upon the Brief and the Declaration of David R. Buchanan

submitted herewith, along with any further submissions on reply and any arguments of counsel.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request oral argument.

Respectfully submitted,

Dated: January 31, 2025

*s/ David R. Buchanan*
David R. Buchanan
**SEEGER WEISS LLP**

Benjamin J. Widlanski
**KOZYAK TROPIN & THROCKMORTON, LLP**

Brandon L. Bogle
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARRY, MOUGEY, P.A.**

Mark P. Pifko
**BARON & BUDD, P.C.**

*Co-Lead Counsel for Self-Funded Payer Track*

## SCHEDULE A

| Case Name | Case No. |
|---|---|
| County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |
| Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |
| Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |

| Case Name | Case No. |
|---|---|
| Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |
| County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |
| Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| St. Louis County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-04615 |
| Mayor & City Council of Baltimore v. Eli Lilly & Company, et al. | 2:24-cv-05099 |
| City of Lorain, Ohio v. Eli Lilly and Company, et al. | 2:24-cv-05002 |
| Commonwealth of Pa. ex rel. Lawrence S. Krasner v. Eli Lilly and Company, et al. | 2:24-cv-05391 |
| Clark County v. Eli Lilly and Co., et al. | 2:24-cv-06568 |
| Heat and Frost Insulators Local No. 33 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06233 |
| Int'l Union of Operating Engineers Local No. 478 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06303 |
| Int'l Union of Operating Engineers Welfare Fund of Eastern Pa. v. Eli Lilly and Company, et al. | 2:24-cv-06312 |

| Case Name | Case No. |
|---|---|
| Board of Supervisors of Accomack County v. Eli Lilly and Company, et al. | 2:24-cv-06329 |
| City of Portsmouth, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-06331 |
| Hamblen County, TN v. v. Eli Lilly and Company, et al. | 2:24-cv-06456 |
| Greene County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06919 |
| City of Marietta, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-06949 |
| Johnson County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06973 |
| Cocke County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06980 |
| Kentucky Laborers District Council Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-07091 |
| Iron Workers' Locals No. 15 and 424  Extended Benefit Fund v. Eli Lilly and Company, et al. | 2:24-cv-07720 |
| Ulster County v. Eli Lilly and Company, et al. | 2:24-cv-07854 |
| Virginia Beach, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-07885 |
| Parish Government Risk Management Agency v. Eli Lilly and Company, et al. | 2:24-cv-08097 |
| County of Whitfield, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08235 |
| City of Hialeah, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08327 |