**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case 2:23-md-03080 MDL No. 3080** |
| | **JUDGE BRIAN R. MARTINOTTI JUDGE RUKHSANAH L. SINGH** |
| **THIS DOCUMENT RELATES TO: SELF-FUNDED PAYER TRACK** | |

**ORDER GRANTING LEAVE TO AMEND COMPLAINTS**

This matter having come before the Court upon the motion of Plaintiffs in the

Self-Funded Payer Track ("Plaintiffs") for an Order, pursuant to Federal Rules of

Civil Procedure 15 and 16, granting Plaintiffs leave to file amended complaints; and

the Court having considered the moving and opposition papers, and the oral

argument of counsel, if any; and good cause having been shown;

**IT IS** on this _____ day of _____, 2025,

**ORDERED** as follows:

1.      Plaintiffs' Motion for Leave to Amend Complaints is **GRANTED**;

2.      The Plaintiffs identified on Schdule A hereto are permitted to file

amended complaints to name Zinc Health Services, LLC, Ascent Health Services

LLC, and Emisar Pharma Services LLC as additional Defendants, with allegations

as to those additional Defendants following the form of Exhibit 1 attached to the

Declaration of David R. Buchanan submitted in support of Plaintiffs' Motion, and

shall file same within _____ days of the entry of this Order;

3.     Plaintiffs' amended complaints filed pursuant to this Order shall be

deemed served upon Defendants, including Zinc Health Services, LLC, Ascent

Health Services LLC, and Emisar Pharma Services LLC, upon filing; and

4.     In accordance with Case Management Order #1, Zinc Health Services,

LLC, Ascent Health Services LLC, and Emisar Pharma Services LLC are granted

an extension of time for responding by motion or answer to the complaints until a

date to be set by this Court.


_____

RUKHSANAH L. SINGH
United States Magistrate Judge


2

## SCHEDULE A

| Case Name | Case No. |
|---|---|
| County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |
| Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |
| Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |
| Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |

| Case Name | Case No. |
|---|---|
| County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |
| Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| St. Louis County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-04615 |
| Mayor & City Council of Baltimore v. Eli Lilly & Company, et al. | 2:24-cv-05099 |
| City of Lorain, Ohio v. Eli Lilly and Company, et al. | 2:24-cv-05002 |
| Commonwealth of Pa. ex rel. Lawrence S. Krasner v. Eli Lilly and Company, et al. | 2:24-cv-05391 |
| Clark County v. Eli Lilly and Co., et al. | 2:24-cv-06568 |
| Heat and Frost Insulators Local No. 33 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06233 |
| Int'l Union of Operating Engineers Local No. 478 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06303 |
| Int'l Union of Operating Engineers Welfare Fund of Eastern Pa. v. Eli Lilly and Company, et al. | 2:24-cv-06312 |
| Board of Supervisors of Accomack County v. Eli Lilly and Company, et al. | 2:24-cv-06329 |

| Case Name | Case No. |
|---|---|
| City of Portsmouth, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-06331 |
| Hamblen County, TN v. v. Eli Lilly and Company, et al. | 2:24-cv-06456 |
| Greene County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06919 |
| City of Marietta, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-06949 |
| Johnson County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06973 |
| Cocke County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06980 |
| Kentucky Laborers District Council Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-07091 |
| Iron Workers' Locals No. 15 and 424  Extended Benefit Fund v. Eli Lilly and Company, et al. | 2:24-cv-07720 |
| Ulster County v. Eli Lilly and Company, et al. | 2:24-cv-07854 |
| Virginia Beach, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-07885 |
| Parish Government Risk Management Agency v. Eli Lilly and Company, et al. | 2:24-cv-08097 |
| County of Whitfield, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08235 |
| City of Hialeah, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08327 |