COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF, LLP
Matthew F. Gately, Esq.
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
mfg@njlawfirm.com

*Interim Liaison Counsel for the Class Track*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF PETER S. PEARLMAN** |
|---|---|

**PLEASE TAKE NOTICE** that the appearance of Peter S. Pearlman is hereby withdrawn as counsel of record for Interim Liaison Counsel for the Class Track in the above-captioned action. The Class Track will continue to be represented by other counsel from Cohn Lifland Pearlman Herrmann & Knopf LLP and all other counsel of record.

Dated: February 3, 2025                                    Respectfully submitted,


                                                                              */s/ Matthew F. Gately*
                                                                              Matthew F. Gately