**SeegerWeiss LLP**
NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

February 5, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:** *In re: Insulin Pricing Litigation*, MDL No. 3080
      No. 2:23-md-03080-BRM-RLS
      **Joint List of Counsel – February 10, 2025 Case Management Conference**

Dear Judge Singh:

  Pursuant to the Court's January 18, 2025 Text Order [ECF No. 395], the parties submit this joint list of counsel who will be appearing at the February 10, 2025 in-person case management conference to address pending discovery issues in this matter. The list below identifies which counsel will take the lead in speaking on behalf of each side with an asterisk and lists the other attorneys who will be in attendance.

## Joint List of Counsel

### Plaintiffs

- **Self-Funded Payer Track**
    - David Buchanan (Seeger Weiss LLP)*
    - Steven Daroci (Seeger Weiss LLP)
    - Benjamin Widlanski (Kozyak Tropin & Throckmorton, LLP)
    - Tal Lifshitz (Kozyak Tropin & Throckmorton, LLP)
    - Mark Pifko (Baron & Budd, P.C.)
    - Burton LeBlanc (Baron & Budd, P.C.)
    - William Cash (Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr, and Mougey, P.A.)

- **State Attorney General Track**
    - Joanne Cicala (The Cicala Law Firm)*
    - Trey Watkins (Forman Watkins & Krutz LLP)
    - Lawrence Deas (Liston & Deas PLLC)

Hon. Rukhsanah L. Singh, U.S.M.J.
February 5, 2025
Page 2

- o   Darcie Tilly (California Department of Justice, Office of the Attorney General) (for the People of the State of California)*

- **Class Action Track**
    - o   Matthew Gately (Cohn Lifland Pearlman Herrmann & Knopf LLP)
    - o   Melissa Yeates (Kessler Topaz Meltzer & Check, LLP)
    - o   Jon Neumann (Kessler Topaz Meltzer & Check, LLP)*
    - o   Jordan Jacobson (Kessler Topaz Meltzer & Check, LLP)
    - o   Kelly Rinehart (Roberts Law Firm US, PC)
    - o   Don Ecklund (Carella, Byrne, Cecchi, Brody & Agnello, P.C.)
    - o   Jim Cecchi (Carella, Byrne, Cecchi, Brody & Agnello, P.C.)

**Manufacturer Defendants**

- **Sanofi-Aventis US LLC**
    - o   Julia E. McEvoy (Jones Day)
    - o   Melissa Lim Patterson (Jones Day)*
    - o   Liza M. Walsh (Walsh Pizzi O'Reilly Falanga LLP)
    - o   Lauren Malakoff (Walsh Pizzi O'Reilly Falanga LLP)

- **Novo Nordisk Inc.**
    - o   Patrick W. Blakemore (Davis Polk & Wardwell LLP)
    - o   Brian Carroll (McCarter & English, LLP)*

- **Eli Lilly and Company**
    - o   Ryan Moorman (Kirkland & Ellis LLP)*
    - o   Melissa A. Geist (Reed Smith)

**PBM Defendants**

- **OptumRx**
    - o   Liz Broadway Brown (Alston & Bird, LLP)*
    - o   Jordan Edwards (Alston & Bird, LLP)
    - o   Young Yu (O'Toole Scrivo)

- **Express Scripts**
    - o   Jason R. Scherr (Morgan, Lewis & Bockius, LLP)*
    - o   Patrick A. Harvey (Morgan, Lewis & Bockius, LLP)
    - o   Ethan Ackerman (Morgan, Lewis & Bockius, LLP)

- **CVS CaremarkPCS Health, LLC**
    - o   Nicholas Suellentrop (Williams & Connolly LLP)*
    - o   Daniel Dockery (Williams & Connolly LLP)
    - o   John D. Tortorella (Marino, Tortorella & Boyle, P.C.)

Hon. Rukhsanah L. Singh, U.S.M.J.
February 5, 2025
Page 3

Respectfully submitted,

*s/ David R. Buchanan*
David R. Buchanan

*Liaison Counsel for
Self-Funded Payer Track*

cc:     Counsel of Record (*via* ECF)