# EXHIBIT 2

*In re Insulin Pricing Litigation*, MDL 3080

**CVS Custodians**

1. Anderson, Joseph
   - Proposed by CVS; agreed by Plaintiffs.

2. Doruff, Patti
   - Proposed by CVS; agreed by Plaintiffs.

3. Wessels, Kevin
   - Proposed by CVS; agreed by Plaintiffs.

4. Rossman, Will
   - Proposed by CVS; agreed by Plaintiffs.

5. Loeber, Gary
   - Proposed by CVS; agreed by Plaintiffs.

6. Sekili, Aydin
   - Proposed by CVS; agreed by Plaintiffs.

7. Armstrong, Lora
   - Proposed by CVS; agreed by Plaintiffs.

8. Lofberg, Per
   - Engaged directly with the Manufacturers in relevant executive exchange meetings, key CVS public- and government-facing executive, referenced in MDL complaints.

9. Roberts, Jon
   - Signatory to CVS-Manufacturer agreements, engaged in C-suite meetings with Manufacturers, referenced in MDL complaints, involved in CVS's exclusionary strategies with respect to the at-issue drugs, PCMA board member.

10. Shah, Prem
    - Involved in high level CVS strategy with respect to diabetes medications and formulary construction.

11. Rice, Derica
    - Engaged directly with the Manufacturers in relevant executive exchange meetings, key CVS public- and government-facing executive, referenced in MDL complaints, involved in CVS's congressional response in 2019.

12. Joyner, David

- key CVS public- and government-facing executive, testified in May 2023 congressional insulin hearings, PCMA board member.

13. Moriarty, Thomas M.
    - Key CVS public- and government-facing executive, testified before Congress as part of the Congressional investigation into insulin pricing, engaged in C-suite level relationship with Lilly.

14. Lotvin, Alan M.
    - Involved in CVS Executive Committee regarding Manufacturer Payments and formulary exclusions with respect to at-issue drugs

15. Leonard, Matthew
    - EVP of CVS's Pharma Contracting Team for majority of relevant time period, worked on developing CVS's exclusionary formulary strategy, negotiated and met with Manufacturer Defendants numerous times regarding Manufacturer Payments and formulary placement and the at-issue drugs.

16. Cichowski, James
    - Worked on CVS's Industry Relations team for majority of relevant time period, identified by CVS in cases prior to formation of MDL as likely to have discoverable information.

17. Anzaldi, Santo
    - Director of Strategic Sales, identified by CVS in cases prior to formation of MDL as likely to have discoverable information.

18. Best, Dan
    - VP trade relations, voting member of FRC, and signatory to CVS-Manu rebate contracts.

19. Chandrasekaran, Vijay
    - SVP Trade Strategy, voting member of FRC, involved strategic planning on Manufacturer Payments and formulary placement for the at-issue drugs.

20. Stahl, Joe
    - VP Trade relations, signatory to CVS-Manu rebate contracts, involved in strategic planning with respect to Manufacturer Payments and formulary placement for the at-issue drugs, worked on project on Project Ibex/creation of Zinc Health.

21. Mancini, Jackelyn
    - Was a consultant for CVS at beginning of relevant time period, worked on the CVS exclusionary formulary strategy, worked on project on Project Ibex/creation of Zinc Health.

22. Rivera, Norman

- Director of Trade Relations assigned to the Diabetes & Obesity manufacturers, including Novo, Sanofi, and Lilly.

23. Mercure, Rich
    - Director of Trade Relations assigned to Sanofi account.

24. Schneider, Michael
    - Director of Trade Relations assigned to Lilly/Basal account.

25. Meyer, Kristi
    - Director of Trade Relations assigned to Lilly/Basal account.

26. Galperin, Michael
    - Director of Trade Relations assigned to Lilly/Basal account.

27. Justice, Rebecca
    - Director of Trade Relations assigned to Lilly/Basal account.

28. Hartzell, Jason
    - VP Trade relations, signatory to CVS-Manu rebate contracts, worked on Project Ibex/creation of Zinc Health

29. Gugliuzza, Domenico
    - VP Industry Analysis, signatory to CVS-Manu rebate contracts, voting member/chair of FRC, involved strategic planning on Manufacturer Payments and formulary placement for the at-issue drugs.

30. Patel, Shivam
    - Financial and Industry Analyst, responsible for formulary financial modeling related to at-issue drugs that was designed to maximize rebate value. Involved in financial analysis related to Manufacturer Payments and formulary construction for at-issue drugs.

31. Connolly, Dan
    - Identified by CVS in cases prior to formation of MDL as likely to have discoverable information.

32. George, David
    - Identified by CVS in cases prior to formation of MDL as likely to have discoverable information.

33. Galo, Diane,
    - Identified by CVS in cases prior to formation of MDL as likely to have discoverable information.

34. Sprotsy, Angela

- o Identified by CVS in cases prior to formation of MDL as likely to have discoverable information.

35. Schulman, Melissa
    - o SVP Fed Govt Affairs, key govt-facing CVS executive during relevant time period, interacted with CVS board of directors

36. Church, Lara
    - o Vice President Network Guarantee Management during Relevant Time Period.

37. Cleveland, Colleen
    - o VP, Analytic Consulting and Proposals at CVS Caremark during Relevant Time Period.

38. Penberthy, Shannon
    - o SVP Fed Govt Affairs, govt-facing CVS executive during relevant time period.

39. Dixon, James
    - o Executive Director Rebate Finance, involved in financial analysis of Manufacturer Payments and formulary construction for the at-issue drugs.

40. Pearson, Keith
    - o Dir of Trade Relations for Medicare Part D manufacturer relationships, signatory to CVS-Manufacturer rebate contracts, involved in Med D strategy related to Manufacturer Payments and formulary construction for the at-issue drugs.

41. Versosky, Roberty
    - o Executive Director for Manufacturer Payments and Industry Analysis, worked on Project Ibex/creation of Zinc Health, handled Manufacturer Payment invoicing for the at-issue drugs.

42. Zanin, Andrew
    - o Executive director Trade Relations for Medicare, involved in Med D strategy related to Manufacturer Payments and formulary construction for the at-issue drugs.

43. DeVaney, Ed
    - o Group Head – National Accounts and Coalitions during Relevant Time Period.

44. Fredell, Josh
    - o VP Product Development, voting member of FRC, involved in Med D strategy related to Manufacturer Payments and formulary construction for the at-issue drugs.

45. Brennan, Troyen

- EVP, Chief Health Officer; served as non-voting consultant to P&T committee during Relevant Time Period. Knowledge/info about formulary strategy, placement, and analysis/client presentations and proposals/publicly disseminated info.

46. Bodmer, Ken
    - Voting member of FRC during Relevant Time Period (Finance).

47. Khan, Arnie
    - Voting member of FRC during Relevant Time Period (Finance).

48. Walker, Mark
    - Voting member of FRC during Relevant Time Period (Finance).

49. Moyna, Audrey
    - Voting member of FRC during Relevant Time Period (Product).

50. O'Brien, Rob
    - Voting member of FRC during Relevant Time Period (Sales).

51. Rosen, Donna
    - Voting member of FRC during Relevant Time Period (Clinical Services).

52. Colucci, Susan
    - Voting member of FRC during Relevant Time Period (Clinical Services).

53. Weber, Doreen
    - Voting member of FRC during Relevant Time Period (Clinical Services).

54. Dempsey, Don
    - Vice President, Policy and Regulatory Affairs during Relevant Time Period.

55. Wilson, Laura
    - Voting member of FRC during Relevant Time Period (Med D Relations).

56. Schmidt, Kristin
    - Voting member of FRC during Relevant Time Period (Med D Relations).

57. Diller, Clinton
    - Senior Director, Product Innovation during Relevant Time Period.

58. Agraval, Nital
    - Manager, Clinical Program Development during Relevant Time Period.

59. Chang, Michael

- Executive Director, Formulary Administration during Relevant Time Period.

60. Chang, Michelle
    - Clinical Division Head - Health Plans during Relevant Time Period.

61. Southwell, Yvonne
    - VP, Medical Affairs during Relevant Time Period.

62. Dunleavy, Peter
    - Voting member of FRC during Relevant Time Period (Finance).

63. Baig, Timothy
    - Director, Formulary Research during Relevant Time Period.

64. Kirby, Jack
    - Voting member of FRC during Relevant Time Period (Finance).

65. Richards, Kelvin
    - Voting member of FRC during Relevant Time Period (Product).

66. Sarocka, Michael
    - Director of Client Services; Lead Director during Relevant Time Period.

67. Messina, Mindy
    - Voting member of FRC during Relevant Time Period (Sales).

68. Kravits, Andrea
    - Voting member of FRC during Relevant Time Period (Sales).

69. Stahlnecker, Alvah
    - Voting member of FRC during Relevant Time Period (Sales).

70. Griego, Aryln Dianne
    - Senior Contract Consultant, Contract Operations during Relevant Time Period.

71. Sims, Christopher
    - Director, Trade Relations during Relevant Time Period.

72. Cuttle, Robyn
    - Manager, Industry Analysis; Contract Operations during Relevant Time Period.

73. Conrow, Jam
    - Senior Manager, Finance and Strategy during Relevant Time Period.

74. Ford, Cassandra

- o Chief Clinical Leader, Employer Division; Lead Clinical Director; National Accounts during Relevant Period.

75. Northrop, Jared
    - o Clinical Director during Relevant Time Period.

76. Parker, Daniel
    - o Vice President, Strategic Sales Communication during Relevant Time Period.

77. Flum, Josh
    - o EVP, Chief Strategy & Business Development Officer; Head of CVS Health Ventures during Relevant Time Period.

78. Marrero, Ricardo
    - o Director, Strategic Accounts during Relevant Time Period.

79. Beauchamp, Jamie
    - o Director, Trade Relations during Relevant Time Period

80. Cockrell, Clint
    - o Financial Modeling and Analysis during Relevant Time Period

81. Lewis, Tammy
    - o Chief Marketing Officer (2014-2023) - CVS Caremark. Knowledge/info about client marketing/client surveys/strategy.

82. Phenix, Leonard (Leo)
    - o Leader in the Marketing Dept. (approximately 2010-2022) - CVS Caremark. Knowledge/info about client marketing/client surveys/strategy.

83. Rennick, Kelly
    - o Sr. Director in the Marketing Dept. (2016-2019) - CVS Caremark. Knowledge/info about client marketing/client surveys/strategy.

84. Sommers, Kim
    - o Sr. Manager, Renates Planning and Analysis - CVS Health (2005- Present). Knowledge/info about rebates/retention/client pass-through/financial data.

85. Pancoast, Brett
    - o Sr. Director, Finance – CVS Health (2013-Present).  Knowledge/info about rebates/retention/client pass-through/financial data.

86. Streeter, Amanda
    - o Finance Manager – CVS Health (2006-Present).  Knowledge/info about rebates/retention/client pass-through/financial data.

87. Ramirez (Griego), Arlyn Dianne
    - Sr. Manager, Contracting Operations – CVS Health (2006-present).  VP - Trade Relations.  2012-2019 and returned in 2020.  Knowledge/info about Caremark rebate retention/pricing strategy/formulary strategy/negotiations and contracting.