# EXHIBIT 3

*In re Insulin Pricing Litigation*, MDL 3080

**CVS Search Term Proposal**
(Terms not in CVS proposal in red)

A. **Standalone Terms**

**Diabetes Drugs:**
Apidra* OR Basaglar* OR fiasp* OR Humalog* OR Humulin* OR Lantus* OR Levemir* OR Novolin* OR Novolog* OR Soliqua* OR Toujeo* OR Aspart* OR Rezvoglar* OR Semglee* OR Soliqua* OR Toujeo* OR Degludec* OR Admelog* OR Ozempic* OR Tresiba* OR Trulicity* OR Victoza* OR Glargine* OR Lispro* OR Relion* OR Tanzeum* OR Mounjaro* OR Xultophy* OR Rybelsus* OR Adylxyin* OR "Insulin Therap*"

**CVS Block**
"Pharmacy Drug Classification" OR "Rebate Mitigation File" OR "Market Share Tool" OR "Zinc Fee R&O" OR "CPCS Fee R&O" OR "Rebate R&O" OR "202X Early Performance" OR "VBC – Drug Size Reporting" OR "VBI Contracts summary Report" OR "ACSF Trending" OR "Formulary Performance" OR "Commercial Stretch" OR "New to Market Block" OR QQYY_APC OR QQYY_APC_WACSales OR QQYY_APC_ByBusSeg OR QQYY_APC_ByCompanyCode OR QQYY_APC_By Drug OR QQYY_APC_ByClient OR QQYY_APC_By RevenueBucket OR "Enrollment by formulary type" OR "Entity estimated enrollment report" OR "Legacy contract values" OR "Commercial Summary-mmdd" OR "Zinc Summary mmdd – mmdd" OR "ZHS Contract Status Report" OR "Zinc Contract Stat Compliations Report for dist" OR "CPCS Contract Status Report" OR "CPCS Contract Stat Compliations Report for dist" OR "KPI Distribution Report" OR "Zinc new contract database" OR "Manufacturer Account Assignment List" OR "Generic Launch and Break Open Expectations from Red Oak Sourcing"

**Government Reports**
"Senate Finance" OR "Senate Committee on Finance" OR "Sen* Wyden" OR "Sen* Grassl*" OR "Examining the Factors Driving the Rising Cost of a Century Old Drug" OR "Priced Out of a Lifesaving Drug" OR "The Need to Make Insulin Affordable for All Americans" OR "Why is Novo Nordisk Charging Americans with Diabetes and Obesity Outrageously High Prices for Ozempic and Wegovy?" OR "Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and Squeezing Main Street Pharmacies" OR "Inaccessible Insulin: The Broken Promise of Eli Lilly's Authorized Generic" OR ((FTC or "Federal Trade Commission") /10 ("(6(b)" or "compulsory order*" or "special order*"))

B. **Terms with Connectors**

**Diabetes Drug Terms:**
antidiabetic* OR anti-diabetic* OR Insulin OR Detemir OR GLP* OR Kwikpen OR Lins OR Lispro OR NovoPen OR Novofine OR NovoTwist OR PenFill OR SoloSTAR OR Tanzeum OR Basal OR Logs OR Diabet* OR DPP4 OR "DPP-4" OR "Private Label" OR T2D OR

1

**Flextouch OR Flexpen OR 50/50 OR 70/30 OR 75/25 OR Liraglutide OR Lixisenatide OR Semaglutide OR Tirzepatide OR (authoriz! /3 generic) OR pen***

**Insulin Manufacturers Terms:**
Lilly OR LLY OR EliLilly OR Novo* OR Nordisk OR NVN OR NVO* OR NNI OR Sanofi OR SFI OR Aventis OR SAV OR SFI OR SNY

**PBM Terms:**
ESI OR "Express Scripts" OR **"Express-Scripts"** OR Optum* OR **Evernorth OR Medco OR ORx OR UHG OR OR "United health" OR Unitedhealth OR Catalyst OR Catamaran OR "Rx Solutions" OR "Prescription Solutions" OR SXC OR Cigna OR Aetna OR PacifiCare**

**Rebate Aggregator Terms:**
**Ascent OR (Zinc AND (GPO OR "Rebate Aggregator") OR Ibex OR Emisar OR "Coalition for Advance Pharmacy Services" OR CAPS OR (group /15 purchasing) OR (GPO w/15 service*) OR (GPO w/15 fee*) OR "GPO gateway fee*" OR (Rebate w/15 Aggregat*))**

**Manufacturer Payment Terms:**
AWP OR WAC OR Rebat* OR REB OR Fee* OR Discount* OR **Pric* OR List* OR** Cost* **OR** Incentiv* OR Bid* OR Proposal* OR RFP OR Audit* OR Report* **OR Plan*  Rate* OR Admin* OR AF OR Credit* OR Grant* OR Concession OR Inflat* OR Reconciliation OR "Market Share" OR "Market Access" OR Utiliz* OR Payment* OR Guarantee* OR Protection OR PP OR Portal OR Enterprise OR Agreement OR Volume OR Contract OR Grid* OR Disclos* OR "Safe Harbor" OR Arbitrage OR Offer* OR "Average Wholesale" OR "Wholesale Acquisition" OR AMP OR Retain* OR Profit* OR Revenue* OR "1 of" OR "Best Price" OR "Supply Chain" OR Keep OR Upside OR "Pharmacy Supplemental" OR "Indirect Purchase" OR "Promotional Allowances" OR Margin OR "Net Effective" OR "Net Net" OR "Net-Net" OR Increment* OR "Managed Care" OR "Tie" OR "Ty*" OR "Bundl*" OR "Pharma Revenue" OR "Retention OR (Data /3 (service* OR charg* OR fee*)" OR Gateway OR Predictab* OR MSB OR "Most Favored Nation" OR MFN OR chargeback OR "Anchor Date" OR Base OR Lever* OR Comparables OR "Gross Trend" OR Partner OR ICE OR BIM OR "Budget Impact Model" OR IHS OR "Integrated Health Services"  OR PRA OR "Price Reimbursement Access" OR VBC OR "Value-Based Decision"  OR "Generic /5 Specialty" OR chargeback OR "Price Predictability"**

**Formulary Terms:**
Formular* OR Develop* OR Analy* **OR "Preferred Drug List" OR PDL OR Tier OR Prefer* OR Exclu* OR Disadvantag* OR Differential OR "Silver Script" OR "Standard Control" OR SCF OR "Advanced Control" OR ACF OR ACSF OR Value OR "ACC" "Performance Drug" OR "Prescribing Guide" OR "Core Standard" OR "Core Choice" OR "Select Standard"  OR "Select Choice" OR "National Preferred" OR Premiums OR Managed OR Committee*OR "Highly Controlled" OR HCF OR  "Performance Drug List" OR "Medical Affairs" OR OMA OR "Drug List" OR "Prescription Drug Guide" OR "RxZero" OR VAC OR "AF" OR "TS&O" OR "CSS" OR** "Pharmacy + Therapeutic*" OR "Pharmacy and Therapeutic*" **OR ("P&T" /2 Committee*) OR ("PT" /2 Committee*) OR "Formulary**

2

Review Committee" OR FRC* OR "Industry Analysis" OR "Trade Relations" OR "Strategic Formulary Management"

**Utilization Management Terms:**
"Prior Authorization" OR "Prior Auth" OR PA OR "Quantity Limit" OR QL OR QLL OR "Step-Therapy" OR "Step-Therapies" OR "Step Edit" OR "Step-Edit" OR Step OR "Therapeutic Intervention*" OR "Therapeutic Substitution" OR "Utilization Management" OR "Utilization Review" OR DUR OR UM OR UR OR "Drug Quantity" OR "predictive model" OR "member letter" OR "education letter" OR "polypharmacy outreach" OR "polypharmacy letter" OR "Adverse Communication" OR "NDC Lock" OR "counter-detail*" OR "counter detail*" "counter-promot*" OR "counter promot*" OR "fail first"

**Pull Through Terms:**
"Pull Through" OR "Pull Thru" OR "Pull-Through" OR "Pull-Thru" OR Liason OR "Co-Market*" OR "Co Market*" OR (Patient /3 Transition) OR (Patient /3 Educat*) OR (Provider /3 Transition) OR (Provider /3 Educat*) OR (Prescriber /3 Transition) OR (Prescriber /3 Educat*) OR (Patient /3 Outreach) OR (Patient /3 Outreach) OR (Provider /3 Outreach) OR (Provider /3 Outreach) OR (Prescriber /3 Outreach) OR (Prescriber /3 Outreach) OR (Member /3 Educat*) OR (Member /3 Transition) OR (Member /3 Outreach) OR (Member /3 Communication) OR (Therapeutic /3 intervention) OR (Patient /3 transition) OR Steer* OR (change /3 notification)

**Diabetic Harm Terms:**
OOP OR "out of pocket" OR "out-of-pocket" OR "Co Pay" OR "Copay" OR "Co-Pay" OR Coinsurance OR Co-Insurance OR Uninsured OR Cash OR Deductible OR HDHP OR "donut hole" OR "do-nut hole" OR "Coverage Gap" OR Catastrophic OR Unaffordab OR (skip* /3 dos*) OR Ketoacidosis OR Suffer* OR "Bad Press" OR Ration* OR Blind* OR Amput* OR Death OR Die* OR (Struggl* /20 Afford*) OR (Struggl* /20 Pay*) OR (Unable /20 Afford*) OR (Unable /20 Pay*) OR (Pay /20 List) OR (Pay /20 WAC) OR (Pay /20 AWP) OR (Patient /20 Adhere*) OR (Diabetic /20 Adhere*) OR "Blink Health" OR "Mark Cuban" OR "Cost Plus" OR (Switch* /3 (medical* OR nonmedical* OR non-medical* OR "non medical*")) OR Maximiz* OR Accumulat* OR Disrupt* OR "political action committee" OR PAC

**Client Terms:**
Underwrit* OR PC OR "Provider Relations" OR "Clinical Programs" OR "Clinical Project" OR "Clinical Services" OR "Request* for Proposal*" OR RFP OR Proposal OR Pass-Through OR "Pass Through" OR Pass-Thru OR "Pass Thru" OR Spread OR Traditional OR Guarantee* OR "Plan sponsor*" OR "plan member*" OR "plan participant*" OR "PBM services" OR "pharmacy benefit management services" OR "business development" OR "per retail brand" OR "per mail brand" OR "per retail specialty brand" OR "per retail speciality brand" OR "per script" OR "electronic claim administration fee" OR "Manual claim administration fee" OR "exclusive choice network" OR OED or "Overall effective discount" OR "clinical solutions" OR transparen* OR audit*

**Trade Association Terms:**

3

"Pharmaceutical Research and Manufacturers" OR PhRMA OR **"Pharmaceutical Care Management Association" OR PCMA OR Pre-Read OR "Pre read" OR (customer /3 exchange) OR (executive /3 exchange) OR "Annual Meeting" OR "Business Forum" OR (Private /3 meet*) OR "Leadership Summit" OR "Deep Dive" OR "Pharmaceutical Company Partner" OR OR "JP Morgan Healthcare Conference"**

**Government/Lobbying Terms:**
**"Safe Harbor" OR "Safe-Harbor" OR "Bona fide service" OR "Inflation Reduction" OR "Rebate Rule" OR "Transparen*" OR Investigation OR "Elizabeth Warren" OR Kickback OR "Kick Back" OR "Attorney General" OR "Attorneys General" OR "AG" OR Transpar* OR "political action committee" OR PAC OR Senat* OR (House /3 Rep*) OR "Department of Justice" OR DOJ OR "Federal Trade Commission" OR FTC OR "Health and Human Services" OR HHS OR "HELP" OR Azar OR "Price Fixing" OR Collusion OR Congress OR (Reform* w/20 legislat*) OR CDC OR "Centers for Disease Control" OR CMS OR "Centers for Medicare & Medicaid" OR FDA OR "Food and Drug Administration" OR GAO OR "Government Accountability Office" OR lobby* OR "pre-read" OR preread OR "preread" OR "inspector general" OR "attorney general" OR "surgeon general" OR USDA OR "Department of Agriculture"**

**Pharmacy Terms:**
**Network OR Clawback OR DIR OR Pharmacy OR (CLAW* /3 BACK*) or (dispens! /3 fee)**

**Committee Terms:**
**Agenda OR Highlights OR Charter OR Minutes OR Grid OR "Recommendation Report" OR Model* OR "Exclusion Review" OR Synergy OR Analytic* OR Budget OR Underwrite* OR Financ* OR "Master Deck" OR "Exclusion Deck" OR Rxreport OR "Rx Report"**

**Consulting Terms:**
**McKinsey OR "Charles Rivers Associates" OR CRA OR "IMS Consulting Group" OR "IMS Health" OR "ZS Associates" OR "Deliotte Monitor" "Monitor Deloitte" OR Deloitte OR "Advantage Point Solutions" OR "Quarterline" OR "IMS Consulting Group" OR "Putnam Associates" OR KPMG OR "Synopia Rx" OR "Ballina Pharma" OR "Ashfield Healthcare" OR "ZS Associates" OR Milliman OR "Boston Consulting Group" OR BCG OR Redburn OR "Third Party Administrator" OR "Third-Party Administrator" OR TPA OR Premera OR Mercer OR Aon OR IQVIA**

**EMAIL/WEB ADDRESSES**
**lilly.com OR novonordisk.com OR OR novo.dk OR Sanofi.com OR sanofi-aventis.com OR aventis.com OR sanofipasteur.fr OR optum.com OR optumrx.com OR uhc.com OR uhg.com OR unitedhealthgroup.com OR express-scripts.com OR evernorth.com OR medco.com OR thecignagroup.com OR cigna.com OR phrma.org OR pcma.org OR zincrequest@cvshealth.com OR zinchealthservices.com**

4

### C. Search Strings for Terms with Connectors

Standalone Terms

([Insulin Manufacturers Terms] OR [PBM Terms] OR [Rebate Aggregator Terms] OR [Manufacturer Payment Terms] OR [Formulary Terms] OR [Utilization Management Terms] OR [Pull Through Terms] OR [Diabetic Harm Terms] OR [Client Terms] OR [Trade Association Terms] OR [Government/Lobbying Terms] OR [Pharmacy Terms] OR [Committee Terms] OR [Consulting Terms]) w/100 [Diabetes Drug Terms]

[Email/Web Addresses] AND [Diabetes Drug Term]