

# SALIM-BEASLEY LLC
### ATTORNEYS AT LAW

| | |
|---|---|
| 1901 Texas Street | Robert L. Salim |
| Natchitoches, LA 71457 | Barrett Beasley* |
| Toll-Free: 1-800-491-1817 | Lisa Causey-Streete** |
| Facsimile: (318) 354-1227 | *Also admitted in California |
| www.salim-beasley.com | **Also admitted in Texas |

February 6, 2025

**Via ECF**

Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re:   *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS (MDL No. 3080)
        Withdrawal of Motions to Remand and Request to File Motion to Remand

Dear Judge Martinotti:

Please be advised that this firm represents the Attorneys General of the State of Louisiana and the State of Indiana. On May 19, 2023, the State of Louisiana filed a motion to remand in D.N.J. No. 23-22978. (ECF No. 24.) As this Court is aware, the State of Louisiana also has another transferred complaint. (No. 24-7048.)

On May 10, 2024, the Attorney General of the State of Indiana filed a motion to remand post transfer in D.N.J. No. 24-6068, ECF No. 16, which was administratively terminated on May 14, 2024, by this Court; all related deadlines were stayed. (ECF No. 179.) On July 2, 2024, the Attorney General of the State of Louisiana submitted a request to this Court for leave to move to remand both Louisiana cases to state court. (No. 2:23-md-03080, ECF No. 223.) The Court granted Louisiana's request on July 15, 2024. (ECF Nos. 229.)

By way of this correspondence, the Attorneys General of the State of Louisiana and the State of Indiana respectfully withdraw their motions to remand and request for permission to file a motion to remand referenced above.

With kindest regards,

*Robert L. Salim*

Robert L. Salim

cc: All Counsel of Record via ECF