**SEEGERWEISS** LLP
NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

February 6, 2025

<u>VIA ECF</u>

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *In re: Insulin Pricing Litigation*, MDL No. 3080
               No. 2:23-md-03080-BRM-RLS
               <u>Additions to Joint List of Counsel – February 10, 2025 Case Management Conference</u>

Dear Judge Singh:

    Pursuant to the Court's January 18, 2025 Text Order [ECF No. 395], we write to identify the following additional counsel who will be appearing on behalf of the Self-Funded Payer Track at the February 10, 2025 in-person case management conference:

- **Self-Funded Payer Track**
  - Troy Rafferty (Rafferty Domnick Cunningham & Yaffa)
  - Sean Domnick (Rafferty Domnick Cunningham & Yaffa)
  - Fred Cunningham (Rafferty Domnick Cunningham & Yaffa)
  - Jack Lurton (Rafferty Domnick Cunningham & Yaffa)
  - Pearl A. Robertson (Irpino, Avin & Hawkins)

                                      Respectfully submitted,

                                      <u>*s/ David R. Buchanan*</u>
                                      David R. Buchanan

                                      *Liaison Counsel for*
                                      *Self-Funded Payer Track*

cc:    Counsel of Record (*via* ECF)