

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

February 6, 2025

**Via ECF**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *In re: Insulin Pricing Litigation*, MDL No. 3080
           Case No. 2:23-md-03080-BRM-RLS

Dear Judge Singh:

    This firm, together with Alston & Bird LLP, represents Defendant OptumRx Inc. ("OptumRx") in this matter.

    Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request leave of Court to withdraw the *pro hac vice* admission of Jean E. Richmann of Alston & Bird LLP as counsel for OptumRx. The law firms of O'Toole Scrivo, LLC and Alston & Bird LLP will continue to represent OptumRx in this action.

    If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. We thank the Court for its time and consideration.

    Respectfully submitted,

    */s/ Thomas P. Scrivo*

    Thomas P. Scrivo

Cc:    All counsel of record (*via* ECF)