# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: DIRECT PURCHASER INSULIN PRICING LITIGATION** | Case No. 2:23-MD-03080<br>MDL No. 3080<br><br>**ORAL ARGUMENT REQUESTED** |

**THIS DOCUMENT RELATES TO:**    Class Action Track

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Plaintiff, Nashville Pharmacy Services, hereby files this Notice of Change of Firm Affiliation and Address, and would respectfully show the Court the following:

Please take notice that Charles Barrett, counsel for Nashville Pharmacy Services, has left the firm of Neal & Harwell, PLC and has joined the following firm:

> Charles Barrett
> CUNEO, GILBERT & LADUCA, LLP
> 4235 Hillsboro Pike
> Suite 300
> Nashville, TN 37215
> (615) 293-7375
> cbarrett@cuneolaw.com
> www.cuneolaw.com

Plaintiff requests that the Court, the Clerk of Court, and all parties of record update their firm affiliation and contact information counsel identified above and direct all correspondence, notices, orders, and filings related to this case be sent to the address provided above, effective immediately.

Dated: February 7, 2025.

          Respectfully submitted,

          /s/ *Charles Barrett*
          Charles Barrett
          CUNEO, GILBERT & LADUCA, LLP
          4235 Hillsboro Pike
          Suite 300
          Nashville, TN 37215
          (615) 293-7375
          cbarrett@cuneolaw.com

## **CERTIFICATE OF SERVICE**

I, Charles Barrett, hereby certify that a true and exact copy of the foregoing has been forwarded, via the ECF system, on this the 7th day of February, 2025, to all counsel of record.

          /s/ *Charles Barrett*
          Charles Barrett