

**Rob Bonta**
Attorney General

600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266
Public:  (619) 738-9000
Telephone:  (619) 738-9559
E-Mail:  Darcie.Tilly@doj.ca.gov

February 7, 2025

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey

RE:   *In re: Insulin Pricing Litig.,* No. 2:23-md-03080-BRM-RLS

Dear Judge Martinotti:

On behalf of the People of the State of California, CaremarkPCS Health, L.L.C., and Express Scripts, Inc., Parties to Member Case: *People of the State of California v. Eli Lilly & Co., et al.*, No. 2:24-cv-11488-BRM-RLS, we submit the enclosed proposed Case Management Order Governing Motions to Remand.

DARCIE A. TILLY
Deputy Attorney General

For   ROB BONTA
Attorney General of the State of California

*Counsel for the People of the State of California*

cc: All counsel of record