## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

| | |
|---|---|
| Dated: February 7, 2025 | _/s/ Darcie Tilly_ |
| | Darcie Tilly |