

David R. Buchanan
(973) 639-9100
dbuchanan@seegerweiss.com

February 7, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation*, MDL No. 3080
      Case No. 2:23-md-03080-BRM-RLS
      CMC Agenda and Biweekly Update

Dear Judge Martinotti:

  We write on behalf of the parties to submit a proposed agenda for the Case Management Conference scheduled for Tuesday, February 11, 2025, and to provide a biweekly update. For the Court's consideration, we have also attached updated lists of pending cases and motions.

  **CMC Agenda**

  Although the parties have very few agenda items for this month's CMC, they were not able to reach agreement on them.

1. Defendants believe it would be productive to address the influx of new cases, including different options for the Court to efficiently resolve the statute-of-limitations arguments they present. Plaintiffs believe Defendants' request to include this item on the agenda is premature and respectfully request that the Court defer consideration until after the parties meet and confer over any specific proposals.

2. In the event that Judge Singh alters the current discovery schedule, Plaintiffs propose discussing the resulting impact on the remaining case schedule. Defendants think the discovery schedule is an issue for Judge Singh. Since the parties are already scheduled to appear before her on Monday, Defendants do not believe this item should be included in the CMC agenda.

Hon. Brian R. Martinotti, U.S.D.J.
February 7, 2025
Page 2

**Biweekly Update**

1. The parties are exchanging proposals regarding deposition protocols. Plaintiffs provided the Defendants with a proposed deposition protocol on December 17, 2024, and are awaiting a response from Defendants.

2. The parties are continuing to meet and confer about a structure to support timely submission of agendas and status reports. Defendants provided the Plaintiffs with a proposed protocol on January 3, 2025, and the parties anticipate having an agreed upon protocol in place prior to the next biweekly update.

3. Certain Plaintiffs in the SFP Track have been producing Plaintiff Fact Sheets and corresponding document productions. The parties will meet and confer, as necessary, in accordance with Case Management Order #14 (Plaintiff Fact Sheet Implementation Order) [ECF No. 315].

4. The parties are continuing to meet and confer regarding various discovery issues.

5. The parties are scheduled to appear before Judge Singh on Monday, February 10.

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*State Attorney General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ Matthew Gately*
Matthew Gately
*Liaison Counsel for*
*Class Action Track*

*/s/ John D. Tortorella*
John D. Tortorella

Enclosures

cc: Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
    Counsel of Record (*via* ECF)