# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **DATE:** February 10, 2025

**JUDGE RUKHSANAH L. SINGH**

**COURT REPORTER:** Shannan Gagliardi

**TITLE OF CASE:**  **DOCKET # 2:23-md-3080 (BRM) (RLS)**
IN RE: INSULIN PRICING LITIGATION

**APPEARANCES:**
Don Ecklund, Esq., Interim Liaison Counsel for Third Party Payer Track
Matthew Gately, Esq., for DPP & Co-Lead counsel for DPP Class
Jon Neumann, Esq., & Melissa Yeates, Esq., Interim Counsel for Third Party Payer Track, PBM
David Buchanan, Esq., Tal Lifshitz, Esq., Benjamin Widlanski, Esq., Mark Pifko, Esq., Burton LeBlanc, Esq., Pearl Robertson, Esq., William Cash, Esq., & Steven Daroci, Esq., Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, Esq., Sean Domnick, Esq., Troy Rafferty, Esq., Fred Cunningham, Esq., Jack Luston, Esq., Darcie Tilly, Esq., Lawrence Deas, Esq., & Trey Watkins, Esq., Interim Liaison Counsel for State Attorneys General Track
Jordan Jacobson, Esq., Kelly Rinehart, Esq., & Jim Cecchi, Esq., Class Action Track
Liza Walsh, Esq., Melissa Lim Patterson, Esq., Lauren Malakoff, Esq., & Julie McEvoy, Esq., for defendant Sanofi-Aventis US LLC.
Patrick Blakemore, Esq., & Brian Carroll, Esq., for defendant Novo Nordisk, Inc.
Ryan Moorman, Esq., & Melissa Geist, Esq., for defendant Eli Lilly and Company
Patrick Harvey, Esq., Ethan Ackerman, Esq., & Jason Scheer, Esq., for defendant Express Scripts
Daniel Dockery, Esq., Nicholas Suellentrop, Esq., & John Tortorella, Esq., for defendant CVS Caremark PSC Health, LLC
Jordan Edwards, Esq., Young Yu, Esq., & Liz Broadway Brown, Esq., for defendant OptumRx

**NATURE OF PROCEEDING:** In Person Conference
Ordered any transcript of today's proceedings be placed under seal pending proposed redactions by the parties and an appropriate motion to seal.
Case management conference held.
Decision read into the record. Counsel Ordered to meet and confer.
Order to be entered.

Time Commenced: 2:04 p.m.
Time Adjourned:   2:51 p.m.
Total Time:     47 minutes

s/ Ivannya Fitzgerald
**DEPUTY CLERK**