# U.S. DISTRICT COURT DISTRICT OF NEW JERSEY

## APPLICATION FOR REFUND OF FEES PAID ELECTRONICALLY

**Background:**

Pursuant to the Court's Electronic Case Filing Policies and Procedures at Paragraph #5, when a document has been filed electronically, the official record of the document is the electronic recording as stored by the court, and the filing party is bound by the document filed. A document filed electronically is deemed filed on the date and time stated on the Notice of Electronic Filing from the Court.

Judicial Conference Policy generally prohibits the refund of fees, however refunds may be issued upon approval under limited circumstances, such as:

a. When an overpayment has been made by the filer, or

b. When a duplicate, identical complaint, notice of removal, a notice of appeal, petition for writ of habeas corpus, or pro hac vice request for NEF is filed more than once by the same attorney or the same law firm.

1. A request for a refund of fees paid via **Pay.gov** shall be made by this application which must be filed electronically with the Clerk of Court.

2. Upon filing, the Clerk's Office will review the application and, if appropriate, issue a Clerk's Order approving a refund, signed by the Clerk or his/her designee.

3. All other applications for refund will be directed to the assigned judge.

4. The Finance Department will issue a refund through Pay.gov against the credit card used. Refunds for ACH transactions require a check be issued by the Clerk of Court. (If it was an ACH transaction, please indicate the payee name and address that the check will be sent to below.)

**Name:** Benjamin J. Widlanski

**Case number:** 2:23-md-03080-BRM-RLS

**Date of request:** 02/11/2025

**Date of transaction:** 12/31/20224

**Current address:** 2525 Ponce de Leon Blvd., 9 Floor, Miami, FL 33134

**Receipt** number or **Pay.gov** tracking ID number: ANJDC-15909039

**Reason for refund:** We incorrectly filed a Complaint in this case (ECF No. 356). Subsequently, we re-filed the Complaint under Case No. 2:24-cv-1153 as referenced in the Notice of Correction (ECF No. 363). In both cases the $405 filing fee was paid. Therefore, we respectfully request a refund of the filing fee associated with the above-referenced tracking ID number.

**\*\*Please attach a copy of all receipts associated with the filing.\*\***

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Tuesday, December 31, 2024 2:28 PM
To: Rachel Sullivan <rs@kttlaw.com>
Subject: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT

CAUTION: [This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]


Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

  Account Number: 5760823
  Court: NEW JERSEY DISTRICT COURT
  Amount: $405.00
  Tracking Id: ANJDC-15909039
  Approval Code: 183483
  Card Number: ************2308
  Date/Time: 12/31/2024 02:28:01 ET

  Person Completing Transaction: Rachel Sullivan
  Attorney Name: Ben Widlanski
  Attorney Email: bwidlanski@kttlaw.com

NOTE: This is an automated message. Please do not reply