UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  
Magistrate Judge:   Rukhsanah L. Singh  
Court Reporter:   Tammera Witte  

Date:   02/11/2025  
Case Nos:   23MDL3080  

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

David R. Buchanan, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, W. Lawrence Deas, Interim Liaison Counsel for State AG Track
Michael Roberts & Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
Trey Watkins & Dominick Cunningham, State AG
Darcie Tilly, California AG
Mark Pikfo, Attorney for Plaintiffs
Sona Shah, Attorneys for Self-Funded Payer Track
Steven Daroci, Tal Lipschutz, Ben Widlanski, Jordan Jacobson,
Sean Dominick, Troy Rafferty, Bill Cash, & Fred Cunningham, Attorneys for Plaintiffs

Liza M. Walsh, Lauren Malakoff, Melissa L. Patterson, & Julie E. McEvoy, Attorneys for Sanofi
Melissa A. Geist & Ryan Moorman, Attorneys for Eli Lilly
Brian W. Carroll & Patrick W. Blackmore, Attorneys for Novo Nordisk
Patrick A. Harvey, Attorney for Express Scripts
Daniel Dockery & Nicholas Suellentrop, Attorneys for CaremarkPCS Health, LLC
Young Yu, Liz Broadway Brown & Jordan W. Edwards, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**

None

Nature of Proceedings:

Liaison Counsel mtg. held in chambers
Case Management Conference
Court ordered as follows:
- Case Mgt. Conference set 03/11/2025, 11:00 am
- Remand Motions: Order Briefing Schedule to be filed
- New Case Filing/Mtn to Dismiss (5) to be decided in due course. Counsel to advise if

supplemental submissions are necessary.
OTBS

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 11:00 am to 11:40 am
Resumed:   12:00 pm
Time Concluded: 12:10 pm