**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | **Case 2:23-md-03080**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**CASE MANAGEMENT ORDER #18**
**(ORDER GOVERNING MOTIONS TO REMAND)**

This Case Management Order, jointly proposed and agreed upon by the Parties to *People of the State of California v. Eli Lilly & Co.*, No. 2:24-cv-11488 (the "Parties"), sets forth the procedure and timeline for motions to remand pursuant to 28 U.S.C. § 1447 of all actions removed pursuant to 28 U.S.C. § 1442 currently pending in any track of MDL No. 3080, *In re: Insulin Pricing Litigation*, or later added or transferred to MDL No. 3080.

1) The Parties shall refile the following motion to remand and all related exhibits, responses, replies, notices of supplemental authority, and responses thereto. ECF Nos. 138, 148–50, 152, 156–57.

2) The People of the State of California (the "People") will submit a supplemental brief, not to exceed six pages. The People's supplemental brief is due within seven days of entry of this Case Management Order.

1

3)    Express Scripts, Inc. ("Express Scripts") and CaremarkPCS Health, L.L.C. ("Caremark") filed notices of removal in the action (together, the "Removing Defendants").  Express Scripts and Caremark will each submit a supplemental response to People's supplemental brief, not to exceed six pages.  The Removing Defendants' supplemental briefs are due within thirty days of service of the People's supplemental brief.

4)    All briefing will be exchanged among the Parties on the appointed dates, and then filed with the Court as an omnibus packet in the MDL No. 3080, *In re: Insulin Pricing Litigation*, docket, within seven days of service of the Removing Defendants' supplemental briefs.

Pursuant to the Court's instruction, the Parties include in this stipulation: Unless provided for herein or otherwise ordered by the Court, no other motions to remand may be filed at this time in any action currently pending in any track of MDL No. 3080, *In re: Insulin Pricing Litigation*, or later added or transferred to MDL No. 3080.

**IT IS SO ORDERED.**

Dated:  February 13, 2025

/s/ *Brian R. Martinotti*
BRIAN R. MARTINOTTI
United States District Judge

2