UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| INSULIN PRICING LITIGATION : : : : : : : : : | Action No. 2:23-md-03080-BRM-RLS<br><br>**CLERK'S ORDER** |

This matter having come before the Court upon the filing of a Complaint, filed on December 31, 2024 by Benjamin Widlanski, counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐ a. An overpayment has been made by the filer; **OR**

☐ b. A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☒ c. A duplicate, identical a Complaint was filed more than once by the same attorney or the same law firm; **OR**

☐ d. This filing does not require a filing fee; and for good cause shown;

IT IS on this 13th day of February 2025,

**ORDERED THAT**, the sum of $405.00 is refunded through Pay.gov.

MELISSA E. RHOADS, CLERK

By: *Melissa Connolly*
Melissa Connolly, Management Analyst