

February 21, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:   *In re: Insulin Pricing Litigation*, MDL No. 3080
             Case No. 2:23-md-03080-BRM-RLS

Dear Judge Martinotti:

Pursuant to CMO #5, the parties provide the following status update for the weeks ending February 14 and 21:

1. **Biweekly status reports and CMC agendas.** The parties agreed upon a procedure for exchanging information to be included in biweekly status reports and case-management-conference agendas.

2. **Ongoing discovery conferrals.** In accordance with the Court's directive during the February 10, 2025 Case Management Conference before Judge Singh, the parties continue to confer regarding custodians, data sources, search terms, and TAR (with respect to Express Scripts).

3. **Deposition protocol.** Defendants provided their proposed edits to the draft deposition protocol on February 7, 2025. Plaintiffs are currently reviewing Defendants' edits and will be proposing a time for the parties to confer in the near future.

4. **Privilege log protocol.** The parties met and conferred earlier this week regarding the draft privilege log protocol.

5. **SFP Plaintiff Fact Sheets.** Certain Plaintiffs in the SFP Track have been producing Plaintiff Fact Sheets and corresponding document productions. The parties will meet and confer, as necessary, in accordance with Case Management Order #14 (Plaintiff Fact Sheet Implementation Order) [ECF No. 315].

6. **Selection of Special Master for Common-Benefit Issues.** The Plaintiff Tracks have discussed the selection of a special master to assist with Plaintiffs' common-benefit matters. Plaintiffs anticipate submitting a proposed order for the Court's consideration shortly. It is the Class Action Track's position that a special master for common-benefit issues is not necessary for the Class Action Track.

Hon. Brian R. Martinotti, U.S.D.J.
February 21, 2025
Page 2

For the Court's reference, the parties enclose a current list of motions before Your Honor.

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ Joanne Cicala*　　　　　　　　　　*/s/ David R. Buchanan*
Joanne Cicala　　　　　　　　　　　　David R. Buchanan
*Liaison Counsel for*　　　　　　　　　*Liaison Counsel for*
*State Attorney General Track*　　　　　*Self-Funded Payer Track*

*/s/ Matthew Gately*　　　　　　　　　*/s/ John D. Tortorella*
Matthew Gately　　　　　　　　　　　John D. Tortorella
*Liaison Counsel for*
*Class Action Track*

Enclosure

cc:　　Honorable Rukhsanah L. Singh, U.S.M.J. (*via* ECF)
　　　Counsel of Record (*via* ECF)