**SEEGERWEISS LLP**

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

February 25, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *In re: Insulin Pricing Litigation*, MDL No. 3080
              Case No. 2:23-md-03080-BRM-RLS

Dear Judge Singh:

On behalf of the parties, we submit for the Court's consideration the enclosed Stipulation and Order Governing the Motion for Leave to Amend filed in the Self-Funded Payer Track [ECF No. 406].

Thank you for your continuing attention to this matter.

                                          Respectfully submitted,

                                          *s/ David Buchanan*

                                          David Buchanan

                                          *Liaison Counsel*
                                          *for the Self-Funded Payer Track*

Enclosure

cc:      Honorable Brian R. Martinotti, U.S.D.J. (*via* ECF)
           Counsel of Record (*via* ECF)