UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case 2:23-md-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO: SELF-FUNDED PAYER TRACK**

**[PROPOSED] CASE MANAGEMENT ORDER #___**

**(STIPULATION AND ORDER GOVERNING MOTION FOR LEAVE TO AMEND IN THE SELF-FUNDED PAYER TRACK)**

The Parties hereby submit the following Stipulation and Order Governing the forthcoming Motion for Leave to Amend in the Self -Funded Payer Track:

1. On January 31, 2025, Plaintiffs in the Self-Funded Payer Track filed one Omnibus Motion for Leave to Amend ("Motion") to name Zinc Health Services, LLC; Ascent Health Services LLC; and Emisar Pharma Services LLC as additional Defendants. ECF No. 406. The Motion included a schedule identifying the actions within the Self-Funded Payer Track to which it applies.

2. Within 30 days of the Court's decision on Defendants' Motions to Dismiss filed with respect to the "SFP Motion to Dismiss Actions" (as defined in Case Management Order #6) [ECF No. 128],[1] (a) the Manufacturer Defendants will file one consolidated opposition to the Motion and (b) the PBM Defendants will file one consolidated opposition to the Motion.

---

[1] These cases include: *County of Albany v. Eli Lilly and Co.*, et al., No. 23-cv-07042 (D.N.J.); *Lake County, Illinois v. Eli Lilly and Co., et al.*, No. 23-cv-08487 (D.N.J.); and *King County v. Eli Lilly and Co., et al.*, No. 23-cv-21178 (D.N.J.). *See* ECF Nos. 249-50, 256, 258 (Manufacturer Defs.' Mtn); ECF Nos. 251-55, 257, 259 (PBM Defs.' Mtn).

3.      Within 14 days of Defendants' oppositions, Plaintiffs in the Self-Funded Payer Track will file (a) one reply brief in response to the Manufacturer Defendants' opposition and (b) one reply brief in response to the PBM Defendants' opposition to the Motion.

Stipulated and agreed to by the Parties on February 25, 2025.

By:  /s/ David R. Buchanan
David R. Buchanan, Esq.
**SEEGER WEISS LLP**

Mark P. Pifko, Esq.
**BARON & BUDD, P.C.**

Brandon L. Bogle, Esq
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARRY, MOUGEY, P.A.**

Benjamin J. Widlanski, Esq.
**KOZYAK TROPIN & THROCKMORTON, LLP**

*Co-Lead Counsel for Self-Funded Payer Track*


s/ Liza M. Walsh
Liza M. Walsh, Esq.
Katelyn O'Reilly, Esq.
Lauren Ruth Marakoff, Esq.
Selina Ellis, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**

Michael R. Shumaker, Esq.
Julie E. McEvoy, Esq.
William D. Coglianese, Esq.
Melissa L. Patterson, Esq.
Elizabeth Fassih, Esq.
**JONES DAY**

*Counsel for Sanofi-Aventis U.S. LLC*

/s Melissa A Geist
Melissa A. Geist, Esq.
Julia Alejandra Lopez, Esq.
**REED SMITH, LLP**

James F. Hurst, Esq.
Andrew A. Kassof, Esq.
Diana M. Watral, Esq.
Ryan Moorman, Esq.
Jason A. Feld, Esq.
**KIRKLAND & ELLIS LLP**

*Counsel for Eli Lilly and Company*


s/ Brian W. Carroll
Clement J. Farley, Esq.
Brian W. Carroll, Esq.
**MCCARTER & ENGLISH**

Neal A. Potischman, Esq.
Andrew Yaphe, Esq.
James P. Rouhandeh, Esq.
David B. Toscano, Esq.
Patrick W. Blakemore, Esq.
**DAVIS POLK & WARDWELL LLP**

*Counsel for Novo Nordisk Inc.*


/s Thomas P. Scrivo
Thomas P. Scrivo, Esq.
Young Yu, Esq.
**O'TOOLE SCRIVO, LLC**

Brian D. Boone, Esq.
Elizabeth Broadway Brown, Esq.
Jordan E. Edwards, Esq.
Kelley Connolly Barnaby, Esq.
**ALSTON & BIRD**

*Counsel for UnitedHealth Group Incorporated; OptumRx, Inc.; Optum, Inc.; and OptumInsight, Inc., and Emisar Pharma Services LLC*

| | |
|---|---|
| /s Jason R. Scherr<br>Jason R. Scherr, Esq.<br>Patrick A. Harvey, Esq.<br>Lindsey T. Levy, Esq.<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br><br>*Counsel for Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), The Cigna Group, Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Medco Health Solutions, Inc., and Ascent Health Services LLC* | /s John D. Tortorella<br>Kevin H. Marino, Esq.<br>John D. Tortorella, Esq.<br>**MARINO, TORTORELLA & BOYLE, P.C.**<br><br>Enu Mainigi, Esq.<br>Craig Singer, Esq.<br>R. Kennon Poteat III, Esq.<br>A. Joshua Podoll, Esq.<br>Daniel Dockery, Esq.<br>Alexander Gazikas, Esq.<br>Lori Interlicchio, Esq.<br>**WILLIAMS & CONNOLLY LLP**<br><br>*Counsel for CVS Health Corporation, CVS Pharmacy, Inc., CaremarkPCS Health LLC, Caremark LLC, Caremark Rx LLC, and Zinc Health Services, LLC* |

**IT IS SO ORDERED.**

Dated:

_____
RUKHSANAH L. SINGH
United States Magistrate Judge