# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | CASE NO. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH<br><br>**REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS** |

REQUEST IS HEREBY MADE BY Senior Deputy Prosecutor Christopher A. Anderson, counsel for Spokane County in the above-captioned matter, to withdraw from electronic notifications in the within case. It is represented that Mr. Anderson is no longer assigned to this case within the Spokane County Prosecutor's Office. A motion of substitution, replacing Mr. Anderson with Deputy Prosecutor Devin C. Curda as counsel in this matter, has been separately filed.

    Christopher A. Anderson
    Spokane County Prosecutor's Office-Civil Department
    1115 West Broadway Avenue
    Spokane, WA 99260
    (509) 477-2882
    canderson@spokanecounty.org

Dated: February 26, 2025.      Respectfully submitted,

                                  By: *s/ Christopher A. Anderson*
                                      Christopher A. Anderson

        Spokane County Prosecutor's Office-Civil Department
1115 West Broadway Avenue
Spokane, WA 99260
(509) 477-2882
canderson@spokanecounty.org

By: *s/ David J. Ko*
David J. Ko, WSBA #38299
Derek W. Loeser, WSBA #24274
Juli E. Farris, WSBA #17593
Laura R. Gerber, WSBA #34981
Matthew M. Gerend, WSBA #43276
Rachel C. Bowanko, WSBA #61298
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 428-0563
dko@kellerrohrback.com
dloeser@kellerrohrback.com
jfarris@kellerrohrback.com
lgerber@kellerrohrback.com
mgerend@kellerrohrback.com
rbowanko@kellerrohrback.com

Devin C. Curda, WSBA #57616
Senior Deputy Prosecuting Attorney
Spokane Prosecutor's Office
**SPOKANE COUNTY, WASHINGTON**
1115 W Broadway Ave.
Spokane, Washington 99201
Telephone: (509) 477-3662
dcurda@spokanecounty.gov

2