UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

In Re: Insulin Pricing Litigation

**REQUEST BY PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:23-md-3080.

Request is hereby made by *pro hac vice* counsel to receive electronic notifications in the above matter, and it is represented that:

1. I have followed the instructions for application *pro hac vice* in this matter listed at https://www.njd.uscourts.gov/sites/njd/files/InstructionsProHacViceFee MDL3080.pdf; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Frazar Wright Thomas

Signature of pro hac vice counsel

PRO HAC VICE ATTORNEY INFORMATION:

Frazar Wright Thomas
Seeger Weiss
325 Chestnut St., Ste. 917
Philadelphia, PA 19106
Telephone: 215-553-7990
fthomas@seegerweiss.com