# Exhibit A

| Name | Title | Relevant Knowledge |
|---|---|---|
| **Ed Adamcik** | Former Chief Pharma Trade Relations Officer; President Ascent Health | Manufacturer Communications and Contracting; Group Purchasing Organizations |
| **Andrew Behm** | VP Office of Clinical Evaluation & Policy | Formulary Development |
| **Amy Bricker** | President, PBM (former) | Insulin Manufacturer Relations |
| **William Cahill** | VP Sales | Express Scripts' Government Contractor and Preemption Defenses |
| **Harold Carter** | SVP Pharma Trade Relations | Formulary Development |
| **Shawn Davis** | Senior Director, Pharma Strategy & Contracting (former) | Manufacturer Communications and Contracting |
| **Brian Debatin** | VP Financial Planning and Analysis (former) | Internal Profit/Revenue Analysis |
| **Jason Dohm** | VP Formulary Development & Strategy (former) | Formulary Development |
| **Danielle Drzewucki** | VP/Divisional CFO Accredo Finance | Internal Profit/Revenue Analysis |
| **Jeff Eichholz** | Senior Director Drug Trend Solutions (former) | Formulary Development |
| **Dan Gass** | Senior Manager, Pharmaceutical Strategies & Contracting (former) | Internal Profit/Revenue Analysis |
| **Tony Grillo** | VP Pharma Strategy & Contracting | Manufacturer Communications and Contracting |
| **Amy Gross** | Director Clinical Specialists | Formulary Development |
| **Todd Jeffrey** | VP Pharmaceutical Strategy & Contracting | Manufacturer Communications and Contracting |
| **Adam Kautzner** | President of Express Scripts; VP Supply Chain Product and Strategy (former) | Internal Documents and Analysis; Financial Evaluation of Formulary Development; Manufacturer Communications and Contracting |
| **Julie Kitson** | VP Formulary Solutions | Formulary Development |
| **Justin Lienemann** | VP Specialty Finance (former) | Internal Profit/Revenue Analysis |
| **Steven Miller** | Chief Medical Officer (former) | Formulary Development |
| **Everett Neville** | EVP Solutions and Corporate Development of The Cigna Group; EVP Strategy, Supply Chain & Specialty Pharmacy (former) | Insulin Manufacturer Relations; Manufacturer Communications and Contracting |
| **Libby Newport** | VP Strategic Initiatives (former) | Manufacturer Communications and Contracting |
| **Jeannette Novatski** | Senior Director of Clinical Program Management | Formulary Development |

| Name | Title | Relevant Knowledge |
|---|---|---|
| **Nancy Pehl** | Senior Director Clinical Evaluation/Policy (former) | Formulary Development |
| **Michael Rothrock** | VP Pharma Strategy & Contracting (former) | Manufacturer Communications and Contracting |
| **Glen Stettin** | SVP & Chief Innovation Officer | Formulary Development |
| **Jason Zilocchi** | VP Pharmaceutical Strategy & Solutions (former) | Manufacturer Communications and Contracting |