# Exhibit 1

*In re Insulin Pricing Litigation*, MDL 3080
**CVS Custodians (2-28-2025)**

**Custodians Offered by CVS**

1. Anderson, Joseph
   - 2012-present, Trade Relations

2. Doruff, Patti
   - 2002-present, Trade Relations

3. Wessels, Kevin
   - 2011-2021 Trade Relations

4. Rossman, Will
   - 2013-2022 Trade Relations

5. Loeber, Gary
   - 2011-present Contract/Purchasing and Trade Relations

6. Sekili, Aydin
   - 2013-2023 Analytics/Trade Relations/Commercial Programs
   - 2016-2023 Chair of FRC

7. Armstrong, Lora
   - 2011-2023 liason with P&T
   - 2011-2023, Rx Purchasing, Strategic Formulary Management

8. Cichowski, James
   - 2009-2022 Trade Relations
   - Lilly primary negotiator 2011-2012

9. Stahl, Joesph (through Dec 2020)
   - VP Trade relations

10. Rivera, Norman
    - Director of Trade Relations

11. Zanin, Andrew
    - Executive director Trade Relations for Medicare

12. Best, Daniel
    - 2011-2018 Trade Relations
    - VP trade relations

13. Pearson, Keith
    - Dir of Trade Relations for Medicare Part D

14. Verosky, Robert
    - Executive Director for Manufacturer Payments and Industry Analysis

15. Hartzell, Jason (through December 2020)
    - VP Trade relations

16. Mercure, Rich
    - Identified in Lilly's 2/18 email as Sanofi primary negotiator 2012-13

17. Haertzen, Tyler
    - Identified in Lilly's 2/18 email as Sanofi primary negotiator 2018-2021

18. Schneider, Michael
    - Identified in Lilly's 2/18 email as Medicare primary negotiator 2012-2017
    - Director of Trade Relations assigned to Lilly/Basal account.

19. Gugliuzza, Domenico
    - 1995-2018 - VP Industry Analysis
    - Signatory to CVS-Manu rebate contracts
    - Voting member/chair of FRC
    - Involved in strategic planning on Manufacturer Payments and formulary placement for the at-issue drugs.

20. Patel, Shivam
    - 2015- present - Financial and Industry Analyst
    - Responsible for formulary financial modeling related to at-issue drugs that was designed to maximize rebate value
    - Involved in financial analysis related to Manufacturer Payments and formulary construction for at-issue drugs.

21. Mancini, Jackelyn
    - Was a consultant for CVS at beginning of relevant time period (2011) who worked on the CVS exclusionary formulary strategy
    - 2019-present VP Trade Strategies
    - Worked on project on Project Ibex/creation of Zinc Health, Trade Relations

**Plaintiffs' Additional Proposed Custodians**

22. Leonard, Matthew
    - 1995-2019 EVP of CVS's Pharma Contracting Team
    - Worked on developing CVS's exclusionary formulary strategy
    - Interacted with CVS CEO on Manufacturer Payment and formulary decisions for the at-issue drugs

- Negotiated and met with each Manufacturer Defendant numerous times regarding Manufacturer Payments and formulary placement and the at-issue drugs.

23. ~~Anzaldi, Santo~~
    - ~~Director of Strategic Sales 2001–2023~~
    - ~~Involved in formulary and rebate consulting for major clients~~
    - ~~Identified by CVS in cases prior to formation of MDL as likely to have discoverable information.~~

~~24.~~23.     [Public relations custodians]

~~25.~~24.     [Government affairs custodians]

26. ~~RebateResearch@cvscaremark.com~~

27. ~~Custodians with relevant knowledge related to CVS Caremark's basis for asserting federal officer removal jurisdiction and for its related defense of FEHBA preemption~~

~~28.~~25.     Chandrasekaran, Vijay
    - 2002-present SVP Trade Strategy
    - Voting member of FRC, involved strategic planning on Manufacturer Payments and formulary placement for the at-issue drugs.

~~29.~~26.     Schulman, Melissa
    - 2015-present, SVP Fed Govt and Public Affairs
    - key govt-facing CVS executive during relevant time period, interacted with CVS board of directors

~~30.~~27.     Fredell, Josh
    - 2003-present VP Product Development
    - Voting member of FRC
    - Involved in Med D strategy related to Manufacturer Payments and formulary construction for the at-issue drugs.

~~31.~~28.     Lofberg, Per
    - Engaged directly with the Manufacturers in relevant executive exchange meetings,
    - Key CVS public- and government-facing executive, referenced in MDL complaints.

~~32.~~29.     Roberts, Jon
    - Signatory to CVS-Manufacturer agreements
    - Engaged in C-suite meetings with Manufacturers Referenced in MDL complaints
    - Involved in CVS's exclusionary strategies with respect to the at-issue drugs
    - PCMA board member.

33.30.  Dixon, James
- 2001-2023, Executive Director Industry Analysis, Rebate Finance
- Involved in financial analysis of Manufacturer Payments and formulary construction for the at-issue drugs.

~~34. Lotvin, Alan~~
- ~~2011-2023, EVP Caremark~~
- ~~Involved in CVS Executive Committee regarding Manufacturer Payments and formulary exclusions with respect to at-issue drugs~~
- ~~Member of PCMA board~~
- ~~Engaged directly with CVS Health Board of Directors related to exclusionary formularies and Manufacturer Payments~~
- ~~Directly involved in Caremark response strategy to lower priced insulins~~

35.31.  Walker, Mark
- 1999-2023, Dir of Finance
- Voting member of FRC
- Ran financial analysis of custom clients, national formularies, exclusionary formularies, and Manufacturer Payments for at-issue drugs
- Created financial models for FRC and rebate negotiation teams

36.32.  Brown, Allison
- 1996-present, SVP Underwriting, Analytic Consulting & Proposals
- Provided analytical and modeling supporting for client facing rebate guarantee team and rebate negotiation team.

37.33.  Gilson, Thomas
- 2013-2024 SVP CVS PBM Health Plan teams

38.34.  Church, Lara
- Vice President Network Guarantee Management during relevant time period
- Responsible for underwriting client contracts

39.35.  Cleveland, Colleen
- VP, Analytic Consulting and Proposals at CVS Caremark during relevant time period
- Tasked with handling large client RFP responses

~~40. Meyer, Lauren~~
- ~~2010-present, Sr. Dir Product Analytics and Rebate Forecast Assumptions~~
- ~~Engaged in modeling and market share shift analysis for formulary committees and rebate negotiation teams~~

41.36.  Fowler, James
- 1992-present, Group Head Strategic Sales and Consultant Relations

- - o   Coordinated between CVS Caremark and PBM Consultants/Clients

42.37.    Schaper, Steven
- - o   2000-2022 Employer Segment Lead
  - o   Team lead for CVS Caremark's client facing team

43. ~~Smith, Ilona~~
    - o   ~~SVP of Employer, Government and Coalitions, CVS Caremark, responsible for sales and account management for government, labor, health coalitions, and direct-employer customers during relevant time period~~
    - o   ~~Former Division Head, Employer Accounts during relevant time period~~

44. ~~Moffett, Frank (and others in the role of SVP PBM Government Programs, or equivalent, during the relevant time period)~~

45.38.    Leadingham, Brian (and others in the role of SVP PBM Operations, or equivalent, during relevant time period)

**Not included**

- Zinc, CVS Health, CVS Mail-Order custodians
- Case-specific custodians