# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| KEVIN H. MARINO<br>JOHN D. TORTORELLA<br>JOHN A. BOYLE<br>———<br>ROSEANN BASSLER DAL PRA*<br>EREZ J. DAVY*<br>ANTHONY J. TAGLIAFERRO<br>MICHAEL J. FLYNN | 437 SOUTHERN BOULEVARD<br>CHATHAM, NEW JERSEY 07928-1488<br>TELEPHONE (973) 824-9300<br>FAX (973) 824-8425<br>www.khmarino.com | 875 THIRD AVENUE, 21ST FLOOR<br>NEW YORK, NEW YORK 10022<br>TELEPHONE (212) 307-3700<br>FAX (212) 542-3790<br><br>*OF COUNSEL |

March 7, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
          MDL No. 3080 | March 11, 2025 CMC Agenda

Dear Judge Martinotti:

      We write on behalf of the parties regarding the Case Management Conference scheduled for Tuesday, March 11, 2025. Having conferred, the parties do not have any agenda items for the Court to address. Unless the Court would like to discuss any specific issues with the parties in person, we respectfully suggest that this month's conference be limited to the discovery hearing before Judge Singh on March 11, 2025, at the location most convenient for the Court.[1]

      Thank you for your continuing attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s Matthew F. Gately* | */s Joanne Cicala* |
| Matthew F. Gately | Joanne Cicala |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Class Action Track* | *State Attorneys General Track* |
| | |
| */s David R. Buchanan* | */s John D. Tortorella* |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

cc:    Honorable Rukhsanah L. Singh, U.S.M.J.
        All counsel of record

---

[1] The California AG requests that if the discovery conference occurs in Trenton, that it occur in the morning.