# MARINO, TORTORELLA & BOYLE, P.C.

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO
MICHAEL J. FLYNN

ATTORNEYS AT LAW
437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790

*OF COUNSEL

March 7, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
     MDL No. 3080 | March 11, 2025 CMC Agenda

Dear Judge Martinotti:

  We write on behalf of the parties regarding the Case Management Conference scheduled for Tuesday, March 11, 2025. Having conferred, the parties do not have any agenda items for the Court to address. Unless the Court would like to discuss any specific issues with the parties in person, we respectfully suggest that this month's conference be limited to the discovery hearing before Judge Singh on March 11, 2025, at the location most convenient for the Court.[1]

  Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for
Class Action Track*

*/s David R. Buchanan*
David R. Buchanan
*Liaison Counsel for
Self-Funded Payer Track*

*/s Joanne Cicala*
Joanne Cicala
*Liaison Counsel for
State Attorneys General Track*

*/s John D. Tortorella*
John D. Tortorella

cc: Honorable Rukhsanah L. Singh, U.S.M.J.
   All counsel of record

The Case Management Conference of 03/11/2025 is cancelled. SO ORDERED:

_____*Brian R. Martinotti*_____
BRIAN R. MARTINOTTI, USDJ
DATED: March 7, 2025

---

[1] The California AG requests that if the discovery conference occurs in Trenton, that it occur in the morning.