# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON

**DATE:** March 11, 2025

**JUDGE RUKHSANAH L. SINGH**

**COURT REPORTER:** Paula Horovitz

**TITLE OF CASE:**  **DOCKET # 2:23-md-3080 (BRM) (RLS)**
IN RE: INSULIN PRICING LITIGATION

**APPEARANCES:**
Don Ecklund, Esq., Interim Liaison Counsel for Third Party Payer Track
Matthew Gately, Esq., for DPP & Co-Lead counsel for DPP Class
Jon Neumann, Esq., & Kye Kyung Park, Esq., Interim Counsel for Third Party Payer Track, PBM
David Buchanan, Esq., Tal Lifshitz, Esq., Benjamin Widlanski, Esq., Mark Pifko, Esq., Troy Rafferty, Esq., & Steven Daroci, Esq., Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, Esq., William Liston, Esq., Lawrence Deas, Esq., Josh Wackerly, Esq., & Branden Bugle, Esq., Interim Liaison Counsel for State Attorneys General Track
Kelly Rinehart, Esq., Class Action Track
Melissa Lim Patterson, Esq., & Lauren Malakoff, Esq., for defendant Sanofi-Aventis US LLC.
Patrick Blakemore, Esq., for defendant Novo Nordisk, Inc.
Ryan Moorman, Esq., for defendant Eli Lilly and Company
Patrick Harvey, Esq., & Ethan Ackerman, Esq., for defendant Express Scripts
Kennon Poteat, Esq., Nicholas Suellentrop, Esq., & John Tortorella, Esq., for defendant CVS Caremark PSC Health, LLC
Young Yu, Esq., & Liz Broadway Brown, Esq., for defendant OptumRx
Ryan McEwan, Esq., for defendant California

**NATURE OF PROCEEDING:**
Discovery dispute hearing held.
Order to be entered.

Time Commenced: 10:10 a.m.
Time Adjourned:    12:00 p.m.
Total Time:     1 hour and 50 minutes

s/ Mark Morelli
**DEPUTY CLERK**