UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INSULIN PRICING LITIGATION

| | |
|---|---|
| Government of Puerto Rico v. Eli Lilly and Company, et al., <br> D. Puerto Rico, C.A. No. 3:23−01127 | MDL No. 3080 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 27, 2025, HEARING SESSION ORDER**

A conditional transfer order was filed in this action on December 9, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiff Government of Puerto Rico filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion to vacate the conditional transfer order and a supporting brief. Plaintiff has now withdrawn its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-21" filed on December 9, 2024, is LIFTED. The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Brian R. Martinotti.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 14, 2025, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

James V. Ingold
Clerk of the Panel