

# Pro Hac Vice Admission in New Jersey
{*Rules* 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)}

**Please submit one check for each attorney payable to**
*NJ Lawyers' Fund for Client Protection*
**Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ 08625-0961**

### 2024 ASSESSMENT $267.00

The fee is assessed **once per calendar year** per attorney. Attorneys admitted for additional cases within the calendar year should log into their account and update the case list, but **no additional payment** is required. If a case continues into the next year, a fee for **that** year will be assessed. An attorney's appearance continues until either the matter is concluded, there is a substitution of counsel, or the filing of notice of withdrawal with the court. **Fees are not prorated.** Full payment is required for the calendar year in which the Order admitting is entered.

**Information to be submitted with payment and a copy of the signed court order.**

**Pro Hac Vice Attorney:**

| Name: Last<br>Guadamud | First<br>Mario | Middle<br>E. | Title<br>Mr. |
|---|---|---|---|
| Date of Birth<br>06/26/1959 | | Sex<br>■ Male  ☐ Female | |
| Jurisdiction Where First Admitted to Any U.S. Bar<br>Middle District of Louisiana | | Year Admitted<br>1991 | |
| Have You Ever Been Admitted in New Jersey in any of the Following Categories? | | | |
| ☐ Plenary NJ License | | ☐ In-House Counsel | |
| ☐ Multi-Jurisdictional Practitioner | | ☐ Foreign Legal Consultant | |
| Firm Name<br>Louisiana Department of Justice | | Telephone Number | |
| Address<br>1885 N. Third Street | | | |
| City<br>Baton Rouge | State<br>LA | Zip<br>70802- 5146 | |
| Email<br>Guadamudm@ag.louisiana.gov | | | |