UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

IN RE: INSULING PRICING LITIGATION

Plaintiff(s),

v.

Defendant(s)

REQUEST BY ATTORNEY TO
WITHDRAW FROM
ELECTRONIC NOTIFICATIONS

Civil/Criminal Action No. **2:23-MD-03080-BRM-SLS**

Request is hereby made by **Tyler D. Downing**, Esq., counsel for, **Mayor & City Council of Baltimore** in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client;

2. The criminal defendant has been sentenced and there are no further proceedings which require notification; OR

3. Other: **Tyler D. Downing is no longer associated with Susman Godfrey LLP and a request to withdraw as counsel has been filed in member case,** *Mayor & City Council of Baltimore v. Eli Lilly & Company*, **2:24-cv-05099**

**NOTE**: Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

/s/Tyler D. Downing
Signature of Attorney

Name: Tyler D. Downing

Address: 1900 Avenue of the Stars

Suite 1400

Los Angeles, CA 90067

E-mail: tdowning@susmangodfrey.com

DNJ-CMECF-003