## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
―――――
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

March 21, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
         MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

Pursuant to CMO #5, the parties provide the following status update for the weeks ending March 14 and March 21:

1. **Ongoing discovery conferrals following March 11 conference with Judge Singh.** In accordance with the Court's ruling during the March 11, 2025 conference before Judge Singh, the parties continued to confer regarding custodians, data sources, and search terms.

2. **Privilege-log protocol.** The parties conferred regarding the privilege-log protocol on March 13, 2025. Plaintiffs provided their positions with respect to various items in the protocol on March 18, 2025, and the parties conferred later that day.

3. **Deposition protocol.** Plaintiffs are continuing to review Defendants' edits to the deposition protocol.

4. **Third-party discovery.** The parties continue to engage in third-party discovery.

5. **SFP Plaintiff Fact Sheets.** Defendants conferred with certain Plaintiffs in the SFP Track regarding their Plaintiff Fact Sheets responses and document productions.

6. **Defendants' request to amend PFS Implementation Order in SFP Track.** Defendants filed a request to amend CMO 14 on March 12, 2025 (ECF No. 464). SFP Track Plaintiffs filed their response on March 19, 2025 (ECF No. 470).

7. **State AG Track Disclosures.** Defendants conferred with certain Plaintiffs in the AG Track regarding Departments, Agencies, or Offices (DAO) disclosures required under CMO No. 11.

For the Court's reference, the parties enclose a current list of motions pending before Your Honor.

Thank you for your continuing attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s Matthew F. Gately* | */s Joanne Cicala* |
| Matthew F. Gately | Joanne Cicala |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *Class Action Track* | *State Attorneys General Track* |
| | |
| */s David R. Buchanan* | */s John D. Tortorella* |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

Enclosures

cc:     Honorable Rukhsanah L. Singh, U.S.M.J.
        All counsel of record