## **CERTIFICATE OF SERVICE**

  I hereby certify that on this date, I caused true and correct copies of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: March 21, 2025

                  _____
                    JOHN D. TORTORELLA