**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record by electronic mail.

Dated: March 26, 2025

                                                        JOHN D. TORTORELLA