

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

March 27, 2025

<u>**Via ECF**</u>

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:    In re: Insulin Pricing Litigation, No. 2:23-md-03080-BRM-RLS, MDL No. 3080: Defendants' Request for Leave to File a Reply in Support of Their Request to Amend Case Management Order 14.**

Dear Judge Singh:

    Defendants respectfully request leave to file a short reply brief in support of their pre-motion letter requesting an amendment to Case Management Order No. 14. *See* ECF No. 464. Defendants confined their pre-motion letter to three pages, as required by Case Management Order No. 5 ¶¶ IV(3)-(4), but Self-Funded Payer Track Plaintiffs did not do the same in their response. Instead, they filed a six-page opposition that downplays the extent of Plaintiffs' disregard of CMO 14 and does not accurately describe the parties' meet-and-confer process. *See* ECF No. 470. Defendants respectfully submit that their reply will aid the Court's resolution of their request for an amendment to CMO 14. If this request is acceptable, we ask that Your Honor endorse this letter as "So Ordered" and have it entered on the Court's docket. If the Court does so, Defendants will file their reply on the later of Friday, March 28 or the day the Court endorses this letter.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware

Honorable Rukhsanah L. Singh, U.S.M.J.
March 27, 2025
Page 2

Respectfully submitted,

Dated: March 27, 2025

/s/ Melissa A. Geist, Esq.
Melissa A. Geist, Esq.
Julia A. Lopez, Esq.
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
T: (609) 514-5978

James F. Hurst, Esq. (*pro hac vice*)
Andrew A. Kassof, Esq. (*pro hac vice*)
Diana M. Watral, Esq. (*pro hac vice*)
Ryan Moorman, Esq. (*pro hac vice*)
Jason A. Feld, Esq. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
T: (312) 862-2000

*Attorneys for Defendant Eli Lilly and Company*

/s/ Brian W. Carroll, Esq.
Brian W. Carroll, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T: (973) 639-2020

James P. Rouhandeh, Esq. (*pro hac vice*)
David B. Toscano, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
T: (212) 450-4000

Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
T: (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

Honorable Rukhsanah L. Singh, U.S.M.J.
March 27, 2025
Page 3

/s/ Liza M. Walsh, Esq.
Liza M. Walsh, Esq.
Katelyn O'Reilly, Esq.
Selina Ellis, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: (973) 757-1100

Michael R. Shumaker, Esq. (*pro hac vice*)
Julie E. McEvoy, Esq. (*pro hac vice*)
William D. Coglianese, Esq. (*pro hac vice*)
Melissa L. Patterson, Esq. (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
T: (202) 879-3939

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

/s/ Jason R. Scherr
Jason R. Scherr
Patrick A. Harvey
Lindsey T. Levy
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com
lindsey.levy@morganlewis.com
T: (202) 739-3000

*Counsel for Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Medco Health Solutions, Inc., and The Cigna Group.*

Honorable Rukhsanah L. Singh, U.S.M.J.
March 27, 2025
Page 4

/s/ Brian D. Boone, Esq.
Thomas P. Scrivo
Young Yu
**O'TOOLE SCRIVO, LLC**
14 Village Park Road
Cedar Grove, NJ 07009
T: (973) 239-5700

Brian D. Boone
**ALSTON & BIRD LLP**
1120 S. Tryon Street, Ste. 300
Charlotte, NC 28280
T: (704) 444-1000

Elizabeth Broadway Brown
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W. Peachtree Street, NW, Ste. 4900
Atlanta, GA 30309-3424
T: (404) 881-7000

Kelley Connolly Barnaby
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, DC 20004
T: (202) 239-3300

*Counsel for OptumRx, Inc., UnitedHealth Group Incorporated; OptumInsight, Inc.; OptumRx Holdings LLC; and Optum, Inc.*

s/ Kevin H. Marino, Esq.
Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood

Honorable Rukhsanah L. Singh, U.S.M.J.
March 27, 2025
Page 5

                              Daniel Dockery
                              **WILLIAMS & CONNOLLY LLP**
                              680 Maine Ave SW
                              Washington, DC 20024
                              T: (202) 434-5000

*Counsel for CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*

Cc:     All counsel of record (via ECF)

      **SO ORDERED**

_____
Hon. Rukhsanah L. Singh, U.S.M.J.