# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO:** 2:25-CV-00082
2:25-CV-00084
2:25-CV-00113
2:25-CV-00117
2:25-CV-00120
2:25-CV-00122
2:25-CV-00141
2:25-CV-00144
2:25-CV-00153
2:25-CV-00158
2:25-CV-00161
2:25-CV-00168
2:25-CV-00175
**(SELF-FUNDED PAYERS TRACK)**

# MOTION FOR ENTRY OF ORDER TO SHOW CAUSE

TO THE HONORABLE COURT:

**NOW COME** Defendants Eli Lilly And Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and OptumRx, Inc. (collectively "Defendants"), through their undersigned attorneys, and respectfully submit this Motion for Entry of an Order to Show Cause pursuant to Case Management Order No. 14 ("CMO 14") ¶ 5(c)(i) (Dkt. 315). A proposed Order to Show Cause is attached hereto as **Exhibit A**.

Thirteen Plaintiffs[1]—all represented by Frantz Law Group, APLC—failed to serve executed Plaintiff Fact Sheets ("PFS") within the time required by CMO 14 or any agreed extension. Pursuant to CMO 14 ¶ 5(c)(i), Defendants move this Court to

---

[1] "Plaintiffs" refers to Lakeview School District (2:25-CV-00082), Belding Area Schools (2:25-CV-00084), Camden Frontier Schools (2:25-CV-00113), St. Clair County, MI (2:25-CV-00117), Grand Rapids Public Schools (2:25-CV-00120), Mecosta Osceola Intermediate School District (2:25-CV-00122), Mason County Central Schools (2:25-CV-00141), Holt Public Schools (2:25-CV-00144), Homer Community Schools (2:25-CV-00153), Sturgis Public Schools (2:25-CV-00158), Muskegon Public Schools (2:25-CV-00161), Northville Public Schools (2:25-CV-00168), and Gratiot Isabella Regional Educational Service District (2:25-CV-00175). Defendants group these Plaintiffs together according to their shared counsel pursuant to CMO 14 ¶ 5(c)(1).

issue an Order to Show Cause why these thirteen Plaintiffs' cases should not be dismissed in their entirety.

## I.  BACKGROUND

This Court ordered "[e]ach Plaintiff in the Self-Funded Payer Track" to "complete and provide documents responsive to the PFS" by a specified deadline. CMO 14 ¶ 1(a).  By requiring disclosure of each plaintiff's individual facts, the Court and the parties hoped to "mov[e] discovery … in an efficient manner" and "narrow[] the issues and/or cases for prioritization or further proceedings."  ECF No. 291 at 2, 9.  If a plaintiff fails to serve its PFS response by the required deadline, the Court stated that Defendants may serve a Notice of Failure to Serve and, after 14 days, move for an Order to Show Cause.  *Id.* ¶ 5(c)(i).  If a plaintiff still fails to serve the PFS by the deadline under that Order, its complaint shall be dismissed.  *Id.* ¶ 5(c)(ii).

Pursuant to CMO 14, each of the thirteen Plaintiffs was required to serve an executed PFS no later than either March 4, March 7, or March 10, 2025.  None served PFS responses by their deadline, nor did any request an extension.  Accordingly, Defendants served Notices of Failure to Serve pursuant to CMO 14 ¶ 5(b)(i) on March 5, March 10, and March 11, 2025.  *See* Exs. B-N.  Each Notice was served via email to Plaintiffs' attorney of record, William B. Shinoff of Frantz Law Group, with a courtesy copy to the Co-Lead Counsel's designees, David Buchanan of Seeger Weiss; Mark Pifko of Baron Budd; Brandon Bogle of Levin

Papantonio; and Benjamin Widlanski of Kozyak Tropin & Throckmorton. Plaintiffs still have not served their PFS responses, nor have they otherwise responded to the notice of deficiencies. *See* CMO 14 ¶ 5(b)(ii).

**II.   ARGUMENT**

Pursuant to CMO 14 ¶ 5(c), Defendants request the Court issue an Order to Show Cause requiring Plaintiffs to serve a completed PFS within 14 days. A prompt Order setting a 14-day deadline is particularly warranted because these Plaintiffs' failures to serve are part of a much broader pattern of disregard for the Court's PFS Orders. *See* ECF No. 464 at 2-3. These thirteen Plaintiffs are all represented by Frantz Law Group. This is Defendants' second request for an Order to Show Cause to be issued against Plaintiffs represented by Frantz. *See* ECF No. 449. As Defendants' prior request explained, Frantz has repeatedly missed PFS deadlines and *every* PFS response it has served has been substantially incomplete. Indeed, more than *eighty* of the plaintiffs represented by Frantz have failed to produce *any* documents; in addition, many have failed to answer broad sections of the PFS. *See, e.g.*, ECF No. 449 Ex. F & G. Even leadership for the Self-Funded Payers Track has acknowledged Frantz's ongoing non-compliance with the Court's orders. *See* ECF No. 470 at 2 (referring to a "single law firm that has filed a high volume of cases" and failed to comply with the Court's orders).

Defendants have raised Frantz's broader violations of CMO 14 separately

4

with the Court, and likely will continue to need to do so. *See, e.g.*, ECF No. 464. For now, Defendants respectfully ask the Court to enforce CMO 14 by requiring these thirteen Plaintiffs to each promptly serve an executed and substantially complete PFS within 14 days, or have their complaints dismissed. *See* CMO 14 ¶ 5(c)(i).

### III. CONCLUSION

Defendants respectfully request that the Court enter an Order to Show Cause with a 14-day deadline as to these thirteen Plaintiffs that failed to serve a PFS pursuant to CMO No. 14.

Dated: March 27, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Brian W. Carroll* | */s/ Liza M. Walsh* |

**McCARTER & ENGLISH, LLP**
Brian W. Carroll
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-2020

**WALSH PIZZI O'REILLY FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry St., 15th floor
Newark, NJ 07102
(973) 757-1100

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

**JONES DAY**
Michael R. Shumaker (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
William D. Coglianese (*pro hac vice*)
Melissa Lim Patterson (*pro hac vice*)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

/s/ *Melissa A. Geist*
**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Robert B. Ellis (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendant Eli Lilly and Company*

*/s/ Brian Boone*
**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
Young Yu
14 Village Park Road
Cedar Grove, NJ 07009
T: (973) 239-5700


**ALSTON & BIRD LLP**
Brian D. Boone
1120 S. Tyron St., Ste. 300
Charlotte, NC 28203
T: (704) 444-1000
brian.boone@alston.com


**ALSTON & BIRD LLP**
Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
T: (404) 881-7000
liz.brown@alston.com


**ALSTON & BIRD LLP**
Kelley Connolly Barnaby
950 F. Street, NW
Washington, D.C. 20004
T: (202) 239-3300
kelley.barnaby@alston.com

*Attorneys for Defendant OptumRx, Inc.*

*/s/ Jason R. Scherr*
**MORGAN, LEWIS & BOCKIUS LLP**
Jason R. Scherr
Patrick A. Harvey
Lindsey T. Levy
1111 Pennsylvania Avenue, NW
Washington, DC 20004
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com
lindsey.levy@morganlewis.com
Tel: (202) 739-3000

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Medco Health Solutions, Inc.*

*/s/ Benjamin Hazelwood*
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300
F: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
T: (202) 434-5000
F: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; and Caremark, LLC*