# Exhibit G

| | |
|---|---|
| **From:** | Collins, Nick |
| **Sent:** | Monday, March 10, 2025 7:25 PM |
| **To:** | kwestphal@frantzlawgroup.com; WShinoff@frantzlawgroup.com; regina@frantzlawgroup.com; host@frantzlawgroup.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com; MPifko@baronbudd.com |
| **Cc:** | #MDL Insulin SFP JDG Service; Moorman, Ryan; Feld, Jason Adam; Kearney, Ryan; Stilley, Tyler; Walling, Kate |
| **Subject:** | Mecosta Osceola Intermediate School District v. Eli Lilly and Company et al., 2:25-cv-00122-BRM-RLS |

Counsel,

Mecosta Osceola Intermediate School District's plaintiff fact sheet and related production was due on March 7, 2025.  See ECF No. 315 ¶ 1(a)(iii) (CMO No. 14).  To date, we have not received either, and are therefore notifying you of a failure to serve pursuant to CMO No. 14 ¶ 5(b).  Please tender an executed and substantially completed PFS and production, or if Mecosta Osceola Intermediate School District in fact served a fact sheet and production on March 7, 2025, please advise us whom you served.

Best,

**Nick Collins**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0049   **M** +1 773 951 7875
**F** +1 312 862 2200

nick.collins@kirkland.com

1