UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING LITIGATION

Case No. 2:23-md-3080 (BRM)(RLS)
MDL No. 3080

JUDGE BRIAN R. MARTINOTTI
JUDGE RUKHSANAH L. SINGH

THIS DOCUMENT RELATES TO: 2:24-CV-11220
2:24-CV-11298
2:24-CV-11331
2:24-CV-11334
(SELF-FUNDED PAYERS TRACK)

~~PROPOSED~~ ORDER TO SHOW CAUSE

**THIS MATTER** having come before the Court upon the Motion of Eli Lilly and Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Services, Inc.; Express Scripts Pharmacy, Inc.; and OptumRx, Inc. (collectively "Defendants") for Entry of an Order to Show Cause, and the Court having read and considered the Parties' submissions, and good and sufficient cause having been shown,

**IT IS** on this 28th day of March, 2025, **HEREBY ORDERED** that Plaintiff tender a completed PFS as required by CMO 14 on or before the 11th day

of April , 2025. Pursuant to CMO 14 ¶ 5(c), Plaintiff's failure to do so shall result in dismissal of Plaintiff's complaint without prejudice absent further order of the Court. If Plaintiff fails to move for reinstatement within 30 days of dismissal, its case will be dismissed with prejudice with further order of the Court.

_____
**HONORABLE RUKHSANAH L. SINGH**
**United States Magistrate Judge**

\* The Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 449.

2