# Exhibit 2

| | |
|---|---|
| **From:** | Walling, Kate |
| **To:** | Mark Pifko; Russell Budd; Chris Mansour; bleblanc@barondbudd.com; Roland Tellis; Catherine Dorsey; trafferty@levinlaw.com; mschultz@levinlaw.com; bcash@levinlaw.com; tjl@kttlaw.com; cseeger@seegerweiss.com; sdaroci@seegerweiss.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com |
| **Cc:** | Feld, Jason Adam; Moorman, Ryan; Kearney, Ryan; Stilley, Tyler |
| **Subject:** | RE: St. Mary"s County Public Schools v. Eli Lilly and Company et al., 2:24-cv- 11152-BRM-RLS \|\| Notice of Failure to Serve |
| **Date:** | Tuesday, February 18, 2025 12:17:34 PM |

Thank you. I don't have that response, or Fairfax County's plaintiff fact sheet; we will work to resolve the apparent technical issue. In the meantime, could you please resend the fact sheet and document production via another method (e.g., using an LFTP if the previous send did not use one, or vice-versa)? Happy to coordinate with your staff if helpful.

**Kate Walling**

---

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 3727  **M** +1 312 825 2771
**F** +1 312 862 2200

---

kate.walling@kirkland.com

---

**From:** Mark Pifko <MPifko@baronbudd.com>
**Sent:** Tuesday, February 18, 2025 11:29 AM
**To:** Walling, Kate <kate.walling@kirkland.com>; Russell Budd <RBUDD@BARONBUDD.COM>; Chris Mansour <cmansour@baronbudd.com>; bleblanc@barondbudd.com; Roland Tellis <rtellis@baronbudd.com>; Catherine Dorsey <cdorsey@baronbudd.com>; trafferty@levinlaw.com; mschultz@levinlaw.com; bcash@levinlaw.com; tjl@kttlaw.com; cseeger@seegerweiss.com; sdaroci@seegerweiss.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com
**Cc:** Feld, Jason Adam <jason.feld@kirkland.com>; Moorman, Ryan <ryan.moorman@kirkland.com>; Kearney, Ryan <ryan.kearney@kirkland.com>; Stilley, Tyler <tyler.stilley@kirkland.com>
**Subject:** RE: St. Mary's County Public Schools v. Eli Lilly and Company et al., 2:24-cv- 11152-BRM-RLS \|\| Notice of Failure to Serve

> **This message is from an EXTERNAL SENDER**
>
> Be cautious, particularly with links and attachments.

On February 10, I wrote you in response to a claimed failure to serve Fairfax County's Plaintiff Fact Sheet, noting a pattern of erroneously served deficiency notices.

---

**From:** Walling, Kate <kate.walling@kirkland.com>
**Sent:** Tuesday, February 18, 2025 9:11 AM
**To:** Mark Pifko <MPifko@baronbudd.com>; Russell Budd <RBUDD@BARONBUDD.COM>; Chris Mansour <cmansour@baronbudd.com>; bleblanc@barondbudd.com; Roland Tellis

<rtellis@baronbudd.com>; Catherine Dorsey <cdorsey@baronbudd.com>; trafferty@levinlaw.com; mschultz@levinlaw.com; bcash@levinlaw.com; tjl@kttlaw.com; cseeger@seegerweiss.com; sdaroci@seegerweiss.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com
**Cc:** Feld, Jason Adam <jason.feld@kirkland.com>; Moorman, Ryan <ryan.moorman@kirkland.com>; Kearney, Ryan <ryan.kearney@kirkland.com>; Stilley, Tyler <tyler.stilley@kirkland.com>
**Subject:** RE: St. Mary's County Public Schools v. Eli Lilly and Company et al., 2:24-cv- 11152-BRM-RLS || Notice of Failure to Serve

Apologies for the confusion, we will correct the notice regarding St. Mary's County Public Schools. As to your third sentence, I don't have anything from your firm from last week other than your Feb. 10 correspondence on behalf of the State of Arizona. If you sent something else, please let me know.

**Kate Walling**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 3727  **M** +1 312 825 2771
**F** +1 312 862 2200
------------------------------------------------
kate.walling@kirkland.com

---

**From:** Mark Pifko <MPifko@baronbudd.com>
**Sent:** Tuesday, February 18, 2025 10:23 AM
**To:** Walling, Kate <kate.walling@kirkland.com>; Russell Budd <RBUDD@BARONBUDD.COM>; Chris Mansour <cmansour@baronbudd.com>; bleblanc@barondbudd.com; Roland Tellis <rtellis@baronbudd.com>; Catherine Dorsey <cdorsey@baronbudd.com>; trafferty@levinlaw.com; mschultz@levinlaw.com; bcash@levinlaw.com; tjl@kttlaw.com; cseeger@seegerweiss.com; sdaroci@seegerweiss.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com
**Cc:** Feld, Jason Adam <jason.feld@kirkland.com>; Moorman, Ryan <ryan.moorman@kirkland.com>; Kearney, Ryan <ryan.kearney@kirkland.com>; Stilley, Tyler <tyler.stilley@kirkland.com>
**Subject:** RE: St. Mary's County Public Schools v. Eli Lilly and Company et al., 2:24-cv- 11152-BRM-RLS || Notice of Failure to Serve

Kate,

We do not represent St. Mary's County Public Schools.  See the attached docket sheet.  As we noted last week, please check your records before reaching out to us regarding purported deficiencies and that are easily rectified by review of materials in your possession.

**Mark Pifko**
Baron & Budd, P.C. | Shareholder

310.467.7799 mobile
818.839.2325 direct
818.839.2333 main
www.baronandbudd.com

Dallas | Baton Rouge | New Orleans | Los Angeles
San Diego | New York | Washington, D.C.

**From:** Walling, Kate <kate.walling@kirkland.com>
**Sent:** Tuesday, February 18, 2025 7:22 AM
**To:** Russell Budd <RBUDD@BARONBUDD.COM>; Chris Mansour <cmansour@baronbudd.com>; bleblanc@barondbudd.com; Roland Tellis <rtellis@baronbudd.com>; Mark Pifko <MPifko@baronbudd.com>; Catherine Dorsey <cdorsey@baronbudd.com>; trafferty@levinlaw.com; mschultz@levinlaw.com; bcash@levinlaw.com; tjl@kttlaw.com; cseeger@seegerweiss.com; sdaroci@seegerweiss.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com
**Cc:** Feld, Jason Adam <jason.feld@kirkland.com>; Moorman, Ryan <ryan.moorman@kirkland.com>; Kearney, Ryan <ryan.kearney@kirkland.com>; Stilley, Tyler <tyler.stilley@kirkland.com>
**Subject:** St. Mary's County Public Schools v. Eli Lilly and Company et al., 2:24-cv- 11152-BRM-RLS || Notice of Failure to Serve

Counsel,

St. Mary's County Public Schools' plaintiff fact sheet and related production was due on February 14, 2025. See ECF No. 315 ¶ 1(a)(iii) (CMO No. 14). To date, we have not received either, and are therefore notifying you of a failure to serve pursuant to CMO No. 14 ¶ 5(b). Please tender an executed and substantially completed PFS and production, or if St. Mary's County Public Schools in fact served a fact sheet and production on February 14, 2025, please advise us whom you served.

Best,

**Kate Walling**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 3727  **M** +1 312 825 2771
**F** +1 312 862 2200
------------------------------------------------
kate.walling@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly

prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to [postmaster@kirkland.com](postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.