# DECLARATION OF ELIZABETH A. MITCHELL

I, Elizabeth A. Mitchell, hereby declare as follows:

1. I am an attorney at the law firm of Umhofer, Mitchell & King LLP, and I represent Defendants CVS Health Corporation and CaremarkPCS Health, L.L.C. ("Defendants") in this action. I submit this declaration in support of CaremarkPCS Health, L.L.C.'s Memorandum in Opposition to the State's Renewed Motion to Remand. Except for those that are stated upon information and belief, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Federal Employees Health Benefits Program, Standard Contract for Experience-Rated Health Maintenance Organization Carriers, dated 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Ruling on Demurrer in *People of the State of California v. Eli Lilly and Company, et al.*, Case No. 23STCV00719, dated June 18, 2024.

4. Attached hereto as **Exhibit C** is a true and correct copy of the First Amended Complaint in *People of the State of California v. Eli Lilly and Company, et al.*, Case No. 23STCV00719, dated August 2, 2024.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 9, 2024 at Los Angeles, California.

*/s/ Elizabeth A. Mitchell*
Elizabeth A. Mitchell

1
DECLARATION OF ELIZABETH A. MITCHELL