# SEEGERWEISS

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

March 31, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

      Re:    *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
             MDL No. 3080 | Custodian Update

Dear Judge Singh:

      I write on behalf of OptumRx, Inc. and Plaintiffs pursuant to the Court's directive at the March 11, 2025 discovery conference to update the Court five days after the parties met and conferred. The parties held such a conference regarding custodian proposals on March 24, 2025. OptumRx provided a written follow-up to that conferral on March 28. The parties continue to discuss the matters addressed during the meet-and-confer and in their subsequent correspondence and propose to update the Court no later than April 4, 2025, either by joint submission or simultaneous position statements. If that approach is acceptable, we respectfully request that you indicate the Court's approval by so ordering this letter.

      We thank the Court for its continuing attention to this matter.

                                            Respectfully submitted,

                                            *s/ David R. Buchanan*
                                            David R. Buchanan
                                            *Liaison Counsel for Self-Funded Payer Track*

So Ordered this 1st day of April, 2025
Hon. Rukhsanah L. Singh, U.S.M.J.

                                            *s/ Joanne Cicala*
                                            Joanne Cicala
                                            *Liaison Counsel for State Attorney General Track*

                                            *s/ Matthew Gately*
                                            Matthew Gately
                                            *Liaison Counsel for Class Action Track*