# Exhibit A

**Express Scripts Defendants' Custodian Proposal**

1. **Leslie Achter**
2. Ed Adamcik
3. Andrew Behm
4. Amy Bricker
5. William Cahill
6. Harold Carter
7. **Jack Cunningham**
8. Shawn Davis
9. Brian Debatin
10. Jason Dohm
11. Danielle Drzewucki
12. Jeff Eichholz
13. Dan Gass
14. Tony Grillo
15. Amy Gross
16. **Adam Hickey**
17. Todd Jeffrey
18. Adam Kautzner
19. Julie Kitson
20. Justin Lienemann
21. **Jennifer Luddy**
22. Steven Miller
23. Everett Neville
24. Libby Newport
25. Jeannette Novatski
26. Nancy Pehl
27. Michael Rothrock
28. Glen Stettin
29. Jason Zilocchi