*In re Insulin Pricing Litigation (MDL No. 3080)*
**Case No. 2:23-md-03080-BRM-RLS**
<u>**Case List as of April 3, 2025**</u>

| Reference No. | Case Name | Case. No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 1 | County of Monmouth, New Jersey v. Eli Lilly and Company, et al. | 2:23-cv-03916 |
| 2 | Cattaraugus County, New York v. Eli Lilly and Company, et al. | 2:23-cv-04384 |
| 3 | Jackson County, Missouri v. Eli Lilly and Company, et al. | 2:23-cv-04531 |
| 4 | City of Cleveland, Ohio v. Eli Lilly and Company, et al. | 2:23-cv-04544 |
| 5 | County of Albany, New York v. Eli Lilly and Company, et al. | 2:23-cv-07042 |
| 6 | Lake County, Illinois v. Eli Lilly and Company, et al. | 2:23-cv-08487 |
| 7 | Bossier Parish v. Eli Lilly and Company, et al. | 2:23-cv-10910 |
| 8 | Steuben County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18249 |
| 9 | Cortland County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18314 |
| 10 | Livingston County, New York v. Eli Lilly and Company, et al. | 2:23-cv-18351 |
| 11 | Schenectady County, New York v. Eli Lilly and Company, et al. | 2:23-cv-20375 |
| 12 | Cuyahoga County v. Eli Lilly and Company, et al. | 2:23-cv-21082 |
| 13 | King County v. Eli Lilly and Company, et al. | 2:23-cv-21178 |
| 14 | Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:23-cv-21381 |
| 15 | Indiana /Kentucky/Ohio Regional Council of Carpenters Welfare Fund v. Eli Lilly and Company, et al. | 2:23-cv-22305 |
| 16 | City of Alexandria, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22769 |
| 17 | County Board of Arlington County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-22776 |
| 18 | Spokane County v. Eli Lilly and Company, et al. | 2:23-cv-22847 |
| 19 | Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-22917 |

| Reference No. | Case Name | Case. No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 20 | Henrico County, Virginia v. Eli Lilly and Company, et al. | 2:23-cv-23042 |
| 21 | The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al. | 2:23-cv-23090 |
| 22 | Anne Arundel County, Maryland v. Eli Lilly and Company, et al. | 2:24-cv-00384 |
| 23 | County of Wayne, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00523 |
| 24 | City of Roanoke, Virginia et al. v. Eli Lilly and Company, et al. | 2:24-cv-00559 |
| 25 | Erie County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00632 |
| 26 | Onondaga County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00646 |
| 27 | Niagara County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00652 |
| 28 | Broome County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00692 |
| 29 | Oneida County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00694 |
| 30 | Washtenaw County, Michigan, et al. v. Eli Lilly and Company, et al. | 2:24-cv-00717 |
| 31 | Macomb County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00719 |
| 32 | Monroe County, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-00720 |
| 33 | LDG Medical Services Group, L.L.C., et al. v. Eli Lilly and Company, et al. | 2:24-cv-00725 |
| 34 | Warren County, New York v. Eli Lilly and Company, et al. | 2:24-cv-00992 |
| 35 | St. Louis County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-04615 |
| 36 | City of Lorain, Ohio v. Eli Lilly and Company, et al. | 2:24-cv-05002 |
| 37 | Mayor & City Council of Baltimore v. Eli Lilly & Company, et al. | 2:24-cv-05099 |
| 38 | Commonwealth of Pa. ex rel. Lawrence S. Krasner v. Eli Lilly and Company, et al. | 2:24-cv-05391 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 39 | Heat and Frost Insulators Local No. 33 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06233 |
| 40 | Int'l Union of Operating Engineers Local No. 478 Health Fund v. Eli Lilly and Company, et al. | 2:24-cv-06303 |
| 41 | Int'l Union of Operating Engineers Welfare Fund of Eastern Pa. v. Eli Lilly and Company, et al. | 2:24-cv-06312 |
| 42 | Board of Supervisors of Accomack County v. Eli Lilly and Company, et al. | 2:24-cv-06329 |
| 43 | City of Portsmouth, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-06331 |
| 44 | Hamblen County, TN v. v. Eli Lilly and Company, et al. | 2:24-cv-06456 |
| 45 | Clark County v. Eli Lilly and Co., et al. | 2:24-cv-06568 |
| 46 | Greene County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06919 |
| 47 | City of Marietta, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-06949 |
| 48 | Johnson County, Tennessee v. Eli Lilly and Company, et al. | 2:24-cv-06973 |
| 49 | Kentucky Laborers District Council Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-07091 |
| 50 | Iron Workers' Locals No. 14 and 434 Extended Benefit Fund v. Eli Lilly and Company, et al. | 2:24-cv-07720 |
| 51 | Ulster County v. Eli Lilly and Company, et al. | 2:24-cv-07854 |
| 52 | Virginia Beach, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-07885 |
| 53 | Parish Government Risk Management Agency v. Eli Lilly and Company, et al. | 2:24-cv-08097 |
| 54 | County of Whitfield, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08235 |
| 55 | County of Catoosa, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-08307 |
| 56 | City of Hialeah, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08327 |
| 57 | New England Health Care Employees Welfare Fund v. Eli Lilly and Company, et al. | 2:24-cv-08770 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| **Reference No.** | **Case Name** | **Case. No.** |
| 58 | Hillsborough County, Florida v. Eli Lilly and Company, et al. | 2:24-cv-08931 |
| 59 | County of Oswego, New York v. Eli Lilly and Company, et al. | 2:24-cv-09157 |
| 60 | City of Ann Arbor, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09404 |
| 61 | County of Livingston, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09405 |
| 62 | County of Genesee, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09592 |
| 63 | City of Grand Rapids, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09593 |
| 64 | County of Carroll, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-09621 |
| 65 | Sistema Integrado de Salud del Oeste LLC v. Eli Lilly and Company, et al. | 2:24-cv-09641 |
| 66 | County of Saginaw, Michigan v. Eli Lilly and Company, et al. | 2:24-cv-09675 |
| 67 | Pittsburgh Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-10150 |
| 68 | Fairfax County, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-10171 |
| 69 | Western Pennsylvania Schools Health Care Consortium, Inc. v. Eli Lilly and Company, et al. | 2:24-cv-10249 |
| 70 | Memphis-Shelby County Schools v. Eli Lilly and Company, et al. | 2:24-cv-10308 |
| 71 | Cambria County v. Eli Lilly and Company, et al. | 2:24-cv-10366 |
| 72 | City of Tacoma v. Eli Lilly and Company, et al. | 2:24-cv-10375 |
| 73 | County of Murray, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-10466 |
| 74 | City of Rome, Georgia v. Eli Lilly and Company, et al. | 2:24-cv-10493 |
| 75 | Indian Prairie Community Unit School District No. 204 v. Eli Lilly and Company, et al. | 2:24-cv-10512 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 76 | Oceanside Unified School District v. Eli Lilly and Company, et al. | 2:24-cv-10540 |
| 77 | City of Portland v. Eli Lilly and Company, et al. | 2:24-cv-10597 |
| 78 | St. Charles County, Missouri v. Eli Lilly and Company, et al. | 2:24-cv-10655 |
| 79 | City of Huntington, West Virginia v. Eli Lilly and Company, et al. | 2:24-cv-10684 |
| 80 | School District of Greater Johnstown v. Eli Lilly and Company, et al. | 2:24-cv-10719 |
| 81 | Butler Area School District v. Eli Lilly and Company, et al. | 2:24-cv-10735 |
| 82 | City of Newport News, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-10766 |
| 83 | Miccosukee Tribe of Indians of Florida v. Eli Lilly and Company, et al. | 2:24-cv-10798 |
| 84 | City of Charlottesville, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-11035 |
| 85 | Cecil County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11054 |
| 86 | Dorchester County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11057 |
| 87 | Caroline County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11059 |
| 88 | Talbot County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11142 |
| 89 | Hagerstown Community College v. Eli Lilly and Company, et al. | 2:24-cv-11150 |
| 90 | Charles County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11151 |
| 91 | St. Mary's County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11152 |
| 92 | Kent County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11153 |
| 93 | Washington County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11158 |
| 94 | Queen Anne County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11160 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 95 | Calvert County Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11201 |
| 96 | Lansing School District v. Eli Lilly and Company, et al. | 2:24-cv-11211 |
| 97 | Stockbridge Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11216 |
| 98 | Brick Township Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11220 |
| 99 | Grand Haven Area Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11225 |
| 100 | North Muskegon Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11228 |
| 101 | Coldwater Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11232 |
| 102 | Calhoun Intermediate School District v. Eli Lilly and Company, et al. | 2:24-cv-11235 |
| 103 | Wyoming Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11236 |
| 104 | Blissfield Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11237 |
| 105 | Burr Oak Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11238 |
| 106 | Trenton Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11241 |
| 107 | Comstock Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11242 |
| 108 | Lowell Area Schools v. Eli Lilly and Company, et al. | 2:24-cv-11244 |
| 109 | Delton Kellogg Schools v. Eli Lilly and Company, et al. | 2:24-cv-11245 |
| 110 | Allegan Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11273 |
| 111 | Grandville Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11275 |
| 112 | Cadillac Area Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11282 |
| 113 | Coloma Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11290 |

| Reference No. | Case Name | Case. No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 114 | Baraga County v. Eli Lilly and Company, et al. | 2:24-cv-11292 |
| 115 | Charlotte Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11293 |
| 116 | Kent City Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11296 |
| 117 | West Bloomfield School District v. Eli Lilly and Company, et al. | 2:24-cv-11297 |
| 118 | Portland Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11299 |
| 119 | Prince William County, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-11307 |
| 120 | Van Buren Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11322 |
| 121 | East Grand Rapids Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11323 |
| 122 | Holton Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11325 |
| 123 | Dexter Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11326 |
| 124 | Williamston Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11332 |
| 125 | Cassopolis Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11333 |
| 126 | Hillsdale Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11334 |
| 127 | Paterson Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11336 |
| 128 | Marshall Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11337 |
| 129 | Granite School District v. Eli Lilly and Company, et al. | 2:24-cv-11338 |
| 130 | Salt Lake City School District v. Eli Lilly and Company, et al. | 2:24-cv-11339 |
| 131 | South Sanpete School District v. Eli Lilly and Company, et al. | 2:24-cv-11340 |
| 132 | Hudsonville Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11348 |

| Reference No. | Case Name | Case. No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 133 | New Haven Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11350 |
| 134 | County of York, Virginia v. Eli Lilly and Company, et al. | 2:24-cv-11351 |
| 135 | Lake Fenton Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11352 |
| 136 | West Shore Educational Service District v. Eli Lilly and Company, et al. | 2:24-cv-11358 |
| 137 | Constantine Public Schools v. Eli Lilly and Company, et al. | 2:24-cv-11366 |
| 138 | Tekonsha Community Schools v. Eli Lilly and Company, et al. | 2:24-cv-11372 |
| 139 | Delaware County District Attorney Jack Stollsteimer v. Eli Lilly and Company, et al. | 2:24-cv-11504 |
| 140 | Braman Motors Inc., et al. v. Eli Lilly and Company, et al. | 2:24-cv-11531 |
| 141 | Mason Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00025 |
| 142 | Allendale Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00027 |
| 143 | Mason County Eastern Schools v. Eli Lilly and Company, et al. | 2:25-cv-00028 |
| 144 | Eastern Upper Peninsula Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00031 |
| 145 | Kent Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00034 |
| 146 | Kentwood Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00078 |
| 147 | Washtenaw Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00079 |
| 148 | Worcester County v. Eli Lilly and Company, et al. | 2:25-cv-00080 |
| 149 | Walkerville Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00081 |
| 150 | Lakeview School District v. Eli Lilly and Company, et al. | 2:25-cv-00082 |
| 151 | Belding Area Schools v. Eli Lilly and Company, et al. | 2:25-cv-00084 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 152 | Muskegon Area Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00102 |
| 153 | Lakewood Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00103 |
| 154 | Northview Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00109 |
| 155 | Saranac Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00110 |
| 156 | Thornapple Kellogg Schools v. Eli Lilly and Company, et al. | 2:25-cv-00111 |
| 157 | Camden Frontier Schools v. Eli Lilly and Company, et al. | 2:25-cv-00113 |
| 158 | Mott Community College v. Eli Lilly and Company, et al. | 2:25-cv-00115 |
| 159 | St. Clair County v. Eli Lilly and Company, et al. | 2:25-cv-00117 |
| 160 | Western Michigan Health Insurance Pool v. Eli Lilly and Company, et al. | 2:25-cv-00119 |
| 161 | Grand Rapids Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00120 |
| 162 | Mecosta Osceola Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00122 |
| 163 | Adrian Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00123 |
| 164 | Allegan County v. Eli Lilly and Company, et al. | 2:25-cv-00124 |
| 165 | Kenowa Hills Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00125 |
| 166 | Mason County Central Schools v. Eli Lilly and Company, et al. | 2:25-cv-00141 |
| 167 | Ingham Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00143 |
| 168 | Holt Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00144 |
| 169 | Ottawa Area Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00145 |
| 170 | Caledonia Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00146 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 171 | Athena Area Schools v. Eli Lilly and Company, et al. | 2:25-cv-00147 |
| 172 | Homer Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00153 |
| 173 | Sturgis Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00158 |
| 174 | Muskegon Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00161 |
| 175 | Forest Hills Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00166 |
| 176 | Northville Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00168 |
| 177 | Allegan Area Educational Service Agency v. Eli Lilly and Company, et al. | 2:25-cv-00174 |
| 178 | Gratiot Isabella Regional Educational Service District v. Eli Lilly and Company, et al. | 2:25-cv-00175 |
| 179 | Carroll County Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00177 |
| 180 | Worcester County Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00178 |
| 181 | Emery County School District v. Eli Lilly and Company, et al. | 2:25-cv-00180 |
| 182 | Canyons School District v. Eli Lilly and Company, et al. | 2:25-cv-00182 |
| 183 | Northern Arizona Public Employees Benefit Trust v. Eli Lilly and Company, et al. | 2:25-cv-00183 |
| 184 | Valley View Community Unit School District v. Eli Lilly and Company, et al. | 2:25-cv-00205 |
| 185 | Waukegan Community Unit School District v. Eli Lilly and Company, et al. | 2:25-cv-00206 |
| 186 | Oswego Community Unit School District v. Eli Lilly and Company, et al. | 2:25-cv-00208 |
| 187 | Big Springs School District v. Eli Lilly and Company, et al. | 2:25-cv-00211 |
| 188 | Waynedale Local Schools v. Eli Lilly and Company, et al. | 2:25-cv-00212 |
| 189 | Montgomery County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00217 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 190 | Stark County Schools Council of Government v. Eli Lilly and Company, et al. | 2:25-cv-00220 |
| 191 | Girard City Schools v. Eli Lilly and Company, et al. | 2:25-cv-00221 |
| 192 | Monroe County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00223 |
| 193 | Heritage Southwest Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00224 |
| 194 | Ostego County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00225 |
| 195 | Frederick County Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00226 |
| 196 | City of Newark v. Eli Lilly and Company, et al. | 2:25-cv-00227 |
| 197 | Allegheny County Schools Health Insurance Consortium v. Eli Lilly and Company, et al. | 2:25-cv-00228 |
| 198 | City of Detroit, Michigan v. Eli Lilly and Company, et al. | 2:25-cv-00232 |
| 199 | Osceola County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00236 |
| 200 | Suffolk County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00238 |
| 201 | School Board of Orange County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00239 |
| 202 | City of Elyria, Ohio v. Eli Lilly and Company, et al. | 2:25-cv-00244 |
| 203 | Sarasota County Schools, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00251 |
| 204 | School Board of Miami-Dade County v. Eli Lilly and Company, et al. | 2:25-cv-00261 |
| 205 | 1199 Service Employees International Union Benefit Funds v. Eli Lilly and Company, et al. | 2:25-cv-00264 |
| 206 | City of Lansing, Michigan v. Eli Lilly and Company, et al. | 2:25-cv-00268 |
| 207 | City of Fort Lauderdale, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00273 |
| 208 | City of Orlando, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00274 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 209 | Prince George's County Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00277 |
| 210 | The School Board of Broward County, FL v. Eli Lilly and Company, et al. | 2:25-cv-00279 |
| 211 | Montgomery County Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00281 |
| 212 | City of New Bedford, Massachusetts v. Eli Lilly and Company, et al. | 2:25-cv-00282 |
| 213 | Huron County Board of Commissioners v. Eli Lilly and Company, et al. | 2:25-cv-00283 |
| 214 | Ashland City Schools v. Eli Lilly and Company, et al. | 2:25-cv-00284 |
| 215 | Orrville City Schools v. Eli Lilly and Company, et al. | 2:25-cv-00285 |
| 216 | St. John's Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00286 |
| 217 | Everett Financial, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00291 |
| 218 | Western Pennsylvania Electrical Employees Insurance Trust-Fund v. Eli Lilly and Company, et al. | 2:25-cv-00292 |
| 219 | Claiborne County Bd of Education Tennessee v. Eli Lilly and Company, et al. | 2:25-cv-00294 |
| 220 | Grainger County, Tennessee v. Eli Lilly and Company, et al. | 2:25-cv-00296 |
| 221 | Greene County Board of Education v. Eli Lilly and Company, et al. | 2:25-cv-00298 |
| 222 | North Atlantic States Carpenters Health Benefits Fund v. Eli Lilly and Company, et al. | 2:25-cv-00300 |
| 223 | Hamilton County Board of Education v. Eli Lilly and Company, et al. | 2:25-cv-00302 |
| 224 | Hancock County, Tennessee v. Eli Lilly and Company, et al. | 2:25-cv-00303 |
| 225 | Hawkins County, Tennessee v. Eli Lilly and Company, et al. | 2:25-cv-00304 |
| 226 | California Schools Voluntary Employees Benefits Association v. Eli Lilly and Company, et al. | 2:25-cv-00311 |
| 227 | City of Morristown, Tennessee v. Eli Lilly and Company, et al. | 2:25-cv-00313 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 228 | Overton County, Tennessee v. Eli Lilly and Company, et al. | 2:25-cv-00321 |
| 229 | Southern Freight Services, Inc. of Morristown v. Eli Lilly and Company, et al. | 2:25-cv-00323 |
| 230 | Montcalm Intermediate School District v. Eli Lilly and Company, et al. | 2:25-cv-00324 |
| 231 | Summers Taylor, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00325 |
| 232 | Riverview Community School District v. Eli Lilly and Company, et al. | 2:25-cv-00326 |
| 233 | Wyandotte Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00327 |
| 234 | Washington County, Tennessee v. Eli Lilly and Company, et al. | 2:25-cv-00328 |
| 235 | Manistee Area Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00329 |
| 236 | Okemos Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00335 |
| 237 | Northwest Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00338 |
| 238 | Cobb County, Georgia v. Eli Lilly and Company, et al. | 2:25-cv-00339 |
| 239 | Worldwide Equipment Enterprises, Inc. v. Eli Lilly, et al. | 2:25-cv-00340 |
| 240 | Employer-Teamsters Local NOS. 175/505 Health & Welfare Trust Fund v. Eli Lilly and Company, et al. | 2:25-cv-00341 |
| 241 | Clarkston Community Schools v. Eli Lilly and Company, et al. | 2:25-cv-00343 |
| 242 | Tempe Union High School District v. Eli Lilly and Company, et al. | 2:25-cv-00347 |
| 243 | Kanawha County, West Virginia v. Eli Lilly and Company, et al. | 2:25-cv-00349 |
| 244 | Kyrene School District v. Eli Lilly and Company, et al. | 2:25-cv-00350 |
| 245 | North Jersey Municipal Employee Benefits Fund v. Eli Lilly and Company, et al. | 2:25-cv-00351 |
| 246 | Hawthorne School District v. Eli Lilly and Company, et al. | 2:25-cv-00352 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 247 | The Metropolitan Government of Nashville & Davidson County v. Eli Lilly and Company, et al. | 2:25-cv-00354 |
| 248 | Gaston County, North Carolina v. Eli Lilly and Company, et al. | 2:25-cv-00357 |
| 249 | San Ysidro School District v. Eli Lilly and Company, et al. | 2:25-cv-00358 |
| 250 | Campbell Union School District v. Eli Lilly and Company, et al. | 2:25-cv-00359 |
| 251 | Central Midwest Regional Council of Carpenters Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00360 |
| 252 | Berlin Brothersvalley School District v. Eli Lilly and Company, et al. | 2:25-cv-00361 |
| 253 | Eaton County, Michigan v. Eli Lilly and Company, et al. | 2:25-cv-00362 |
| 254 | Mars Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00363 |
| 255 | Lincoln County, North Carolina v. Eli Lilly and Company, et al. | 2:25-cv-00364 |
| 256 | State of Franklin Healthcare Associates, PLLC. V. Eli Lilly and Company, et al. | 2:25-cv-00365 |
| 257 | Conemaugh Township School District v. Eli Lilly and Company, et al. | 2:25-cv-00368 |
| 258 | Broward County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00370 |
| 259 | Washington School District v. Eli Lilly and Company, et al. | 2:25-cv-00371 |
| 260 | City of Winston-Salem, North Carolina v. Eli Lilly and Company, et al. | 2:25-cv-00373 |
| 261 | Green Bay Area Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00374 |
| 262 | Kalamazoo County, Michigan v. Eli Lilly and Company, et al. | 2:25-cv-00375 |
| 263 | Elmbrook School District v. Eli Lilly and Company, et al. | 2:25-cv-00376 |
| 264 | Kenosha Unified School District v. Eli Lilly and Company, et al. | 2:25-cv-00377 |
| 265 | Milwaukee County, Wisconsin v. Eli Lilly and Company, et al. | 2:25-cv-00378 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 266 | Whitnall School District v. Eli Lilly and Company, et al. | 2:25-cv-00379 |
| 267 | Silgan Plastics Corporation and Silgan Plastics LLC. v. Eli Lilly and Company, et al. | 2:25-cv-00381 |
| 268 | School District of South Milwaukee v. Eli Lilly and Company, et al. | 2:25-cv-00382 |
| 269 | Silgan Containers Manufacturing Corp and Silgan Containers LLC. v. Eli Lilly and Company, et al. | 2:25-cv-00384 |
| 270 | Franklin Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00385 |
| 271 | Hall County, Georgia v. Eli Lilly and Company, et al. | 2:25-cv-00386 |
| 272 | City of Greensboro, North Carolina v. Eli Lilly and Company, et al. | 2:25-cv-00388 |
| 273 | Maryland-National Capital Park and Planning Commission v. Eli Lilly and Company, et al. | 2:25-cv-00389 |
| 274 | City of Oklahoma City v. Eli Lilly and Company, et al. | 2:25-cv-00390 |
| 275 | Delaware County, Pennsylvania v. Eli Lilly and Company, et al. | 2:25-cv-00398 |
| 276 | International Longshoremen's Association, Local #1416 v. Eli Lilly and Company, et al. | 2:25-cv-00399 |
| 277 | Ohio Laborers District Council – Ohio Contractors Association Insurance Fund v. Eli Lilly and Company, et al. | 2:25-cv-00400 |
| 278 | West Virginia Laborer's Trust Fund v. Eli Lilly and Company, et al. | 2:25-cv-00401 |
| 279 | City of Deerfield Beach, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00403 |
| 280 | City of Boca Raton, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00405 |
| 281 | The School Board of Lee County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00411 |
| 282 | Penn Cambria School District v. Eli Lilly and Company, et al. | 2:25-cv-00414 |
| 283 | City of Birmingham, Alabama v. Eli Lilly and Company, et al. | 2:25-cv-00416 |
| 284 | Upper St. Clair School District v. Eli Lilly and Company, et al. | 2:25-cv-00418 |

| Reference No. | Self-Funded Payer Track Cases | |
|---|---|---|
| | Case Name | Case. No. |
| 285 | Franklin County Career and Technology Center v. Eli Lilly and Company, et al. | 2:25-cv-00420 |
| 286 | Purchase Line School District v. Eli Lilly and Company, et al. | 2:25-cv-00422 |
| 287 | Indiana Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00423 |
| 288 | Peters Township School District v. Eli Lilly and Company, et al. | 2:25-cv-00428 |
| 289 | Forest Hills School District v. Eli Lilly and Company, et al. | 2:25-cv-00429 |
| 290 | Charleroi School District v. Eli Lilly and Company, et al. | 2:25-cv-00432 |
| 291 | Karns City Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00433 |
| 292 | Moniteau School District v. Eli Lilly and Company, et al. | 2:25-cv-00435 |
| 293 | Loudon County Schools v. Eli Lilly and Company, et al. | 2:25-cv-00436 |
| 294 | Key Benefits Administrators, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00437 |
| 295 | Marryville City Schools v. Eli Lilly and Company, et al. | 2:25-cv-00440 |
| 296 | Stewart County v. Eli Lilly and Company, et al. | 2:25-cv-00443 |
| 297 | Pipe Fitters Local Union No. 120 Insurance Fund v. Eli Lilly and Company, et al. | 2:25-cv-00444 |
| 298 | IBEW Local 38, Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00448 |
| 299 | Building Laborers Local 310 Health & Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00451 |
| 300 | Parish of Caddo, Louisiana v. Eli Lilly and Company, et al. | 2:25-cv-00452 |
| 301 | Windber Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00454 |
| 302 | City of Port St. Lucie, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00455 |
| 303 | Alpine School District v. Eli Lilly and Company, et al. | 2:25-cv-00456 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 304 | Boilermakers Local 744 Health & Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00457 |
| 305 | North Summit School District v. Eli Lilly and Company, et al. | 2:25-cv-00458 |
| 306 | Cache County School District v. Eli Lilly and Company, et al. | 2:25-cv-00460 |
| 307 | Tri-County Educational Service Center v. Eli Lilly and Company, et al. | 2:25-cv-00461 |
| 308 | East Holmes Local School District v. Eli Lilly and Company, et al. | 2:25-cv-00462 |
| 309 | Norton Healthcare, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00464 |
| 310 | Summacare, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00465 |
| 311 | Lincoln Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00466 |
| 312 | The School Board of Palm Beach County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00467 |
| 313 | UFCW Local One Health Insurance Consortium v. Eli Lilly and Company, et al. | 2:25-cv-00468 |
| 314 | Benton Harbor Area Schools v. Eli Lilly and Company, et al. | 2:25-cv-00469 |
| 315 | Minneapolis Retail Meat Cutters and Food Handlers Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00471 |
| 316 | Malcolm Public Schools v. Eli Lilly and Company, et al. | 2:25-cv-00472 |
| 317 | Ashland County v. Eli Lilly and Company, et al. | 2:25-cv-00473 |
| 318 | The School Board of Highlands County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00474 |
| 319 | Montage Health v. Eli Lilly and Company, et al. | 2:25-cv-00475 |
| 320 | Electrical Welfare Trust Fund v. Eli Lilly and Company, et al. | 2:25-cv-00476 |
| 321 | City of Midwest City v. Eli Lilly and Company, et al. | 2:25-cv-00478 |
| 322 | Contractors Health Trust v. Eli Lilly and Company, et al. | 2:25-cv-00481 |

| Reference No. | Case Name | Case. No. |
|---|---|---|
| | **Self-Funded Payer Track Cases** | |
| 323 | Rittman Exempted Village School District v. Eli Lilly and Company, et al. | 2:25-cv-00482 |
| 324 | Delmar Gardens Enterprises, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00483 |
| 325 | City of Delray Beach, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00484 |
| 326 | Gospel Missionary & Union d/b/a Avant Ministries v. Eli Lilly and Company, et al. | 2:25-cv-00485 |
| 327 | Plum Borough School District v. Eli Lilly and Company, et al. | 2:25-cv-00486 |
| 328 | Centinela Valley Union High School District v. Eli Lilly and Company, et al. | 2:25-cv-00487 |
| 329 | Brookdale Senior Living, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00488 |
| 330 | Intermediate Unit One Health Insurance Consortium v. Eli Lilly and Company, et al. | 2:25-cv-00489 |
| 331 | Salinas Valley Health v. Eli Lilly and Company, et al. | 2:25-cv-00490 |
| 332 | Sound Health and Wellness Trust v. Eli Lilly and Company, et al. | 2:25-cv-00491 |
| 333 | Burgettstown Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00492 |
| 334 | NECU LU No. 313 IBEW Health & Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00493 |
| 335 | West Mifflin Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00494 |
| 336 | Grove City Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00495 |
| 337 | California Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00497 |
| 338 | IBEW Local 712 v. Eli Lilly and Company, et al. | 2:25-cv-00498 |
| 339 | County Employee Benefit Consortium of Ohio v. Eli Lilly and Company, et al. | 2:25-cv-00499 |
| 340 | United Food and Commercial Workers Local 1529 Health & Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00501 |
| 341 | Heartland Health and Wellness Trust v. Eli Lilly and Company, et al. | 2:25-cv-00502 |

| | Self-Funded Payer Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 342 | Steubenville Electrical Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00503 |
| 343 | UFCW Health INS. Plan For Active Employees; and UFCW Health Ins. Plan for Retirees v. Eli Lilly and Company, et al. | 2:25-cv-00505 |
| 344 | UFCW National Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00508 |
| 345 | Upbound Group, Inc. (F/K/A Rent-A-Center, Inc.) v. Eli Lilly and Company, et al. | 2:25-cv-00509 |
| 346 | Local 888 Health Fund v. Eli Lilly and Company, et al. | 2:25-cv-00510 |
| 347 | Division 1181 A.T.U. New York Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00513 |
| 348 | Guyan International et al v. Eli Lilly and Company, et al. | 2:25-cv-00515 |
| 349 | UFCW Unions and Participating Employers Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00516 |
| 350 | Transit Employees Health and Welfare Plan v. Eli Lilly and Company, et al. | 2:25-cv-00517 |
| 351 | IBEW Local 613 and Contributing Employers Family Health Fund v. Eli Lilly and Company, et al. | 2:25-cv-00519 |
| 352 | Bell Ford, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00520 |
| 353 | Diocese of Wheeling-Charleston v. Eli Lilly and Company, et al. | 2:25-cv-00521 |
| 354 | Terex Corporation v. Eli Lilly and Company, et al. | 2:25-cv-00522 |
| 355 | Standard Labs et al v. Eli Lilly and Company, et al. | 2:25-cv-00523 |
| 356 | 1978 Retired Construction Workers Fund v. Eli Lilly and Company, et al. | 2:25-cv-00524 |
| 357 | Local 49 Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-00525 |
| 358 | C.H. Robinson Worldwide v. Eli Lilly and Company, et al. | 2:25-cv-00526 |
| 359 | The Independents Colleges and Universities Benefits Association, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00527 |
| 360 | Avonworth School District v. Eli Lilly and Company, et al. | 2:25-cv-00532 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 361 | Albert Gallatin Area School District v. Eli Lilly and Company, et al. | 2:25-cv-00533 |
| 362 | Chartiers-Houston School District v. Eli Lilly and Company, et al. | 2:25-cv-00534 |
| 363 | Green Local School District v. Eli Lilly and Company, et al. | 2:25-cv-00536 |
| 364 | Rootstown Local School District v. Eli Lilly and Company, et al. | 2:25-cv-00537 |
| 365 | Hillsdale Local School District v. Eli Lilly and Company, et al. | 2:25-cv-00541 |
| 366 | Chippewa Local School District v. Eli Lilly and Company, et al. | 2:25-cv-00542 |
| 367 | Loudonville-Perrysville Evsd v. Eli Lilly and Company, et al. | 2:25-cv-00544 |
| 368 | Northwestern Local School District v. Eli Lilly and Company, et al. | 2:25-cv-00546 |
| 369 | Norwayne Local Schools v. Eli Lilly and Company, et al. | 2:25-cv-00547 |
| 370 | Whitehorn v. Eli Lilly and Company, et al. | 2:25-cv-00605 |
| 371 | Tunica-Biloxi Tribe of Louisiana v. Eli Lilly and Company, et al. | 2:25-cv-00607 |
| 372 | Albemarle County, Virginia v. Eli Lilly and Company, et al. | 2:25-cv-00690 |
| 373 | New York Society for the Relief of the Ruptured and Crippled, Maintaining the Hospital for Special Surgery v. Eli Lilly and Company, et al. | 2:25-cv-00768 |
| 374 | Pittsylvania County, Virginia v. Eli Lilly and Company, et al. | 2:25-cv-01037 |
| 375 | Stafford County, Virginia v. Eli Lilly and Company, et al. | 2:25-cv-00044 |
| 376 | Chesterfield County, Virginia v. Eli Lilly and Company, et al. | 2:25-cv-00014 |
| 377 | Montgomery County, Virginia v. Eli Lilly and Company, et al. | 2:25-cv-00015 |
| 378 | St. Josephs Holdings, LLC v. Eli Lilly and Company, et al. | 2:25-cv-01163 |
| 379 | Northampton County, Viriginia v. Eli Lilly and Company, et al. | 2:25-cv-01189 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 380 | Wayne County Schools Career Center v. Eli Lilly and Company, et al. | 2:25-cv-01234 |
| 381 | Bossier Parish School Board v. Eli Lilly and Company, et al. | 2:25-cv-01322 |
| 382 | County of Henry, Virginia v. Eli Lilly and Company, et al. | 2:25-cv-01329 |
| 383 | Macon-Bibb County, Georgia v. Eli Lilly and Company, et al. | 2:25-cv-01342 |
| 384 | Westchester County, New York v. Eli Lilly and Company, et al. | 2:25-cv-00383 |
| 385 | City of Colombus, Ohio v. Eli Lilly and Company, et al. | 2:25-cv-00310 |
| 386 | City of Warren, Ohio v. Eli Lilly and Company, et al. | 2:25-cv-00315 |
| 387 | City of Brockton, Massachussetts v. Eli Lily and Company, et al. | 2:25-cv-00307 |
| 388 | Washington County, Utah v. Eli Lilly and Company, et al. | 2:25-cv-00372 |
| 389 | City of Tampa, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00312 |
| 390 | City of Beverly, Massachusetts v. Eli Lilly and Company, et al. | 2:25-cv-00305 |
| 391 | School Board of Pinellas County, Florida v. Eli Lilly and Company, et al. | 2:25-cv-00346 |
| 392 | H. Lee Moffitt Cancer Center and Research Institute, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-00318 |
| 393 | Nuvance Health v. Eli Lilly and Company, et al. | 2:25-cv-00391 |
| 394 | Hytrol Conveyer Company, Inc. v. Eli Lilly and Company, et al. | 2:25-cv-01415 |
| 395 | Prince George's County, Maryland v. Eli Lilly and Company, et al. | 2:25-cv-00137 |
| 396 | Teamsters Local 237 Retirees Benefit Fund v. Eli Lilly and Company, et al. | 2:25-cv-00258 |
| 397 | City of Meriden v. Eli Lilly and Company, et al. | 2:25-cv-00057 |
| 398 | City of St. Petersburg, Florida v. Eli Lilly and Company, et al. | 2:25-cv-01759 |

| Self-Funded Payer Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case. No. |
| 399 | Teamsters Local 731 Health and Welfare Fund v. Eli Lilly and Company, et al. | 2:25-cv-01781 |
| 400 | Health and Welfare Fund of the Excavating, Grading and Asphalt Craft Local No. 731 v. Eli Lilly and Comopany, et al. | 2:25-cv-01774 |
| 401 | City of Charleston, SC v. Eli Lilly and Company, et al. | 2:25-cv-01869 |
| 402 | Texas Health Resources v. Eli Lilly and Company, et al. | 2:25-cv-02072 |

| | State Attorney General Track Cases | |
|---|---|---|
| Reference No. | Case Name | Case No. |
| 1 | State of Montana, ex rel. Austin Knudsen v. Eli Lilly and Company, et al. | 2:23-cv-04214 |
| 2 | State of Kansas, ex rel., Kris W. Kobach, Attorney General v. Eli Lilly and Company, et al. | 2:23-cv-04219 |
| 3 | State of Arkansas, ex rel. Tim Griffin, Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04239 |
| 4 | State of Illinois, ex rel. Raoul v. Eli Lilly and Company et al. | 2:23-cv-04242 |
| 5 | State of Mississippi, ex rel. Lynn Fitch Attorney General v. Eli Lilly and Company et al. | 2:23-cv-04364 |
| 6 | State of Kentucky, ex rel. Daniel Cameron v. Novo Nordisk Inc., et al. | 2:23-cv-21374 |
| 7 | The State of Louisiana v. Sanofi-Aventis U.S. LLC et al. | 2:23-cv-22978 |
| 8 | Arizona v. Optum Incorporated et al. | 2:24-cv-00260 |
| 9 | State of Utah et al. v. Eli Lilly and Company et al. | 2:24-cv-00536 |
| 10 | State of Indiana v. Express Scripts Administrators, et al. | 2:24-cv-06068 |
| 11 | State of Louisiana v. Eli Lilly and Company, et al. | 2:24-cv-07048 |
| 12 | State of Oklahoma ex rel. Drummond v. Eli Lilly and Company, et al. | 2:24-cv-07606 |
| 13 | The State of Texas v. Eli Lilly and Company, et al. | 2:24-cv-10854 |
| 14 | People of the State of California v. Eli Lilly and Company, et al. | 2:24-cv-11488 |
| 15 | Commonwealth of Massachussetts v. Eli Lilly and Company, et al. | 2:25-cv-10370 |
| 16 | Government of Puero Rico v. Eli Lilly and Company, et al. | 2:25-cv-01845 |

| Class Action Track Cases | | |
|---|---|---|
| Reference No. | Case Name | Case No. |
| 1 | Local 837 Health and Welfare Plan, individually and on behalf of all other similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-20932 |
| 2 | Local No. 1 Health Fund, and Plan of Benefits for the Local No. 1 Health Fund, individually and on behalf of all others similarly situated v. Eli Lilly and Company, et al. | 2:23-cv-21160 |
| 3 | In re Direct Purchaser Insulin Pricing Litigation | 2:20-cv-3426 |
| 4 | Baltimore City Board of School Comissioners v. Eli Lilly and Company, et al. | 2:25-cv-01311 |