*In re Insulin Pricing Litigation* **(MDL No. 3080)**
**Case No. 2:23-md-03080-BRM-RLS**
<u>**Motion List as of April 3 , 2025**</u>

The bullets below correspond to the docket numbers of all submissions relating to each of these fully briefed motions, including opening papers, opposition papers, and replies.[1]

**MDL:  State Attorney General Track**

*Montana*

- Rule 12(b)(6) Motions
  - Manufacturer Defendants' Motion (Dkt. Nos. 190, 190-1 to 190-10, 190-22, 190-27)
  - PBM Defendants' Motion (Dkt. Nos. 190-11, 190-12, 190-23, 190-28)
- Rule 12(b)(2) Motions
  - Evernorth Health Inc.'s Motion (Dkt. Nos. 190-13, 190-14, 190-20, 190-24)
  - CVS Health Corporation's Motion (Dkt. Nos. 190-15, 190-16, 190-21, 190-26)
  - UnitedHealth Group Inc. & OptumInsight, Inc.'s Motion (Dkt. Nos. 190-17, 190-18, 190-19, 190-25)
- Supplemental Briefing
  - Manufacturers' Motions (Dkt. Nos. 190-51, 190-53)
  - PBMs' Motions (Dkt. Nos. 190-52, 190-54)

*Illinois*

- Rule 12(b)(6) Motions
  - Manufacturer Defendants' Motion (Dkt. Nos. 190-36, 190-37, 190-43, 190-49)
  - PBM Defendants' Motion (Dkt. Nos. 190-38, 190-39, 190-44, 190-48)
- Rule 12(b)(2) Motions
  - Evernorth Health Inc.'s Motion (Dkt. Nos. 190-30, 190-31, 190-41, 190-47)
  - CVS Health Corporation's Motion (Dkt. Nos. 190-32, 190-33, 190-42, 190-45)
  - UnitedHealth Group Inc. & OptumInsight, Inc.'s Motion (Dkt. Nos. 190-34, 190-35, 190-40, 190-46)
- Supplemental Briefing
  - Manufacturers' Motions (Dkt. Nos. 190-51, 190-53)
  - PBMs' Motions (Dkt. Nos. 190-52, 190-54)

---

[1] The parties understand that motions to remand were filed in certain case that were subsequently transferred to the MDL.  We read CMO #5 to mean that those motions are not currently pending before the MDL and, therefore, have not included them on this list.

*Mississippi*

- Rule 12(c) Motion
  - Manufacturer Defendants' Motion (Dkt. Nos. 200, 231, 277)

*California*

- Motion to Remand Case to Los Angeles County Superior Court
  - Omnibus motion packet under CMO #18 (Dkt No. 486)

**MDL:  Self-Funded Payor Track**

*Albany, King, and Lake County*

- Rule 12(b)(6) Motions
  - Manufacturers' Motion (Dkt. Nos. 249-50, 256, 258)
  - PBM Defendants' Motion (Dkt. Nos. 251-55, 257, 259)

*Self-Funded Payer Track Plaintiffs*

- Motion for Leave to Amend Complaints[2]
  - Plaintiff's Motion (Dkt. Nos. 406)

- Motion for Entry of Order to Show Cause[3]
  - Defendants' Motion (Dkt. No. 449)

**MDL: Class Action Track**

*Local 837 Health and Welfare Plan v. Eli Lilly et al.*, No. 2:23-cv-20932

*Local No. 1 Health Fund v. Eli Lilly et al,* No. 2:23-cv-21160

- Rule 12(b)(6) Motion—Arbitration
  - CVS Health Corporation's Motion (Dkt. Nos. 22, 23, 24, 25, 26)
- Motion to Seal
  - CVS Health Corporation's Motion (Dkt. No. 29)

---

[2] The specific Self-Funded Payer Track Plaintiffs to which this motion applies are identified in Schedule A to the Notice of Motion (Dkt. No. 406).

[3] Defendants' Motion for Entry of Order to Show Cause relates to Case Nos. 2:24-cv-11220, 2:24-cv-11298, 2:24-cv-11331, 2:24-cv-11334).