# MARINO, TORTORELLA & BOYLE, P.C.

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA\*
EREZ J. DAVY\*
MICHAEL J. FLYNN

ATTORNEYS AT LAW
437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
\*OF COUNSEL

April 7, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

>   Re:  *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
>        MDL No. 3080 | Request for Leave to File a Response in Opposition to Plaintiffs'
>        April 4 Submission [ECF 493]

Dear Judge Singh:

      I write on behalf of Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC (collectively, "CVS Caremark"); Express Scripts, Inc., Medco Health Solutions, Inc., and Express Scripts Administrators, LLC (collectively, "Express Scripts"); and OptumRx, Inc., (collectively, the "PBM Defendants") to respectfully request leave to file respective responses to Plaintiffs' position statement regarding MDL discovery [ECF No. 493].

      This Court previously provided the parties leave to update the Court regarding custodial negotiations "by joint submission or simultaneous position statements." ECF 481. Each PBM Defendant and Plaintiffs submitted simultaneous statements on April 4. ECF Nos. 489-90 & 492-93. Plaintiffs' submission, however, raised multiple issues and sought relief that they never raised or discussed with the PBM Defendants. For example, as to CVS Caremark, Plaintiffs seek certain additional custodians by name, or additional time periods for custodians already proposed, that were not discussed during the meet and confers following the March 11 conference. Along the same lines, Plaintiffs did not advise the PBM Defendants that they planned to brief data issues in their April 4 letter, and the PBM Defendants' April 4 letters accordingly do not address these issues. Plaintiffs' request for specific relief—without advising PBM Defendants of what particular relief Plaintiffs planned to move on—is in tension with CMO 17's conferral requirements. *See* CMO 17 at ¶ 2. Accordingly, responses from the PBM Defendants will aid the Court in its resolution of these discovery disputes. The PBM Defendants respectfully request that they be given until Monday, April 14, to submit their responses. If this request is acceptable, we ask that Your Honor endorse this letter as "So Ordered" and have it entered on the Court's docket.

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Rukhsanah L. Singh, U.S.M.J.
April 7, 2025 — Page 2

Thank you for your consideration of this request.

                Respectfully submitted,

*/s John D. Tortorella*
John D. Tortorella
*Counsel for Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC*

*/s Jason R. Scherr*
Jason R. Scherr
*Counsel for Defendants Express Scripts, Inc., Medco Health Solutions, Inc., and Express Scripts Administrators, LLC*

*/s Thomas P. Scrivo*
Thomas P. Scrivo
*Counsel for Defendant OptumRx, Inc.*

cc:    Honorable Brian R. Martinotti, U.S.D.J.
        All Counsel of Record

SO ORDERED:

_____

Hon. Rukhsanah L. Singh, U.S.M.J.