## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record by electronic mail.


Dated: April 7, 2025                             /s John D. Tortorella
                                                                    John D. Tortorella