# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080(BRM)(RLS)<br>MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO: ALL CASES**

## NOTICE OF CHANGE OF ADDRESS AND LAW FIRM

Attorney, Troy A. Rafferty, files this Notice of Change of Address and Law Firm in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to the following:

> **Rafferty, Domnick, Cunningham & Yaffa, PLLC**
> 815 South Palafox Street, 3rd Floor
> Pensacola, FL 32502
> Telephone: (561) 516-5168
> Fax: (561) 625-6269
> E-mail: troy@pbglaw.com
>         taxie@pbglaw.com
>         lisa@pbglaw.com

Dated: April 8, 2025

> Respectfully Submitted,
>
> */s/ Troy A. Rafferty*
> Troy A. Rafferty, Esq.
> Florida Bar No.: 24120
> **Rafferty, Domnick, Cunningham & Yaffa, PLLC**
> 815 South Palafox Street, 3rd Floor
> Pensacola, FL 32502
> Telephone: (850) 208-0830
> Fax: (561) 625-6269
> E-mail: troy@pbglaw.com
>         taxie@pbglaw.com
>         lisa@pbglaw.com

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Change of Address and Law Firm was furnished via electronic filing through the Courts CM/ECF filing system to notice all parties of record this 8th day of April, 2025.

*/s/ Troy A. Rafferty*
Troy A. Rafferty, Esq.
Florida Bar No.: 24120