UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  Date:    04/08/2025
Magistrate Judge:  Case Nos:   23MDL3080
Court Reporter:   Tammera Witte

Title of the Case:

> In Re: INSULIN PRICING LITIGATION

**Appearances**

David R. Buchanan, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, Interim Liaison Counsel for State AG Track
Michael Roberts & Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
Trey Watkins, State AG
Darcie Tilly, California AG
Mark Pikfo, Attorney for Plaintiffs
Sona Shah, Attorneys for Self-Funded Payer Track
Steven Daroci, Tal Lipschutz, Ben Widlanski, Jordan Jacobson,
Michael Angelides, Burton LeBlanc, Bran Bugh, John Neumann, Melissa Yeates, Kennon Potent, Attorneys for Plaintiffs

Liza M. Walsh, William Coglianese & Melissa L. Patterson, Attorneys for Sanofi
Melissa A. Geist & Ryan Moorman, Attorneys for Eli Lilly
Brian W. Carroll & Neal Potischman, Attorney for Novo Nordisk
Patrick A. Harvey, Attorney for Express Scripts
Raymond Kennon Potent & Nicholas Sullentrap, Attorneys for CaremarkPCS Health, LLC
Young Yu, Kelley Barnaby, & Jordan W. Edwards, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**

None

Nature of Proceedings:

Liaison Counsel mtg. held in chambers
Case Management Conference
Court ordered as follows:
- By Friday, April 11, 2025, parties will submit a joint letter to the Court re: briefing schedule for motion(s) to dismiss and contents of the briefs to be filed, including initial

- briefing, opposition/responses, and replies. Oral Argument to be scheduled.
- Judge Harz to be appointed to oversee Common Benefits Fund. Plaintiffs will submit proposed order to Court.

OTBS

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 11:15 am
Time Concluded: 12:15 pm