James P. Frantz, Esq., SBN 87492
jpf@frantzlawgroup.com
William B. Shinoff, Esq., SBN 280020
wshinoff@frantzlawgroup.com
M. Regina Bagdasarian, Esq., SBN 296219
regina@frantzlawgroup.com
Kristin J. Westphal, Esq., SBN 202046
kwestphal@frantzlawgroup.com
FRANTZ LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
T: (619) 233-5945
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>Judge Brian R. Martinotti<br>Judge Rukshanah L. Singh<br><br>**RESPONSE TO ORDER TO ORDER TO SHOW CAUSE RELATED TO:**<br><br>**2:24-CV-11220**<br>**2:24-CV-11298**<br>**2:24-CV-11331**<br>**2:24-CV-11334**<br>**(SELF-FUNDED PAYERS TRACK)** |

Plaintiffs, by and through undersigned counsel, respectfully submit this Response to the Court's May 28, 2025 Order to Show Cause (ECM 484), and state as follows:

1. The Court ordered the above-referenced Plaintiffs to tender a completed PFS as required by CMO 14 on or before the 11th day of April 2025.

2. Plaintiffs respectfully inform the Court of the status of these matters as follows:

    - Case No. *2:24-CV-11220* PFS was submitted to Defendants on April 10, 2025. (See Email submitting PFS on 4/10/2025, Exhibit A).

    - Case No. *2:24-CV-11298* was voluntarily dismissed without prejudice on March 25, 2025. (See filed Notice of Dismissal, Exhibit B).

    - Case No. *2:24-CV-11331* was voluntarily dismissed without prejudice on March 25, 2025. (See filed Notice of Dismissal, Exhibit C); and

    - Case No. *2:24-CV-11334* Plaintiff was not able to tender a CMO 14 compliant PFS by the deadline and will seek reinstatement of its Complaint, if necessary, within 30 days.

3. Counsel apologizes for the PFS delays and continues to work diligently to comply with CMO 14.

DATED: April 11, 2025

**FRANTZ LAW GROUP, APLC**

/s/ William B. Shinoff, Esq.
James P. Frantz, Esq.,
Willam B. Shinoff, Esq.
M. Regina Bagdasarian, Esq.
Attorneys for Plaintiff

# EXHIBIT A

| | |
|---|---|
| **From:** | Tanya Hauck |
| **To:** | #MDL Insulin SFP JDG Service |
| **Bcc:** | Kristin Westphal; William Shinoff; Mary Epherem; Nina Sweeney; Brick_Township_Public_Schools.245258.FLGMDL@inbox.casepacer.com |
| **Subject:** | Brick Township Public Schools; Rule 26/ PFS |
| **Date:** | Thursday, April 10, 2025 10:44:00 AM |
| **Attachments:** | Brick Township Public Schools-Rule 26.pdf<br>Final Brick Township PFS (2).pdf<br>image001.png |

Please see attached PFS and Rule 26 disclosure as required by CMO No. 14.

Thank you.


Best,

Tanya Hauck – Paralegal
FRANTZ LAW GROUP, A Professional Law Corporation
e-mail:  thauck@frantzlawgroup.com
web:  www.frantzlawgroup.com
Toll Free: 855-735-5945
Fax: 619-525-7672


**SAN DIEGO**
Emerald Plaza
402 West Broadway
Suite 860
San Diego, CA 92101
Ph: (619) 233-5945
Fax: (619) 525-7672
Toll Free:(855) 735-5945

**LOS ANGELES**
Century Plaza
2029 Century Park E
Suite 400
Los Angeles, CA 90067
Ph: (323) 425-8138

**SAN FRANCISCO**
Providian Financial Building
201 Mission Street
12th Floor
San Francisco, CA 94105
Ph: (415) 282-2928

**BAKERSFIELD**
Cal Twin Towers
4900 California Ave.
Tower B, 2nd Floor
Bakersfield, CA 93309
Ph: (661) 469-4612

**SANTA ROSA**
Fountaingrove Center
3558 Round Barn Blvd
Suite 215
Santa Rosa, CA 95403
Ph: (707) 236-631

**CHICO**
527 Flume Street
Suite 5
Chico, CA 95928
Ph: (530) 423-6774

**SACRAMENTO**
428 J Street
4th Floor
Sacramento, CA 95814
Ph: (916) 492-6059

**RIVERSIDE**
Turner Riverwalk
11801 Pierce Street
Suite 200
Riverside, CA 92505
Ph: (951) 225-4097

**VENTURA**
Barrister Executive Suites, INC.
1500 Palma Dr.
Ventura, CA 93003
Ph: (805) 586-3605

**SANTA BARBARA**
Santa Barbara Office
7 West Figueroa Street
Santa Barbara, CA 93101
Ph: (805) 586-2412

**FRESNO**
River Bluff
8050 N. Palm Ave.
Fresno, CA 93711
Ph: (559) 400-7177

**MAUI**
Kihei Plaza
1325 S. Kihei Rd.
Suite 102-C
Kihei, HI 96753
Ph: (808) 354-0112


**HONOLULU**
7 Waterfront Plaza
500 Ala Moana Blvd.
Suite 400
Honolulu, HI 96813
Ph: (808) 354-0112






# EXHIBIT B

James P. Frantz, Esq., SBN 87492
jpf@frantzlawgroup.com
William B. Shinoff, Esq., SBN 280020
wshinoff@frantzlawgroup.com
M. Regina Bagdasarian, Esq., SBN 296219
regina@frantzlawgroup.com
Kristin J. Westphal, Esq., SBN 202046
kwestphal@frantzlawgroup.com
FRANTZ LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
T: (619) 233-5945
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080 |
| WAVERLY COMMUNITY SCHOOLS,<br><br>Plaintiff.<br><br>v.<br><br>ELI LILLY AND COMPANY; SANOFI-AVENTIS U.S. LLC, NOVO NORDISK INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARK LLC; CAREMARKPCS HEALTH, LLC; EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY SERVICES, INC., EXPRESS SCRIPTS PHARMACY, INC., UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE SERVICES, [1] | Judge Brian R. Martinotti<br>Judge Rukshanah L. Singh<br><br>**NOTICE OF PLAINTIFF WAVERLY COMMUNITY SCHOOLS VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>Civil Action No. 2:24-cv-11298 |

| INC.; UNITEDHEALTHCARE | ) |
| INSURANCE CO.; OPTUM, INC.; | ) |
| OPTUMRX, INC.; and | ) |
| OPTUMINSIGHT, INC., | ) |
|  | ) |
| Defendants. | ) |

Plaintiff Waverly Community Schools, by and through its attorney of record, FRANTZ LAW GROUP, APLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("F.R.C.P."), provides notice of its voluntary dismissal, without prejudice, of this action. As grounds therefore, Plaintiff shows the Court:

1. Pursuant to Rule 41(a)(1)(A)(i) of the F.R.C.P., the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

2. Defendants have not yet filed and served either an answer or motion for summary judgment.

3. Accordingly, Plaintiff provides notice of the dismissal of this action without prejudice and no further action or Court order is required.

DATED: March 25, 2025                **FRANTZ LAW GROUP, APLC**

/s/ William B. Shinoff, Esq.
James P. Frantz, Esq.,
Willam B. Shinoff, Esq.
M. Regina Bagdasarian, Esq.
Kristin J. Westphal, Esq.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing notice of dismissal with the Clerk of the Court using the CM/ECF system, which will send notification to Defendants' counsel of record.

/s/ William B. Shinoff, Esq.
Willam B. Shinoff, Esq.
Attorney for Plaintiff

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: MARCH 26, 2025

# EXHIBIT C

James P. Frantz, Esq., SBN 87492
jpf@frantzlawgroup.com
William B. Shinoff, Esq., SBN 280020
wshinoff@frantzlawgroup.com
M. Regina Bagdasarian, Esq., SBN 296219
regina@frantzlawgroup.com
Kristin J. Westphal, Esq., SBN 202046
kwestphal@frantzlawgroup.com
FRANTZ LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
T: (619) 233-5945
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS) MDL No. 3080 |
| TRAVERSE CITY AREA PUBLIC SCHOOLS, | Judge Brian R. Martinotti Judge Rukshanah L. Singh |
| Plaintiff. v. ELI LILLY AND COMPANY; SANOFI-AVENTIS U.S. LLC, NOVO NORDISK INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARK LLC; CAREMARKPCS HEALTH, LLC; EVERNORTH HEALTH, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY SERVICES, INC., EXPRESS SCRIPTS PHARMACY, INC., UNITEDHEALTH GROUP, INC., | **NOTICE OF PLAINTIFF TRAVERSE CITY AREA PUBLIC SCHOOLS VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** Civil Action No. 2:24-cv-11331 |

1

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE CO.; OPTUM, INC.; OPTUMRX, INC.; and OPTUMINSIGHT, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

Plaintiff Traverse City Area Public Schools, by and through its attorney of record, FRANTZ LAW GROUP, APLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("F.R.C.P."), provides notice of its voluntary dismissal, without prejudice, of this action. As grounds therefore, Plaintiff shows the Court:

1. Pursuant to Rule 41(a)(1)(A)(i) of the F.R.C.P., the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

2. Defendants have not yet filed and served either an answer or motion for summary judgment.

3. Accordingly, Plaintiff provides notice of the dismissal of this action without prejudice and no further action or Court order is required.

DATED: March 25, 2025               **FRANTZ LAW GROUP, APLC**

/s/ William B. Shinoff, Esq.
James P. Frantz, Esq.,
Willam B. Shinoff, Esq.
M. Regina Bagdasarian, Esq.
Kristin J. Westphal, Esq.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing notice of dismissal with the Clerk of the Court using the CM/ECF system, which will send notification to Defendants' counsel of record.

/s/ William B. Shinoff, Esq.
Willam B. Shinoff, Esq.
Attorney for Plaintiff

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: MARCH 26, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing Response to Order to Show Cause with the Clerk of the Court using the CM/ECF system, which will send notification to Defendants' counsel of record.

/s/ William B. Shinoff, Esq.
Willam B. Shinoff, Esq.
Attorney for Plaintiff
