# SEEGERWEISS LLP

NEW YORK • NEW JERSEY • PHILADELPHIA • NEWTON, MA

April 9, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *In re: Insulin Pricing Litigation*, MDL No. 3080
            No. 2:23-md-03080-BRM-RLS

Dear Judge Singh:

    We write in response to Defendants' request for leave to file a response to Plaintiffs' April 4, 2025 submission [ECF No. 496] and the Court's Letter Order from yesterday granting this request [ECF No. 500]. Plaintiffs dispute the PBM Defendants' suggestion that Plaintiffs' request for specific custodians by name was unwarranted or unjustified in any way. Plaintiffs sought relief on the exact issue—custodians—they advised the Court and PBM Defendants they intended to move on. Nevertheless, Plaintiffs respectfully request the opportunity to respond to any new positions raised by the PBM Defendants in their forthcoming opposition by letter on or before April 16, 2025. If this request is acceptable, we ask that Your Honor endorse this letter as "So Ordered" and have it entered on the Court's docket.

                            Respectfully submitted,

*s/ Joanne Cicala*
Joanne Cicala

*Liaison Counsel for*
*State Attorney General Track*

*s/ David R. Buchanan*
David R. Buchanan

*Liaison Counsel for*
*Self-Funded Payer Track*

*s/ Matthew Gately*
Matthew Gately

*Liaison Counsel for*
*Class Action Track*

cc: Counsel of Record (*via* ECF)

SO ORDERED:

April 10, 2025

_____
Hon. Rukhsanah L. Singh, U.S.M.J.