# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

April 18, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re:  *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
          MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

    Pursuant to CMO #5, the parties provide the following status update for the weeks ending April 11 and April 18. We have also attached a current list of pending motions.

1. The parties continued to meet and confer regarding a privilege log protocol.

2. Plaintiffs and the PBM Defendants filed letter briefs regarding custodians and disclosure regarding data fields. *See* ECF Nos. 489–493, 510-512, 514.

3. Defendants conferred with certain Plaintiffs in the SFP Track and AG Track regarding deficiencies Defendants identified in Plaintiff Fact Sheet responses and productions.

4. On April 7, 2025, Defendants proposed a schedule for briefing common deficiencies in Self-Funded Payer Plaintiff Fact Sheet responses.

5. The parties scheduled a meet and confer for Tuesday, April 22 to discuss a deposition protocol.

6. The parties continued to meet and confer on search terms.

    Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s Matthew F. Gately*　　　　　　　　　　　*/s Joanne Cicala*
Matthew F. Gately　　　　　　　　　　　　Joanne Cicala
*Liaison Counsel for*　　　　　　　　　　*Liaison Counsel for*
*Class Action Track*　　　　　　　　　　*State Attorneys General Track*

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Hon. Brian R. Martinotti, U.S.D.J.
April 18, 2025—Page 2

| | |
|---|---|
| */s David R. Buchanan* | */s John D. Tortorella* |
| David R. Buchanan | John D. Tortorella |
| *Liaison Counsel for* | |
| *Self-Funded Payer Track* | |

Enclosures

cc:   Honorable Rukhsanah L. Singh, U.S.M.J.
      All counsel of record