# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

April 21, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

    Re:  *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
           MDL No. 3080

Dear Judge Singh:

    We represent Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC (collectively, "CVS Caremark"), in the above-captioned litigation.

    On April 4, 2025, Plaintiffs filed their Position Statement on PBM Defendants' Custodian Proposals and Data Fields [ECF 493] under temporary seal because it attached certain materials that CVS Caremark had designated Confidential pursuant to the Stipulated Confidentiality Order [ECF 117]. The parties have since conferred in accordance with L.Civ.R. 5.3(c)(2), and CVS Caremark has determined that the filing need not be maintained under seal permanently. Accordingly, we have no objection to the Court directing the Clerk to make ECF No. 493 available publicly.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                */s John D. Tortorella*
                                John D. Tortorella
                                Marino, Tortorella & Boyle, P.C.

                                */s Nicholas C. Suellentrop*
                                Nicholas C. Suellentrop
                                Williams & Connolly LLP

                                *Counsel for Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC*

cc:    Honorable Brian R. Martinotti, U.S.D.J.
          All Counsel of Record