# McCarter & English

**Brian W. Carroll**
Partner

T. 973-639-2020
F. 973-297-3713

bcarroll@McCarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

April 22, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *In re Insulin Pricing Litigation*, MDL No. 3080**
    **Case No. 2:23-md-3080 (BRM/RLS)**

Dear Judge Singh:

    This firm, together with Davis Polk & Wardwell LLP, represents Defendant Novo Nordisk Inc. ("Novo Nordisk") in the above-referenced matter.

    Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request leave of Court to withdraw the *pro hac vice* admission of Ian Hogg of Davis Polk & Wardwell LLP as counsel for Novo Nordisk. The law firms of McCarter & English, LLP and Davis Polk & Wardwell LLP will continue to represent Novo Nordisk in this action.

    If the Court approves, we respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Brian W. Carroll*

Brian W. Carroll


          **SO ORDERED this _____ day of April 2025:**

          _____
          **HON. RUKHSANAH L. SINGH, U.S.M.J.**