UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO:** 2:25-CV-00206,
2:25-CV-00211,
2:25-CV-00221,
2:25-CV-00371,
2:25-CV-00428,
2:25-CV-00443,
2:25-CV-00457,
2:25-CV-00458,
2:25-CV-00460,
2:25-CV-00469,
2:25-CV-00472,
2:25-CV-00473,
2:25-CV-00524,
2:25-CV-00537,
2:25-CV-00546
**(SELF-FUNDED PAYERS TRACK)**

## NOTICE OF MOTION FOR ENTRY OF ORDER TO SHOW CAUSE

**TO:** All Persons on ECF Service List

**COUNSEL:**

    **PLEASE TAKE NOTICE** that Defendants Eli Lilly And Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts

Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Services, Inc.; Express Scripts Pharmacy, Inc.; OptumRx, Inc (collectively "Defendants"), by and through their respective undersigned counsel, shall move before the Honorable Rukhsanah L. Singh, U.S.M.J., at a date and time to be determined by the Court, at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, for an Order, pursuant to Case Management Order No. 14 ¶ 5(c), to Show Cause why Plaintiffs' cases should not be dismissed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

| | |
|---|---|
| Dated:   April 23, 2025 | Respectfully submitted, |
| */s/ Brian W. Carroll* | */s/ Liza M. Walsh* |
| **MCCARTER & ENGLISH, LLP**<br>Brian W. Carroll<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br>(973) 639-2020<br>bcarroll@mccarter.com | **WALSH PIZZI O'REILLY FALANGA LLP**<br>Liza M. Walsh<br>Katelyn O'Reilly<br>Three Gateway Center<br>100 Mulberry St., 15th floor<br>Newark, NJ 07102<br>(973) 757-1100<br>lwalsh@walsh.law<br>koreilly@thewalshfirm.com |

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
450 Lexington Ave.
New York, NY 10017
(212) 450-4000
rouhandeh@davispolk.com
david.toscano@davispolk.com

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000
neal.potischman@davispolk.com
andrew.yaphe@davispolk.com

*Attorneys for Defendant Novo Nordisk Inc.*

**JONES DAY**
Michael R. Shumaker (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
William D. Coglianese (*pro hac vice*)
Melissa L. Patterson (*pro hac vice*)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939
mrshumaker@jonesday.com
jmcevoy@jonesday.com
wcoglianese@jonesday.com
mpatterson@jonesday.com

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

/s/ *Melissa A. Geist*
**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978
mgeist@reedsmith.com
jalopez@reedsmith.com

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Robert B. Ellis (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
akassof@kirkland.com
rellis@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

*/s/ Brian Boone*
**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
Young Yu
14 Village Park Road
Cedar Grove, NJ 07009
(973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

**ALSTON & BIRD LLP**
Brian D. Boone
1120 S. Tyron St., Ste. 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

**ALSTON & BIRD LLP**
Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
(404) 881-7000
liz.brown@alston.com

**ALSTON & BIRD LLP**
Kelley Connolly Barnaby
950 F. Street, NW
Washington, D.C. 20004
(202) 239-3300
kelley.barnaby@alston.com

*Attorneys for Defendants OptumRx, Inc.*

*/s/ Jason R. Scherr*
**MORGAN, LEWIS & BOCKIUS LLP**
Jason R. Scherr
Patrick A. Harvey
Lindsey T. Levy
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com
lindsey.levy@morganlewis.com

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Medco Health Solutions, Inc.*

*/s/ Benjamin Hazelwood*
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
(202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; Caremark, L.L.C.*