UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case No. 2:23-md-3080 (BRM)(RLS)**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO:** 2:25-CV-00206,
2:25-CV-00211,
2:25-CV-00221,
2:25-CV-00371,
2:25-CV-00428,
2:25-CV-00443,
2:25-CV-00457,
2:25-CV-00458,
2:25-CV-00460,
2:25-CV-00469,
2:25-CV-00472,
2:25-CV-00473,
2:25-CV-00524,
2:25-CV-00537,
2:25-CV-00546
**(SELF-FUNDED PAYERS TRACK)**

**MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**

**TO THE HONORABLE COURT:**

**NOW COME** Defendants Eli Lilly And Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Services, Inc.; Express Scripts Pharmacy, Inc.; and OptumRx, Inc (collectively "Defendants"), through their undersigned attorneys, and respectfully submit this Motion for Entry of an Order to Show Cause pursuant to Case Management Order No. 14 ("CMO No. 14") ¶ 5(c)(i) (Dkt. 315). A proposed Order is attached as **Exhibit A**.

This Court entered CMO No. 14 on October 16, 2024—more than six months ago. In direct violation of that order, fifteen Plaintiffs—thirteen represented by Frantz Law Group, APLC ("Frantz Plaintiffs"),[1] one represented by Kelly &

---

[1] "Frantz Plaintiffs" refers to Waukegan Community Unit School District (2:25-CV-00206), Big Spring School District (2:25-CV-00211), Washington School District (2:25-CV-00371), Girard City Schools (2:25-CV-00221), Peters Township School District (2:25-cv-00428); Stewart County (2:25-CV-00443), North Summit School District (2:25-cv-00458); Cache County School District (2:25-cv-00460); Benton Harbor Area Schools (2:25-cv-00469); Malcolm Public Schools (2:25-cv-00472); Ashland County (2:25-cv-00473); 1978 Retired Construction Workers Fund (2:25-cv-00524); Rootstown Local School District (2:25-cv-00537); and Northwestern Local School District (2:25-cv-00546). Defendants group these Plaintiffs together according to their shared counsel pursuant to CMO 14 ¶ 5(c)(i).

2

Grossman, LLP ("Kelly Plaintiffs"),[2] and one represented by Kelley Ferraro, LLC ("Ferraro Plaintiff")[3]—failed to serve executed Plaintiff Fact Sheets ("PFS") within the time required by CMO 14 or any agreed extension. Pursuant to CMO 14 ¶ 5(c)(i), Defendants respectfully request this Court to issue an Order to Show Cause why these fifteen Plaintiffs' cases should not be dismissed in their entirety.

**I.     BACKGROUND**

The Self-Funded Payer Plaintiffs advocated for a PFS process, rather than typical Federal Rules of Civil Procedure discovery, claiming it "would streamline the process for exchanging core information necessary to move this" MDL forward. ECF No. 270 at 9. The Court granted Plaintiffs' request and ordered "[e]ach Plaintiff in the Self-Funded Payer Track" to "complete and provide documents responsive to the PFS" by a specified deadline. CMO 14 ¶ 1(a). The Court required each plaintiff to disclose their individual facts, given the goal of "narrowing the issues and/or cases for prioritization or further proceedings." ECF No. 291 at 2, 9. If a plaintiff fails to serve its PFS response by the required deadline, Defendants may serve a Notice of Failure to Serve and, after 14 days, move for an Order to Show Cause. *Id.* ¶ 5(c)(i).

---

[2]  "Kelly Plaintiff" refers to 1978 Retired Construction Workers Fund (2:25-cv-00524).

[3]  "Ferraro Plaintiff" refers to Boilermakers Local 744 Health & Welfare Fund (2:25-cv-00457).

3

If a plaintiff still fails to serve the PFS by the deadline under that Order, its complaint shall be dismissed. *Id.* ¶ 5(c)(ii).

Pursuant to CMO 14, each of the fifteen Plaintiffs was required to serve an executed PFS no later than March 17, March 21, March 31, April 1, or April 7, 2025. This accounts for the fact that the Ferraro Plaintiff and twelve of the thirteen Frantz Plaintiffs requested an extension, which Defendants granted. None of these fifteen Plaintiffs served PFS responses by their required deadline even with the extensions. Accordingly, Defendants served Notices of Failure to Serve pursuant to CMO 14 ¶ 5(b)(i) on March 18, March 24, April 1, April 2, and April 8, 2025. *See* Exs. B-P. Each Notice was served via email to Plaintiffs' attorneys of record, William B. Shinoff of Frantz Law Group, David Grossman of Kelly & Grossman, and Joyce Reichard of Kelley Ferraro LLC with a courtesy copy to the Co-Lead Counsel's designees, David Buchanan of Seeger Weiss; Mark Pifko of Baron Budd; Brandon Bogle of Levin Papantonio; and Benjamin Widlanski of Kozyak Tropin & Throckmorton. Plaintiffs ignored the notice; they still have not served their PFS responses, requested an extension or further extension, or in any way responded. *See* CMO 14 ¶ 5(b)(ii).

## II.  ARGUMENT

Pursuant to CMO 14 ¶ 5(c), Defendants request the Court issue an Order to Show Cause requiring Plaintiffs to serve a completed PFS within 14 days. A prompt

4

Order setting a 14-day deadline is particularly warranted in the case of the Frantz Plaintiffs, whose counsel's actions are part of a much broader pattern of disregard for the Court's PFS Orders. *See* ECF No. 464 at 2-3.

Frantz plaintiffs have repeatedly missed PFS deadlines, wasting the Court's time and resources. This is Defendants' third request that an Order to Show Cause be issued against a group of plaintiffs represented by Frantz Law Group; Defendants have now sought that relief against a total of 30 such plaintiffs. *See* ECF No. 449, 478. The Court granted the first of Defendants' motions (the second remains pending), and Frantz's deadline to respond to the Court's Order has now passed. ECF No. 484. Only *one* of the relevant Plaintiffs served its PFS prior to the Court's deadline. *See* ECF No. 508. Even the Self-Funded Payers Track's leadership has acknowledged Frantz's ongoing non-compliance with the Court's orders. *See* ECF No. 470 at 2 (referring to a "single law firm that has filed a high volume of cases" and failed to comply with the Court's orders).

Plaintiffs' failure to provide PFS responses violates CMO 14, defeats the streamlined discovery process the Court ordered, and delays the "identif[ication of the] core issues" in the MDL. *See* ECF No. 291 at 12. To keep discovery moving in an efficient manner, Defendants respectfully ask the Court to enforce CMO 14 by requiring the Frantz Plaintiffs, Kelly Plaintiff, and Ferraro Plaintiff to each promptly

5

serve an executed and substantially complete PFS within 14 days, or have their complaints dismissed. See CMO 14 ¶ 5(c)(i).

## III. CONCLUSION

As provided by the Court's CMO 14, Defendants respectfully request that the Court enter an Order to Show Cause with a 14-day deadline as to these fifteen Plaintiffs that failed to serve a PFS pursuant to CMO 14.

| | |
|---|---|
| Dated: April 23, 2025 | Respectfully submitted, |
| /s/ Brian W. Carroll | /s/ Liza M. Walsh |
| **MCCARTER & ENGLISH, LLP**<br>Brian W. Carroll<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br>(973) 639-2020<br>bcarroll@mccarter.com | **WALSH PIZZI O'REILLY FALANGA LLP**<br>Liza M. Walsh<br>Katelyn O'Reilly<br>Three Gateway Center<br>100 Mulberry St., 15th floor<br>Newark, NJ 07102<br>(973) 757-1100<br>lwalsh@walsh.law<br>koreilly@thewalshfirm.com |
| **DAVIS POLK & WARDWELL LLP**<br>James P. Rouhandeh (*pro hac vice*)<br>David B. Toscano (*pro hac vice*)<br>450 Lexington Ave.<br>New York, NY 10017<br>(212) 450-4000<br>rouhandeh@davispolk.com<br>david.toscano@davispolk.com | **JONES DAY**<br>Michael R. Shumaker (*pro hac vice*)<br>Julie E. McEvoy (*pro hac vice*)<br>William D. Coglianese (*pro hac vice*)<br>Melissa L. Patterson (*pro hac vice*)<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>(202) 879-3939<br>mrshumaker@jonesday.com<br>jmcevoy@jonesday.com<br>wcoglianese@jonesday.com<br>mpatterson@jonesday.com |
| **DAVIS POLK & WARDWELL LLP**<br>Neal A. Potischman (*pro hac vice*)<br>Andrew Yaphe (*pro hac vice*)<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>(650) 752-2000<br>neal.potischman@davispolk.com<br>andrew.yaphe@davispolk.com | *Attorneys for Defendant Sanofi-Aventis U.S. LLC* |
| *Attorneys for Defendant Novo Nordisk Inc.* | |

7

/s/ *Melissa A. Geist*

**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978
mgeist@reedsmith.com
jalopez@reedsmith.com

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Robert B. Ellis (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
akassof@kirkland.com
rellis@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

| | |
|---|---|
| */s/ Brian Boone* | */s/ Jason R. Scherr* |
| **O'TOOLE SCRIVO, LLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Thomas P. Scrivo | Jason R. Scherr |
| Young Yu | Patrick A. Harvey |
| 14 Village Park Road | Elise M. Attridge |
| Cedar Grove, NJ 07009 | Lindsey T. Levy |
| (973) 239-5700 | 1111 Pennsylvania Avenue, NW |
| tscrivo@oslaw.com | Washington, DC 20004 |
| yyu@oslaw.com | (202) 739-3000 |
| | jr.scherr@morganlewis.com |
| **ALSTON & BIRD LLP** | patrick.harvey@morganlewis.com |
| Brian D. Boone | elise.attridge@morganlewis.com |
| 1120 S. Tyron St., Ste. 300 | lindsey.levy@morganlewis.com |
| Charlotte, NC 28203 | |
| (704) 444-1000 | *Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Medco Health Solutions, Inc.* |
| brian.boone@alston.com | |

**ALSTON & BIRD LLP**
Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
(404) 881-7000
liz.brown@alston.com

**ALSTON & BIRD LLP**
Kelley Connolly Barnaby
950 F. Street, NW
Washington, D.C. 20004
(202) 239-3300
kelley.barnaby@alston.com

*Attorneys for Defendant OptumRx, Inc.*

9

*/s/ Benjamin Hazelwood*
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
(202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*