# Exhibit I

| **From:** | Collins, Nick |
|---|---|
| **To:** | jmurphy@kelley-ferraro.com; sacton@kelley-ferraro.com; jreichard@kelley-ferraro.com; bschall@kelley-ferraro.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com; MPifko@baronbudd.com |
| **Cc:** | #MDL Insulin SFP JDG Service; Moorman, Ryan; Feld, Jason Adam; Stilley, Tyler; Walling, Kate |
| **Subject:** | Boilermakers Local 744 Health & Welfare Fund v. Eli Lilly and Company et al., 2:25-cv-00457-BRM-RLS |
| **Date:** | Tuesday, April 8, 2025 9:42:55 PM |

Counsel,

Boilermakers Local 744 Health & Welfare Fund's plaintiff fact sheet and related production was due on April 7, 2025.  See ECF No. 315 ¶ 1(a)(iii) (CMO No. 14).  To date, we have not received either, and are therefore notifying you of a failure to serve pursuant to CMO No. 14 ¶ 5(b).  Please tender an executed and substantially completed PFS and production, or if Boilermakers Local 744 Health & Welfare Fund in fact served a fact sheet and production on April 7, 2025, please advise us whom you served.

Best,

**Nick Collins**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0049   **M** +1 773 951 7875
**F** +1 312 862 2200
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

nick.collins@kirkland.com