# Exhibit N

| | |
|---|---|
| **From:** | Collins, Nick |
| **To:** | jpf@frantzlawgroup.com; wshinoff@frantzlawgroup.com; regina@frantzlawgroup.com; kwestphal@frantzlawgroup.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com; MPifko@baronbudd.com |
| **Cc:** | #MDL Insulin SFP JDG Service; Moorman, Ryan; Feld, Jason Adam; Stilley, Tyler; Walling, Kate |
| **Subject:** | Ashland County v. Eli Lilly and Company et al., 2:25-cv-00473-BRM-RLS |
| **Date:** | Tuesday, April 8, 2025 9:42:36 PM |

Counsel,

Ashland County's plaintiff fact sheet and related production was due on April 7, 2025. See ECF No. 315 ¶ 1(a)(iii) (CMO No. 14). To date, we have not received either, and are therefore notifying you of a failure to serve pursuant to CMO No. 14 ¶ 5(b). Please tender an executed and substantially completed PFS and production, or if Ashland County in fact served a fact sheet and production on April 7, 2025, please advise us whom you served.

Best,

**Nick Collins**
----------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0049  **M** +1 773 951 7875
**F** +1 312 862 2200
----------------------------------------

nick.collins@kirkland.com