Rom:

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case No. 2:23-md-3080 (BRM)(RLS)**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO:** 2:25-CV-00206,
2:25-CV-00211,
2:25-CV-00221,
2:25-CV-00371,
2:25-CV-00428,
2:25-CV-00443,
2:25-CV-00457,
2:25-CV-00458,
2:25-CV-00460,
2:25-CV-00469,
2:25-CV-00472,
2:25-CV-00473,
2:25-CV-00524,
2:25-CV-00537,
2:25-CV-00546
**(SELF-FUNDED PAYERS TRACK)**

### CERTIFICATE OF SERVICE

I certify that I am Attorney at Law of the State of New Jersey and a Member of the Bar of this Court and that on this date I caused a copy of this document to be served on the counsel of record in the above-captioned matter via the Court's CM/ECF system.

By:  */s/ Melissa A. Geist*
     Melissa A. Geist

Dated:  April 23, 2025
        Princeton, New Jersey