# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case 2:23-md-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH<br><br>RETURNABLE: May 19, 2025 |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

## NOTICE OF MOTION TO COMPEL RESPONSES TO COMPASS LEXECON SUBPOENA TO PRODUCE DOCUMENTS

**TO:** All Persons on ECF Service List and Third Party Compass Lexecon LLC

**COUNSEL:**

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned counsel, will move before the Honorable Brian R. Martinotti, U.S.D.J. and the Honorable Rukhsanah L. Singh, U.S.M.J.. at a date and time to be determined by the Court, for an order granting their Motion to Compel Compass Lexecon LLC to respond in full to the subpoena served on them by Plaintiffs.

Plaintiffs rely upon and incorporate in full their Memorandum in Support submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted, this the 25th day of April, 2025.

          By:   /s/ *Joanne Cicala*
                 Joanne Cicala
                 **The Cicala Law Firm PLLC**
                 101 College Street
                 Dripping Springs, Texas 78620
                 Tel: (512) 275-6550
                 Fax: (512) 858-1801
                 joanne@cicalapllc.com

                 Walter G. Watkins, III
                 **Forman Watkins & Krutz LLP**
                 210 E. Capitol Street, Suite 2200
                 Jackson, MS 39201-2375
                 Tel: (601) 960-8600
                 Fax: (601) 960-8613
                 trey.watkins@formanwatkins.com

                 W. Lawrence Deas
                 **Liston & Deas, PLLC**
                 605 Crescent Blvd., Suite 200
                 Ridgeland, MS 39157
                 Tel: (601) 981-1636
                 Fax: (601) 982-0371
                 lawrence@listondeas.com

                 Troy A. Rafferty
                 **Levin Papantonio Thomas Mitchell Rafferty and Proctor, P.A.**
                 316 S. Baylen Street
                 Suite 600
                 Pensacola, FL 32502
                 Tel: (850) 435-7043
                 Fax: (850) 436-6102
                 trafferty@levinlaw.com

Russell W. Budd
**Baron & Budd PC**
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219-4281
Tel: (214) 521-3605
rbudd@baronbudd.com

*Counsel for the State Attorney General Track*

Melissa Yeates
**Kessler Topaz Meltzer & Check, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
myeates@ktmc.com

Michael L. Roberts
**Roberts Law Firm, P.A.**
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

Donald A. Ecklund
**Carella, Byrne, Cecchi, Brody & Agnello, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
decklund@carellabyrne.com

*Counsel for the Class Track*

David R. Buchanan
dbuchanan@seegerweiss.com
**Seeger Weiss, LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100

Mark P. Pifko
mpifko@baronbudd.com
**Baron & Budd, P.C.**
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Telephone: (818) 839-2333

Benjamin J. Widlanski
bwidlanski@kttlaw.com
**Kozyak Tropin & Throckmorton LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

Brandon L. Bogle
bbogle@levinlaw.com
**Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr &**
**Mougey, P.A.**
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140

*Counsel for the Self-Funded Payor Track*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 25th, 2025, the above was served on all counsel of record via the Court's CM/ECF system and a copy was served on counsel for Compass Lexecon LLC via email.

*/s/ Joanne Cicala*
Joanne Cicala

5