UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case 2:23-md-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH<br><br>RETURNABLE: May 19, 2025 |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

## ATTORNEY CERTIFICATION

I, Joanne Cicala of The Cicala Law Firm PLLC, do hereby certify as follows:

1. Attached as **Exhibit 1** is a true and accurate copy of October 4, 2024 MDL Subpoena to Compass Lexecon.

2. Attached as **Exhibit 2** is a true and accurate copy of November 20, 2024 Compass Lexecon's Objections to the MDL Subpoena.

3. Attached as **Exhibit 3** is a true and accurate copy of November 22, 2024 PBM Counsel's Objections to the MDL Subpoena.

4. Attached as **Exhibit 4** is a true and accurate copy of December 16, 2024 Plaintiffs' email to PBM Counsel.

5. Attached as **Exhibit 5** is a true and accurate copy of December 19, 2024 PBM Counsel's email response to Plaintiffs.

6. Attached as **Exhibit 6** is a true and accurate copy of January 31, 2025 Plaintiff's Meet and Confer Summary Email.

7. Attached as **Exhibit 7** is a true and accurate copy of February 21, 2025 PBM Counsel's Response to Plaintiff's Meet and Confer Summary Email.

8. Attached as **Exhibit 8** is a true and accurate copy of February 24, 2025 Compass Lexecon Counsel's Response to Plaintiff's Meet and Confer Summary Email.

9. Attached as **Exhibit 9** is a true and accurate copy of October 2024 Carlton Report.

10. Attached as **Exhibit 10** is a true and accurate copy of July 19, 2024 Summary of Carlton Report.

Respectfully submitted, this the 25th day of April, 2025.

By: _____
Joanne Cicala
**The Cicala Law Firm PLLC**
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25th, 2025, the above was served on all counsel of record via the Court's CM/ECF system and a copy was served on counsel for Compass Lexecon LLC via email.

                                             */s/ Joanne Cicala*
                                             Joanne Cicala