UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case 2:23-md-03080<br>MDL No. 3080<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

PROPOSED ORDER GRANTING MOTION TO COMPEL

**THIS MATTER** having come before the Court upon the Motion of Plaintiffs to Compel Responses to Compass Lexecon Subpoena to Produce Documents, and the Court having read and considered the Parties' submissions, and good and sufficient cause having been shown,

**IT IS** on this _____ day of _____. 20____, **HEREBY ORDERED** that Compass Lexecon fully respond to the MDL Subpoena.

_____
**HONORABLE RUKHSANAH L. SINGH**
**United States Magistrate Judge**