UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Insulin Pricing Litigation, | Civil Action No. 23-md-03080 (BRM) (RLS)<br><br>**NOTICE OF APPEARANCE**<br>**KATHRYN PEARSON** |

PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel for Non-Party Compass Lexecon LLC in connection with Plaintiffs' Motion to Compel Responses to Compass Lexecon Subpoena to Produce Documents at ECF No. 522.

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Non-Party Compass Lexecon LLC*


By: */s/ Kathryn Pearson*
Kathryn Pearson

Dated: May 1, 2025

105 Eisenhower Parkway
Roseland, NJ  07068
973.325.1500
973.325.1501
Email:  kpearson@csglaw.com