UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re: Insulin Pricing Litigation,

Civil Action No. 23-md-03080 (BRM) (RLS)

**NOTICE OF APPEARANCE
RENEE M. SHAFRAN**

PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel for Non-Party Compass Lexecon LLC in connection with Plaintiffs' Motion to Compel Responses to Compass Lexecon Subpoena to Produce Documents at ECF No. 522.

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Non-Party Compass Lexecon LLC*

By: /s/ Renee M. Shafran
      Renee M. Shafran

Dated: May 1, 2025

105 Eisenhower Parkway
Roseland, NJ 07068
973.325.1500
973.325.1501
Email: rshafran@csglaw.com