# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

———

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

May 2, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

      Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
          MDL No. 3080

Dear Judge Singh:

      We represent Defendants CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC, and Zinc Health Services, LLC, in the above-captioned litigation. We jointly write on behalf of the PBM Defendants[1], Plaintiffs, and non-party Compass Lexecon LLC to respectfully request an adjustment to the briefing schedule for Plaintiffs' Motion to Compel Responses to Compass Lexecon Subpoena to Produce Documents ("Motion") [ECF No. 522].

      On April 25, 2025, Plaintiffs filed their Motion. Both PBM Defendants and Compass Lexecon will file oppositions to Plaintiffs' Motion. Because the Motion is noticed for hearing on May 19, 2025, any opposition papers are currently due on May 5, and any reply due on May 12. The parties and non-party Compass Lexecon respectfully request a brief extension of these deadlines, such that any opposition papers would be due on May 30, and any reply by Plaintiffs would be due on June 13. If this joint request is acceptable, we ask that Your Honor endorse this letter as "So Ordered" and have it entered on the Court's docket.

---

[1]For purposes of this request, "PBM Defendants" refers to CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC, Zinc Health Services, LLC, Express Scripts, Inc., Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), Express Scripts Administrators, LLC, ESI Mail Pharmacy Services, Inc., Express Scripts Pharmacy, Inc., Medco Health Solutions, Inc., The Cigna Group, Ascent Health Services, LLC and OptumRx, Inc. These entities use the term "PBM Defendants" solely for ease of reference, even though certain of those entities are not pharmacy benefit managers.

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Rukhsanah L. Singh, U.S.M.J.
May 2, 2025 — Page 2

Thank you for your attention to this matter.

Respectfully submitted,

*/s John D. Tortorella*
John D. Tortorella
*Counsel for Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC*

*/s Nicholas C. Suellentrop*
Nicholas C. Suellentrop
Williams & Connolly LLP
*Counsel for Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC*

cc:  Honorable Brian R. Martinotti, U.S.D.J.
     All Counsel of Record

SO ORDERED:

_____
Hon. Rukhsanah L. Singh, U.S.M.J.