# MARINO, TORTORELLA & BOYLE, P.C.
## ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
_____
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

May 2, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street Trenton, NJ 08608

    Re: *In re Insulin Pricing Litigation, MDL* No. 3080
        Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Singh:

    This firm, together with Williams & Connolly LLP, represents Defendants CaremarkPCS Health LLC and Caremark Puerto Rico ("Caremark") in the above-referenced matter.

    Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request leave of Court to withdraw the *pro hac vice* admission of Atticus DeProspo of Williams & Connolly LLP as counsel for Caremark. The law firms of Marino, Tortorella & Boyle P.C., and Williams & Connolly LLP will continue to represent Caremark in this action.

    If the Court approves, we respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its time and consideration.

Respectfully submitted,

John D. Tortorella

cc:    Honorable Brian R. Martinotti, U.S.D.J.
        All counsel of record

SO ORDERED this _____ day of May 2025

_____
**HON. RUKHSANAH L. SINGH, U.S.M.J.**