UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080<br><br>ORAL ARGUMENT REQUESTED |

**CERTIFICATION OF MELISSA A. GEIST IN SUPPORT OF MANUFACTURERS' BRIEF REGARDING CONSTRUCTIVE NOTICE**

I, Melissa A. Geist, of full age, hereby certify as follows:

1. I am a partner at Reed Smith LLP licensed to practice in the State of New Jersey. I submit this certification in support of Manufacturers' Brief Regarding Constructive Notice.

2. Attached as **Exhibit 1** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an October 7, 2016 article from the Wall Street Journal titled *Insulin Prices Soar While Drugmakers' Share Stays Flat*.

3. Attached as **Exhibit 2** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 3, 2016 letter from Senator Bernie Sanders and the Honorable Elijah Cummings to the United States Department of Justice and Federal Trade Commission on Insulin Pricing.

4. Attached as **Exhibit 3** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a January 2007 publication from the Congressional Budget Office titled *Prescription Drug Pricing in The Private Sector*.

5. Attached as **Exhibit 4** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a June 2008 article from American Health Drug Benefits titled *Comparing Pharmacy Benefit Managers: Moving Well Beyond the Simple Spreadsheet Analysis*.

1

6. Attached as **Exhibit 5** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a March 3, 2011 report from the United States Department of Health and Human Services Office of the Inspector General titled *Concerns with Rebates in the Medicare Part D Program*.

7. Attached as **Exhibit 6** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a May 6, 2015 article from Bloomberg titled *Hot Drugs Show Sharp Price Hikes in Shadow Market*.

8. Attached as **Exhibit 7** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a February 21, 2016 article from the New York Times titled *Break Up the Insulin Racket*.

9. Attached as **Exhibit 8** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a April 5, 2016 article from PBS News titled *What's Behind Skyrocketing Insulin Prices?*.

10. Attached as **Exhibit 9** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an August 2, 2016 article from the Boston Globe titled *We Should Expect More of Drug Middlemen*.

11. Attached as **Exhibit 10** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an August 25, 2016 article from CBS News titled *Soaring Insulin Prices Have Diabetics Feeling The Pain*.

12. Attached as **Exhibit 11** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an October 31, 2016 article from The Washington Post titled *Why Treating Diabetes Keeps Getting More Expensive*.

13. Attached as **Exhibit 12** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a February 22, 2016 article from Healthline titled *The High Cost of Insulin (And a Plea to Lilly)*.

14. Attached as **Exhibit 13** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 3, 2016 article from The Washington Post titled *Bernie Sanders Wants the Feds to Investigate These Drug Companies for Possible Price Collusion*.

15. Attached as **Exhibit 14** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 4, 2016 article from PBS News titled *Bernie Sanders Requests Federal Investigation of Insulin Makers For Price Collusion*.

16. Attached as **Exhibit 15** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a January 30, 2017 article from the New York Times titled *Drug Makers Accused of Fixing Prices on Insulin*.

17. Attached as **Exhibit 16** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a January 30, 2017 article from Business Insider titled *The Makers of Insulin Are Being Accused of Price-Fixing In a Class-Action Lawsuit*.

18. Attached as **Exhibit 17** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a January 30, 2017 article from The Washington Post titled *Diabetes Patients Sue Insulin Makers for 'Pricing Fraud'*.

19. Attached as **Exhibit 18** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a January 31, 2017 article from the Boston Globe titled *Lawsuit Alleges Collusion Over Insulin Pricing*.

20. Attached as **Exhibit 19** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a Sanofi Form 20-F filed March 3, 2017.

21. Attached as **Exhibit 20** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a CVS Form 10-Q filed August 8, 2017.

22. Attached as **Exhibit 21** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a June 1, 2018 report from the United States Senate Committee on Finance Minority Staff titled *A Tangled Web: An Examination of the Drug Supply and Payment Chains*.

23. Attached as **Exhibit 22** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a February 22, 2019 article from the United States Senate Committee of Finance titled *Grassley, Wyden Launch Bipartisan Investigation into Insulin Prices*.

24. Attached as **Exhibit 23** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of an April 10, 2019 report from the United States House of Representatives Subcommittee on Oversight and Investigations titled *Priced Out of a Lifesaving Drug: Getting Answers on the Rising Cost of Insulin*.

25. Attached as **Exhibit 24** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an April 10, 2019 article from the New York Times titled *Lawmakers in Both Parties Vow to Rein in Insulin Costs*.

26. Attached as **Exhibit 25** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a February 7, 2003 article from Knight-Ridder Tribune titled *Critics Say Middlemen for Health Insurance Plans are Driving Drug Costs Up*.

27. Attached as **Exhibit 26** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a complaint filed in New York Superior Court on December 31, 2003 titled *Wagner v. Express Scripts, Inc.*, Docket No. 122235/03 (N.Y. Sup. Ct. 2003).

28. Attached as **Exhibit 27** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a complaint filed in New York Superior Court on August 4, 2004 titled *State of New York et al. v. Express Scripts, Inc., et al.*, 2004 WL 1792404 (N.Y. Sup. Ct. Aug. 4, 2004).

29. Attached as **Exhibit 28** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an August 9, 2004 article from the New York Times titled *Mistrusting the Drug Managers*.

30. Attached as **Exhibit 29** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an August 5, 2004 article from The Times Union titled *Spitzer Accuses Firm of Fraud; Albany Lawsuit Claims Company Hired by State to Buy Medications Took Tens of Millions of Dollars it Didn't Earn*.

31. Attached as **Exhibit 30** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a July 31, 2017 article from Mercer titled *Will Point-of-Sale Rebates Disrupt the PBM Business?*.

32. Attached as **Exhibit 31** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a November 8, 2017 transcript from the United States Federal Trade Commission titled *Understanding Competition in Prescription Drug Markets: Entry and Supply Chain Dynamic Workshop*.

33. Attached as **Exhibit 32** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a January 3, 2016 article from The Philadelphia Inquirer titled *Insulin Price Shock*.

34. Attached as **Exhibit 33** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a January 29, 2016 article from The Philadelphia Inquirer titled *Patients Shocked as Insulin Prices Climb Higher*.

35. Attached as **Exhibit 34** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a March 2016 article from Diabetes Forecast titled *The Rising Cost of Insulin: Why the Price of This Lifesaving Drug is Reaching New Heights*.

36. Attached as **Exhibit 35** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an April 5, 2016 article from JAMA titled *Expenditures and Prices of Antihyperglycemic Medications in the United States: 2002-2013*.

37. Attached as **Exhibit 36** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an April 5, 2016 article from TIME titled *Lifesaving Diabetes Drug Price Tripled in 10 Years*.

38. Attached as **Exhibit 37** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an April 5, 2016 article from ScienceDaily titled *Sugar Shock: Insulin Costs Tripled in 10 Years, Study Finds*.

39. Attached as **Exhibit 38** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an April 5, 2016 article from STAT titled *Insulin Prices Have Skyrocketed, Putting Drug Makers on the Defensive*.

40. Attached as **Exhibit 39** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an April 6, 2016 article from NEJM Journal Watch titled *Cost of Insulin Has Nearly Tripled*.

41. Attached as **Exhibit 40** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of a June 29, 2016 article from Bloomberg titled *Decoding Big Pharma's Secret Drug Pricing Practices*.

42. Attached as **Exhibit 41** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an August 24, 2016 article from Slate titled *Good Lord. Even the Price of Insulin is Skyrocketing*.

43. Attached as **Exhibit 42** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a September 15, 2016 article from Business Insider titled *Rising Insulin Prices Are Taking a Toll on Parents of Kids with Type 1 Diabetes*.

44. Attached as **Exhibit 43** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a September 17, 2016 article from Business Insider titled *There's Something Odd About the Way Insulin Prices Change*.

45. Attached as **Exhibit 44** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an October 5, 2016 article from HeraldNet titled *Here's Why Patients Pay $600 for Drugs That Cost $300*.

46. Attached as **Exhibit 45** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an October 14, 2016 article from STAT News titled *The Insulin Market Is Heading for A Shakeup. But Patients May Not Benefit*.

47. Attached as **Exhibit 46** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 1, 2016 article from the IndyStar titled *Bernie Sanders' Tweets Send Lilly Shares Tumbling*.

48. Attached as **Exhibit 47** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 2, 2016 article from NBC News titled *Is Insulin the New EpiPen? Families Facing Sticker Shock Over 400 Percent Price Hike*.

49. Attached as **Exhibit 48** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 7, 2016 article from Managed Healthcare titled *Insulin Makers Accused of Price Collusion*.

50. Attached as **Exhibit 49** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 16, 2016 article from 9News titled *Drug Makers Double Insulin Prices Since 2012*.

51. Attached as **Exhibit 50** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 16, 2016 article from Bloomberg titled *Novo Expects 'Soul Searching' as Sanders Targets Insulin Makers*.

52. Attached as **Exhibit 51** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 17, 2016 article from the American Diabetes Association titled *American Diabetes Association Issues Resolution and Launches Petition Calling for Access to Affordable Insulin*.

53. Attached as **Exhibit 52** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 17, 2016 article from Politico titled *Diabetes Group Calls for Congressional Hearings on Insulin Pricing*.

54. Attached as **Exhibit 53** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 18, 2016 article from The Washington Post titled *American Diabetes Association Calls on Congress to Hold Hearings on Insulin Prices*.

55. Attached as **Exhibit 54** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 21, 2016 article from Investor's Business Daily titled *A Sick Calculation About Prescription Drugs*.

56. Attached as **Exhibit 55** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 29, 2016 article from CBS News titled *Insulin Prices Skyrocket, Putting Many Diabetics in A Bind*.

57. Attached as **Exhibit 56** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a December 6, 2016 article from The Wall Street Journal titled *Novo Nordisk Pledges to Limit Price Increase in U.S. for Its Drugs*.

58. Attached as **Exhibit 57** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a December 13, 2016 article from The Washington Post titled *After Years of Price Hikes, Eli Lilly Announces a Discount on Insulin*.

59. Attached as **Exhibit 58** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a December 13, 2016 article from The Wall Street Journal titled *Eli Lilly Offers Discount for Insulin as Prices Soar*.

60. Attached as **Exhibit 59** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a December 20, 2016 article from the Los Angeles Times titled *Insulin Price Hikes Aren't Sweet*.

61. Attached as **Exhibit 60** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of the original *Chaires v. Novo Nordisk Inc.* complaint filed on February 2, 2017 (Case No. 3:17-cv-00699).

62. Attached as **Exhibit 61** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a February 5, 2017 article from the Sacramento Bee titled *Diabetes Has Become One of America's Most Expensive Diseases*.

63. Attached as **Exhibit 62** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a February 22, 2017 article from CBS titled *More Than Twenty-Nine Million Americans Live with Diabetes Every Day*.

64. Attached as **Exhibit 63** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a May 15, 2017 article from Business Insider titled *Insulin Prices Increased in 2017*.

65. Attached as **Exhibit 64** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a June 11, 2017 article from the Pittsburgh Post-Gazette titled *Rising Cost of Insulin Just One Hurdle for Seniors with Disabilities*.

66. Attached as **Exhibit 65** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a June 23, 2017 article from The Washington Post titled *Lawmakers Scrutinize Cost of Insulin*.

67. Attached as **Exhibit 66** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a June 25, 2017 article from The Washington Post titled *Insulin Costs Too Much for Many of My Patients. It Shouldn't*.

68. Attached as **Exhibit 67** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a June 29, 2017 article from Bloomberg titled *The Crazy Math Behind Drug Prices*.

69. Attached as **Exhibit 68** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a June 29, 2017 article from the Des Moines Register titled *Prices of Insulin Have Tripled, Attracting Attention of Congress*.

70. Attached as **Exhibit 69** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a July 3, 2017 article from the Minneapolis Star Tribune titled *Diabetes Costs Skyrocket as Crisis Looms*.

71. Attached as **Exhibit 70** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a July 21, 2017 article from Business Monitor Online titled *Congressional Scrutiny of Insulin Producers Highlight Growing Price Oversight Push*.

72. Attached as **Exhibit 71** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a September 13, 2017 article from USA Today titled *Insulin Prices Crisis on Diabetics; Those Whose Lives Depend on Drug Struggle to Pay for It*.

73. Attached as **Exhibit 72** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a September 18, 2017 article from Newsday titled *Rising Cost of Insulin Leads LI Diabetics to Take Dangerous Risks*.

74. Attached as **Exhibit 73** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an October 2, 2017 article from Newsday titled *Insulin Illustrates Health Care Woes; The Rising Price of a Basic Medication Shows Why We Need Smarter Regulation*.

75. Attached as **Exhibit 74** to Manufacturers' Brief Regarding Constructive Notice is an excerpt of a true and correct copy of Lori M. Reilly's written testimony before the October 17, 2017 hearing of the United States Senate Health, Education, Labor and Pensions Committee.

76. Attached as **Exhibit 75** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an October 28, 2017 article from NBC News titled *Several Probes Target Insulin Drug Pricing*.

77. Attached as **Exhibit 76** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a November 13, 2017 article from The Washington Post titled *Trump's Pick to Lower Drug Prices is a Former Pharma Executive Who Raised Them*.

78. Attached as **Exhibit 77** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of a December 15, 2017 article from FDA Week titled *Left With Unanswered Questions, E&C Might Hold Another Rx-Price Hearing*.

79. Attached as **Exhibit 78** to Manufacturers' Brief Regarding Constructive Notice is a true and correct copy of an August 12, 2002 article from U.S. News & World Report titled *When is a Rebate a Kickback?*.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

May 2, 2025

**REED SMITH LLP**

*/s/ Melissa A. Geist*
Melissa A. Geist
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

*Counsel for Defendant Eli Lilly and Company*