# Exhibit 39




MEDICAL NEWS | PHYSICIAN'S FIRST WATCH

April 6, 2016

# Cost of Insulin Has Nearly Tripled

By Kelly Young

Edited by David G. Fairchild, MD, MPH

The price of insulin nearly tripled over the course of a decade, according to a *JAMA* research letter.

Researchers surveyed 28,000 people with diabetes from 2002 through 2013. In 2002, each patient spent an estimated $231 for insulin, and by 2013, this amount increased to $736 (costs were adjusted for inflation). The annual quantity of insulin taken per person increased from 171 to 206 mL, and the mean price per milliliter of insulin increased by 197% during this period.

In comparison, the mean price of dipeptidyl peptidase-4 inhibitors rose by 34%, while the mean price of metformin fell by 93%.

The authors conclude: "Significant changes in mean price of insulin, relative to comparator therapies, suggest a need to reassess the effectiveness and cost-effectiveness of alternative antihyperglycemic therapies."

SHARE

LINK(S):

JAMA article  (Subscription required)

Background: Physician's First Watch coverage of cost-effectiveness of some asthma and diabetes treatments  (Free)

LATEST IN GENERAL MEDICINE

APR 17, 2025

### How Much Do Corticosteroids Raise White Blood Cell Counts?