Exhibit 52

**POLITICO**PRO

# Diabetes group calls for congressional hearings on insulin pricing



BY: **SARAH KARLIN-SMITH** | 11/17/2016 03:54 PM EST

The American Diabetes Association called on Congress to take action to ensure Americans have access to affordable insulin, and requested a hearing on the dramatic rise in cost of the life-saving medicine.

Today's action by the ADA, along with adopting a resolution and distributing a petition that calls for increased transparency in the insulin supply chain, is an unusual move for a patient advocacy group. These types of groups have traditionally been silent in the drug pricing debate due to their ties to the pharma industry — both financially and to ensure new innovative treatments are developed.

Advertisement



ADA said diabetes patients are being forced to ration their insulin, increasing their risk of life-threatening complications or going without other basic necessities to afford the drug. A recent Journal of the American Medical Association study found that the cost of insulin has nearly tripled between 2002 and 2013.

Earlier this month, Sen. Bernie Sanders (I-VT) and Rep. Elijah Cummings (D-MD) called on the Justice Department and FTC to investigate potential collusion among drug

Case 2:23-md-03080-BRM-RLS    Document 536-54    Filed 05/02/25    Page 3 of 3 PageID: 16400

companies regarding the cost of insulin, noting that in many instances competing companies raised insulin prices in tandem. They questioned the increase in cost for a treatment for which the original patent expired more than 75 years ago.

This is the second time in recent months that a disease-based advocacy group has taken the bold step of challenging pharma. In late September, the National Multiple Sclerosis Society called for limits on price increases for older drugs and insurance reforms to make medications more accessible.

**AROUND THE WEB**

Why are insulin prices still so high for U.S. patients? – Chicago ...

*Chicago Tribune*

© 2025 POLITICO LLC