# Exhibit 62

## *More than twenty-nine million Americans live with diabetes every day.*

CBS News Transcripts CBS THIS MORNING 7:00 AM EST

February 22, 2017 Wednesday

Copyright 2017 CBS Worldwide Inc. All Rights Reserved

**Section:** NEWS; Domestic

**Length:** 1273 words

**Byline:** GAYLE KING, ANNA WERNER
**Highlight:** And for some, six million of them insulin is a life or death medication. Between 2002 and 2013, the price of insulin more than tripled to more than seven hundred dollars per patient. Federal lawsuit accuses the three insulin manufacturers of conspiring to raise their prices.

## Body

GAYLE KING: More than twenty-nine million Americans live with diabetes every day. And for some, six million of them insulin is a life or death medication. Between 2002 and 2013, the price of insulin more than tripled to more than seven hundred dollars per patient. Federal lawsuit accuses the three insulin manufacturers of conspiring to raise their prices. The drug makers deny those allegations. Anna Werner shows us the impact of the price hikes on the patient. Anna, good morning.

ANNA WERNER (CBS News Correspondent): Oh, good morning, Gayle. Those high prices, combined with rising insurance deductibles, mean many people who rely on insulin are feeling sticker shock. Even doctors say without a way to pay, some patients are left facing impossible choices.

(Begin VT)

DR. CLARESA LEVETAN: I`m so sorry to see you again in the hospital.

ANNA WERNER: This cell phone video shows Doctor Claresa Levetan talking to her patient Shawna Thompson back in the hospital because she couldn`t pay for her insulin.

DR. CLARESA LEVETAN: One vial of insulin costs how much for you?

SHAWNA THOMPSON: A hundred and seventy-eight dollars.

ANNA WERNER: It was the fourth time in just over a year that Thompson had to be treated for a life-threatening diabetic coma.

DR. CLARESA LEVETAN: Patients come in and say I can`t afford to take it, so I`m not.

ANNA WERNER: Doctor Levetan says it`s common for her now to hand out free drug company samples of insulin just so patients can stay on their lifesaving medication.

DR. CLARESA LEVETAN: Patients are begging for samples because they can`t afford the insulin.

ANNA WERNER: Not asking, you`re saying, begging.

DR. CLARESA LEVETAN: Begging.

More than twenty-nine million Americans live with diabetes every day.

ANNA WERNER: Like seventy-four-year-old Kathleen Washington. Some months, her insulin runs over three hundred dollars a month, more than she can afford.

KATHLEEN WASHINGTON: I must pay my mortgage.

ANNA WERNER: And so if it`s a choice between the mortgage and the insulin--

KATHLEEN WASHINGTON: It`s going to be the mortgage.

ANNA WERNER: Investment research firm SSR Health analyzed insulin list prices from 2012 to 2016 for the three companies that manufacture it, and found prices went up between ninety-nine and a hundred and twenty percent.

RICHARD EVANS: Companies do it because they can.

ANNA WERNER: In a separate analysis, SSR`s Richard Evans also found a striking pattern: the prices of two prime insulin drugs rose in lockstep, mirroring each other, twelve times between 2008 and 2014.

RICHARD EVANS: The two companies took price increases within days of one another, and the price increases were similar, even identical, down to the percentage point.

ANNA WERNER: If you raise your price, and I raise my price to the same level, what am I saying to you as a company?

RICHARD EVANS: Let`s-- let`s-- let`s keep going, or, I`m not going to fight you.

ANNA WERNER: Vermont`s Senator Bernie Sanders is calling for a federal investigation, alleging collusion among the three drug companies: Eli Lilly, Novo Nordisk and Sanofi.

BERNIE SANDERS: Just, coincidentally, it happens that the three major suppliers of insulin seem to be raising their prices at the same exact time, at the same level. So I think you have to be very naive not to believe that there is collusion.

ANNA WERNER: The companies deny they`ve broken any laws. Sanofi told us there is "...strong competition..." on price. Eli Lilly said it`s "...aggressively competing on net or negotiated price," and Novo Nordisk`s president said on the company`s website that increasing list prices is designed to offset rebates and price concessions to maintain profitability. And Lori Reilly, with the trade group that represents U.S. pharmaceutical manufacturers, told us--

LORI REILLY: I don`t believe there`s been collusion by our companies.

ANNA WERNER: She points out although the drug companies list prices are up, the negotiated prices for insulin, what the industry calls "net prices," have gone up just two to three percent overall. She says that`s because intermediaries called pharmacy benefit managers, or PBMs, negotiate for rebates from drug companies, take a fee, then pass those lower net prices on to insurance companies and, ultimately, consumers. The problem, says Evans, is patients who have high deductibles or little or no insurance don`t get those discounted prices.

So, in other words, the people who can least afford these increases are the ones who get hit by them.

RICHARD EVANS: Everybody gets hit by them a little bit, but people that can`t afford it get hit disproportionately.

ANNA WERNER: But Reilly says--

LORI REILLY: When you look at the evidence, the competitive marketplace is working, and it`s working very aggressively to help keep drug cost increases in check.

ANNA WERNER: I`m listening to that statement and I`m hearing consumers go, "Are you kidding me?"

More than twenty-nine million Americans live with diabetes every day.

LORI REILLY: There is an issue for many patients who today face increasing deductibles. If those patients are coming to the pharmacy counter and they`re paying full list price, while their insurance company or pharmacy benefit manager has bought that drug at a fifty or sixty percent discount, that is a problem.

(End VT)

ANNA WERNER: The country`s largest pharmacy benefit manager told us drug makers are the ones raising the prices. But experts tell us that there`s plenty of blame to go around here in the system. Meanwhile, all three insulin manufacturers say they`ve announced new initiatives to make insulin more affordable for patients who need that help. You can go to Cbsthismorning.com to find more information about those initiatives in detail as well as an e-mail address where you can contact us about this issue or any other consumer problems that you think we should look into but it is a complicated--

ANTHONY MASON: It`s just so murky. And as a patient, you just feel at the mercy of this system which is just so hard to understand.

NORAH O`DONNELL: Well, I`m--

GAYLE KING: Lots of finger pointing all around.

NORAH O`DONNELL: Yeah, yeah.

GAYLE KING: You, you, you, you.

NORAH O`DONNELL: And our show has been on the forefront--

GAYLE KING: That`s true.

NORAH O`DONNELL: --of reporting about these rising drug costs. And let me tell you, when-- when Obamacare ends and people have higher deductibles and are paying more out of their pockets this is going to become an even more acute problem.

ANTHONY MASON: Bigger issue.

ANNA WERNER: These prices hit them, because they`ll pay the list price, not the lower negotiated price.

NORAH O`DONNELL: Not the lower negotiated price.

ANTHONY MASON: Right. All right. Anna, thank you very much.

Millions of men have testosterone treatments to try to turn back the clock on aging. Ahead, Doctor Agus on the new studies that warn this could come at a cost to their health. And up next, body camera video shows the dramatic action police took to rescue a man from a burning car. But, first, it`s seven forty-seven, time to check your local weather.

(LOCAL WEATHER BREAK)

(ANNOUNCEMENTS)

MAN #1: Is there anyone inside?

MAN #2: (INDISTINCT).

MAN #3: I believe there`s one inside. I`m going to break the window right now.

MAN #4: Okay, sir.

MAN #3: Can you open the door? Get out-- open the door.

More than twenty-nine million Americans live with diabetes every day.

ANTHONY MASON: A body camera captured police in Washington, DC, quickly smashing a window to save a man trapped inside a burning car. The officers dragged him to safety as thick smoke poured from the vehicle Monday night. This morning the man is out of the hospital. Good news and great work by the police.

GAYLE KING: That`s right.

NORAH O`DONNELL: Great work by the police. Ahead, Amazon hits back at Walmart with a new free shipping deal. We`ll talk to Mellody Hobson about the online shopping battle.

(ANNOUNCEMENTS)

## Classification

**Language:** ENGLISH

**Document-Type:** Show

**Publication-Type:** Transcript

**Transcript:** 022208cb.410

**Subject:** DIABETES (93%); CONSPIRACY (90%); DRUG PRICES (90%); LITIGATION (90%); PRICE INCREASES (90%); PRICES (90%); REPORTS, REVIEWS & SECTIONS (90%); PRICE CHANGES (89%); TRANSCRIPTS (79%); NEGATIVE NEWS (78%); COMAS & VEGETATIVE STATES (73%); PHYSICIANS & SURGEONS (72%); Americans (%); Diabetes (%); Death (%)

**Industry:** DRUG PRICES (90%); MANUFACTURING (90%); PHARMACEUTICALS INDUSTRY (90%); PRICE INCREASES (90%); PRICE CHANGES (89%); PHARMACEUTICAL PREPARATION MFG (78%); PRESCRIPTION DRUG AFFORDABILITY (78%); PHYSICIANS & SURGEONS (72%); INSURANCE DEDUCTIBLES (55%); MOBILE & CELLULAR TELEPHONES (53%)

**Person:** GAYLE KING (79%)

**Geographic:** UNITED STATES (95%)

**Load-Date:** February 23, 2017

**End of Document**