UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I caused a true and correct copy of the following documents to be served on the Court and All Counsel of Record via ECF:

- Manufacturers' Brief Regarding Constructive Notice;
- Appendix A to Manufacturers' Brief;
- Certification of Melissa A. Geist with accompanying exhibits; and
- This Certificate of Service.

I further certify that I caused a true and correct copy of the following documents to be served on the Court and All Counsel of Record via electronic mail:

- Manufacturers' Brief Regarding Constructive Notice;
- Appendix A to Manufacturers' Brief;
- Certification of Melissa A. Geist (without exhibits); and
- This Certificate of Service.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

**REED SMITH LLP**

Dated: May 2, 2025

*/s/ Julia A. Lopez*
Julia A. Lopez
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 524-2022

*Counsel for Defendant Eli Lilly and Company*

1