**Forman Watkins**
Forman Watkins & Krutz LLP

Walter G. "Trey" Watkins, III
trey.watkins@formanwatkins.com
Direct Dial: 601.973.5904

May 2, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

      Re:    *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS
             MDL No. 3080

Dear Judge Martinotti:

    Plaintiffs respectively request leave to file an additional 2.5 pages of briefing on the subject of constructive notice. ECF Nos. 533, 535, 537, 538. We have no objections to Defendants having a comparable addition if needed.

    If the foregoing request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. Thank you for your time and attention.

Sincerely,

Trey Watkins

cc:    All Counsel of Record (via ECF)

210 East Capitol Street, Suite 2200, Jackson, Mississippi 39201-2375  ›  T: 601.960.8600  ›  F: 601.960.8613
formanwatkins.com
Beaumont    Detroit    Houston    Jackson    New Jersey    New Orleans