**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry St, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 2, 2025

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

    Re:    *In Re: Insulin Pricing Litigation*
            Civil Action No. 2:23-md-03080-BRM-RLS
            MDL No. 3080

Dear Judge Singh,

    Pursuant to CMO 14, we write to advise Your Honor that the Parties met and conferred in accordance with CMO 14 ¶ 4(a) regarding various deficiencies contained in Plaintiffs' PFS submissions in the SFP Track, and have now reached an impasse as to certain global deficiencies. The Parties jointly propose the following briefing schedule for the dispute letter process outlined in CMO 14 ¶ 4(b):

- Defendants serve their opening brief on May 7, 2025;
- Plaintiffs provide their response on May 19, 2025; and
- Defendants have until May 23, 2025, to revise or modify their position, with the letter being jointly submitted to the Court that day.

Defendants also request oral argument related to this issue.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Cc: All Counsel of Record (via ECF and E-mail)

**SO ORDERED.**

Date: May 5, 2025

_____
Hon. Rukhsanah L. Singh, U.S.M.J.