# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING LITIGATION

Case No. 2:23-md-3080 (BRM)(RLS)
MDL No. 3080

JUDGE BRIAN R. MARTINOTTI
JUDGE RUKHSANAH L. SINGH

THIS DOCUMENT RELATES TO: 2:25-CV-00082
2:25-CV-00084
2:25-CV-00113
2:25-CV-00117
2:25-CV-00120
2:25-CV-00122
2:25-CV-00141
2:25-CV-00144
2:25-CV-00153
2:25-CV-00158
2:25-CV-00161
2:25-CV-00168
2:25-CV-00175
(SELF-FUNDED PAYERS TRACK)

## PROPOSED ORDER TO SHOW CAUSE

**THIS MATTER** having come before the Court upon the Motion of Eli Lilly And Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and OptumRx, Inc. (collectively "Defendants") for Entry of an

Order to Show Cause, and the Court having read and considered the Parties' submissions, and good and sufficient cause having been shown,

**IT IS** on this  6th  day of  May , 2025, **HEREBY ORDERED** that Plaintiffs Lakeview School District (2:25-CV-00082), Belding Area Schools (2:25-CV-00084), Camden Frontier Schools (2:25-CV-00113), St. Clair County, MI (2:25-CV-00117), Grand Rapids Public Schools (2:25-CV-00120), Mecosta Osceola Intermediate School District (2:25-CV-00122), Mason County Central Schools (2:25-CV-00141), Holt Public Schools (2:25-CV-00144), Homer Community Schools (2:25-CV-00153), Sturgis Public Schools (2:25-CV-00158), Muskegon Public Schools (2:25-CV-00161), Northville Public Schools (2:25-CV-00168), and Gratiot Isabella Regional Educational Service District (2:25-CV-00175) (collectively "Plaintiffs") tender a completed PFS as required by CMO No. 14 on or before the 19th day of May , 2025. Pursuant to CMO No. 14 ¶ 5(c), any Plaintiff's failure to do so shall result in dismissal of Plaintiff's complaint without prejudice absent further order of the Court. If Plaintiffs fail to move for reinstatement within 30 days of dismissal, their cases will be dismissed with prejudice with further order of the Court.

**HONORABLE RUKHSANAH L. SINGH**
**United States Magistrate Judge**

\* The Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 478.