UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

THIS DOCUMENT RELATES TO: 2:25-CV-00206,
2:25-CV-00211,
2:25-CV-00221,
2:25-CV-00371,
2:25-CV-00428,
2:25-CV-00443,
2:25-CV-00457,
2:25-CV-00458,
2:25-CV-00460,
2:25-CV-00469,
2:25-CV-00472,
2:25-CV-00473,
2:25-CV-00524,
2:25-CV-00537,
2:25-CV-00546
(SELF-FUNDED PAYERS TRACK)

## PROPOSED ORDER TO SHOW CAUSE

**THIS MATTER** having come before the Court upon the Motion of Defendants Eli Lilly And Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Services, Inc.; Express Scripts Pharmacy, Inc.;

OptumRx, Inc (collectively "Defendants"), for Entry of an Order to Show Cause, and the Court having read and considered the Parties' submissions, and good and sufficient cause having been shown,

**IT IS** on this __6th__ day of __May__, 2025, **HEREBY ORDERED** that Plaintiffs Waukegan Community Unit School District (2:25-CV-00206), Big Spring School District (2:25-CV-00211), Girard City Schools (2:25-CV-00221), Washington School District (2:25-CV-00371), Peters Township School District (2:25-CV-00428), Stewart County (2:25-CV-00443), Boilermakers Local 744 Health & Welfare Fund (2:25-cv-00457), North Summit School District (2:25-cv-00458), Cache County School District (2:25-cv-00460), Benton Harbor Area Schools (2:25-cv-00469), Malcolm Public Schools (2:25-cv-00472), Ashland County (2:25-cv-00473), 1978 Retired Construction Workers Fund (2:25-cv-00524), Rootstown Local School District (2:25-cv-00537), and Northwestern Local School District (2:25-cv-00546) (collectively "Plaintiffs") tender a completed PFS as required by CMO No. 14 on or before the __19th__ day of __May__, 2025. Pursuant to CMO No. 14 ¶ 5(c), any Plaintiff's failure to do so shall result in dismissal of Plaintiff's complaint without prejudice absent further order of the Court. If Plaintiffs fail to move for reinstatement within 30 days of dismissal, their cases will be dismissed with prejudice with further order of the Court.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**HONORABLE RUKHSANAH L. SINGH**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**

\* The Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 521.