UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080<br><br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE RUKHSANAH L. SINGH |

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Robert J. Carlson, Senior Assistant Attorney General, files this Notice of Withdrawal as Counsel of Record for Plaintiff State of Oklahoma, and in support thereof, respectfully show the Court as follows:

Mr. Carlson will be leaving the Office of the Oklahoma Attorney General to reenter private practice. Plaintiff State of Oklahoma will continue to be represented by Deputy Attorney General Ethan A. Shaner, who currently serves as lead counsel for the State; therefore, good cause exists to permit Mr. Carlson's withdrawal.

Dated: May 7, 2025.

**GENTNER DRUMMOND**
**OKLAHOMA ATTORNEY GENERAL**


BY:   /s/ *Robert J. Carlson*
Robert J. Carlson, OBA No. 19312
Senior Assistant Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Tel: (918) 581-2342
Fax: (405) 5213921
robert.carlson@oag.ok.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of May, 2025, the foregoing Notice of Withdrawal of Appearance was filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

/s/ *Robert J. Carlson*
Robert J. Carlson
Senior Assistant Attorney General