### MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
―――――
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: jtortorella@khmarino.com
*OF COUNSEL

May 8, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
         MDL No. 3080

Dear Judge Martinotti:

    We write on behalf of the parties regarding the Case Management Conference scheduled for Tuesday, May 13, 2025. Having conferred, the parties do not have any agenda items for the Court to address. Unless the Court would like to discuss any specific issues with the parties, we respectfully suggest that this month's conference be adjourned.

    Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for*
*Class Action Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*The State Attorneys General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:    Honorable Rukhsanah L. Singh, U.S.M.J.
       All counsel of record