# Morgan Lewis

**Jason R. Scherr**
Partner
+1.202.373.6709
jr.scherr@morganlewis.com

May 8, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
402 East State Street Trenton, NJ 08608

Re:   *In re Insulin Pricing Litigation*, No. 2:23-md-3080 (D.N.J.)

Dear Judge Singh:

Morgan, Lewis & Bockius LLP represents Evernorth Health, Inc. (formerly known as Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Medco Health Solutions, Inc., Ascent Health Services LLC, and The Cigna Group (together, the "Evernorth Defendants") in the above-referenced matter.

Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request leave of Court to withdraw the *pro hac vice* admission of Patrick A. Harvey. Other attorneys from Morgan Lewis, including Jason R. Scherr, Lindsey T. Levy, and Elise M. Attridge, will continue to represent the Evernorth Defendants in this action.

If the Court approves, we respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Jason R. Scherr*

Jason R. Scherr

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States

T +1.202.739.3000
F +1.202.739.3001

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
May 8, 2025
Page 2

cc:    Honorable Brian R. Martinotti, U.S.D.J.
        All counsel of record

SO ORDERED this _9th_ day of May 2025

_____
Hon. Rukhsanah L. Singh, U.S.M.J.