UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  Date:   05/13/2025
Magistrate Judge:   Rukhsanah Singh  Case Nos:   23MDL3080
Court Reporter:   Tammera Witte (Stand By only)

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

Brandon Bogle
Liz Broadway Brown
David R. Buchanan
Lawrence Dias
Jordan W. Edwards
Matthew Gately
Melissa Geist
Lindsey Levy
Jack Lurton
Josh Podall
Neal Potischman
J.R. Scherr
Nicholas Suellentrap
Darcie Tilly
John Tortorella
Liza Walsh

Nature of Proceedings:

Liaison & Leadership Committee meeting held (virtually)
Further discussion concerning possible appointment of Judge Harz to oversee the Common Benefit Fund
Court ordered as follows:
- Counsel to meet, confer and select spokesperson for both sides and provide roster of speakers/presenters for upcoming motions once all papers have been filed

OTBS

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 11:00 am
Time Concluded:   11:20 am

Case 2:23-md-03080-BRM-RLS   Document 559   Filed 05/13/25   Page 2 of 2 PageID: 16881