## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record by electronic mail.

Dated: May 15, 2025                                             _____
                                                                        John D. Tortorella