# McCarter & English

**Brian W. Carroll**
Partner

T. 973-639-2020
F. 973-297-3713

bcarroll@McCarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

May 15, 2025

**VIA ECF**

| | |
|---|---|
| Honorable Brian R. Martinotti, U.S.D.J. | Honorable Rukhsanah L. Singh, U.S.M.J. |
| United States District Court | United States District Court |
| District of New Jersey | District of New Jersey |
| Frank Lautenberg Post Office & | Clarkson S. Fisher Building & |
| U.S. Courthouse | U.S. Courthouse |
| 2 Federal Plaza, 3rd Floor | 402 East State St. |
| Newark, NJ 07102 | Trenton, NJ 08608 |

**Re:** *In re Insulin Pricing Litigation,* No. 2:23-md-3080 (BRM/RLS) | MDL No. 3080
*Government of Puerto Rico v. Eli Lilly and Company et al.,* No. 25-cv-01845 (BRM/RLS)

Dear Judges Martinotti and Singh:

Defendants Novo Nordisk Inc., Eli Lilly and Company, Eli Lilly Exports S.A., Sanofi-Aventis U.S. LLC and Sanofi-Aventis Puerto Rico, Inc. (collectively, "Manufacturer Defendants") write in response to the Government of Puerto Rico's ("Puerto Rico") request for leave to file a Motion for Leave to Amend Complaint (Dkt. No. 554). Manufacturer Defendants agree with Defendants Caremark PCS Health, LLC, Caremark Puerto Rico LLC, Express Scripts, Inc., and OptumRx, Inc. that Puerto Rico's request for leave to file a Motion for Leave to Amend should be denied, and accordingly join them in opposing Puerto Rico's request (Dkt. No. 560).

We thank the Court for its time and continued attention to this matter.

Respectfully submitted,

*/s/ Brian W. Carroll*
Brian W. Carroll, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T: (973) 639-2020

James P. Rouhandeh, Esq. (*pro hac vice*)
David B. Toscano, Esq. (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
T: (212) 450-4000

Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road
Redwood City, CA 94063
T: (650) 752-2000
*Attorneys for Defendant Novo Nordisk Inc.*

*/s/ Melissa A. Geist*
Melissa A. Geist, Esq.
Julia A. Lopez, Esq.
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
T: (609) 514-5978

James F. Hurst, Esq. (*pro hac vice*)
Andrew A. Kassof, Esq. (*pro hac vice*)
Diana M. Watral, Esq. (*pro hac vice*)
Ryan Moorman, Esq. (*pro hac vice*)
Jason A. Feld, Esq. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
T: (312) 862-2000
*Attorneys for Defendants Eli Lilly and Company and Eli Lilly Exports S.A.*

*/s/ Liza M. Walsh*
Liza M. Walsh, Esq.
Katelyn O'Reilly, Esq.
Selina Ellis, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: (973) 757-1100

Michael R. Shumaker, Esq. (*pro hac vice*)
Julie E. McEvoy, Esq. (*pro hac vice*)
William D. Coglianese, Esq. (*pro hac vice*)
Melissa L. Patterson, Esq. (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
T: (202) 879-3939
*Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi-Aventis Puerto Rico, Inc.*