**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATION OF MELISSA A. GEIST IN SUPPORT OF MANUFACTURERS' RESPONSE MEMORANDUM REGARDING CONSTRUCTIVE NOTICE**

I, Melissa A. Geist, of full age, hereby certify as follows:

1. I am a partner at Reed Smith LLP licensed to practice in the State of New Jersey. I submit this certification in support of Manufacturers' Response Memorandum Regarding Constructive Notice.

2. Attached and provisionally filed under seal as **Exhibit 79** to Manufacturers' Response Memorandum Regarding Constructive Notice is a true and correct copy of Albany County's Plaintiff Fact Sheet responses, certified on December 16, 2024.

3. Attached as **Exhibit 80** to Manufacturers' Response Regarding Constructive Notice is an excerpt of a true and correct copy of a complaint filed in the Southern District of Texas on December 23, 2019 titled *Harris County v. Eli Lilly et al.*, No. 19-cv-4994 (S.D. Tex. Dec. 23, 2019).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

May 16, 2025

                        **REED SMITH LLP**

                        */s/ Melissa A. Geist*
                        Melissa A. Geist
                        506 Carnegie Center, Suite 300
                        Princeton, NJ 08540
                        (609) 514-5978

                        *Counsel for Defendant Eli Lilly and Company*