# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS) <br><br> MDL No. 3080 <br><br> **ORAL ARGUMENT REQUESTED** |

# **CERTIFICATE OF SERVICE**

I hereby certify on May 16, 2025, a true and correct copy of the following documents were served on all counsel of record via ECF and electronic mail:

- Manufacturers' Response Memorandum Regarding Constructive Notice;
- Certification of Melissa A. Geist in support of Manufacturers' Response Memorandum Regarding Constructive Notice with Exhibits 79 and 80; and
- This Certificate of Service.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Respectfully submitted,
**REED SMITH LLP**
Attorneys for Defendants

Dated: May 16, 2025

*s/ Julia A. Lopez*
Julia A. Lopez