## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused a true and correct copy of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record via ECF.

                                                */s/ Thomas P. Scrivo*
                                                Thomas P. Scrivo

Dated: May 16, 2025