

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

May 20, 2025

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

    Re:    *In re Insulin Pricing Litigation*
            Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Martinotti:

Pursuant to Your Honor's direction at the May 13, 2025, Case Management Conference, attached please find proposed forms of order for the April 8, 2025, and May 13, 2025, Case Management Conferences.

As always, the parties thank the Court for its continuing attention to this matter.

                              Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for*
*Class Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*State Attorney General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella

cc:    Hon. Rukhsanah L. Singh (*via ECF*)
        All counsel of record (*via ECF*)