UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case 2:23-md-03080-BRM-RLS<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER FOLLOWING APRIL 8, 2025, CASE MANAGEMENT CONFERENCE**

This matter having come before the Court for a status conference on April 8, 2025, and for good cause shown,

**IT IS** on this _____ day of May, 2025, **ORDERED** as follows:

1. By Friday April 11, 2025, the parties shall submit a joint letter to the Court regarding supplemental briefing on the issue of constructive notice, which shall set forth a jointly proposed schedule for these submissions, as well as page limitations.

2. Hon. Rachelle L. Harz, J.S.C. (Ret.) is appointed to assist the Court with the determination and management of common benefit matters and issues in this litigation. The details of Judge Harz's appointment pursuant to Fed. R. Civ. P. 53(a)(1)(C) shall be set forth in a separate order issued by this Court.

_____
**HON. BRIAN R. MARTINOTTI, U.S.D.J.**