UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case 2:23-md-03080-BRM-RLS<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

THIS DOCUMENT RELATES TO ALL CASES

**ORDER FOLLOWING MAY 13, 2025, CASE MANAGEMENT CONFERENCE**

This matter having come before the Court for a status conference on May 13, 2025, and for good cause shown,

**IT IS** on this _____ day of May, 2025, **ORDERED** as follows:

1. The parties are to meet and confer as to the designation of counsel to handle oral argument on the issue of constructive notice. The parties shall thereafter advise the Court of the identities of said counsel by way of a joint letter to the Court.

2. Oral argument on the issue of constructive notice shall proceed on the afternoon of June 11, 2025. Additional details shall be provided by way a separate order from this Court.

_____
**HON. BRIAN R. MARTINOTTI, U.S.D.J.**