# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS) MDL No. 3080 <br><br> **STIPULATION AND ORDER AMENDING CONFIDENTIALITY ORDER** |

**THIS DOCUMENT RELATES TO ALL CASES**

WHEREAS, this Court previously entered a Stipulated Confidentiality Order on March 20, 2024 (Civil Action No. 2:23-md-03080-BRM-RLS, ECF No. 117) (the "Confidentiality Order"), which governs the disclosure, dissemination and use of confidential information in this matter; and

WHEREAS the Parties (as defined in the Confidentiality Order) seek to amend the Confidentiality Order to revise Paragraphs 7.2(a) and 7.3(a) to allow for CONFIDENTIAL and HIGHLY CONFIDENTIAL information or items to be disclosed to Outside Counsel of any Party in the Action;

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their undersigned counsel, subject to the approval of the Court, as follows:

1.    The Confidentiality Order (ECF No. 117) in this matter (attached as Exhibit 1) is incorporated here by reference and all of its terms and provisions remain in full force and effect with respect to each of the Parties in this matter unless expressly modified herein.

2.    The Confidentiality Order shall be amended as follows:

Paragraph 7.2(a) of the Confidentiality Order shall read:

(a)    Outside Counsel for any Party in the Action, as well as employees of said Outside

Counsel to whom it is reasonably necessary to disclose the information for the Action.

Paragraph 7.3(a) of the Confidentiality Order shall read:

(a)    Outside Counsel for any Party in the Action, as well as employees of said Outside

Counsel to whom it is reasonably necessary to disclose the information for the Action.

IT IS SO STIPULATED

Dated: May 21, 2025

Respectfully submitted,

*s/ Joanne Cicala*
Joanne Cicala
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, TX 78620
(512) 275-6550

*Liaison Counsel for*
*State Attorney General Track*

*s/ Matthew F. Gately*
Matthew F. Gately
**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

*Liaison Counsel for*
*Class Action Track*

*s/ David R. Buchanan*
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
(973) 639-9100

-and-

Benjamin Widlanski
**KOZYAK TROPIN &**
**THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th
Floor Coral Gables, Florida 33134
bwidlanski@kttlaw.com
(305) 372-1800

*Liaison Counsel for*
*Self-Funded Payer Track*

2

*s/ Brian W. Carroll*
**McCarter & English, LLP**
Brian W. Carroll
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-2020
bcarroll@mccarter.com

**Davis Polk & Wardwell LLP**
James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
450 Lexington Ave.
New York, NY 10017
(212) 450-4000
rouhandeh@davispolk.com
david.toscano@davispolk.com

**Davis Polk & Wardwell LLP**
Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
900 Middlefield Road
Redwood City, CA 94063
(650) 752-2000
neal.potischman@davispolk.com
andrew.yaphe@davispolk.com

*Attorneys for Defendant Novo Nordisk Inc.*

*s/ Thomas P. Scrivo*
**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
Young Yu
14 Village Park Road
Cedar Grove, NJ 07009
(973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

**ALSTON & BIRD LLP**
Brian D. Boone
1120 S. Tyron St., Ste. 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

**ALSTON & BIRD LLP**

*s/ Liza M. Walsh*
**WALSH PIZZI O'REILLY FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry St., 15th floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
koreilly@thewalshfirm.com

**JONES DAY**
Michael R. Shumaker (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
William D. Coglianese (*pro hac vice*)
Melissa L. Patterson (*pro hac vice*)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939
mrshumaker@jonesday.com
jmcevoy@jonesday.com
wcoglianese@jonesday.com
mpatterson@jonesday.com

*Attorneys for Defendant Sanofi- Aventis U.S. LLC*

*s/ Melissa A. Geist*
**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978
mgeist@reedsmith.com
jalopez@reedsmith.com

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Robert B. Ellis (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
333 West Wolf Point Plaza

3

Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
(404) 881-7000
liz.brown@alston.com

**ALSTON & BIRD LLP**
Kelley Connolly Barnaby
950 F. Street, NW
Washington, D.C. 20004
(202) 239-3300
kelley.barnaby@alston.com

*Attorneys for Defendant OptumRx, Inc.*

s/ Kevin H. Marino
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
(202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*

Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
akassof@kirkland.com
rellis@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

s/ Jason R. Scherr
**MORGAN, LEWIS & BOCKIUS LLP**
Jason R. Scherr
Elise M. Attridge
Lindsey T. Levy
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
jr.scherr@morganlewis.com
elise.attridge@morganlewis.com
lindsey.levy@morganlewis.com

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Medco Health Solutions, Inc.*

4

So Ordered this 21st day of __May__, 2025

HON. RUKHSANAH L. SINGH
United States Magistrate Judge

* The Clerk of the Court shall TERMINATE the informal motion pending at Docket Entry Number 580.