**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry St, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 23, 2025

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

Re: *In Re: Insulin Pricing Litigation*
Civil Action No. 2:23-md-03080-BRM-RLS

Dear Judge Singh,

This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC in connection with the above-referenced matter.

We write to respectfully request that the Court unseal Defendants' Reply Letter Brief Regarding Privilege Log Protocol ("Letter") (D.E. 567). The Letter and Exhibit D attached thereto were filed under seal out of an abundance of caution because it was believed that the submission may contain Arizona's confidential information. However, we have since conferred with counsel for Arizona and confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal D.E. 567. Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED on this ___ day of _____, 2025.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.