# Forman Watkins
## Forman Watkins & Krutz LLP

Walter G. "Trey" Watkins, III
trey.watkins@formanwatkins.com
Direct Dial: 601.973.5904

May 28, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

Re: *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-RLS
MDL No. 3080

Dear Judge Singh:

The parties have now fully submitted to the Court competing privilege log protocols and related briefing (ECF Nos. 549, 550, 551, 567, 570). Plaintiffs respectfully request oral argument on these submissions at the Court's earliest convenience.

Before making this request for oral argument, we reached out to counsel for Defendants. They indicated that Defendants take no position and would leave it to the Court's preference.

Sincerely,

Trey Watkins

cc: All Counsel of Record (via ECF)