# Exhibit F

| | |
|---|---|
| **From:** | Collins, Nick |
| **To:** | dgrossman@kandgfirm.com; bbogle@levinlaw.com; dbuchanan@seegerweiss.com; bwidlanski@kttlaw.com; MPifko@baronbudd.com |
| **Cc:** | #MDL Insulin SFP JDG Service; Moorman, Ryan; Feld, Jason Adam; Stilley, Tyler; Walling, Kate |
| **Subject:** | IBEW Local 613 and Contributing Employers Family Health Fund, et al. v. Caremark et al., 2:25-cv-00519-BRM-RLS |
| **Date:** | Thursday, May 1, 2025 11:02:34 PM |

Counsel,

IBEW Local 613 and Contributing Employers Family Health Fund's plaintiff fact sheet and related production was due on April 30, 2025.  See ECF No. 315 ¶ 1(a)(iii) (CMO No. 14).  To date, we have not received either, and are therefore notifying you of a failure to serve pursuant to CMO No. 14 ¶ 5(b).  Please tender an executed and substantially completed PFS and production, or if IBEW Local 613 and Contributing Employers Family Health Fund in fact served a fact sheet and production on April 30, 2025, please advise us whom you served.

Best,


**Nick Collins**

------------------------------------

**KIRKLAND & ELLIS LLP**

333 West Wolf Point Plaza, Chicago, IL 60654

**T** +1 312 862 0049   **M** +1 773 951 7875

**F** +1 312 862 2200

------------------------------------

nick.collins@kirkland.com