# Exhibit K

| | |
|---|---|
| **From:** | Tyler Yagman |
| **To:** | Collins, Nick |
| **Cc:** | Stephenie Scott; James L. Ferraro Jr.; Jeffrey Brown; Blake Yagman; Jason Sultzer; bbogle@levinlaw.com; #MDL Insulin SFP JDG Service; Moorman, Ryan; Feld, Jason Adam; Stilley, Tyler; Walling, Kate; Natalia M. Salas |
| **Subject:** | RE: C.H. Robinson Worldwide, Inc. v. Eli Lilly and Company et al., 2:25-cv-00522-BRM-RLS |
| **Date:** | Friday, April 18, 2025 4:07:51 PM |
| **Attachments:** | image001.jpg<br>image002.gif<br>image003.gif<br>image004.gif<br>image005.gif |

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Counsel,

We are aware of the below and are working internally to serve a fact sheet and production within the 14-day window to cure. Please let us know if you have any questions or would like to schedule a conversation. Have a great weekend.

Best,
Tyler Yagman

**Tyler Yagman**



Brickell World Plaza
600 Brickell Ave
Suite 3800
Miami, FL 33131
Tel:  (305) 375-0111
Fax: (305) 379-6222
Toll-Free: (800) 275-3332
email@ferrarolaw.com | www.ferrarolaw.com



Confidentiality Notice: The information contained in this transmittal, including any attachment, is privileged and confidential and is intended only for the person or entity to whom it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this transmittal is strictly prohibited. If you have received this transmittal in error, please contact the sender immediately and delete this transmittal from any computer or other data bank.

Begin forwarded message:

**From:** "Collins, Nick" <nick.collins@kirkland.com>
**Date:** April 15, 2025 at 9:48:58 PM EDT
**To:** "Natalia M. Salas" <nsalas@ferrarolaw.com>, "James L. Ferraro Jr." <james@ferrarolaw.com>, JBrown@leedsbrownlaw.com, byagman@leedsbrownlaw.com, sultzerj@thesultzerlawgroup.com, bbogle@levinlaw.com, dbuchanan@seegerweiss.com, bwidlanski@kttlaw.com, MPifko@baronbudd.com
**Cc:** #MDL Insulin SFP JDG Service <Ext-MDL-Insulin-SFP-JDG@kirkland.com>, "Moorman, Ryan" <ryan.moorman@kirkland.com>, "Feld, Jason Adam" <jason.feld@kirkland.com>, "Stilley, Tyler" <tyler.stilley@kirkland.com>, "Walling, Kate" <kate.walling@kirkland.com>
**Subject: C.H. Robinson Worldwide, Inc. v. Eli Lilly and Company et al., 2:25-cv-00522-BRM-RLS**

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

C.H. Robinson Worldwide, Inc.'s plaintiff fact sheet and related production was due on April 14, 2025. See ECF No. 315 ¶ 1(a)(iii) (CMO No. 14). To date, we have not received either, and are therefore notifying you of a failure to serve pursuant to CMO No. 14 ¶ 5(b). Please tender an executed and substantially completed PFS and production, or if C.H. Robinson Worldwide, Inc. in fact served a fact sheet and production on April 14, 2025, please advise us whom you served.

Best,

**Nick Collins**

————————————————

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0049   **M** +1 773 951 7875
**F** +1 312 862 2200

————————————————

nick.collins@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.