# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO:** 2:25-cv-00503,
2:25-cv-00515,
2:25-cv-00519,
2:25-cv-00525,
2:25-cv-00526
**(SELF-FUNDED PAYERS TRACK)**

## CERTIFICATE OF SERVICE

I certify that I am Attorney at Law of the State of New Jersey and a Member of the Bar of this Court and that on this date I caused a copy of this document to be served on the counsel of record in the above-captioned matter via the Court's CM/ECF system.

By: */s/ Melissa A. Geist*
Melissa A. Geist

Dated:   May 29, 2025
Princeton, New Jersey