**ReedSmith**

· Driving progress
through partnership

Melissa A. Geist
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

May 27, 2025

**Via ECF**

Honorable Rukhsanah L. Singh, U.S.M.J..
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

Re:  In re: Insulin Pricing Litigation, No. 2:23-md-03080-BRM-RLS
     **Manufacturers' Request to Unseal**

Dear Judge Singh:

This firm, along with Kirkland & Ellis, represents Eli Lilly and Company. We write on behalf of all Manufacturer Defendants in connection with the above-referenced matter.

We write to respectfully request that the Court unseal Manufacturers' Response Memorandum Regarding Constructive Notice ("Response") (ECF 563). A corrected version of Exhibit 79 attached to the Response was filed on May 20, 2025. ECF 574. The Response and corrected Exhibit 79 were filed under seal out of an abundance of caution because it was believed that the submission may contain Albany County's confidential information. However, we have since conferred with counsel for Albany County and confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal ECF 563 and 574. Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*Melissa A. Geist*

Melissa A. Geist

cc:   All Counsel of Record

SO ORDERED on this 28th day of May, 2025.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON