**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused a true and correct copy of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record via ECF.

                                                    */s/ Thomas P. Scrivo*
                                                    Thomas P. Scrivo

Dated: May 30, 2025