# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(RLS) <br> MDL No. 3080 |
| **THIS DOCUMENT RELATES TO:** | **ORDER** |
| *People of the State of California v. Eli Lilly and Co., et al.,* <br><br> Case No. 2:24-cv-11488 | |

     **THIS MATTER** is opened to the Court by Plaintiff the People of the State of California's (the "People") Motion to Remand. (ECF Nos. 486-1–2.) Defendants Express Scripts, Inc. ("Express Scripts") and CaremarkPCS Health, LLC ("Caremark") (collectively, "Defendants") filed oppositions to the Motion (ECF Nos. 486-3; 486-4–10), and the People filed a reply (ECF No. 486-11). Following the filing of Defendants' Notice of Update in a Related Case regarding Defendants' Motion to Stay and Oppositions to the People's Renewed Motion to Remand, the People filed a Statement Addressing Defendants' Notice of Update in a Related Case (ECF No. 486-12), and Defendants filed their own Statement Addressing Notice of Update in a Related Case (ECF Nos. 486-13; 586-14). After this matter was transferred to this Court, the People filed a Supplemental Brief in Support of its Renewed Motion to Remand (ECF No. 486-15), and Express Scripts and Caremark each filed supplemental responsive briefs (ECF Nos. 486-16; 486-17). Having reviewed and considered the parties' submissions filed in connection with the Motion to Remand and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

     **IT IS** on this 4th day of June 2025,

**ORDERED** that the People's Motion to Remand (ECF No. 486) is **DENIED**.

          */s/ Brian R. Martinotti*
          **HON. BRIAN R. MARTINOTTI**
          **UNITED STATES DISTRICT JUDGE**