# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case No. 2:23-md-3080 (BRM)(RLS)** <br> **MDL No. 3080** <br><br> **JUDGE BRIAN R. MARTINOTTI** <br> **JUDGE RUKHSANAH L. SINGH** |

**THIS DOCUMENT RELATES TO:** 2:25-CV-00465

**(SELF-FUNDED PAYERS TRACK)**

**PROPOSED ORDER TO SHOW CAUSE**

**THIS MATTER** having come before the Court upon the Motion of Defendants Eli Lilly And Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Services, Inc.; Express Scripts Pharmacy, Inc.; OptumRx, Inc (collectively "Defendants"), for Entry of an Order to Show Cause, and the Court having read and considered the Parties' submissions, and good and sufficient cause having been shown,

**IT IS** on this ____ day of _____, _____, **HEREBY ORDERED** that Plaintiff SummaCare, Inc. ("Plaintiff") must tender a completed PFS as required by CMO No. 14 on or before the ____ day of _____, _____. Pursuant to CMO No. 14 ¶ 5(c), a failure to do so shall result in dismissal of

Plaintiff's complaint without prejudice absent further order of the Court. If Plaintiff fails to move for reinstatement within 30 days of dismissal, its case will be dismissed with prejudice with further order of the Court.

_____
**HONORABLE RUKHSANAH L. SINGH**
**United States Magistrate Judge**