# ReedSmith

**Driving progress through partnership**

Melissa A. Geist
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

June 2, 2025

**Via ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

Re:   **In re: Insulin Pricing Litigation, No. 2:23-md-03080-BRM-RLS, MDL No. 3080: Defendants' Request for Order Dismissing Case No. 2:25-cv-00524**

Dear Judge Singh:

Defendants write regarding Plaintiff 1978 Retired Construction Workers Fund's failure to serve a completed Plaintiff Fact Sheet ("PFS") for Case No. 2:25-cv-00524 as required by the Court's May 6, 2025 Order to Show Cause. *See* ECF No. 521.

On May 6, 2025, the Court issued an Order to Show Cause requiring fifteen Plaintiffs to tender a completed PFS compliant with CMO 14 by May 19, 2025, or have their complaint dismissed. *Id*. Plaintiff 1978 Retired Construction Workers Fund did not serve a PFS by that deadline. Defendants therefore respectfully request the Court enforce its Order to Show Cause and dismiss Case No. 2:25-cv-00524.

SO ORDERED:

_____
Rukhsanah L. Singh, USMJ
DATED: June __3__, 2025

cc:   All Counsel of Record (via ECF)

* The Clerk of the Court shall TERMINATE the informal Motion pending at Docket Entry Number 598.