# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case 2:23-md-03080 (BRM) (RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO: 25-cv-01845**

### NOTICE OF THE GOVERNMENT OF PUERTO RICO'S MOTION FOR LEAVE TO AMEND COMPLAINT

**PLEASE TAKE NOTICE** that Plaintiff, Government of Puerto Rico ("Government"), by and through the undersigned counsel, will move before the Honorable Rukhsanah L. Singh, U.S.M.J., at a date and time to be determined by the Court, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order, pursuant to Federal Rules of Civil Procedure 15 and 16, granting the Government's leave to amend their complaint.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the Government hereby requests oral argument.

DATED: June 6, 2025         RESPECTFULLY SUBMITTED,

**DEPARTMENT OF JUSTICE OF PUERTO RICO**

/s/ *Elizabeth Paige Boggs*
**LINDA SINGER**
Admitted *Pro Hac Vice*
**DAVID I. ACKERMAN**
**ELIZABETH PAIGE BOGGS**
Admitted *Pro Hac Vice*
**DEVIN X. WILLIAMS**

Admitted *Pro Hac Vice*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

**ANDRÉS W. LÓPEZ**
Admitted *Pro Hac Vice*
**THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C**.
P.O. Box 13909
San Juan, PR 00908
Tel. (787) 294-9508
andres@awllaw.com