**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case 2:23-md-03080 (BRM) (RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO: 25-cv-01845**

<u>**ORDER GRANTING LEAVE TO AMEND COMPLAINT**</u>

This matter having come before the Court upon the motion of the Government of Puerto Rico ("Government") for an Order, pursuant to Federal Rules of Civil Procedures 15 and 16, granting the Government leave to file its proposed Second Amended Complaint; and the Court having considered the moving and opposing papers, and the oral argument of counsel, if any; and good cause having been shown;

IT IS on this _____ day of _____, 2025,

**ORDERED** as follows:

The Government's Motion for Leave to Amend Complaint is GRANTED.

 

 

_____
RUKHSANAH L. SINGH
United States Magistrate Judge