# O'TOOLE SCRIVO

### A LIMITED LIABILITY COMPANY

**THOMAS P. SCRIVO**
tscrivo@oslaw.com

June 11, 2025

**By CM/ECF**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *In re: Insulin Pricing Litigation*, MDL No. 3080
              Case No. 2:23-md-03080-BRM-RLS

Dear Judge Singh:

      On May 29, 2025, Emisar Pharma Services LLC ("Emisar") filed its response (ECF No. 590) to Plaintiffs' May 21, 2025 letter (ECF No. 577) in accordance with the Court's Discovery Dispute Protocol, Case Management Order No. 17. Emisar filed its response temporarily under seal—as did Plaintiffs with their May 21, 2025 letter—pending decision on a forthcoming motion to seal, which we intend to submit in accordance with Local Rule 5.3. By operation of the rule, the motion to seal is due by June 12, 2025.

      In accordance with Local Civil Rule 6.1, Emisar respectfully requests an extension to June 20, 2025, to file the motion to seal. The requested extension will afford the parties adequate time to confer about the scope of any sealing requests and for Emisar to secure any requisite certifications. Plaintiffs do not oppose this request.

      If the proposed extension meets with Your Honor's approval, we respectfully request that the Court indicate its agreement by so ordering this letter.

      Thank you for your continuing time and attention to this matter.

                                                   Respectfully submitted,

                                                   */s/ Thomas P. Scrivo*

                                                   Thomas P. Scrivo, Esq.

Cc:      Honorable Brian R. Martinotti, U.S.D.J.
           All counsel of record