# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Local 837 Health and Welfare Plan v. Eli Lilly and Co. et al.*<br>No. 2:23-cv-20932-BRM-RLS | **Case No. 2:23-MD-03080**<br>**MDL No. 3080**<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for pro hac vice in the within matter has been entered; and

2. The admission fee in the amount of $250.00, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: June 12, 2025   */s/ Jason R. Scherr (pro hac vice)*
                       Jason R. Scherr

PRO HAC VICE ATTORNEY INFORMATION:
Name:      Douglas A. Hastings
Address:   Morgan, Lewis & Bockius LLP
           1111 Pennsylvania Avenue, NW
           Washington, DC 20004
Email:     douglas.hastings@morganlewis.com