# Morgan Lewis

**Jason R. Scherr**
Partner
+1.202.373.6709
jr.scherr@morganlewis.com

June 12, 2025

**VIA ECF**

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, NJ 08608

Re:   *In re: Insulin Pricing Litigation,* Case No. 2:23-md-03080 (BRM) (RLS)

Dear Judge Singh:

This firm represents Ascent Health Services, LLC ("Ascent") in connection with the above-referenced litigation.

We write to respectfully request that the Court unseal Plaintiffs' letter request seeking to compel discovery from Ascent (D.E. 576) and Ascent's response in opposition (D.E. 591). Plaintiffs' letter and exhibits attached thereto and Ascent's response were filed under seal out of an abundance of caution because certain of the exhibits had been designated as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the Court's March 2024 Stipulated Confidentiality Order (ECF No. 117). However, we have since conferred with counsel for Plaintiffs and the impacted defendants and confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal D.E. 576 and 591. Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*s/ Jason R. Scherr*

Jason R. Scherr

cc: All Counsel of Record (via ECF)

SO ORDERED on this ___ day of _____, 2025.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004          ☎ +1.202.739.3000
United States                          📠 +1.202.739.3001