James P. Frantz, Esq., SBN 87492
jpf@frantzlawgroup.com
William B. Shinoff, Esq., SBN 280020
wshinoff@frantzlawgroup.com
M. Regina Bagdasarian, Esq., SBN 296219
regina@frantzlawgroup.com
Kristin J. Westphal, Esq., SBN 202046
kwestphal@frantzlawgroup.com
FRANTZ LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
T: (619) 233-5945
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| IN RE: INSULING PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>Judge Brian R. Martinotti<br>Judge Rukshanah L. Singh<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**2:25-CV-00082**<br>**2:25-CV-00084**<br>**2:25-CV-00113**<br>**2:25-CV-00117**<br>**2:25-CV-00120**<br>**2:25-CV-00122**<br>**2:25-CV-00141**<br>**2:25-CV-00144**<br>**2:25-CV-00153**<br>**2:25-CV-00158**<br>**2:25-CV-00161**<br>**2:25-CV-00168**<br>**2:25-CV-00175** |
|---|---|

|  | ) | **(SELF-FUNDED PAYERS TRACK)** |
|--|---|--|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

Plaintiffs, by and through undersigned counsel, respectfully submit this Response to the Court's Order to Show Cause dated May 6, 2025 (ECF 545), and state as follows:

1. The Court ordered the above-referenced Plaintiffs to submit completed Plaintiff Fact Sheets on or before May 19, 2025 or be dismissed without prejudice absent further order of the Court.

2. Plaintiffs respectfully inform the Court that they are in full compliance with the Court's Order, and no further action is required. The status of each case subject to the Order is as follows:

    - Case No.: *2:25-CV-00082*-PFS submitted to Defendants on May 9, 2025. (See Exhibit A, Email dated 5/9/2025).

    - Case No.: *2:25-CV-00084*-PFS submitted to Defendants on April 8, 2025. (See Exhibit B, Email dated 4/8/2025).

    - Case No.: *2:25-CV-00113*-PFS submitted to Defendants on April 2, 2025. (See Exhibit C, Email dated 4/2/2025).

- Case No.: *2:25-CV-00117*-submitted to Defendants on May 5, 2025. (See Exhibit D, Email dated 5/5/2025).

- Case No.: *2:25-CV-00120*-PFS submitted to Defendants on April 9, 2025. (See Exhibit E, Email dated 4/9/2025).

- Case No.: *2:25-CV-00122*-Voluntarily dismissed without prejudice on April 14, 2025. (See Exhibit F, Notice of Dismissal).

- Case No.: *2:25-CV-00141*-Voluntarily dismissed without prejudice on May 2, 2025. (See Exhibit G, Notice of Dismissal, Exhibit G).

- Case No.: *2:25-CV-00144*-PFS submitted to Defendants on April 2, 2025. (See Exhibit H, Email dated 4/2/2025).

- Case No.: *2:25-CV-00153*-Voluntarily dismissed without prejudice on April 21, 2025. (See Exhibit I, Notice of Dismissal).

- Case No.: *2:25-CV-00158*-PFS submitted to Defendants on April 3, 2025. (See Exhibit J, Email dated 4/3/2025).

- Case No.: *2:25-CV-00161*-PFS submitted to Defendants on April 2, 2025. (See Exhibit K, Email dated 4/2/2025).

- Case No.: *2:25-CV-00168*-PFS submitted to Defendants on April 8, 2025. (See Exhibit L, Email dated 4/8/2025).

- Case No.: *2:25-CV-00175*-PFS submitted to Defendants on April 8, 2025. (See Exhibit M, Email dated 4/8/2025).

3. Based on the foregoing, Plaintiffs respectfully request that the Court discharge the Order to Show Cause as compliance has been achieved either through a timely PFS submission or voluntary dismissal.

DATED: May 12, 2025

**FRANTZ LAW GROUP, APLC**

/s/ William Shinoff, Esq.
James P. Frantz, Esq.
William B. Shinoff, Esq.
Kristin Westphal
Attorneys for Plaintiff

For good cause shown, the above request is hereby GRANTED. The Clerk of the Court shall TERMINATE the informal motion pending at Docket Entry Number 4 in No. 25-cv-0082.

SO ORDERED this 12th day of June 2025.

_____
RUKHSANAH L. SINGH, U.S.M.J.