## MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: jtortorella@khmarino.com
*OF COUNSEL

June 13, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:  *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
           MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

      Pursuant to CMO #5, the parties provide the following status update for the weeks ending June 6 and June 13.

1. The PBM Defendants' oppositions to Plaintiffs' Motion to Compel Responses to Compass Lexecon Subpoena to Produce Documents were filed on May 30, 2025.  Plaintiffs' reply is being filed today, June 13, 2025.  Oral argument has been requested.
2. Defendants provided Plaintiffs with edits to the deposition protocol on February 7, 2025. On April 4, 2025, Plaintiffs sent Defendants their collective edits to the draft deposition protocol. Defendants continue to review Plaintiffs' draft and are working on a collective set of edits.
3. Puerto Rico filed a motion for leave to amend its complaint.  Defendants are preparing their opposition.
4. The parties continue to meet and confer regarding various discovery issues.

      Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for
Class Action Track*

*/s Joanne Cicala*
Joanne Cicala
*Liaison Counsel for
State Attorneys General Track*

*/s David R. Buchanan*
David R. Buchanan
*Liaison Counsel for
Self-Funded Payer Track*

*/s John D. Tortorella*
John D. Tortorella

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Hon. Brian R. Martinotti, U.S.D.J.
June 13, 2025—Page 2

cc: Honorable Rukhsanah L. Singh, U.S.M.J.
    All counsel of record