**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: June 13, 2025　　　　　　　　　　　　/s John D. Tortorella
　　　　　　　　　　　　　　　　　　　　　　John D. Tortorella