UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

THIS DOCUMENT RELATES TO: 2:25-cv-00503,
2:25-cv-00515,
2:25-cv-00519,
2:25-cv-00521,
2:25-cv-00525,
2:25-cv-00526
(SELF-FUNDED PAYERS TRACK)

## ~~PROPOSED~~ ORDER TO SHOW CAUSE

**THIS MATTER** having come before the Court upon the Motion of Defendants Eli Lilly And Company; Novo Nordisk Inc.; Sanofi-Aventis U.S. LLC; CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; OptumRx, Inc. (collectively "Defendants"), for Entry of an Order to Show Cause, and the Court having read and considered the Parties' submissions, and good and sufficient cause having been shown,

**IT IS** on this 12th day of June, 2025, **HEREBY ORDERED** that Plaintiffs Steubenville Electrical Welfare Fund (2:25-cv-00503); IBEW Local 163

(2:25-cv-00503); Black Diamond (2:25-cv-00515); City of Athens, Ohio (2:25-cv-00515); IBEW Local 613 and Contributing Employers Family Health Fund (2:25-cv-00519); IBEW Local 613 and Contributing Employers Retiree Health Fund (2:25-cv-00519); Diocese of Wheeling-Charleston (2:25-cv-00521); Local 49 Health and Welfare Fund (2:25-cv-00525); and C.H. Robinson Worldwide, Inc. (2:25-cv-00526) (collectively "Plaintiffs") tender a completed PFS as required by CMO No. 14 on or before the 27th day of June, 2025. Pursuant to CMO No. 14 ¶ 5(c), any Plaintiff's failure to do so shall result in dismissal of Plaintiff's complaint without prejudice absent further order of the Court. If Plaintiffs fail to move for reinstatement within 30 days of dismissal, their cases will be dismissed with prejudice with further order of the Court.

**HONORABLE RUKHSANAH L. SINGH**
**United States Magistrate Judge**

* The Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 589.