# Morgan Lewis

**Jason R. Scherr**
Partner
+1.202.373.6709
jr.scherr@morganlewis.com

June 17, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re: *In re: Insulin Pricing Litigation,* Civil Action No. 2:23-md-03080-BRM-RLS

Dear Judge Martinotti:

This firm represents Defendants Evernorth Health, Inc.; Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; and Express Scripts Pharmacy, Inc. in connection with the above-referenced litigation. Enclosed for the Court's consideration is a Stipulation and Order Amending the Direct Filing Order (CMO 9, ECF No. 180) to update the service lists for certain of the Defendants in the MDL. If the Stipulation and Proposed Order meets with Your Honor's approval, we respectfully request that Your Honor execute and have it entered on the docket.

We thank the Court for its consideration of the attached and are available should Your Honor or your staff have any questions or need anything further.

Respectfully Submitted,

*s/ Jason R. Scherr*

Jason R. Scherr

Encl.

cc: Counsel of Record (*via* ECF)

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC 20004       T +1.202.739.3000
United States              F +1.202.739.3001