**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>**STIPULATION AND ORDER AMENDING CASE MANAGEMENT ORDER #9 (Direct Filing)** |

**THIS DOCUMENT RELATES TO ALL CASES**

WHEREAS, this Court previously entered Case Management Order #9 on May 16, 2024 (Civil Action No. 2:23-md-03080-BRM-RLS, ECF No. 180) ("CMO 9"), which governs the direct filing of actions in this District as member cases of the MDL; and

WHEREAS the Parties in this MDL seek to amend CMO 9 to revise the service emails for Defendants Sanofi-Aventis U.S. LLC; CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., CaremarkPCS Health, L.L.C., and Caremark, L.L.C. (collectively, "CVS Caremark"); and Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc. (collectively, "Express Scripts");

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their undersigned counsel, subject to the approval of the Court, as follows:

1. CMO 9 (ECF No. 180) in this matter is incorporated here by reference and all of its terms and provisions remain in full force and effect with respect to each of the Parties in this matter unless expressly modified herein.

2. CMO 9 shall be amended as follows:

The third bullet under subsection G. Service of Process shall read:

- Melissa Patterson (mpatterson@jonesday.com) and Joseph Kiessling (jkiessling@jonesday.com) for Sanofi-Aventis U.S. LLC.

The fourth bullet under subsection G. Service of Process shall read:

- A. Joshua Podoll (apodoll@wc.com), Lori Interlicchio (linterlicchio@wc.com), Nicholas Suellentrop (nsuellentrop@wc.com), and CVSMDLService@wc.com for any of CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; or Caremark, L.L.C., if named.

The fifth bullet under subsection G. Service of Process shall read:

- ESI-Insulin-MDL-Service@morganlewis.com for any of Evernorth Health, Inc. (formerly Express Scripts Holding Company); Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; or Express Scripts Pharmacy, Inc., if named.

3. A revised version of CMO 9, reflecting the above-referenced amendments, is attached hereto as **Exhibit 1**.

IT IS SO STIPULATED

Dated: June 17, 2025

Respectfully submitted,

*s/ Joanne Cicala*
Joanne Cicala
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, TX 78620
(512) 275-6550

*Liaison Counsel for*
*State Attorney General Track*

*s/ Matthew F. Gately*
Matthew F. Gately

*s/ David R. Buchanan*
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
(973) 639-9100

-and-

Benjamin Widlanski
**KOZYAK TROPIN & THROCKMORTON, LLP**

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

*Liaison Counsel for*
*Class Action Track*

s/ *Brian W. Carroll*
**McCarter & English, LLP**
Brian W. Carroll
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-2020
bcarroll@mccarter.com

**Davis Polk & Wardwell LLP**
James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
450 Lexington Ave.
New York, NY 10017
(212) 450-4000
rouhandeh@davispolk.com
david.toscano@davispolk.com

**Davis Polk & Wardwell LLP**
Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
900 Middlefield Road
Redwood City, CA 94063
(650) 752-2000
neal.potischman@davispolk.com
andrew.yaphe@davispolk.com

*Attorneys for Defendant Novo Nordisk Inc.*

s/ *Thomas P. Scrivo*
**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
Young Yu
14 Village Park Road
Cedar Grove, NJ 07009
(973) 239-5700
tscrivo@oslaw.com

2525 Ponce de Leon Blvd., 9th Floor Coral Gables, Florida 33134
bwidlanski@kttlaw.com
(305) 372-1800

*Liaison Counsel for*
*Self-Funded Payer Track*

s/ *Liza M. Walsh*
**WALSH PIZZI O'REILLY FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry St., 15th floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
koreilly@thewalshfirm.com

**JONES DAY**
Michael R. Shumaker (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
William D. Coglianese (*pro hac vice*)
Melissa L. Patterson (*pro hac vice*)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939
mrshumaker@jonesday.com
jmcevoy@jonesday.com
wcoglianese@jonesday.com
mpatterson@jonesday.com

*Attorneys for Defendant Sanofi- Aventis U.S. LLC*

s/ *Melissa A. Geist*
**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978
mgeist@reedsmith.com

yyu@oslaw.com

**ALSTON & BIRD LLP**
Brian D. Boone
1120 S. Tyron St., Ste. 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

**ALSTON & BIRD LLP**
Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
(404) 881-7000
liz.brown@alston.com

**ALSTON & BIRD LLP**
Kelley Connolly Barnaby
950 F. Street, NW
Washington, D.C. 20004
(202) 239-3300
kelley.barnaby@alston.com

*Attorneys for Defendant OptumRx, Inc.*

s/ Kevin H. Marino
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
(202) 434-5000
emainigi@wc.com

jalopez@reedsmith.com

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Robert B. Ellis (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
akassof@kirkland.com
rellis@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

s/ Jason R. Scherr
**MORGAN, LEWIS & BOCKIUS LLP**
Jason R. Scherr
Elise M. Attridge
Lindsey T. Levy
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
jr.scherr@morganlewis.com
elise.attridge@morganlewis.com
lindsey.levy@morganlewis.com

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Medco Health Solutions, Inc.*

csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*

So Ordered this ___ day of ___, 2025

                                                          _____
                                                          BRIAN R. MARTINOTTI
                                                          UNITED STATES DISTRICT JUDGE