



**Other Orders/Judgments**
2:23-md-03080-BRM-RLS
INSULIN PRICING LITIGATION

MDL3080,MEDIATION

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/27/2025 at 12:37 PM EDT and filed on 5/27/2025
**Case Name:** INSULIN PRICING LITIGATION
**Case Number:** 2:23-md-03080-BRM-RLS
**Filer:**
**Document Number:** 584

**Docket Text:**
**LETTER ORDER granting [583] Defendant's request to unseal D.E. [567]. Signed by Magistrate Judge Rukhsanah L. Singh on 5/27/2025. (mj)**

**2:23-md-03080-BRM-RLS Notice has been electronically mailed to:**

ADAM JOSHUA PODOLL    apodoll@wc.com, josh-podoll-2259@ecf.pacerpro.com

ANDREW LINDSAY    alindsay@kellerrohrback.com

ANDREW A KASSOF    akassof@kirkland.com, benjamin.faheyburke@kirkland.com, diana.watral@kirkland.com, gretchen.bachrodt@kirkland.com, jason.feld@kirkland.com, kayla.demmler@kirkland.com, keith.holt@kirkland.com, leslie.melo@kirkland.com, ryan.moorman@kirkland.com, tyler.stilley@kirkland.com

ANNA SCHNEIDER    anna.schneider@mt.gov, renee.franks@mt.gov

ANTHONY D. IRPINO    airpino@irpinolaw.com, cgill@irpinolaw.com, kgray@irpinolaw.com, lhiggins@irpinolaw.com, probertson@irpinolaw.com

Adam Joshua Podoll    apodoll@wc.com

Adrian Jimenez-Torres    adrian.jim2515@gmail.com

Alexander Gazikas    agazikas@wc.com

Amy K. Hough    ahough@clevelandohio.gov

Andres W. Lopez    andres@awllaw.com

Andrew Butler    andrew.butler@mt.gov

Andrew Yaphe    andrew.yaphe@davispolk.com



**THREE GATEWAY CENTER**
100 Mulberry St, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 23, 2025

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

Re:   *In Re: Insulin Pricing Litigation*
      Civil Action No. 2:23-md-03080-BRM-RLS

Dear Judge Singh,

This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC in connection with the above-referenced matter.

We write to respectfully request that the Court unseal Defendants' Reply Letter Brief Regarding Privilege Log Protocol ("Letter") (D.E. 567). The Letter and Exhibit D attached thereto were filed under seal out of an abundance of caution because it was believed that the submission may contain Arizona's confidential information. However, we have since conferred with counsel for Arizona and confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal D.E. 567. Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED on this 27th day of May, 2025.

Hon. Rukhsanah L. Singh, U.S.M.J.

Andrew W Lester   alester@spencerfane.com

Anthony David Irpino   airpino@irpinolaw.com

Anthony J Ferate   ajferate@spencerfane.com

Archie C. Lamb , Jr   alamb@archielamb.com

Arturo L.B. Hernandez-Gonzalez   ahernandez@pmalaw.com

BARRETT BEASLEY   bbeasley@salim-beasley.com

BECCA TIMMONS   btimmons@levinlaw.com

BENJAMIN WIDLANSKI   bwidlanski@kttlaw.com, bsadowsky@kttlaw.com, fsr@kttlaw.com, sf@kttlaw.com

BETSY M DENARDI   betsy.denardi@atg.in.gov, hailey.stevenson@atg.in.gov

BRANDON LEE BOGLE   bbogle@levinlaw.com, cenfinger@levinlaw.com

BRENDAN FEE R.   bfee@morganlewis.com

BRIAN DAVID BOONE   brian.boone@alston.com

BRIAN K BALSER   brian@balserlaw.com

BRIAN WILLIAM CARROLL   bcarroll@mccarter.com, rboland@mccarter.com

BRUCE DANIEL GREENBERG   bgreenberg@litedepalma.com

Baxter D. Drennon   bdrennon@hallboothsmith.com

Bradley Joseph Schlozman   bschlozman@hinklaw.com

Bradley Michael Smyer   brad.smyer@alston.com

Brent Edward Webster   bewebster@gmail.com

Brian D. Schall   bschall@kelley-ferraro.com

Bruce F. Fain   bfain@crowleyfleck.com

Bryan E. Mouber   bmouber@wallacesaunders.com

CAITLYN PRICHARD MILLER   cmiller@awkolaw.com, cduer@awkolaw.com, mgage@awkolaw.com, Prichardson@awkolaw.com, slapata@awkolaw.com

CALVIN KUSHNER MAY   cmay@gibbonslaw.com

CAROLINE O. VAN WAGONER   cvanwagoner@jonesday.com

CATHERINE DORSEY   cdorsey@baronbudd.com

CHRISTINE COONEY MANSOUR   cmansour@baronbudd.com

CHRISTOPHER A. SEEGAR     cseeger@seegerweiss.com

CHRISTOPHER A. SEEGER     cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, rbarreca@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, styjer@seegerweiss.com

CLEMENT J. FARLEY     cfarley@mccarter.com

CRAIG D. SINGER     csinger@wc.com

Caleb A. Pracht-State Gov     caleb.pracht@ago.ms.gov

Carey E. Matovich     cmatovich@mkhattorneys.com

Carlos A. Valldejuly-Sastre     carlos.valldejuly@oneillborges.com

Catherine North Hounfodji     catherine.hounfodji@morganlewis.com

Chad E. Adams     chad@bkbh.com

Christopher A. Davila-Rodriguez     cdavila@reichardescalera.com

Christopher Elliott Teters     chris.teters@ag.ks.gov

Clayton J. Kaiser     ckaiser@foulston.com

Clinton Mann     cmann@williamsdirks.com

Cory C Voight     Cory.Voight@atg.in.gov

Courtney Choi Hunt     courtney.hunt@formanwatkins.com

Craig Singer     csinger@wc.com

DANIEL B SNYDER     dsnyder@elglaw.com

DANIEL M. DOCKERY     ddockery@wc.com

DANIEL P GOETZ     dgoetz@weismanlaw.com

DARCIE TILLY     darcie.tilly@doj.ca.gov

DARIA A. KASPAREK     dbejan@jonesday.com

DAVID J. KO     dko@kellerrohrback.com, cate-brewer-0141@ecf.pacerpro.com, cbrewer@kellerrohrback.com, david-ko-8713@ecf.pacerpro.com, elizabeth-burnett-5828@ecf.pacerpro.com

DAVID R. BUCHANAN     dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

DAVID S. SCALIA     dscalia@dugan-lawfirm.com, sally@dugan-lawfirm.com

DENNIS M. CAVANAUGH     dcavanaugh@mdmc-law.com

DEREK W LOESER     dloeser@kellerrohrback.com

DEVIN XAVIER WILLIAMS     dwilliams@motleyrice.com

DIANNE M. NAST     dnast@nastlaw.com

DIANNE M. NAST     dnast@nastlaw.com

DONALD A. ECKLUND     decklund@carellabyrne.com

DOUGLASS ALAN KREIS     dkreis@awkolaw.com, athane@awkolaw.com, cduer@awkolaw.com, cjones@awkolaw.com, dcross@awkolaw.com, hbarley@awkolaw.com, kwilliams@awkolaw.com, mgage@awkolaw.com, prichardson@awkolaw.com

Daniel DiClemente     ddiclemente@kttlaw.com

Daniel E Pulliam     daniel.pulliam@faegredrinker.com

Daniel J. Mulholland     daniel.mulholland@formanwatkins.com

Daniel T. DiClemente     ddiclemente@kttlaw.com

Darcie Allison Tilly     darcie.tilly@doj.ca.gov

Darren Thompson     darren.thompson@kingcounty.gov

Darren Bernens Kinkead     darren.kinkead@ilag.gov

David Andrew Hatchett     andrew.hatchett@alston.com

David Bruce Poole , Sr     bruce.poole@poolelg.com

David Francis Buysse     david.buysse@ilag.gov

Derek J. Oestreicher     derek.oestreicher@mt.gov

Diana Watral     diana.watral@kirkland.com

Diana M. Watral     diana.watral@kirkland.com

Donald W. Davis , Jr     dwdavis@bmdllc.com

Douglas J. Crapo     crapo@agutah.gov

Dylan F. Ford     dford5@clevelandohio.gov

ELISABETH HART PEPPER MARTIN     hart.martin@ago.ms.gov

ELIZABETH BROADWAY BROWN     liz.brown@alston.com

ELIZABETH PAIGE BOGGS     pboggs@motleyrice.com, jpenado@motleyrice.com

ELIZABETH ZAMORA MERAZ     ezmeraz@nixonpeabody.com

ELLEN RELKIN    erelkin@weitzlux.com

ELLEN RELKIN    erelkin@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com, egarcia@weitzlux.com, gstamatopoulos@weitzlux.com, MNokes@weitzlux.com

ERICH P. SCHORK    erichschork@robertslawfirm.us

ERIN GREEN COMITE    ecomite@scott-scott.com

ERIN GREEN COMITE    ecomite@scott-scott.com

ETHAN J. BARLIEB    ebarlieb@ktmc.com

EULIS SIMIEN , JR    eulis@simien.com, dallashouston@simien.com, roybergeron@simien.com

Eduardo A. Zayas-Marxuach    ezm@mcvpr.com

Edward Shelton Hillenbrand    edward.hillenbrand@kirkland.com

Edwin S. Gault , Jr    win.gault@formanwatkins.com

Elena N. Boop    eboop@clevelandohio.gov

Elizabeth Anne Mitchell    elizabeth@umklaw.com

Elizabeth Worth Lund    lund@berglawfirm.com

Emilio Eugene Varanini , IV    emilio.varanini@doj.ca.gov

Emma L. Mediak    elmediak@garlington.com

Enu Mainigi    emainigi@wc.com

Enu A. Mainigi    emainigi@wc.com

Eric Perez-Ochoa    epo@amgprlaw.com

Ethan A Shaner    ethan.shaner@oag.ok.gov

Ethan W. Marks    ethan.w.marks@mass.gov

GARRETT MASCAGNI    garrett.mascagni@ago.ms.gov

GEOFFREY S. IRWIN    gsirwin@jonesday.com

GLENN R. REISER    greiser@shapiro-croland.com

GREGORY CADE    gregc@elglaw.com

GREGORY STAMATOPOULOS    gstamatopoulos@weitzlux.com

GREGORY B. HELLER    gheller@feldmanshepherd.com

Gary B. Rogers    grogers@hilburnlawfirm.com

Gary S. Lincenberg    glincenberg@birdmarella.com

HOLLY R. NIGHBERT    hnighbert@simmonsfirm.com, kdunnagan@simmonsfirm.com

HUNTER J. SHKOLNIK    Hunter@nsprlaw.com, 1505475420@filings.docketbird.com, Rachels@napolilaw.com, sbadala@napolilaw.com, shernandez@nsprlaw.com, ssacks@napolilaw.com

Hamilton Fisk Tyler    htyler@aacounty.org

Harold D. Vicente-Colon    hdvc@vclawpr.com

Harold D. Vicente-Gonzalez    hvicente@vc-law.net

Heriberto Lopez-Guzman    hlopez@hlopezlaw.com

J. Cal Mayo , Jr    cmayo@mayomallette.com

J. Christian Lewis    christian.lewis@ky.gov

JAMES DENNIS YOUNG    jyoung@forthepeople.com, agauthier@forthepeople.com

JAMES E. CECCHI    jcecchi@carellabyrne.com, jsteele@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAMES E. GAUCH    jegauch@jonesday.com

JAMES LOUIS FERRARO    JJR@Ferrarolaw.com, MXT@ferrarolaw.com, sscott@ferrarolaw.com

JASON SCHERR    jr.scherr@morganlewis.com

JASON W. BURGE    jburge@fishmanhaygood.com, hpaschal@fishmanhaygood.com, rhamilton@fishmanhaygood.com

JAYNE CONROY    jconroy@simmonsfirm.com, InsulinPriceFixingDocketing@simmonsfirm.com, jkraus@simmonsfirm.com

JENNY R. KRAMER    jenny.kramer@alston.com

JERRY DESIDERATO    jdesiderato@dilworthlaw.com

JOANNE M. CICALA    joanne@cicalapllc.com, bryant@cicalapllc.com, katie@cicalapllc.com, shelbi@cicalapllc.com

JOHN ALDEN MEADE    jameade@meadelawllc.com, jam@meadeyoung.com

JOHN D. TORTORELLA    jtortorella@khmarino.com

JOHN F. YOUNG, JR.    john@johnyoungla.com

JOHN S STAPLETON    jstapleton@stapletonsegal.com, tamenhauser@stapletonsegal.com

JONATHAN BERMAN    jberman@jonesday.com

JONATHAN STERN     jstern@rosenlegal.com

JOSEPH VANEK, ESQ.     jvanek@sperling-law.com

JOSEPH A. DICKSON     jadickson@csglaw.com

JOSEPH G. CLEEMANN     jcleemann@scott-scott.com

JOSEPH H. MELTZER     jmeltzer@ktmc.com

JOSH T WACKERLY     josh@cicalapllc.com

JOSHUA A. PODOLL     apodoll@wc.com

JULES BURTON LEBLANC , III     bleblanc@baronbudd.com, awilson@baronbudd.com, bavila@baronbudd.com, jmartinez@baronbudd.com

JULI FARRIS     jfarris@kellerrohrback.com

JULIA ALEJANDRA LOPEZ     jalopez@reedsmith.com

JULIA ALEJANDRA LOPEZ     jalopez@reedsmith.com

JULIA E. MCEVOY     jmcevoy@jonesday.com

James Rouhandeh     james.rouhandeh@davispolk.com

James F. Hurst - PHV     james.hurst@kirkland.com

James Lawrence Magazine     jim@lucasmagazine.com

James P. Rouhandeh - PHV     rouhandeh@davispolk.com

James R. Russell , Jr     jrussell2@clevelandohio.gov

Jane Hannah Lewis     jane.lewis@baltimorecity.gov

Jason Feld     jason.feld@kirkland.com

Jason A. Feld     jason.feld@kirkland.com

Jason R Scherr     jr.scherr@morganlewis.com

Javier Antonio Aquino-Vidal     jav@mcvpr.com

Javier Asis Lopez     jal@kttlaw.com

Jean E. Richmann - PHV     jean.richmann@alston.com

Jean Elise Richmann     jean.richmann@alston.com

Jeanne K. Demarest     jeanne@akdlalaw.com

Jennifer Marie Roscetti     jennifer.roscetti@texasattorneygeneral.gov

Jennifer Marie Studebaker     jennifer.studebaker@formanwatkins.com

John Bartholomew Kelly , III     meg@akdlalaw.com

John Carter Fairley     cfairley@barberlawfirm.com

John Peter Ohanesian     John.Ohanesian@doj.ca.gov

Johnathan Stone     johnathan.stone@oag.texas.gov

Jonathan M. Barnes     jbarnes@bradley.com

Jordan Elise Edwards     jordan.edwards@alston.com

Jorge L. Piedra     jpiedra@kttlaw.com

Jorge Luis Piedra     jpiedra@kttlaw.com

Joseph Duffy     joseph.duffy@morganlewis.com

Joseph Chambers Tann     josephtann@josephtann.com

Joseph R. Knight     jknight@ebbklaw.com

Joyce Chambers Reichard     jreichard@kelley-ferraro.com

Juli E. Farris     jfarris@kellerrohrback.com

KAREN SHARP HALBERT     karenhalbert@robertslawfirm.us

KARL GUNDERSON     karl.gunderson@kirkland.com

KARRA J. PORTER     karra.porter@chrisjen.com, anne.macleod@chrisjen.com

KATELYN O'REILLY     koreilly@thewalshfirm.com

KATHERINE A VAKY     katherine.vaky@morganlewis.com

KATHERINE ANNE DONOVEN (do not use)     katherine.donoven@donovenlawpllc.com, heather.jones@arkansasag.gov, matilda.evans@arkansasag.gov

KATHRYN SHIRILLA PEARSON     kpearson@csglaw.com

KELLEY CONNOLLY BARNABY     kelley.barnaby@alston.com

KELLY RINEHART     kellyrinehart@robertslawfirm.us

KEVIN G. COOPER     kcooper@carellabyrne.com

KEVIN HARRY MARINO     kmarino@khmarino.com

Katherine Huso     khuso@mkhattorneys.com

Katherine T. Walling     kate.walling@kirkland.com

Kelley Owens     kelley.owens@oag.texas.gov

Kelly Marie Watne     kwatne@jonesday.com

Kenneth G. Bartlett     bartlawoffices@aol.com

Kevin M. McLean     kmclean@agutah.gov

Kim Bernard Battaglini     kb.battaglini@formanwatkins.com

Kristopher E Koepsel     kkoepsel@riggsabney.com

Kyle Hair     kyle.hair@alston.com

LAURA R GERBER     lgerber@kellerrohrback.com

LAUREN RUTH MALAKOFF     lmalakoff@walsh.law

LAURENCE M. ROSEN     lrosen@rosenlegal.com, lrosen@ecf.courtdrive.com, pkim@rosenlegal.com

LINDSEY H. TAYLOR     ltaylor@rgrdlaw.com

LINDSEY H. TAYLOR     ltaylor@rgrdlaw.com, dantullis@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, ppuerto@rgrdlaw.com

LINDSEY TITUS LEVY     lindsey.levy@morganlewis.com

LISA LANELL CAUSEY-STREETE     lcausey@salim-beasley.com, bbeasley@salim-beasley.com, ebailey@salim-beasley.com, robertsalim@cp-tel.net

LIZA M. WALSH     lwalsh@walsh.law

LIZA M. WALSH     lwalsh@walsh.law, btroyan@walsh.law

LORI JO INTERLICCHIO     linterlicchio@wc.com

LYN P. PRUITT     lyn.pruitt@us.dlapiper.com

Lane Zuraw - PHV     lane.zuraw@alston.com

Lauren H Zweier     lauren.zweier@doj.ca.gov

Laurie A. Haynie     laurie.haynie@huschblackwell.com

Leo Y. Ding     lding@wc.com

Liam Williams     liam.williams@faegredrinker.com

Lin Wang Kahn     lkahn@jonesday.com

Linda Singer     lsinger@motleyrice.com

Lindsey T. Levy    lindsey.levy@morganlewis.com

Lori J. Interlicchio    linterlicchio@wc.com

Lucas Thor Rael    lrael@rshc-law.com

Luis A. Oliver-Fraticelli    loliver@amgprlaw.com

MARIO E GUADAMUD    guadamudm@ag.louisiana.gov

MARK BERNSTEIN    mbernstein@sambernstein.com

MARK JEFFREY DEARMAN    mdearman@rgrdlaw.com, acohen@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, MDearman@ecf.courtdrive.com, ppuerto@rgrdlaw.com

MARK M. MAKHAIL    mmakhail@mccarter.com

MARK P PIFKO    mpifko@baronbudd.com, awilson@baronbudd.com, bavila@baronbudd.com, cdorsey@baronbudd.com, cmansour@baronbudd.com, jcampbell@baronbudd.com, jmartinez@baronbudd.com

MARK W. TANNER    mtanner@feldmanshepherd.com

MATTHEW ANEESE    maneese@sambernstein.com

MATTHEW GEREND    mgerend@kellerrohrback.com

MATTHEW LEGG    mlegg@lawbmf.com, gdefrancisci@lawbmf.com, spratt@lawbmf.com

MATTHEW C MCDONALD    mattm@davidnutt.com

MATTHEW EVAN BECK    mbeck@csglaw.com, ecf@csglaw.com

MATTHEW F. GATELY    mfg@njlawfirm.com

MATTHEW F. GATELY    mfg@njlawfirm.com, ml@njlawfirm.com, sl@njlawfirm.com

MATTHEW PARKER MARCIN    mmarcin@levinlaw.com

MELISSA A. GEIST    mgeist@reedsmith.com

MELISSA A. GEIST    mgeist@reedsmith.com, alusas@reedsmith.com, docketingecf@reedsmith.com, jalopez@reedsmith.com, koviedo@reedsmith.com, melissa-geist-7572@ecf.pacerpro.com, reed-smith-2312@ecf.pacerpro.com

MELISSA L YEATES    myeates@ktmc.com

MELISSA LIM PATTERSON    mlim@jonesday.com

MICHAEL BEHM    behmlaw@ameritech.net

MICHAEL CHARLES ZOGBY    michael.zogby@btlaw.com

MICHAEL D. CRITCHLEY    mcritchley@critchleylaw.com

MICHAEL J ANGELIDES     mangelides@simmonsfirm.com

MICHAEL J. BERRY     Michael.Berry@ArkansasAG.gov

MICHAEL JAY FULLER , JR     mike@farrellfuller.com, aj@mchughfuller.com, edna@mchughfuller.com

MICHAEL JOSEPH BERRY     michael.berry@arkansasag.gov, bethany.weaver@arkansasag.gov

MICHAEL R GRIFFINGER     griffinger@gibbonslaw.com

MICHAEL R. MCDONALD     mmcdonald@gibbonslaw.com

MICHAEL R. SHUMAKER     mrshumaker@JonesDay.com

MICHAEL ROGER HOERNLEIN     michael.hoernlein@alston.com

MIREL FISCH     mirel@mfischlaw.com, mirel.fisch@yahoo.com

Maria Celeste Colberg-Guerra     mccolberg@bdprlaw.com

Mark B. Holliday     mbholliday@agutah.gov

Matthew Coleman Cocanougher     matthew.cocanougher@ky.gov

Matthew D. Schultz     mschultz@levinlaw.com, bcash@recap.email, tgilbert@ecf.courtdrive.com, tgilbert@levinlaw.com

Matthew David Schultz     mschultz@levinlaw.com

Matthew Donald Umhofer     matthew@umklaw.com

Matthew Lee Dameron     matt@williamsdirks.com

Matthew P. Hooker - PHV     matthew.hooker@alston.com

Matthew Porter Legg     mlegg@bmbfclaw.com

Matthew Thomas Kennedy     matt.kennedy@oag.texas.gov

McKayla Stokes     mstokes@wc.com

Michael Anthony Williams     mwilliams@williamsdirks.com

Michael J. Shipley     mshipley@kirkland.com

Michael William Wong     michael.w.wong@mass.gov

Miguel J. Rodriguez-Marxuach     mrm@rmlawpr.com

Miri Elisheva Gold     mgold@birdmarella.com

Mithun S Mansinghani     mithun@lkcfirm.com

NATALIA SALAS     nms@ferrarolaw.com, lgonzalez@ferrarolaw.com, sscott@ferrarolaw.com

NATALIE FINKELMAN BENNETT    nfinkelman@millershah.com

NICHOLAS JACOB DIEZ    diezn@ag.louisiana.gov

NICOLE DIESA    nicole.diesa@formanwatkins.com

Neal Potischman    neal.potischman@davispolk.com

Neal Potischman - PHV    neal.potischman@davispolk.com

Nicholas Adam Munoz    nmunoz@crowleyfleck.com

Nicole R Van Dyk    nvandyk@birdmarella.com

Oreste Ricardo Ramos-Pruetzel    oramos@pmalaw.com

PATRICIA BEALE    tricia.beale@ago.ms.gov

PATRICK HARVEY    patrick.harvey@morganlewis.com, Adam.Wingard@morganlewis.com, Lindsey.Levy@morganlewis.com

PAUL F NOVAK    pnovak@weitzlux.com, cverville@weitzlux.com, hnovak@weitzlux.com, mlai@weitzlux.com, skhan@weitzlux.com, TCurtin@weitzlux.com

PEARL ROBERTSON    probertson@irpinolaw.com, 3714486420@filings.docketbird.com, abarton@irpinolaw.com, dwilliams@irpinolaw.com, eschwab@irpinolaw.com, jwinn@irpinolaw.com, kramsak@irpinolaw.com, ndeyneka@irpinolaw.com

PEARL ROBERTSON    probertson@irpinolaw.com

PETER S. PEARLMAN    psp@njlawfirm.com

Patrick A. Harvey    patrick.harvey@morganlewis.com

Paul Berks    pberks@masseygail.com

R. BRENDAN FEE    bfee@morganlewis.com

R. David Kaufman    dkaufman@brunini.com

R. Johan Conrod    johan@cicalapllc.com

RACHEL C BOWANKO    rbowanko@kellerrohrback.com

RENEE SHAFRAN    rshafran@csglaw.com

ROBERT KIRTLEY FINNELL    bob@finnellfirm.com, paula@finnellfirm.com

ROBERT L. EBBY    rebby@hangley.com, ecffilings@hangley.com, hthompson@hangley.com

ROBERT LYLE SALIM    robertsalim@salim-beasley.com, bbeasley@salim-beasley.com, lcausey@salim-beasley.com, skeeter@cp-tel.net

ROLAND K. TELLIS  rtellis@baronbudd.com, jcampbell@baronbudd.com

RON A AUSTIN  raustin@ronaustinlaw.com, aaustin@ronaustinlaw.com, insulin@ronaustinlaw.com, sshapiro@ronaustinlaw.com

RUSSELL WILLS BUDD  rbudd@baronbudd.com, awilson@baronbudd.com, bavila@baronbudd.com, jmartinez@baronbudd.com

RYAN MOORMAN  ryan.moorman@kirkland.com

Raam D Wong  raam.wong@kingcounty.gov

Rachel Sullivan  rs@kttlaw.com

Ralph Michael Molina  ralph.molina@oag.texas.gov

Raymond Kennon Poteat , III  kpoteat@wc.com

Rebecca Timmons  btimmons@levinlaw.com

Ricardo J. Casellas-Santana  ricardo.casellas@oneillborges.com

Robert J Carlson  robert.carlson@oag.ok.gov

Robert L. Gibbs  rgibbs@gibbstravis.com

Roderick Alvendia  rico@akdlalaw.com

Roy D. Campbell , III  rcampbell@bradley.com

Russell W. Budd  rbudd@baronbudd.com

Ryan J McEwan  ryan.mcewan@doj.ca.gov

Ryan J. Moorman  ryan.moorman@kirkland.com

S. Michael Gadd  mgadd@agutah.gov

SARAH BURNS  sburns@simmonsfirm.com

SCOTT VERHINE  scott@verhine.biz

SELINA MIRIAM ELLIS  sellis@walsh.law

SETH ARD  sard@susmangodfrey.com, lchristian@susmangodfrey.com, lilly-christian-8070@ecf.pacerpro.com

SHANKAR DURAISWAMY  duraiswamy.shankar@dol.gov

SHAWN M. ACTON  sacton@kelley-ferraro.com, bschall@kelley-ferraro.com, jreichard@kelley-ferraro.com

SHAYNA E. SACKS  ssacks@napolilaw.com, 7459492420@filings.docketbird.com, shernandez@nsprlaw.com

SONA RAMESH SHAH  sshah@simmonsfirm.com

STACIE LAMBERT DEBLIEUX    sdeblieux@salim-beasley.com

STEPHEN J. FINLEY    sfinley@gibbonslaw.com, bgamber@gibbonslaw.com, jsanders@gibbonslaw.com

STEVEN J. DAROCI    sdaroci@seegerweiss.com

STEVEN L. PENARO    steve.penaro@alston.com

Sallie E. Gilbert    sgilbert@baileyglasser.com

Sara Elaine Gross    sara.gross@baltimorecity.gov

Scott L Barnhart    Scott.Barnhart@atg.in.gov

Shane Ham    Shane.Ham@azag.gov

Shirlethia Franklin    sfranklin@jonesday.com

Shirlethia V. Franklin    sfranklin@jonesday.com

Sylvia M. Arizmendi-Lopez-de-V    arizmendis@reichardescalera.com

TAL J LIFSHITZ    tjl@kttlaw.com, mr@kttlaw.com

TANYA DEARMAN ELLIS    tanya.ellis@formanwatkins.com, amy.boone@formanwatkins.com

TANYA Y. SHAH    tanya.shah@morganlewis.com

TERENCE ZIEGLER    tziegler@ktmc.com

TERRIANNE BENEDETTO    tabenedetto@comcast.net

THOMAS P. SCRIVO    tscrivo@oslaw.com

THOMAS ROE FRAZER , II    roe@frazer.law, Brianna@frazer.law, elizabeth@frazer.law, grant@frazer.law, mac@frazer.law, trey@frazer.law

TROY ALAN RAFFERTY    troy@pbglaw.com, eservice@pbglaw.com, lisa@pbglaw.com, taxie@pbglaw.com

Ta'Shia S. Gordon-State Gov    ta'shia.gordon@ago.ms.gov

Taylor Brooke Concannon Hausmann    taylor.hausmann@huschblackwell.com

Theresa C. Martin    tcoughlin@jonesday.com

Theresa Coughlin Martin    tcoughlin@jonesday.com

Thomas Joel Fyke    joel.fyke@formanwatkins.com

Vince Rabago    vince.rabago@azbar.org

W. MARK LANIER    wml@lanierlawfirm.com, audrey.moore@lanierlawfirm.com, dara.hegar@lanierlawfirm.com, jan.manning@lanierlawfirm.com, sadie.turner@lanierlawfirm.com

WALTER GARNER WATKINS, III    trey.watkins@formanwatkins.com

WILLIAM LISTON, III    william@listondeas.com, kellie@listondeas.com

WILLIAM B. SHINOFF    wshinoff@frantzlawgroup.com, hlo@frantzlawgroup.com, jcabanas@frantzlawgroup.com, thauck@frantzlawgroup.com

WILLIAM C CARMODY    bcarmody@susmangodfrey.com

WILLIAM FRANKLIN CASH, III    bcash@levinlaw.com, bcash@ecf.courtdrive.com, tgilbert@levinlaw.com

WILLIAM LAWRENCE DEAS    lawrence@listondeas.com

WILLIAM T. WALSH, JR.    wwalsh@proskauer.com

William Coglianese    wcoglianese@jonesday.com

William Liston, III    william@listondeas.com

William D. Coglianese    wcoglianese@jonesday.com

William Edgar Spivey    wespivey@kaufcan.com

William F. Cash, III    bcash@levinlaw.com

William W. Mercer    wwmercer@hollandhart.com

YAHN ERIC OLSON    yolson@elglaw.com, amelia@elglaw.com, hgarrett@elglaw.com

YOUNG YU    yyu@oslaw.com

caitlyn miller    cmiller@awkolaw.com

**2:23-md-03080-BRM-RLS Notice has been sent by regular U.S. Mail:**

BUCKS COUNTY, PENNSYLVANIA

MEMPHIS-SHELBY COUNTY SCHOOLS

NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED, MAINTAINING THE HOSPITAL FOR SPECIAL SURGERY

SOUTHERN FREIGHT SERVICES, INC. OF MORRISTOWN

State Attorney General Co-Leads

THORNAPPLE KELLOGG SCHOOLS

WASHINGTON COUNTY, TENNESSEE

ALEX J BROWN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LANIER LAW FIRM
10940 W. SAM HOUSTON PKWY N
SUITE 100
HOUSTON, TX 77064

Benjamin Widlanski
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134

Burton LeBlanc
Baron & Budd PC - Baton Rouge, LA
2600 Citiplace Dr., Ste. 400
Baton Rouge, LA 70808

CHRISTOPHER T. WALSH


Catherine Hancock Dorsey
Baron & Budd PC - Washington, DC
600 New Hampshire Ave. NW, 10th Fl.
Washington, DC 20037

Christine C Mansour
Baron & Budd PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219-4281

Eric L. Dirks
WILLIAMS DIRKS, LLC
1100 Main St.
Suite 2600
Kansas City, MO 64105

J. Burton LeBlanc , IV
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

JAMES F. HURST
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WINSTON & STRAW, LLP
35 WEST WACKER DRIVE
41ST FLOOR
CHICAGO, IL 60601

JENNIFER BOREK

JOHN M. MURPHY
92 VILLOY CENTER DRIVE
FREEHOLD, NJ 07101

James Lloyd
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

James L. Ferraro
The Ferraro Law Firm
600 Brickell Avenue
Suite 3800
Miami, FL 33131-3073

Jonathan E. Farmer
Attorney General's Office - Kentucky
1024 Capitol Center Drive
Suite 200
Frankfort, KY 40601

MATTHEW S. SCHULTZ
Connell Foley
One Newark Center
1085 Raymond Boulevard
19th Street
Newark, NJ 07102

Mark P. Pfiko
Baron & Budd, P.C.
15910 Ventura Blvd.
#1600
Los Angeles, CA 91436

P. RYAN BECKETT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
PO BOX 22567
JACKSON, MS 39225-2567

ROY L. BERGERON, JR.


Roland Tellis
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436

Stephanie M. Rippee
WATKINS & EAGER, PLLC
P. O. Box 650
400 East Capitol Street (39201)
Jackson, MS 39205-0650

Steven J. Doroci
Seeger Weiss, LLP
55 Challenger Road
Ridgefield Park, NJ 07660

Tal J. Lifshitz
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134

Troy A Rafferty


The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/27/2025] [FileNumber=19506633-0] [0b77882f6f0889d614b826419cc983868afc7959c592d3f9d9d28191702b36ba18f8c1da6c908dbca724939087f0240d577a9c16a2269b9a2c470eec727b3b8a0]]