**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

June 20, 2025

**VIA EMAIL**
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   **In re: Insulin Pricing Litigation, No. 2:23-md-03080-BRM-RLS, MDL No. 3080: Joint Letter Regarding Outstanding Discovery Disputes**

Dear Judge Singh,

This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC in the above-referenced action. We write on behalf of all Defendants.[1]

During the May 13, 2025, Case Management Conference before Your Honor, the parties discussed holding a discovery conference in the near future. To the extent helpful to the Court, Defendants respectfully submit that the purpose of such a conference should be to hear argument on the SFP Track Plaintiff Fact Sheet Deficiencies, since resolution of that motion will impact outstanding and future deficiency disputes involving hundreds of plaintiffs. Defendants are available for such a conference on the SFP Track Plaintiff Fact Sheet Deficiencies at Your Honor's earliest convenience.

We appreciate the Court's consideration of this submission and ongoing attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

---

[1] In an effort to submit a joint letter, Defendants asked for Plaintiffs' position on June 12 and followed up on June 16. Plaintiffs responded on June 17 that they would get back to Defendants. Defendants followed up on June 18 asking again for Plaintiffs' position, and informed Plaintiffs that they would file this letter on June 20. Plaintiffs did not respond.

WALSH PIZZI O'REILLY FALANGA LLP   |   ATTORNEYS AT LAW   |   NEWARK   |   NEW YORK   |   PHILADELPHIA