# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **CASE NO. 2:23-MD-03080**<br>**MDL NO. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE RUKHSANAH L. SINGH**<br><br>***Document Electronically Filed*** |

**THIS DOCUMENT RELATES TO:**
ALL TRACKS

## <u>NOTICE OF JOINT MOTION TO SEAL</u>

**PLEASE TAKE NOTICE** on July 21, 2025, or a date and time to be set by the Court, Defendants Emisar Pharma Services LLC, Novo Nordisk Inc., Sanofi-Aventis U.S. LLC, and Eli Lilly and Company (the "Moving Defendants") by and through their undersigned attorneys, shall move before the Honorable Rukhsanah L. Singh, U.S.M.J., of the United States District Court for the District of New Jersey, for the entry of an order, pursuant to Local Civil Rules 5.3(c) and 7.1, sealing confidential material in the following documents that have been provisionally filed under seal:

- Plaintiffs' Letter Regarding a Discovery Dispute with Emisar, filed May 21, 2025 [ECF No. 577];

- Exhibits 3, 5, 6, 7, 8, 9, 10, 12, 13, and 14 in support of Plaintiffs' Letter,

filed May 21, 2025 [ECF Nos. 577-3, 577-5, 577-6, 577-7, 577-8, 577-9, 577-10, 577-12, 577-13, and 577-14]; and

- Emisar's Response to Plaintiffs' Letter, filed May 29, 2025 [ECF No. 590].

**PLEASE TAKE FURTHER NOTICE** that, in support of their Joint Motion, the Moving Defendants will rely on the Declaration of Liz Broadway Brown ("Brown Declaration"), the Declaration of Sam Rose ("Rose Declaration"), the Declaration of Liza M. Walsh ("Walsh Declaration"), the Declaration of Andrew Yaphe ("Yaphe Declaration"), and the Index required by Local Civil Rule 5.3(c)(3) in the form suggested by Appendix U ("Ex. 1").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rules 5.3(c)(1) and 7.1(d)(4), no legal brief is required and all relevant proposed findings of fact and conclusions of law have been set forth in the enclosed Proposed Order in accordance with Local Civil Rule 5.3(c)(3).

**PLEASE TAKE FURTHER NOTICE** that the Moving Defendants have conferred with Plaintiffs and the other Defendants and are unaware of any party or non-party that objects.

**PLEASE TAKE FURTHER NOTICE** that proposed redacted versions of the materials sought to be sealed are attached to the Brown Declaration as follows: (i) ECF No. 577 is attached as Exhibit 3; (ii) ECF No. 590 is attached as Exhibit 4;

ECF No. 577-7 is attached as Exhibit 7; ECF No. 577-10 is attached as Exhibit 10. A proposed redacted version of ECF No. 577-8 is attached to the Yaphe Declaration as Exhibit 8. A proposed redacted version of ECF No. 577-9 is attached to the Rose Declaration as Exhibit 9.


Dated: June 20, 2025                              Respectfully submitted,


  /s/ Brian D. Boone                                 /s/ Liza M. Walsh
Thomas P. Scrivo                                 Liza M. Walsh
Young Yu                                         Katelyn O'Reilly
**O'TOOLE SCRIVO, LLC**                           Selina M. Ellis
                                                 Lauren R. Malakoff
Brian D. Boone                                   Three Gateway Center
Elizabeth Broadway Brown                         100 Mulberry St., 15th floor
Kelley Connolly Barnaby                          Newark, NJ 07102
Jordan Edwards                                   (973) 757-1100
**ALSTON & BIRD LLP**
                                                 *Of Counsel:*
*Counsel for UnitedHealth Group*                 Michael R. Shumaker (*pro hac vice*)
*Incorporated; OptumRx, Inc.; Optum,*            Julie E. McEvoy (*pro hac vice*)
*Inc.; OptumInsight, Inc.; and Emisar*           William D. Coglianese (*pro hac*
*Pharma Services LLC*                            *vice*)
                                                 Melissa L. Patterson (*pro hac vice*)
                                                 JONES DAY
                                                 51 Louisiana Ave. NW
                                                 Washington, DC 20001
                                                 (202) 879-3939

                                                 *Attorneys for Defendant Sanofi-*
                                                 *Aventis U.S. LLC*

 /s/ Brian W. Carroll
**McCARTER & ENGLISH, LLP**
Brian W. Carroll, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel.: (973) 639-2020

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh, Esq. (*pro hac vice*)
David B. Toscano, Esq. (*pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
900 Middlefield Road, Suite 200
Redwood City, CA 94063
Tel.: (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

 /s/ Melissa Geist
**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978
mgeist@reedsmith.com
jalopez@reedsmith.com

**KIRKLAND & ELLIS LLP**
James F. Hurst (pro hac vice)
Diana M. Watral (pro hac vice)
Ryan Moorman (pro hac vice)
Jason A. Feld (pro hac vice)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*