**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS) <br> MDL No. 3080 |

**CERTIFICATION OF MELISSA A. GEIST IN SUPPORT OF MANUFACTURERS' MEMORANDUM OF LAW IN OPPOSITION TO GOVERNMENT OF PUERTO RICO'S MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Melissa A. Geist, of full age, hereby certify as follows:

1. I am a partner at Reed Smith LLP licensed to practice in the State of New Jersey. I submit this certification in support of Manufacturers' Memorandum of Law in Opposition to Government of Puerto Rico's Motion for Leave to Amend Complaint. As such, I am fully familiar with the facts set forth herein.

2. Attached as **Exhibit 1** to Manufacturers' Memorandum of Law in Opposition to Government of Puerto Rico's Motion for Leave to Amend Complaint is a true and correct copy of a February 20, 2016 Opinion Article for the *New York Times* by Kasia Lipska titled "Break Up the Insulin Racket".

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

June 23, 2025

**REED SMITH LLP**

*/s/ Melissa A. Geist*
Melissa A. Geist
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

*Counsel for Defendant Eli Lilly and Company*