# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS) <br><br> MDL No. 3080 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I caused a true and correct copy of Manufacturers' Memorandum of Law in Opposition to Government of Puerto Rico's Motion for Leave to Amend Complaint, Certification of Melissa A. Geist in Support of Manufacturers' Memorandum of Law in Opposition to Government of Puerto Rico's Motion for Leave to Amend Complaint, and Exhibit 1 to Manufacturers' Memorandum of Law in Opposition to Government of Puerto Rico's Motion for Leave to Amend Complaint to be filed electronically with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: June 23, 2025

**REED SMITH LLP**

*/s/ Melissa A. Geist*
Melissa A. Geist
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

*Counsel for Defendant Eli Lilly and Company*