**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused true and correct copies of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: June 23, 2025 /s John D. Tortorella
John D. Tortorella