# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | **Case 2:23-md-03080**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE LEDA D. WETTRE** |

## CASE MANAGEMENT ORDER #___

### (ORDER GOVERNING DISPUTE RESOLUTION AND ARBITRATION MOTIONS)

This Case Management Order sets forth the procedure and timeline for motions to compel arbitration or to dismiss pursuant to the Federal Arbitration Act (FAA), and/or motions to dismiss based on dispute resolution terms (collectively "Contract Motions"), as to the claims filed by named Plaintiffs in all actions currently pending in any track of MDL No. 3080, *In re: Insulin Pricing Litigation*, or later added or transferred to MDL No. 3080. Unless provided for herein or otherwise ordered by the Court, no other Contract Motions may be filed at this time.

1) The Parties retain all rights related to filing Contract Motions, and those rights shall not be deemed waived.

2) Within 14 days of the date on which the Court rules on the motion to enforce an arbitration clause filed by Defendants CVS Health

        Corporation, Caremark, L.L.C., CaremarkRx, L.L.C, Caremark PCS Health, L.L.C., and Zinc Health Services, L.L.C. related to Plaintiffs Local No. 1 Health Fund and Plan of Benefits for the Local No. 1 Health Fund (Docket No. 23-cv-20932, ECF 22), the parties shall meet and confer regarding a proposed process and deadlines for the filing of any additional Contract Motions in the MDL.

3) Within 21 days of the date on which the Court rules on the motion to enforce an arbitration clause filed by Defendants CVS Health Corporation, Caremark, L.L.C., CaremarkRx, L.L.C, Caremark PCS Health, L.L.C., and Zinc Health Services, L.L.C. related to Plaintiffs Local No. 1 Health Fund and Plan of Benefits for the Local No. 1 Health Fund (Docket No. 23-cv-20932, ECF 22), the parties shall submit to the Court their proposal(s) regarding the appropriate process and deadlines for the filing of any additional Contract Motions in the MDL.