## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: June 26, 2025                     /s John D. Tortorella
                                                            John D. Tortorella