# EXHIBIT 1

# INDEX IN SUPPORT OF SEALING CONFIDENTIAL INFORMATION

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| PBM Defendants' Opposition to Motion to Compel Responses to Compass Lexecon Subpoena to Produce Documents [ECF No. 596-597] | | | | | |
| Page 4 | Redacted quotations from Exhibit 2 on lines 6-11. | The PBM Defendants maintain redacted portions of this brief should remain under seal because they discuss or quote terms of a highly confidential contract that contains the competitively sensitive commercial proprietary information of the PBM Defendants. | Allowing this competitively sensitive commercial information to become public would cause the PBM Defendants significant competitive harm, including by giving prospective experts and consultants a significant and unfair competitive advantage in contract negotiations. | The redactions to the subject document are narrowly tailored to protect only confidential information. | No opposition. |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 21 | Redacted quotations from Exhibit 2 on lines 1-4. | The PBM Defendants maintain redacted portions of this brief should remain under seal because they discuss or quote terms of a highly confidential contract that contains the competitively sensitive commercial proprietary information of the PBM Defendants. | Allowing this competitively sensitive commercial information to become public would cause the PBM Defendants significant competitive harm, including by giving prospective experts and consultants a significant and unfair competitive advantage in contract negotiations. | The redactions to the subject document are narrowly tailored to protect only confidential information. | No opposition. |
| Exhibit 2 | In its entirety. | The PBM Defendants maintain this entire exhibit should remain under seal because it contains confidential and commercially sensitive contract terms negotiated by the PBM Defendants, including prices and the contents of specific contract provisions. | Allowing this competitively sensitive commercial information to become public would cause the PBM Defendants significant competitive harm, including by giving prospective experts and consultants a significant and unfair competitive advantage in contract negotiations. | This entire document comprises confidential information, and no less restrictive alternative is available. | No opposition. |