# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **CASE NO. 2:23-MD-03080** <br> **MDL NO. 3080** <br><br> **JUDGE BRIAN R. MARTINOTTI** <br> **JUDGE LEDA D. WETTRE** |

**THIS DOCUMENT RELATES TO:**
ALL TRACKS

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record via ECF.

/s/ *Thomas P. Scrivo*
Thomas P. Scrivo

Dated: June 27, 2025
      Cedar Grove, New Jersey