

June 27, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *In re: Insulin Pricing Litigation*, MDL No. 3080
                Case No. 2:23-md-03080-BRM-LDW

Dear Judge Martinotti:

      Plaintiffs write in response to Defendants' letter and proposed Case Management Order (Order Governing Dispute Resolution and Arbitration Motions) filed yesterday evening [ECF No. 624]. In accordance with Section IV.4 of CMO #5, Plaintiffs respectfully propose submitting a responsive letter on or before July 3, 2025. Plaintiffs believe their response will facilitate productive discussions among the parties and the Court during the upcoming case management conference scheduled for July 8, 2025. The parties have conferred, and Defendants consent to this proposal.

      Should Your Honor find this proposal acceptable, Plaintiffs respectfully request this letter be "So Ordered" and entered on the docket.

      Thank you for your continued attention to this matter.

                                        Respectfully submitted,

*s/ Joanne Cicala*                          *s/ David R. Buchanan*
Joanne Cicala                              David R. Buchanan
*Liaison Counsel for*                 *Liaison Counsel for*
*State Attorney General Track*    *Self-Funded Payer Track*

*s/ Matthew Gately*
Matthew Gately
*Liaison Counsel for*
*Class Action Track*

Hon. Brian R. Martinotti, U.S.D.J.
June 27, 2025
Page 2

cc:    Honorable Leda Dunn Wettre, U.S.M.J. (via ECF)
        Counsel of Record (via ECF)

SO ORDERED on this _____ day of _____, 2025.

_____
BRIAN R. MARTINOTTI
United States District Judge