

**WALSH**
**PIZZI**
**O'REILLY**
**FALANGA**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 JUN 30 P 12: 03

**THREE GATEWAY CENTER**
100 Mulberry St, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 23, 2025

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 7W
Trenton, New Jersey 08608

> **Re:**   *In Re: Insulin Pricing Litigation*
> **Civil Action No. 2:23-md-03080-BRM-RLS**

Dear Judge Singh,

This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC in connection with the above-referenced matter.

We write to respectfully request that the Court unseal Defendants' Reply Letter Brief Regarding Privilege Log Protocol ("Letter") (D.E. 567). The Letter and Exhibit D attached thereto were filed under seal out of an abundance of caution because it was believed that the submission may contain Arizona's confidential information. However, we have since conferred with counsel for Arizona and confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal D.E. 567. Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED on this 27th day of May ____, 2025.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.

**Other Orders/Judgments**
2:23-md-03080-BRM-RLS
INSULIN PRICING LITIGATION

MDL3080,MEDIATION

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/27/2025 at 12:37 PM EDT and filed on 5/27/2025
**Case Name:**       INSULIN PRICING LITIGATION
**Case Number:**    2:23-md-03080-BRM-RLS
**Filer:**
**Document Number:** 584

**Docket Text:**
**LETTER ORDER granting [583] Defendant's request to unseal D.E. [567]. Signed by Magistrate Judge Rukhsanah L. Singh on 5/27/2025. (mj)**

**2:23-md-03080-BRM-RLS Notice has been electronically mailed to:**

ADAM JOSHUA PODOLL    apodoll@wc.com, josh-podoll-2259@ecf.pacerpro.com

ANDREW LINDSAY    alindsay@kellerrohrback.com

ANDREW A KASSOF    akassof@kirkland.com, benjamin.faheyburke@kirkland.com, diana.watral@kirkland.com, gretchen.bachrodt@kirkland.com, jason.feld@kirkland.com, kayla.demmler@kirkland.com, keith.holt@kirkland.com, leslie.melo@kirkland.com, ryan.moorman@kirkland.com, tyler.stilley@kirkland.com

ANNA SCHNEIDER    anna.schneider@mt.gov, renee.franks@mt.gov

ANTHONY D. IRPINO    airpino@irpinolaw.com, cgill@irpinolaw.com, kgray@irpinolaw.com, lhiggins@irpinolaw.com, probertson@irpinolaw.com

Adam Joshua Podoll    apodoll@wc.com

Adrian Jimenez-Torres    adrian.jim2515@gmail.com

Alexander Gazikas    agazikas@wc.com

Amy K. Hough    ahough@clevelandohio.gov

Andres W. Lopez    andres@awllaw.com

Andrew Butler    andrew.butler@mt.gov

Andrew Yaphe    andrew.yaphe@davispolk.com

Andrew W Lester    alester@spencerfane.com

Anthony David Irpino    airpino@irpinolaw.com

Anthony J Ferate    ajferate@spencerfane.com

Archie C. Lamb , Jr    alamb@archielamb.com

Arturo L.B. Hernandez-Gonzalez    ahernandez@pmalaw.com

BARRETT BEASLEY    bbeasley@salim-beasley.com

BECCA TIMMONS    btimmons@levinlaw.com

BENJAMIN WIDLANSKI    bwidlanski@kttlaw.com, bsadowsky@kttlaw.com, fsr@kttlaw.com, sf@kttlaw.com

BETSY M DENARDI    betsy.denardi@atg.in.gov, hailey.stevenson@atg.in.gov

BRANDON LEE BOGLE    bbogle@levinlaw.com, cenfinger@levinlaw.com

BRENDAN FEE R.    bfee@morganlewis.com

BRIAN DAVID BOONE    brian.boone@alston.com

BRIAN K BALSER    brian@balserlaw.com

BRIAN WILLIAM CARROLL    bcarroll@mccarter.com, rboland@mccarter.com

BRUCE DANIEL GREENBERG    bgreenberg@litedepalma.com

Baxter D. Drennon    bdrennon@hallboothsmith.com

Bradley Joseph Schlozman    bschlozman@hinklaw.com

Bradley Michael Smyer    brad.smyer@alston.com

Brent Edward Webster    bewebster@gmail.com

Brian D. Schall    bschall@kelley-ferraro.com

Bruce F. Fain    bfain@crowleyfleck.com

Bryan E. Mouber    bmouber@wallacesaunders.com

CAITLYN PRICHARD MILLER    cmiller@awkolaw.corn, cduıer@awkolaw.com, mgage@awkolaw.com, Prichardson@awkolaw.com, slapata@awkolaw.com

CALVIN KUSHNER MAY    cmay@gibbonslaw.com

CAROLINE O. VAN WAGONER    cvanwagoner@jonesday.com

CATHERINE DORSEY    cdorsey@baronbudd.com

CHRISTINE COONEY MANSOUR    cmansour@baronbudd.com

CHRISTOPHER A. SEEGAR    cseeger@seegerweiss.com

CHRISTOPHER A. SEEGER    cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, rbarreca@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, styjer@seegerweiss.com

CLEMENT J. FARLEY    cfarley@mccarter.com

CRAIG D. SINGER    csinger@wc.com

Caleb A. Pracht-State Gov    caleb.pracht@ago.ms.gov

Carey E. Matovich    cmatovich@mkhattorneys.com

Carlos A. Valldejuly-Sastre    carlos.valldejuly@oneillborges.com

Catherine North Hounfodji    catherine.hounfodji@morganlewis.com

Chad E. Adams    chad@bkbh.com

Christopher A. Davila-Rodriguez    cdavila@reichardescalera.com

Christopher Elliott Teters    chris.teters@ag.ks.gov

Clayton J. Kaiser    ckaiser@foulston.com

Clinton Mann    cmann@williamsdirks.com

Cory C Voight    Cory.Voight@atg.in.gov

Courtney Choi Hunt    courtney.hunt@formanwatkins.com

Craig Singer    csinger@wc.com

DANIEL B SNYDER    dsnyder@elglaw.com

DANIEL M. DOCKERY    ddockery@wc.com

DANIEL P GOETZ    dgoetz@weismanlaw.com

DARCIE TILLY    darcie.tilly@doj.ca.gov

DARIA A. KASPAREK    dbejan@jonesday.com

DAVID J. KO    dko@kellerrohrback.com, cate-brewer-0141@ecf.pacerpro.com, cbrewer@kellerrohrback.com, david-ko-8713@ecf.pacerpro.com, elizabeth-burnett-5828@ecf.pacerpro.com

DAVID R. BUCHANAN    dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

DAVID S. SCALIA    dscalia@dugan-lawfirm.com, sally@dugan-lawfirm.com

DENNIS M. CAVANAUGH    dcavanaugh@mdmc-law.com

DEREK W LOESER    dloeser@kellerrohrback.com

DEVIN XAVIER WILLIAMS    dwilliams@motleyrice.com

DIANNE M. NAST    dnast@nastlaw.com

DIANNE M. NAST    dnast@nastlaw.com

DONALD A. ECKLUND    decklund@carellabyrne.com

DOUGLASS ALAN KREIS    dkreis@awkolaw.com, athane@awkolaw.com, cduer@awkolaw.com, cjones@awkolaw.com, dcross@awkolaw.com, hbarley@awkolaw.com, kwilliams@awkolaw.com, mgage@awkolaw.com, prichardson@awkolaw.com

Daniel DiClemente    ddiclemente@kttlaw.com

Daniel E Pulliam    daniel.pulliam@faegredrinker.com

Daniel J. Mulholland    daniel.mulholland@formanwatkins.com

Daniel T. DiClemente    ddiclemente@kttlaw.com

Darcie Allison Tilly    darcie.tilly@doj.ca.gov

Darren Thompson    darren.thompson@kingcounty.gov

Darren Bernens Kinkead    darren.kinkead@ilag.gov

David Andrew Hatchett    andrew.hatchett@alston.com

David Bruce Poole , Sr    bruce.poole@poolelg.com

David Francis Buysse    david.buysse@ilag.gov

Derek J. Oestreicher    derek.oestreicher@mt.gov

Diana Watral    diana.watral@kirkland.com

Diana M. Watral    diana.watral@kirkland.com

Donald W. Davis , Jr    dwdavis@bmdllc.com

Douglas J. Crapo    crapo@agutah.gov

Dylan F. Ford    dford5@clevelandohio.gov

ELISABETH HART PEPPER MARTIN    hart.martin@ago.ms.gov

ELIZABETH BROADWAY BROWN    liz.brown@alston.com

ELIZABETH PAIGE BOGGS    pboggs@motleyrice.com, jpenado@motleyrice.com

ELIZABETH ZAMORA MERAZ    ezmeraz@nixonpeabody.com

ELLEN RELKIN    erelkin@weitzlux.com

ELLEN RELKIN    erelkin@weitzlux.com, dgold@weitzlux.com, dsavours@weitzlux.com, egarcia@weitzlux.com, gstamatopoulos@weitzlux.com, MNokes@weitzlux.com

ERICH P. SCHORK    erichschork@robertslawfirm.us

ERIN GREEN COMITE    ecomite@scott-scott.com

ERIN GREEN COMITE    ecomite@scott-scott.com

ETHAN J. BARLIEB    ebarlieb@ktmc.com

EULIS SIMIEN , JR    eulis@simien.com, dallashouston@simien.com, roybergeron@simien.com

Eduardo A. Zayas-Marxuach    ezm@mcvpr.com

Edward Shelton Hillenbrand    edward.hillenbrand@kirkland.com

Edwin S. Gault , Jr    win.gault@formanwatkins.com

Elena N. Boop    eboop@clevelandohio.gov

Elizabeth Anne Mitchell    elizabeth@umklaw.com

Elizabeth Worth Lund    lund@berglawfirm.com

Emilio Eugene Varanini , IV    emilio.varanini@doj.ca.gov

Emma L. Mediak    elmediak@garlington.com

Enu Mainigi    emainigi@wc.com

Enu A. Mainigi    emainigi@wc.com

Eric Perez-Ochoa    epo@amgprlaw.com

Ethan A Shaner    ethan.shaner@oag.ok.gov

Ethan W. Marks    ethan.w.marks@mass.gov

GARRETT MASCAGNI    garrett.mascagni@ago.ms.gov

GEOFFREY S. IRWIN    gsirwin@jonesday.com

GLENN R. REISER    greiser@shapiro-croland.com

GREGORY CADE    gregc@elglaw.com

GREGORY STAMATOPOULOS    gstamatopoulos@weitzlux.com

GREGORY B. HELLER    gheller@feldmanshepherd.com

Gary B. Rogers    grogers@hilburnlawfirm.com

Gary S. Lincenberg    glincenberg@birdmarella.com

HOLLY R. NIGHBERT    hnighbert@simmonsfirm.com, kdunnagan@simmonsfirm.com

HUNTER J. SHKOLNIK    Hunter@nsprlaw.com, 1505475420@filings.docketbird.com, Rachels@napolilaw.com, sbadala@napolilaw.com, shernandez@nsprlaw.com, ssacks@napolilaw.com

Hamilton Fisk Tyler    htyler@aacounty.org

Harold D. Vicente-Colon    hdvc@vclawpr.com

Harold D. Vicente-Gonzalez    hvicente@vc-law.net

Heriberto Lopez-Guzman    hlopez@hlopezlaw.com

J. Cal Mayo , Jr    cmayo@mayomallette.com

J. Christian Lewis    christian.lewis@ky.gov

JAMES DENNIS YOUNG    jyoung@forthepeople.com, agauthier@forthepeople.com

JAMES E. CECCHI    jcecchi@carellabyrne.com, jsteele@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAMES E. GAUCH    jegauch@jonesday.com

JAMES LOUIS FERRARO    JJR@Ferrarolaw.com, MXT@ferrarolaw.com, sscott@ferrarolaw.com

JASON SCHERR    jr.scherr@morganlewis.com

JASON W. BURGE    jburge@fishmanhaygood.com, hpaschal@fishmanhaygood.com, rhamilton@fishmanhaygood.com

JAYNE CONROY    jconroy@simmonsfirm.com, InsulinPriceFixingDocketing@simmonsfirm.com, jkraus@simmonsfirm.com

JENNY R. KRAMER    jenny.kramer@alston.com

JERRY DESIDERATO    jdesiderato@dilworthlaw.com

JOANNE M. CICALA    joanne@cicalapllc.com, bryant@cicalapllc.com, katie@cicalapllc.com, shelbi@cicalapllc.com

JOHN ALDEN MEADE    jameade@meadelawllc.com, jam@meadeyoung.com

JOHN D. TORTORELLA    jtortorella@khmarino.com

JOHN F. YOUNG, JR.    john@johnyoungla.com

JOHN S STAPLETON    jstapleton@stapletonsegal.com, tamenhauser@stapletonsegal.com

JONATHAN BERMAN    jberman@jonesday.com

JONATHAN STERN    jstern@rosenlegal.com

JOSEPH VANEK, ESQ.    jvanek@sperling-law.com

JOSEPH A. DICKSON    jadickson@csglaw.com

JOSEPH G. CLEEMANN    jcleemann@scott-scott.com

JOSEPH H. MELTZER    jmeltzer@ktmc.com

JOSH T WACKERLY    josh@cicalapllc.com

JOSHUA A. PODOLL    apodoll@wc.com

JULES BURTON LEBLANC , III    bleblanc@baronbudd.com, awilson@baronbudd.com, bavila@baronbudd.com, jmartinez@baronbudd.com

JULI FARRIS    jfarris@kellerrohrback.com

JULIA ALEJANDRA LOPEZ    jalopez@reedsmith.com

JULIA ALEJANDRA LOPEZ    jalopez@reedsmith.com

JULIA E. MCEVOY    jmcevoy@jonesday.com

James Rouhandeh    james.rouhandeh@davispolk.com

James F. Hurst - PHV    james.hurst@kirkland.com

James Lawrence Magazine    jim@lucasmagazine.com

James P. Rouhandeh - PHV    rouhandeh@davispolk.com

James R. Russell , Jr    jrussell2@clevelandohio.gov

Jane Hannah Lewis    jane.lewis@baltimorecity.gov

Jason Feld    jason.feld@kirkland.com

Jason A. Feld    jason.feld@kirkland.com

Jason R Scherr    jr.scherr@morganlewis.com

Javier Antonio Aquino-Vidal    jav@mcvpr.com

Javier Asis Lopez    jal@kttlaw.com

Jean E. Richmann - PHV    jean.richmann@alston.com

Jean Elise Richmann    jean.richmann@alston.com

Jeanne K. Demarest    jeanne@akdlalaw.com

Jennifer Marie Roscetti    jennifer.roscetti@texasattorneygeneral.gov

Jennifer Marie Studebaker    jennifer.studebaker@formanwatkins.com

John Bartholomew Kelly , III    meg@akdlalaw.com

John Carter Fairley    cfairley@barberlawfirm.com

John Peter Ohanesian    John.Ohanesian@doj.ca.gov

Johnathan Stone    johnathan.stone@oag.texas.gov

Jonathan M. Barnes    jbarnes@bradley.com

Jordan Elise Edwards    jordan.edwards@alston.com

Jorge L. Piedra    jpiedra@kttlaw.com

Jorge Luis Piedra    jpiedra@kttlaw.com

Joseph Duffy    joseph.duffy@morganlewis.com

Joseph Chambers Tann    josephtann@josephtann.com

Joseph R. Knight    jknight@ebbklaw.com

Joyce Chambers Reichard    jreichard@kelley-ferraro.com

Juli E. Farris    jfarris@kellerrohrback.com

KAREN SHARP HALBERT    karenhalbert@robertslawfirm.us

KARL GUNDERSON    karl.gunderson@kirkland.com

KARRA J. PORTER    karra.porter@chrisjen.com, anne.macleod@chrisjen.com

KATELYN O'REILLY    koreilly@thewalshfirm.com

KATHERINE A VAKY    katherine.vaky@morganlewis.com

KATHERINE ANNE DONOVEN (do not use)    katherine.donoven@donovenlawpllc.com, heather.jones@arkansasag.gov, matilda.evans@arkansasag.gov

KATHRYN SHIRILLA PEARSON    kpearson@csglaw.com

KELLEY CONNOLLY BARNABY    kelley.barnaby@alston.com

KELLY RINEHART    kellyrinehart@robertslawfirm.us

KEVIN G. COOPER    kcooper@carellabyrne.com

KEVIN HARRY MARINO    kmarino@khmarino.com

Katherine Huso    khuso@mkhattorneys.com

Katherine T. Walling    kate.walling@kirkland.com

Kelley Owens    kelley.owens@oag.texas.gov

Kelly Marie Watne    kwatne@jonesday.com

Kenneth G. Bartlett    bartlawoffices@aol.com

Kevin M. McLean    kmclean@agutah.gov

Kim Bernard Battaglini    kb.battaglini@formanwatkins.com

Kristopher E Koepsel    kkoepsel@riggsabney.com

Kyle Hair    kyle.hair@alston.com

LAURA R GERBER    lgerber@kellerrohrback.com

LAUREN RUTH MALAKOFF    lmalakoff@walsh.law

LAURENCE M. ROSEN    lrosen@rosenlegal.com, lrosen@ecf.courtdrive.com, pkim@rosenlegal.com

LINDSEY H. TAYLOR    ltaylor@rgrdlaw.com

LINDSEY H. TAYLOR    ltaylor@rgrdlaw.com, dantullis@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, ppuerto@rgrdlaw.com

LINDSEY TITUS LEVY    lindsey.levy@morganlewis.com

LISA LANELL CAUSEY-STREETE    lcausey@salim-beasley.com, bbeasley@salim-beasley.com, ebailey@salim-beasley.com, robertsalim@cp-tel.net

LIZA M. WALSH    lwalsh@walsh.law

LIZA M. WALSH    lwalsh@walsh.law, btroyan@walsh.law

LORI JO INTERLICCHIO    linterlicchio@wc.com

LYN P. PRUITT    lyn.pruitt@us.dlapiper.com

Lane Zuraw - PHV    lane.zuraw@alston.com

Lauren H Zweier    lauren.zweier@doj.ca.gov

Laurie A. Haynie    laurie.haynie@huschblackwell.com

Leo Y. Ding    lding@wc.com

Liam Williams    liam.williams@faegredrinker.com

Lin Wang Kahn    lkahn@jonesday.com

Linda Singer    lsinger@motleyrice.com

Lindsey T. Levy    lindsey.levy@morganlewis.com

Lori J. Interlicchio    linterlicchio@wc.com

Lucas Thor Rael    lrael@rshc-law.com

Luis A. Oliver-Fraticelli    loliver@amgprlaw.com

MARIO E GUADAMUD    guadamudm@ag.louisiana.gov

MARK BERNSTEIN    mbernstein@sambernstein.com

MARK JEFFREY DEARMAN    mdearman@rgrdlaw.com, acohen@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, MDearman@ecf.courtdrive.com, ppuerto@rgrdlaw.com

MARK M. MAKHAIL    mmakhail@mccarter.com

MARK P PIFKO    mpifko@baronbudd.com, awilson@baronbudd.com, bavila@baronbudd.com, cdorsey@baronbudd.com, cmansour@baronbudd.com, jcampbell@baronbudd.com, jmartinez@baronbudd.com

MARK W. TANNER    mtanner@feldmanshepherd.com

MATTHEW ANEESE    maneese@sambernstein.com

MATTHEW GEREND    mgerend@kellerrohrback.com

MATTHEW LEGG    mlegg@lawbmf.com, gdefrancisci@lawbmf.com, spratt@lawbmf.com

MATTHEW C MCDONALD    mattm@davidnutt.com

MATTHEW EVAN BECK    mbeck@csglaw.com, ecf@csglaw.com

MATTHEW F. GATELY    mfg@njlawfirm.com

MATTHEW F. GATELY    mfg@njlawfirm.com, ml@njlawfirm.com, sl@njlawfirm.com

MATTHEW PARKER MARCIN    mmarcin@levinlaw.com

MELISSA A. GEIST    mgeist@reedsmith.com

MELISSA A. GEIST    mgeist@reedsmith.com, alusas@reedsmith.com, docketingecf@reedsmith.com, jalopez@reedsmith.com, koviedo@reedsmith.com, melissa-geist-7572@ecf.pacerpro.com, reed-smith-2312@ecf.pacerpro.com

MELISSA L YEATES    myeates@ktmc.com

MELISSA LIM PATTERSON    mlim@jonesday.com

MICHAEL BEHM    behmlaw@ameritech.net

MICHAEL CHARLES ZOGBY    michael.zogby@btlaw.com

MICHAEL D. CRITCHLEY    mcritchley@critchleylaw.com

MICHAEL J ANGELIDES    mangelides@simmonsfirm.com

MICHAEL J. BERRY    Michael.Berry@ArkansasAG.gov

MICHAEL JAY FULLER , JR    mike@farrellfuller.com, aj@mchughfuller.com, edna@mchughfuller.com

MICHAEL JOSEPH BERRY    michael.berry@arkansasag.gov, bethany.weaver@arkansasag.gov

MICHAEL R GRIFFINGER    griffinger@gibbonslaw.com

MICHAEL R. MCDONALD    mmcdonald@gibbonslaw.com

MICHAEL R. SHUMAKER    mrshumaker@JonesDay.com

MICHAEL ROGER HOERNLEIN    michael.hoernlein@alston.com

MIREL FISCH    mirel@mfischlaw.com, mirel.fisch@yahoo.com

Maria Celeste Colberg-Guerra    mccolberg@bdprlaw.com

Mark B. Holliday    mbholliday@agutah.gov

Matthew Coleman Cocanougher    matthew.cocanougher@ky.gov

Matthew D. Schultz    mschultz@levinlaw.com, bcash@recap.email, tgilbert@ecf.courtdrive.com, tgilbert@levinlaw.com

Matthew David Schultz    mschultz@levinlaw.com

Matthew Donald Umhofer    matthew@umklaw.com

Matthew Lee Dameron    matt@williamsdirks.com

Matthew P. Hooker - PHV    matthew.hooker@alston.com

Matthew Porter Legg    mlegg@bmbfclaw.com

Matthew Thomas Kennedy    matt.kennedy@oag.texas.gov

McKayla Stokes    mstokes@wc.com

Michael Anthony Williams    mwilliams@williamsdirks.com

Michael J. Shipley    mshipley@kirkland.com

Michael William Wong    michael.w.wong@mass.gov

Miguel J. Rodriguez-Marxuach    mrm@rmlawpr.com

Miri Elisheva Gold    mgold@birdmarella.com

Mithun S Mansinghani    mithun@lkcfirm.com

NATALIA SALAS    nms@ferrarolaw.com, lgonzalez@ferrarolaw.com, sscott@ferrarolaw.com

NATALIE FINKELMAN BENNETT     nfinkelman@millershah.com

NICHOLAS JACOB DIEZ     diezn@ag.louisiana.gov

NICOLE DIESA     nicole.diesa@formanwatkins.com

Neal Potischman     neal.potischman@davispolk.com

Neal Potischman - PHV     neal.potischman@davispolk.com

Nicholas Adam Munoz     nmunoz@crowleyfleck.com

Nicole R Van Dyk     nvandyk@birdmarella.com

Oreste Ricardo Ramos-Pruetzel     oramos@pmalaw.com

PATRICIA BEALE     tricia.beale@ago.ms.gov

PATRICK HARVEY     patrick.harvey@morganlewis.com, Adam.Wingard@morganlewis.com, Lindsey.Levy@morganlewis.com

PAUL F NOVAK     pnovak@weitzlux.com, cverville@weitzlux.com, hnovak@weitzlux.com, mlai@weitzlux.com, skhan@weitzlux.com, TCurtin@weitzlux.com

PEARL ROBERTSON     probertson@irpinolaw.com, 3714486420@filings.docketbird.com, abarton@irpinolaw.com, dwilliams@irpinolaw.com, eschwab@irpinolaw.com, jwinn@irpinolaw.com, kramsak@irpinolaw.com, ndeyneka@irpinolaw.com

PEARL ROBERTSON     probertson@irpinolaw.com

PETER S. PEARLMAN     psp@njlawfirm.com

Patrick A. Harvey     patrick.harvey@morganlewis.com

Paul Berks     pberks@masseygail.com

R. BRENDAN FEE     bfee@morganlewis.com

R. David Kaufman     dkaufman@brunini.com

R. Johan Conrod     johan@cicalapllc.com

RACHEL C BOWANKO     rbowanko@kellerrohrback.com

RENEE SHAFRAN     rshafran@csglaw.com

ROBERT KIRTLEY FINNELL     bob@finnellfirm.com, paula@finnellfirm.com

ROBERT L. EBBY     rebby@hangley.com, ecffilings@hangley.com, hthompson@hangley.com

ROBERT LYLE SALIM     robertsalim@salim-beasley.com, bbeasley@salim-beasley.com, lcausey@salim-beasley.com, skeeter@cp-tel.net

ROLAND K. TELLIS    rtellis@baronbudd.com, jcampbell@baronbudd.com

RON A AUSTIN    raustin@ronaustinlaw.com, aaustin@ronaustinlaw.com, insulin@ronaustinlaw.com, sshapiro@ronaustinlaw.com

RUSSELL WILLS BUDD    rbudd@baronbudd.com, awilson@baronbudd.com, bavila@baronbudd.com, jmartinez@baronbudd.com

RYAN MOORMAN    ryan.moorman@kirkland.com

Raam D Wong    raam.wong@kingcounty.gov

Rachel Sullivan    rs@kttlaw.com

Ralph Michael Molina    ralph.molina@oag.texas.gov

Raymond Kennon Poteat , III    kpoteat@wc.com

Rebecca Timmons    btimmons@levinlaw.com

Ricardo J. Casellas-Santana    ricardo.casellas@oneillborges.com

Robert J Carlson    robert.carlson@oag.ok.gov

Robert L. Gibbs    rgibbs@gibbstravis.com

Roderick Alvendia    rico@akdlalaw.com

Roy D. Campbell , III    rcampbell@bradley.com

Russell W. Budd    rbudd@baronbudd.com

Ryan J McEwan    ryan.mcewan@doj.ca.gov

Ryan J. Moorman    ryan.moorman@kirkland.com

S. Michael Gadd    mgadd@agutah.gov

SARAH BURNS    sburns@simmonsfirm.com

SCOTT VERHINE    scott@verhine.biz

SELINA MIRIAM ELLIS    sellis@walsh.law

SETH ARD    sard@susmangodfrey.com, lchristian@susmangodfrey.com, lilly-christian-8070@ecf.pacerpro.com

SHANKAR DURAISWAMY    duraiswamy.shankar@dol.gov

SHAWN M. ACTON    sacton@kelley-ferraro.com, bschall@kelley-ferraro.com, jreichard@kelley-ferraro.com

SHAYNA E. SACKS    ssacks@napolilaw.com, 7459492420@filings.docketbird.com, shernandez@nsprlaw.com

SONA RAMESH SHAH    sshah@simmonsfirm.com

STACIE LAMBERT DEBLIEUX    sdeblieux@salim-beasley.com

STEPHEN J. FINLEY    sfinley@gibbonslaw.com, bgamber@gibbonslaw.com, jsanders@gibbonslaw.com

STEVEN J. DAROCI    sdaroci@seegerweiss.com

STEVEN L. PENARO    steve.penaro@alston.com

Sallie E. Gilbert    sgilbert@baileyglasser.com

Sara Elaine Gross    sara.gross@baltimorecity.gov

Scott L Barnhart    Scott.Barnhart@atg.in.gov

Shane Ham    Shane.Ham@azag.gov

Shirlethia Franklin    sfranklin@jonesday.com

Shirlethia V. Franklin    sfranklin@jonesday.com

Sylvia M. Arizmendi-Lopez-de-V    arizmendis@reichardescalera.com

TAL J LIFSHITZ    tjl@kttlaw.com, mr@kttlaw.com

TANYA DEARMAN ELLIS    tanya.ellis@formanwatkins.com, amy.boone@formanwatkins.com

TANYA Y. SHAH    tanya.shah@morganlewis.com

TERENCE ZIEGLER    tziegler@ktmc.com

TERRIANNE BENEDETTO    tabenedetto@comcast.net

THOMAS P. SCRIVO    tscrivo@oslaw.com

THOMAS ROE FRAZER , II    roe@frazer.law, Brianna@frazer.law, elizabeth@frazer.law, grant@frazer.law, mac@frazer.law, trey@frazer.law

TROY ALAN RAFFERTY    troy@pbglaw.com, eservice@pgblaw.com, lisa@pbglaw.com, taxie@pbglaw.com

Ta'Shia S. Gordon-State Gov    ta'shia.gordon@ago.ms.gov

Taylor Brooke Concannon Hausmann    taylor.hausmann@huschblackwell.com

Theresa C. Martin    tcoughlin@jonesday.com

Theresa Coughlin Martin    tcoughlin@jonesday.com

Thomas Joel Fyke    joel.fyke@formanwatkins.com

Vince Rabago    vince.rabago@azbar.org

W. MARK LANIER    wml@lanierlawfirm.com, audrey.moore@lanierlawfirm.com, dara.hegar@lanierlawfirm.com, jan.manning@lanierlawfirm.com, sadie.turner@lanierlawfirm.com

WALTER GARNER WATKINS , III    trey.watkins@formanwatkins.com

WILLIAM LISTON , III    william@listondeas.com, kellie@listondeas.com

WILLIAM B. SHINOFF    wshinoff@frantzlawgroup.com, hlo@frantzlawgroup.com, jcabanas@frantzlawgroup.com, thauck@frantzlawgroup.com

WILLIAM C CARMODY    bcarmody@susmangodfrey.com

WILLIAM FRANKLIN CASH , III    bcash@levinlaw.com, bcash@ecf.courtdrive.com, tgilbert@levinlaw.com

WILLIAM LAWRENCE DEAS    lawrence@listondeas.com

WILLIAM T. WALSH, JR.    wwalsh@proskauer.com

William Coglianese    wcoglianese@jonesday.com

William Liston , III    william@listondeas.com

William D. Coglianese    wcoglianese@jonesday.com

William Edgar Spivey    wespivey@kaufcan.com

William F. Cash , III    bcash@levinlaw.com

William W. Mercer    wwmercer@hollandhart.com

YAHN ERIC OLSON    yolson@elglaw.com, amelia@elglaw.com, hgarrett@elglaw.com

YOUNG YU    yyu@oslaw.com

caitlyn miller    cmiller@awkolaw.com

**2:23-md-03080-BRM-RLS Notice has been sent by regular U.S. Mail:**

BUCKS COUNTY, PENNSYLVANIA

MEMPHIS-SHELBY COUNTY SCHOOLS

NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED, MAINTAINING THE HOSPITAL FOR SPECIAL SURGERY

SOUTHERN FREIGHT SERVICES, INC. OF MORRISTOWN

State Attorney General Co-Leads

THORNAPPLE KELLOGG SCHOOLS

WASHINGTON COUNTY, TENNESSEE


ALEX J BROWN
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LANIER LAW FIRM
10940 W. SAM HOUSTON PKWY N
SUITE 100
HOUSTON, TX 77064

Benjamin Widlanski
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134

Burton LeBlanc
Baron & Budd PC - Baton Rouge, LA
2600 Citiplace Dr., Ste. 400
Baton Rouge, LA 70808

CHRISTOPHER T. WALSH


Catherine Hancock Dorsey
Baron & Budd PC - Washington, DC
600 New Hampshire Ave. NW, 10th Fl.
Washington, DC 20037

Christine C Mansour
Baron & Budd PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219-4281

Eric L. Dirks
WILLIAMS DIRKS, LLC
1100 Main St.
Suite 2600
Kansas City, MO 64105

J. Burton LeBlanc , IV
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

JAMES F. HURST
COUNSEL NOT ADMITTED TO USDC-NJ BAR
WINSTON & STRAW, LLP
35 WEST WACKER DRIVE
41ST FLOOR
CHICAGO, IL 60601

JENNIFER BOREK

JOHN M. MURPHY
92 VILLOY CENTER DRIVE
FREEHOLD, NJ 07101

James Lloyd
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

James L. Ferraro
The Ferraro Law Firm
600 Brickell Avenue
Suite 3800
Miami, FL 33131-3073

Jonathan E. Farmer
Attorney General's Office - Kentucky
1024 Capitol Center Drive
Suite 200
Frankfort, KY 40601

MATTHEW S. SCHULTZ
Connell Foley
One Newark Center
1085 Raymond Boulevard
19th Street
Newark, NJ 07102

Mark P. Pfiko
Baron & Budd, P.C.
15910 Ventura Blvd.
#1600
Los Angeles, CA 91436

P. RYAN BECKETT
COUNSEL NOT ADMITTED TO USDC-NJ BAR
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
PO BOX 22567
JACKSON, MS 39225-2567

ROY L. BERGERON, JR.

Roland Tellis
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436

Stephanie M. Rippee
WATKINS & EAGER, PLLC
P. O. Box 650
400 East Capitol Street (39201)
Jackson, MS 39205-0650

Steven J. Doroci
Seeger Weiss, LLP
55 Challenger Road
Ridgefield Park, NJ 07660

Tal J. Lifshitz
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134

Troy A Rafferty

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/27/2025] [FileNumber=19506633-0] [0b77882f6f0889d614b826419cc983868afc7959c592d3f9d9d2819102b36ba18f8c1da6c908dbca724939087f0240d577a9c16a2269b9a2c470eec727b3b8a0]]

**CLERK**
**UNITED STATES DISTRICT COURT**
**NEWARK, NEW JERSEY 07101**

OFFICIAL BUSINESS



quadient
FIRST-CLASS MAIL
IMI
**$001.53** º
05/28/2025 ZIP 07101
043M31257646

US POSTAGE

JOHN M. MURPHY
92 VILLOY CENTER DRIVE
FREEHOLD, NJ 07101

9400923051158220

ANK
07728$2526 C013