

Park 80 West–Plaza One  (201) 845-9600 Main
250 Pehle Avenue  (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

July 1, 2025

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

  Re: *In re Insulin Pricing Litigation*
     Case No. 2:23-md-3080 (BRM/RLS)

Dear Judge Martinotti:

  On May 19, 2025, the Self-Funded Payer Track and State Attorney General Track submitted a proposed order regarding Judge Harz's appointment as Common Benefit Special Master.  *See* ECF No. 573.  As the other tracks acknowledge in their cover letter, the Class Action Track has concern with certain language in the draft order and hereby submits a proposed revised order (in both redline and clean format).

  As the other tracks indicate in their cover letter, the proposed order "does not apply to the Class Action Track."  *See id.* at 2.  The purpose of the Class Track's revision is simply to reflect this reality in the proposed order.

  We thank the Court for its continued attention to this matter.

            Respectfully submitted,

            */s/ Matthew F. Gately*
            Matthew F. Gately
            **COHN LIFLAND PEARLMAN**
            **HERRMANN & KNOPF LLP**
            Park 80 West-Plaza One
            250 Pehle Avenue
            Saddle Brook, NJ 07663
            Tel.: (201) 845-9600
            mfg@njlawfirm.com

            *Liaison Counsel for the*
            *Class Track*

cc: All counsel of record (*via ECF*)