

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

July 3, 2025

**VIA ECF & EMAIL**
The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      Re:    **In re: Insulin Pricing Litigation Constructive Notice Oral Argument**

Dear Judge Martinotti:

      In accordance with Your Honor's May 21, 2025 Order (ECF No. 579), the parties submit this update regarding their upcoming oral argument on the issue of constructive notice, to be held on July 9, 2025.

      Subject to the Court's approval, the parties have met and conferred and propose a one-hour oral argument with Defendants receiving 30 minutes and Plaintiffs receiving 30 minutes, to be divided among the respective parties within each group.

      The Manufacturer Defendants designate Ryan Moorman to argue on their behalf.

      The PBM Defendants designate Liz Broadway Brown to argue on their behalf.

      The Plaintiff State Attorneys General Track designates William Liston to argue on its behalf.

      The Plaintiff TPP Class Track designates Erich Schork to argue on its behalf.

      The Plaintiff Self-Funded Payer Track designates Benjamin Widlanski to argue on its behalf.

      We thank the Court for its continued attention to this matter.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

|  |  |
|---|---|
|  | */s/ Melissa A. Geist* |
|  | **REED SMITH LLP** |
|  | Melissa A. Geist |
|  | Julia A. López |
|  | 506 Carnegie Center, Suite 300 |
|  | Princeton, NJ 08540 |
|  | (609) 514-5978 |
|  |  |
|  | **KIRKLAND & ELLIS LLP** |
|  | James F. Hurst (*pro hac vice*) |
|  | Andrew A. Kassof (*pro hac vice*) |
|  | Robert B. Ellis (*pro hac vice*) |
|  | Diana M. Watral (*pro hac vice*) |
|  | Ryan Moorman (*pro hac vice*) |
|  | Jason A. Feld (*pro hac vice*) |
|  | 333 West Wolf Point Plaza |
|  | Chicago, IL 60654 |
|  | (312) 862-2000 |
|  |  |
|  | *Attorneys for Defendant Eli Lilly and Company* |
| */s/ Brian W. Carroll* | */s/ Liza M. Walsh* |
| **McCARTER & ENGLISH, LLP** | **WALSH PIZZI O'REILLY FALANGA LLP** |
| Brian W. Carroll | Liza M. Walsh |
| Four Gateway Center | Katelyn O'Reilly |
| 100 Mulberry St. | Three Gateway Center |
| Newark, NJ 07102 | 100 Mulberry St., 15th floor |
| (973) 639-2020 | Newark, NJ 07102 |
|  | (973) 757-1100 |
|  |  |
| **DAVIS POLK & WARDWELL LLP** | **JONES DAY** |
| James P. Rouhandeh (*pro hac vice*) | Michael R. Shumaker (*pro hac vice*) |
| David B. Toscano (*pro hac vice*) | Julie E. McEvoy (*pro hac vice*) |
| 450 Lexington Ave. | William D. Coglianese (*pro hac vice*) |
| New York, NY 10017 | Melissa Lim Patterson (*pro hac vice*) |
| (212) 450-4000 | 51 Louisiana Ave. NW |
|  | Washington, DC 20001 |
|  | (202) 879-3939 |
|  |  |
| **DAVIS POLK & WARDWELL LLP** | *Attorneys for Defendant Sanofi-Aventis U.S.* |

July 3, 2025
Page 3

**ReedSmith**

Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

/s/ Elizabeth Broadway Brown
**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
Young Yu
14 Village Park Road
Cedar Grove, NJ 07009
T: (973) 239-5700

**ALSTON & BIRD LLP**
Brian D. Boone
1120 S. Tyron St., Ste. 300
Charlotte, NC 28203
T: (704) 444-1000  brian.boone@alston.com

**ALSTON & BIRD LLP**
Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900 Atlanta, GA 30309
T: (404) 881-7000
liz.brown@alston.com

**ALSTON & BIRD LLP**
Kelley Connolly Barnaby
950 F. Street, NW
Washington, D.C. 20004
T: (202) 239-3300 kelley.barnaby@alston.com

*Attorneys for Defendant OptumRx, Inc.*

LLC

/s/ Jason R. Scherr
**MORGAN, LEWIS & BOCKIUS LLP**
Jason R. Scherr
Elise M. Attridge
Lindsey T. Levy
1111 Pennsylvania Avenue, NW Washington, DC 20004
jr.scherr@morganlewis.com
elise.attridge@morganlewis.com
lindsey.levy@morganlewis.com
Tel: (202) 739-3000

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Medco Health Solutions, Inc.*

/s/ R. Kennon Poteat III
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300
F: (973) 824-8425

July 3, 2025
Page 4

ReedSmith

kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
T: (202) 434-5000
F: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; and Caremark, LLC*

  s/ *Joanne Cicala*
  Joanne Cicala
  The Cicala Law Firm PLLC
  101 College Street
  Dripping Springs, Texas 78620
  Tel. (512) 275-6550
  Fax: (512) 858-1801
  joanne@cicalapllc.com

  *Lead Counsel for the State Attorney General Track*

*/s/ David R. Buchanan*
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Road

Benjamin J. Widlanski
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor

July 3, 2025
Page 5

ReedSmith

Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
dbuchanan@seegerweiss.com

Brandon L. Bogle
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A**.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140
bbogle@levinlaw.com

*Lead Counsel for the Self-Funded Payer Track*

Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com

Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Los Angeles, California 91436
Telephone: (818) 839-2333
mpifko@baronbudd.com

/s/ Erich P. Schork
Michael L. Roberts
Karen Halbert
Erich P. Schork
**ROBERTS LAW FIRM US, PC**
1920 McKinney Ave., Ste. 700
Dallas, TX 75204
Tel: (501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
erichschork@robertslawfirm.us

Joseph H. Meltzer
Melissa L. Yeates
Jonathan F. Neumann
Jordan E. Jacobson
Kye Kyung Park
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
myeates@ktmc.com
jneumann@ktmc.com
jjacobson@ktmc.com
apark@ktmc.com

July 3, 2025
Page 6

**ReedSmith**

        James E. Cecchi
        Donald A. Ecklund
        **CARELLA, BYRNE, CECCHI,**
        **BRODY & AGNELLO, P.C.**
        5 Becker Farm Road
        Roseland, New Jersey 07068
        Tel: (973) 994-1700

        *Interim Co-Lead Counsel for the Class Action Track*

cc:    All Counsel of Record (via ECF and electronic mail)