# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: jtortorella@khmarino.com
*OF COUNSEL

July 3, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re:  *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-LDW
     MDL No. 3080 | July 8, 2025 CMC Agenda

Dear Judge Martinotti:

We write on behalf of the parties to submit the following proposed agenda items for the Case Management Conference scheduled for Tuesday, July 8, 2025.

- The proposed orders submitted by Plaintiffs regarding the appointment of Judge Harz as the common-benefit special master [ECF Nos. 573, 578, 632].

- Defendants' request for a CMO to govern anticipated motions to dismiss or compel arbitration [ECF Nos. 624, 625].

- Given the recent reassignment to Judge Wettre, the parties would welcome a discussion regarding pending (fully briefed) discovery disputes.

For the Court's consideration, we have also attached an updated list of pending cases. Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for
Class Action Track*

*/s Joanne Cicala*
Joanne Cicala
*Liaison Counsel for
State Attorneys General Track*

*/s David R. Buchanan*
David R. Buchanan
*Liaison Counsel for
Self-Funded Payer Track*

*/s John D. Tortorella*
John D. Tortorella

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.M.J.
July 3, 2025 — Page 2

cc:   Honorable Leda D. Wettre, U.S.M.J.
      All counsel of record