## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.


Dated: July 3, 2025                        /s John D. Tortorella
                                                      John D. Tortorella