UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Insulin Pricing Litigation | Case No. 2:23-MD-03080<br>MDL No. 3080<br><br>Hon. Brian R. Martinotti<br>Hon. Leda D. Wettre |

**DOCUMENT RELATES TO:** All Cases

<u>**NOTICE OF CHANGE OF FIRM NAME**</u>

PLEASE TAKE NOTICE that effective July 2, 2025, The Cicala Law Firm PLLC has changed its name to Cicala Wackerly Conrod PLLC. All mailing addresses, telephone and facsimile numbers will remain the same.

Electronic mail addresses have changed to the following:

- Joanne M. Cicala: joanne.cicala@cwc.law
- Josh Wackerly: josh.wackerly@cwc.law
- R. Johan Conrod: johan.conrod@cwc.law

RESPECTFULLY SUBMITTED this the 8th day of July, 2025

*/s/ Joanne M. Cicala*
Joanne M. Cicala
Josh Wackerly (*pro hac vice*)
R. Johan Conrod (*pro hac vice*)
CICALA WACKERLY CONROD PLLC
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
joanne.cicala@cwc.law
josh.wackerly@cwc.law
johan.conrod@cwc.law

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8th, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Joanne M. Cicala*
Joanne M. Cicala
