UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti  Date:   07/09/2025
Magistrate Judge:   Leda Wettre  Case Nos:   23MDL3080
Court Reporter:   Tammera Witte

Title of the Case:

> In Re: INSULIN PRICING LITIGATION

**Appearances**

Dave Buchanan, Interim Liaison Counsel for Self-Funded Payer Track
Joanne Cicala, Interim Liaison Counsel for State AG Track
Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Don Ecklund & James Cecchi, Interim Liaison Counsel for Third Party Payer Track
Trey Watkins & Jack Lurton, State AG
Darcie Tilly, California AG
Mark Pikfo, Attorney for Plaintiffs
Steven Daroci, Tal Lipschutz, Ben Widlanski, Jordan Jacobson,
Burton LeBlanc, Sean Domiick, Tanya Ellis, William Liston, Erich Schork
 & Kye Kyung Park, Attorneys for Plaintiffs

Liza M. Walsh, Melissa L. Patterson, William Coglianese, Elizabeth Fassih
  & Lauren Malakoff, Attorneys for Sanofi
Melissa A. Geist, Ryan Moorman, & Jason Feld, Attorneys for Eli Lilly
Brian W. Carroll, Patrick Blakemore, & James Rouhandeh, Attorneys for Novo Nordisk
Jason Scherr, Attorney for Express Scripts
John Tortorella, Attorney for CVS
Kennon Potent & Nicholas Sullentrap, Attorneys for CaremarkPCS Health, LLC
Young Yu,-Elizabeth Broadway Brown, & Jordan W. Edwards, Attorneys for Optumrx. Inc.

Nature of Proceedings:

Oral argument held re: Constructive Notice and Statute of Limitations issue.
See docket entries [506/513/634].


Court RESERVED decision.
Court ordered supplemental briefing, not to exceed 5 pages, due 07/21/25.

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 11:00 am
Time Concluded:   1:00 pm