Victoria J. Maniatis
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
(212) 594-5300
vmaniatis@milberg.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Applied Construction Solutions, Inc. v. Eli Lilly And Company, et al (2:25-cv-13005);<br><br>Asbestos Workers Local Union #42 V. Eli Lilly And Company, Et Al (2:25-cv-13006);<br><br>Axial Benefits Group, LLC v. Eli Lilly And Company, et al (2:25-cv-13007);<br><br>Building Trades Welfare Fund For The Ohio Valley v. Eli Lilly And Company, et al (2:25-cv-13008);<br><br>Classic Collision LLC v. Eli Lilly And Company, et al (2:25-cv-13009);<br><br>Creative Office Resources v. Eli Lilly And Company, et al (2:25-cv-13010);<br><br>Godshalls Quality Meats Inc. v. Eli Lilly And Company, et al (2:25-cv-13011);<br><br>IBEW Local 716 Electrical Medical Trust v. Eli Lilly And Company, et al (2:25-cv-13012);<br><br>Kyocera SGS Precision Tools, Inc. v. Eli Lilly And Company, et al (2:25-cv-13013);<br><br>Ohio State Plumbers & Pipefitters Health | Case No. 2:23-md-3080 (BRM)(RLS)<br>MDL No. 3080<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

| |  |
|---|---|
| And Welfare Plan v. Eli Lilly And Company, et al (2:25-cv-13014); <br><br> Plumbers 94 Health And Welfare Plan v. Eli Lilly And Company, et al (2:25-cv-13015); <br><br> U.A. Plumbers Local Union No. 68 Welfare Fund v. Eli Lilly And Company, et al (2:25-cv-13016); | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: July 11, 2025                                              Respectfully submitted,

                                                                 */s/ Victoria J. Maniatis*
                                                                 Victoria J. Maniatis

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:   Michael Acciavatti

Address: MILBERG COLEMAN BRYSON
         PHILLIPS GROSSMAN, PLLC
         405 East 50th Street, New York, NY 10022

Email:   macciavatti@milberg.com