**SeegerWeiss LLP**
NEW YORK • NEW JERSEY • PHILADELPHIA

July 11, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    Re:    *In re: Insulin Pricing Litigation*, MDL No. 3080
            Case No. 2:23-md-03080-BRM-LDW

Dear Judge Martinotti:

    In light of this past week's case management conference with the Court, including the parties' discussion with Judge Wettre regarding outstanding discovery disputes, and the parties' oral argument before Your Honor the following day, the parties respectfully request that the next biweekly update be provided in the normal course in two weeks.

    Thank you for your continuing attention to this matter.

                                        Respectfully submitted,

| | |
|---|---|
| */s/ Joanne Cicala* | */s/ David R. Buchanan* |
| Joanne Cicala | David R. Buchanan |
| *Liaison Counsel for* | *Liaison Counsel for* |
| *State Attorney General Track* | *Self-Funded Payer Track* |
| | |
| */s/ Matthew Gately* | */s/ John D. Tortorella* |
| Matthew Gately | John D. Tortorella |
| *Liaison Counsel for* | |
| *Class Action Track* | |

cc:    Honorable Leda D. Wettre, U.S.M.J. (*via* ECF)
        Counsel of Record (*via* ECF)