**SEEGERWEISS** LLP
NEW YORK • NEW JERSEY • PHILADELPHIA

July 11, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *In re: Insulin Pricing Litigation*, MDL No. 3080
               Case No. 2:23-md-03080-BRM-LDW

Dear Judge Martinotti:

    In light of this past week's case management conference with the Court, including the parties' discussion with Judge Wettre regarding outstanding discovery disputes, and the parties' oral argument before Your Honor the following day, the parties respectfully request that the next biweekly update be provided in the normal course in two weeks.

    Thank you for your continuing attention to this matter.

                                                    Respectfully submitted,

*/s/ Joanne Cicala*                       */s/ David R. Buchanan*
Joanne Cicala                            David R. Buchanan
*Liaison Counsel for*               *Liaison Counsel for*
*State Attorney General Track*     *Self-Funded Payer Track*

*/s/ Matthew Gately*                 */s/ John D. Tortorella*
Matthew Gately                   John D. Tortorella
*Liaison Counsel for*
*Class Action Track*

                                                    SO ORDERED:

cc:    Honorable Leda D. Wettre, U.S.M.J. (*via* ECF)
       Counsel of Record (*via* ECF)

                                             *Brian R. Martinotti*
                                             BRIAN MARTINOTTI, USDJ
                                             DATED: 07/14/2025