# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case 2:23-md-03080 (BRM) (LDW)**<br>**MDL No. 3080**<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LEDA D. WETTRE |

**THIS DOCUMENT RELATES TO: 25-cv-01845**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I caused true and correct copies of: (1) the Government of Puerto Rico's Reply in Support of Motion for Leave to Amend Complaint; (2) Certification of Elizabeth Paige Boggs Supporting the Government of Puerto Rico's Reply in Support of Motion for Leave to Amend Complaint; and (3) Exhibit 1 to the Government of Puerto Rico's Reply in Support of Motion for Leave to Amend Complaint to be filed electronically with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

DATED: July 14, 2025                    RESPECTFULLY SUBMITTED,

/s/ *Elizabeth Paige Boggs*
**ELIZABETH PAIGE BOGGS**
Admitted *Pro Hac Vice*

*Counsel for Plaintiff the Government of Puerto Rico*