**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry St, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 14, 2025

**VIA ECF**
Hon. Leda D. Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *In Re: Insulin Pricing Litigation*
                Civil Action No. 2:23-md-03080-BRM-LDW
                MDL No. 3080

Dear Judge Wettre,

      We write to respectfully advise Your Honor that Defendants and certain State Attorney General Track Plaintiffs have reached an impasse regarding those States' Departments, Agencies, or Offices ("DAO") submissions required under CMO 15. The parties have met and conferred in accordance with CMO 15 ¶ 5(a). Given the complexity of the disputed issues, the parties jointly request that the Court implement the following briefing protocol and schedule for submitting these disputes to the Court, rather than submitting a joint letter as contemplated by CMO 15:

- July 16, 2025: Defendants file their omnibus moving brief;
- July 30, 2025: State Attorney General Track Plaintiffs file their omnibus opposition brief; and
- August 13, 2025: Defendants file their omnibus reply brief.

      The parties also request oral argument related to their submissions.

      If the above schedule and briefing procedure meets with Your Honor's approval, we respectfully request that Your Honor So Order this letter and enter it on the docket. Thank you for Your Honor's attention to this matter and we are available should you have any questions.

                                      Respectfully submitted,

                                      *s/Liza M. Walsh*

                                      Liza M. Walsh

Cc: All Counsel of Record (via ECF)

**SO ORDERED.**

Date: July 15, 2025

*/s/ Leda Dunn Wettre*
Hon. Leda D. Wettre, U.S.M.J.

\*\*  The parties are directed to send two courtesy copies of the briefs and exhibits to Chambers.  Any individual exhibit that exceeds 500 pages should not be sent in hard copy.