

Park 80 West–Plaza One     (201) 845-9600 Main
250 Pehle Avenue     (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

July 15, 2025

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

    Re:    *In re Insulin Pricing Litigation*
             Case No. 2:23-md-3080 (BRM/LDW)

Dear Judge Martinotti:

Pursuant to Your Honor's direction, attached please find a proposed form of order for the July 8, 2025, Case Management Conferences.

As always, the parties thank the Court for its continuing attention to this matter.

Respectfully submitted,

/s/ Matthew F. Gately                          /s/ Joanne Cicala
Matthew F. Gately                              Joanne Cicala
*Liaison Counsel for*                         *Liaison Counsel for*
*Class Track*                                  *State Attorney General Track*

/s/ David R. Buchanan                      /s/ John D. Tortorella
David R. Buchanan                            John D. Tortorella
*Liaison Counsel for*
*Self-Funded Payer Track*

cc:     Hon. Rukhsanah L. Singh (*via ECF*)
        All counsel of record (*via ECF*)