UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case 2:23-md-03080-BRM-LDW<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LEDA DUNN WETTRE |

THIS DOCUMENT RELATES TO ALL CASES

**ORDER FOLLOWING JULY 8, 2025 CASE MANAGEMENT CONFERENCE**

This matter having come before the Court for a status conference on July 8, 2025, and for good cause shown,

**IT IS** on this _____ day of July, 2025, **ORDERED** as follows:

1. With Hon. Rachelle L. Harz, J.S.C. (Ret.) declining to serve as Common Benefit Special Master in this case, the Court appoints Hon. Joseph A. Dickson, U.S.M.J. (Ret.) to serve as Common Benefit Special Master. The Court appoints Christopher A. Seeger, Esq. as the point of contact to interface with Judge Dickson. Counsel for other interested parties shall be copied on any written correspondence with Judge Dickson.

2. The parties shall meet and confer on a process to govern motions to dismiss or compel arbitration, through which the parties will file a single set of briefs as to all tracks. While Plaintiffs may raise waiver arguments in opposing these motions, any such argument must be based on activity that precedes July 8, 2025. Discovery shall proceed as previously ordered by this Court and consistent with existing Case Management

     Orders.

3. The Court shall forthwith enter the stipulation and proposed direct filing order submitted by the parties [ECF No. 615].

4. A conference will be held before Hon. Leda Dunn Wettre, U.S.M.J. on August 12 and/or August 13, 2025. On or before July 16, 2025, each plaintiff track, the manufacturer defendants, and the PBM defendants shall submit separate letters to Judge Wettre of no more than 2 pages summarizing the pending discovery disputes and which should be prioritized.

_____
**HON. BRIAN R. MARTINOTTI, U.S.D.J.**