# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Trustees of the University of Pennsylvania v. Eli Lilly and Company et al.; Case No. 2:25-cv-13210-BRM-LDW* | Case No. 2:23-md-03080 (BRM)(RLS)<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court granting a motion for *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).


Dated: July 16, 2025                                                                  Respectfully submitted,

                                                                                                  */s/ Joshua H. Grabar*

PRO HAC VICE ATTORNEY INFORMATION:

Name:         Joshua H. Grabar

Address:     One Liberty Place
                    1650 Market Street, Suite 3600
                    Philadelphia, PA 19103

Email:         jgrabar@grabarlaw.com