# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM)(LDW) <br> MDL No. 3080 |
| THIS DOCUMENT RELATES TO: | JUDGE BRIAN R. MARTINOTTI <br> JUDGE RUKHSANAH L. SINGH |
| *The Trustees of the University of Pennsylvania v. Eli Lilly and Company et al.; Case No. 2:25-cv-13210-BRM-LDW* | **REQUEST FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the above-captioned matter, and it is represented that:

1. An order of the Court, Case Management Order No. 1 (ECF No. 5) in the above-captioned MDL, granting admission *pro hac vice* for the undersigned in this matter has been entered;[1] and

2. The Admission Fee in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3) has been paid to the Clerk of the Court (3/24 amendment).

Dated: July 16, 2025

Respectfully submitted,

*/s/ Farhad Mirzadeh*

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Farhad Mirzadeh

Address:  Hausfeld LLP
          1200 17th Street, N.W.
          Washington, DC 20036

Email:    fmirzadeh@hausfeld.com

---

[1] *See* ECF No. 5 at Section 6 (granting the admission *pro hac vice* of any attorney admitted to practice and in good standing in any United States District Court). The undersigned is admitted to practice and in good standing in the United States District Court for the Northern District of California.