# Appendix A

**Disputed State Departments, Agencies, and Offices**

| State | Agency | Agency is included in State's DAO | State's response to "whether Plaintiffs or its attorneys will be representing that entity if Defendants were to serve a Rule 45 subpoena on that entity" (CMO 15 ¶ 1.b.ii) |
|---|---|---|---|
| Arizona | Arizona Department of Corrections, Rehabilitation, and Reentry | Yes | "AGO may represent ADHS, ADOA, ADCRR, and AHCCCS if the Defendants choose to issue subpoenas to those entities and AGO is not disqualified from representation." Arizona Am. DAO at 2. |
| Arizona | Arizona Department of Health Services | Yes | "AGO may represent ADHS, ADOA, ADCRR, and AHCCCS if the Defendants choose to issue subpoenas to those entities and AGO is not disqualified from representation." Arizona Am. DAO at 2. |
| Arizona | Arizona Department of Administration | Yes | "AGO may represent ADHS, ADOA, ADCRR, and AHCCCS if the Defendants choose to issue subpoenas to those entities and AGO is not disqualified from representation." Arizona Am. DAO at 2. |
| Arizona | Arizona Health Care Cost Containment System | Yes | "AGO may represent ADHS, ADOA, ADCRR, and AHCCCS if the Defendants choose to issue subpoenas to those entities and AGO is not disqualified from representation." Arizona Am. DAO at 2. |
| Arizona | Arizona Department of Juvenile Corrections | No | Unclear, since the State did not include this entity in its DAO submission. |
| Arizona | Arizona Auditor General | No | Unclear, since the State did not include this entity in its DAO submission. |
| Arizona | Arizona Board of Pharmacy | No | Unclear, since the State did not include this entity in its DAO submission. |
| Arizona | Arizona Retirement System | No | Unclear, since the State did not include this entity in its DAO submission. |
| Arkansas | Arkansas Department of Corrections | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual agencies must decide whether to use their own in-house attorney or certify the matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Arkansas | Arkansas Department of Human Services | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual agencies must decide whether to use their own in-house attorney or certify the matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Arkansas | Arkansas Department of Health: | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual agencies must decide whether to use their own in-house attorney or certify the |

1

| State | Agency | Agency is included in State's DAO | State's response to "whether Plaintiffs or its attorneys will be representing that entity if Defendants were to serve a Rule 45 subpoena on that entity" (CMO 15 ¶ 1.b.ii) |
|---|---|---|---|
| | <ul><li>Office of Health Information Technology</li><li>Arkansas Diabetes Prevention and Control Program</li><li>Arkansas Kidney Disease Commission</li><li>Arkansas Diabetes Advisory Council</li><li>Arkansas Chronic Disease Coordinating Council</li><li>Arkansas Ryan White Part B/ADAP Program</li></ul> | | matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Arkansas | Arkansas Board of Pharmacy | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual agencies must decide whether to use their own in-house attorney or certify the matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Arkansas | Arkansas Insurance Department | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual agencies must decide whether to use their own in-house attorney or certify the matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Arkansas | University of Arkansas Medical Services EBRx | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual agencies must decide whether to use their own in-house attorney or certify the matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Arkansas | Arkansas Auditor of State | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual |

2

| State | Agency | Agency is included in State's DAO | State's response to "whether Plaintiffs or its attorneys will be representing that entity if Defendants were to serve a Rule 45 subpoena on that entity" (CMO 15 ¶ 1.b.ii) |
|---|---|---|---|
| | | | agencies must decide whether to use their own in-house attorney or certify the matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Arkansas | Bureau of Legislative Research | Yes | "The OAG does not have the authority to decide whether it will or will not represent the agencies for whom a subpoena is needed. The individual agencies must decide whether to use their own in-house attorney or certify the matter to the OAG for representation under Ark. Code Ann. § 25-16-702." Arkansas Supp. DAO at 4. |
| Indiana | Indiana Department of Insurance | Yes | "The Indiana Attorney General's Office would likely represent the Department of Insurance if it were served with a Rule 45 subpoena." Letter re Indiana's DAO and PFS Disclosures at 2. |
| Kansas | Kansas Department of Health and Environment<br>• Comprehensive Health Insurance Plan (Medicaid) | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for Medicaid, KID, and the Legislative Division of Post Audit to facilitate responses to any subpoenas." Kansas Supp. DAO at 3. |
| Kentucky | Kentucky Cabinet for Health and Family Services<br>• Department of Medicaid Services | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for Medicaid to facilitate responses to any subpoenas defendants may issue in this proceeding." Kentucky Supp. DAO at 4. |
| Montana | Montana Department of Public Health and Human Services<br>• Health Resources Division | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for Medicaid to facilitate responses to any R.45 subpoenas Defendants may issue." Montana Supp. DAO at 3. |
| Oklahoma | Oklahoma Health Care Authority<br>• Medicaid Division | Yes | "No. However, Plaintiff will assist and facilitate communications between Defendants and the Oklahoma Healthcare Authority – Medicaid Division should Defendants issue a R. 45 subpoena." Oklahoma Supp. DAO at 4. |
| Texas | Department of Criminal Justice | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter." Texas Supp. DAO at 3. |

| State | Agency | Agency is included in State's DAO | State's response to "whether Plaintiffs or its attorneys will be representing that entity if Defendants were to serve a Rule 45 subpoena on that entity" (CMO 15 ¶ 1.b.ii) |
|---|---|---|---|
| Texas | Juvenile Justice Department | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | Health and Human Services Commission | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | State Board of Pharmacy | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | Department of Insurance | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | State Auditor's Office | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | Comptroller of Public Accounts | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | Teacher Retirement System | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | Employee Retirement System | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | Emergency Services Retirement System | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | University of Texas Medical Branch | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Texas | Comprehensive Health Insurance Plan (CHIP) (Medicaid) | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |

| State | Agency | Agency is included in State's DAO | State's response to "whether Plaintiffs or its attorneys will be representing that entity if Defendants were to serve a Rule 45 subpoena on that entity" (CMO 15 ¶ 1.b.ii) |
|---|---|---|---|
| Texas | Office of Inspector General | Yes | "Plaintiff and its counsel will cooperate and work collaboratively with counsel for any Texas agencies who receive a R.45 subpoena from defendants in this matter."  Texas Supp. DAO at 3. |
| Utah | Utah Medicaid | Yes | "The Utah Plaintiffs, the Assistant Attorneys General who represent the Utah Plaintiffs, and its outside counsel will cooperate, and work collaboratively with, counsel for any Utah department that receives a R. 45 subpoena from Defendants."  Utah Supp. DAO at 3–4. |