# Exhibit 12

The Wayback Machine - https://web.archive.org/web/20250304230809/https://adjc.az.gov/administrative-services/medical-services

(https://web.archive.org/web/20250304230809/https://az.gov/)    Visit OpenBooks (https://web.archive.org/web/20250304230809/



# Arizona Department of Juvenile Corrections (/web/20250304230809/https://adjc.az.gov/)

(/web/20250304230809/https://adjc.az.gov/)

Search

Home (/web/20250304230809/https://adjc.az.gov/) » Administrative Services (/web/20250304230809/https://adjc.az.gov/administrative-services)
» Medical Services (/web/20250304230809/https://adjc.az.gov/administrative-services/medical-services)

## Medical Services

The Arizona Department of Juvenile Corrections (ADJC) operates its health services under the authority of Arizona Revised Statute (ARS) § 41-2805 and § 41-2807. ADJC operates one secure care facility, Adobe Mountain School, for juvenile offenders committed to ADJC's jurisdiction by the county juvenile courts. Youth at Adobe Mountain School receive complete health services, through direct on-site services provided by ADJC employees, contracted on-site health providers, and off-site health providers.

Upon commitment to ADJC and arrival to secure care, all youth receive a physical and mental health intake screening the day they arrive. Their medications and histories are reviewed by nursing staff and all medications are continued according to previous prescribers to ensure continuity of care. Within 30 days of arrival all youth receive a comprehensive physical examination by a Board Certified Pediatric and Adolescent Medicine Doctor. This includes a review of prior medical records, a vision and hearing exam, as well as routine screening labs per preventative screening guidelines recommended by the American Academy of Pediatrics.

Further, Adobe has two Board Certified Psychiatrists who will also do a complete intake and record review to support youth's mental health needs so youth have every opportunity to succeed in their rehabilitation.

Youth at Adobe have access to a Board Certified Dentist as well. They will receive a full dental examination and both x-rays, fillings and extractions can be completed while here. Unfortunately, we do not perform wisdom teeth extractions.

While housed at Adobe Mountain School, youth are seen immediately for all emergency situations. And sent to emergency services if medically necessary. Youth are also able to put in "sick calls" for non-urgent care. These sick calls are collected nightly and reviewed by both registered and licensed practicing nurses within 24 hours. Youth are then either seen by nurses or by the Doctor according to their needs and as requested by youth for non-emergency medical, dental, and mental health issues.

Medications are provided to all youth as prescribed by ADJC medical doctors or by psychiatrists. Stock medications are kept on-hand for immediate administration needs. Medications are ordered and shipped by a third party pharmacy company and we receive medication orders daily.

DIRECT SERVICES PROVIDED (/web/20250304230809/https://adjc.az.gov/direct-services-provided)

ADJC provides ongoing medical, dental, psychiatric and mental health care to all juveniles at Adobe Mountain School, in order to help foster a collaborative and therapeutic environment. Medical services are provided in a stand-alone facility that serves as a comprehensive care clinic. The Health Unit has a dental clinic, examination rooms, immunization room, lab room, licensed medication administration room, nursing station, and three (3) infirmary/observation rooms and a youth shower. We are able to provide mobile x-ray services, Electrocardiograms, vaccinations, complex care management including for individuals with chronic illnesses like asthma, congenital heart disease and diabetes.

MEDICAL SERVICES



**DR. GRANT PHILLIPS**
Medical Director

**Arizona Department of Juvenile Corrections**

| 100 North 15th Avenue, Suite 103 | **Phone:** (602) 542-4302 |
| Phoenix, Arizona 85007 | **Fax:** (602) 542-5156 |

Find in Google Maps (https://web.archive.org/web/20250304230809/https://www.google.com/maps/

STATEWIDE POLICIES (HTTPS://WEB.ARCHIVE.ORG/WEB/20250304230809/HTTP://AZ.GOV/POLICIES)

SITE MAP (/WEB/20250304230809/HTTPS://ADJC.AZ.GOV/SITEMAP)