# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(LDW) <br><br> MDL No. 3080 |

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 16, 2025, I caused a true and correct copy of Defendants' Letter Brief Regarding State Agency Discovery, Exhibits 1-16 to Defendants' Letter Brief Regarding State Agency Discovery, Appendix A to Defendants' Letter Brief Regarding State Agency Discovery, and this Certification of Service to be filed electronically with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

I further certify that I caused two true and correct courtesy copies of Defendants' Letter Brief Regarding State Agency Discovery, Exhibits 1-16 to Defendants' Letter Brief Regarding State Agency Discovery, Appendix A to Defendants' Letter Brief Regarding State Agency Discovery, and this Certification of Service to be served on the Court via UPS overnight delivery.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

**REED SMITH LLP**

Dated:  July 16, 2025

*/s/ Melissa A. Geist*
Melissa A. Geist
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

*Counsel for Defendant Eli Lilly and Company*

1