## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING
LITIGATION

_____

*CITY OF OKLAHOMA CITY,*
*v.*
*ELI LILLY AND COMPANY, et al.;*
Case No. 2:25-cv-00390

*CITY OF MIDWEST CITY,*
*v.*
*ELI LILLY AND COMPANY, et al.;*
Case No. 2:25-cv-478

_____

) Case No. 2:23-md-03080 (BRM)(RLS)
) MDL No. 3080
)
)
) Judge Brian R. Martinotti
) Judge Rukshanah L. Singh
)
)
)
)
)
)
)
) **REQUEST FOR PRO HAC VICE**
) **ATTORNEY TO RECEIVE**
) **ELECTRONIC NOTIFICATIONS**
)
)
)
)

Request is hereby made for pro hac vice counsel to receive electronic notification in the abovecaptioned matter, and it is represented that:

1.    An order of the court, case management order no. 1 (ECF No. 5) in the above-captioned MDL, granting admission *pro hac vice* for the undersigned in this matter has been entered[1]; and

2.    The admission fee in the amount of $250, pursuant to L.CIV.R. 101.1(c)(3) has been paid to the clerk of the court (3/24 amendment).

_____

[1] 1 See ECF No. 5 at Section 6 (granting the admission pro hac vice of any attorney admitted to practice and in good standing in any United States District Court). The undersigned is admitted to practice and in good standing in the United States District Court for the Western and Northern District of Oklahoma.

Dated: July 18, 2025                    Respectfully submitted,


                                        /s/ Todd A. Court


PRO HAC VICE ATTORNEY INFORMATION


TODD A. COURT, OBA #19438
McAfee & Taft A Professional Corporation
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone:    (405) 235-9621
Facsimile:    (405) 235-0439
todd.court@mcafeetaft.com