UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(RLS)<br><br>MDL No. 3080 |

### CERTIFICATION OF MELISSA A. GEIST IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL RESPONSE REGARDING CONSTRUCTIVE NOTICE

I, Melissa A. Geist, of full age, hereby certify as follows:

1. I am a partner at Reed Smith LLP licensed to practice in the State of New Jersey. I submit this certification in support of Defendants' Supplemental Response Regarding Constructive Notice.

2. Attached as **Exhibit 1** is a true and correct copy of the transcript from the Oral Argument Hearing held on July 9, 2025, regarding the issue of constructive notice.

1

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

July 21, 2025

                                             **REED SMITH LLP**

                                             */s/ Melissa A. Geist*
                                             Melissa A. Geist
                                             506 Carnegie Center, Suite 300
                                             Princeton, NJ 08540
                                             (609) 514-5978

                                             *Counsel for Defendant Eli Lilly and Company*