# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080 (BRM)(LDW)<br><br>MDL No. 3080 |

## CERTIFICATION OF SERVICE

I hereby certify that on July 21, 2025, I caused a true and correct copy of the following documents to be served on the Court and All Counsel of Record via ECF:

- Defendants' Supplemental Response Regarding Constructive Notice;
- Certification of Melissa Geist and Exhibit 1; and
- This Certification of Service.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

**REED SMITH LLP**

Dated: July 21, 2025

*/s/ Julia A. Lopez*
Julia A. Lopez
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 524-2022

*Counsel for Defendant Eli Lilly and Company*

1