# Forman Watkins

Forman Watkins & Krutz LLP

Tanya D. Ellis
tanya.ellis@formanwatkins.com
Direct Dial: 601-960-3210

July 25, 2025

**<u>VIA ECF</u>**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** ____7/28/2025_____

Re:    *In re: Insulin Pricing Litigation,* Case No. 2:23-md-03080 (MDL No. 3080)

Dear Judge Wettre,

Defendants filed an omnibus moving brief on July 16, 2025 [ECF No. 659] related to a discovery dispute involving multiple State AG Track cases. Pursuant to the current briefing schedule [ECF No. 650], State AG Track Plaintiffs' deadline to respond is July 30, 2025 and the deadline for Defendants' reply brief is August 13, 2025. Given the number of cases, issues, and counsel involved, Plaintiffs need an additional week to prepare their omnibus response brief. Counsel for Defendants do not oppose the extension, so long as their deadline to reply is likewise extended. Accordingly, the parties jointly request that the Court extend the remaining deadlines as follows:

- August 6, 2025: State AG Track Plaintiffs file their omnibus opposition brief

- August 27, 2025: Defendants file their omnibus reply brief

If the foregoing request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. Thank you for your time and attention.

Respectfully submitted,

*<u>s/ Tanya D. Ellis</u>*
Tanya D. Ellis

cc:    All Counsel of Record (*via* ECF)