# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITGATION | Case No. 2:23-MD-03080<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

## NOTICE OF WITHDRAWAL OF COUNSEL

Katherine S. Huso represents to this Court that Carey E. Matovich is retiring from the practice of law as of August 25, 2025, and therefore will no longer be performing work in this matter. As such, the undersigned respectfully requests that the Court issue an order allowing Carey E. Matovich to withdraw as counsel of record for Defendants UnitedHealth Group Incorporated, OptumRx, Inc., and OptumInsight, Inc. and to be terminated from receiving further notice of electronic filings in the above-numbered and entitled cause.

DATED: August 4, 2025

/s/ *Katherine S. Huso*
Katherine S. Huso
Carey E. Matovich
MATOVICH, KELLER & HUSO, P.C.
2812 1st Avenue North, Suite 225
Billings, MT 59101
(406) 252-5500
khuso@mkhattorneys.com
cmatovich@mkhattorneys.com

*Attorneys for Defendants UnitedHealth Group Incorporated, OptumRx, Inc., and OptumInsight, Inc.*