

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

August 25, 2025

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07101

**Re:** *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-LDW, MDL No. 3080: **Defendants' Request for Order Dismissing Case Nos. 2:25-cv-0503, 2:25-cv-0515, 2:25-cv-0519, 2:25-cv-0525, 2:25-cv-0524.**

Dear Judge Wettre:

Defendants write regarding Plaintiffs' Steubenville Electrical Welfare Fund (2:25-cv-0503); IBEW Local 163 (2:25-cv-0503); Black Diamond (2:25-cv-0515); City of Athens, Ohio (2:25-cv-0515); IBEW Local 613 and Contributing Employers Family Health Fund (2:25-cv-0519); IBEW Local 613 and Contributing Employers Retiree Health Fund (2:25-cv-0519); and Local 49 Health and Welfare Fund (2:25-cv-0525) failure to serve a completed Plaintiff Fact Sheet ("PFS") as required by Judge Singh's June 13, 2025 Order to Show Cause and Plaintiff 1978 Retired Construction Workers Fund's (2:25-cv-0524) failure to seek reinstatement of its case, as required by Judge Singh's May 6, 2025 Order to Show Cause. *See* ECF No. 612; ECF No. 546.

On June 13, 2025, Judge Singh issued an Order to Show Cause requiring nine Plaintiffs to tender a completed PFS compliant with Case Management Order 14 by June 27, 2025, or have their complaint dismissed. *Id*. ("[A]ny Plaintiff's failure to do so shall result in dismissal of Plaintiff's complaint without prejudice absent further order of the Court."). The seven Plaintiffs referenced above did not serve a PFS by that deadline. Defendants therefore respectfully request the Court enforce its Order to Show Cause and dismiss the complaints of Plaintiffs (1) Steubenville Electrical Welfare Fund (2:25-cv-0503); (2) IBEW Local 163 (2:25-cv-0503); (3) Black Diamond (2:25-cv-0515); (4) City of Athens, Ohio (2:25-cv-0515); (5) IBEW

Local 613 and Contributing Employers Family Health Fund (2:25-cv-0519); (6) IBEW Local 613 and Contributing Employers Retiree Health Fund (2:25-cv-0519); (7) Local 49 Health and Welfare Fund (2:25-cv-0525).

Additionally, on June 3, 2025, Judge Singh entered an Order enforcing her May 6, 2025 Order to Show Cause, dismissing Plaintiff 1978 Retired Construction Workers Fund's case without prejudice. *See* ECF No. 603. The Order to Show Cause required Plaintiff 1978 Retired Construction Workers Fund to move for reinstatement "within 30 days of dismissal" (*i.e.*, by July 3, 2025) or its case "will be dismissed with prejudice with further order of the Court." ECF No. 546. Plaintiff has not moved for reinstatement. Defendants therefore respectfully request the Court enforce Judge Singh's Order and dismiss Plaintiff 1978 Retired Construction Workers Fund's case with prejudice.

SO ORDERED:

_____
Leda D. Wettre, USMJ
Dated: August _____, 2025

                                                  Respectfully submitted,

*/s/ Melissa A. Geist*
**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978
mgeist@reedsmith.com
jalopez@reedsmith.com

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
333 West Wolf Point Plaza

2

Chicago, IL 60654
(312) 862-2000
james.hurst@kirkland.com
diana.watral@kirkland.com
ryan.moorman@kirkland.com
jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

| /s/ Brian W. Carroll | /s/ Liza M. Walsh |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **WALSH PIZZI O'REILLY FALANGA LLP** |
| Brian W. Carroll | Liza M. Walsh |
| Four Gateway Center | Katelyn O'Reilly |
| 100 Mulberry St. | Three Gateway Center |
| Newark, NJ 07102 | 100 Mulberry St., 15th floor |
| (973) 639-2020 | Newark, NJ 07102 |
| bcarroll@mccarter.com | (973) 757-1100 |
| | lwalsh@walsh.law |
| **DAVIS POLK & WARDWELL LLP** | koreilly@thewalshfirm.com |
| James P. Rouhandeh (*pro hac vice*) | |
| David B. Toscano (*pro hac vice*) | **JONES DAY** |
| 450 Lexington Ave. | Michael R. Shumaker (*pro hac vice*) |
| New York, NY 10017 | Julie E. McEvoy (*pro hac vice*) |
| (212) 450-4000 | William D. Coglianese (*pro hac vice*) |
| rouhandeh@davispolk.com | Melissa L. Patterson (*pro hac vice*) |
| david.toscano@davispolk.com | 51 Louisiana Ave. NW |
| | Washington, DC 20001 |
| **Davis Polk & Wardwell LLP** | (202) 879-3939 |
| Neal A. Potischman (*pro hac vice*) | mrshumaker@jonesday.com |
| Andrew Yaphe (*pro hac vice*) | jmcevoy@jonesday.com |
| 900 Middlefield Road | wcoglianese@jonesday.com |
| Redwood City, CA 94063 | mpatterson@jonesday.com |
| T: (650) 752-2000 | |
| | *Attorneys for Defendant Sanofi-Aventis U.S. LLC* |
| *Attorneys for Defendant Novo Nordisk Inc.* | |


*/s/ Brian Boone*
**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
Young Yu
14 Village Park Road
Cedar Grove, NJ 07009
(973) 239-5700
tscrivo@oslaw.com
yyu@oslaw.com

**ALSTON & BIRD LLP**
Brian D. Boone
1120 S. Tyron St., Ste. 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

**ALSTON & BIRD LLP**
Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
(404) 881-7000
liz.brown@alston.com

**ALSTON & BIRD LLP**
Kelley Connolly Barnaby
950 F. Street, NW
Washington, D.C. 20004
(202) 239-3300
kelley.barnaby@alston.com

*Attorneys for Defendant OptumRx, Inc.*

*/s/ Jason R. Scherr*
**MORGAN, LEWIS & BOCKIUS LLP**
Jason R. Scherr
Elise M. Attridge
Lindsey T. Levy
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
jr.scherr@morganlewis.com
elise.attridge@morganlewis.com
lindsey.levy@morganlewis.com

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; and Medco Health Solutions, Inc.*

*/s/ Benjamin Hazelwood*
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
(202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*

cc: All Counsel of Record (via ECF)