# KELLY & GROSSMAN, LLP
## ATTORNEYS AT LAW
1248 MONTAUK HIGHWAY
WEST ISLIP, NEW YORK 11795
Telephone: (631) 314-4996
Facsimile: (516) 686-6771

---

DENNIS J. KELLY, ESQ.
DAVID C. GROSSMAN, ESQ.
BRAD A. LEVENTHAL, ESQ.
CAMERON H. BALCARCEL, ESQ.

5 Penn Plaza, 23rd Floor
New York, New York 10001
(By Appointment Only)

August 25, 2025

**VIA ECF**
Honorable Leda D. Wettre
U.S.M.J. Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** 8/26/2025

Re: **Summacare, Inc., v. Caremark, LLC, et al.**
**Case No. 2:25-cv-00465**

Dear Honorable Judge Wettre:

This firm represents Plaintiff SummaCare Inc. (Case No. 25-cv-00465). Please be advised that, on August 14, 2025, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice [Case No. 25-cv-00465, ECF No. 4], which Judge Martinotti entered on August 18, 2025 [Case No. 25-cv-00465, ECF No. 5]. A copy of Judge Martinotti's Order is enclosed for the Court's reference. Accordingly, we respectfully request the Order to Show Cause entered by Your Honor on August 8, 2025 [Case No. 23-md-3080, ECF No. 687] be withdrawn. Thank you for your attention to this matter.

Thank you for your consideration.

Respectfully submitted,
KELLY & GROSSMAN, LLP

David Grossman, Esq.

cc: ALL PARTIES VIA ECF