# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *ALL TRACKS AND ALL CASES* | **Case No. 2:23-md-03080 (BRM)(LDW)** <br> **MDL No. 3080** <br><br> **ORDER** |

**THIS MATTER** is before the Court pursuant to this Court's April 8, 2025 Order (*see* ECF No. 516) requesting the parties file supplemental briefs on the issue of constructive notice. The parties filed their supplemental briefs on May 2, 2025 (ECF Nos. 533–38), and they filed their response briefs on May 16, 2025 (ECF Nos. 563–65, 568–69). The parties appeared before this Court for oral argument on the issue of constructive notice on July 9, 2025. (*See* ECF No. 643.) During oral argument, the Court granted leave for each side (*i.e.*, Plaintiffs and Defendants) to file a post-hearing supplemental brief (*see id*. at 74:1–3), which the parties filed on July 21, 2025 (ECF Nos. 666–67). Having reviewed and considered the submissions filed in connection with the Order, for the reasons set forth in the accompanying Opinion, and for good cause having been shown,

**IT IS** on this 5th day of September 2025,

**ORDERED** that the constructive notice date applicable to all tracks and all cases is January 14, 2021; and it is further

**ORDERED** that counsel meet and confer to prepare and jointly submit a list of all pending cases that specifies, for each Plaintiff, the date the original complaint was filed and the applicable statute of limitations within thirty (30) days of this Order.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**