# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-03080 (BRM)(LDW) <br> MDL No. 3080 |
| **THIS DOCUMENT RELATES TO:** | **ORDER** |
| *The State of Mississippi, ex rel. Lynn Fitch, Attorney General v. Eli Lilly and Company, et al.* <br><br> Case No. 2:23-cv-04364 | |

     **THIS MATTER** is before the Court on Defendants Novo Nordisk Inc. ("Novo Nordisk"), Sanofi-Aventis U.S. LLC ("Sanofi"), and Eli Lilly and Company's ("Eli Lilly") (collectively, "Manufacturer Defendants") Motion for Judgment on the Pleadings (the "Motion") Plaintiff the State of Mississippi, ex rel. Honorable Lynn Fitch, Attorney General of the State of Mississippi's (the "State") claims as to GLP-1s pursuant to Federal Rule of Civil Procedure 12(c). (ECF No. 200.) The State filed an Opposition to Manufacturer Defendants' Motion (ECF No. 231), and Manufacturer Defendants filed a Reply (ECF No. 277). Having reviewed and considered the submissions filed in connection with the Motion, and for the reasons set forth in the accompanying Opinion and for good cause having been shown,

     **IT IS** on this 5th day of September 2025,

     **ORDERED** that Manufacturer Defendants' Motion for Judgment on the Pleadings is **DENIED**.

 

                                                   */s/ Brian R. Martinotti* <br>
                                                   **HON. BRIAN R. MARTINOTTI** <br>
                                                   UNITED STATES DISTRICT JUDGE