## MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: jtortorella@khmarino.com
*OF COUNSEL

September 5, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-LDW
           MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

    Pursuant to CMO #5, the parties provide this status update for the weeks ending August 29 and September 5, 2025.

1. The parties continue to meet and confer regarding various discovery matters, including (i) a proposed deposition protocol and (ii) remaining issues relating to the parties' privilege-log protocol following Judge Wettre's August 13, 2025 Order [ECF No. 691].

2. The parties are reviewing the orders the Court issued today and respectfully propose submitting a revised motion list with the next biweekly update.

    Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for*
*Class Action Track*

*/s Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*State Attorneys General Track*

*/s David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s John D. Tortorella*
John D. Tortorella

cc:    Honorable Leda D. Wettre, U.S.M.J.
        All counsel of record