# ShapiroCroland
SHAPIRO • CROLAND • REISER • APFEL • Di Iorio, LLP.

Glenn R. Reiser
Partner
greiser@shapirocroland.com
Member of NJ Bar
Direct Dial: 201-527-6000

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** _____9/8/2025_____

September 5, 2025

**VIA ECF**
Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

      **Re:**    **Insulin Pricing Litigation**
                **Case No.: 2:23-md-03080-BRM-LDW**

Dear Ms. Rhoads:

      Please remove me from receiving all future electronic docket notifications in this case. Thank you.

                          Very truly yours,

                          /s/ Glenn R. Reiser

_____
Counsellors at Law | A Limited Liability Partnership Including Professional Corporations
411 Hackensack Avenue, Hackensack, NJ 07601, tel 201-488-3900, fax 201-488-9481
www.shapiro-croland.com