**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case No. 2:23-md-03080 (BRM)(LDW)** <br> **MDL No. 3080** |
| **THIS DOCUMENT RELATES TO:** <br> **ALL CASES** | |

**THIS DOCUMENT RELATES TO: ALL CASES**

**CASE MANAGEMENT ORDER # 20**
**(Order Setting Dates for 2026 Case Management Conferences)**

These matters having been transferred to this Court by order of the Judicial Panel on Multidistrict Litigation pursuant to its order of August 4, 2023, meriting special attention as complex litigation, the Court having entered its Initial Case Management Order (ECF No. 5) on August 18, 2023, setting forth the Court's parameters and expectations of counsel during the course of this litigation, and for other good cause shown, it is **ORDERED** that:

Case Management Conferences in 2026 shall take place as follows:

- January 13, 2026 at 10:00 am
- February 10, 2026 at 10:00 am
- March 10, 2026 at 10:00 am
- April 14, 2026 at 10:00 am
- May 12, 2026 at 10:00 am
- June 16, 2026 at 10:00 am
- July 14, 2026 at 10:00 am
- August 11, 2026 at 10:00 am
- September 8, 2026 at 10:00 am

1

- October 6, 2026 at 10:00 am
- November 10, 2026 at 10:00 am
- December 8, 2026 at 10:00 am

Lead and Liaison Counsel shall appear **thirty (30) minutes** before the scheduled conference.

While in-person appearances are preferred, the Court will open a telephone conference line. Parties are to use the teleconference dial-in: 855-244-8681 and Access Code: 23028346096 ##. An attendee ID # is not required. Counsel shall be on the phone conference five (5) minutes before the scheduled start.

If any party wishes to request an adjournment of any of the above dates, that party is to advise the Court in writing at least seven (7) days prior to the scheduled Case Management Conference.

Dated: September 10, 2025

/s/ *Brian R. Martinotti*
HON. BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE