# Morgan Lewis

**Jason R. Scherr**
Partner
+1.202.373.6709
jr.scherr@morganlewis.com

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> Dated: ___9/10/2025___

September 9, 2025

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

**Re:** ***In re: Insulin Pricing Litigation,* Civil Action No. 2:23-md-03080 (MDL No. 3080)**

Dear Judge Wettre:

    Pursuant to the Court's August 13, 2025 order, ECF No. 691, the parties have continued to meet and confer concerning logging exemptions in an attempt to resolve their differences so an agreed form of Order may be presented to the Court. While the parties have made substantial progress through real-time meet-and-confer sessions and multiple exchanges of written proposals, the parties submit that additional time is needed to help reach agreement or further narrow the issues in dispute.

    Accordingly, the parties jointly request a one-week extension of the Court's deadline to present an agreed form of Order or, absent agreement, submit a joint dispute letter to the Court.

    If the foregoing request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. Thank you for your time and consideration.

    Respectfully submitted,

    *s/ Jason R. Scherr*

    Jason R. Scherr

cc: Counsel of Record (*via* ECF)

**Morgan, Lewis & Bockius** LLP

1111 Pennsylvania Avenue, NW
Washington, DC  20004         T +1.202.739.3000
United States                         F +1.202.739.3001