

September 29, 2025

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *In re Insulin Pricing Litigation*, MDL No. 3080
            Case No. 23-md-3080 (BRM) (LDW)

Dear Judge Wettre:

    We write on behalf of the Self-Funded Payer ("SFP") Track Plaintiffs to respectfully request a modification of the Court's August 13, 2025 Order (ECF No. 693), pursuant to Federal Rule of Civil Procedure 16(b)(4) and upon a showing of good cause. The Parties have met and conferred as to SFP Track Plaintiffs' request; while Defendants do not oppose the relief sought herein, they would object to any further requests for extension of these deadlines.

    On May 23, 2025, the Parties filed a joint dispute letter regarding alleged deficiencies in the SFP Track Plaintiff Fact Sheets (ECF No. 690). Following oral argument on August 12, 2025, the Court entered an Order on August 13, 2025 directing, among other things, that SFP Plaintiffs (1) conduct renewed custodial searches and seek responsive documents from third-party sources by September 30, 2025; (2) make supplemental productions of responsive materials by October 31, 2025; and (3) supplement their responses to Plaintiff Fact Sheet Questions 21, 22, 35, and 36 by September 30, 2025 (ECF No. 693).

    SFP Track Plaintiffs contend that coordinating the current September 30, 2025 deadline to supplement responses to Plaintiff Fact Sheet Questions 21, 22, 35, and 36 with the October 31, 2025 deadline to make supplemental productions of responsive materials will avoid duplicative effort, prevent piecemeal submissions, and allow Plaintiffs to incorporate responsive information derived from their renewed custodial and third-party searches into their supplemental responses. Good cause therefore exists to modify the Court's August 13, 2025 Order.

    Accordingly, SFP Track Plaintiffs respectfully request that the Court amend its August 13, 2025 Order (ECF No. 693) as follows:

1. The deadline for SFP Track Plaintiffs to supplement their responses to Plaintiff Fact Sheet Questions 21, 22, 35, and 36 shall be extended to **October 31, 2025**, the same date that supplemental productions of responsive materials are due under the Court's August 13, 2025 Order.

2. All other provisions of the August 13, 2025 Order remain in effect.

     Should this request be acceptable to Your Honor, SFP Track Plaintiffs respectfully ask that this letter be "So Ordered" and entered on the docket.

     We thank the Court for its continued attention to this matter.

Respectfully submitted,

*s/ David R. Buchanan*

David R. Buchanan

*Liaison Counsel*
*for the Self-Funded Payer Track*

cc:    Hon. Brian R. Martinotti, U.S.D.J.
        All Counsel of Record (*via* ECF)

                                                    SO ORDERED this _____ day of September, 2025

                                                  _____
                                                  Hon. Leda D. Wettre, U.S.M.J.