# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: jtortorella@khmarino.com
*OF COUNSEL

October 2, 2025

**SO ORDERED.**

s/ *Leda Dunn Wettre*, U.S.M.J.

Dated: _____10/6/2025_____

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
MDL No. 3080 | Request for Extension (CMO 19)

Dear Judge Martinotti:

We represent CVS Caremark and write on behalf of the PBM Defendants to seek a modification of Case Management Order No. 19, setting forth the deadline by which Defendants are to respond to the Motion for Leave to Amend in the Self-Funded Payer Track.

CMO 19 states that "[w]ithin 30 days of the Court decision on Defendants' Motions to Dismiss filed with respect to the 'SFP Motion to Dismiss Actions' . . . the PBM defendants will file one consolidated opposition to the Motion [for Leave to Amend]." ECF No. 435. The Court decided Defendants' Motions to Dismiss filed with respect to the SFP Motion to Dismiss Actions on September 5, 2025, ECF No. 729, 731, triggering Defendants' deadline to respond to the Motion for Leave to Amend. On September 29, 2025, SFP Plaintiffs filed a motion for reconsideration of those Orders. ECF No. 752. Accordingly, the PBM Defendants request that the Court amend Case Management Order No. 19 to allow the PBM Defendants to file a consolidated opposition to the Motion for Leave to Amend 30 days after the Court decides Plaintiffs' pending motion for reconsideration.

The PBM Defendants have conferred with Plaintiffs, who consent to this request. If the foregoing request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket.

Thank you for your attention to this matter.

Respectfully submitted,

*/s John D. Tortorella*
John D. Tortorella

*/s Nicholas C. Suellentrop*
Nicholas C. Suellentrop
Williams & Connolly LLP

LEGAL02/46795962v1

MARINO, TORTORELLA & BOYLE, P.C.
ATTORNEYS AT LAW

Honorable Brian R. Martinotti, U.S.D.J.
October 2, 2025 — Page 2

*Counsel for Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC*

cc: Honorable Leda D. Wettre, U.S.M.J.
    All counsel of record

LEGAL02/46795962v1