

SEEGERWEISS LLP

NEW YORK • NEW JERSEY • PHILADELPHIA

October 7, 2025

**<u>VIA ECF</u>**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation*, MDL No. 3080
    No. 2:23-md-03080-BRM-LDW

Dear Judge Martinotti:

   Enclosed is correspondence to the Court from David Grossman, Esq., counsel for certain Plaintiffs in the Self-Funded Payer Track. Mr. Grossman has requested that we submit the attached letter on his behalf, as he is presently unable to file it directly. We are transmitting this correspondence in our capacity as liaison counsel.

   We thank the Court for its attention to this matter.

       Respectfully submitted,

       *s/ David R. Buchanan*

       David R. Buchanan

       *Liaison Counsel for Self-Funded Payer Track*

Enclosure

cc: Honorable Leda D. Wettre, U.S.M.J.
  All Counsel of Record