October 10, 2025

**Via ECF**

Honorable Brian R. Martinotti, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

Re: *In re Insulin Pricing Litigation*, MDL No. 3080

Dear Judge Martinotti:

Pursuant to the Court's September 5, 2025 Order (ECF No. 707), the Parties have met and conferred to prepare the attached joint submission containing "a list of all pending cases that specifies, for each Plaintiff, the date the original complaint was filed, and the applicable statute of limitations." *See* Appendix A.

Appendix A lists all cases and claims along with the statutes of limitation for the identified claims under the law of that state. Appendix A also identifies where the Parties have a dispute about any statutes of limitation.

Defendants reserve all rights to make corrections and/or revisions to Appendix A and to argue that claims are time-barred or otherwise subject to dismissal, including based on the factual record developed in discovery or developments in the law. For example, and without limitation, Defendants reserve all rights to argue that an earlier notice date applies, a shorter statute of limitations should apply, or that a plaintiff had *actual* notice prior to the constructive notice date established by the Court.

Plaintiffs reserve all rights to make corrections or revisions to Appendix A and to argue that claims are not time-barred or otherwise subject to dismissal. Plaintiffs further reserve all arguments as to the applicable law governing the timeliness of any contested claims, including that choice-of-law considerations relevant to Plaintiffs' state-law claims implicate the limitations laws/doctrines of states other than the states where Plaintiffs reside, and to assert any available legal or equitable theory or doctrine to contest any time-bar defense raised by Defendants, including but not limited to accrual rules, tolling doctrines, the discovery rule, continuing-violation theory, separate-accrual rule, relation-back doctrine, the last- overt-act doctrine, or *nullum tempus*—the assertion of which may require development of the factual record in discovery. Finally, Plaintiffs object to any process by which any Plaintiff's case or claim is summarily dismissed based on Appendix A alone, without affording any such Plaintiff the opportunity to brief, appear, and be heard with respect to any potential dismissal on statute of limitations grounds.

In addition, the Parties reserve all arguments and rights as to issues not decided by the Court's constructive notice decision. Moreover, the attached Appendix is being submitted only in connection with the Court's request in its Order regarding constructive notice, and does not address or apply any other decisions or orders that have been issued or may in the future be issued by the Court.

The Parties welcome the opportunity to discuss with the Court any of the information set forth in Appendix A or in the Parties' separate submissions, which are being filed under separate cover on October 13, 2025.

Respectfully submitted,

/s/ Brian W. Carroll
**McCARTER & ENGLISH, LLP**
Brian W. Carroll
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-2020

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

**DAVIS POLK & WARDWELL LLP**
Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
900 Middlefield Road
Redwood City, CA 94063
(650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

/s/ Liza M. Walsh
**WALSH PIZZI O'REILLY FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry St., 15th floor
Newark, NJ 07102
(973) 757-1100

**JONES DAY**
Michael R. Shumaker (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
William D. Coglianese (*pro hac vice*)
Melissa Lim Patterson (*pro hac vice*)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

/s/ Joanne Cicala
Joanne Cicala
**THE CICALA LAW FIRM PLLC**
101 College Street
Dripping Springs, Texas 78620
Tel. (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com

*Lead Counsel for the State Attorney General Track*

/s/ Jason R. Scherr
**MORGAN, LEWIS & BOCKIUS LLP**
Jason R. Scherr
Douglas A. Hastings
Elise M. Attridge
Lindsey T. Levy
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: (202) 739-3000
jr.scherr@morganlewis.com
douglas.hastings@morganlewis.com
elise.attridge@morganlewis.com
lindsey.levy@morganlewis.com

*Attorneys for Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; and Express Scripts Pharmacy, Inc.*

| | |
|---|---|
| */s/ Liz Broadway Brown* | */s/ Melissa A. Geist* |
| **O'TOOLE SCRIVO, LLC** | **REED SMITH LLP** |
| Thomas P. Scrivo | Melissa A. Geist |
| Young Yu | Julia A. López |
| 14 Village Park Road | 506 Carnegie Center, Suite 300 |
| Cedar Grove, NJ 07009 | Princeton, NJ 08540 |
| T: (973) 239-5700 | (609) 514-5978 |
| tscrivo@oslaw.com | mgeist@reedsmith.com |
| yyu@oslaw.com | jalopez@reedsmith.com |
| | |
| **ALSTON & BIRD LLP** | **KIRKLAND & ELLIS LLP** |
| Brian D. Boone | James F. Hurst (*pro hac vice*) |
| 1120 S. Tyron St., Ste. 300 | Andrew A. Kassof (*pro hac vice*) |
| Charlotte, NC 28203 | Robert B. Ellis (*pro hac vice*) |
| T: (704) 444-1000 | Diana M. Watral (*pro hac vice*) |
| brian.boone@alston.com | Ryan Moorman (*pro hac vice*) |
| | Jason A. Feld (*pro hac vice*) |
| **ALSTON & BIRD LLP** | 333 West Wolf Point Plaza |
| Elizabeth Broadway Brown | Chicago, IL 60654 |
| Jordan Edwards | Tel.: (312) 862-2000 |
| 1201 W. Peachtree St. NW, Ste. 4900 | james.hurst@kirkland.com |
| Atlanta, GA 30309 | akassof@kirkland.com |
| T: (404) 881-7000 | rellis@kirkland.com |
| liz.brown@alston.com | diana.watral@kirkland.com |
| jordan.edwards@alston.com | ryan.moorman@kirkland.com |
| | jason.feld@kirkland.com |
| **ALSTON & BIRD LLP** | |
| Kelley Connolly Barnaby | *Attorneys for Defendant Eli Lilly and Company* |
| 950 F. Street, NW | |
| Washington, D.C. 20004 | |
| T: (202) 239-3300 | |
| kelley.barnaby@alston.com | |
| | |
| *Attorneys for Defendant OptumRx, Inc.* | |

*/s/ A. Joshua Podoll*
**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300
F: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Avenue, S.W.
Washington, D.C. 20024
T: (202) 434-5000
F: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark Rx, LLC; Caremark LLC; CaremarkPCS Health, LLC; and Caremark, LLC*

*/s/ Matthew F. Gately*
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
250 Pehle Avenue Suite 401
Saddle Brook, NJ 07663
Tel: (201) 845-9600
mfg@njlawfirm.com

*Interim Liaison Counsel for the Class Action Track*

**ROBERTS LAW FIRM US, PC**
Michael L. Roberts
Karen Halbert
Erich P. Schork
1920 McKinney Ave., Ste. 700
Dallas, TX 75204
Tel: (501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
erichschork@robertslawfirm.us

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Melissa L. Yeates
Jonathan F. Neumann
Jordan E. Jacobson
Kye Kyung Park
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
jmeltzer@ktmc.com
myeates@ktmc.com
jneumann@ktmc.com
jjacobson@ktmc.com
apark@ktmc.com

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

*Interim Co-Lead Counsel for the Class Action Track*

/s/ *David R. Buchanan*
**SEEGER WEISS LLP**
David R. Buchanan
55 Challenger Road
Ridgefield Park, New Jersey 07660
Telephone: (973) 639-9100
dbuchanan@seegerweiss.com

**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
Brandon L. Bogle
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140
bbogle@levinlaw.com

**BARON & BUDD, P.C.**
Mark P. Pifko
15910 Ventura Blvd. #1600
Los Angeles, California 91436
818-839-2333
mpifko@baronbudd.com

**KOZYAK TROPIN & THROCKMORTON LLP**
Benjamin J. Widlanski
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
305-372-1800
bwidlanski@kttlaw.com

*Co-Lead Counsel for the Self-Funded Payer Track*

cc: All Counsel of Record (via ECF and electronic mail)