**SeegerWeiss LLP**
NEW YORK • NEW JERSEY • PHILADELPHIA

October 10, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *In re Insulin Pricing Litigation*, MDL No. 3080
                Case No. 2:23-md-03080-BRM-LDW
                October 14, 2025 CMC Agenda

Dear Judge Martinotti:

      We write on behalf of the parties to submit a proposed agenda for the Case Management Conference scheduled for Tuesday, October 14, 2025.

## CMC Agenda

- Follow-up from the Court's September 5, 2025 Opinions and Orders.

      In lieu of submitting an additional MDL case list, the parties respectfully refer to their joint Appendix A filed earlier today [ECF No. 761-1], which identifies all current MDL cases.

                      \*     \*     \*

Thank you for your continuing attention to this matter.

                                                Respectfully submitted,

*/s/ Joanne Cicala*                         */s/ David R. Buchanan*
Joanne Cicala                                 David R. Buchanan
*Liaison Counsel for*                    *Liaison Counsel for*
*State Attorney General Track*      *Self-Funded Payer Track*

*/s/ Matthew Gately*                     */s/ John D. Tortorella*
Matthew Gately                            John D. Tortorella
*Liaison Counsel for*
*Class Action Track*

cc:      Honorable Leda D. Wettre, U.S.M.J. (*via* ECF)
           Counsel of Record (*via* ECF)