

**WALSH**
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 13, 2025

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

Re: *In re Insulin Pricing Litigation*, MDL No. 3080

Dear Judge Martinotti:

Pursuant to the Court's September 5, 2025 Order (ECF 707), and as previewed in the Parties' joint cover letter dated October 10, 2025, Defendants write separately to provide their position (and respond to positions taken by Plaintiffs) regarding Appendix A, which contains "a list of all pending cases that specifies, for each Plaintiff, the date the original complaint was filed, and the applicable statute of limitations."  Appendix A serves as a tool to identify cases and claims that should be dismissed as untimely based solely on the January 14, 2021 constructive notice date set forth in the Court's September 5, 2025 order. (ECF 706, 707).  To aid the Court, Defendants provide two lists below, showing the cases and claims that should be dismissed as untimely based on the undisputed statutes of limitation and the Court's order.  All of them are from the SFP Track.[1]  Defendants look forward to meeting with the Court this week and discussing our proposed process as outlined below.

Plaintiffs bear the burden of showing why the Court's ruling establishing a constructive notice date does *not* foreclose claims that, running from that date, were not filed within the applicable limitations period.  Across the board, Plaintiffs cannot meet that burden.[2]  Defendants submit that the Court should establish a process to resolve any disputes by ordering the SFP Plaintiffs to file, within 14 days, an omnibus submission

---

[1] Defendants reserve the right to identify additional cases and claims that should be dismissed after meeting-and-conferring with Plaintiffs regarding the disputed statutes of limitation as well as applying the Court's other rulings to any claims not dismissed due to the constructive notice ruling.  Defendants also reserve the right to assert that certain claims should be narrowed, including with respect to discovery or damages, based on the Court's constructive notice ruling.

[2] Defendants reserve all rights regarding Plaintiffs' arguments, including the right to further explain why *Mathews* step 2, tolling doctrines, and choice-of-law do not save Plaintiffs' untimely claims or cases from dismissal.

October 13, 2025
Page 2

identifying: (1) each claim in the two lists below that SFP Plaintiffs contend is not time-barred, including the authorities on which SFP Plaintiffs rely; and (2) the applicable exceptions that SFP Plaintiffs contend save their otherwise time-barred claims, including citations to legal authority establishing the elements of the exception. Once the SFP Plaintiffs have made that submission, the parties can meet and confer, and then propose a process for how to address any disputes.

In connection with Appendix A, SFP Plaintiffs have suggested various arguments as to why the Court's constructive notice ruling does not render particular claims—and some entire cases—untimely. Those arguments all lack merit.

To start, SFP Plaintiffs argue that dismissal is premature because they might later want to argue that, for some (unidentified) state law claims, the Court should apply the law of each Defendant's home state, "or perhaps" the law of "another state altogether," rather than the law of the Plaintiff's home state. SFP Pls.' Oct. 10, 2025 Letter, at 1-2. But the Court's September 5, 2025 order was clear—it directed the parties to provide "for each Plaintiff," and necessarily for each claim, "the applicable statute of limitations." ECF 707. Thus, Plaintiffs were required to specify which cases, if any, require application of another state's law and identify the relevant statute of limitations. They did not. Instead, for the first time on October 8, SFP Plaintiffs vaguely asserted that the statute of limitations they identified might not be the "applicable" statute of limitations for some (unidentified) claims because a choice-of-law question might complicate the analysis. Plaintiffs have long known the facts they now contend could require a choice-of-law analysis—such as the locations where Defendants are headquartered or conduct business—but even now they have not identified any facts or legal theories that would support applying the law of a state other than where the Plaintiff is located. Regardless, SFP Plaintiffs allege state statutory claims in nearly every case, and thus have already identified the state law they contend applies.

SFP Plaintiffs' other arguments are equally unavailing. SFP Plaintiffs attempt to argue that the Court's order does not apply to state-law claims and is instead somehow limited to civil RICO claims. But the Court already rejected the contention that Plaintiff-specific considerations somehow "preclude[d] a uniform inquiry notice date." ECF 706 at 30 n.16. SFP Plaintiffs also argue that some states require more than notice of the alleged injury—such as notice of the cause of the injury or the falsity of the statement—for a plaintiff to "discover" its claims or for a cause of action to accrue. But this argument is also foreclosed by the Court's constructive notice ruling. The Court held that all Plaintiffs were on constructive notice by January 14, 2021, when the Senate Insulin Report was released, because the report "represents the first reliable disclosure ... that skyrocketing insulin prices were **caused** by the defendants' collective misconduct" and "all of the assurances ... that emanated from the Defendants' were **false**." *Id*. at 26 (internal quotations omitted). Plaintiffs are thus attempting to re-litigate the Court's clear decision.[3]

---

[3] SFP Plaintiffs' assertion that the Court's constructive notice ruling does not apply to claims asserted against the Group Purchasing Organization Defendants is yet another example of Plaintiffs' attempts to re-litigate

October 13, 2025
Page 3

Nor do any of the exceptions SFP Plaintiffs reference in their submission—which they already raised in the original motion to dismiss briefing *and* in the constructive notice briefing—save their claims:

**Nullum Tempus:** SFP Plaintiffs did not claim in Appendix A that *nullum tempus* was the "applicable statute of limitations" for any of their claims. Nor do they cite any authority for the proposition that *nullum tempus* applies to them. It does not. *See, e.g., City of Philadelphia v. Lead Indus. Ass'n, Inc*., 994 F.2d 112, 118 (3d Cir. 1993) ("The rationale of [*nullum tempus* ] is that the Commonwealth, as plaintiff, seeks the vindication of public rights and the protection of public property."); *Mayor and Council of Wilmington v. Dukes,* 157 A.2d 789, 794, 52 Del. 318 (1960) (*nullum tempus* applies when a state is "suing in its sovereign capacity").

**Mathews Step 2:** SFP Plaintiffs cannot carry their burden (and thus cannot save their claims) under *Mathews* step 2, which requires them to demonstrate that they "exercised reasonable due diligence and yet were unable to discover their injuries." ECF 706 at 6 (cleaned up). To the contrary, hundreds of Plaintiffs have already admitted they did not investigate insulin pricing *at all* following issuance of the Senate Report, or did not begin investigating until shortly before filing. As part of the Court-ordered Plaintiff Fact Sheet process, SFP Plaintiffs were required to "[i]dentify the earliest date on which You began investigating the pricing of Defendants' At-Issue Products for the purpose of bringing the present action." Plaintiffs overwhelmingly answered "shortly before filing this lawsuit" or gave a date just prior to when they filed suit. This is fatal to their claims listed below. Where "storm warnings existed, and the [plaintiffs] chose not to investigate," the Court shall "deem them on inquiry notice of their claims." *Benak ex rel. All. Premier Growth Fund v. All. Cap. Mgmt. L.P.*, 435 F.3d 396, 401 (3d Cir. 2006).

**Equitable Tolling/Fraudulent Concealment:** These equitable doctrines do not apply where, as here, a plaintiff is presumed to be on notice of its claim but fails to take action to investigate and file suit within the limitations period.[4] To avoid dismissal, Plaintiffs bear the burden of showing that they exercised "reasonable due diligence in attempting to uncover the relevant facts." *Cetel v. Kirwan Fin. Grp., Inc*., 460 F.3d 509 (3d Cir. 2006); *see also Mathews v. Kidder, Peabody & Co.*, 260 F.3d 239, 256 (3d Cir. 2001) (rejecting these

---

issues already decided. SFP Plaintiffs made the same argument during the briefing on constructive notice. *See, e.g.*, ECF 535 at 14. The Court rejected that argument when it held that "the date of constructive notice in the *In re Insulin Pricing Litigation MDL* (Dkt. No. 2:23-md-3080) is January 14, 2021." ECF 706 at 30. That ruling applies across the MDL, to "all tracks and all cases," including all parties. ECF 707.

[4] *See, e.g., Prospect Dev., LLC v. Kreger*, 55 N.E.3d 64, 71 (Ill. Ct. App. 2016) ("where a plaintiff ... should have discovered the fraud through ordinary diligence, he cannot later use fraudulent concealment as a shield in the event that he does not file suit within the statutory period"); *Raner v. Fun Pimps Ent. LLC*, 2024 WL 1557681, at *10 (W.D. Wash. Apr. 10, 2024) (where plaintiff fails to provide evidence of "due diligence in trying to uncover facts," "he has not met his burden to justify application of equitable tolling"); *Dowe v. Leeds Brown L., P.C.*, 419 F. Supp. 3d 748, 762 (S.D.N.Y. 2019) (where plaintiff "shuts his eyes to the facts which call for investigation, knowledge of the fraud will be imputed to him").

October 13, 2025
Page 4

doctrines where plaintiffs did not show they "exercised reasonable due diligence in investigating their claim"). Again, SFP Plaintiffs cannot meet that burden here given their nearly uniform admissions that they did not investigate their claims at all during the limitations period.

**Continuing Violation:** This doctrine is inapplicable as a matter of law. It covers only "a narrow class of continuing violations for which courts have concluded that a claim accrues over time," not claims—like those brought by Plaintiffs—that are based on "discrete acts, which are individually actionable[] [and] time-barred if raised outside of the applicable statute of limitations." *Evans v. Port Auth. of N.Y. & N.J.*, 2007 WL 3071808, at *10 (D.N.J. Oct. 18, 2007); *Heraeus Med. GmbH v. Esschem, Inc.*, 927 F.3d 727, 740 (3d Cir. 2019). SFP Plaintiffs' claims fall squarely in the latter bucket. There is no ongoing or evolving tort: insulin list prices have not increased for years, and continuing to charge the same alleged "artificially inflated" list price does not start a new limitations period. These purely legal arguments fail.

**Separate Accrual:** The separate accrual doctrine is also inapplicable. It requires a new injury from a "separable, new predicate act," not just additional purchases arising from the same alleged misconduct. *See, e.g.*, *Klehr v. A.O. Smith Corp.*, 521 U.S. 179, 190 (1997) (plaintiffs cannot use "an independent, new act as a bootstrap to recover for injuries caused by other predicate acts that took place outside the limitations period"); *Daugherty v. Adams*, 2019 WL 7987859, at *17 (W.D. Pa. Nov. 15, 2019) (separate accrual requires both a new predicate act and a new and independent injury, not a "continuation of [an] initial injury"). Because the Court has held that all Plaintiffs were or should have been aware of the alleged pricing scheme by at least January 14, 2021, the limitations clock cannot be restarted by later transactions. Here, too, SFP Plaintiffs' legal argument fails.

\* \* \* \* \*

Defendants identify below, drawing from Appendix A, the list of (1) cases for which the time between January 14, 2021 and the filing of the case was longer than the longest undisputed statute of limitations period applicable to *any* claim in that case, and (2) cases and claims for which the time between January 14, 2021 and the filing of the case was longer than the undisputed statute of limitations period for the specific listed claims. Defendants respectfully submit that those cases and claims can and should be dismissed based on the Court's constructive notice decision. To the extent any Plaintiffs disagree, they should be required to follow the omnibus submission process proposed above to tee up any disputes for the Court's resolution.

For the statutes of limitations that are in dispute in Appendix A, Defendants request an additional two weeks to meet-and-confer to narrow the outstanding areas of dispute, and to propose a schedule for submitting those disputes to the Court.

October 13, 2025
Page 5

In addition, going forward, Defendants submit that a show-cause procedure should apply to any new cases filed in or transferred into this MDL. In particular, within 14 days after such a case is direct-filed in or transferred into this MDL, the Plaintiff should be required to file a statement (1) identifying the statute of limitations that the Plaintiff contends applies to each of its claims, and (2) for any facially time-barred claim, explaining why such claim should not be dismissed as untimely on the basis of the Court's constructive notice ruling.

### (1) Cases Where *All* Claims Are Untimely

| Case Name | Case Number | Date Filed | Longest Undisputed SOL |
|---|---|---|---|
| Teamsters Local 639 Employers Health Fund; Teamsters Local 639 Employers Pension Trust Fund 401(h) Retiree Medical Plan | 2-25-cv-14539 | 08/12/2025 | 4 years |
| Pasco County, Florida | 2-25-cv-00913 | 04/11/2025 | 4 years |
| NCL Corporation Ltd., Miami, Florida; NCL (Bahamas) Ltd., Miami, Florida | 2-25-cv-12981 | 07/08/2025 | 4 years |
| Macon-Bibb County, Georgia | 2-25-cv-01342 | 02/19/2025 | 4 years |
| Classic Collision, Georgia | 2-25-cv-13009 | 07/09/2025 | 4 years |
| Howard County Board of Education, Maryland | 2-25-cv-01869 | 06/27/2025 | 4 years |
| HealthTrust, Inc., New Hampshire | 2-25-cv-15849 | 09/22/2025 | 4 years |
| Northern New England Benefit Trust d/b/a Allegiant Care and Allegiant Rx, New Hampshire | 2-25-cv-16132 | 09/30/2025 | 4 years |
| City of Charleston, South Carolina | 2-25-cv-01869 | 03/14/2025 | 4 years |
| Clarendon County, South Carolina | 2-25-cv-15706 | 09/16/2025 | 4 years |
| City of Memphis, Tennessee | 2-25-cv-01659 | 03/26/2025 | 4 years |
| Texas Health Resources, Texas | 2-25-cv-02072 | 03/26/2025 | 4 years |

October 13, 2025
Page 6

| Case Name | Case Number | Date Filed | Longest Undisputed SOL |
|---|---|---|---|
| U.A. Plumbers Local Union Number 68 Welfare Fund, Texas | 2-25-cv-13016 | 07/09/2025 | 4 years |
| Fairfax County, Virginia | 2-24-cv-10171 | 10/30/2024 | 3 years |
| Prince William County, Virginia | 2-24-cv-11307 | 12/19/2024 | 3 years |
| Montgomery County, Virginia | 2-25-cv-00015 | 01/09/2025 | 3 years |
| Stafford County, Virginia | 2-25-cv-00044 | 01/09/2025 | 3 years |
| Chesterfield County, Virginia | 2-25-cv-00014 | 01/10/2025 | 3 years |
| Albemarle County, Virginia | 2-25-cv-00690 | 01/23/2025 | 3 years |
| Pittsylvania County, Virginia | 2-25-cv-01037 | 02/06/2025 | 4 years |
| County of Henry, Virginia | 2-25-cv-01329 | 02/18/2025 | 4 years |
| County of Orange, Virginia | 2-25-cv-07008 | 06/03/2025 | 4 years |
| City of Norfolk, Virginia | 2-25-cv-13057 | 07/09/2025 | 3 years |

### (2) Cases with Untimely Claims

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| City of Birmingham, Alabama | 2-25-cv-00416 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Northern Arizona Public Employees Benefit Trust | 2-25-cv-00183 | Arizona Consumer Fraud Act, Ariz. Rev. Stat. Ann. §§ 44-1521, et seq. | 01/07/2025 | 1 year |
| | | Fraud | | 3 years |
| | | Civil Conspiracy | | 3 years |

October 13, 2025
Page 7

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Kyrene School District, Arizona | 2-25-cv-00350 | Arizona Consumer Fraud Act, Ariz. Rev. Stat. Ann. §§ 44-1521, et seq. | 01/13/2025 | 1 year |
| | | Fraud | | 3 years |
| | | Civil Conspiracy | | 3 years |
| Tempe Union High School District, Arizona | 2-25-cv-00347 | Arizona Consumer Fraud Act, Ariz. Rev. Stat. Ann. §§ 44-1521, et seq. | 01/13/2025 | 1 year |
| | | Fraud | | 3 years |
| | | Civil Conspiracy | | 3 years |
| St. Joseph Holdings LLC, d/b/a the Carpenter Health Network | 2-25-cv-01163 | Fraud | 02/11/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Hytrol Conveyer Company, Inc., Arkansas | 2-25-cv-01415 | Fraud | 02/24/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| City of Rogers, Arkansas | 2-25-cv-03916 | Fraud | 04/04/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| Oceanside Unified School District, California | 2-24-cv-10540 | Fraud | 11/15/2024 | 3 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 8

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| California Schools Voluntary Employee Benefit Associations, California | 2-25-cv-00311 | California False Advertising Law Cal. Bus. & Prof. Code § 16700, et seq. | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unjust Enrichment | | 3 years |
| San Ysidro School District, California | 2-25-cv-00358 | Fraud | 01/13/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| Silgan Containers Manufacturing Corporation, California Silgan Containers LLC, California | 2-25-cv-00384 | California Consumer Legal Remedies Act Cal. Civ. Code § 1750, et seq. (CLRA) | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Hawthorne School District, California | 2-25-cv-00352 | Fraud | 01/13/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| Centinela Valley Union High School District, California | 2-25-cv-00487 | Fraud | 01/14/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| Montage Health, California | 2-25-cv-00475 | Fraud | 01/14/2025 | 3 years |
| | | Money Had and Received | | 2 years |
| | | Unjust Enrichment | | 3 years |
| Salinas Valley Health, California | 2-25-cv-00490 | Fraud | 01/14/2025 | 3 years |
| | | Money Had and Received | | 2 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 9

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|-----------|----------|-----------------|------------|----------------|
| Clovis Unified School District, California | 2-25-cv-03622 | California Cartwright Act, Cal. Bus. & Prof. Code § 16700, et seq. | 04/30/2025 | 4 years |
| | | California Unfair Competition Law, Cal. Bus. and Prof. Code § 17200 et. seq. | | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 3 years |
| San Marino Unified School District, California | 2-25-cv-05692 | California Cartwright Act, Cal. Bus. & Prof. Code § 16700, et seq. | 05/27/2025 | 4 years |
| | | California Unfair Competition Law, Cal. Bus. and Prof. Code § 17200 et. seq. | | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 10

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Alhambra Unified School District, California | 2-25-cv-12351 | California Cartwright Act, Cal. Bus. & Prof. Code § 16700, et seq. | 06/30/2025 | 4 years |
| | | California Unfair Competition Law, Cal. Bus. and Prof. Code § 17200 et. seq. | | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 3 years |
| Contractors Health Trust, Colorado | 2-25-cv-00481 | Fraud | 01/14/2025 | 3 years |
| | | Money Had and Received | | 3 years |
| | | Unjust Enrichment | | 3 years |
| | | Civil Conspiracy | | 3 years |
| International Union of Operating Engineers Local No. 478 Health Benefits Fund, Connecticut | 2-24-cv-06303 | Civil Conspiracy | 02/26/2024 | 3 years |
| | | Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | | 3 years |
| | | Fraud | | 3 years |
| Heat and Frost Insulators Local No. 33 Health Fund, Connecticut | 2-24-cv-06233 | Civil Conspiracy | 05/17/2024 | 3 years |
| | | Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | | 3 years |
| | | Fraud | | 3 years |

October 13, 2025
Page 11

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Iron Workers' Locals No. 15 and 424 Extended Benefit Fund, Cromwell, Connecticut | 2-24-cv-07720 | Civil Conspiracy | 07/12/2024 | 3 years |
| | | Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | | 3 years |
| | | Fraud | | 3 years |
| New England Health Care Employees Welfare Fund, Connecticut | 2-24-cv-08770 | Civil Conspiracy | 08/27/2024 | 3 years |
| | | Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | | 3 years |
| | | Fraud | | 3 years |
| City of Meriden, Connecticut | 2-25-cv-01809 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | | 3 years |
| | | Fraud | | 3 years |
| City of Torrington, Connecticut | 2-25-cv-01333 | Civil Conspiracy | 08/20/2025 | 3 years |
| | | Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | | 3 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |

October 13, 2025
Page 12

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| City of Middletown, Connecticut | 2-25-cv-01398 | Civil Conspiracy | 08/28/2025 | 3 years |
| | | Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | | 3 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Asbestos Workers Local Union #42, Delaware | 2-25-cv-13006 | Delaware Deceptive Trade Practices Act (Delaware DTPA) 6 Del. C. §§2531-2536 | 07/09/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Money Had and Received | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 3 years |
| Hall County, Georgia | 2-25-cv-00386 | Georgia Fair Business Practices Act Ga. Code Ann. § 10-1-390 et seq. | 01/13/2025 | 2 years |
| Indian Prairie School District, Illinois | 2-24-cv-10512 | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 11/14/2024 | 3 years |
| Valley View Community Unit School District, Illinois | 2-25-cv-00205 | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 01/08/2025 | 3 years |

October 13, 2025
Page 13

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Waukegan Community Unit School District, Illinois | 2-25-cv-00206 | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 01/08/2025 | 3 years |
| Oswego Community Unit School District, Illinois | 2-25-cv-00208 | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 01/08/2025 | 3 years |
| Health and Welfare Fund of the Excavating, Grading and Asphalt Craft, Illinois | 2-25-cv-01774 | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 01/13/2025 | 3 years |
| Teamsters Local 731 Health and Welfare Fund, Illinois | 2-25-cv-01781 | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 01/13/2025 | 3 years |
| Chicago Tile Institute Welfare Fund, Illinois | 2-25-cv-04038 | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | 04/14/2025 | 4 years |
| | | Illinois Antitrust Act, 740 ILCA 10/1 et seq. | | 4 years |
| | | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |

October 13, 2025
Page 14

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Central States Joint Board Health & Welfare Fund, Illinois | 2-25-cv-13075 | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 07/09/2025 | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Key Benefits Administrators, Inc., Indianapolis, Indiana | 2-25-cv-00437 | Indiana Antitrust Act, Indiana Code §24-1-2-1 | 01/14/2025 | 2 years |
| | | Indiana Deceptive Consumer Sales Act, Indiana Code §24-5-0.5-1, et seq. | | 2 years |
| Kentucky Laborers' District Council Health and Welfare Fund | 2-24-cv-07091 | Civil Conspiracy | 06/18/2024 | 1 year |
| | | Kentucky Consumer Protection Act, Ky. Rev. Stat. § 367.110, et seq. (KCPA) | | 2 years |
| Norton Healthcare, Kentucky | 2-25-cv-00464 | Civil Conspiracy | 01/14/2025 | 1 year |
| | | Kentucky Consumer Protection Act, Ky. Rev. Stat. § 367.110, et seq. (KCPA) | | 2 years |
| Plumbers and Steamfitters Local Union 577 Health and Welfare Fund, Kentucky | 2-25-cv-05127 | Kentucky Consumer Protection Act, Ky. Rev. Stat. § 367.110, et seq. (KCPA) | 05/22/2025 | 2 years |
| | | Civil Conspiracy | | 1 year |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |

October 13, 2025
Page 15

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Bossier Parish, Louisiana | 2-23-cv-00589 | Civil Conspiracy | 07/24/2023 | 2 years |
| | | Louisiana Unfair Trade Practices and Consumer Protection Act | | 1 year |
| Parish Government Risk Management Agency, Louisiana | 2-24-cv-08097 | Civil Conspiracy | 07/29/2024 | 2 years |
| | | Louisiana Unfair Trade Practices and Consumer Protection Act | | 1 year |
| Parish of Caddo, Louisiana | 2-25-cv-00452 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Louisiana Unfair Trade Practices and Consumer Protection Act | | 1 year |
| Bossier Parish School Board, Louisiana | 2-25-cv-01322 | Civil Conspiracy | 02/18/2025 | 2 years |
| | | Louisiana Unfair Trade Practices and Consumer Protection Act | | 1 year |
| MaineGeneral Health, Maine | 2-25-cv-13591 | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | 07/21/2025 | 4 years |
| Mayor & City Council of Baltimore, Maryland | 2-24-cv-05099 | Civil Conspiracy | 3/18/2024 | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 16

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|-----------|----------|-----------------|------------|----------------|
| Caroline County Public Schools, Maryland | 2-24-cv-11059 | Civil Conspiracy | 12/11/2024 | 3 years |
|  |  | Fraud |  | 3 years |
|  |  | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) |  | 3 years |
|  |  | Unjust Enrichment |  | 3 years |
| Cecil County Public Schools, Maryland | 2-24-cv-11054 | Civil Conspiracy | 12/11/2024 | 3 years |
|  |  | Fraud |  | 3 years |
|  |  | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) |  | 3 years |
|  |  | Unjust Enrichment |  | 3 years |
| Dorchester County Public Schools, Maryland | 2-24-cv-11057 | Civil Conspiracy | 12/11/2024 | 3 years |
|  |  | Fraud |  | 3 years |
|  |  | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) |  | 3 years |
|  |  | Unjust Enrichment |  | 3 years |
| Charles County Public Schools, Maryland | 2-24-cv-11151 | Civil Conspiracy | 12/13/2024 | 3 years |
|  |  | Fraud |  | 3 years |
|  |  | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) |  | 3 years |
|  |  | Unjust Enrichment |  | 3 years |
| Board of Education of Kent County, Maryland | 2-24-cv-11153 | Civil Conspiracy | 12/13/2024 | 3 years |
|  |  | Fraud |  | 3 years |
|  |  | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) |  | 3 years |
|  |  | Unjust Enrichment |  | 3 years |

October 13, 2025
Page 17

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Board of Education of Queen Anne County, Maryland | 2-24-cv-11160 | Civil Conspiracy | 12/13/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Board of Education of St. Mary's County, Maryland | 2-24-cv-11152 | Civil Conspiracy | 12/13/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Board of Education of Talbot County, Maryland | 2-24-cv-11142 | Civil Conspiracy | 12/13/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Board of Education of Washington County, Maryland | 2-24-cv-11158 | Civil Conspiracy | 12/13/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Hagerstown Community College, Maryland | 2-24-cv-11150 | Civil Conspiracy | 12/13/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 18

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Board of Education of Calvert County, Maryland | 2-24-cv-11201 | Civil Conspiracy | 12/16/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Worcester County, Maryland | 2-25-cv-00080 | Civil Conspiracy | 01/03/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Carroll County Public Schools, Maryland | 2-25-cv-00177 | Civil Conspiracy | 01/07/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Worcester County Public Schools, Maryland | 2-25-cv-00178 | Civil Conspiracy | 01/07/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Frederick County Public Schools, Maryland | 2-25-cv-00226 | Civil Conspiracy | 01/09/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 19

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Baltimore City Board of School Commissioners, Maryland | 2-25-cv-01311 | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | 01/10/2025 | 3 years |
| | | Civil Conspiracy | | 3 years |
| Montgomery County Public Schools, Maryland | 2-25-cv-00281 | Civil Conspiracy | 01/10/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Prince George County Public Schools, Maryland | 2-25-cv-00277 | Civil Conspiracy | 01/10/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Maryland-National Capital Park and Planning Commission, Maryland | 2-25-cv-00389 | Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unjust Enrichment | | 3 years |
| | | Civil Conspiracy | | 3 years |
| Transit Employees Health and Welfare Plan, Maryland | 2-25-cv-00517 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Deceptive Trade Practices Law, §13-303, et seq. | | 3 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 20

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| UFCW Unions and Participating Employers Health and Welfare fund, Maryland | 2-25-cv-00516 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Deceptive Trade Practices Law, §13-303, et seq. | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Prince George's County, Maryland | 2-25-cv-01560 | Maryland Deceptive Trade Practices Law, §13-303, et seq. | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unjust Enrichment | | 3 years |
| | | Civil Conspiracy | | 3 years |
| Electrical Welfare Trust Fund, Maryland | 2-25-cv-00476 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Maryland Deceptive Trade Practices Law, §13-303, et seq. | | 3 years |
| | | Unjust Enrichment | | 3 years |
| City of New Bedford, Massachusetts | 2-25-cv-00282 | Civil Conspiracy | 01/10/2025 | 3 years |
| | | Fraud | | 3 years |
| City of Brockton, Massachusetts | 2-25-cv-00307 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| City of Beverly, Massachusetts | 2-25-cv-00305 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| North Atlantic States Carpenters Health Benefits Fund, Massachusetts | 2-25-cv-00300 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |

October 13, 2025
Page 21

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Creative Office Resources, Massachusetts | 2-25-cv-13010 | Civil Conspiracy | 07/09/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Massachusetts Consumer Protection Act, Mass. Gen. Laws Ann. Ch 93A, §2 | | 4 years |
| Beth Israel Lahey Health, Massachusetts | 2-25-cv-13933 | Civil Conspiracy | 07/30/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Massachusetts Consumer Protection Act, Mass. Gen. Laws Ann. Ch 93A, §2 | | 4 years |
| City of Methuen, Massachusetts | 2-25-cv-14276 | Civil Conspiracy | 08/07/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Massachusetts Consumer Protection Act, Mass. Gen. Laws Ann. Ch 93A, §2 | | 4 years |

October 13, 2025
Page 22

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Mass General Bringham Incorporated, Massachusetts | 2:25-cv-16179 | Civil Conspiracy | 10/01/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Massachusetts Consumer Protection Act, Mass. Gen. Laws Ann. Ch 93A, §2 | | 4 years |
| MIIA Health Benefits Trust ("HBI"), Massachussetts | 2:25-cv-16228 | Civil Conspiracy | 10/03/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Massachusetts Consumer Protection Act, Mass. Gen. Laws Ann. Ch 93A, §2 | | 4 years |
| Cal-Maine Foods, Mississippi | 1-25-cv-03411 | Fraud | 4/28/2025 | 3 years |
| | | Mississippi Consumer Protection Act (Miss. Code Ann. § 75-24-1, et seq.) | | 3 years |
| | | Breach of Implied Covenant of Good Faith and Fair Dealing | | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 3 years |

October 13, 2025
Page 23

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| O'Reilly Automotive, Inc., Missouri | 2-25-cv-13938 | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | 07/30/2025 | 4 years |
| Fire Chief Quentin Randolph of the Northeast Ambulance and Fire Protection District in St. Louis, Missouri | 2-25-cv-16114 | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | 09/30/2025 | 4 years |
| Passaic Public Schools, New Jersey | 2-25-cv-04014 | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | 05/08/2025 | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Ridgewood Public Schools, New Jersey | 2-25-cv-04814 | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | 05/20/2025 | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Erie County, New York | 2-24-cv-00632 | New York General Business Law N.Y. Gen. Bus. Law §349 | 02/02/2024 | 3 years |
| Niagara County, New York | 2-24-cv-00652 | New York General Business Law N.Y. Gen. Bus. Law §349 | 02/02/2024 | 3 years |

October 13, 2025

Page 24

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Oneida County, New York | 2-24-cv-00694 | New York General Business Law N.Y. Gen. Bus. Law §349 | 02/02/2024 | 3 years |
| Onondaga County, New York | 2-24-cv-00646 | New York General Business Law N.Y. Gen. Bus. Law §349 | 02/02/2024 | 3 years |
| Broome County, New York | 2-24-cv-00692 | New York General Business Law N.Y. Gen. Bus. Law §349 | 02/06/2024 | 3 years |
| Warren County, New York | 2-24-cv-00992 | New York General Business Law N.Y. Gen. Bus. Law §349 | 02/21/2024 | 3 years |
| Ulster County, New York | 2-24-cv-07854 | New York General Business Law N.Y. Gen. Bus. Law §349 | 07/18/2024 | 3 years |
| County of Oswego, New York | 2-24-cv-09157 | New York General Business Law N.Y. Gen. Bus. Law §349 | 09/13/2024 | 3 years |
| Monroe County, New York | 2-25-cv-00223 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/09/2025 | 3 years |
| Montgomery County, New York | 2-25-cv-00217 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/09/2025 | 3 years |
| Otsego County, New York | 2-25-cv-00225 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/09/2025 | 3 years |
| 1199 Service Employees International Union Benefit Funds, New York | 2-25-cv-00264 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/10/2025 | 3 years |
| Suffolk County, New York | 2-25-cv-00238 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/10/2025 | 3 years |

October 13, 2025
Page 25

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|-----------|----------|-----------------|------------|----------------|
| Teamsters Local 237 Retirees' Benefit Fund, New York | 2-25-cv-00258 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/10/2025 | 3 years |
| Westchester County, New York | 2-25-cv-00383 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/13/2025 | 3 years |
| Division 1181 A.T.U. New York Welfare Fund (Amalgamated Transit Union New York Welfare Fund Division 1181) | 2-25-cv-00513 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/14/2025 | 3 years |
| New York Society for the Relief of the Ruptured and Crippled, maintaining the Hospital for Special Surgery, New York | 2-25-cv-00768 | New York General Business Law N.Y. Gen. Bus. Law §349 | 01/28/2025 | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| I.A.T.S.E. National Health and Welfare Fund, New York | 2-25-cv-14266 | New York General Business Law N.Y. Gen. Bus. Law §349 | 08/07/2025 | 3 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Westbury Union Free School District, New York | 2-25-cv-15976 | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | 09/26/2025 | 4 years |

October 13, 2025
Page 26

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| The Incorporated Village of Hempstead, New York | 2-25-cv-15979 | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | 09/26/2025 | 4 years |
| City of Greensboro, North Carolina | 2-25-cv-00388 | Fraud | 01/13/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| City of Winston-Salem, North Carolina | 2-25-cv-00373 | Fraud | 01/13/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| Gaston County, North Carolina | 2-25-cv-00357 | Fraud | 01/13/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| Lincoln County, North Carolina | 2-25-cv-00364 | Fraud | 01/13/2025 | 3 years |
| | | Unjust Enrichment | | 3 years |
| Ohio Laborers District Council – Ohio Contractors Association Insurance Fund, Ohio | 2-25-cv-00400 | Ohio Consumer Sales Practices Act, Ohio Revised Code §1345.01 et seq. | 01/14/2025 | 2 years |
| Heartland Health and Wellness Trust, Ohio | 2-25-cv-00502 | Ohio Consumer Sales Practices Act, Ohio Revised Code §1345.01 et seq. | 01/14/2025 | 2 years |
| Rootstown Local School District, Ohio | 2-25-cv-00537 | Civil Conspiracy | 01/15/2025 | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |

October 13, 2025
Page 27

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Loudonville-Perrysville ESVD, Ohio | 2-25-cv-00544 | Civil Conspiracy | 01/15/2025 | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Norwayne Local Schools, Ohio | 2-25-cv-00547 | Civil Conspiracy | 01/15/2025 | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Chippewa Local School District, Ohio | 2-25-cv-00542 | Civil Conspiracy | 01/15/2025 | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |

October 13, 2025
Page 28

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Green Local School District, Ohio | 2-25-cv-00536 | Civil Conspiracy | 01/15/2025 | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Hillsdale Local School District, Ohio | 2-25-cv-00541 | Civil Conspiracy | 01/15/2025 | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Wayne County Schools Career Center, Ohio | 2-25-cv-01234 | Civil Conspiracy | 02/13/2025 | 4 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |

October 13, 2025

Page 29

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Kyocera SGS Precision Tools, Ohio | 2-25-cv-13013 | Civil Conspiracy | 07/09/2025 | 4 years |
| | | Fraud | | 4 years |
| | | Ohio Consumer Sales Practices Act, Ohio Revised Code §1345.01 et seq. | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Building Trades Welfare Fund for the Ohio Valley, Ohio | 2-25-cv-13015 | Civil Conspiracy | 07/09/2025 | 4 years |
| | | Fraud | | 4 years |
| | | Ohio Consumer Sales Practices Act, Ohio Revised Code §1345.01 et seq. | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| Plumbers and Pipefitters Local 94 Health and Welfare Plan, Ohio | 2-25-cv-13015 | Civil Conspiracy | 07/09/2025 | 4 years |
| | | Fraud | | 4 years |
| | | Ohio Consumer Sales Practices Act, Ohio Revised Code §1345.01 et seq. | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |

October 13, 2025

Page 30

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| City of Oklahoma City, Oklahoma | 2-25-cv-00390 | Oklahoma Consumer Protection Act, 15 O.A. §§ 751-764 (OCPA) | 01/13/2024 | 3 years |
| | | Fraud | | 2 years |
| | | Unjust Enrichment | | 2 years |
| City of Midwest City, Oklahoma | 2-25-cv-00478 | Oklahoma Consumer Protection Act, 15 O.A. §§ 751-764 (OCPA) | 01/14/2024 | 3 years |
| | | Fraud | | 2 years |
| | | Unjust Enrichment | | 2 years |
| City of Portland, Oregon | 2-24-cv-10597 | Civil Conspiracy | 11/19/2024 | 2 years |
| | | Fraud | | 2 years |
| | | Oregon's Unlawful Trade Practices Act, ORS 646.605, et seq. | | 1 year |
| Albert Gallatin Area School District, Pennsylvania | 2-25-cv-00533 | Civil Conspiracy | 04/18/2023 | 2 years |
| | | Fraud | | 2 years |
| International Union of Operating Engineers Welfare Fund of Eastern PA, Pennsylvania | 2-24-cv-06312 | Civil Conspiracy | 02/26/2024 | 2 years |
| | | Fraud | | 2 years |
| Pittsburgh Public Schools, Pennsylvania | 2-24-cv-10150 | Civil Conspiracy | 10/29/2024 | 2 years |
| | | Fraud | | 2 years |
| Western Pennsylvania Schools Health Care Consortium, Inc., Pennsylvania | 2-24-cv-10249 | Civil Conspiracy | 11/01/2024 | 2 years |
| | | Fraud | | 2 years |

October 13, 2025

Page 31

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Cambria County, Pennsylvania | 2-24-cv-10366 | Civil Conspiracy | 11/07/2024 | 2 years |
| | | Fraud | | 2 years |
| Butler Area School District, Pennsylvania | 2-24-cv-10735 | Civil Conspiracy | 11/25/2024 | 2 years |
| | | Fraud | | 2 years |
| School District of Greater Johnstown, Pennsylvania | 2-24-cv-10719 | Civil Conspiracy | 11/25/2024 | 2 years |
| | | Fraud | | 2 years |
| Big Spring School District, Pennsylvania | 2-25-cv-00211 | Civil Conspiracy | 01/08/2025 | 2 years |
| | | Fraud | | 2 years |
| Allegheny County Schools Health Insurance Consortium, Pennsylvania | 2-25-cv-00228 | Civil Conspiracy | 01/09/2025 | 2 years |
| | | Fraud | | 2 years |
| Western Pennsylvania Electrical Employees Insurance Trust Fund, Pennsylvania | 2-25-cv-00292 | Civil Conspiracy | 01/11/2025 | 2 years |
| | | Fraud | | 2 years |
| Berlin Brothersvalley School District, Pennsylvania | 2-25-cv-00361 | Civil Conspiracy | 01/13/2025 | 2 years |
| | | Fraud | | 2 years |
| Conemaugh Township School District, Pennsylvania | 2-25-cv-00368 | Civil Conspiracy | 01/13/2025 | 2 years |
| | | Fraud | | 2 years |
| Mars Area School District, Pennsylvania | 2-25-cv-00363 | Civil Conspiracy | 01/13/2025 | 2 years |
| | | Fraud | | 2 years |

October 13, 2025
Page 32

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Windber Area School District, Pennsylvania | 2-25-cv-00454 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Karns City Area School District, Pennsylvania | 2-25-cv-00433 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Moniteau School District, Pennsylvania | 2-25-cv-00435 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| NECU LU No. 313 IBEW Health & Welfare Fund, Pittsburg, Allegheny County, Pennsylvania | 2-25-cv-00493 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Penn Cambria School District, Pennsylvania | 2-25-cv-00414 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Charleroi School District, Pennsylvania | 2-25-cv-00432 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Burgettstown Area School District, Pennsylvania | 2-25-cv-00492 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| California Area School District, Pennsylvania | 2-25-cv-00497 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Delaware County, Pennsylvania | 2-25-cv-00398 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Forest Hills School District, Pennsylvania | 2-25-cv-00429 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Plum Borough School District, Pennsylvania | 2-25-cv-00486 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |

October 13, 2025
Page 33

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Purchase Line School District, Pennsylvania | 2-25-cv-00422 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Steubenville Electrical Welfare Fund, Pennsylvania; IBEW Local 163, Pennsylvania; IBEW Local 375, Pennsylvania | 2-25-cv-00503 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Upper St. Clair School District, Pennsylvania | 2-25-cv-00418 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| West Mifflin Area School District, Pennsylvania | 2-25-cv-00494 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Franklin County Career And Technology Center, Pennsylvania | 2-25-cv-00420 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Grove City Area School District, Pennsylvania | 2-25-cv-00495 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| IBEW Local 712, Pennsylvania | 2-25-cv-00498 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Indiana Area School District, Pennsylvania | 2-25-cv-00423 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| Intermediate Unit One Health Insurance Consortium, Pennsylvania | 2-25-cv-00489 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |

October 13, 2025
Page 34

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Chartiers-Houston School District, Pennsylvania | 2-25-cv-00534 | Civil Conspiracy | 01/15/2025 | 2 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |
| Avonworth School District, Pennsylvania | 2-25-cv-00532 | Civil Conspiracy | 01/15/2025 | 2 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |
| Laborers' District Council of Western Pennsylvania Welfare Fund | 2-25-cv-02877 | Civil Conspiracy | 04/18/2025 | 2 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |

October 13, 2025
Page 35

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Apollo-Ridge School District, Pennsylvania | 2-25-cv-04006 | Civil Conspiracy | 05/08/2025 | 2 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |
| Bucks County, Commonwealth of Pennsylvania. | 2-25-cv-04360 | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | 05/16/2025 | 4 years |
| | | Civil Conspiracy | | 2 years |
| | | Fraud | | 2 years |
| | | Unjust Enrichment | | 4 years |
| Freeport Area School District, Pennsylvania | 2-25-cv-04591 | Civil Conspiracy | 05/19/2025 | 2 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |

October 13, 2025
Page 36

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Ringgold School District, Pennsylvania | 2-25-cv-05666 | Civil Conspiracy | 05/27/2025 | 2 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |
| Godshalls Quality Meats Inc., Pennsylvania | 2-25-cv-13011 | Civil Conspiracy | 07/09/2025 | 2 years |
| | | Fraud | | 2 years |
| | | Money Had and Received | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |
| Ohio State Plumbers & Pipefitters Health and Welfare Plan, Pennsylvania | 2-25-cv-13014 | Civil Conspiracy | 07/09/2025 | 2 years |
| | | Fraud | | 2 years |
| | | Money Had and Received | | 4 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |

October 13, 2025
Page 37

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| The Trustees of the University of Pennsylvania, Pennsylvania | 2-25-cv-13210 | Civil Conspiracy | 07/11/2025 | 2 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |
| West Allegheny School District, Pennsylvania | 2-25-cv-14709 | Civil Conspiracy | 08/18/2025 | 2 years |
| | | Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | | 4 years |
| | | Fraud | | 2 years |
| | | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | | 4 years |
| | | Unjust Enrichment | | 4 years |

October 13, 2025
Page 38

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| LDG Medical Services Group, San Juan, PR; Integrity Medical Group, Isabela, PR; Instituto Medico Familiar Inc., Canovanas, PR; Instituto Medico Familiar de Este Inc., Canovanas, PR; Salud 2011, San Juan, PR; MENR Medical Services Corp., San Juan, PR; Comprehensive Geriatric Care of San Juan, PR; Centro Medico Salinas, Salinas, PR; Best Health Group, San Juan, PR; East Best Health, San Juan, PR; G.M.D.C. Inc., San Juan, PR; Grupo Medico de Cayey LLC, San Juan, PR; NRMD Health Provider LLC, PR | 2-24-cv-00725 | Bad faith | 05/09/2023 | 1 year |
| | | Negligence/claims under Article 1536 | | 1 year |
| | | Negligent and/or intentional misrepresentations | | 1 year |
| | 2-24-cv-09641 | Bad faith | 07/12/2024 | 1 year |
| | | Negligence/claims under Article 1536 | | 1 year |

October 13, 2025

Page 39

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Sistema Integrado de Salud de Oeste, Isabella, PR; East Coast Medical Services Corp., Fajardo, PR; Costa Este Medical Services, L.L.C., Fajardo, PR; Family Medicine Group Inc., Carolina, PR; Internal medicine Canovanas Group, Inc., Canovanas, PR | | Negligent and/or intentional misrepresentations | | 1 year |
| Hamblen County, Tennessee | 2-24-cv-06456 | Fraud | 04/05/2024 | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| Greene County, Tennessee | 2-24-cv-06919 | Fraud | 06/11/2024 | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| Memphis-Shelby County Schools, Tennessee | 2-24-cv-10308 | Civil Conspiracy | 11/05/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |

October 13, 2025
Page 40

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Metropolitan Government of Nashville & Davidson County, Tennessee | 2-25-cv-00354 | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | 01/13/2025 | 3 years |
| Southern Freight Services, Inc. of Morristown, Tennessee | 2-25-cv-00323 | Fraud | 01/13/2025 | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| State of Franklin Healthcare Associates, Johnson City, Tennessee; SOFHA Management Services, Johnson City, Tennessee; SOFHA Employment Services, Johnson City, Tennessee | 2-25-cv-00365 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| City of Morristown, Tennessee | 2-25-cv-00313 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| Claiborne County Board of Education, Tennessee | 2-25-cv-00294 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |

October 13, 2025
Page 41

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Grainger County, Tennessee | 2-25-cv-00296 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| Washington County, Tennessee | 2-25-cv-00328 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| Worldwide Equipment Enterprises, Inc., Tennessee | 2-25-cv-00340 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| Hamilton County Board of Education, Tennessee | 2-25-cv-00302 | Civil Conspiracy | 01/13/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| Sound Health and Wellness Trust, Tennessee | 2-25-cv-00491 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| UFCW Local One Health Care Fund | 2-25-cv-00468 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |

October 13, 2025
Page 42

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| UFCW Health Ins. Plan for Active Employees, Washington; and UFCW Health Ins. Plan for Retirees | 2-25-cv-00505 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| Brookdale Senior Living, Tennessee | 2-25-cv-00488 | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | 01/14/2025 | 3 years |
| Maryville City Schools, Tennessee | 2-25-cv-00440 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Unlawful restraint of trade Tenn. Code Ann. §§ 47-25-101, et seq. | | 3 years |
| United Food and Commercial Workers Local 1529 Health & Welfare Fund | 2-25-cv-00501 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| Everett Financial, Texas | 2-25-cv-00291 | Civil Conspiracy | 01/11/2025 | 2 years |
| | | Texas Deceptive Trade Practices Act (DTPA) | | 2 years |
| | | Unjust Enrichment | | 2 years |
| Upbound Group, Texas | 2-25-cv-00509 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Texas Deceptive Trade Practices Act (DTPA) | | 2 years |
| | | Unjust Enrichment | | 2 years |
| Granite School District, Utah | 2-24-cv-11338 | Fraud | 12/19/2024 | 3 years |
| | | Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et seq. (UCSPA) | | 3 years |

October 13, 2025
Page 43

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Salt Lake City School District, Utah | 2-24-cv-11339 | Fraud | 12/19/2024 | 3 years |
| | | Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et seq. (UCSPA) | | 3 years |
| South Sanpete School District, Utah | 2-24-cv-11340 | Fraud | 12/19/2024 | 3 years |
| | | Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et seq. (UCSPA) | | 3 years |
| Canyons School District, Utah | 2-25-cv-00182 | Fraud | 01/07/2025 | 3 years |
| | | Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et seq. (UCSPA) | | 3 years |
| Emery County School District, Utah | 2-25-cv-00180 | Fraud | 01/07/2025 | 3 years |
| | | Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et seq. (UCSPA) | | 3 years |
| Washington County, Utah | 2-25-cv-00372 | Fraud | 01/13/2025 | 3 years |
| | | Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et seq. (UCSPA) | | 3 years |
| Alpine School District, Utah | 2-25-cv-00456 | Fraud | 01/14/2025 | 3 years |
| | | Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et seq. (UCSPA) | | 3 years |
| County Board of Arlington County, Virginia | 2-23-cv-22776 | Civil Conspiracy | 11/06/2023 | 2 years |
| | | Fraud | | 2 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |

October 13, 2025
Page 44

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| City of Alexandria, Virginia | 2-23-cv-22769 | Civil Conspiracy | 11/14/2023 | 2 years |
| | | Fraud | | 2 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| Henrico County, Virginia | 2-23-cv-23042 | Civil Conspiracy | 11/20/2023 | 2 years |
| | | Fraud | | 2 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| City of Roanoke, Virginia Roanoke City School Board | 2-24-cv-00559 | Civil Conspiracy | 12/18/2023 | 2 years |
| | | Fraud | | 2 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| Board of Supervisors for Accomack, Virginia | 2-24-cv-06329 | Civil Conspiracy | 04/29/2024 | 2 years |
| | | Unjust Enrichment | | 3 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| City of Portsmouth, Virginia | 2-24-cv-06331 | Civil Conspiracy | 04/29/2024 | 2 years |
| | | Unjust Enrichment | | 3 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| City of Virginia Beach, Virginia; School Board of the City of Virginia Beach, Virginia | 2-24-cv-07885 | Civil Conspiracy | 07/19/2024 | 2 years |
| | | Fraud | | 2 years |
| | | Unjust Enrichment | | 3 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |

October 13, 2025
Page 45

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| City of Newport News, Virginia | 2-24-cv-10766 | Civil Conspiracy | 11/26/2024 | 2 years |
| | | Unjust Enrichment | | 3 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| City of Charlottesville, Virginia | 2-24-cv-11035 | Civil Conspiracy | 12/11/2024 | 2 years |
| | | Unjust Enrichment | | 3 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| County of York, Virginia | 2-24-cv-11351 | Civil Conspiracy | 12/20/2024 | 2 years |
| | | Unjust Enrichment | | 3 years |
| | | Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | | 2 years |
| Clark County, Washington | 2-24-cv-06568 | Civil Conspiracy | 05/30/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Unjust Enrichment | | 3 years |
| City of Tacoma, Washington | 2-24-cv-10375 | Civil Conspiracy | 11/07/2024 | 3 years |
| | | Fraud | | 3 years |
| | | Unjust Enrichment | | 3 years |
| Gospel Missionary & Union d/b/a Avant Ministries, Washington | 2-25-cv-00485 | Civil Conspiracy | 01/14/2025 | 3 years |
| | | Fraud | | 3 years |
| | | Money Had and Received | | 3 years |
| | | Unjust Enrichment | | 3 years |
| City of Huntington, West Virginia | 2-24-cv-10684 | Fraud | 11/22/2025 | 2 years |
| | | Civil Conspiracy | | 2 years |

October 13, 2025
Page 46

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| Employer-Teamsters Local Nos. 175/505 Health & Welfare Trust Fund, West Virginia | 2-25-cv-00341 | Fraud | 01/13/2025 | 2 years |
| | | Civil Conspiracy | | 2 years |
| West Virginia Laborers' Trust Fund, West Virginia | 2-25-cv-00401 | Fraud | 01/13/2025 | 2 years |
| | | Civil Conspiracy | | 2 years |
| Diocese of Wheeling-Charleston, West Virginia Kaley Group, West Virginia Bear Contracting, West Virginia | 2-25-cv-00521 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| | | Money Had and Received | | 3 years |
| Standard Labs, West Virginia Port Amherst, LTD, West Virginia | 2-25-cv-00523 | Civil Conspiracy | 01/14/2025 | 2 years |
| | | Fraud | | 2 years |
| | | Money Had and Received | | 3 years |
| Elmbrook School District, Wisconsin | 2-25-cv-00376 | Fraud | 01/13/2025 | 3 years |
| | | Wisconsin Deceptive Trade Practices Act (Wis. Stat. 100.18) | | 3 years |
| Green Bay Area Public Schools, Wisconsin | 2-25-cv-00374 | Fraud | 01/13/2025 | 3 years |
| | | Wisconsin Deceptive Trade Practices Act (Wis. Stat. 100.18) | | 3 years |
| Milwaukee County, Wisconsin | 2-25-cv-00378 | Fraud | 01/13/2025 | 3 years |
| | | Wisconsin Deceptive Trade Practices Act (Wis. Stat. 100.18) | | 3 years |

October 13, 2025
Page 47

| Case Name | Case No. | Untimely Claims | Date Filed | Undisputed SOL |
|---|---|---|---|---|
| School District of South Milwaukee, Wisconsin | 2-25-cv-00382 | Fraud | 01/13/2025 | 3 years |
| | | Wisconsin Deceptive Trade Practices Act (Wis. Stat. 100.18) | | 3 years |
| Whitnall School District | 2-25-cv-00379 | Fraud | 01/13/2025 | 3 years |
| | | Wisconsin Deceptive Trade Practices Act (Wis. Stat. 100.18) | | 3 years |

We appreciate the Court's consideration of this submission and ongoing attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh