UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case 2:23-md-03080-BRM-LDW<br>MDL No. 3080<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LEDA DUNN WETTRE |

THIS DOCUMENT RELATES TO ALL CASES

<u>CASE MANAGEMENT ORDER # 22</u>
**(ORDER FOLLOWING OCTOBER 15, 2025 CASE MANAGEMENT CONFERENCE)**

This matter having come before the Court for a status conference on October 15, 2025, and for good cause shown,

**IT IS** on this 21st day of October 2025, **ORDERED** as follows:

1. The parties shall meet and confer for the purpose of selecting 3-4 attorneys per side to participate in future preconference meetings.

2. The parties shall meet and confer with Judge Dickson regarding the issues raised in the parties' recent statute of limitations submissions and to establish a process to address these issues.

3. For calendar year 2026, preconference meetings shall begin at 10:00 a.m.

4. To facilitate efficient advancement of this MDL, the parties for all defendants and all plaintiff tracks shall meet and confer as to the process by which cases within this MDL shall proceed.

5. Biweekly status update letters shall be submitted to the Court on Thursdays, instead of Fridays. The parties do not need to submit a status letter on October 16.

6. The case management conference scheduled before Judge Martinotti on November 11, 2025 is cancelled. To the extent Judge Wettre or Judge Dickson believes a conference is appropriate in November to address issues then before her or him, she or he shall schedule a conference as appropriate.

7. All discovery-related disputes shall be raised to the Court in the manner set forth in the Court's September 26, 2025, text order [ECF No. 749].

      */s/ Brian R. Martinotti*  
      **HON. BRIAN R. MARTINOTTI, U.S.D.J.**