**MARINO, TORTORELLA & BOYLE, P.C.**

ATTORNEYS AT LAW

| | | |
|---|---|---|
| KEVIN H. MARINO<br>JOHN D. TORTORELLA<br>JOHN A. BOYLE<br>———<br>EREZ J. DAVY*<br>MICHAEL J. FLYNN | 437 SOUTHERN BOULEVARD<br>CHATHAM, NEW JERSEY 07928-1488<br>TELEPHONE (973) 824-9300<br>FAX (973) 824-8425<br>www.khmarino.com | 875 THIRD AVENUE, 21ST FLOOR<br>NEW YORK, NEW YORK 10022<br>TELEPHONE (212) 864-7200<br>e-mail: jtortorella@khmarino.com<br>*OF COUNSEL |

November 5, 2025

<u>**VIA ECF**</u>

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

   Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
     MDL No. 3080 | CMO 23

Dear Judge Martinotti:

  We represent the CVS Caremark and Zinc Defendants and write on behalf of all parties in accordance with CMO No. 22, which directed the parties to "meet and confer with Judge Dickson regarding the issues raised in the parties' recent statute of limitations submissions and to establish a process to address those issues." ECF No. 776. Having met and conferred as directed, the parties agree on the terms set forth in the attached proposed CMO. If the proposed CMO is acceptable to Your Honor, the parties respectfully request that the Court enter it as CMO No. 23.

  Thank you for your continuing attention to this matter.

                    Respectfully submitted,

                    <u>*/s John D. Tortorella*</u>
                    John D. Tortorella
                    *Counsel for Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC*

                    <u>*/s Nicholas C. Suellentrop*</u>
                    Nicholas C. Suellentrop
                    Williams & Connolly LLP
                    *Counsel for Defendants Caremark Rx, LLC, Caremark LLC, and Caremark PCS Health, LLC*

cc: Honorable Lena D. Wettre, U.S.M.J.
   All counsel of record