**McCarter & English**

Brian W. Carroll
Partner

T. 973-639-2020
F. 973-624-7070

bcarroll@McCarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

> **SO ORDERED.**
>
> s/ Leda Dunn Wettre, U.S.M.J.
>
> Dated: _____11/10/2025_____

November 7, 2025

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

\*\* Application granted. The parties are directed to file the August 15, 2025 dispute letter and exhibits on the docket. The dispute letter and any exhibits containing confidential information shall be filed under temporary seal pursuant to Local Civil Rule 5.3(c)(4).

Re:   *In re Insulin Pricing Litigation,* No. 2:23-md-3080 (BRM/LDW) | MDL No. 3080

Dear Judge Wettre:

This Firm, together with Davis Polk & Wardwell LLP, represents Defendant Novo Nordisk Inc. in the above-captioned matter. On August 15, 2025, Plaintiffs filed a Letter Motion to Compel Manufacturer Defendants' responses to Interrogatories Numbers 7, 8, and 9 (the "Motion to Compel") temporarily under seal. Several of the exhibits attached to Plaintiffs' Motion to Compel contain information that is confidential and/or proprietary to the Manufacturer Defendants. As such, the Manufacturer Defendants intend to move to permanently seal those exhibits.

In accordance with Local Civil Rule 6.1, the Manufacturer Defendants respectfully <u>request an extension of time to file their Consolidated Joint Motion to Seal to and including November 19, 2025.</u> \*\* The requested extension will afford Manufacturer Defendants adequate time to confer with Plaintiffs about the scope of the sealing requests and to finalize the papers in support thereof. Plaintiffs consent to this extension request.

If the proposed extension meets with Your Honor's approval, we respectfully request that the Court indicate its agreement by "so ordering" this letter.

We thank the Court for its time and continued attention to this matter.

Respectfully submitted,

/s/ Brian W. Carroll
Brian W. Carroll, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T: (973) 639-2020

James P. Rouhandeh, Esq. (*pro hac vice*)
Patrick W. Blakemore, Esq. (*pro hac vice*)
DAVIS POLK & WARDWELL LLP

ME1\58954910.v2

November 7, 2025
Page 2

450 Lexington Avenue
New York, NY 10017
T: (212) 450-4000

Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
T: (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

*/s/ Melissa A. Gest*
Melissa A. Geist
Julia A. López
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
T: (609) 514-5978

James F. Hurst, Esq. (*pro hac vice*)
Diana M. Watral, Esq. (*pro hac vice*)
Ryan Moorman, Esq. (*pro hac vice*)
Jason A. Feld, Esq. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
T: (312) 862-2000

*Attorneys for Defendant Eli Lilly and Company*

*/s/ Liza M. Walsh*
WALSH PIZZI O'REILLY FALANGA LLP
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry St., 15th floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
KOReilly@walsh.law

ME1\58954910.v2

JONES DAY
Michael R. Shumaker (pro hac vice)
Julie E. McEvoy (pro hac vice)
William D. Coglianese (pro hac vice)
Melissa Lim Patterson (pro hac vice)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939
mrshumaker@JonesDay.com
jmcevoy@jonesday.com
wcoglianese@jonesday.com
mpatterson@jonesday.com

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*


cc:    Honorable Brian R. Martinotti, U.S.D.J..
       All counsel of record