

Park 80 West-Plaza One  
250 Pehle Avenue  
Suite 401  
Saddle Brook, NJ 07663  

(201) 845-9600 Main  
(201) 845-9423 Fax  

Matthew F. Gately, Esq.  
mfg@njlawfirm.com  
Direct Line: (551) 497-7189

December 1, 2025

**VIA ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Dear Judge Wettre:

      Plaintiffs submit this letter per the Court's October 31, 2025 Docket Order (ECF No. 787) and the related November 14, 2025 submissions by the Manufacturer Defendants (ECF No. 805), and CVS-Zinc and Optum-Emisar (ECF No. 806).  Plaintiffs disagree with several of the representations contained in those submissions — including any suggestion that the FTC Production issues are moot and/or have been waived as to defendants other than Ascent — but as there is no dispute pending as to those defendants, simply reserves its rights at this time.  Plaintiffs will continue to meet and confer with Defendants as appropriate and to the extent any FTC Production discovery remains in dispute after such further conferrals, Plaintiffs will work with the affected defendants to present those disputes in an orderly fashion for the Court to adjudicate.

      Plaintiffs thank the Court for its continued attention to this matter.

      Respectfully submitted,

      */s/ Matthew F. Gately*

      Matthew F. Gately