**McCarter & English**

| | Brian W. Carroll | McCarter & English, LLP |
|---|---|---|
| | Partner | Four Gateway Center |
| | T. 973-639-2020 | 100 Mulberry Street |
| | F. 973-297-3713 | Newark, NJ 07102-4056 |
| | bcarroll@McCarter.com | www.mccarter.com |

December 4, 2025

<u>**VIA ECF**</u>

| Honorable Brian R. Martinotti, U.S.D.J. | Honorable Leda Dunn Wettre, U.S.M.J. |
|---|---|
| United States District Court | United States District Court |
| District of New Jersey | District of New Jersey |
| Frank Lautenberg Post Office & | Martin Luther King Federal Building & |
| U.S. Courthouse | U.S. Courthouse |
| 2 Federal Plaza, 3rd Floor | 50 Walnut Street |
| Newark, NJ 07102 | Newark, NJ 07101 |

**Re:** *In re Insulin Pricing Litigation,* **No. 2:23-md-3080 (BRM/LDW) | MDL No. 3080**

Dear Judges Martinotti and Wettre:

      This Firm, together with Davis Polk & Wardwell LLP, represents Defendant Novo Nordisk Inc. ("Novo Nordisk") in the above-referenced matter. I write jointly on behalf of all parties.

      The parties continue to confer about next steps in the MDL. Pursuant to a schedule that they have negotiated, they expect the conferral process to continue in December. Assuming the parties are unable to resolve all issues, they propose to discuss with the Court—or Judge Wettre or Judge Dickson, if the Court so directs—during the week of <u>January 12, 2026</u> (subject to availability, but ideally adjacent to the <u>January 13, 2026</u> Case Management Conference). The parties will submit any competing proposals to the Court, or whomever the Court designates, by the close of business (Eastern Time) on <u>Wednesday, January 7, 2026.</u> The parties will be prepared to discuss those proposals during the conferral. The parties will separately confer about whether any additional briefing should be submitted with the proposals and the length of that briefing, if any.

      In light of the foregoing, the parties jointly propose that the Court cancel the Case Management Conference scheduled for <u>December 11, 2025</u>. Should Judge Wettre prefer, the parties will be prepared to present oral argument remotely regarding Plaintiffs' interrogatories to the Manufacturer Defendants.

      We thank the Court for its time and continued attention to this matter.

Respectfully submitted,

*/s/ Brian W. Carroll*
Brian W. Carroll, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T: (973) 639-2020

James P. Rouhandeh, Esq. (*pro hac vice*)
Patrick W. Blakemore, Esq. (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
T: (212) 450-4000

Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
T: (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

cc:     All Counsel of Record