

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 6, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *In re: Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-LDW
             MDL No. 3080

Dear Judge Wettre,

This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC in the above-captioned action. On December 9, 2025, the Court held a hearing regarding discovery issues, and during the sealed portion of the hearing heard oral argument regarding Plaintiffs' Letter Motion to Compel Responses to Interrogatories 7, 8, and 9 (ECF 801) (the "Motion to Compel"). During the hearing, there were references to information that is confidential and/or proprietary to the Manufacturer Defendants. As such, and consistent with the Court's order (ECF 824) granting the Manufacturer Defendants' motion to seal certain exhibits from the briefing on the Motion to Compel, the Manufacturer Defendants filed a notice of intent to redact portions of the hearing transcripts on December 30, 2025 (ECF 831).

In accordance with Local Civil Rule 6.1, and given the holidays, the Manufacturer Defendants respectfully request an extension of time until January 27, 2026 to file their motion to seal. The requested extension will allow the Manufacturer Defendants adequate time to confer with Plaintiffs about the scope of the requested redactions and to finalize the papers in support. The Manufacturer Defendants conferred with counsel for Plaintiffs, who do not oppose the extension.

Should this request be acceptable to Your Honor, we respectfully ask that the Court indicate its agreement by "so ordering" this letter. We thank the Court for its consideration of this submission and its continued attention to this matter.

Hon. Leda D. Wettre, U.S.M.J.
January 6, 2026
Page 2

          Respectfully submitted,

          */s/ Liza M. Walsh*
          **WALSH PIZZI O'REILLY FALANGA LLP**
          Liza M. Walsh
          Selina M. Ellis
          Katelyn O'Reilly
          Lauren R. Malakoff
          Three Gateway Center
          100 Mulberry Street, 15th Floor
          Newark, NJ 07102
          (973) 757-1100

          **JONES DAY**
          Michael R. Shumaker (*pro hac vice*)
          Julie E. McEvoy (*pro hac vice*)
          William D. Coglianese (*pro hac vice*)
          Melissa L. Patterson (*pro hac vice*)
          51 Louisiana Ave. NW
          Washington, DC 20001
          (202) 879-3939

          *Attorneys for Defendant*
          *Sanofi-Aventis U.S. LLC*

          */s/ Brian W. Carroll*
          **MCCARTER & ENGLISH, LLP**
          Brian W. Carroll
          Four Gateway Center
          100 Mulberry St.
          Newark, NJ 07102
          (973) 639-2020

          **DAVIS POLK & WARDWELL LLP**
          James P. Rouhandeh (*pro hac vice*)
          David B. Toscano (*pro hac vice*)
          450 Lexington Ave.
          New York, New York 10017
          (212) 450-4000

          **DAVIS POLK & WARDWELL LLP**
          Neal A. Potischman (*pro hac vice*)
          Andrew Yaphe (*pro hac vice*)
          900 Middlefield Road, Suite 200
          Redwood City, CA 94063

Hon. Leda D. Wettre, U.S.M.J.
January 6, 2026
Page 3

(650) 752-2000

*Attorneys for Defendant*
*Novo Nordisk Inc.*

/s/ Melissa A. Geist

**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Robert B. Ellis (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendant*
*Eli Lilly and Company*

SO ORDERED this 8th day of January, 2026:

_____
Honorable Leda Dunn Wettre, U.S.M.J.