**McCarter & English**

| | Brian W. Carroll | McCarter & English, LLP |
|---|---|---|
| | Partner | Four Gateway Center |
| | T. 973-639-2020 | 100 Mulberry Street |
| | F. 973-297-3713 | Newark, NJ 07102-4056 |
| | bcarroll@McCarter.com | www.mccarter.com |

January 12, 2026

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.  
United States District Court  
District of New Jersey  
Frank Lautenberg Post Office &  
U.S. Courthouse  
2 Federal Plaza, 3rd Floor  
Newark, NJ 07102

Honorable Leda Dunn Wettre, U.S.M.J.  
United States District Court  
District of New Jersey  
Martin Luther King Federal Building &  
U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07101

Re: *In re Insulin Pricing Litigation,* No. 2:23-md-3080 (BRM/LDW) | MDL No. 3080

Dear Judges Martinotti and Wettre:

This Firm, together with Davis Polk & Wardwell LLP, represents Defendant Novo Nordisk Inc. in the above-referenced matter. We write on behalf of all Defendants to respectfully request an expansion of the number of attorneys permitted to participate in pre-Case Management Conference meetings on the defense side. *See* CMO # 22 [ECF No. 776] (no more than three to four attorneys per side).

As the Court is aware, this action involves six distinct defendant groups with separate interests and positions. Defendants believe that limiting defense participation in preconference meetings to three or four attorneys in total would not allow for adequate representation of each of the six defendant groups in these discussions. Accordingly, to ensure that each defendant group is appropriately represented by counsel of its choosing, including liaison and New Jersey counsel, Defendants respectfully request that the Court increase the number of attorneys permitted to attend future preconference meetings on the defense side to twelve attorneys (the number necessary to allow two attorneys per Defendant to attend).

We thank the Court for its consideration of this request and its continued attention to this matter.

Respectfully submitted,

*/s/ Brian W. Carroll*  
Brian W. Carroll, Esq.  
**McCARTER & ENGLISH, LLP**  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102  
T: (973) 639-2020

James P. Rouhandeh, Esq. (*pro hac vice*)  
Patrick W. Blakemore, Esq. (*pro hac vice*)

ME1\59608718.v2

**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
T: (212) 450-4000

Neal A. Potischman, Esq. (*pro hac vice*)
Andrew Yaphe, Esq. (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
900 Middlefield Road
Redwood City, CA 94063
T: (650) 752-2000

*Counsel for Defendant Novo Nordisk Inc.*

*/s/ Melissa A. Gest*
Melissa A. Geist
Julia A. López
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
T: (609) 514-5978

James F. Hurst, Esq. (*pro hac vice*)
Diana M. Watral, Esq. (*pro hac vice*)
Ryan Moorman, Esq. (*pro hac vice*)
Jason A. Feld, Esq. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
T: (312) 862-2000

*Counsel for Defendant Eli Lilly and Company*

*/s/ Liza M. Walsh*
**WALSH PIZZI O'REILLY FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry St., 15th floor
Newark, NJ 07102
T: (973) 757-1100
lwalsh@walsh.law
KOReilly@walsh.law

**JONES DAY**
Michael R. Shumaker (pro hac vice)
Julie E. McEvoy (pro hac vice)
William D. Coglianese (pro hac vice)

ME1\59608718.v2

January 12, 2026
Page 3

Melissa Lim Patterson (pro hac vice)
51 Louisiana Ave. NW
Washington, DC 20001
T: (202) 879-3939
mrshumaker@JonesDay.com
jmcevoy@jonesday.com
wcoglianese@jonesday.com
mpatterson@jonesday.com

*Counsel for Defendant Sanofi-Aventis U.S. LLC*

/s/ John D. Tortorella
Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300
F: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
T: (202) 434-5000
F: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Counsel for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*

*/s/ Jason R. Scherr*
Jason R. Scherr
Douglas A. Hastings
Elise M. Attridge
Lindsey T. Levy
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
jr.scherr@morganlewis.com
douglas.hastings@morganlewis.com
elise.attridge@morganlewis.com
lindsey.levy@morganlewis.com
T: (202) 739-3000

*Counsel for Evernorth Health, Inc.; Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Medco Health Solutions, Inc., and The Cigna Group*

*/s/ Brian D. Boone*
Thomas P. Scrivo
Young Yu
**O'TOOLE SCRIVO, LLC**
14 Village Park Road
Cedar Grove, NJ 07009
T: (973) 239-5700
tscrivo@oslaw.com

Brian D. Boone
**ALSTON & BIRD LLP**
1120 S. Tryon Street, Ste. 300
Charlotte, NC 28280
T: (704) 444-1000
Brian.boone@alston.com

Elizabeth Broadway Brown
Jordan Edwards
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W. Peachtree Street, NW, Ste. 4900
Atlanta, GA 30309-3424
T: (404) 881-7000
liz.brown@alston.com
jordan.edwards@alston.com

ME1\59608718.v2

Kelley Connolly Barnaby
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington, D.C. 20004
T: (202) 239-3300
Kelley.barnaby@alston.com

*Counsel for Defendants UnitedHealth Group Incorporated; OptumRx, Inc.; Optum, Inc.; and OptumInsight, Inc.*