UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti       Date: 01/13/2026
Magistrate Judge: Leda Wettre       Case Nos: 23MDL3080
Court Reporter: Tammera Witte

Title of the Case:

In Re: INSULIN PRICING LITIGATION

### Appearances

David Buchanan, Interim Liaison Counsel for Self-Funded Payer Track
W. Lawrence Deas & Trey Watkins Interim Liaison Counsel for State AG Track
Matthew Gately, Counsel for DPP & Co-Lead counsel for DPP Class
Don Ecklund, Interim Liaison Counsel for Third Party Payer Track
Darcie Tilly, California AG
Mark Pikfo, Tal Lipschutz, Ben Widlanski, Paige Boggs, Halley Lewis, Brett Leopold
  & Devin Williams,   Attorneys for Plaintiffs

Liza M. Walsh, Melissa L. Patterson, & Lauren R. Malakoff, Attorneys for Sanofi
Melissa A. Geist & Ryan Moorman, Attorneys for Eli Lilly
Brian W. Carroll, Patrick Blakemore, Attorneys for Novo Nordisk
John Tortorella, Joshua Podoll & Nicholas Sullentrap, Attorneys for CaremarkPCS Health, LLC
Douglas A. Hastings, Attorney for Express Scripts
Elizabeth Brown, & Young Yu, Attorneys for Optumrx. Inc.

**Additional attendance/appearances in court via teleconference:**

None

Nature of Proceedings:

Liaison Counsel mtg. held off the record
Case Management Conference
Court ordered as follows:
- Counsel's request for additional attorneys to attend liaison meeting is moot.
- CMO issue is referred to Special Master, Judge Dickson and scheduling order to be filed
- Deposition issue protocols of CMO referred to Special Master, Judge Dickson
- Counsel ordered to meet, confer and submit to the Court a dae for the Answer to the Class Track Complaint
- Parties shall confer re: Designation of Settlement Counsel pursuant to the court's *sua sponte* request

- Parties shall meet and confer about consenting to the SFP Motion to Amend. Parties are to refer to MJ Wettre
- Parties shall meet and confer Lexecon waiver issue and report back to the court

OTBS

<u>Lissette Rodriguez, Courtroom Deputy</u><br>
to the Hon Brian R. Martinotti U.S.D.J.

Commenced: 9:00 am
Concluded:   10:15 am