

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

January 21, 2026

**VIA ECF**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, New Jersey 07102

    Re:   *In re Insulin Pricing Litigation*
           Case No. 2:23-md-3080 (BRM/LDW)

Dear Judge Martinotti:

    Pursuant to Your Honor's direction, attached please find a proposed form of order for the January 13, 2026, Case Management Conferences.

    As always, the parties thank the Court for its continuing attention to this matter.

Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for*
*Class Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*State Attorney General Track*

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s/ John D. Tortorella*
John D. Tortorella