**CSG law**

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

JOSEPH A. DICKSON, U.S.M.J. (ret)
Member

jadickson@csglaw.com

O 973.530.2049          F 973.325.1501

February 6, 2026

*Via ECF*
The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   In re Insulin Pricing Litigation, Case No. 2:23-md-03080 (BRM) (LDW)

Dear Judge Martinotti:

    I write in my capacity as Special Master, appointed by Order of the Court on July 16, 2025, pursuant to Federal Rule of Civil Procedure 53(a)(1)(C). Dkt No. 654. In order to effectively fulfill the responsibilities assigned to me under Rule 53 and by the Court, I respectfully request access to all records in the above-captioned matter, including those that are currently under seal, such as records of proceedings (*e.g.*, Dkt No. 826), Court orders (*e.g.*, Dkt No. 824), and filings submitted by the parties (*e.g.*, Dkt No. 807).

    Additionally, I respectfully request that access be extended to any attorney or staff member of Chiesa Shahinian & Giantomasi PC who may enter an appearance on my behalf in the above-captioned matter for purposes of assisting me in my Special Master duties.

    Thank you for the Court's consideration. Please let me know if Your Honor requires anything further.

Respectfully submitted,

*Joseph A. Dickson*

Joseph A. Dickson, U.S.M.J. (ret)
Member

NEW JERSEY     NEW YORK