# Morgan Lewis

**Jason R. Scherr**
Partner
+1.202.373.6709
jr.scherr@morganlewis.com

February 10, 2026

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *In re Insulin Pricing Litigation*, No. 2:23-md-03080-BRM-LDW | MDL No. 3080

Dear Judge Wettre:

GPO Defendants Ascent Health Services LLC, Emisar Pharma Services LLC, and Zinc Health Services, LLC write to update the Court regarding the status of the parties' negotiations regarding the SFP Plaintiffs' Omnibus Motion for Leave to Amend ("Motion") for the purpose of naming these entities as additional defendants in earlier-filed cases in the SFP Track.  *See* ECF No. 406.[1]

Following the Court's guidance during the January 13, 2026 case management conference, Ascent, Emisar, and Zinc conferred with Plaintiffs regarding a process to allow Plaintiffs to amend their complaints to add these Defendants while preserving their rights under Federal Rule of Civil Procedure 12(b) to challenge deficiencies in those claims before answering.  On January 28, 2026, Ascent, Emisar, and Zinc provided a proposed CMO that would establish a process for these defendants to present their Rule 12(b) challenges in the SFP Track.  The parties conferred again today and committed to continuing their conferral next week.

Plaintiffs agreed to endeavor to confirm by February 17, 2026 whether all amendments would be substantially the same as the proposed amended pleading attached to SFP Plaintiffs' Motion in the event leave to amend is granted.

---

[1] Defendants' opposition to the Motion was held in abeyance pending the Court's order on the SFP Track's Motion to Dismiss, and later, the SFP Track's Motion for Reconsideration. *See* CMO 19; ECF No. 757.  On January 29, 2026, Ascent, Emisar, and Zinc requested that the Court hold the deadline in abeyance to allow the parties to continue conferring regarding a path forward.  ECF No. 861.

Morgan, Lewis & Bockius LLP

1111 Pennsylvania Avenue, NW
Washington, DC  20004           T +1.202.739.3000
United States                   F +1.202.739.3001

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
February 10, 2026
Page 2

      Ascent, Emisar, and Zinc, with Plaintiffs' consent, respectfully request that the Court hold the deadline to oppose the Motion in abeyance while the parties finalize their conferral. The Parties will update the Court on or before February 20, 2026 regarding the status of those conferrals.

      Thank you for your attention to this matter.

      Respectfully submitted,

*/s/ Jason R. Scherr*
Jason R. Scherr
Douglas A. Hastings
Elise M. Attridge
Lindsey T. Levy
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
jr.scherr@morganlewis.com
douglas.hastings@morganlewis.com
elise.attridge@morganlewis.com
lindsey.levy@morganlewis.com
Tel: (202) 739-3000

*Counsel for Ascent Health Services LLC*


*/s/ John D. Tortorella*
Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300
F: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
February 10, 2026
Page 3

        Benjamin Hazelwood
        Daniel Dockery
        **WILLIAMS & CONNOLLY LLP**
        680 Maine Avenue, S.W.
        Washington, D.C. 20024
        T: (202) 434-5000
        F: (202) 434-5029
        emainigi@wc.com
        csinger@wc.com
        kpoteat@wc.com
        apodoll@wc.com
        bhazelwood@wc.com
        ddockery@wc.com

        *Counsel for Zinc Health Services, LLC*


        */s/ Brian D. Boone*
        Thomas P. Scrivo
        Young Yu
        **O'TOOLE SCRIVO, LLC**
        14 Village Park Road
        Cedar Grove, NJ 07009
        T: (973) 239-5700
        tscrivo@oslaw.com

        Brian D. Boone
        **ALSTON & BIRD LLP**
        1120 S. Tryon Street, Ste. 300
        Charlotte, NC 28280
        T: (704) 444-1000
        Brian.boone@alston.com

        Elizabeth Broadway Brown
        Jordan Edwards
        **ALSTON & BIRD LLP**
        One Atlantic Center
        1201 W. Peachtree Street, NW, Ste. 4900

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
February 10, 2026
Page 4

>Atlanta, GA 30309-3424
>T: (404) 881-7000
>liz.brown@alston.com
>jordan.edwards@alston.com
>
>Kelley Connolly Barnaby
>**ALSTON & BIRD LLP**
>950 F. Street, NW
>Washington, D.C. 20004
>T: (202) 239-3300
>Kelley.barnaby@alston.com
>
>*Counsel for Emisar Pharma Services LLC*

cc:　Honorable Brian R. Martinotti, U.S.D.J.
　　　All Counsel of Record