**SeegerWeiss LLP**

NEW YORK • NEW JERSEY • PHILADELPHIA

March 6, 2026

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

      Re:    *In re: Insulin Pricing Litigation*, MDL No. 3080
              Case No. 2:23-md-03080-BRM-LDW

Dear Judge Martinotti:

      We write on behalf of the Self-Funded Payer Track. We are in receipt of the Defendants' position paper [ECF No.885] filed late yesterday evening regarding the parties' ongoing dispute over a Case Management Order to apply the Court's September 5, 2025 and December 30, 2025 motion-to-dismiss rulings.

      SFP Plaintiffs respectfully request the opportunity to make a responsive submission of no more than two pages, which we will provide to the Court no later than 12:00 p.m. on Monday, March 9, 2026, in advance of the scheduled Case Management Conference.

      Thank you for your continued attention to this matter.

                              Respectfully submitted,

                              *s/ David R. Buchanan*
                              David R. Buchanan

                              *Liaison Counsel for the Self-Funded Payer Track*

cc:    Counsel of Record (*via* ECF)