UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | ) Case No. 2:23-md-03080<br>) MDL No. 3080<br>)<br>) JUDGE BRIAN R. MARTINOTTI<br>) JUDGE LEDA D. WETTRE<br>)<br>) CONSENT ORDER MODIFYING<br>) CASE MANAGEMENT ORDER #3<br>) TO SUBSTITUTE PSC COUNSEL<br>) |

This matter having been opened to the Court by Co-Lead Counsel for the Self-Funded Payer Track for an Order modifying Case Management Order #3 [ECF No. 34], which established the Plaintiffs' Steering Committee ("PSC") for the Self-Funded Payer Track, to substitute (i) Dorothy P. Antullis in place of Mark Dearman (both of the law firm Robbins Geller Rudman & Dowd LLP and (ii) James D. Young (of the law firm Morgan & Morgan) in place of Juan Martinez (formerly of Morgan & Morgan); on notice to and with the consent of the parties, through counsel; and the Court having considered the application; and for good cause shown;

IT IS on this ___11th___ day of ___MARCH___, 2026, **ORDERED** as follows:

1. Mark Dearman is removed from the Plaintiffs' Steering Committee for the Self-Funded Payer Track and relieved of his responsibilities. Dorothy P. Antullis is appointed to serve on the Plaintiffs' Steering Committee for the Self-

- 2 -

Funded Payer Track in place of Mark J. Dearman, subject to the terms and conditions of Case Management Order No. 3.

2.  Juan Martinez is removed from the Plaintiffs' Steering Committee for the Self-Funded Payer Track and relieved of his responsibilities. James D. Young is appointed to serve on the Plaintiffs' Steering Committee for the Self-Funded Payer Track in place of Juan R. Martinez, subject to the terms and conditions of Case Management Order No. 3.

_____
BRIAN R. MARTINOTTI
United States District Judge