

March 31, 2026

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

> Re:   *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-RLS
> MDL No. 3080 | State Attorney General Response to SFP Plaintiffs' & Defendants'
> Joint Submission dated March 30, 2026 (ECF. 916)

Dear Judge Martinotti:

While the record is clear, out of an abundance of caution the State AG Track submits this letter to reinforce that yesterday's joint filing from the SFP Plaintiffs and Defendants regarding the resolution of disputes through the CMO #23 process (ECF 916) does not pertain to any cases in the State AG Track. We respectfully request that any order from the Court regarding ECF 916 make clear its limited scope.

As always, the State AG Track remains available to meet and confer with Defendants regarding any constructive notice or other issues they may wish to discuss.

Respectfully submitted,

Joanne M. Cicala
Cicala Wackerly Conrod PLLC

W. Lawrence Deas
Liston & Deas PLLC

Walter G. Watkins
Forman Watkins & Krutz LLP

cc:   All Counsel of Record (via ECF)