**CWC** | CICALA WACKERLY CONROD

April 6, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re: *In re: Insulin Pricing Litigation,* MDL No. 3080, Case No. 2:23-md-0380-BRM-LDW, Jurisdictional Discovery Dispute**

Dear Judge Wettre:

We write on behalf of Plaintiffs the State of Illinois and the State of Montana ("Plaintiffs") and UnitedHealth Group, Inc. ("UHG"), and OptumInsight, Inc. ("OptumInsight") to inform the Court that the Parties have reached an impasse with respect to UHG and OptumInsight's responses and document productions related to Plaintiffs' jurisdictional discovery requests.

On March 13th, Plaintiffs requested supplemental jurisdictional discovery responses and further document productions from UHG and OptumInsight. UHG and OptumInsight do not agree to that additional discovery.

The parties respectfully request assistance from the Court in resolving this dispute and request the following briefing schedule:

- April 17, 2026 - Plaintiffs file a single 10-page Motion to Compel for UHG and OptumInsight.

- April 27, 2026 - UHG and OptumInsight file a 10-page response brief.

The Parties will make themselves available upon the Court's request for oral argument related to this dispute at or near the date of the May 12 case management conference, or at the Court's convenience.

In addition, the Parties respectfully request that the Court stay the deadlines in CMO #21 (Jurisdictional Discovery) to account for the Motion to Compel briefing.

If the foregoing request is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. Thank you for your time and attention.

April 6, 2026
Page 2

CWC | CICALA WACKERLY CONROD

Respectfully submitted,

*/s/ Josh Wackerly*
Josh Wackerly

cc: All Counsel of Record (*via* ECF)

**SO ORDERED.**

Date:  April 7, 2026

_____
Hon. Leda D. Wettre, U.S.M.J.