**HE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION | Case No. 2:23-md-03080 (BRM) (LDW)<br>MDL No. 3080<br><br>Judge Brian R. Martinotti<br>Judge Leda D. Wettre<br><br>**ORDER OF THE SPECIAL MASTER** |

**THIS MATTER** having come before the Special Master upon the entry of Case Management Order No. 24 ("CMO #24") on March 31, 2026 (Dkt. No. 918), and upon the correspondence submitted by the State Attorney General Plaintiffs, Self-Funded Payer Plaintiffs, and Class Action Plaintiffs ("Plaintiffs") on April 14, 2026, seeking modification or clarification of CMO #24; and this matter having been the subject of a conference with all parties on April 15, 2026; and for good cause shown,

IT IS on this 21st day of April, 2026, **ORDERED** that:

1. On or before **April 29, 2026**, Defendants shall file a written response to Plaintiffs' April 14, 2026 correspondence seeking clarification or modification of CMO #24.

Dated: April 21, 2026

s/ Joseph A. Dickson
HON. JOSEPH A. DICKSON (Ret.)
Special Master