May 8, 2026

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court – District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *In re Insulin Pricing Litigation*, MDL No. 3080,**
**Case No. 2:23-md-03080-BRM-LDW (D.N.J.)**

Dear Judge Martinotti:

We write on behalf of all Plaintiff Tracks to respectfully request leave to file a short reply to the responses submitted by Defendants to Plaintiffs' letter seeking clarification or modification of CMO #24 issued by Special Master Dickson [ECF Nos. 929-30]. As a threshold matter, Defendants' submissions were filed well after the April 29, 2026 deadline set by Special Master Dickson [ECF No. 927] and can be disregarded on that basis alone. But as to the merits, Defendants' submissions raise new issues and seek significant modifications to CMO #24, including: (1) an indefinite delay of all case-specific discovery, keyed to a Stage 1 case-selection process that Defendants appear intent on dragging out; (2) delaying the start of Master Discovery depositions by two months—from May 15 to July 15; and (3) reversing the order of replacement picks in the event of overlap between the State AGs' and Defendants' case selections. These are hardly the "modest" modifications Defendants suggest, and—to the extent the Court will consider these belated arguments—a brief reply is necessary to address them and to ensure the Court has a complete record before deciding the application.

Plaintiffs respectfully request leave to make a responsive submission of no more than two pages, which we will provide to the Court no later than 12:00 p.m. on Monday, May 11, 2026, in advance of the Case Management Conference scheduled for the following day.

Thank you for your continued attention to this matter.

Respectfully submitted,

*/s/ David Buchanan*
David Buchanan
*Liaison Counsel for Self-Funded Payer Track*

*/s/ Joanne Cicala*
Joanne Cicala
*Liaison Counsel for State Attorney General Track*

*/s/ Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for Class Action Track*

cc: Joseph A. Dickson, U.S.M.J. (ret.) (via ECF)
All Counsel of Record (via ECF)

**SO ORDERED:**

***/s/ Brian R. Martinotti***

**Dated: May 8, 2026**

**HON. BRIAN R. MARTINOTTI**
**United States District Judge**