SEEGERWEISS LLP
NEW YORK • NEW JERSEY • PHILADELPHIA

May 22, 2026

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *In re Insulin Pricing Litigation*, MDL No. 3080**
**No. 23-md-03080 (BRM) (LDW) (D.N.J.)**

Dear Judge Martinotti:

We write on behalf of Self-Funded Payer ("SFP") Plaintiffs, pursuant to CMO 25 (Motion to Dismiss Rulings Implementation Order) [ECF No. 935] and the Court's May 12, 2026 Order [ECF No. 962], to respectfully request that the 14-day deadline set forth in Section II(c) of CMO 25 be amended to provide SFP Plaintiffs until June 15, 2026, to respond to Defendants' Appendix A. The parties have met and conferred as directed by ECF No. 962 but have been unable to reach agreement.

Following the Court's instruction at the May 12, 2026 Case Management Conference, SFP Plaintiffs proposed to respond to Defendants' Appendix A by June 15, 2026, in lieu of the 14-day period set forth in Section II(c) of CMO 25. That request reflected the time SFP Plaintiffs reasonably need to prepare a substantive and useful response and was consistent with the approximately 30-day timeframe SFP Plaintiffs identified at the May 12, 2026 CMC. Even the June 15 date represents a compressed timeline for SFP Plaintiffs given the scope of the response required. Nearly one week later, however, Defendants advised that they would only agree to amend the deadline to June 8, 2026, and declined the additional week through June 15.

Defendants' stated basis for refusing the additional week is that SFP Plaintiffs have had Defendants' Appendix A since late March 2026 and should have begun their response well before now. But SFP Plaintiffs had objected to the Appendix A procedure and advocated for a different approach, and that dispute remained pending before the Court until it was resolved by entry of CMO 25. It was entirely reasonable for SFP Plaintiffs not to undertake the substantial exercise of responding to Appendix A while the question of whether that exercise would be required at all was still before the Court. Now that CMO 25 has been entered, SFP Plaintiffs have commenced that work in earnest. The task is substantial: SFP Plaintiffs must respond to at least ***175 unique arguments spanning 40 jurisdictions***. The additional week SFP Plaintiffs request—through June 15 rather than June 8—is a modest accommodation and is eminently reasonable given the scope of that work. It will also materially improve the quality and usefulness of SFP Plaintiffs' response to the Court.

SFP Plaintiffs' request for one additional week also imposes no prejudice on Defendants. When SFP Plaintiffs first proposed the June 15 date, they affirmatively offered to work with Defendants to adjust any downstream deadlines that might need to shift as a result.

SFP Plaintiffs therefore respectfully request that the Court amend Section II(c) of CMO 25 to provide that SFP Plaintiffs' response to Defendants' Appendix A shall be due June 15, 2026. Should SFP Plaintiffs' request be acceptable to Your Honor, SFP Plaintiffs respectfully ask that this letter be "So Ordered" and entered on the docket.

We thank the Court for its continued attention to this matter are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ David R. Buchanan*
David R. Buchanan

*Liaison Counsel for Self-Funded Payer Track*

cc: All Counsel of Record (via ECF)
Hon. Joseph A. Dickson (Ret.) (via ECF)

SO ORDERED.

Brian R. Martinotti
BRIAN R. MARTINOTTI, USDJ
DATED: MAY 26, 2026