## McCarter & English

**Brian W. Carroll**
Partner

T. 973-639-2020
F. 973-297-3713

bcarroll@McCarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

June 29, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *Lead Case: In re Insulin Pricing Litigation, MDL No. 3080, Case No. 2:23-md-3080 (BRM/LDW)*
 *Member Case: The State of Mississippi, Ex Rel. Lynn Fitch Attorney General v. Eli Lilly and Company et al.*
 *Case No. 2:23-cv-04364 (BRM/LDW)*

Dear Judge Wettre:

This firm, together with Davis Polk & Wardwell LLP, represents Defendant Novo Nordisk Inc. ("Novo Nordisk") in MDL No. 3080.

Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request leave of Court to withdraw the *pro hac vice* admission of Neal Potischman of Davis Polk & Wardwell LLP as counsel for Novo Nordisk. The law firms of McCarter & English, LLP and Davis Polk & Wardwell LLP will continue to represent Novo Nordisk in this action.

If the Court approves, we respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Brian W. Carroll*

Brian W. Carroll

SO ORDERED this  30th  day of June 2026:

*Leda Dunn Wettre*
_____
HON. LEDA DUNN WETTRE, U.S.M.J.

ME1\56845303.v1