SEEGERWEISS LLP
NEW YORK • NEW JERSEY • PHILADELPHIA

July 13, 2026

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *In re: Insulin Pricing Litigation*, MDL No. 3080**
**Case No. 2:23-md-03080 (BRM)(LDW)**

Dear Judge Martinotti:

We write on behalf of the Self-Funded Payer ("SFP") Track Plaintiffs to respectfully request a three-week extension of SFP Plaintiffs' deadline to file their opposition to Defendants' opening brief regarding the statute of limitations disputes under CMO #23.

Pursuant to the Court's May 8, 2026 Memorandum Opinion and Order [ECF No. 933], SFP Plaintiffs' opposition is currently due on August 6, 2026. Counsel for SFP Plaintiffs have conferred with counsel for Defendants, who consent to the requested extension, which would make SFP Plaintiffs' opposition due **August 27, 2026**.

Should SFP Plaintiffs' request be acceptable to Your Honor, SFP Plaintiffs respectfully ask that this letter be "So Ordered" and entered on the docket.

We thank the Court for its continued attention to this matter are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ David R. Buchanan*
David R. Buchanan
*Liaison Counsel for Self-Funded Payer Track*

cc: All Counsel of Record (via ECF)

**SO ORDERED** this ____ day of _________, 2026.

_______________________________
BRIAN R. MARTINOTTI
United States District Judge