**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: INSULIN PRICING LITIGATION<br><br>THIS DOCUMENT RELATES TO: SELF-FUNDED PAYER TRACK | Case No. 23-md-3080 (BRM) (LDW)<br>MDL No. 3080<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the parties' May 19, 2026 joint dispute letter regarding alleged deficiencies in the Self-Funded Payer ("SFP") Track Plaintiff Fact Sheets ("PFS") (ECF 945); and the Court having heard oral argument on this dispute on July 14, 2026; and for good cause shown;

**IT IS** on this day, July 14, 2026, **ORDERED** that:

1. In accordance with CMO 14, on or before **August 21, 2026**, each of the SFP Plaintiffs at issue in this dispute[1] shall respond to each of the Initial Document Requests in the PFS in the manner required by Fed. R. Civ. P. 34. If the SFP Plaintiff has no responsive documents in its possession, custody or control, it shall state so clearly. Objections to producing documents responsive to the Initial Document Requests in the PFS were overruled by CMO 14 and may not be asserted.
2. On or before **August 21, 2026**, if the SFP Plaintiff certifies that it has no responsive documents in its possession, custody or control, it shall also do the following:

[1] Since the filing of the dispute letter, several of the cases at issue were voluntarily dismissed. As of the date of this Order, it is the Court's understanding that the remaining cases at issue are as follows: Camden Frontier Schools, Michigan (2:25-cv-00113); Lakeview School District, Michigan (2:25-cv-00082); Mars Area School District, Pennsylvania (2:25-cv-00363); Mason Public Schools, Michigan (2:25-cv-00025); Northwest Community Schools, Michigan (2:25-cv-00338); Stockbridge Community Schools, Michigan (2:24-cv-11216); Trenton Public Schools, Michigan (2:24-cv-11241); Village of Lawton, Michigan (2:25-cv-00317); Wayne County Schools Career Center (2:25-cv-01234); Whitnall School District, Wisconsin (2:25-cv-00379).

a. File a certification with the Court from a client representative setting forth what the SFP Plaintiff has done to search for responsive documents and whether it had such documents in its possession, custody or control at the time it cited such documents in its Complaint or referred to such documents in its PFS.

b. File a letter to the Court setting forth whether the SFP Plaintiff's counsel believes that responsive documents may be obtained from third parties by Rule 45 subpoena. If so, counsel must seek leave of Court to serve Rule 45 subpoenas. The letter seeking leave must detail the intended recipients of such subpoenas and what documents are being sought.

3. After the completion of the foregoing activities, Defendants may renew their motion for dismissal under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984) only after seeking and obtaining Court leave.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge