# COHENMILSTEIN

Christina D. Saler
**O:** 267.479.5700
**D:** 267.479.5707
csaler@cohenmilstein.com

Cohen Milstein Sellers & Toll LLP
Two Logan Square, 100-120 N. 18th
Street, Suite 1820
Philadelphia, PA 19103
cohenmilstein.com

July 21, 2026

***Via ECF***
The Hon. Leda Dunn Wettre
United States District Court
District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *In re Insulin Pricing Litigation*, MDL No. 3080, Case No. 2:23-md-3080

Dear Judge Wettre:

My firm represents the State of Delaware ex rel. Kathleen Jennings, Attorney General for the State of Delaware ("the State"), in the above-captioned matter.

Pursuant to Local Civil Rule 101.1(c)(5), the State respectfully requests leave of Court to withdraw the *pro hac vice* admission of Marion Quirk, Deputy Attorney General for the State of Delaware. Attorneys from my firm, along with other Deputy Attorneys General for the State of Delaware, will continue to represent the State in this matter.

If the Court approves this request, we respectfully request that Your Honor endorse this letter as "So Ordered."

We greatly appreciate the Court's time and consideration.

Respectfully submitted,

*/s/ Christina D. Saler*
Christina D. Saler

SO ORDERED this __22nd__ day of __July__ 2026:

*Leda Dunn Wettre*
_____
**HON. LEDA DUNN WETTRE, U.S.M.J.**

*The Clerk of the Court shall terminate the appearance of Marion Quirk.

cc:
The Hon. Brian R. Martinotti
All counsel of record