## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
EREZ J. DAVY
————
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: jtortorella@khmarino.com

July 24, 2026

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

Re:    *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-LDW
       MDL No. 3080 | Bi-weekly status report

Dear Judge Martinotti:

We write on behalf of the parties to provide an update for the bi-weekly period ending July 24, 2026.

- On July 22, 2026, the parties met and conferred pursuant to Amended CMO 24 to discuss setting deadlines in the class track. The parties are continuing to discuss this topic.

- The parties continue to confer on the appointment of settlement counsel.

Thank you for your continuing attention to this matter.

Respectfully submitted,

*/s Matthew F. Gately*
Matthew F. Gately
*Liaison Counsel for*
*Class Action Track*

*/s Joanne Cicala*
Joanne Cicala
*Liaison Counsel for*
*State Attorneys General Track*

*/s David R. Buchanan*
David R. Buchanan
*Liaison Counsel for*
*Self-Funded Payer Track*

*/s John D. Tortorella*
John D. Tortorella

cc:    Honorable Leda D. Wettre, U.S.M.J.
       All counsel of record