

**Driving progress
through partnership**

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

July 31, 2026

**VIA ECF & EMAIL**

The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court – District of New Jersey
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re: **In re: Insulin Pricing Litigation**
> **No. 2:23-md-03080-BRM-LDW**

Dear Judge Martinotti:

Pursuant to CMO 25, the parties have exchanged charts setting forth their positions on the claims that Defendants contend are subject to dismissal under the Court's Opinions. The CMO requires the parties to file those charts with the Court by July 31, 2026. CMO 25 ¶ II(h). The parties are, however, continuing to confer in an effort to further narrow the disputes. They therefore jointly request that the Court extend the deadline up to and including August 6, 2026.

Should this extension be acceptable to Your Honor, the Parties respectfully ask that this letter be "So Ordered" and entered on the docket. We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Melissa A. Geist*
**REED SMITH LLP**
Melissa A. Geist
Julia A. López
506 Carnegie Center, Suite 300
Princeton, NJ 08540
(609) 514-5978

**KIRKLAND & ELLIS LLP**
James F. Hurst (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Ryan Moorman (*pro hac vice*)
Kate T. Walling (*pro hac vice*)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Nicholas J. Valvanis ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware

333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

*Attorneys for Defendant*
*Eli Lilly and Company*

/s/ Brian W. Carroll
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2020

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh (*pro hac vice*)
Brian S. Weinstein (*pro hac vice*)
David B. Toscano (*pro hac vice*)
Patrick W. Blakemore (*pro hac vice*)
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
900 Middlefield Road, Suite 200
Redwood City, CA 94063
(650) 752-2000

*Attorneys for Defendant*
*Novo Nordisk Inc.*

/s/ Liza M. Walsh
**WALSH PIZZI O'REILLY FALANGA LLP**
Liza M. Walsh
Katelyn O'Reilly
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

**JONES DAY**
Michael R. Shumaker (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
William D. Coglianese (*pro hac vice*)
Melissa Lim Patterson (*pro hac vice*)
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939

*Attorneys for Defendant*
*Sanofi-Aventis U.S. LLC*

/s/ Jason R. Scherr
**MORGAN LEWIS & BOCKIUS LLP**
Jason R. Scherr
Douglas A. Hastings
Elise M. Attridge
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739-3000

Evan K. Jacobs
2222 Market Street
Philadelphia, PA 19103
(215) 963-5329

/s/ Brian D. Boone

**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
Young Yu
14 Village Park Road
Cedar Grove, NJ 07009
(973) 239-5700

**ALSTON & BIRD LLP**
Brian D. Boone
1120 S. Tyron St., Ste. 300
Charlotte, NC 28203
(704) 444-1000

Elizabeth Broadway Brown
1201 W. Peachtree St. NW, Ste. 4900
Atlanta, GA 30309
(404) 881-7000

*Counsel for UnitedHealth Group Incorporated; OptumRx, Inc.; Optum, Inc.; and OptumInsight, Inc.*

*Counsel for Evernorth Health, Inc. (f/k/a Express Scripts Holding Company); Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Medco Health Solutions, Inc., and The Cigna Group*

/s/ A. Joshua Podoll

**MARINO, TORTORELLA & BOYLE, P.C.**
Kevin H. Marino
John D. Tortorella
437 Southern Blvd.
Chatham, NJ 07928
(973) 824-9300

**WILLIAMS & CONNOLLY LLP**
Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000

*Counsel for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A copy of the foregoing was served upon all parties of record via the CM/ECF system.

Dated: July 31, 2026

*/s/ Melissa A. Geist*
Melissa A. Geist