MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
EREZ J. DAVY

MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: jtortorella@khmarino.com

August 13, 2026

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, NJ 07102

Re: *In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM
MDL No. 3080 | CMO 26 Amendment

Dear Judge Martinotti:

We write on behalf of all parties regarding Case Management Order No. 26. The parties have conferred and have agreed upon the following modest modifications to CMO 26, subject to the Court's approval:

| ***Motion Papers*** | ***CMO 26 Deadline/Limit*** | ***Proposed Deadline/Limit*** |
|---|---|---|
| Contract Defendants' opening motion(s) | August 13, 2026<br>40 pages | **August 20, 2026**<br>50 pages |
| Contract Plaintiffs' opposition | September 14, 2026<br>40 pages | **October 5, 2026**<br>50 pages |
| Contract Defendants' reply (or replies) | October 14, 2026<br>15 pages | **November 5, 2026**<br>25 pages |

All other requirements of L. Civ. R. 7.2 would remain applicable. The parties agree that an extension of the pages limits is warranted given the number of cases and the subject matter at issue.

If this proposal is acceptable to Your Honor, we respectfully request that you enter it on the docket by "so-ordering" this letter.

Thank you for your continued attention to this matter.

Respectfully submitted,

*/s/ John D. Tortorella*
Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, New Jersey 07928
T: (973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

Enu Mainigi
Craig Singer
R. Kennon Poteat III
A. Joshua Podoll
Benjamin Hazelwood
Daniel Dockery
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, D.C. 20024
T: (202) 434-5000
F: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
bhazelwood@wc.com
ddockery@wc.com

*Counsel for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C.; and Caremark, L.L.C.*

**SO ORDERED this 17th day of August 2026:**

***/s/ Brian R. Martinotti***

**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**