# Grounds-Based Tables for CMO 25 ¶ II(h) Application

***In re: Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-LDW**

| Previously Dismissed Claims | |
|---|---|
| **Claim** | **Cases** |
| Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. | 25-cv-13075; 25-cv-03478; 26-cv-00398; 26-cv-01998; 25-cv-01774; 26-cv-00460; 26-cv-00410; 25-cv-01781; 26-cv-00408; 26-cv-00456 |

| Indirect Purchaser Rule | |
|---|---|
| **Claim** | **Cases** |
| Section 1 of the Sherman Antitrust Act of 1890, 15 U.S.C. §1 | 25-cv-00350; 25-cv-00347; 25-cv-12351; 25-cv-00487; 25-cv-03622; 26-cv-00495; 25-cv-00352; 25-cv-00475; 26-cv-00511; 24-cv-10540; 25-cv-00490; 25-cv-05692; 25-cv-00358; 25-cv-00481; 26-cv-00515; 26-cv-01542; 26-cv-01624; 26-cv-00379; 26-cv-00684; 26-cv-00795; 26-cv-00399; 25-cv-03478; 25-cv-01774; 24-cv-10512; 25-cv-00208; 25-cv-01781; 25-cv-00205; 25-cv-00206; 24-cv-11201; 24-cv-11059; 25-cv-00177; 24-cv-11054; 24-cv-11151; 24-cv-11057; 25-cv-00226; 24-cv-11150; 24-cv-11153; 25-cv-00281; 25-cv-00277; 24-cv-11160; 24-cv-11152; 24-cv-11142; 24-cv-11158; 25-cv-00178; 25-cv-00080; 25-cv-00123; 25-cv-00174; 25-cv-00124; 24-cv-11273; 25-cv-00027; 25-cv-00147; 24-cv-11292; 24-cv-11238; 24-cv-11282; 25-cv-00146; 24-cv-11235; 25-cv-00113; 24-cv-11293; 24-cv-09404; 25-cv-00232; 24-cv-09593; 25-cv-00268; 25-cv-00343; 24-cv-11232; 24-cv-11290; 24-cv-11242; 24-cv-00523; 24-cv-11245; 24-cv-11326; 24-cv-11323; 25-cv-00031; 25-cv-00362; 25-cv-00166; 24-cv-09592; 24-cv-11225; 25-cv-00120; 24-cv-11275; 25-cv-00175; 25-cv-00144; 24-cv-11325; 24-cv-11348; 25-cv-00143; 25-cv-00375; 25-cv-00125; 24-cv-11296; 25-cv-00034; 25-cv-00078; 24-cv-11352; 25-cv-00082; 24-cv-11211; 24-cv-09405; 24-cv-11244; 24-cv-00719; 25-cv-00329; 25-cv-00314; 25-cv-00028; 25-cv-00025; 24-cv-00720; 25-cv-00324; 25-cv-00115; 25-cv-00161; 24-cv-11350; 25-cv-00109; 25-cv-00168; 25-cv-00338; 25-cv-00335; 25-cv-00145; 24-cv-11299; 25-cv-00326; 24-cv-09675; 25-cv-00110; 25-cv-00117; 25-cv-00286; 24-cv-11216; 25-cv-00111; 24-cv-11241; 24-cv-11322; 25-cv-00317; 25-cv-00081; 24-cv-00717; 25-cv-00079; 24-cv-11297; 24-cv-11358; 25-cv-00119; 24-cv-11332; 25-cv-00327; 24-cv-11236; 26-cv-00145; 26-cv-00144; 26-cv-00400; 25-cv-00466; 24-cv-11220; 25-cv-00227; 26-cv-00509; 26-cv-00506; 25-cv-04014; 24-cv-11336; 25-cv-04814; 26-cv-06448; 25-cv-00284; 25-cv-00542; 25-cv-00499; 25-cv-00462; 25-cv-00221; 25-cv-00536; 25-cv-00515; 25-cv-00541; 25-cv-00283; 25-cv-00544; 25-cv-00547; 25-cv-00285; 25-cv-00482; 25-cv-00537; 25-cv-00220; 25-cv-00461; 25-cv-01234; 25-cv-00212; 25-cv-00478; 25-cv-00390; 25-cv-00525; 25-cv-00533; 25-cv-00228; 26-cv-00453; 25-cv-04006; 26-cv-04056; 26-cv-00514; 25-cv-00532; 26-cv-00494; 25-cv-00361; 25-cv-00211; 25-cv-00492; 24-cv-10735; 25-cv-00497; 24-cv-10366; 26-cv-00517; 26-cv-00455; 25-cv-00432; 25-cv-00534; 26-cv-00496; 25-cv-00368; 25-cv-00429; 26-cv-00500; 25-cv-04591; 26-cv-00480; 25-cv-00495; 26-cv-00457; 25-cv-00498; 25-cv-00489; 25-cv-00433; 25-cv-02877; 26-cv-00486; 25-cv-00363; 25-cv-18450; 26-cv-00456; 25-cv-00435; 26-cv-00488; 25-cv-00493; 26-cv-00490; 24-cv-10150; 25-cv-00486; 26-cv-03891; 25-cv-05666; 26-cv-00516; 25-cv-00503; 26-cv-00704; 25-cv-00418; 25-cv-14709; 25-cv-00494; 24-cv-10249; 26-cv-01619; 25-cv-18572; 25-cv-00440; 24-cv-10308; 25-cv-00354; 25-cv-00456; 25-cv-00182; 26-cv-00519; 25-cv-00180; 24-cv-11338; 24-cv-11339; 24-cv-11340; 25-cv-00485; 25-cv-00521; 25-cv-00523; 25-cv-00376; 25-cv-00374; 25-cv-00382; 25-cv-00379; 25-cv-13210 |
| Arizona Consumer Fraud Act, Ariz. Rev. Stat. Ann. §§ 44-1521, et seq. | 25-cv-00350; 25-cv-00183; 25-cv-16910; 25-cv-00347 |

| | |
|---|---|
| Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. | 25-cv-01809; 25-cv-15859; 26-cv-01542; 26-cv-01624; 25-cv-15846; 24-cv-06233; 24-cv-06303; 24-cv-07720; 24-cv-08770; 25-cv-00391; 26-cv-00379; 26-cv-00684; 26-cv-00795 |
| Connecticut Antitrust Act, Conn. Gen. Stat. . § 35-24, et seq | 26-cv-01542; 26-cv-01624; 26-cv-00379; 26-cv-00684; 26-cv-00795 |
| Delaware RICO, 11 Del. C. §§ 1503(a) and (b) | 25-cv-13006 |
| Georgia Racketeer Influenced and Corrupt Organizations Act (Georgia RICO), O.C.G.A. § 16-14-4(a)(b)(c) | 24-cv-06949; 24-cv-10493; 25-cv-00339; 24-cv-09621; 24-cv-08307; 24-cv-08235; 26-cv-00399 |
| Georgia's Uniform Deceptive Trade Practices Act | 24-cv-06949; 24-cv-10493; 25-cv-00339; 24-cv-09621; 24-cv-08307; 24-cv-08235; 26-cv-00399 |
| Kentucky Consumer Protection Act, Ky. Rev. Stat. § 367.110, et seq. (KCPA) | 24-cv-07091; 25-cv-00464; 26-cv-00401; 25-cv-05127 |
| Kentucky False Advertising Statute (KRS 517.030 through KRS 446.070) | 25-cv-00464 |
| North Carolina RICO Conspiring to Violate N.C. Gen. Stat. § 75D | 26-cv-00357; 25-cv-18644 |
| North Carolina RICO N.C. Gen. Stat. § 75D, et seq. | 25-cv-18644 |
| Robinson-Patman Act, 15 U.S.C. § 13(c) | 26-cv-04056; 26-cv-00456; 26-cv-03891 |
| Unreasonable restraint of trade in violation of PRAA § 258 | 24-cv-00725 |
| West Virginia Consumer Credit and Protection Act W.Va. Code §§ 46A-6-101, et seq. | 25-cv-00349 |
| Wisconsin Organized Crime Control Act, Wis. Stat. § 946.80 et seq. | 25-cv-00376; 25-cv-00374; 25-cv-00382; 25-cv-00379 |

| No Direct Benefit | |
|---|---|
| **Claim** | **Cases** |
| Alabama Unjust Enrichment | 25-cv-00416 |
| Arizona Unjust Enrichment | 25-cv-00350; 25-cv-00183; 25-cv-16910; 25-cv-00347 |
| Arkansas Unjust Enrichment | 25-cv-02311; 25-cv-01415; 25-cv-01163 |
| Colorado Unjust Enrichment | 25-cv-00481; 26-cv-00515 |
| Delaware Unjust Enrichment | 25-cv-13006 |
| Florida Unjust Enrichment | 24-cv-11531; 25-cv-00370; 25-cv-00405; 25-cv-00403; 25-cv-00484; 25-cv-00273; 24-cv-08327; 25-cv-00274; 25-cv-00455; 25-cv-01759; 25-cv-00312; 25-cv-00318; 24-cv-08931; 25-cv-00399; 25-cv-12981; 25-cv-00236; 23-cv-21381; 25-cv-00251; 25-cv-00261; 25-cv-00239; 25-cv-00346; 25-cv-00527; 25-cv-00279; 25-cv-00474; 25-cv-00411; 25-cv-00467 |
| Georgia Unjust Enrichment | 24-cv-06949; 24-cv-10493; 25-cv-13009; 25-cv-00339; 24-cv-09621; 24-cv-08307; 24-cv-08235; 25-cv-00386; 25-cv-01342; 26-cv-00399; 25-cv-00504 |
| Kentucky Unjust Enrichment | 24-cv-07091; 25-cv-00464; 26-cv-00401; 25-cv-05127 |
| Massachusetts Unjust Enrichment | 25-cv-13933; 25-cv-16592; 25-cv-00305; 25-cv-00307; 25-cv-16681; 25-cv-14276; 25-cv-00282; 25-cv-16395; 25-cv-13010; 25-cv-16179; 25-cv-16228; 25-cv-00300 |
| Missouri Unjust Enrichment | 26-cv-00145; 26-cv-01647; 26-cv-01623; 25-cv-00483; 26-cv-01525; 26-cv-01621; 26-cv-00406; 23-cv-04531; 26-cv-01539; 26-cv-01552; 26-cv-00458; 25-cv-13938; 26-cv-01646; 26-cv-01532; 26-cv-00144; 25-cv-00381; 24-cv-10655; 24-cv-04615; 26-cv-00402; 26-cv-00400; 26-cv-00413; 26-cv-00411 |
| New Jersey Unjust Enrichment | 24-cv-11220; 25-cv-00227; 23-cv-03916; 26-cv-00509; 26-cv-00506; 25-cv-00510; 25-cv-00351; 25-cv-04014; 24-cv-11336; 25-cv-04814; 26-cv-06448; 25-cv-00508; 26-cv-04056; 26-cv-00456; 26-cv-03891; 26-cv-00136; 25-cv-19048 |
| North Carolina Unjust Enrichment | 26-cv-00357; 25-cv-18644; 25-cv-00388; 25-cv-00373; 25-cv-00357; 25-cv-00364 |
| Ohio Unjust Enrichment | 25-cv-00284; 26-cv-01627; 25-cv-00451; 25-cv-13008; 25-cv-00542; 26-cv-00407; 23-cv-04544; 25-cv-00310; 25-cv-00244; 25-cv-00271; 24-cv-05002; 25-cv-00315; 25-cv-00499; 23-cv-21082; 25-cv-00462; 25-cv-00221; 25-cv-00536; 25-cv-00515; 25-cv-00502; 25-cv-00541; 25-cv-00283; 25-cv-13013; 25-cv-00544; 25-cv-00547; 25-cv-00400; 25-cv-00285; 25-cv-00444; 25-cv-13015; 25-cv-00482; 25-cv-00537; 25-cv-00220; 25-cv-00461; 25-cv-01234; 25-cv-00212; 26-cv-03891 |
| Oklahoma Unjust Enrichment | 25-cv-00478; 25-cv-00390 |

| | |
|---|---|
| Pennsylvania Unjust Enrichment | 25-cv-00533; 25-cv-00228; 26-cv-00453; 25-cv-04006; 26-cv-04056; 26-cv-00514; 25-cv-00532; 26-cv-00494; 25-cv-00361; 25-cv-00211; 25-cv-04360; 25-cv-00492; 24-cv-10735; 25-cv-00497; 24-cv-10366; 26-cv-00517; 26-cv-00455; 25-cv-00432; 25-cv-00534; 26-cv-07732; 25-cv-18926; 26-cv-00496; 25-cv-00368; 25-cv-00398; 25-cv-00429; 26-cv-00500; 25-cv-04591; 25-cv-13011; 26-cv-00480; 25-cv-00495; 26-cv-00457; 25-cv-00498; 25-cv-00489; 24-cv-06312; 25-cv-00433; 25-cv-02877; 26-cv-00486; 25-cv-00363; 25-cv-18450; 26-cv-00456; 25-cv-00435; 26-cv-00415; 26-cv-00488; 25-cv-00493; 25-cv-13014; 26-cv-00490; 24-cv-10150; 25-cv-00486; 26-cv-03891; 25-cv-05666; 26-cv-00516; 25-cv-00503; 26-cv-00136; 26-cv-00704; 26-cv-00396; 25-cv-13210; 25-cv-19048; 25-cv-00418; 25-cv-14709; 25-cv-00494; 25-cv-00292; 24-cv-10249 |
| Texas Unjust Enrichment | 26-cv-09144; 26-cv-03891; 25-cv-00291; 25-cv-02072; 25-cv-13016; 25-cv-00509 |
| Rhode Island Unjust Enrichment | 26-cv-01619 |
| South Carolina Unjust Enrichment | 25-cv-01869 |
| Utah Unjust Enrichment | 25-cv-00456; 25-cv-00182; 26-cv-00519; 25-cv-00180; 24-cv-11338; 24-cv-11339; 24-cv-11340; 25-cv-00372 |
| Virginia Unjust Enrichment | 25-cv-00690; 24-cv-06329; 25-cv-01153; 23-cv-22769; 24-cv-11035; 24-cv-10766; 25-cv-13057; 24-cv-06331; 24-cv-00559; 23-cv-22776; 25-cv-01329; 25-cv-07008; 24-cv-11351; 24-cv-10171; 23-cv-23042; 25-cv-01164; 25-cv-01037; 24-cv-11307; 25-cv-01122; 24-cv-07885 |
| Wisconsin Unjust Enrichment | 25-cv-00376; 25-cv-00374; 25-cv-00378; 25-cv-00382; 25-cv-00379 |

| Suit Not Authorized | |
|---|---|
| **Claim** | **Cases** |
| Arizona Consumer Fraud Act, Ariz. Rev. Stat. Ann. §§ 44-1521, et seq. | 25-cv-00350; 25-cv-00347 |
| Georgia Fair Business Practices Act Ga. Code Ann. § 10-1-390 et seq. | 25-cv-13009; 25-cv-00386; 25-cv-01342; 25-cv-00504 |
| Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | 24-cv-00384; 24-cv-00384; 23-cv-22917; 23-cv-22917; 24-cv-11201; 24-cv-11201; 24-cv-11059; 24-cv-11059; 25-cv-00177; 25-cv-00177; 24-cv-11054; 24-cv-11054; 24-cv-11151; 24-cv-11151; 24-cv-11057; 24-cv-11057; 25-cv-00226; 25-cv-00226; 24-cv-11150; 24-cv-11150; 25-cv-13446; 25-cv-13446; 24-cv-11153; 24-cv-11153; 25-cv-00389; 25-cv-00389; 24-cv-05099; 24-cv-05099; 25-cv-00281; 25-cv-00281; 25-cv-01560; 25-cv-01560; 25-cv-00277; 25-cv-00277; 24-cv-11160; 24-cv-11160; 24-cv-11152; 24-cv-11152; 24-cv-11142; 24-cv-11142; 23-cv-23090; 23-cv-23090; 25-cv-00517; 25-cv-00516; 24-cv-11158; 24-cv-11158; 25-cv-00178; 25-cv-00178; 25-cv-00080; 25-cv-00080 |
| Maryland Deceptive Trade Practices Law, §13-303, et seq. | 25-cv-00476 |
| New Jersey Consumer Fraud Act (N.J.S.A. § 56:8-1, et seq.) | 24-cv-11220; 25-cv-00227; 23-cv-03916; 26-cv-00509; 26-cv-00506; 25-cv-00510; 25-cv-00351; 25-cv-04014; 24-cv-11336; 25-cv-04814; 26-cv-06448; 25-cv-00508; 26-cv-04056; 26-cv-00456; 26-cv-03891; 26-cv-00136; 26-cv-00704; 25-cv-19048 |
| Oklahoma Consumer Protection Act, 15 O.A. §§ 751-764 (OCPA) | 25-cv-00478; 25-cv-00390 |
| Oregon's Unlawful Trade Practices Act, ORS 646.605, et seq. | 24-cv-10597; 24-cv-10597 |
| Rhode Island Deceptive Trade Practices Act | 26-cv-01619 |
| Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | 25-cv-00690; 24-cv-06329; 25-cv-01153; 23-cv-22769; 24-cv-11035; 24-cv-10766; 25-cv-13057; 24-cv-06331; 24-cv-00559; 23-cv-22776; 25-cv-01329; 25-cv-07008; 24-cv-11351; 24-cv-10171; 23-cv-23042; 25-cv-01164; 25-cv-01037; 24-cv-11307; 25-cv-01122; 24-cv-07885 |

| Consumer-Oriented Requirement | |
|---|---|
| **Claim** | **Cases** |
| Arizona Consumer Fraud Act, Ariz. Rev. Stat. Ann. §§ 44-1521, et seq. | 25-cv-00350; 25-cv-00183; 25-cv-16910; 25-cv-00347 |
| Arkansas Deceptive Trade Practices Act (Ark. Code. Ann. § 4-88-107, et seq.) | 25-cv-02311; 25-cv-01415; 25-cv-01163 |
| California Unfair Competition Law, Cal. Bus. and Prof. Code § 17200 et. seq. | 25-cv-00384 |
| Colorado Consumer Protection Act | 26-cv-00515 |
| Florida Deceptive and Unfair Trade Practices Act Fla. Stat. § 501.201, et seq. (FDUTPA) | 24-cv-11531; 25-cv-00370; 25-cv-00405; 25-cv-00403; 25-cv-00484; 25-cv-00273; 24-cv-08327; 25-cv-00274; 25-cv-00455; 25-cv-01759; 25-cv-00312; 25-cv-00318; 24-cv-08931; 25-cv-00399; 25-cv-12981; 25-cv-00236; 23-cv-21381; 25-cv-00251; 25-cv-00261; 25-cv-00239; 25-cv-00346; 25-cv-00527; 25-cv-00279; 25-cv-00474; 25-cv-00411; 25-cv-00467 |
| Georgia Fair Business Practices Act Ga. Code Ann. § 10-1-390 et seq. | 25-cv-13009; 25-cv-00386; 25-cv-01342; 25-cv-00504 |
| Indiana Deceptive Consumer Sales Act, Indiana Code §24-5-0.5-1, et seq. | 25-cv-00437 |
| Kentucky Consumer Protection Act, Ky. Rev. Stat. § 367.110, et seq. (KCPA) | 24-cv-07091; 25-cv-00464; 26-cv-00401; 25-cv-05127 |
| Maryland Consumer Protection Act (Md. Code § 13-301, et seq.) | 24-cv-00384; 23-cv-22917; 24-cv-11201; 24-cv-11059; 25-cv-00177; 24-cv-11054; 24-cv-11151; 24-cv-11057; 25-cv-00226; 24-cv-11150; 25-cv-13446; 24-cv-11153; 25-cv-00389; 24-cv-05099; 25-cv-00281; 25-cv-01560; 25-cv-00277; 24-cv-11160; 24-cv-11152; 24-cv-11142; 23-cv-23090; 25-cv-00517; 25-cv-00516; 24-cv-11158; 25-cv-00178; 25-cv-00080 |
| Maryland Deceptive Trade Practices Law, §13-303, et seq. | 25-cv-00476 |
| Mississippi Consumer Protection Act (Miss. Code Ann. § 75-24-1, et seq.) | 25-cv-03411 |
| New Jersey Consumer Fraud Act (N.J.S.A. § 56:8-1, et seq.) | 24-cv-11220; 25-cv-00227; 23-cv-03916; 26-cv-00509; 26-cv-00506; 25-cv-00510; 25-cv-00351; 25-cv-04014; 24-cv-11336; 25-cv-04814; 26-cv-06448; 25-cv-00508; 26-cv-04056; 26-cv-00456; 26-cv-03891; 26-cv-00136; 26-cv-00704; 25-cv-19048 |
| North Carolina Unfair and Deceptive Trade Practices Act N.C. Gen. Stat. § 75-1.1, et seq. (NCUDTPA) | 26-cv-00357; 25-cv-18644; 25-cv-00388; 25-cv-00373; 25-cv-00357; 25-cv-00364 |

| | |
|---|---|
| Cleveland Consumer Protection Code City of Cleveland Codified Ordinance Title III, §§ 641.01, et seq. | 23-cv-04544 |
| Oklahoma Consumer Protection Act, 15 O.A. §§ 751-764 (OCPA) | 25-cv-00478; 25-cv-00390 |
| Oregon's Unlawful Trade Practices Act, ORS 646.605, et seq. | 24-cv-10597 |
| Pennsylvania Unfair Trade Practices and Consumer Protection Law (UTPCPL), 73 P.S. § 201-1 et seq. | 25-cv-00533; 25-cv-00228; 26-cv-00453; 25-cv-04006; 26-cv-04056; 26-cv-00514; 25-cv-00532; 26-cv-00494; 25-cv-00361; 25-cv-00211; 25-cv-04360; 25-cv-00492; 24-cv-10735; 25-cv-00497; 24-cv-10366; 26-cv-00517; 26-cv-00455; 25-cv-00432; 25-cv-00534; 26-cv-07732; 25-cv-18926; 26-cv-00496; 26-cv-01115; 24-cv-05391; 26-cv-04253; 25-cv-04359; 25-cv-18522; 25-cv-16430; 26-cv-07326; 25-cv-00368; 24-cv-11504; 25-cv-00398; 25-cv-00429; 26-cv-00500; 25-cv-04591; 25-cv-13011; 26-cv-00480; 25-cv-00495; 26-cv-00457; 25-cv-00489; 25-cv-00433; 25-cv-02877; 26-cv-00486; 25-cv-00363; 25-cv-18450; 26-cv-00456; 25-cv-00435; 26-cv-00415; 26-cv-00488; 25-cv-13014; 26-cv-00490; 24-cv-10150; 25-cv-00486; 26-cv-03891; 25-cv-05666; 26-cv-00516; 26-cv-00136; 26-cv-00704; 26-cv-00396; 25-cv-13210; 25-cv-19048; 25-cv-00418; 25-cv-14709; 25-cv-00494; 25-cv-00292; 24-cv-10249 |
| Puerto Rico Negligence/claims under Article 1536 | 24-cv-00725 |
| Rhode Island Deceptive Trade Practices Act | 26-cv-01619 |
| Utah Consumer Sales Practices Act, Utah Code §§ 13-11-1, et. seq. (UCSPA) | 25-cv-00456; 25-cv-00182; 26-cv-00519; 25-cv-00180; 24-cv-11338; 24-cv-11339; 24-cv-11340; 25-cv-00372 |
| Virginia Consumer Protection Act Va. Code Ann. § 59.1-196 et seq. | 25-cv-00690; 24-cv-06329; 25-cv-01153; 23-cv-22769; 24-cv-11035; 24-cv-10766; 25-cv-13057; 24-cv-06331; 24-cv-00559; 23-cv-22776; 25-cv-01329; 25-cv-07008; 24-cv-11351; 24-cv-10171; 23-cv-23042; 25-cv-01164; 25-cv-01037; 24-cv-11307; 25-cv-01122; 24-cv-07885 |
| D.C. Consumer Protection Procedures Act | 25-cv-14539 |
| West Virginia Consumer Credit and Protection Act W.Va. Code §§ 46A-6-101, et seq. | 25-cv-00349 |

| Failure to Identify Breached Obligation | |
|---|---|
| **Claim** | **Cases** |
| Alabama Breach of Implied Covenant of Good Faith and Fair Dealing | 25-cv-00416 |
| Arkansas Breach of Implied Covenant of Good Faith and Fair Dealing | 25-cv-02311; 25-cv-01415; 25-cv-01163 |
| Connecticut Breach of Implied Covenant of Good Faith and Fair Dealing | 26-cv-01542; 26-cv-01624; 26-cv-00379; 26-cv-00684; 26-cv-00795 |
| Breach of Contract (Connecticut Law) | 25-cv-00391 |
| Minnesota Breach of Implied Covenant of Good Faith and Fair Dealing | 26-cv-00379 |
| Florida Breach of Contract | 25-cv-00273; 25-cv-00312; 25-cv-00318; 25-cv-00236; 25-cv-00251; 25-cv-00239; 25-cv-00346 |
| Louisiana Breach of Implied Covenant of Good Faith and Fair Dealing | 25-cv-01322 |
| Maryland Breach of Implied Covenant of Good Faith and Fair Dealing | 25-cv-13446 |
| Massachusetts Breach of Contract | 25-cv-00307; 25-cv-00282 |
| Missouri Breach of Implied Covenant of Good Faith and Fair Dealing | 26-cv-00145; 26-cv-00144 |
| New York Breach of Contract | 26-cv-04764 |
| Ohio Breach of Contract | 25-cv-00310; 25-cv-00244; 25-cv-00271; 24-cv-05002; 25-cv-00315; 26-cv-03891 |
| New Jersey Breach of Contract | 26-cv-04056; 26-cv-00456; 26-cv-03891 |
| Pennsylvania Breach of Contract | 26-cv-04056; 26-cv-00456; 26-cv-03891 |
| Pennsylvania Breach of Implied Covenant of Good Faith and Fair Dealing | 26-cv-04056; 26-cv-00456; 26-cv-03891 |
| Illinois Breach of Contract | 26-cv-00456 |
| Michigan Breach of Contract | 26-cv-00456 |

| | |
|---|---|
| Ohio Breach of Implied Covenant of Good Faith and Fair Dealing | 26-cv-03891 |
| Texas Breach of Contract | 26-cv-03891 |
| Puerto Rico Bad faith | 24-cv-00725 |
| Tennessee Breach of Implied Covenant of Good Faith and Fair Dealing | 25-cv-18572 |
| Tennessee Breach of Contract | 26-cv-00368; 25-cv-00488; 25-cv-00313; 25-cv-00294; 25-cv-00296; 24-cv-06919; 24-cv-06456; 25-cv-00302; 26-cv-00450; 25-cv-00323; 25-cv-00365; 25-cv-00328; 25-cv-00340 |

| Duplicative or Derivative Claim | |
|---|---|
| **Claim** | **Cases** |
| Alabama Civil Conspiracy | 25-cv-00416 |
| Alabama Unjust Enrichment | 25-cv-00416 |
| Arizona Civil Conspiracy | 25-cv-00350; 25-cv-00183; 25-cv-16910; 25-cv-00347 |
| Arkansas Civil Conspiracy | 25-cv-02311; 25-cv-01415; 25-cv-01163 |
| California Civil Conspiracy | 25-cv-12351; 25-cv-03622; 26-cv-00495; 25-cv-00475; 26-cv-00511; 25-cv-00490; 25-cv-05692 |
| California Unjust Enrichment | 25-cv-12351; 25-cv-03622; 26-cv-00495; 25-cv-00475; 26-cv-00511; 25-cv-00490; 25-cv-05692 |
| California Money Had and Received | 25-cv-00475; 25-cv-00490 |
| Colorado Civil Conspiracy | 25-cv-00481; 26-cv-00515 |
| Delaware Civil Conspiracy | 25-cv-13006 |
| Delaware Money Had and Received | 25-cv-13006 |
| Florida Civil Conspiracy | 25-cv-12981; 25-cv-03375; 25-cv-00527 |
| Georgia Unjust Enrichment | 24-cv-06949; 24-cv-10493; 25-cv-13009; 25-cv-00339; 24-cv-09621; 24-cv-08307; 24-cv-08235; 25-cv-00386; 25-cv-01342; 26-cv-00399; 25-cv-00504 |
| Georgia Civil Conspiracy | 25-cv-13009; 25-cv-00386; 25-cv-01342; 26-cv-00399 |
| Louisiana Civil Conspiracy | 25-cv-01322; 23-cv-10910; 24-cv-08097; 25-cv-00452 |
| Louisiana Unjust Enrichment | 25-cv-01322; 23-cv-10910; 24-cv-08097; 25-cv-00452 |
| Maryland Civil Conspiracy | 25-cv-00476; 25-cv-00389; 25-cv-00517; 25-cv-00516 |
| Massachusetts Civil Conspiracy | 25-cv-13933; 25-cv-16592; 25-cv-16681; 25-cv-14276; 25-cv-16395; 25-cv-13010; 25-cv-16179; 25-cv-16228 |
| Massachusetts Unjust Enrichment | 25-cv-13933; 25-cv-16592; 25-cv-00305; 25-cv-00307; 25-cv-16681; 25-cv-14276; 25-cv-00282; 25-cv-16395; 25-cv-13010; 25-cv-16179; 25-cv-16228; 25-cv-00300 |
| Mississippi Civil Conspiracy | 25-cv-03411 |
| New Hampshire Civil Conspiracy | 25-cv-15849 |
| New Hampshire Unjust Enrichment | 25-cv-15849 |
| New York Civil Conspiracy | 25-cv-00264; 24-cv-09157; 25-cv-00513; 25-cv-14266; 25-cv-00768; 26-cv-04764; 25-cv-01547; 25-cv-00468; 24-cv-07854 |
| Tennessee Civil Conspiracy | 25-cv-00468; 25-cv-18572; 26-cv-00368; 25-cv-00313; 25-cv-00294; 25-cv-00296; 25-cv-00302; 26-cv-00450; 25-cv-00440; 24-cv-10308; 25-cv-00491; 25-cv-00323; 25-cv-00365; 25-cv-00354; 25-cv-00501; 25-cv-00328; 25-cv-00340; 25-cv-00505 |

| | |
|---|---|
| North Carolina Civil Conspiracy | 26-cv-00357; 25-cv-18644; 25-cv-00388 |
| Ohio Civil Conspiracy | 26-cv-01627; 25-cv-13008; 26-cv-00407; 25-cv-13013 |
| Oklahoma Civil Conspiracy | 25-cv-00478; 25-cv-00390 |
| Oregon Civil Conspiracy | 24-cv-10597 |
| Pennsylvania Civil Conspiracy | 25-cv-00533; 25-cv-00228; 26-cv-00453; 25-cv-04006; 26-cv-00514; 25-cv-00532; 26-cv-00494; 25-cv-00361; 25-cv-00211; 25-cv-04360; 25-cv-00492; 24-cv-10735; 25-cv-00497; 24-cv-10366; 26-cv-00517; 26-cv-00455; 25-cv-00432; 25-cv-00534; 26-cv-07732; 26-cv-00496; 25-cv-00368; 25-cv-00398; 25-cv-00429; 26-cv-00500; 25-cv-04591; 25-cv-13011; 26-cv-00480; 25-cv-00495; 26-cv-00457; 25-cv-00489; 24-cv-06312; 25-cv-00433; 25-cv-02877; 26-cv-00486; 25-cv-00363; 25-cv-18450; 25-cv-00435; 26-cv-00415; 26-cv-00488; 25-cv-13014; 26-cv-00490; 24-cv-10150; 25-cv-00486; 25-cv-05666; 26-cv-00516; 26-cv-00704; 26-cv-00396; 25-cv-13210; 25-cv-00418; 25-cv-14709; 25-cv-00494; 25-cv-00292; 24-cv-10249 |
| Pennsylvania Unjust Enrichment | 25-cv-00533; 25-cv-00228; 26-cv-00453; 25-cv-04006; 26-cv-04056; 26-cv-00514; 25-cv-00532; 26-cv-00494; 25-cv-00361; 25-cv-00211; 25-cv-04360; 25-cv-00492; 24-cv-10735; 25-cv-00497; 24-cv-10366; 26-cv-00517; 26-cv-00455; 25-cv-00432; 25-cv-00534; 26-cv-07732; 25-cv-18926; 26-cv-00496; 25-cv-00368; 25-cv-00398; 25-cv-00429; 26-cv-00500; 25-cv-04591; 25-cv-13011; 26-cv-00480; 25-cv-00495; 26-cv-00457; 25-cv-00498; 25-cv-00489; 24-cv-06312; 25-cv-00433; 25-cv-02877; 26-cv-00486; 25-cv-00363; 25-cv-18450; 26-cv-00456; 25-cv-00435; 26-cv-00415; 26-cv-00488; 25-cv-00493; 25-cv-13014; 26-cv-00490; 24-cv-10150; 25-cv-00486; 26-cv-03891; 25-cv-05666; 26-cv-00516; 25-cv-00503; 26-cv-00136; 26-cv-00704; 26-cv-00396; 25-cv-13210; 25-cv-19048; 25-cv-00418; 25-cv-14709; 25-cv-00494; 25-cv-00292; 24-cv-10249 |
| Texas Unjust Enrichment | 26-cv-09144; 26-cv-03891; 25-cv-00291; 25-cv-02072; 25-cv-13016; 25-cv-00509 |
| Rhode Island Civil Conspiracy | 26-cv-01619 |
| Texas Civil Conspiracy | 26-cv-09144; 25-cv-02072; 25-cv-13016 |
| Utah Civil Conspiracy | 26-cv-00519 |
| Virginia Civil Conspiracy | 25-cv-00690; 24-cv-06329; 25-cv-01153; 23-cv-22769; 24-cv-11035; 24-cv-10766; 25-cv-13057; 24-cv-06331; 24-cv-00559; 23-cv-22776; 25-cv-01329; 25-cv-07008; 24-cv-11351; 24-cv-10171; 23-cv-23042; 25-cv-01164; 25-cv-01037; 24-cv-11307; 25-cv-01122; 24-cv-07885 |
| Washington Civil Conspiracy | 24-cv-10375; 24-cv-06568; 25-cv-00485 |
| District of Columbia Civil Conspiracy | 25-cv-14539 |
| Wisconsin Unjust Enrichment | 25-cv-00376; 25-cv-00374; 25-cv-00378; 25-cv-00382; 25-cv-00379 |