FrantzLawGroup
A Professional Law Corporation
*Emerald Plaza • 402 West Broadway, Suite 860 • San Diego, CA 92101*
*(619) 233.5945 • Fax (619) 525.7672 • frantzlawgroup.com*

August 21, 2026

**BY ECF**

Hon. Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *In re: Insulin Pricing Litigation*, 2:23-md-03080 (BRM)(LDW) - Compliance with Discovery Order and Request for Leave to Serve Rule 45 Subpoenas**

Dear Judge Wettre:

We write on behalf of the Self-Funded Payer ("SFP") Plaintiffs identified in footnote 1 of the Court's July 14, 2026 Order (ECF No. 1008) (the "Order")[1]. This letter confirms Plaintiffs' compliance with Paragraphs 1 and 2(a) of the Order and requests leave under Paragraph 2(b) to serve Rule 45 subpoenas on four third parties.

**A. Compliance with Paragraph 1**

Each Plaintiff has served a supplemented Plaintiff Fact Sheet ("PFS"), including responses to each of Defendants' Initial Document Requests, in accordance with Rule 34 and the Order. Where a Plaintiff located no responsive documents within its possession, custody, or control, its response so states. Defendants' Initial Document Requests and each Plaintiff's corresponding responses are attached as Exhibits A through J.[2]

**B. Certifications Under Paragraph 2(a)**

Each Plaintiff has also provided the certification required by Paragraph 2(a). The certifications describe each Plaintiff's search efforts and state whether it possessed, controlled, or had custody of documents cited in its Complaint or referenced in its PFS. The certifications are attached as Exhibits 1 through 10.

[1] The Plaintiffs are Camden Frontier Schools, Michigan (2:25-cv-00113); Lakeview School District, Michigan (2:25-cv-00082); Mars Area School District, Pennsylvania (2:25-cv-00363); Mason Public Schools, Michigan (2:25-cv-00025); Northwest Community Schools, Michigan (2:25-cv-00338); Stockbridge Community Schools, Michigan (2:24-cv-11216); Trenton Public Schools, Michigan (2:24-cv-11241); Village of Lawton, Michigan (2:25-cv-00317); Wayne County Schools Career Center (2:25-cv-01234); and Whitnall School District, Wisconsin (2:25-cv-00379).

[2] Given their length and the volume of exhibits accompanying this letter, the complete PFSs are not attached. Counsel will provide the complete PFSs to the Court upon request.

Following these searches, each Plaintiff has either produced additional responsive documents or confirmed that no additional responsive documents were located within its possession, custody, or control.[3]

**C. Request for Leave to Serve Rule 45 Subpoenas Under Paragraph 2(b)**

Plaintiffs have identified four third parties that counsel believes possess documents responsive to the PFS and Defendants' Initial Document Requests that are not within Plaintiffs' possession, custody, or control. Pursuant to Paragraph 2(b) of the Order, Plaintiffs respectfully request leave to serve limited Rule 45 subpoenas on the following four third parties, on behalf of the Plaintiffs identified below:

1. **Michigan Education Special Services Association ("MESSA")**, on behalf of Camden Frontier Schools, Lakeview School District, Mason Public Schools, Northwest Community Schools, and Trenton Public Schools (collectively, the "Michigan Plaintiffs");
2. **Blue Cross Blue Shield of Michigan**, on behalf of the Michigan Plaintiffs and Stockbridge Community Schools;
3. **Highmark Blue Cross Blue Shield**, on behalf of Mars Area School District; and
4. **Anthem Blue Cross Blue Shield**, on behalf of Whitnall School District.

Each subpoena will seek information and documents responsive to the applicable Plaintiff's PFS and Defendants' Initial Document Requests, filed herewith as Exhibits A-J, including, without limitation, documents and information concerning the Plaintiff's health-plan funding arrangement and rebate, pricing, and payment information requested in the PFS.

The proposed subpoenas will be limited to documents concerning the applicable Plaintiff or Plaintiffs for the period January 1, 2011 through January 1, 2023, the "Time Period" identified in the PFS, and will be subject to the applicable protective order(s) governing discovery in this MDL.

***

Accordingly, Plaintiffs respectfully request that the Court grant leave to issue and serve the four Rule 45 subpoenas described above.

[3] Counsel received documents from a third party shortly before the Court-ordered deadline and was unable to complete their review, Bates labeling, and production in time. Those documents will be produced promptly upon completion of counsel's review and processing.

If acceptable to Your Honor, Plaintiffs respectfully request that this letter be "So Ordered" and entered on the docket.

Thank you for the Court's time and consideration.

Respectfully submitted,

/s/ *Kristin J. Westphal*
Kristin J. Westphal
William B. Shinoff
Attorneys for Plaintiffs

cc: Counsel of Record (via ECF)

**SO ORDERED: 8/26/2026**

Leda Dunn Wettre

Hon. Leda D. Wettre, U.S.M.J.