LEVIN PAPANTONIO
PROCTOR | BUCHANAN | O'BRIEN
BARR | MOUGEY | P.A.

August 26, 2026

**Brandon L. Bogle**
Phone: 850-435-7043
bbogle@levinlaw.com

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *In re Insulin Pricing Litigation*, MDL No. 3080**

Dear Judge Wettre:

This firm, along with co-counsel, represents the plaintiffs listed in the cases on page 2 in this MDL.

Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request leave of Court to withdraw the *pro hac vice* admission of William Cash III, Levin Papantonio's new general counsel, as counsel for these plaintiffs. Levin Papantonio and its co-counsel firms will continue to represent these plaintiffs, and no party will be prejudiced.

If the Court approves, we respectfully request that Your Honor endorse this letter as "So Ordered." We thank the Court for its time and consideration.

Respectfully submitted,

Brandon L. Bogle

SO ORDERED this _____ day of August 2026:

______________________________________
**HON. LEDA DUNN WETTRE, U.S.M.J.**

| **Action** | **Case Number** |
|---|---|
| *County of Monmouth, New Jersey v. Eli Lilly and Company, et al.* | No. 2:23-cv-3916 |
| *Pinellas County, Florida v. Eli Lilly and Company, et al.* | No. 2:23-cv-21381 |
| *City of Alexandria, Virginia v. Eli Lilly and Company, et al.* | No. 2:23-cv-22769 |
| *County Board of Arlington County, Virginia v. Eli Lilly and Company, et al.* | No. 2:23-cv-22776 |
| *Board of County Commissioners of Washington County, Maryland v. Eli Lilly and Company, et al.* | No. 2:23-cv-22917 |
| *Henrico County, Virginia v. Eli Lilly and Company, et al.* | No. 2:23-cv-23042 |
| *The Board of County Commissioners of St. Mary's County, Maryland v. Eli Lilly and Company, et al.* | No. 2:23-cv-23090 |
| *State of Arizona v. Optum Incorporated, et al.* | No. 2:24-cv-260 |
| *City of Roanoke, Virginia, et al. v. Eli Lilly and Company, et al.* | No. 2:24-cv-559 |
| *Commonwealth of Pennsylvania ex rel. Lawrence S. Krasner v. Eli Lilly and Company, et al.* | No. 2:24-cv-5391 |
| *International Union of Operating Engineers LocalNo. 478 Health Fund v. Eli Lilly and Company, et al.* | No. 2:24-cv-6303 |
| *City of St. Petersburg, Florida v. Eli Lilly and Company, et al.* | No. 2:25-cv-1759 |
| *Pasco County, Florida v. Eli Lilly and Company, et al.* | No. 2:25-cv-3375 |