**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | Case No. 2:23-md-3080<br>MDL No. 3080 |

**THIS DOCUMENT RELATES TO:** *The Affiliated Physicians and Employers Master Trust v. Eli Lilly and Company, et al.*, Case No. 2:26-cv-10152

**ORDER DISMISSING CLAIMS PURSUANT TO CASE MANAGEMENT ORDER 25**

**THIS MATTER** having come before the Court on the motion of the Manufacturer and PBM Defendants (collectively, "Defendants") for entry of an Order dismissing claims in the Self-Funded Payer Track that the Parties agree should be dismissed pursuant to the Court's dismissal opinions: ECF Nos. 729–32, 827–30, and *In re Insulin Pricing Litig.*, No. 2:23-cv-20932 (D.N.J. Dec. 30, 2025), ECF No. 68 (together, the "Opinions"); and the Court having considered the parties' submissions; and for good cause shown; it is **HEREBY ORDERED** that, pursuant to CMO 25 ¶ II(g):

The Parties agree that the claims identified in the attached Appendix should be dismissed pursuant to the Opinions, and such claims are hereby **DISMISSED** with prejudice.

Dated: 09/09/2026

**IT IS SO ORDERED.**

________________________________

HON. BRIAN R. MARTINOTTI
United States District Judge

**Claims the Parties Agree Should Be Dismissed Pursuant to CMO 25 ¶II(g)**

| State | Case Name | Case Number | Claim | Grounds |
|---|---|---|---|---|
| New Jersey | *The Affiliated Physicians and Employers Master Trust v. Eli Lilly and Company, et al.* | 26-cv-10152 | Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962(c)(d) | Previously Dismissed Claim |