UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Brian R. Martinotti
Magistrate Judge: Leda Wettre
Special Master, Hon. Joseph A. Dickson (ret.)
Court Reporter: Stefanie Sperling

Date: 10/06/2026
Case Nos: 23MDL3080

Title of the Case:

In Re: INSULIN PRICING LITIGATION

**Appearances**

David Buchanan, Ben Widlanski, Steve DaRoci,& Mark Pifko,
**Interim Liaison Counsel for Self-Funded Payer Track**
Joanne Cicala,, **State AG**
Matthew Gately, **Counsel for DPP & Co-Lead counsel for DPP Class**
Don Ecklund, **Interim Liaison Counsel for Third Party Payer Track**
Devin Williams, Vinita Davey & Megan Williams, **Attorney for Plaintiffs**

Liza M. Walsh, Melissa L. Patterson, Kaylee Cooksey & Lauren R. Malakoff,
**Attorneys for Sanofi**
Kate Walling, Ryan Kearney & Melissa Geist, **Attorneys for Eli Lilly**
Brian W. Carroll & Muhammad Sardar, **Attorneys for Novo Nordisk**
A. Joshua Podoll & Nicholas Sullentrop, **Attorneys for CaremarkPCS Health, LLC**
Jason R. Scherr, Attorneys for Express Scripts
Reade W. Seligmann & Young Yu, **Attorneys for Optumrx. Inc.**

Nature of Proceedings:

Conference held in chambers
Case Management Conference held on the record.
Court ordered as follows:

- All substantive motions are stayed for a period of 90 days
- Parties are to meet, confer and submit 3 names for the appointment of a Special Master re: settlement facilitation
- Application for Amicus Brief – denied
- MTD request to reopen – RESERVED
- Premotion request denied without prejudice. Counsel is not waiving any substantative application by participating in the ongoing litigation.

- The Court to decide pending SOL motion

OTBS

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Commenced: 9:45 am
Concluded: 10:30 am