UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case 2:23-md-03080-BRM-LDW**<br>**MDL No. 3080**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE LEDA DUNN WETTRE** |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER FOLLOWING OCTOBER 6, 2026 CASE MANAGEMENT CONFERENCE**

This matter having come before the Court for a status conference on October 26, 2026, and for good cause shown,

**IT IS** on this 13 day of October, 2026, **ORDERED** as follows:

1. All substantive motions are stayed for a period of 90 days. As such, the Court reserves decision as to the parties' dispute as to the protocol for resolving disputed issues pursuant to CMO #25 [ECF Nos. 1035, 1037].
2. The request of various defendants for leave to file Rule 12(b)(2) motions is denied without prejudice [ECF Nos. 1034, 1042, 1056, 1057, 1068, 1080]. No defendant is waiving any substantive application by participating in the ongoing litigation.
3. The parties shall meet and confer and submit for the Court's consideration a list of three individuals to serve as a Special Master for the purpose of facilitating settlement.
4. The pending application for leave to file an amicus memorandum [ECF No. 1054] is DENIED.

5. The foregoing shall no impact ongoing discovery in this matter.

HON. BRIAN R. MARTINOTTI, U.S.D.J.