UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** | **Case No. 2:23-md-03080 (BRM) (LDW)**<br>**MDL No. 3080** |

**THIS DOCUMENT RELATES TO: ALL CASES**

**CASE MANAGEMENT ORDER # 27**

**(Order Amending CMO # 20 and Setting Dates for 2027 Case Management Conferences)**

These matters having been transferred to this Court by order of the Judicial Panel on Multidistrict Litigation pursuant to its order of August 4, 2023, meriting special attention as complex litigation, the Court having entered its Initial Case Management Order (ECF No. 5) on August 18, 2023, setting forth the Court's parameters and expectations of counsel during the course of this litigation, and for other good cause shown, it is **ORDERED** that:

Case Management Conferences in 2026 shall take place as follows:

- November 10, 2026 at 10:00 am
- December 8, 2026 at 10:00 am

Case Management Conferences in 2027 shall take place as follows:

- January 5, 2027 at 10:00 am
- February 9, 2027 at 10:00 am
- March 16, 2027 at 10:00 am
- April 13, 2027 at 10:00 am
- May 11, 2027 at 10:00 am

- June 8, 2027 at 10:00 am
- July 13, 2027 at 10:00 am
- August 10, 2027 at 10:00 am
- September 14, 2027 at 10:00 am
- October 12, 2027 at 10:00 am
- November 9, 2027 at 10:00 am
- December 15, 2027 at 10:00 am

Teleconferencing will no longer be available. Hearings will begin promptly at 10:00 am.

Date: October 16, 2026

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**