WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry St, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 23, 2026

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

**Re: *In re Insulin Pricing Litigation,* No. 2:23-md-03080-BRM-LDW (MDL No. 3080)**

Dear Judge Martinotti:

Pursuant to Your Honor's request at the October 6, 2026 Case Management Conference that the parties agree on a list of potential mediators so that the Court can select one to facilitate settlement discussions (*see* Dkt. Nos. 1093-94), the parties respectfully submit the following individuals for the Court's consideration:

- Hon. Freda L. Wolfson, U.S.D.J. (ret.)
- Hon. Layn R. Phillips, U.S.D.J. (ret.)
- Hunter Hughes, Esq.

The parties appreciate the Court's continued attention to this matter and thank Your Honor for your consideration.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)