SEEGERWEISS LLP
NEW YORK • NEW JERSEY • PHILADELPHIA

November 2, 2026

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**SO ORDERED.**

***s/ Leda Dunn Wettre, U.S.M.J.***

**Dated:** 11/3/2026

**Re: *In re: Insulin Pricing Litigation*, MDL No. 3080**
**Case No. 2:23-md-03080-BRM-LDW**

Dear Judge Wettre:

On behalf of the Self-Funded Payer ("SFP") Plaintiffs, and with Defendants' consent, we write to respectfully request a further two-week extension of the deadline to file a motion to seal in connection with the parties' statute-of-limitations briefing, which Your Honor previously extended to today, November 2, 2026. *See* ECF No. 1098.

SFP Plaintiffs have been diligently conferring with the various affected plaintiffs, who are represented by several different firms, regarding the provisionally sealed materials and require additional time to complete those conferrals and prepare the motion. The parties therefore jointly request that the deadline be extended to November 16, 2026.

Should this extension be acceptable to Your Honor, we respectfully ask that this letter be "So Ordered" and entered on the docket. We thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ Steven Daroci
Steven Daroci
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

*Counsel for the Self-Funded Payer Track*

cc: All Counsel of Record (*via* ECF)